# Response to Kite

| Inmate Name: | Alford | | |
|---|---|---|---|
| Number: 190744 | | Lock/Unit: A2W1 | |
| From: Medical | | | |
| Regarding Your Kite of (Date): NEW BOOTS. | | | |

The mailroom has approved for you to
get new medical boots. please make
sure there is a receipt in the box.

   Thank you.

| Signature: EHughes RN |
|---|

DRC 4180 E (Rev. 06/04)

| Ref# TOCI0321001122 | Housing:A2W0001 | Date Created:03/10/2021 |
|---|---|---|
| ID#: A196744 | Name:ALFORD,BRIAN | |
| Form:Kite | Subject:Health Care | Description:Health Care |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*3/10/2021 10:48:52 AM : ( a196744 ) wrote*
MS. ZILLES: IN YOUR RESPONSE DATED 11-25-20 REGARDING THE PURCHASING OF MEDICALLY APPROVED
FOOTWEAR, YOU ADVISED THAT I COULD ONLY ORDER SHOES AND NOT BOOTS. THE BOOTS I NEED ARE
NON-SAFETY TOE AND SIX INCH HEIGHT, AND THE FOORTEAR ORDERED BY MEDICAL HERE AT TOCI WERE
IN FACT BOOTS. THE DOCTOR APPROVED ORDERING BOOTS AT YOUR EXPENSE, BUT MR. COPELY ADVISED
THE BECAUSE THE BOOTS WOULD BY ORDERED BY OPI THEY WOULD NOT BE VERY WELL MADE. AT THAT
TIME, I AGREED WITH MR. COPELY THAT I WOULD IN FACT ORDER BOOTS MYSELF. BECAUE THERE IS A
MEDICAL NEED FOR THE BOOTS DUE TO NEUROPATHY AND CIRCULATORY PROBLEMS, YOU HAVE TO
NOTIFY MAILROOM THAT BOOTS ARE MEDICALLY APPROVED, AND NOT UNIT STAFF. I HAVE ONGOING
LITIGATION ON THIS ISSUE, AND HAVE BEEN TRYING TO OBTAIN PROPERLY FITTED BOOTS SINEC ARRIVING
IN THE STATE SYSTEM IN 2011. YOUR ASSISTANCE IS GREATLY APPRICIATED. THANKS IN ADVANCE.

Communications / Case Actions
*3/10/2021 10:48:52 AM : ( a196744 ) wrote*
Form has been submitted

*3/16/2021 9:29:55 AM : ( Robert Zilles ) wrote*
You will be evaluated by Ms. Babb today to decide the appropriate footwear for you medical needs.

*3/16/2021 9:30:02 AM : ( Robert Zilles ) wrote*
Closed inmate form

*3/29/2021 11:52:58 AM : ( Michael Jenkins ) wrote*
Re-Opened inmate form

*3/29/2021 11:53:08 AM : ( Michael Jenkins ) wrote*
Closed inmate form

Manual Fill-In

| Ref# TOCI1020002319 | Housing:A1W0011 | Date Created:10/20/2020 |
| ID#: A196744 | Name:ALFORD,BRIAN | |
| Form:Kite | Subject:Unit 1 | Description:Unit Manager |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*10/20/2020 12:46:31 PM : ( a196744 ) wrote*
MS ABBOTT: ON 10-15-20 DR LAWRENCE PORTER M.D. DIAGNOSED ME AS HAVING NUEROPATHY (NUMBNESS IN MY TOES, FEET) FROM AN UNKNOWN ORIGIN AND HAS REQUESTED ORTHOPEDIC BOOTS BE ORDERED. THE MOST RECENT GYM SHOES I ORDERED ARE CONTRIBUTING TO THIS PROBLEM AND ARE USELESS. IN THE FUTURE I WILL NEED TO PURCHASE ORTHOPEDIC GYMS SHOES IN SIZE 12-3E FROM AMAZON.COM WHO PROVIDES A WIDER SELECTION FOR MY NEEDS. COULD YOU NOTIFY PACKAGE ROOM THAT I WIL BE ORDERING FROM AMAZON.COM INSTEAD OF HITCHCOCK SHOES IN THE FUTURE? THANKS IN ADVANCE FOR YOUR ASISTANCE.

Communications / Case Actions
*10/20/2020 12:46:31 PM : ( a196744 ) wrote*
Form has been submitted

*10/22/2020 8:16:59 AM : ( Penney Abbott ) wrote*
we discussed this yesterday

*10/22/2020 8:17:03 AM : ( Penney Abbott ) wrote*
Closed inmate form

Manual Fill-In

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Inmate Reasonable Accommodation Request
# ADA Coordinator's Action

Type of ADA Issue

☒ Program, Service, or Activity Access (not requiring structural modification)
    ☒ Auxiliary Aid or Device Requested    BOOTS - Size 12 EEE
    ☐ Other: _____

☐ Physical Access (requiring structural modification)

Discussion of findings and basis of recommendation: <u>A196744 ALFORD, BRIAN is requesting size 12 EEE</u> <u>boots, or at least the ability to purchase them. After conferring with medical, it was determined that</u> <u>the offender accpeted a pair of boots from the medical departement on 2/21/2018 (see attached medical</u> <u>equipment permit). The offender contends that the size was not appropriate. The offender is still in</u> <u>possession of said footwear, and must address sizing issues with the department that permitted</u> <u>issuance or submit an informal complaint.</u>

Did you verify disability with medical staff?   ☐ Yes    ☒ No

Explain how inmate's disability was verified: <u>Request was determined to have been addressed via ToCI's</u> <u>medical staff.</u>

Recommendation Submitted by:

| Date Inmate Was interviewed:<br>10/16/2018 | Signature:<br>ADA Coordinator Joshua Gajewski |
|---|---|

Recommendation:   ☐ Grant     ☒ Deny     ☐ Partially Grant

**Note:** *If disposition is based upon information provided by other staff or other resources, specify the resources and the information provided. If the request is granted, specify the process by which the modifica-tion or accommodation will be provided, with time frames if appropriate.*

# Warden's Section

    ☐ Recommendation Approved       ☒ Recommendation Not Approved

Comments: <u>Inmate to addess with medical shft</u>

| Warden's or Designee's Signature: | Date Signed:<br>12/6/18 | Date Returned to Inmate:<br>12/10/18 |
|---|---|---|

# State of Ohio Department of Rehabilitation and Correction
# Inmate Reasonable Accommodation Request

| Institution:<br>TOLEDO CORRECTIONAL | Date:<br>10/16/2018 |
|---|---|

*In processing this request, verification will be made that the inmate has*
*a disability that is covered under the Americans With Disabilities Act.*

| Inmate Name (Print):<br>ALFORD, BRIAN KEITH | Number:<br>A196744 | Housing Assignment:<br>A1/W/0014 |
|---|---|---|

✳ In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individual with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity or be subjected to discrimination.

✳ You may use this form to request a specific reasonable accommodation which, if granted, would enable you to participate in a service, activity or program offered by the department or institution, for which you are otherwise qualified and eligible to participate.

✳ Submit this completed form to the institution's ADA Coordinator for inmates.  A decision will be rendered within 10 working days of receipt at the ADA Coordinator's office, unless further investigation is warranted, and the completed form will be returned to you.

✳ If you do not agree with the decision on this form, you may pursue further review by appealing to the Special Needs Assessment Committee in care of the central office ADA Coordinator for inmates.

## Modification or Accommodation Requested

Description of Disability: SCOLIOSIS, DEGENERATIVE SPINE DISORDER, LATTICE CHOLES IN BOTH RETINAS), IMPAIRED VISION AND BALANCE

Do you have any verification of your disability?  If so, please attach copies. SPINAL DISORDER AND INJURIES IN MEDICAL FILE, EYE INFORMATION ATTACHED.

What specific accommodation is requested?  Explain how the accommodation will enable you to participate in a program, activity or service offered by the Department or Institution. REQUEST PERMISSION TO PURCHASE SIZE 12EEE BOOTS FOR STABILITY AND SUPPORT, AND FOR CIRCULATORY PROBLEMS WITH MY FEET. [SEE MEDICAL RECORDS, BOOT INFORMATION, FBOP RELEASE INFORMATION, FBOP MEDICAL BOOT AUTHORIZATION AND PURCHASE

| Inmate Signature: | Date Signed: |
|---|---|

DRC 4267 (Rev. 1/00)                                        ACA 4053-1, 4137, 4162

Page: 1

| Ref# TOCI1218000168 | Housing:A1W0014 | Date Created:12/10/2018 |
|---|---|---|
| ID#: A196744 | Name:ALFORD,BRIAN | |
| Form:Appeal | Subject:Warden | Description:Other |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*12/10/2018 7:20:46 PM : ( a196744 ) wrote*
ON 10-16-18 I SUBMITTED AN INMATE REASONABLE ACCOMMODATION REQUEST FOR PROPERLY FITTED FOOTWEAR WHICH ARE MEDICALLY REQUIRED (SIZE 12-EEE), AND SUBMITTED ADDITIONAL INFORMATION ON 11-19-18 TO ADA COORDINATOR GAJEWSKI. ON 12-10-18 YOU DENIED MY REQUEST AND ADVISED I MUST ADDRESS SIZING ISSUES WITH THE MEDICAL DEPARTMENT ORSUBMIT AN INFORMAL COMPLAINT. PURSUANT TO THE NOTICE ISSUED BY ED VOORHIES - MANAGEMENT DIRECTOR ON 6-7-18 I FALL WITHIN THE GRANDFATHER CLAUSE SINCE I CAME INTO THE SYSTEM WITH MEDICALLY APPROVED BOOTS AD THEY WERE PURCHASED PRIOR TO THE NOTICE OF 6-7-18. I THEREFORE REQUEST PERMISSION TO PURCHASE PROPERLY FITTED BOOTS FROM HICTHCOCK SHOES WHIC PROVIDES SIZE 12-EEE FOOTWEAR AT MY EXPENSE, AS THE BOOT ARE NEEDED FOR BALANCE AND PROBLEMS ASSOCIATED WITH MY SPINE (SCOLYOSIS, DEGENERATIVE SPINE DISEASE, SPINAL INSURIES,VISION ISSUES), SINCE MANDAMUS IS PENDING IN LUCAS COUNTY 8TH APPELATE DISTRICT FOR PUBLIC RECORDS REQUEST IN CASE NO G-4801-CL-0201801133-000 (NOTICE OF COUNSEL JARED S YEE-AG OFFICE).

Communications / Case Actions
*12/10/2018 7:20:46 PM : ( a196744 ) wrote*
Form has been submitted

*12/17/2018 12:59:22 PM : ( Sean Bowerman ) wrote*
The boots you state you were in possession of were grandfathered. The memo also explains that no boots of that type will be ordered any longer. You will need to work with medical to address the size issue as you stated. We are attempting to provide you with access to accommodate said conditions. Restricted boots will not be ordered unless specifically ordered by medical after being advised of the security concerns. below is the memo
To: ODRC Offenders
From: Ed Voorhies, Managing Director
Date: June 7th, 2018
Re: Restriction on Inmate Boots
Effective immediately, offenders are NO LONGER authorized to purchase any type of boots from the package vendors. ODRC is placing a restriction statewide due to security concerns. Those who fall under any of the following categories will have their boots considered "grandfathered":
• Any inmate who has purchased boots, and can provide proof of legitimate purchase, from one of the package vendors prior to the date on this memo
• Any inmate who came into the system with boots
• Any inmate who purchased or received boots prior to the implementation of the approved vendors
Those inmates who meet the any of the following criteria will have their "grandfathered" boots confiscated and given the option to destroy or mail home, if they can provide proof of legitimate ownership:
• Inmates with a security classification of level 3 or higher, and who are found guilty by the RIB for ANY offense.
• Those offenders classified as security levels 1 and 2 who are found guilty by the RIB for ANY violent/drug offenses
Inmates with qualifying disabilities under the American with Disabilities Act will be appropriately accommodated. Those inmates with job assignments that require boots to be worn will have boots provided by the institution. Inmates with job assignments that require "safety boots" to be worn will store their boots in a secure area within their work area designated by the institution. Ohio Penal Industries (OPI) currently supplies the safety boots required for the inmates working in their shops across the state and will continue to do so.
Questions regarding the implementation of this prohibition should be directed to Unit Staff.

