BRIAN KESTNER A716144
TOLEDO CORRECTIONAL INSTITUTION
2001 E. CENTRAL AVE.
TOLEDO, OHIO
43608

TOCI
INMATE MAIL

U.S. POSTAGE >> PITNEY BOWES
ZIP 43608 $ 002.40⁰
02 4W
0000374782 APR 09 2021

[LEGAL]

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
85 MARCONI BOULEVARD - ROOM 121
COLUMBUS, OHIO
43215