United States District Court
for the Southern District of Ohio
Eastern Division at Columbus

Brian Keith Alford,

          Plaintiff(s),

  v.

Robert Zilles, et al.,

          Defendant(s).

Case No. 2:21-cv-1878

Judge Morrison

Magistrate Judge Jolson

## NOTICE OF DEFICIENCY

April 19, 2021

The above-referenced civil action has been received and filed in this Court without the required filing fee or motion for leave to proceed *in forma pauperis*.

Please correct this deficiency **within 30 days** by filing the attached motion for leave to proceed *in forma pauperis* or tendering the required filing fee to the Clerk.

Checks or money orders made payable to "Clerk, U.S. District Court" should include the above-referenced case number and should be sent to the following location:

Office of the Clerk
Joseph P. Kinneary United States Courthouse
85 Marconi Blvd., Room 121
Columbus, OH 43215

The Clerk also accepts cash, credit, and debit payments at courthouse locations in Cincinnati, Columbus, and Dayton.