United States District Court
Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT

2021 APR 20 PM 2:50

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

## Related Case Memorandum
## Civil Cases

**TO:** District Judge Sargus, District Judge Morrison, Magistrate Judge Jolson, and Magistrate Judge Vascura

**FROM:** Kristen Keppler, Case Administrator

**DATE:** April 19, 2021

**SUBJECT:** Case Caption: Brian Keith Alford v. Robert Zilles, et al.

**CASE:** Case Number: Doc. 2:21-cv-1878 1

**DISTRICT JUDGE:** Morrison (referred to Magistrate Judge Jolson)

File Date: April 16, 2021

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: **Brian Keith Alford v. Gary Mohr, et al.**

Case Number: **Doc. 2:19-cv-1497 8**       District Judge: **Sargus**

File Date: **April 12, 2019**       Magistrate Judge: **Vascura**


**Related Case(s):**

Case Caption:

Case Number:       District Judge:

File Date:       Magistrate Judge:

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator   __Kristen Keppler__ as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge   Sargus

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge: _____

s/Edmund A. Sargus, Jr. 4/20/2021
United States District Judge

_[signature]_
United States District Judge

_____
United States District Judge

Cc: Courtroom Deputies

*Revised 7/19/2012*