UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BRIAN KEITH ALFORD

PLAINTIFF,

V.

CIVIL ACTION 2:21-CV-1876
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE CHELSEY M. VASCURA

ROBERT ZILLES, et al.,

DEFENDANTS.

REQUEST FOR ADDITIONAL TIME
TO FILE IN FORMA PAUPERIS APPLICATION

PLAINTIFF, PRO SE, FILED THE INSTANT COMPLAINT ON APRIL 16, 2021. [ECF NO. 1]. ON APRIL 21, 2021 THE COURT ISSUED AN ORDER OF DEFICIENCY ADVISING PLAINTIFF TO FILE AN AFFIDAVIT THAT INCLUDES ALL ASSETS ALONG WITH A CERTIFIED COPY OF THE TRUST FUND ACCOUNT STATEMENT FOR THE SIX MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT OBTAINED FROM THE APPROPRIATE OFFICIAL OF THE PRISON OF HIS CONFINEMENT. PLAINTIFF SUBMITTED THE AFFIDAVIT TO THE CASHIER'S OFFICE

2.

here at TOCI, and on May 7, 2021 sent (1 day) communication to the cashier advising same of the May 21, 2021 deadline, but as of today May 16th, 2021 it has not been returned for mailing, due to under staffing and other related issues. For this reason, plaintiff request an additional 20 days in which to submit the financial affidavit, 6 months deposits, certified by the appropriate official at TOCI.

Respectfully submitted,

Brian K. Alford A196744
BRIAN K. ALFORD A196744
Toledo Correctional Institution
P.O. Box 80033
2001 E. Central Ave.
Toledo, Ohio 43608

Plaintiff, Pro Se

3.

VERIFICATION:

I CERTIFY THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. 1746.

By K.C/s A196747
BRIAN K. AIRDO A196747