BRIAN K. ALFORD A196-744
TOLEDO CORRECTIONAL INSTITUTION
P.O. BOX 80033
2001 E. CENTRAL AVE.
TOLEDO, OHIO
43608

[LEGAL]

**INMATE FREE LETTER**
DRC 4052 (8/98)
ACA 3-4431, 3-4262-4263

TOCI INMATE MAIL
METROPLEX MI 480
17 MAY 2021 PM 10

U.S. POSTAGE PITNEY BOWES
ZIP 43608 $ 000.51
0000374782 MAY 17 2021

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
85 MARCONI BOULEVARD, Room 121
COLUMBUS, OHIO
43215

43215-282346