# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**BRIAN KEITH ALFORD,**

      **Plaintiff,**

v.                                                      Civil Action 2:21-cv-1878
                                                       Judge Edmund A. Sargus, Jr.
                                                       Magistrate Judge Chelsey M. Vascura

**ROBERT ZILLES,** *et al.*,

      **Defendants.**

## ORDER

Plaintiff, Brian Keith Alford, an Ohio inmate proceeding without the assistance of counsel, has moved for an extension of time in which to either move for leave to proceed *in forma pauperis* or to pay the $402.00 necessary to commence this action. (ECF No. 6.) For good cause shown, Plaintiff's Motion is **GRANTED**. Plaintiff shall have until **JUNE 21, 2021** to either pay the $402.00 filing fee or file a properly supported application to proceed *in forma pauperis*.

      **IT IS SO ORDERED.**

                                                             /s/ *Chelsey M. Vascura*
                                                             CHELSEY M. VASCURA
                                                             UNITED STATES MAGISTRATE JUDGE