BRIAN K. ALEXIO A196.744
TOLEDO CORRECTIONAL INSTITUTION
P.O. BOX 80033
2001 E. CENTRAL AVE.
TOLEDO, OHIO 43608

(CLERK)

INMATE FREE LETTER
DRC 4052 (8/98)
ACA 3-4431, 3-4262-4263

TOCI
INMATE MAILROOM
27 MAY 2021 PM 9

CLERK- UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
85 MARCONI BOULEVARD, ROOM 121
COLUMBUS, OHIO
43215-2823045

U.S. POSTAGE >> PITNEY BOWES
ZIP 43608
02 4W
0000374782 MAY 27 2021
$ 000.51