## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**BRIAN KEITH ALFORD,**

      **Plaintiff,**

    **v.**                    **Civil Action 2:21-cv-1878**
                                      **Judge Edmund A. Sargus, Jr.**
                                        **Magistrate Judge Chelsey M. Vascura**

**ROBERT ZILLES,** *et al.*,

      **Defendants.**

## <u>ORDER</u>

Plaintiff, Brian Alford, a state inmate incarcerated at Toledo Correctional Institution ("TCI") who is proceeding without the assistance of counsel, brings this civil rights action under 42 U.S.C. § 1983.[1]  Plaintiff names a number of TCI prison officials as Defendants and alleges that these Defendants have denied him proper medical care in violation of the Eighth Amendment.  TCI is located in Lucas County, Ohio, and the individual Defendants Plaintiff names likewise work and reside in Lucas County, Ohio.

Because Plaintiff's claims are against Defendants who do not reside in this district and concern events that he alleges occurred at TCI, which is located in Lucas County, Ohio, venue in this Court is not proper.  *See* 28 U.S.C. § 1391 (venue is proper in the judicial district where any defendants reside or in which the claims arose).  Accordingly, this action is **TRANSFERRED** pursuant to 28 U.S.C. § 1406(a) or 1404(a) to the United States District Court for the Northern

---

[1] The undersigned notes also that Plaintiff has been determined to be a "three-striker" under the Prison Litigation Reform Act's three-strikes rule, 28 U.S.C. § 1915(g).

District of Ohio Western Division at Toledo, which serves Lucas County.  *See* N.D. Ohio Civ. R. 3.8(a).

**IT IS SO ORDERED**.

 /s/ *Chelsey M. Vascura*_____
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE