CLOSED,PRO SE

# U.S. District Court
## Southern District of Ohio (Columbus)
## CIVIL DOCKET FOR CASE #: 2:21–cv–01878–EAS–CMV

| | |
|---|---|
| Alford v. Zilles et al | Date Filed: 04/16/2021 |
| Assigned to: Judge Edmund A. Sargus | Date Terminated: 06/03/2021 |
| Referred to: Magistrate Judge Chelsey M. Vascura | Jury Demand: None |
| related Case: 2:19–cv–01497–EAS–CMV | Nature of Suit: 550 Prisoner: Civil Rights |
| Cause: 42:1983 Prisoner Civil Rights | Jurisdiction: Federal Question |

**Plaintiff**

**Brian Keith Alford**                    represented by    **Brian Keith Alford**
A196–744
TOLEDO CORRECTIONAL INSTITUTION
P. O. BOX 80033
2001 EAST CENTRAL AVENUE
TOLEDO, OH 43608
PRO SE

V.

**Defendant**

**Robert Zilles**

**Defendant**

**Ms. Barker**

**Defendant**

**Candy Babb**

**Defendant**

**Derek Burkhart**

**Defendant**

**Dr. DeLa Cruz**

Email All Attorneys

| Date Filed | # | Docket Text |
|---|---|---|
| 04/16/2021 | Ï 1 | COMPLAINT against Candy Babb, Barker, Derek Burkhart, DeLa Cruz, Robert Zilles filed by Brian Keith Alford (Attachments: # 1 Exhibit, # 2 Envelope) (kk2) (Entered: 04/19/2021) |
| 04/19/2021 | Ï 2 | NOTICE OF DEFICIENCY re 1 Complaint: Requires a filing fee or motion for leave to proceed in forma pauperis. Electronic filers can pay the fee |