BRIAN K. ALFORD A796744
TOLEDO CORRECTIONAL INSTITUTION
P.O. BOX 80033
TOLEDO, OHIO
  43608

(LEGAL)

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
114 U.S. COURTHOUSE
1716 SPIELBUSCH AVE.
TOLEDO, OHIO
  43604-5363