**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| Brian Keith Alford, | Case No. 3:21 CV 1123 |
| Plaintiff, | |
| v. | **ORDER** |
| Robert Zilles, *et al.*, | |
| Defendants. | |

*Pro se* plaintiff Brian Alford filed this prisoner civil rights action in April 2021 in the Southern District of Ohio, and it was subsequently transferred here along with a motion to proceed *in forma pauperis*. On August 18, 2021, plaintiff filed an Amended Complaint against multiple defendants. (Doc. 11.)

Plaintiff, however, has not provided the court with the materials necessary for the U.S. Marshal to initiate and effectuate service of process on the defendants in the event I determine that his Amended Complaint or any portion of it is sufficient to proceed past screening under the Prison Litigation Reform Act (PLRA). *See* 28 U.S.C. §§ 1915(e) and 1915A. Therefore, if plaintiff wishes to proceed with this action, he is hereby ordered within thirty (30) days of the date of this Order to provide the court the materials necessary to initiate and effectuate service of process on each of the defendants he seeks to sue in this case. He must provide **one** completed U.S. Marshal form, **two** completed summonses, and **one complete copy** of his Amended Complaint (with any attachments intended to be included with this pleading) for **each** defendant he seeks to sue. The Clerk's Office is directed to send sufficient U.S. Marshal forms and summonses for this purpose to plaintiff with this Order. Upon receipt of the materials necessary for service of process from

plaintiff, I will review his Amended Complaint under the PLRA and determine whether and to what extent it is sufficient to proceed past screening.

Plaintiff is notified that his action may be dismissed without further notice if he fails to comply with this Order.

So ordered.

                                                  s/James G. Carr

                                                  Sr. U.S. District Judge