BRIAN K. ALFORD A196744
MADISON CORRECTIONAL INSTITUTION
P.O. BOX 740
LONDON, OHIO
43140

9-27-21

CLERK U.S. DISTRICT COURT
114 U.S. COURTHOUSE
1716 SPIELBUSCH AVE.
TOLEDO, OHIO
43604-5385

RE: CASE NO. 3:21-CV-1385
3:21-CV-1123

PLEASE BE ADVISED OF MY CURRENT ADDRESS CHANGE LISTED ABOVE.

RESPECTFULLY SUBMITTED,

Brian K. Alford A196-744
MADISON CORRECTIONAL INST.
P.O. BOX 740
LONDON, OHIO 43140