MADISON CORRECTIONAL INSTITUTION
P.O. BOX 740
LONDON, OHIO
43140

[LEGAL]

CLERK. U.S. DISTRICT COURT
114 U.S. COURTHOUSE
1716 SPIELBUSCH AVE.
TOLEDO, OHIO
43604-5385

INMATE CORRESPONDENCE