UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

BRIAN KEITH ALFORD,          CASE NO. 3:21-CV-1123

    PLAINTIFF,

                                    FILED
                                OCT 15 2021
V.                          CLERK, U.S. DISTRICT COURT
                            NORTHERN DISTRICT COURT
                                TOLEDO OF OHIO

ROBERT ZILLES, et AL,

        DEFENDANTS.


    ON TUESDAY OCTOBER 5, 2021 PLAINTIFF
OBTAINED A COPY OF THE COURT'S ORDER DATED
SEPTEMBER 23RD, 2021 AT HIS NEW ADDRESS
MADISON CORRECTIONAL INSTITUTION P.O.
BOX 740, LONDON, OHIO 43140. PLAINTIFF
WAS TRANSFERRED TO THE NEW ADDRESS
ON SEPTEMBER 23, 2021.


    THE COURT'S ORDER DIRECTED THE CLERK
TO SEND SUFFICIENT U.S. MARSHALL'S FORMS
AND SUMMONSES TO PLAINTIFF FOR THIS
PURPOSE WITH THE ORDER. HOWEVER, PLAINTIFF
RECEIVED THE COURT'S ORDER ON THIRD SHIFT
WHICH WAS PLACED IN HIS DOOR AS A COPY,
AND NEVER RECEIVED THE MARSHALL'S FORMS.

THE NEW PROCESS OF OPINING LEGAL
MAIL AND COPYING IT FOR FORWARDING
TO THE INMATE WAS PURPORTEDLY BASED
UPON THE ENCLOSED JPAY LETTER DATED
SEPTEMBER 30, 2021. THIS IS IN CLEAR VIOLATION
OF OAC 5120·9-17 (B)(2) AND ODRC POLICY
59-LEG-01, VI.5.1.

  PLAINTIFF REQUESTS THAT THIS COURT ISSUE
AN ORDER TO COMPLY WITH OAC AND ODRC
POLICY PERTAINING TO INCOMING AND OUTGOING
MAIL OF PLAINTIFF. PLAINTIFF FURTHER REQUEST
ADDITIONAL TIME IN WHICH TO COMPLY WITH
THE COURT'' ORDER DATED SEPTEMBER 23, 2021
UNTIL THE FORMS NEEDED TO PERFECT SERVICE
ARE OBTAINED BY PLAINTIFF.

                    RESPECTFULLY SUBMITTED,

                    Brian K. Alford A196744
                    BRIAN K. ALFORD A196744
                    MADISON CORRECTIONAL INSTITUTION
                    P.O. BOX 740
                    LONDON, OHP
                          43140
                    PLAINTIFF, PRO-SE

VERIFICATION!

I CERTIFY THE INFORMATION
CONTAINED HEREIN IS TRUE
AND ACCURATE PURSUANT
TO 28 U.S.C. 1746.

DATED - 10 -16-21

B.K. C—A 196744
BRIAN K. ALFORD A196744
PLAINTIFF, PRO-SE