**You have received a jpay letter, the fastest way to get mail**

From : JPay Representative
To   : BRIAN ALFORD, ID: A196744
Date : 9/30/2021 11:12:02 PM EST,    Letter ID: 1292833813
Location : MACI
Housing : AD211L

Since July 1, 2021, all ODRC institutions have been processing Legal Mail bearing a legitimate control number on the envelope of each piece of Legal Mail.

Please be advised that after October 1, 2021, a control number will be required for all Legal Mail. Mail received without a control number will be processed as ordinary mail, opened, copied and then the copied contents will be given to the incarcerated recipient.