BRIAN K. MCEMAIGH
MADISON CORRECTIONAL INSTITUTION
P.O. BOX 740
LONDON, OHIO
43140

(LEGAL)

INMATE CORRESPONDENCE
08 OCT 2021 PM 8 L

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
114 U.S. COURTHOUSE
1716 SPIELBUSCH AVENUE
TOLEDO, OHIO 43604-5385