# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Brian Keith Alford,                                      Case No. 3:21 CV 1123

       Plaintiff,

  v.                                                              **ORDER**

Robert Zilles, *et al.*,

       Defendants.

    Plaintiff's motion for additional time to comply with my September 23, 2021 Order and to receive his mail (Doc. 14) is granted.  Plaintiff has been sent U.S. Marshal forms at his new address as he requested.  He may have fourteen days from the date of this Order to comply with my September 23rd Order and supply the necessary service forms.

    So ordered.

                                                s/James G. Carr
                                                Sr. U.S. District Judge