Brian Keith Alford A196-744　　　　　　　　　　　October 19th, 2021

Madison Correctional Institution

P.O. Box 740

London, Ohio 43140

FILED
OCT 28 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

Office of the Clerk

United States District Court

114 U.S. Courthouse

1716 Spielbusch Ave.

Toledo, Ohio 4604-5385

   RE: Service of Defendants

     Civil Complaint No. 3:21-cv-1123

     Alford V. Zilles, et al

Dear Clerk: Please find enclosed one (1) copy of the complaint, one (1) completed U.S. Marshall form and two (2) completed summonses for each of the seven named Defendants in the above named case. The attachments will be provided to Defendants during the discovery process. In addition, the Institution is still opening and copying legal mail and sending a copy to the inmate, which is a violation of OAC 5120-9-17(b)(2) and ODRC 59-LEG-01. VI. G.1. Respectfully submitted;

        *Brian Keith Alford A196-744*

        Brian Keith Alford A96-744

        Madison Correctional Institution

         P.O. Box 740

        London, Ohio 43140

         Plaintiff, *pro se*