Brian Keith Alford
#A196-744
Madison Correctional Institution
C-A
P.O. Box 740
London, OH 43140

[LEGAL]

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
114 U.S. COURTHOUSE
1716 SPIELBUSCH AVE.
TOLEDO, OHIO
  43604-5385