# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Brian Keith Alford,  Case No. 3: 21-cv-1123-JGC

    Plaintiff,

  v.  **JUDGMENT ENTRY**

Robert Zilles, *et al.*,

    Defendants.

In accordance with the accompanying Opinion and Order, it is hereby ORDERED that this action is dismissed pursuant to 28 U.S.C. § 1915(e). The Court further certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

So ordered.

                                                  s/James G. Carr
                                                  Sr. U.S. District Judge