RECEIVED
APR 18 2022
DEBORAH S. HUNT, Clerk

FILED
APR 18 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

BRIAN KEITH ALFORD,
PLAINTIFF,

v.

ROBERT ZILLES, et al.,
DEFENDANTS.

CASE NO. 3:21-CV-1123-JGC

NOTICE OF APPEAL

PLAINTIFF, BRIAN KEITH ALFORD, PRO SE, APPEALS THE JUDGMENT ENTERED ON NOVEMBER 17, 2021 TO THE SIXTH CIRCUIT COURT OF APPEALS THIS 24 DAY OF NOVEMBER 2021 FOR A CLEAR ABUSE OF DISCRETION, DENYING HIS COMPLAINT PURSUANT TO 28 U.S.C. 1915(c) AND 28 U.S.C. 1915(A)(3). PLAINTIFF REQUESTS

PERMISSION TO APPEAL ALL NON-FRIVOLOUS ISSUES IN FORMA PAUPERIS AND APPOINTMENT OF COUNSEL.

           RESPECTFULLY SUBMITTED,

           Brian Alford A196744
           BRIAN KEITH ALFORD A196744
           MADISON CORRECTIONAL INSTITUTION
           P.O. BOX 740
           LONDON, OHIO
               43140

    PLAINTIFF, PRO SE