# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Brian Keith Alford,

      Plaintiff,

v.

Robert Zilles, *et al.*,

      Defendants.

Case No. 3: 21-cv-1123-JGC

**JUDGMENT ENTRY**

In accordance with the accompanying Opinion and Order, it is hereby ORDERED that this action is dismissed pursuant to 28 U.S.C. § 1915(e). The Court further certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

So ordered.

                                      s/James G. Carr
                                      Sr. U.S. District Judge