RECEIVED
APR 18 2022
DEBORAH S. HUNT, Clerk

IN THE COURT OF APPEALS

FOR THE SIXTH DISTRICT

**BRIAN KEITH ALFORD,**

    **Plaintiff,**

V.

**ROBERT ZILLES, ET AL.,**

    **Defendants.**

**CASE NO: 3:32-CV-1123**

**STATUS OF APPEAL/
CHANGE PF ADDRESS**

Plaintiff-Appellant, Brian Keith Alford, *pro se*, filed a notice of appeal of the order issued by the District Court on November 11th, 2021 [attached]. To date, Plaintiff-Appellant has yet to learn of the status of the case since filing an affidavit to proceed in forma pauperis as requested by this Court prior to transfer. Wherefore, Plaintiff-Appellant request a status update of the appeal, and notifies this Court of his current address which is listed below.

    Respectfully submitted,

    *Brian Keith Alford A196744*

    Brian Keith Alford A196-744

    Ross Correctional Institution

    P.O. Box 7010

    Chillicothe, Ohio 45601

    Plaintiff-Appellant, *pro se*

SCANNED AT RCI and E-Mailed to USDC OHSD on April 13, 2022 by Madeline Baker
No. of Pgs. 10