

# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 538
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

DEBORAH S. HUNT

CLERK

Tel.  (513) 564-7000

www.ca6.uscourts.gov

April 29, 2022

Ms. Sandy Opacich, Clerk
United States District Court
Northern District of Ohio
801 West Superior Avenue
Suite 100 Carl B. Stokes U.S. Courthouse
Cleveland, Ohio 44113-1830

Dear Ms. Opacich:

Enclosed please find a request to appeal the decision in your case number **3:21-cv-1123 Brian K. Alford v. Zilles, et al**.   The document was received in this court on **April 18, 2022**.

Please file the notice of appeal pursuant to Fed. R. App. P 4(d), which states, "if a notice of appeal is mistakenly filed in the court of appeals, the clerk of the court of appeals shall note thereon the date on which it was received and transmit it to the clerk of the district court."

The date the appeal was received is stamped on the notice of appeal and is forwarded to your court pursuant to FEDERAL RULE OF APPELLATE PROCEDURE Rule 4(d).

Very truly yours,

s/Patricia Elder
Senior Case Manager

Enclosure:   Notice of Appeal