BRIAN K. ALFARO A196-744
ROSS CORRECTIONAL INSTITUTION
P.O. BOX 7010
CHILLICOTHE, OHIO
45601



CLERK U.S. COURT OF APPEALS
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET - ROOM 540
CINCINNATI, OHIO
45202-3988

RECEIVED
APR 18 2022
DEBORAH S. HUNT, CLERK