# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

No: 22-3416

_____

Filed: June 13, 2023

BRIAN KEITH ALFORD

    Plaintiff - Appellant

3:21-cv-01123-JGC

v.

ROBERT ZILLES; [UNKNOWN] BARKER; CANDY BABB; DEREK BURKHART; DELA CRUZ, Dr.; DENNIS SEGER; PORTER, Dr.

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 05/22/2023 the mandate for this case hereby issues today.   Affirmed in part, Vacated in part, and Remanded.

COSTS:  None