United States District Court
Northern District of Ohio
Western Division

| | |
|---|---|
| Brian K. Alford | Case No. 3:21cv1123 |
| Plaintiff | Judge James Carr |
| v. | Entry of Appearance |
| Robert Ziles, et al., | Patricia Horner<br>S. Ct. #0039912<br>412 14th Street<br>Toledo, OH 43604<br>(419) 699-6163 |
| Defendants | FAX (419) 244-1119<br>attorneypath@gmail.com<br>Counsel for plaintiff |

Now comes Attorney Pat Horner and enters her appearance on behalf of plaintiff Brian K. Alford.

Respectfully submitted,

*/s/ Patricia Horner*
Patricia Horner