IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **BRIAN KEITH ALFORD,** | : | |
| | : | Case No. 3:21-cv-1123 |
| **Plaintiff,** | : | |
| | : | Judge JAME G. CARR |
| v. | : | |
| | : | Magistrate Judge CLAY |
| **ROBERT ZILLES, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

### DEFENDANTS' NOTICE OF APPEARANCE OF CO-COUNSEL

Notice is given that Senior Assistant Attorney General, Andrew T. Gatti, enters his Notice of Appearance as co-counsel for Defendants Babb, Barker, Burkhart, and Dr. DelaCruz (Defendants). Senior Assistant Attorney General Marcy Vonderwell will remain as Lead Trial Counsel. Effective immediately, all pleadings and correspondence in this matter should be directed to AAG Gatti.

Respectfully submitted,

DAVE YOST (0056290)
Ohio Attorney General

*/s/Andrew T. Gatti*
**ANDREW T. GATTI (0086854)**
Senior Assistant Attorney General
Criminal Justice Section
Corrections Litigation Unit
30 E. Broad Street, 23rd Floor
Columbus, Ohio 43215
(614) 644-7233/FX: (855) 665-2568
Andrew.Gatti@OhioAGO.gov

*Co-Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2023, a copy of *Defendants' Notice of Appearance* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/ Andrew Gatti*
ANDREW GATTI (0086854)
Senior Assistant Attorney General