

**Department of Rehabilitation & Correction**

Mike DeWine, *Governor*   Jon Husted, *Lt. Governor*   Annette Chambers-Smith, *Director*

DRC.Ohio.gov

July 27, 2023

SENT VIA CERTIFIED MAIL #7015 1730 0001 1162 2940

Pat Horner, Esq
412 14th Street
Toledo, OH  43604

Re:  Brian Keith Alford v Robert Zilles et al    Case No:  3:21-CV-1123

To Whom It May Concern:

Toledo Correctional Institution received legal documents addressed to Candy Babb, CNP, Dr. Porter and Robert Ziles regarding the above referenced matter.

Please be advised that service for Candy Babb, Dr. Porter and Robert Ziles was accepted in error by our mailroom staff, and the documents are being returned for the following reason(s):

☑ The named parties are no longer employed by Toledo Correctional Institution

☐ The name on the envelope/summons is not specific enough to identify the correct employee.

☐ Other: _____

Sincerely,

*Sharon Brown*

Sharon Brown, AP4
Toledo Correctional Institution

c: DRC Legal Services Division

*Handwritten note:*
Alford - 196744
Ross (RCI)
PO Box 7010
Chillicothe  45601

Exhibit: ___1___

Toledo Correctional Institution
2001 E. Central Ave.
Toledo, Ohio 43608 U.S.A.
419 / 726 7977
drc.ohio.gov

The State of Ohio is an Equal Opportunity Employer and Provider of ADA Services