

# Department of Rehabilitation & Correction

DRC.Ohio.gov

Mike DeWine, *Governor*   Jon Husted, *Lt. Governor*   Annette Chambers-Smith, *Director*

September 7, 2023

Pat Horner, Attorney at Law
412 14th Street
Toledo, OH 43604

Re: *Brian Keith Alford v. Robert Zilles, et al.,* Case No. 3:21-cv-1123

To Whom It May Concern:

The Ohio Department of Rehabilitation and Correction Office Support Center (ODRC-OSC) received legal documents addressed to Dr. Porter regarding the above referenced matter.

Please be advised that service for Dr. Porter was accepted in error by our mailroom staff, and the documents are being returned for the following reason(s):

☒ The named party is not employed at ODRC-OSC.

☐ The name on the envelope/summons is not specific enough to identify the correct employee.

☐ Other: _____

Sincerely,

*Kristen DeVenny*

Kristen DeVenny, PA3
ODRC Legal Services Division


cc:     United States District Court, Northern District of Ohio


4545 Fisher Road
Suite D
Columbus, Ohio 43223 U.S.A.

614 | 387 0588
drc.ohio.gov

The State of Ohio is an Equal Opportunity Employer and Provider of ADA Services

Exhibit: 2_a



**Department of Rehabilitation & Correction**

DRC.Ohio.gov

Mike DeWine, *Governor*   Jon Husted, *Lt. Governor*   Annette Chambers-Smith, *Director*

September 7, 2023

Pat Horner, Attorney at Law
412 14th Street
Toledo, OH 43604

Re: *Brian Keith Alford v. Robert Zilles, et al.,* Case No. 3:21-cv-1123

To Whom It May Concern:

The Ohio Department of Rehabilitation and Correction Office Support Center (ODRC-OSC) received legal documents addressed to Robert Zilles regarding the above referenced matter.

Please be advised that service for Robert Zilles was accepted in error by our mailroom staff, and the documents are being returned for the following reason(s):

☒ The named party is not employed at ODRC-OSC.

☐ The name on the envelope/summons is not specific enough to identify the correct employee.

☐ Other: _____

Sincerely,

*Kristen DeVenny*

Kristen DeVenny, PA3
ODRC Legal Services Division

cc:   United States District Court, Northern District of Ohio

Exhibit: 2b

4545 Fisher Road
Suite D
Columbus, Ohio 43228 U.S.A.

614 | 387 0588
drc.ohio.gov

The State of Ohio is an Equal Opportunity Employer and Provider of ADA Services