AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:21cv01123

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Dennis Seger**
was received by me on *(date)* **7-6-23**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I served Mr. Seger by USPS Certified mail with return receipt. I received a signed return receipt on 11-1-23. Seger was served at his place of work - only address we had. See Attached copy

My fees are $ ——— for travel and $ ——— for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **11-1-23**

_____
Server's signature

**Patrick Horner Attorney**
Printed name and title

**412 14th St., Toledo, OH 43604**
Server's address

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] Keosha Biggs ☒ Agent ☐ Addressee<br>B. Received by (Printed Name) [BB]  C. Date of Delivery 10-30-23 |
| 1. Article Addressed to:<br>Dennis Seger ToCI<br>2001 E. Central Ave<br>Toledo, OH 43608 | D. Is delivery address different from item 1? ☐ Yes ☒ No<br>If YES, enter delivery address below: |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 8093 2349 9445 51 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7022 1670 0003 1364 8624 | ☐ Insured Mail<br>  Mail Restricted Delivery<br>  500) |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |