AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:21cv01123

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Dennis Seger**
was received by me on *(date)* **7-6-23**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **ODRC**, who is
designated by law to accept service of process on behalf of *(name of organization)* **ODRC Employees**
**-ie., Dennis Seger** on *(date)* **11-2-23** ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: **This was perfected by U.S. certified mail, return receipt received 11-2-23. A copy of that is attached hereto.**

My fees are $ ——— for travel and $ ——— for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **12-7-23**

_____
Server's signature

**Patricia Horner Atty**
Printed name and title

**412 14th St., Toledo, OH 43604**
Server's address

Additional information regarding attempted service, etc: