# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

Brian Keith Alford

CIVIL CASE NO. 3:21cv1123

vs.

JUDGE James Carr

Dr. Lawrence Porter, Robert Zilles,
et al.

## PRAECIPE FOR ISSUANCE

- ☐ ORIGINAL SUMMONS
- ☒ ALIAS SUMMONS
- ☐ THIRD PARTY SUMMONS
- ☐ CERTIFICATE OF JUDGMENT LIEN UPON LANDS AND TENEMENTS §2329.02 ORC
- ☐ CERTIFICATE OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT
- ☐ WRIT OF EXECUTION
- ☐ OTHER (Please Specify) _____

Document to be issued should be uploaded as an attachment to the Praecipe.

If service of summons will be done by certified or ordinary mail, see Local Rule 4.2.

Date: 03/15/2024         By: Patricia Horner

Attorney for plaintiff

revised 02/2009