United States District Court
Northern District of Ohio
Western Division

| | |
|---|---|
| Brian Keith Alford | Case No. 3:21 cv 1123 |
| Plaintiff | Judge James C. Carr |
| v. | Rule 26(f) Report of the Parties |
| Robert Zilles, et al., | Patricia Horner<br>S. Ct. #0039912<br>412 14th Street |
| Defendants | Toledo, OH 43604<br>(419) 699-6163<br>FAX 419-244-1119<br>attorneypath@gmail.com<br>attorney for plaintiff |

1. Attendance

   Pursuant to FRCP 26(f) and Loc. R. the meeting was conducted on March 15, 2024, attended by

   Patricia Horner, attorney for plaintiff

   Marcy Vonderwell and Andrew Gatti, attorneys for defendants

2. The parties agree to **Standard** track.

3. Initial disclosures are to be exchanged by <u>April 10, 2024</u>.

4. The parties **do not** agree to the jurisdiction of a U.S. Magistrate.

5. ESI- the parties agree there will be electronically stored information and they have agreed that this information may be subject to a protective order; the parties will submit a stipulated protective order for the Court's approval no later than 10 days following the March 25 Case Management Conference.

      Defendants note that they agree to preserve "any remaining documents electronically stored, including videos, *not previously disposed of pursuant to ODRC's retention schedule.*

      Plaintiff agrees to preserve any documentation he has related to this case.

6. Proposed Dates:
   a. Cut-off date to amend pleadings: April 26, 2024.
   b. Cut-off date to add additional parties: April 26, 2024.
   c. Deadline for motions directed at the pleadings: May 17, 2024.
   d. Discovery cut-off: November 30, 2024.
   e. Dispositive motion cut-off: December 31, 2024.
   f. Expert discovery cut-off: December 15, 2024.
   g. Expert reports due   Plaintiff- September 20, 2024 / Defendants- October 31, 2024.
   h. Status Conference: June 28, 2024.
7. The parties are amenable to mediation.

Respectfully submitted,

                                                                */s/ Marcy Vonderwell  with authority*

*/s/ Patricia Horner*                                        _____
Patricia Horner                                               Marcy Vonderwell
Attorney for plaintiff                                   one of the attorneys for defendants

DATE:   3-19-2024