In the United States District Court
Northern District of Ohio
Western Division

| | |
|---|---|
| Brian K. Alford | 3:21cv01123 |
| Plaintiff | |
| | Judge James G. Carr |
| v. | Status Report of Contact with Plaintiff |
| R. Zilles, Et al., | Patricia Horner |
| | S. Ct. #0039912 |
| | P.O. Box 5730 |
| Defendants. | Toledo, OH 43613 |
| | (419) 699-6163 |
| | attorneypath@gmail.com |
| | Counsel for Plaintiff |

*******************

Now comes Attorney Horner and plaintiff pursuant to this Court's Order and advises this Court and all defendants' Attorneys that plaintiff and Attorney Horner have agreed to her continued representation of plaintiff in this action.

Respectfully submitted,

*/s/ Patricia Horner*
Patricia Horner
Counsel for Plaintiff

Certificate of Service

This is to certify that a copy of the forgoing Status Report was delivered to Marcy Vonderwell and Adam Beckler, attorneys for defendants via this Court's electronic mail delivery system this 15th day of July 2024.

*/s/ Pat Horner*
Pat Horner