In the United States District Court
Northern District of Ohio
Western Division

| | |
|---|---|
| Brian K. Alford., | Case no. 3:21cv1123 |
| Plaintiffs | Judge James Carr |
| v. | Attorney Horner's Motion to Withdraw |
| Robert Zilles, Et al., | Patricia Horner<br>S. Ct. # 0039912<br>P.O. Box 5730 |
| Defendants. | Toledo, OH 43613<br>(419) 699-6163 |
| | attorneypath@gmail.com |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Now comes Counsel and moves this Court for an Order allowing her to withdraw as Counsel for plaintiff Alford.

Plaintiff's current action and lack of corresponding with Attorney Horner demonstrate the attorney client relation has completely broken down and Counsel cannot continue to effectively represent Plaintiff.

WHEREFORE, Attorney Horner respectfully request this Court grant this motion to withdraw.

Respectfully submitted,

*/s/ Patricia Horner*

_____
Patricia Horner

Certificate of Service

This is to certify that a copy of the foregoing motion to withdraw was delivered to Marcy Vonderwell, Attorney for defendants via electronic mail and to plaintiff, via U.S. ordinary mail with certificate of mailing at Brian Alford, #196744, Ross C.I, P.O. Box 7010, Chillicothe, OH 45601 this 12th day of September 2024.

*/s/ Pat Horner*
Pat Horner