In The United States District Court

Northern District of Ohio

Western Division

FILED
SEP 27 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

Brian K. Alford,

Plaintiff

-vs-

Robert Zilles, et. Al.,

Defendants.

Case No. 3:21-cv-1123

Judge James Carr

Motion in Opposition to withdraw as counsel

Comes now Plaintiff, Brian Keith Alford, in the above captioned case, and hereby files his motion in opposition to withdraw as counsel filed by appointed counsel Patricia Horner. A Memorandum in Support is attached hereto.

Respectfully submitted,

Brian Keith Alford A196-744

Ross Correctional Institution

P.O. Box 7010

Chillicothe, Ohio 45601

Plaintiff

1

## MEMORANDUM IN SUPPORT

Plaintiff received a copy of the motion to withdraw as counsel filed by attorney Patricia Horner on 9-19-24, one day prior to depositions in the above captioned case [ see status report attached]. Plaintiff filed a grievance in May 16th, 2024 the same day he contacted the court regarding concerns with Ms. Horner. Since that time, Plaintiff has agreed to work with Ms. Horner, but apparently Ms. Horner's true intent is to derail Plaintiff's case by requesting to withdraw one day prior to deposition of Defendant Dennis Seger. As an email message discloses, no other attorneys are willing to represent Plaintiff Pro Bono in the Toledo Area, and considering the complexity of Plaintiff allegations, counsel is pertinent in order to perfect his case. Therefore, Plaintiff request Ms. Horner remain counsel throughout this case, or until new counsel can be appointed by the Court. It is so prayed.

Respectfully submitted,

Brian Keith Alford A196-744
Ross Correctional Institution
P.O Box 7010
Chillicothe, Ohio 45601
Plaintiff

2

## CERTIFICATE OF SERVICE

I hereby certify that true copy of the foregoing motion in opposition to withdraw was sent via regular U.S. Mail this 20th, day of September, 2024 to:

Patricia Horner – Attorney

P.O. Box 5730

Toledo, Ohio 43613


And

Mary A Vonderwell

Senior Assistant Attorney's General

Criminal Justice Section

30 East Broad Street, 23rd Floor

Columbus, Ohio 43215-3428

                      Brian Keith Alford A196-744

                                Plaintiff

3