INSIDE PASS ONLY

R I

*[signature]* 4:51 am.

**Report Time:** 08:00 AM     **Pass Date:** 19-SEP-24

**Issued By**     **Time**

**Last Name:** ALFORD     **Id:** A196744

**Lock:** H3/B/123T     **Job:** PORTER 5

**Destination:** MAILROOM LEGAL MANDATORY Bring ID

**Dismissed By**     **Time**

**Issued By:** AUXILIARY SERVICE - TIE

**Inmate Signature**     **Time**