| Print Requester | Booking # | Request Date | Requested Ink | Room | Location |
|---|---|---|---|---|---|
| BRIAN ALFORD | A196744 | 06/25/24 13:24 EDT | Black/White | H3B | RCI,H3,B,123B,0000 |

From: Lisa Williams on 06/25/24 09:01 EDT

Mr Alford
Judge Carr would like you and I to talk..to see if we can clear our differences.
Let me say, your case is just now going into the discovery process...the attempt to meditate your claims had put a hold on any discovery work.
I can also tell you that I have physician in the Toledo area who can review and evaluate the medical records in light of your claims.
As well, be cause I have been court appointed, the expert witness fees can be paid by the court. As can some of not all litigation costs.
These are some benefits that having a court appointed attorney can provide.
If you choose to represent yourself, the court cannot extend these financial opportunities to you.
The other matter you may want to know is there are not any other attorneys in the area who take pro bono civil rights cases for the court.
Judge Carr wanted you to know this.
Pat Horner

I'm not sure how this is just popping up she sent it on June 12th. Sorry if it's to late. I do apologize.