# Pat Horner, Attorney
## P. O. Box 5730
## Toledo, OH 43613
### (419) 699-6163 / attorneypath@gmail.com

September 11, 2024

To: Brian Alford

Fr:  Pat Horner, Attorney

Re:  your case, 3:21cv1123

Dear Mr. Alford:

I am enclosing my motion to withdraw as your attorney in the above-referenced case. I have had to take this action due to your recent attempted filing with the Ohio Disciplinary Counsel of a grievance against me. I have no idea what prompted that action.
I had depositions scheduled, a doctor who was going to review medical records but I am unable to work with you due to your inability to work with me.
I wish you the best of luck.

Respectfully,

/s/ Pat Horner
Pat Horner

In the United States District Court
Northern District of Ohio
Western Division

| | |
|---|---|
| Brian K. Alford., | Case no. 3:21cv1123 |
| Plaintiffs | Judge James Carr |
| v. | Attorney Horner's Motion to Withdraw |
| Robert Zilles, Et al., | Patricia Horner<br>S. Ct. # 0039912<br>P.O. Box 5730 |
| Defendants. | Toledo, OH 43613<br>(419) 699-6163 |
| | attorneypath@gmail.com |

******************

Now comes Counsel and moves this Court for an Order allowing her to withdraw as Counsel for plaintiff Alford.

Plaintiff's current action and lack of corresponding with Attorney Horner demonstrate the attorney client relation has completely broken down and Counsel cannot continue to effectively represent Plaintiff.

WHEREFORE, Attorney Horner respectfully request this Court grant this motion to withdraw.

Respectfully submitted,

*/s/ Patricia Horner*

_____
Patricia Horner

Certificate of Service

This is to certify that a copy of the foregoing motion to withdraw was delivered to Marcy Vonderwell, Attorney for defendants via electronic mail and to plaintiff, via U.S. ordinary mail with certificate of mailing at Brian Alford, #196744, Ross C.I, P.O. Box 7010, Chillicothe, OH 45601 this 12th day of September 2024.

/s/ Pat Horner
Pat Horner