BRIAN KEITH ALFORD A196-744                             JUNE 27TH, 2024

ROSS CORRECTIONAL INSTITUTION

16149 STATE ROUTE 104

CHILLICOTHE, OHIO 45601


MS. PAT HORNER – ATTORNEY

412 14TH STREET

TOLEDO, OHIO 43604


     RE: ALFORD V. ZILLES CASE NO.3:21-CV-01123


Ms. Horner:

     This letter is to confirm the fact I wish to continue trial with your representation in the above captioned case. I received your June 12th, 2024 message from Ms. Williams on June 25th, 2024, as for some strange reason she did not receive it until that time.

     Consistent with the information contained in my response to your June 12th, 2024 message sent on June 25th, 2024, there is no doubt I must proceed in this matter with counsel. Since there are no other attorneys in Toledo willing to accept representation *pro bono*, as long as you can achieve the goals we have covered and agreed upon, meaning that if mediation cannot be reached and we

1

can proceed to trial with a medical expert in this matter, I have no problem with your representation in this matter. Thanks again for your communication of June 12th, 2024 in spite of it being a little delayed for whatever reason. I look forward to working with you in this vital matter in the future. If possible, a face to face visit would be great.

Sincerely,

*[signature]*

BRIAN KEITH ALFORD A196-744

PLAINTIFF

2