BRIAN K. ALFORD A196-744
ROSS CORRECTIONAL INSTITUTION
P.O. BOX 7010
CHILLICOTHE, OHIO
45601

[LEGAL]

INMATE FREE LETTER
DRC 4052 (8/98)
ACA 3-4431, 3-4262-4263

JUDGE JAMES G. CARR
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO (TOLEDO)
114 U.S. COURTHOUSE
1716 SPIELBUSCH AVE.
TOLEDO, OHIO 43604