IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **Brian Keith Alford,** | ) |
| | ) Case Number: 3:21-cv-1123 |
| Plaintiff, | ) |
| vs. | ) Judge: James G. Carr |
| | ) |
| **Robert Zilles,** *et al.***,** | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Joseph Sobecki files this Notice of Appearance on behalf of Plaintiff Brian Keith Alford in the above-styled cause, and requests that any and all pleadings or other matters pertaining to this cause be electronically served to the following email addresses:

joseph@josephsobecki.com

Dated: October 3, 2024

Respectfully submitted,

*/s/ Joseph Sobecki*

**Joseph Sobecki**
405 Madison Avenue, Suite 910
Toledo, Ohio 43604
Direct: (419) 283-9282
Office: (419) 242-9908
Facsimile: (419) 242-9937
joseph@josephsobecki.com
*Attorney for Plaintiff, Brian Keith Alford*

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by Electronic Filing (CM/ECF) on October 3, 2024, on all counsel or parties of record on the service list below.

_Joseph Sobecki_
Joseph Sobecki

## SERVICE LIST

**Anita Barker, Candy Babb, Derek Burkhart, DeLa Cruz, Dennis Seger**
c/o Assistant Ohio Attorney General Marcy Ann Vonderwell
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215
Phone: (614) 644-7233
Facsimile: (866) 521-9902
marcy.vonderwell@ohioago.gov

**Anita Barker, Candy Babb, Derek Burkhart, DeLa Cruz, Dennis Seger**
c/o Senior Assistant Ohio Attorney General Andrew T. Gatti
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215
Phone: (614) 644-7233
Facsimile: (855) 665-2568
andrew.gatti@ohioago.gov