*12/17/2018 12:59:29 PM : ( Sean Bowerman ) wrote*
Closed inmate form

*12/18/2018 7:41:39 PM : ( a196744 ) wrote*
Escalated to Grievance

| Ref# TOCI1218000168 | Housing:A1W0014 | Date Created:12/10/2018 |
|---|---|---|

*12/18/2018 7:41:39 PM : ( a196744 ) wrote*
MEDICAL STAFF AT TOCI HAVE BEEN UNSUCCESSFUL IN MEETING MY MEDICAL NEEDS FOR PROPERTY FITTED BOOTS, AS WHEN I WAS TOLD BY AHCA BARKER EARLIER THIS YEAR THAT MY BOOTS WOULD BE MADE TO ORDER AFTER SIZE 124E WERE INITIALLY ORDERED, (SIZE 12TRIPPLE E) SINCE THEY WERE NOT A COMMON SIZE, I WAS STILL ISSUED THE WRONG SIZE (SIZE 12E) (SEE KITE RESPONSE 1-8-18 MS. BARKER - AHCA). REQEST PERMISSION TO ORDER MEDICALLY APPROED BOOTS FROM HITCHCOCK SHOES, INC. WHICH PROVIDE PROPERLY FITTED SHOES.

*1/2/2019 7:07:06 AM : ( System ) wrote*
Closed inmate form

*1/2/2019 8:34:12 AM : ( Derek Burkhart ) wrote*
Re-Opened inmate form

*1/2/2019 8:34:28 AM : ( Derek Burkhart ) wrote*
Additional time is needed to review

*1/14/2019 11:17:44 AM : ( Derek Burkhart ) wrote*
Your concern has been previously addressed in complaint TOCI0318000369 and therefore, will not be responded to in accordance with AR 5120-9-31 (E). Please be advised that your improper use of the grievance procedure may result in restricted access in accordance with AR 5120-9-31(E).

*1/14/2019 11:17:48 AM : ( Derek Burkhart ) wrote*
Closed inmate form - Disposition: Denied

*1/16/2019 4:49:19 PM : ( a196744 ) wrote*
Case Appealed.

*1/16/2019 4:49:19 PM : ( a196744 ) wrote*
ON 10-16-18 I MADE A REASONABLE REQUEST FRO ADA ACCOMMODATION TO ADA COORDINATOR GAJEWSKI FOR PROPERLY FITTED FOOTWEAR (SIEX 12EEE) DUETO SCOLYOSIS DEGERNERATIVE SPINE DISORDER LATTICE IN BOTH RETINAS, AND IMPARED VISION AND IMBALANCE. ON 11-19-18 I PROVIDED ADA GAJEWSKI WITH ADDITIONAL INFORMATION I SUPPORTOF MY REQUEST. HWOEVER, ON 10-16-18 ADA GAJWESKI RECOMENDED DENIAL OF MY REQUEST AND REQUESTED THAT I ADDRESS SIZING ISSUE WITH EMDICAL STAFF OR FILE AN INFORMAL COMPLAINT. ON 1210-18 THEWARDEN DENIED MY REQUEST, YET NO APPEAL WAS GIVEN FOR APPEALTO COLUMBUS. I THEN FILED AN INFORMAL COMPLAINT WHICH WAS DENIED, AND I APPEAL THAT DECISION. ON APPEAL, INSPECTOR THREATENED TO RESTRICT MY USE OF THE GRIEVANCE PROCEDURES FOR VALID GRIEVANCE, CLEARLY IN VIOLATION OF THE FIRST AMENDMENT TO THE UNITED STATES CONSTITUTION. REQUEST REVIEW OF MY ADA REQUEST BY CENTRAL OFFICE LEGAL SERVIECS.(SEE ATTACHMENTS)

*1/31/2019 7:54:38 AM : ( System ) wrote*
Closed inmate form

*2/4/2019 1:33:23 PM : ( Kelly Riehle ) wrote*
Re-Opened appealed inmate form

*2/4/2019 1:34:34 PM : ( Kelly Riehle ) wrote*
The Office of the Chief Inspector is in receipt of your Appeal; a thorough review of your appeal has been completed that included the application of the following factors:
• Procedural requirements
• Proper investigation of your grievance
• Applicable policies, procedures, administrative rules, directives and ODRC operating manuals
• Documentation and related evidence
• Information presented in your appeal
Based on the aforementioned review, this office AFFIRMS the decision rendered by the Inspector.
Comments:
K. Riehle
Assistant Chief Inspector

*2/4/2019 1:34:53 PM : ( Kelly Riehle ) wrote*
Closed appealed inmate form - Disposition: Affirmed

Page: 1

| Ref# TOCI0119000478 | Housing:A1W0014 | Date Created:01/29/2019 |
| ID#: A196744 | Name:ALFORD,BRIAN | |
| Form:Appeal | Subject:Warden | Description:Other |
| Urgent:No | Time left:n/a | Status:Closed |

Communications / Case Actions

*1/29/2019 1:43:42 PM : ( Derek Burkhart ) wrote*

(This communication was created by Derek Burkhart, ID# 27833 on behalf of the inmate.)

*1/29/2019 1:43:42 PM : ( Derek Burkhart ) wrote*

Due to an error on the JPay system, certain complaints have been sent to an appealed bucket and are unable to be responded by staff. This complaint was created in reference to the previous complaint filed by inmate under TOCI1218000168.

(Informal Complaint) ALFORD BRIAN, #a196744 wrote: 12/10/2018 7:20 PM
ON 10-16-18 I SUBMITTED AN INMATE REASONABLE ACCOMMODATION REQUEST FOR PROPERLY FITTED FOOTWEAR WHICH ARE MEDICALLY REQUIRED (SIZE 12-EEE), AND SUBMITTED ADDITIONAL INFORMATION ON 11-19-18 TO ADA COORDINATOR GAJEWSKI. ON 12-10-18 YOU DENIED MY REQUEST AND ADVISED I MUST ADDRESS SIZING ISSUES WITH THE MEDICAL DEPARTMENT ORSUBMIT AN INFORMAL COMPLAINT. PURSUANT TO THE NOTICE ISSUED BY ED VOORHIES - MANAGEMENT DIRECTOR ON 6-7-18 I FALL WITHIN THE GRANDFATHER CLAUSE SINCE I CAME INTO THE SYSTEM WITH MEDICALLY APPROVED BOOTS AD THEY WERE PURCHASED PRIOR TO THE NOTICE OF 6-7-18. I THEREFORE REQUEST PERMISSION TO PURCHASE PROPERLY FITTED BOOTS FROM HICTHCOCK SHOES WHIC PROVIDES SIZE 12-EEE FOOTWEAR AT MY EXPENSE, AS THE BOOT ARE NEEDED FOR BALANCE AND PROBLEMS ASSOCIATED WITH MY SPINE (SCOLIOSIS, DEGENERATIVE SPINE DISEASE, SPINAL INSURIES,VISION ISSUES), SINCE MANDAMUS IS PENDING IN LUCAS COUNTY 8TH APPELATE DISTRICT FOR PUBLIC RECORDS REQUEST IN CASE NO G-4801-CL-0201801133-000 (NOTICE OF COUNSEL JARED S YEE-AG OFFICE).

(Informal Complaint) Sean Bowerman wrote: 12/17/2018 12:59 PM
The boots you state you were in possession of were grandfathered. The memo also explains that no boots of that type will be ordered any longer. You will need to work with medical to address the size issue as you stated. We are attempting to provide you with access to accommodate said conditions. Restricted boots will not be ordered unless specifically ordered by medical after being advised of the security concerns. below is the memo
To: ODRC Offenders
From: Ed Voorhies, Managing Director
Date: June 7th, 2018
Re: Restriction on Inmate Boots
Effective immediately, offenders are NO LONGER authorized to purchase any type of boots from the package vendors., ODRC is placing a restriction statewide due to security concerns. Those who fall under any of the following categories will have their boots considered "grandfathered":
• Any inmate who has purchased boots, and can provide proof of legitimate purchase, from one of the package vendors prior to the date on this memo
• Any inmate who came into the system with boots
• Any inmate who purchased or received boots prior to the implementation of the approved vendors
Those inmates who meet the any of the following criteria will have their "grandfathered" boots confiscated and given the option to destroy or mail home, if they can provide proof of legitimate ownership:
• Inmates with a security classification of level 3 or higher, and who are found guilty by the RIB for ANY offense.
• Those offenders classified as security levels 1 and 2 who are found guilty by the RIB for ANY violent/drug offenses
Inmates with qualifying disabilities under the American with Disabilities Act will be appropriately accommodated. Those inmates with job assignments that require boots to be worn will have boots provided by the institution. Inmates with job assignments that require "safety boots" to be worn will store their boots in a secure area within their work area designated by the institution. Ohio Penal Industries (OPI) currently supplies the safety boots required for the inmates working in their shops across the state and will continue to do so.
Questions regarding the implementation of this prohibition should be directed to Unit Staff.

| Ref# TOCI0119000478 | Housing:A1W0014 | Date Created:01/29/2019 |

(Informal Complaint) Sean Bowerman - Closed inmate form, 12/17/2018 12:59 PM

(Grievance) ALFORD BRIAN #a196744 - Escalated to Grievance, 12/18/2018 07:41 PM

  (Grievance) ALFORD BRIAN, #a196744 wrote: 12/18/2018 7:41 PM
MEDICAL STAFF AT TOCI HAVE BEEN UNSUCCESSFUL IN MEETING MY MEDICAL NEEDS FOR PROPERTY
FITTED BOOTS, AS WHEN I WAS TOLD BY AHCA BARKER EARLIER THIS YEAR THAT MY BOOTS WOULD BE
MADE TO ORDER AFTER SIZE 124E WERE INITIALLY ORDERED, (SIZE 12TRIPPLE E) SINCE THEY WERE NOT A
COMMON SIZE, I WAS STILL ISSUED THE WRONG SIZE (SIZE 12E) (SEE KITE RESPONSE 1-8-18 MS. BARKER -
AHCA). REQEST PERMISSION TO ORDER MEDICALLY APPROED BOOTS FROM HITCHCOCK SHOES, INC.
WHICH PROVIDE PROPERLY FITTED SHOES.

(Grievance) System - Closed inmate form, 01/02/2019 07:07 AM

(Grievance) Derek Burkhart - Re-Opened inmate form, 01/02/2019 08:34 AM

  (Grievance) Derek Burkhart wrote: 1/2/2019 8:34 AM
Additional time is needed to review

  (Grievance) Derek Burkhart wrote: 1/14/2019 11:17 AM
Your concern has been previously addressed in complaint TOCI0318000369 and therefore, will not be responded to in
accordance with AR 5120-9-31 (E). Please be advised that your improper use of the grievance procedure may result in
restricted access in accordance with AR 5120-9-31(E).

(Grievance) Derek Burkhart - Closed inmate form - Disposition: Denied, 01/14/2019 11:17 AM

(Grievance) ALFORD BRIAN #a196744 - Case Appealed., 01/16/2019 04:49 PM

  (Grievance) ALFORD BRIAN, #a196744 wrcte: 1/16/2019 4:49 PM

Page: 3

| Ref# TOCI0119000478 | Housing:A1W0014 | Date Created:01/29/2019 |
| --- | --- | --- |

ON 10-16-18 I MADE A REASONABLE REQUEST FRO ADA ACCOMMODATION TO ADA COORDINATOR GAJEWSKI FOR PROPERLY FITTED FOOTWEAR (SIEX 12EEE) DUETO SCOLYOSIS DEGERNERATIVE SPINE DISORDER LATTICE IN BOTH RETINAS, AND IMPARED VISION AND IMBALANCE. ON 11-19-18 I PROVIDED ADA GAJEWSKI WITH ADDITIONAL INFORMATION I SUPPORTOF MY REQUEST. HWOEVER, ON 10-16-18 ADA GAJWESKI RECOMENDED DENIAL OF MY REQUEST AND REQUESTED THAT I ADDRESS SIZING ISSUE WITH EMDICAL STAFF OR FILE AN INFORMAL COMPLAINT. ON 1210-18 THEWARDEN DENIED MY REQUEST, YET NO APPEAL WAS GIVEN FOR APPEALTO COLUMBUS. I THEN FILED AN INFORMAL COMPLAINT WHICH WAS DENIED, AND I APPEAL THAT DECISION. ON APPEAL, INSPECTOR THREATENED TO RESTRICT MY USE OF THE GRIEVANCE PROCEDURES FOR VALID GRIEVANCE, CLEARLY IN VIOLATION OF THE FIRST AMENDMENT TO THE UNITED STATES CONSTITUTION. REQUEST REVIEW OF MY ADA REQUEST BY CENTRAL OFFICE LEGAL SERVIECS.(SEE ATTACHMENTS)

*2/4/2019 1:35:59 PM : ( Kelly Riehle ) wrote*
This matter addressed in TOCI 1218000168.
K. Riehle

*2/4/2019 1:36:30 PM : ( Kelly Riehle ) wrote*
Closed inmate form

| Ref# TOCI0321001177 | Housing:A2W0001 | Date Created:03/10/2021 |
|---|---|---|
| ID#: A196744 | Name:ALFORD,BRIAN | |
| Form:Kite | Subject:Unit 1 | Description:Unit Manager |
| Urgent:No | Time left:n/a | Status:Closed |

A2W1

Original Form
*3/10/2021 3:47:42 PM : ( a196744 ) wrote*
MA'AM: MS. ABBOTT, FOR FEAR OF BEIING REDUNDANT, I SPOKE BRIEFLY WITH MS. KROGGEL TODAY ABOUT BOOTS BEING APPROVED FOR ORDER BY DR. PORTER AND SHE ADVISED FOR YOU TO SEND HER AN E-MAIL REGARDING SAME, THAT SHE WOULD CONFIRM WITH PACKAGE ROOM THAT BOOTS ARE APPROVED. THANKS IN ADVANCE.

Communications / Case Actions
*3/10/2021 3:47:42 PM : ( a196744 ) wrote*
Form has been submitted

*3/11/2021 7:51:16 AM : ( Penney Abbott ) wrote*
I will not Boots are NOT approved.

*3/11/2021 7:51:21 AM : ( Penney Abbott ) wrote*
Closed inmate form

Manual Fill-In
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

| Ref# TOCI0321001008 | Housing:A2W0001 | Date Created:03/09/2021 |
|---|---|---|
| ID#: A196744 | Name:ALFORD,BRIAN | |
| Form:Kite | Subject:Unit 1 | Description:Unit Manager |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*3/9/2021 3:19:43 PM : ( a196744 ) wrote*
MS ABBOTT: I UNDERSTAND. PLEASE INFORM THEM THAT I WILL IN FACT BE ORDERING IN ABOUT THREE
WEEKS FROM HITCHCOCK SHOES. THANKS AGAIN!

Communications / Case Actions
*3/9/2021 3:19:43 PM : ( a196744 ) wrote*
Form has been submitted

*3/9/2021 3:32:15 PM : ( Penney Abbott ) wrote*
ok

*3/9/2021 3:32:20 PM : ( Penney Abbott ) wrote*
Closed inmate form

Manual Fill-In

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

| Ref# TOCI0321000974 | Housing:A2W0001 | Date Created:03/09/2021 |
|---|---|---|
| ID#: A196744 | Name:ALFORD,BRIAN | |
| Form:Kite | Subject:Unit 1 | Description:Unit Manager |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form

*3/9/2021 1:17:25 PM : ( a196744 ) wrote*
YES MA'AM: MS. ABBOTT, CAN YOU NOTIFY PACKAGE ROOM I AM GOING TO BE ORDERING MEDICALLY APPROVED FOOTWEAR IN ABOUT THE NEXT TWO TO THREE WEEKS? INSTEAD OF PURCHASING FROM AMAZON, I WILL BE PURCHASING FROM HITCKCOCK SHOES, AGAIN. THE ORDER WILL BE FOR MEDICALLY APPROVED BOOTS SIZE 12-3E (6 INCH , NON-SAFETY TOE), SIZE 12-4E GYMS SHOES, AND SIZE 12-4E SHOWER SHOES. I HAVE COMMUNICATION FROM MEDICAL ADVISING TO GO THROUGH UNIT STAFF FOR THIS PURPOSE. THANKS!

Communications / Case Actions
*3/9/2021 1:17:25 PM : ( a196744 ) wrote*
Form has been submitted

*3/9/2021 1:50:25 PM : ( Penney Abbott ) wrote*
You CAN NOT order Boots. If you need boots then they need to be ordered thru medical.

*3/9/2021 1:51:33 PM : ( Penney Abbott ) wrote*
Closed inmate form

Manual Fill-In

| Ref# TOCI0221001616 | Housing:A2W0001 | Date Created:02/17/2021 |
|---|---|---|
| ID#: A196744 | Name:ALFORD,BRIAN | |
| Form:Appeal | Subject:Health Care | Description:Co-pay |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*2/17/2021 8:39:39 PM : ( a196744 ) wrote*
TODAY YOU DEDUCTED A 2.00 SO-PAY FOR A VIST ON 2-11-21 FOR CHRONIC CARE ISSUE. KINDLY REVERSE THE CHARGE, AS THIS IS THE SECOND TIME THIS HAS HAPPENED, AND IT IS IN VIOLATION OF THE UNITED STATES CONSTITUTION.

Communications / Case Actions
*2/17/2021 8:39:39 PM : ( a196744 ) wrote*
Form has been submitted

*2/19/2021 9:08:45 AM : ( Robert Zilles ) wrote*
Mr. Alford after reviewing your medical chart the charge is appropriate and will stand. 68 Med 01.

*2/19/2021 9:08:49 AM : ( Robert Zilles ) wrote*
Closed inmate form

*2/19/2021 1:44:37 PM : ( a196744 ) wrote*
Escalated to Grievance

*2/19/2021 1:44:37 PM : ( a196744 ) wrote*
THE MEDICAL CO-PAY DEDUCTION FOR ISSUES RELATING TO MY EYES IS A CHONIC CARE ISSUE. THEREFORE, THE DEDUCTION IS INAPPROPRIATE AND PREVENTS LEGAL MAIL FROM BEING PROCESSED THAT WAS SENT TO UNTIT STAFF WHICH HAS OBVIOUSLY NOT BEEN DEDUCTED FROM MY ACCOUNT WITH A 0.00 BALANCE. THIS IS THE SECOND TIME THIS HAS HAPPENED.

*3/4/2021 3:41:36 PM : ( Michael Jenkins ) wrote*
This office is in receipt of Notification of Grievance CaseTOCI0221001616submitted by Inmate Alford A196-744 In your grievance, you say that on 12-23-2020 you were charged a $2.00 Co-Pay payment for a chronic care issue and should not have been charged.
During my investigation I have review your complaint. I have reviewed the response from PA3 Zilles. I have reviewed policy 68-Med-01 Medical Services and Administrative Rule 5120-9-31 – The inmate Grievance Procedure.
Offender AlfordA196744 I have reviewed the complaint. You were seen in medical for a nurses sick call on 02-11-2021. Understand that you will not be charged a co-pay for a Covid-19 related issue, Chronic Care , seeing the Dr for a issue but will be charged Co-pay for a routine HSR ($2.00) and ($3.00) for a unscheduled non-emergency. You were charged accordingly and documented on your IDS.31-2020 as verified on your Inmate Demand Statement.
Your Grievance is Denied-No violation of policy, procedure or law
This office will take no further action concerning this matter.
This ends Disposition of Grievance TOCI0221001616

*3/4/2021 3:41:53 PM : ( Michael Jenkins ) wrote*
Closed inmate form - Disposition: Denied

*3/4/2021 6:11:15 PM : ( a196744 ) wrote*
Escalated to Appeal

*3/4/2021 6:11:15 PM : ( a196744 ) wrote*
THIS ISSUE WAS IN FACT A CHRONIC-CARE ISSUE, AS I AM ON CHRONIC CARE FOR DAMAGES TO MY EYES IN 2014 REQUIRING MULTIPLE SURGERIES, AS WELL AS CHRONIC-CARE FOR ALLERGIC REACTION TO NINE (9) ALERGINS: DUST, MOLD, RAGWEED, POLLEN, WOOL, TOBACCO, TOBACCO SMOKE, GRASS AND ONE OTHER ALLERGIN, THEREFORE, THE 2.00 CO-PAY WAS INAPPROPRIATE AND SHOULD BE REVERSED.

*3/12/2021 1:57:47 PM : ( karen stanforth ) wrote*
Affirmed.
The Office of the Chief Inspector has reviewed your concern about an inappropriate co-pay charge and found that the staff followed the ODRC guidelines set forth in 68-MED-15 since your complaint was about itchy eyes and sinus. These issues are not directly related to your Cardiac/HTN and Liver CCC problems. Therefore, there will be no further action concerning this appeal at this time.
Karen Stanforth, Assistant Chief Inspector, Medical

*3/12/2021 1:57:55 PM : ( karen stanforth ) wrote*
Closed inmate form - Disposition: Affirmed with comments

Manual Fill-In

| Ref# TOCI0221001616 | Housing:A2W0001 | Date Created:02/17/2021 |

| Ref# TOCI0320002009 | Housing:A1W0014 | Date Created:03/24/2020 |
|---|---|---|
| ID#: A196744 | Name:ALFORD,BRIAN | |
| Form:Appeal | Subject:Health Care | Description:Unprofessional conduct |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*3/24/2020 10:51:27 AM : ( a196744 ) wrote*
TODAY 3-24-20 WHIEL BEING EXAIMINED BY DR VENTOSA AND CARAVELLA, FOR CHRONIC CARE AND
ISSUES RELATED TO NO DOCMENTATION I N  BEING PRESENT IN MY MEDICAL FILE REGARDIGN EXPOSURE
TO HAZARDOUS WASTE SINCE 2013,  IT WAS REQUESTED THAT MY BLOOD PRESSURE BE TAKEN AGAIN
DUE TO ELIVATION. HOWEVER,  SEVERAL STAFF NURSES WERE SNIKERING AND SHAKING THEIR HEADS
REGARDING DR. CARAVELLA'S REQUEST. UPON EXITING MEDICAL, A MALE STAFF PERSON IN THE OFFICE
LAUGHED AND YELLED OUT "FOURTEEN MORE TIMES, HEY ALFORD, HOLD UP". DEALING WITH SUCH
NPROFESSIONAL BEAVIOR ONLY EXACTERBATES MY MEDICAL ISSUES. PEASE ADDRESS THIS IMPORTANT
ISSUE.

Communications / Case Actions
*3/24/2020 10:51:27 AM : ( a196744 ) wrote*
Form has been submitted

*3/30/2020 6:12:04 PM : ( Dennis Seger ) wrote*
I will look into this and once I find out the details I will get back to you

*3/31/2020 10:21:38 PM : ( System ) wrote*
Closed inmate form

*4/1/2020 4:36:01 AM : ( Michael Jenkins ) wrote*
Re-Opened inmate form

*4/1/2020 4:36:19 AM : ( Michael Jenkins ) wrote*
Closed inmate form

*4/5/2020 1:43:12 PM : ( a196744 ) wrote*
Escalated to Grievance

*4/5/2020 1:43:12 PM : ( a196744 ) wrote*
DUE TO NO DOCUMENTATION IN MY OSU MEDICAL FILES REGARDING EXPOSURE TO REFRIGERANTS WHILE
AT LEBANON CORRECTIONAL, I WANT VERIFICATION THAT THIS INFORMATION IN LOCATED IN MY ODRC
MEDICAL FILES. ALSO, IN THINKING BACK ONE OF THE FOUR INDIVIDUALS IN THE OFFICE MAKING SNIDE
REMARKS WAS IN FACT D. SEGER. REQUEST THAT THIS INFORMATION BE THOUGHLY INVESTIGATED AND
APPROPRIATE ACTION TAKEN.

*4/20/2020 5:42:12 AM : ( System ) wrote*
Closed inmate form

*4/20/2020 6:36:52 AM : ( Michael Jenkins ) wrote*
Re-Opened inmate form

*5/1/2020 10:01:49 AM : ( System ) wrote*
Closed inmate form

*5/1/2020 11:32:10 AM : ( Michael Jenkins ) wrote*
Re-Opened inmate form

*5/3/2020 10:07:27 AM : ( Michael Jenkins ) wrote*
Extend-Inspector needs additional time to investigate

*5/4/2020 10:10:20 AM : ( System ) wrote*
Closed inmate form

*5/4/2020 10:14:03 AM : ( Michael Jenkins ) wrote*
Re-Opened inmate form

*5/4/2020 10:14:09 AM : ( Michael Jenkins ) wrote*
Extend-Inspector needs additional time to review

*5/5/2020 10:42:47 PM : ( Michael Jenkins ) wrote*
Extend-Inspector needs additional time to review

| Ref# TOCI0320002009 | Housing:A1W0014 | Date Created:03/24/2020 |

*5/7/2020 4:02:22 AM : ( Michael Jenkins ) wrote*
Extend-Inspector needs additional time to review

*5/8/2020 10:16:52 AM : ( System ) wrote*
Closed inmate form

*5/8/2020 12:46:48 PM : ( Michael Jenkins ) wrote*
Re-Opened inmate form

*5/8/2020 12:47:16 PM : ( Michael Jenkins ) wrote*
Extend-Inspector needs additional time to investigate

*5/11/2020 10:24:33 AM : ( System ) wrote*
Closed inmate form

*5/11/2020 12:22:38 PM : ( Michael Jenkins ) wrote*
Re-Opened inmate form

*5/11/2020 12:22:45 PM : ( Michael Jenkins ) wrote*
Extend-Inspector needs additional time to investigate

*5/11/2020 4:19:27 PM : ( Michael Jenkins ) wrote*
Extend-Inspector needs additional time to investigate

*5/18/2020 3:17:51 AM : ( Michael Jenkins ) wrote*
Extend-Inspector needs additional time to investigate

*5/19/2020 10:41:37 AM : ( System ) wrote*
Closed inmate form

*5/19/2020 11:25:55 AM : ( Michael Jenkins ) wrote*
Re-Opened inmate form

*5/19/2020 11:26:02 AM : ( Michael Jenkins ) wrote*
Extend-Inspector needs additional time to investigate

*5/21/2020 10:46:20 AM : ( System ) wrote*
Closed inmate form

*5/21/2020 12:00:14 PM : ( Michael Jenkins ) wrote*
Re-Opened inmate form

*5/30/2020 9:35:54 PM : ( Michael Jenkins ) wrote*
Extend-Inspector needs additional time to investigate

*6/2/2020 6:55:44 AM : ( Michael Jenkins ) wrote*
Extend-Inspector needs additional time to investigate

*6/3/2020 11:15:11 AM : ( System ) wrote*
Closed inmate form

*6/3/2020 11:59:23 AM : ( Michael Jenkins ) wrote*
Re-Opened inmate form

*6/17/2020 3:41:20 PM : ( Michael Jenkins ) wrote*
This office received your grievance TOCI03200002009 submitted by Inmate Alford A196744. In your grievance, you state that there is no documentation in your file regarding exposure to hazardous waste since 2013 and that medical staff were snickering and laughing and saying 14 more times hold up Alford.
During my investigation, I have reviewed your complaint, Medical file, I have reviewed HCA Segar response spoke to have review Administrative Rule 5120-9-31 – the inmate grievance procedure.

| Ref# TOCI0320002009 | Housing:A1W0014 | Date Created:03/24/2020 |
|---|---|---|

Offender Alford you clearly state that their is nothing in your medical file regarding exposure to hazardous exposure back in 2013 at Lebanon. You later go on to say if there is anything in your file back in 2013 regarding exposure in Lebanon. This is clearly an issue where you need to kite medical to review your file. As far as medical staff snickering I have informed the HCA supervisor and the allegations simply cannot be substantiated. Understand that medical staff may mention your name as you are in the area and their medical duties require them to to both inquire and research medical information. Please Kite HCA Segar as he has informed you to do so.Please follow the medical plan of action you have been provided.
Your grievance is denied - no violation of rule, policy, or law.
This office will take no further action regarding this matter.
This ends disposition of Grievance TOCI03200002009

*6/17/2020 3:42:25 PM : ( Michael Jenkins ) wrote*
Closed inmate form - Disposition: Denied

*6/17/2020 4:58:20 PM : ( a196744 ) wrote*
Escalated to Appeal

*6/17/2020 4:58:20 PM : ( a196744 ) wrote*
THE INSPECTOR'S CNOCLUSION CLEARLY IS OFF POINT. I STATED THAT DUE TO THE FACT MY OSU MEDICAL FILES DO NOT SHOW EXPOSURE TO HAZARDOUS WASTE, THAT I NEED VERIFICATION THAT IN FACT THIS INFORMATION IS CONTAINED WITHIN MY ODRC MEDICAL FILES. IN ADDITION, THE ISSUES RELATING TO UNPROFESSIONAL BEHAVIOR BY MEDICAL STAFF DID INFACT INVOLVE HCA D. SEGAR. AND RELATED TO MEDICAL STAFF TRYING TO SECOND GUESS THE DOCTORS REQUEST TO RETAKE MY BOOD PRESSURE, AND DMAIGN A MOCERY OF THE DOCTOR'S REQUEST. MY BLOOD PERSSURE WAS VERY HIGH THAT DAY, UNDOUBTEDLY DUE TO MEDICA L STAFFS UNPROFESSIONAL ACTIONS. REQUEST A THROUGH INVESTIGATION INTO THESE ISSUES IN A TIMELY MANNER.

*6/25/2020 8:30:45 AM : ( karen stanforth ) wrote*
Modified with Additional Response Required.
A review of your concern shows that your initial IFC was not addressed by the HCA or designee which demonstrates non-compliance with Ohio Administrative Rule 5120-9-31. Therefore I am Modifying this appeal with a request for Inspector Jenkins to contact Dennis Seger for an IFC complaint response, followed by his review and investigation no later than July 10, 2020. The findings of this request should be forwarded to the Office of the Chief Inspector for inclusion with this appeal.
Karen Stanforth, Assistant Chief Inspector, Medical

*6/25/2020 8:31:08 AM : ( karen stanforth ) wrote*
Closed inmate form - Disposition: Modified with additional response required

## Medical Services Treatment Pass

| | | | |
|---|---|---|---|
| Institution: | ToCI | Name: | Alford |
| Number: | 196744 | Lock: | A1E14 |
| 1. Start Treatment Date: | | | 4/13/2018 |
| 2. Stop Treatment Date: | | | 4/13/2018 |

| | | | |
|---|---|---|---|
| ☐ | B/P | | 0630 |
| ☐ | DSC | | 0800 |
| ☐ | TX | | 1000 |
| ☐ | LAB | | 1130 |
| ☐ | IM | | 1300 |
| ☐ | X-Ray | | 1630 |
| ☐ | EKG | | 1700 |
| ☐ | Meds | | 2000 |
| ☒ | Other: NSC | ☒ | Other: 0930 |

3.  You are required to have identification in order to receive medication.  Failure to honor this pass may result in diciplinary action.

| Nurse's Signature: | P. Schumacker, RN |
|---|---|

## Medical Services Treatment Pass

| | | | |
|---|---|---|---|
| Institution: | ToCI | Name: | Alford |
| Number: | 196744 | Lock: | A1E14 |
| 1. Start Treatment Date: | | | 5/7/2018 |
| 2. Stop Treatment Date: | | | 5/7/2018 |

| | | | |
|---|---|---|---|
| ☐ | B/P | | 0630 |
| ☐ | DSC | | 0800 |
| ☐ | TX | | 1000 |
| ☐ | LAB | | 1130 |
| ☐ | IM | | 1300 |
| ☐ | X-Ray | | 1630 |
| ☐ | EKG | | 1700 |
| ☐ | Meds | | 2000 |
| ☒ | Other: NSC | ☒ | Other: 0830 |

3.  You are required to have identification in order to receive medication.  Failure to honor this pass may result in diciplinary action.

| Nurse's Signature: | M. Mathews, RN |
|---|---|

DRC 5259 (10/15)

---

**INSIDE PASS ONLY**

TOCI

Per Medical
9:00AM

Report Time: ~~9:00AM~~          Pass Date: 09-MAY-18

Last Name: ALFORD                Id: A196744

Lock: A1/E/0014                  Job: RECREATION AIDE

Destination: Mandatory DSC - Babb

Issued By: SPECIAL SERVICE

Issued By _____ 8:50AM
                  Time

Dismissed By _____ Time

---

## Inmate Pass

| | | | |
|---|---|---|---|
| Institution: | ToCI | Date: | |
| Inmate Name: | Alford | Inmate No.: | 196744 |
| Works: | — | Lock/Unit: | A1E14 |
| Destination: | Medical | | |
| Time Issued: | 10:00 | Officer/Staff: | 9:50AM |

# Health Services Request

### Petición Para Servicios de Salud

| | |
|---|---|
| Reviewed by: | |
| Date Received: | Time Received: a.m./p.m. |

Date Of Request: / Fecha: **4-11-18**

Inmate Name: / Nombre: **ALFORD**

Number: / Numero: **A196-744**

Housing Unit: / Unidad: **A1-E14**

Request for:
☒ Medical Care / Atención Medica  ☐ Dental Care / Atención Dental  ☐ Medication Reorder / Reordenar Medicación  ☐ Medication Refill / Rellenar la Medicación

Nature of problem: / Descripción del problema:

(RIGHT EYE VISION WORSE, REQUEST REFERAL TO SPECIALIST AND REMOVAL OF CATARACT, REPAIR TEAR IN LASERED AREA OF RIGHT EYE AND FIND OUT REASON FOR PAIN, DISCOMFORT, FLASHES IN LEFT EYE)

2 (STILL WAITING TO SEE DIETITIAN PER DR. BISLER'S REQUEST ON 3-22-18 FOR HIGH FIBER DIET)

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

---

# Health Services Request

### Petición Para Servicios de Salud

| | |
|---|---|
| Reviewed by: | |
| Date Received: | Time Received: a.m./p.m. |

Date Of Request: / Fecha: **5-3-18**

Inmate Name: / Nombre: **ALFORD**

Number: / Numero: **A196-744**

Housing Unit: / Unidad: **A1-E14**

Request for:
☒ Medical Care / Atención Medica  ☐ Dental Care / Atención Dental  ☐ Medication Reorder / Reordenar Medicación  ☐ Medication Refill / Rellenar la Medicación

Nature of problem: / Descripción del problema:

(1) LEFT EYE VISION DISTORTED, BLURRY, DIZZY

(2) RIGHT EYE VISION MUCH WORSE, MORE FLOATERS

(3) VISION BAD EVEN WITH GLASSES AT TIMES

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

# Health Services Request
## Petición Para Servicios de Salud

| For Medical Use Only / Para Uso Medico Solamente | |
|---|---|
| Reviewed by: | |
| Date Received: | Time Received: a.m./p.m. |

Date Of Request:
Fecha: 6·24·18

Inmate Name:
Nombre: ALFORD

Number:
Numero: A196744

Housing Unit:
Unidad: A1-E14

Request for: ☒ Medical Care / Atención Medica  ☐ Dental Care / Atención Dental  ☐ Medication Reorder / Reordenar Medicación  ☐ Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema:

1) ATHLETE'' FOOT, CRACKING FEET

2) LEG PAIN, PAIN & TINGLING IN FINGERS - LEFT HAND, ARM

3) PAIN IN LEFT EYE, VISION DISTORTED

4) SNEEZING, COUGHING (ALLERGIES)

### Place This Slip In Medical Request Box Or Designated Area
Ponga en la Caja de Peticiónes Medicas en Area Designada

DRC 5373 (Rev. 08/07)

# Medical Services Treatment Pass

| Institution: | ToCI | Name: | Alford |
|---|---|---|---|
| Number: | 1967744 | Lock: | A1E14 |

| 1.Start Treatment Date: | 6/26/2018 |
|---|---|
| 2.Stop Treatment Date: | 6/26/2018 |

| | B/P | 0630 |
| | DSC | 0800 |
| | TX | 1000 |
| | LAB | 1130 |
| | IM | 1300 |
| | X-Ray | 1630 |
| | EKG | 1700 |
| | Meds | 2000 |
| ☒ | Other: | NSC | ☒ | Other: | 0060 | 0900 |

3. You are required to have identification in order to receive medication. Failure to honor this pass may result in diciplinary action.

Nurse's Signature: *M. Matthews, R.N*

DRC 5259 (10/15)

| Ref# TOCI0720001803 | Housing:A1W0014 | Date Created:07/21/2020 |
|---|---|---|
| ID#: A196744 | Name:ALFORD,BRIAN | |
| Form:Grievance Against the Warden | Subject:Warden | Description:Violation of Administrative Rule |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*7/21/2020 1:49:31 PM : ( a196744 ) wrote*
ON 7-20-20 I REQUESTED TO BE TESTED FOR COVID-19 THROUGH HEALTH SERVICES, AND WAS INFORMED THAT NO TESTING OF INMATE POPULATION IS BEING DONE FOR ACTIVE COVID-19 OR ANTIBODY TESTING TO LEARN HOW MANY HAVE BEEN EXPOSED IN THE PAST. HOWEVER, IN JANUARY 2020 I A CERTAN I WAS EXPOSED TO THE VIRUS DUE TO EXHIBITING THE SYMPTOMS:
COLD CHILLS, SWEATING, VOMITTING, DIARHEA COUGHING, LOSS OF TASTE AND SMELL, BODY ACHES, YET THE DIAGNOSIS WAS PURPORTEDLY THE FLU. AFTER BEING DENIED FOLLOWUP TREATMENT I LATER WAS INFECTED WITH AN AUUPER RESPIRATORY AND EAR INFECTION, REQUIRING ANTIBIOTICS. ON 7-20-20 THE WARDEN APPROVED LEVEL-3 DECREASE IN SPITE OF MY HEALTH CRISIS HEP-C, DAMAGE TO MY EYES FOLLOWING EXPOSURE TO HAZARDOUS WASTE AT LEBANON CORRECTIONAL INSTITUTION. THESE LIFE THREATENING ILLNESS PLACE ME IN FURTHER THREAT OF OF IMMIMENT DANGER OF DEATH OR SERIOUS BODILY HARM IN VIOLATION OF THE EHGHTH AND FOURTEENTH AMENDMENTS TO THE U.S CONSTITUTION. A SEPARATE APPEAL IS BEING UTILIZED REGARDING THE CLASSIFICATION DATED 7-20-20, HOWEVER, WITH THE RISE IN 85% OF THE STATES IN COVID-19, THE WARDEN IS PLACING ME IN FURTHER THREAT OF IMMINENT DANGER OR SERIOUS BODILY HARM.

Communications / Case Actions
*7/21/2020 1:49:31 PM : ( a196744 ) wrote*
Form has been submitted

*7/22/2020 8:11:14 AM : ( Roger Wilson ) wrote*
Upon review of your complaint and administrative rule 5120-9-31, I find the requirement to show the warden was personally and knowingly involved in a violation of law, rule or policy, or personally and knowingly approved or condoned such a violation has not been met.
The decision to adjust certain operational functions was made by the Director of ODRC in response to COVID-19 to help ensure the safety and security of incarcerated individuals, visitors and staff in accordance with Ohio Revised Code 5120.01. The Managing Officer has the authority and discretion to implement operational changes unique to their institution in response to the COVID-19 pandemic. The issue you have raised in your use of the Inmate Grievance Procedure is one associated with an adjusted operational function and therefore, is denied in accordance with Administrative Rule 5120-9-31.

*7/22/2020 8:11:24 AM : ( Roger Wilson ) wrote*
Closed inmate form - Disposition: Denied

| Ref# TOCI1220000901 | Housing:A2W0001 | Date Created:12/09/2020 |
|---|---|---|
| ID#: A196744 | Name:ALFORD,BRIAN | |
| Form:Appeal | Subject:Health Care | Description:Disagree with diagnosis/treatment |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*12/9/2020 9:31:14 AM : ( a196744 ) wrote*
ON 12-08-20 I WAS EXAMINED AT NURSES SICK CALL FOR THE SECOND HSR I SUMBITTED SINCE 11-24-20 REGARDING SINUS INFECTION, UPPER-RESPIRATORY INFECTION, AND BLADDER INFECTION. NURSE WEBBER WAS NOT CONCERNED WITH THE SINUS ADN UPPER-RESPIRATORY INFECTIONS, NEVER EXAMINED MY NOSE, THROAT, OR LUNGS, HAD ME ANSER A BARAGE OF QUESTIONS, DROP A URINE TO CHECK FOR BLADDER INFECTION, AND GAVE ME ALLERGY MEDS AND TYLENOL AND SAID I COULD LEAVE. HE NIFORMED IF THE URINE TEST WAS POSITVE HE WOULD CONSULT WITH DR PORTER FOR ANTIBIOTICS. HOWEVER, WHAT ABOUT MY OTHER SYMTOMS WHICH WILL ONLY GET WORSE IF DR. PORTER DOES NOT ORDER ANTI-BIOTICS AS EARLIER THIS YEAR.?

Communications / Case Actions
*12/9/2020 9:31:14 AM : ( a196744 ) wrote*
Form has been submitted

*12/15/2020 9:51:12 AM : ( Robert Zilles ) wrote*
You were evaluated by Nurse Weber and a plan of care was provided to you. If you are still having symptoms or issues as stated please follow the process and submit a health service request for evaluation/ follow up. 68 Med-01.

*12/15/2020 9:51:20 AM : ( Robert Zilles ) wrote*
Closed inmate form

*12/16/2020 9:44:03 AM : ( a196744 ) wrote*
Escalated to Grievance

*12/16/2020 9:44:03 AM : ( a196744 ) wrote*
NURSE  WEBER'S ACTIONS VIOLATE THE EIGHTTH AMENDMENT TO THE UNITED STATES CONSTITUTION. MY MEDICAL HISTORY WITH KNOWN ALLERGINS: DUST, MOLD, MILDEW, RAGWEED, POLLEN, TOBACO, TOBACO SMOKE, GRASS, WOOL:. THEREFORE, DUE TO PROBLEMS WITH SINUS, EARS, AND UPPER-RESPIRATORY INFECTIONS AT LEAST ONCE PER YEAR, I SHOULD HAVE BEN REFERRED TO DR PORTER AUTOMATICALY FOR FURTHER ASSESMENT. REQUEST THAT NURSE WEBER BE REMOVED FROM  ODRC AS THIS IS THE THIRD INCIDENCE OF DELIBERATE INDIFFERENCE TO MY SERIOUS MEDICAL NEEDS.

*12/16/2020 10:32:17 AM : ( Michael Jenkins ) wrote*
This office is in receipt of Notification of Grievance Case TOCI1220000901 submitted by Inmate Alford A196744. In your grievance you state that Nurse Webber wasn't concerned with Sinus, respiratory issues, bladder infection. your nose,throat, lungs,Urine test and wouldn't consult with Dr.Porter.
During my investigation I have review your complaint. I have reviewed the response from Monitor Zilles. I have reviewed policy 68-Med-01 Medical Services and Administrative Rule 5120-9-31 – The inmate Grievance Procedure.
Offender Alford A196744 I have reviewed your complaint. You were seen by medical Rn.Weber on 12-08-2020.You were assessed amid a variety of concerns which you have listed above Sinus, upper respiratory infections, and many more concerns. Answering questions is part of the assessment process. You were given a urine test which has a negative result thus ruling out a bladder infection. You were issued Tylenol and Claritin. All evidence I see shows a thorough medical assessment and addressing multiple concerns. You were provided a Plan of Care and directed to follow-up with an  HSR for further evaluation. Offender Alford with RN being a registered nurses they are trained and experienced when medical  consult in necessary with other ALP. Understand that with the Covid-19 pandemic medical visits are limited specifically to  what would be considered matters of a emergency nature. Please follow the medical plan provided.
Your Grievance is Denied-No violation of law, procedure or process
This office will take no further action concerning this matter.
TOCI11220000901 is closed

*12/16/2020 10:32:24 AM : ( Michael Jenkins ) wrote*
Closed inmate form - Disposition: Denied

*12/16/2020 10:36:36 AM : ( Michael Jenkins ) wrote*
Re-Opened inmate form

*12/16/2020 10:37:39 AM : ( Michael Jenkins ) wrote*
This office is in receipt of Notification of Grievance Case TOCI1220000901 submitted by Inmate Alford A196744. In your grievance you state that Nurse Webber wasn't concerned with Sinus, respiratory issues, bladder infection. your nose,throat, lungs,Urine test and wouldn't consult with Dr.Porter.
During my investigation I have review your complaint. I have reviewed the response from Monitor Zilles. I have reviewed

| Ref# TOCI1220000901 | Housing:A2W0001 | Date Created:12/09/2020 |

Offender Alford A196744 I have reviewed your complaint. You were seen by medical Rn.Weber on 12-08-2020.You were assessed amid a variety of concerns which you have listed above Sinus, upper respiratory infections, and many more concerns. Answering questions is part of the assessment process. You were given a urine test which has a negative result thus ruling out a bladder infection. You reported no Covid-19 symptoms. You were issued Tylenol and Claritin. All evidence I see shows a thorough medical assessment and addressing multiple concerns. You were provided a Plan of Care and directed to follow-up with an HSR for further evaluation. Offender Alford with RN being a registered nurses they are trained and experienced when medical consult in necessary with other ALP. Understand that with the Covid-19 pandemic medical visits are limited specifically to what would be considered matters of a emergency nature. Please follow the medical plan provided.

Your Grievance is Denied-No violation of law, procedure or process
This office will take no further action concerning this matter.
TOCI11220000901 is closed

*12/16/2020 10:37:45 AM : ( Michael Jenkins ) wrote*
Closed inmate form - Disposition: Denied

*12/17/2020 9:20:49 AM : ( a196744 ) wrote*
Escalated to Appeal

*12/17/2020 9:20:49 AM : ( a196744 ) wrote*
DO DATE, I STILL SUFFER FROM THE DELIBERATE INFIFFERENCE TO MY SERIOUS MEDICAL NEEDS BY NURSE WEBER THE SYMPTOMS REMAIN THE SAME, THIS IS MERELY TO EXHAUST ADMIN REMEDIES.

*1/17/2021 10:35:57 AM : ( Roger Wilson ) wrote*
This case is being extended to permit time for an adequate response by this office.

*2/9/2021 1:58:12 PM : ( karen stanforth ) wrote*
Affirmed.
A review of your medical file confirms you were seen by Nurse Weber on 12/8/20 and you reported concerns about a sinus infection and also a bladder infection. Your vital signs were normal, you demonstrated no additional signs of fever or acute illness and your urine test was negative for infection.
You expressed concern over an exacerbation of your chronic sinusitis and denied ay covid-like symptoms of sore throat chills, cough, N/V or loss of taste/smell. You also had no urinary symptoms that would indicate a urinary tract infection. Your plan of care included Acetaminophen 325mg 1-2 tabs PO every 4 hours PRN for fever >101 - 10 tabs given, CTM 1 tab twice daily for 3 days PO PRN for nasal congestion/drainage/sneezing - 6 tabs given, and you were referred to the commissary for OTC comfort medication. You were also given OTC Claratin/Zyrtec for sinus drainage to use with CTM tabs and instructed on Hand Hygiene, Cough etiquette, Increase fluids, Medication side effects. You were also advised to report to the clinic if no improvement and you did submit another HSR and were seen on 12/21/20 by a different nurse and provided the same plan of care along with an appointment to DSC since you experienced no improvement..
Two days later on 12/23/20 you were seen by a physician who reported that you feel that you have an exacerbation of chronic allergic rhinitis. Your pulse ox was normal today at 97% as it was on 12/8/20. Since your illness is allergic in nature the physician stated he would not use antibiotic at this time, but felt you would benefit from continuous nasal steroid spray, (Nasacort 55 mcg per spray, start 2 sprays each nostril QD total 220 mcg daily, back off if improved). Since Nasacort continues to be unavailable at commissary, the doctor made a prior authorization request and you were given chlorpheniramine 8 tabs, Loratidine package of 10 tabs, and the doctor reported that he will email commissary to allow refill of Zyrtec at this time while waiting for the Nasacort approval. You were also advised to report fever/purulent coryza/worse sinus pain to the clinic if you notice deterioration of your condition with these issues..
Based on this review there will be no further action concerning your treatment as there are no indications you have been treated with deliberate indifference or negligence concerning this issue. The staff have followed the ODRC guidelines set forth in 68-MED-01.
Karen Stanforth, Assistant Chief Inspector, Medical

*2/9/2021 1:58:25 PM : ( karen stanforth ) wrote*
Closed inmate form - Disposition: Affirmed with comments

Manual Fill-In

| Ref# TOCI1220001280 | Housing:A2W0001 | Date Created:12/12/2020 |
| ID#: A196744 | Name:ALFORD,BRIAN | |
| Form:Kite | Subject:Health Care | Description:Health Care |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*12/12/2020 3:25:02 PM : ( a196744 ) wrote*
DR. PORTER: I COMPLETED TWO HEALTH CARE REQUESTS FOR UPPER RESPIRATORY, SINUS INFECTIONS, AND BLADDER INFECTION. THE FIRST WAS SENT 11-24-20 AND MY APPOINT WITH YOU WAS PURPORTEDLY CANCELLED. MY SECOND HSR WAS PASSED FOR 12-8-20 HOEVER, NURSE WEBBER NEVER EXAMINED MY SINUSES, LUNGS, AND STATED IT WAS NOT A GREAT CONCERN TO HIM. YOU ARE WELL AWARE OF MY HISTORY WITH SUNUS, EAR, AND UPPPER-RESPIRATORY AILMENTS THAT HAVE ONLY BEEN OVERCOME WITH ANTIBIOTICS/PENICILLIN TREATMENT, AS RECENTLY AS JANUARY OR FEBRUARY OF THIS YEAR. WHY MUST I HAVE TO SUFFER FROM DDELIBERATE INDIFFERENCE TO MY SERIOUS MEDICAL NEEDS? I WAS ONLY GIVEN ALLERGY MEDICATION AND TYLINOL, AND INFORMED THAT IF MY URINE SAMPLE WAS POSITIVE I WOULD HEAR FROM MEDICAL LATER. THIS IS IN CLEAR VIOLATION OF THE UNITED STATES CONSTITUTION. PLEASE CORRECT IT.

Communications / Case Actions
*12/12/2020 3:25:02 PM : ( a196744 ) wrote*
Form has been submitted

*12/15/2020 9:58:22 AM : ( Robert Zilles ) wrote*
Please see previous response.

*12/15/2020 9:58:27 AM : ( Robert Zilles ) wrote*
Closed inmate form

Manual Fill-In

| Ref# TOCI0221000945 | Housing:A2W0001 | Date Created:02/11/2021 |
|---|---|---|
| ID#: A196744 | Name:ALFORD,BRIAN | |
| Form:Appeal | Subject:Health Care | Description:Medication |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*2/11/2021 1:37:50 PM : ( a196744 ) wrote*
DOCTOR PORTER WROTE AN ORDER FOR NASACORT AND ITWAS DENIED BECAUSE THEY NOW SELL IT IN COMMISSARY FOR 11.29. I HAVE CHRONIC ALLERGIES TO :RAGWEED, POLLEN, DUST, MOLD, MILDEW, GRASS, TOBACCO, TOBACCO SMOKE, WOOL FOLOWING TESTING IN COLUMBUS WHICH REQUIRED ACTUAL SHOTS MONTHLY. BECAUSE THIS IS A CHRONIC ILLNESS WHICH IS LEFT UNTREATED CAN RESULT IN UPPER-RESPIRATORY INFECTIONS, SINUS INFECTIONS, EAR INFECTIONS REQURING ANTIBIOTICS/PENNISILIM, WHY MUST I BE REQUIRED TO PAY FOR MEDICATION TO TREAT? I DON'T PAY FOR MEDICATION FOR CHRONIC HYPERTENSION!! THIS IS IN CLEAR VIOLATION OF THE EIGHTH AMENDMENT OF THE UNTIED STATES CONSTITUTION AND MUST BE CORRECTED. SPICIFICALLY IN LIGHT OF THE COVID-19 EPIDEMIC.

Communications / Case Actions
*2/11/2021 1:37:50 PM : ( a196744 ) wrote*
Form has been submitted

*2/18/2021 3:12:34 PM : ( Robert Zilles ) wrote*
Your request was sent to Columbus and was denied. You are can buy this medication from commissary. Please purchase the following medication from commissary.

*2/18/2021 3:12:39 PM : ( Robert Zilles ) wrote*
Closed inmate form

*2/18/2021 7:04:03 PM : ( a196744 ) wrote*
Escalated to Grievance

*2/18/2021 7:04:03 PM : ( a196744 ) wrote*
THIS IS A CLEAR VIOLATION OF THE EIGHTH AMENDMENT TO THE UNTIED STATES CONSTITUTION. MY ALLERGIES ARE CHRONIC CARE TREATMENT AND I SHOULD NOT BE REQUIRED TO PAY 11.29 FOR NASAL MEDICATION FOR A CHRONIC ISSUE.

*3/4/2021 11:57:50 AM : ( Michael Jenkins ) wrote*
This office is in receipt of Notification of Grievance Case TOCI0221000945 submitted by Alford A196-744 In your grievance, you Dr.Porter wrote an order for Nasacort and now you have to pay for medication which is wrong and violation of your rights.
During my investigation I have review your complaint. I have reviewed the response from PA3 Zilles. I have reviewed policy 68-Med-01 Medical Services and Administrative Rule 5120-9-31 – The inmate Grievance Procedure. AlfordA196744 I have reviewed the complaint. I have reviewed your response from PA3 Zilles and when you were last seen in medical regarding the above mentioned complaint. Well Columbus has reviewed the request and made a decision for this medication and since it is an over the counter it has been decided to purchase from commissary. So I have reviewed the commissary listing and it appears the medicine Trimcinolone Nasacort is currently $11.29 so make sure that you mange your funds accordingly. I see that you spent $30.00 on 02-10-2021 and then $31.00 on 02-17-2021. You also receive $18.00 monthly in state pay.
Your Grievance is Denied-No violation of policy, procedure or law
This office will take no further action concerning this matter.
This ends Disposition of Grievance TOCI0221000945

*3/4/2021 11:57:57 AM : ( Michael Jenkins ) wrote*
Closed inmate form - Disposition: Denied

*3/4/2021 6:14:19 PM : ( a196744 ) wrote*
Escalated to Appeal

*3/4/2021 6:14:19 PM : ( a196744 ) wrote*
REGARDLES OF THE AMOUNT I SPENT IN THE PAST, I HAVE FEDERAL FILING DEDUCTIONS ADND CHILD DEDUCTIONS. IN ADDITION, MY ALLERGIES ARE A CHRONIC-CARE ISSUE ADN THE STATE MUST PROVIDE ADEQUATE TREATMENT FOR CHRONIC-CARE ISSUES. THIS IS IN CLEAR VIOLATION OF THE EIGHT AMENDMENT TO THE UNITED STATES CONSTITUTION

*3/18/2021 12:50:12 PM : ( karen stanforth ) wrote*
Affirmed.
The Office of the Chief Inspector has reviewed your concern and the Nascort can be purchased over-the-counter while your blood pressure medication is a prescribed drug that can only be dispensed through a licensed pharmacy. Only

| Ref# TOCI0221000945 | Housing:A2W0001 | Date Created:02/11/2021 |

Karen Stanforth, Assistant Chief Inspector, Medical

*3/18/2021 12:50:20 PM : ( karen stanforth ) wrote*
Closed inmate form - Disposition: Affirmed with comments

<u>Manual Fill-In</u>

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

Page: 1

| Ref# TOCI0818000556 | Housing:A1W0014 | Date Created:08/31/2018 |
|---|---|---|
| ID#: A196744 | Name:ALFORD,BRIAN | |
| Form:Grievance | Subject:Health Care | Description:Health Care |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*8/31/2018 7:34:19 AM : ( a196744 ) wrote*
THERE HAS BEEN A SERIOUS PROBLEM WITH HEPATITIS A INFECTIONS I OHIO SINEC THE BEGINNING OF 2018. SINCE AROUND THAT TIME I HAVE BEEN EXPERIENCING TWO FO THE SYMPTOMS - NAUSEA AND STOMCHE PAIN, AND HAVE BEEN SEEN BY MEDICALSTAFF FOR THESE CONDITIONS YET AHVE NOT BEEN IMMUNIZED AGAINST THIS DESEASE IN SPITE OF BEING AFFECTED WITH HEPITIS C SINCE 2003. REQUEST TESTING ASAP THIS DESEASE IN SPITE OF MEETING NONE OF THE RISK FACTORS, EXCEPT BEING INCARCERATED.

Communications / Case Actions
*8/31/2018 7:34:19 AM : ( a196744 ) wrote*
Form has been submitted

*9/5/2018 3:19:07 PM : ( Robert Zilles ) wrote*
You have been previously vaccinated with the Hep A vaccine on 9/28/12 and 4/12/13. You are currently up to date and have no need at this time for another vaccination. Please follow up with medical if you are still having issues. 68 Med 01.

*9/5/2018 3:19:12 PM : ( Robert Zilles ) wrote*
Closed inmate form

*9/8/2018 5:47:54 PM : ( a196744 ) wrote*
Escalated to Grievance

*9/8/2018 5:47:54 PM : ( a196744 ) wrote*
DUE TO THE OUTBREAK OF HEPITITIS A IN THE AREA IT IS IMPORTANT TO BE TESTED FOR THIS DISEASE BECAUSE OF MY EXPOSURE TO HEPITITIS C. REQUEST TO BE TESTED FOR HEP-A.

*9/22/2018 7:42:42 AM : ( Derek Burkhart ) wrote*
This office is in receipt of Notification of Grievance Case TOCI 08-18-000556 submitted by Inmate Alford A-196744. In your grievance, you state due to the alleged amount of Hepatitis A in the institution, you are requesting to be tested. During my investigation, I have reviewed your complaint. I have spoken to HCA Zilles. I have reviewed policy 68-MED-01 - Medical Services and Administrative Rule 5120-9-31-Inmate Grievance Procedure.
I have found that as HCA Zilles stated, you have been previously vaccinated with the Hep A vaccine on 9/28/12 and 4/12/13. At this time, there is not a need for additional vaccination or testing. You may submit a health service request if you have a concern that you feel needs addressed.
Your grievance is denied – no violation of rule, policy, or law.  This office will take no further action concerning this matter.
This ends Disposition of Grievance TOCI 08-18-000556.

*9/22/2018 7:42:48 AM : ( Derek Burkhart ) wrote*
Closed inmate form - Disposition: Denied

Page: 1

| Ref# TOCI0219000328 | Housing:A1W0014 | Date Created:02/23/2019 |
| ID#: A196744 | Name:ALFORD,BRIAN | |
| Form:Appeal | Subject:Food Service | Description:Unsanitary cooking conditions |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*2/23/2019 5:21:19 PM : ( a196744 ) wrote*
TODAY I WAS INFORMED THAT HUMAN WASTE WAS FOUND IN THE DISH MACHINE SOMETIME AFTER THE MORNING MEAL, THAT THE SUPERVISOR WAS NOTIFIED YET PROPER PROCEDURES WERE NOT FOLLOWED TO DISINFECT THE DISH MACHINE. THIS IS THE FOURTH TIME FECAL WASTE WAS OBSERVED IN THE DISH MACHINE OR ON FOOD TRAYS AND PROPER PROCEDURES WERE NOT FOLLOWED TO ENSURE THAT SAEFTY MEASURES TO PREVENT INFECTOUS CONTAIMINATION WERE ADMINISTERED.

Communications / Case Actions
*2/23/2019 5:21:19 PM : ( a196744 ) wrote*
Form has been submitted

*2/27/2019 11:53:02 AM : ( Dane Sigworth ) wrote*
We are aware that on Saturday 2.23 it was noted that there was an unknown substance discovered on a tray in the Seg prep line area.  It was observed per surveillance and Aramark Mgmt confirmation that this tray was not washed through the dish machine. Food Service Sanitization Equipment is compliant as the correct procedures were utilized and the standards for properly cleaning and sanitizing items has not been compromised as the high heat rinse of 180F kills all bacteria. Furthermore, the dish machine has been sanitized, de-limed and cleaned with disinfecting components several times to ensure there are no issues moving forward.  Thanks.

*2/27/2019 11:53:08 AM : ( Dane Sigworth ) wrote*
Closed inmate form

*2/28/2019 7:08:58 AM : ( a196744 ) wrote*
Escalated to Grievance

*2/28/2019 7:08:58 AM : ( a196744 ) wrote*
THE UNKNOWN SUBSTANCE YOUARE REFERRING TO WAS IN FACT HUMAN WASTE, AND HAS BEEN PRSENT IN TRAYS COMING FROM 4A BLOCKS IN THE PAST. YOUR ASSUMPTION THAT 180 DEGREE WATER KILLS ALL BACTERIA IS A FALICY. AS OF 8-30-18 AND 7-17-18 ODRC AS BEEN NOTIFYING OFFENDERS VIA JPAY THAT AN OUTBREAK OF HEPATITIS A HAS TAKEN PLACE IN OHIO. HUMAN WASTE IS ONE WAY THAT THIS DISEASE IS PASSED. THE PRACTICES UTILIZED BY YOU ARE UNSANITARY AND COULD CONTRIBUTE TO SERIOUS ILLNESS, EVEN DEATH AND ARE THEREFORE UNACCEPTABLE.

*3/11/2019 1:34:25 PM : ( Derek Burkhart ) wrote*
This office is in receipt of Notification of Grievance Case TOCI 02-19-000328 submitted by Inmate Alford A-196744. In your grievance, you state you were informed that feces was found on a tray and the dish machine was not decontaminated correctly.
During my investigation, I have reviewed your complaint. I have reviewed camera footage. I have spoken to DWSS Henderson, Mr. Sigworth, Ms. Albain, and Captain Gross. I have reviewed policy 10-SAF-13 – Infectious Waste Management, policy 60-FSM-02 – Food Service Operations and Administrative Rule 5120-9-31 – the inmate grievance procedure.
I have found that you only know what you were told by other inmates. You were not present for this incident nor do you work in the chow hall. There is no verified evidence to support that the item found on the tray initially went through the dish machine. It is believed this item was planted on a tray at a time after the dishes were already run through the dish machine. It is very likely that had this item been on the tray prior to going through the dish machine that it would have either been noticed by the inmate putting the dishes on the machine or the inmate taking the dishes off the machine. A meeting was held by DWSS Henderson with Mr. Dillon of Aramark who confirmed that the temperature of the dish machine water being 180 degrees or more would kill any bacteria inside the dish machine. The tray that was found with the item was discarded along with approximately 20 other trays that were anywhere near this. The remaining trays were re-run through the dish machine as a precautionary measure. Procedure was followed appropriately, and matters were handled in compliance with code.
Your Grievance is denied – no violation of rule, policy, or law.  This office will take no further action concerning this matter.
This ends Disposition of Grievance TOCI 02-19-000328

*3/11/2019 1:34:31 PM : ( Derek Burkhart ) wrote*
Closed inmate form - Disposition: Denied

*3/11/2019 1:54:29 PM : ( a196744 ) wrote*
Escalated to Appeal

| Ref# TOCI0219000328 | Housing:A1W0014 | Date Created:02/23/2019 |

*3/11/2019 1:54:29 PM : ( a196744 ) wrote*
ON THREE OTHER INSTANCES, TRAYS HAVE BEEN SENT BACK FROM 4B PODS WITH HUMAN WASTE ON THEM AND RUN THROUGH THE DISHMACHINE. INMATES HAVE THROWN THE TRAYS AWAY, AND THE TRAYS WERE REMOVED FROM THE TRASH AND RUN THROUGH THE DISH MACHINE WITH ONLY 180 WATER. WITH THE OUTBREAK OF HEP A IN OHIO - SPECIFICALLY  WITHIN THE PRISON SYSTEM PER J PAY NOTICES ON 7-17-18 AND 8-30-18, ASSURING PROPER SANITIZATION OF TRAYS, ETC. FOLLOWING CONTAMINATION IS A MUST - ESPECIALLY FOR SOMEONE LIKE MYSELF WHO WAS CONTAMINATED WITH HEP C FOLLOWING A BLOOD TRANSFUSION IN 1983 DURING SURGERY AT FORT LEWIS WASHINGTON WHILE IN THE MILITARY DUE TO NO SCREENING OF BLOOD AT THAT TIME.I TAKE THIS ISSUE VERY SERIOUSLY, AND THE IFORMATION CAME DIRECTLY FROM INMATES WORKING WITHIN FOOD SERVICE WHO WITNESSED THESE INCIDENTS. REQUEST THAT EACH EMPLOYEE BE REMOVED FROM ODRC WHO WAS RESPONSIBLE FOR THESE VIOLATIONS.

*3/12/2019 7:59:17 AM : ( Kelly Riehle ) wrote*
The Office of the Chief Inspector is in receipt of your Appeal; a thorough review of your appeal has been completed that included the application of the following factors:
• Procedural requirements
• Proper investigation of your grievance
• Applicable policies, procedures, administrative rules, directives and ODRC operating manuals
• Documentation and related evidence
• Information presented in your appeal
Based on the aforementioned review, this office AFFIRMS the decision rendered by the Inspector.
Comments:  Your complaint is based on hearsay and no actual knowledge of the alleged incident.
K. Riehle
Assistant Chief Inspector

*3/12/2019 7:59:26 AM : ( Kelly Riehle ) wrote*
Closed inmate form - Disposition: Affirmed

FMC Medical Batch Lab Results Report                                              Page 33 of 107

**Patient: ALFORD, BRIAN     Patient ID: A196744     DOB: 4/10/1957     Gender: M**

**Inst ID: WCI     Current Lock: 2 C C 230U     Draw Date/Time: 7/22/2014 12:00:00 AM@**

---------------------------------------------- fold back here ----------------------------------------------

---------------------------------------------- fold forward here ----------------------------------------------

**Your test results were evaluated by an Advanced Level Provider as follows:**

[ ] Your test result is essentially within normal limits. No Advanced Level Provider follow-up is required.

[ ] Your test result remains unchanged and will be reviewed with you at your next chronic care clinic appointment.

[ ] Your test result is not within normal limits. Further studies/tests are required and have been scheduled for you. You will recieve further information on these srudies/tests at a later date.

[ ] Your test result is not within normal limits. Adjustments to the medication(s) you have been taking and education are needed. Please bring your medication(s) with you to your appointment.

   *Follow-up Nurse's Sick Call Appointment on: _____

[X] Your test result is not within normal limits. You will be scheduled to discuss the results with the Advanced Level Provider, as new medication(s) or interventions may be required. Please bring your medication(s) with you to your appointment.

   *Follow-up Doctor's Sick Call Appointment on: _____ *chronic care*

Date Logged: 7/22/2014
**Ohio Department of Rehabilitation and Correction**      Date Logged: 7/22/2014

FMC Medical Lab Results Report                                                                Page 2 of 2

**Patient: ALFORD, BRIAN      Patient ID: A196744      DOB: 4/10/1957      Gender: M**

**Inst ID: WCI      Current Lock: 2 C C 211L      Draw Date/Time: 10/30/2014 12:00:00 AM@07:12**

—————————————————————  fold back here  —————————————————————

—————————————————————  fold forward here  —————————————————————

**Your test results were evaluated by an Advanced Level Provider as follows:**

[ ] Your test result is essentially within normal limits. No Advanced Level Provider follow-up is required.

[ ] Your test result remains unchanged and will be reviewed with you at your next chronic care clinic appointment.

[ ] Your test result is not within normal limits. Further studies/tests are required and have been scheduled for you. You will recieve further information on these srudies/tests at a later date.

[ ] Your test result is not within normal limits. Adjustments to the medication(s) you have been taking and education are needed. Please bring your medication(s) with you to your appointment.

   *Follow-up Nurse's Sick Call Appointment on: _____

[ ] Your test result is not within normal limits. You will be scheduled to discuss the results with the Advanced Level Provider, as new medication(s) or interventions may be required. Please bring your medication(s) with you to your appointment.

   *Follow-up Doctor's Sick Call Appointment on: _____

http://cmcweb/Paperless/LabReport.aspx?ord=9122637                                          10/31/2014

**Patient: ALFORD, BRIAN**     **Patient ID: A196744**     **DOB: 4/10/1957**     **Gender: M**

**Inst ID: WCI**     **Current Lock: 1 B B 158L**     **Draw Date/Time: 7/15/2015 12:00:00 AM@06:55**

————————————————    fold back here    ————————————————

————————————————    fold forward here    ————————————————

**Your test results were evaluated by an Advanced Level Provider as follows:**

[ ] Your test result is essentially within normal limits. No Advanced Level Provider follow-up is required.

[ ] Your test result remains unchanged and will be reviewed with you at your next chronic care clinic appointment.

[ ] Your test result is not within normal limits. Further studies/tests are required and have been scheduled for you. You will recieve further information on these srudies/tests at a later date.

[ ] Your test result is not within normal limits. Adjustments to the medication(s) you have been taking and education are needed. Please bring your medication(s) with you to your appointment.

    *Follow-up Nurse's Sick Call Appointment on: _____

[ ] Your test result is not within normal limits. You will be scheduled to discuss the results with the Advanced Level Provider, as new medication(s) or interventions may be required. Please bring your medication(s) with you to your appointment.

    *Follow-up Doctor's Sick Call Appointment on: _____

| Number: | Name: | Date: |
|---|---|---|
| A196744 | Alford, Brian Keith | 1-5-16 |

| Unit: | Lock: | Assignment: |
|---|---|---|
| 1B | 146 | |

To:

Issued By (Staff Member Signature):

KITE PROCEDURE

1. Check with your Sergeant or Case Manager to see if this communication can be handled without a kite.
2. Write only to the Department that handles the problem you have. Others will merely forward your kite.
3. State your problems clearly and completely and thereby get immediate attention.
4. Avoid duplication of Kites, Writing to more than one office about the same thing will not obtain any faster attention.
5. Kites are to be used only for communication between inmates and Institutional Staff and not for any other purpose.

──────────────── FOLD HERE ────────────────

| | | |
|---|---|---|
| CASE MANAGER | WARDEN | QUARTERMASTER |
| CLASSIFICATION | DEPUTY WARDEN ADMINISTRATION/ SPECIAL SERVICES/ PROGRAMS | RECORDS |
| COMMISSARY | | RECOVERY SERVICES |
| DENTAL **USE HEALTH SERVICES REQUEST FORM, DRC5373 TO ACCESS DENTAL CARE** | DEPUTY WARDEN OPERATIONS | RECREATION |
| MEDICAL **USE HEALTH SERVICES REQUEST FORM, DRC5373 TO ACCESS MEDICAL CARE** | INST. INSPECTOR | RELIGIOUS SERVICES |
| | INVESTIGATOR | UNIT MANAGER _____ |
| | JOB COORDINATOR | EDUCATION |
| | LIBRARY | |
| MAJOR MENTAL HEALTH | MAIL ROOM | FOOD SERVICE |
| | | OTHER _____ |

DRC 2005 (Rev. 02/13)

KITE PROCEDURE

1. Check with your Sergeant or Case Manager to see if this communication can be handled without a kite.
2. Write only to the Department that handles the problem you have. Others will merely forward your kite.
3. State your problems clearly and completely and thereby get immediate attention.
4. Avoid duplication of Kites, Writing to more than one office about the same thing will not obtain any faster attention.
5. Kites are to be used only for communication between inmates and Institutional Staff and not for any other purpose.

ADD

**Your test results were evaluated by an Advanced Level Provider as follows:**

( ) Your test result is essentially within normal limits. No Advanced Level Provider follow-up is required.

(X) Your test result remains unchanged and will be reviewed with you at your next Chronic Care Clinic appointment.

( ) Your test result is not within normal limits. Further studies/tests are required and have been scheduled for you. You will receive further information on these studies/tests at a later date.

( ) Your test result is not within normal limits. Adjustments to the medication(s) you have been taking and education are needed. Please bring your medication(s) with you to your appointment.

**\*Follow-up Nurse's Sick Call Appointment on:**_____

( ) Your test result is not within normal limits. You will be scheduled to discuss the results with the Advanced Level Provider, as new medication(s) or interventions may be required. Please bring your medication(s) with you to your appointment.

**\*Follow-up Doctor's Sick Call Appointment on:**_____

FMC Medical Lab Results Report                                    Page 3 of 3

Patient: **ALFORD, BRIAN**    Patient ID: **A196744**    DOB: **4/10/1957**    Gender: **M**

Inst ID: **WCI**    Current Lock: **1 B B 158L**    Draw Date/Time: **7/24/2015 12:00:00 AM@07:03**

---

fold back here

---

---

fold forward here

---

**Your test results were evaluated by an Advanced Level Provider as follows:**

[ ] Your test result is essentially within normal limits. No Advanced Level Provider follow-up is required.

[ ] Your test result remains unchanged and will be reviewed with you at your next chronic care clinic appointment.

[ ] Your test result is not within normal limits. Further studies/tests are required and have been scheduled for you. You will recieve further information on these srudies/tests at a later date.

[ ] Your test result is not within normal limits. Adjustments to the medication(s) you have been taking and education are needed. Please bring your medication(s) with you to your appointment.

   *Follow-up Nurse's Sick Call Appointment on: _____

[ ] Your test result is not within normal limits. You will be scheduled to discuss the results with the Advanced Level Provider, as new medication(s) or interventions may be required. Please bring your medication(s) with you to your appointment.

   *Follow-up Doctor's Sick Call Appointment on: _____

http://cmcweb/Paperless/LabReport.aspx?ord=9245120                          7/27/2015

**Patient: ALFORD, BRIAN     Patient ID: A196744     DOB: 4/10/1957     Gender: M**

**Inst ID: LECI     Current Lock: 2 B 3 26U     Draw Date/Time: 5/10/2013 12:00:00 AM@0835**

-------------------------------------------------- fold back here --------------------------------------------------

-------------------------------------------------- fold forward here --------------------------------------------------

**Your test results were evaluated by an Advanced Level Provider as follows:**

[ ] Your test result is essentially within normal limits. No Advanced Level Provider follow-up is required.

[X] Your test result remains unchanged and will be reviewed with you at your next chronic care clinic appointment.

[ ] Your test result is not within normal limits. Further studies/tests are required and have been scheduled for you. You will recieve further information on these srudies/tests at a later date.

[ ] Your test result is not within normal limits. Adjustments to the medication(s) you have been taking and education are needed. Please bring your medication(s) with you to your appointment.

 *Follow-up Nurse's Sick Call Appointment on: _____

[ ] Your test result is not within normal limits. You will be scheduled to discuss the results with the Advanced Level Provider, as new medication(s) or interventions may be required. Please bring your medication(s) with you to your appointment.

 *Follow-up Doctor's Sick Call Appointment on: _____
                                                    Maw    5.14.13

**Patient: ALFORD, BRIAN    Patient ID: A196744    DOB: 4/10/1957    Gender: M**

**Inst ID: LECI    Current Lock: 2 B 3 26U    Draw Date/Time: 4/2/2012 12:00:00 AM@1049**

---------------------------------------    fold back here    ---------------------------------------

---------------------------------------    fold forward here    ---------------------------------------

**Your test results were evaluated by an Advanced Level Provider as follows:**

[ ] Your test result is essentially within normal limits. No Advanced Level Provider follow-up is required.

[✓] Your test result remains unchanged and will be reviewed with you at your next chronic care clinic appointment.

[ ] Your test result is not within normal limits. Further studies/tests are required and have been scheduled for you. You will recieve further information on these srudies/tests at a later date.

[ ] Your test result is not within normal limits. Adjustments to the medication(s) you have been taking and education are needed. Please bring your medication(s) with you to your appointment.

   *Follow-up Nurse's Sick Call Appointment on: _____

[ ] Your test result is not within normal limits. You will be scheduled to discuss the results with the Advanced Level Provider, as new medication(s) or interventions may be required. Please bring your medication(s) with you to your appointment.

   *Follow-up Doctor's Sick Call Appointment on: _____

                                        4 | 4

**Patient: ALFORD, BRIAN**     **Patient ID: A196744**     **DOB: 4/10/1957**     **Gender: M**

**Inst ID: LECI**     **Current Lock: 2 B 3 26U**     **Draw Date/Time: 3/26/2012 12:00:00 AM@0547**

---------------------------------------------  fold back here  ---------------------------------------------

---------------------------------------------  fold forward here  ---------------------------------------------

**Your test results were evaluated by an Advanced Level Provider as follows:**

[ ] Your test result is essentially within normal limits. No Advanced Level Provider follow-up is required.

[ ] Your test result remains unchanged and will be reviewed with you at your next chronic care clinic appointment.

[ ] Your test result is not within normal limits. Further studies/tests are required and have been scheduled for you. You will recieve further information on these srudies/tests at a later date.

[ ] Your test result is not within normal limits. Adjustments to the medication(s) you have been taking and education are needed. Please bring your medication(s) with you to your appointment.

  *Follow-up Nurse's Sick Call Appointment on: _____

[ ] Your test result is not within normal limits. You will be scheduled to discuss the results with the Advanced Level Provider, as new medication(s) or interventions may be required. Please bring your medication(s) with you to your appointment.

  *Follow-up Doctor's Sick Call Appointment on: _____

INSIDE PASS ONLY                                TOCI

Report Time: 06:30 AM          Pass Date: 22-AUG-18

Last Name: ALFORD                  Id: A196744          Issued By              Time

Lock: A1/W/0014          Job: RECREATION AIDE

Destination: Lab- Mandatory                              Dismissed By          Time

Issued By: SPECIAL SERVICES - MEDICAL AREA

                                                         Inmate Signature      Time

http://dotsportal.odrc1.state.oh.us/reports/RPASSP.aspx?par=TOCI;1;08/22/2018;        8/21/2018

INSIDE PASS ONLY                                TOCI

Report Time: 06:00 AM          Pass Date: 28-AUG-18

Last Name: ALFORD                  Id: A196744          Issued By              Time

Lock: A1/W/0014          Job: RECREATION AIDE

Destination: MANDATORY LAB DRAW                          Dismissed By          Time

Issued By: SPECIAL SERVICES - MEDICAL

                                                         Inmate Signature      Time

http://dotsportal.odrc1.state.oh.us/reports/RPASSP.aspx?par=TOCI;1;08/28/2018;        8/27/2018

INSIDE PASS ONLY          TOCI

Report Time: 06:00 AM          Pass Date: 30-OCT-18

Last Name: ALFORD                  Id: A196744          Issued By              Time

Lock: A1/W/0014          Job: LAUNDRY MACH OPER

Destination: MANDATORY LAB DRAW                          Dismissed By          Time

Issued By: SPECIAL SERVICES - MEDICAL

                                                         Inmate Signature      Time

# Medical Services Treatment Pass

| Institution: ToCI | Name: Alford |
|---|---|
| Number: 196744 | Lock: A1W14 |

| 1.Start Treatment Date: | 9/18/2018 |
|---|---|
| 2. Stop Treatment Date: | 9/18/2018 |

| | | | |
|---|---|---|---|
| ☐ | B/P | ☐ | 0630 |
| ☐ | DSC | ☐ | 0800 |
| ☐ | TX | ☐ | 1000 |
| ☐ | LAB | ☐ | 1130 |
| ☐ | IM | ☐ | 1300 |
| ☐ | X-Ray | ☐ | 1630 |
| ☐ | EKG | ☐ | 1700 |
| ☐ | Meds | ☐ | 2000 |
| ☒ | Other: Eye Dr. | ☒ | Other: 0900 |

3. You are required to have identification in order to receive medication.  Failure to honor this pass may result in diciplinary action.

Nurse's Signature: *M. Mathews, RN*

DRC



**DESCRIPTION:** a sterile ocular emollient (lubricant).

| Active ingredients | Purposes |
|---|---|
| Light mineral oil 15%.................................... | Eye lubricant |
| White petrolatum 85%................................... | Eye lubricant |

**Uses:** for use as a lubricant to prevent further irritation or to relieve dryness of the eye.

**Warnings:**

**For external use only**

**When using this product:**
- To avoid contamination of this product do not touch the tip of the container to any surface.
- For the multi-use container: Replace the cap after using.
- For the single-use container: Do not reuse. Once opened, discard.

**Stop using and ask a doctor if:**
- You experience eye pain.
- Changes in vision.
- Continued redness or irritation of the eye.
- The condition worsens or persists for more than 72 hours.

**Directions:** pull down the lower lid of the affected eye and apply a small amount (one-fourth inch) of ointment to the inside of the eyelid.

**Keep out of reach of children.** If swallowed, get medical help or contact a Poison Control Center right away. (1-800-222-1222)

DO NOT USE IF BOTTOM RIDGE OF TUBE CAP IS EXPOSED.

See crimp of tube or box for lot number and expiration date.
Store at 20 to 25°C (68 to 77°F)
**KEEP TIGHTLY CLOSED**
**HOW SUPPLIED:**
1/8 OZ (3.5 g) Tube (multi-use container)  NDC 0574-4025-35
Carton of Twenty (20) Unit Dose 1 g Tube (single-use container)  NDC 0574-4025-20

Manufactured for Perrigo, Minneapolis, MN 55427
**Questions or comments?** Call **1-800-719-9260**
Rev 04-14 A  6Y000 RT J1      R0414   Ini 0414