# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| **PLAINTIFF** BRIAN KEITH ALFORD | **COURT CASE NUMBER** 3-21-CV-1173 |
| **DEFENDANT** ROBERT ZILLES, et. AL. | **TYPE OF PROCESS** SUMMONS, COMPLAINT Order of Possession |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: ROBERT ZILLES
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 236 Woodhaven Cresent, Clyde, OH 43410

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW**

BRIAN KEITH ALFORD A196-744
MADISON CORRECTIONAL INSTITUTION
P.O. BOX 740
LONDON, OHIO 43140

Number of process to be served with this Form 285: 
Number of parties to be served in this case: 1
Check for service on U.S.A.

**FILED NOV 14 2024**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: Brian Alford A196744 ☒ PLAINTIFF ☐ DEFENDANT
**TELEPHONE NUMBER:** 419-283-9282
**DATE:** 10/16/24

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 60 | District to Serve No. 60 | Signature of Authorized USMS Deputy or Clerk: Dana Mullins | Date: 10/17/24 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):

Date: 10/22/24  Time: 11:18  ☒ am ☐ pm

Signature of U.S. Marshal or Deputy: Dana Mullins

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 8- | — | — | 8- | — | $0.00 |

**REMARKS:** FED EX

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT* To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev 12/15/80
Automated 01/00

# FedEx

October 29, 2024

Dear Customer,

The following is the proof-of-delivery for tracking number: 779322808590

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | B.VILLA | **Delivery Location:** | 236 WOODHAVEN CRES |
| **Service type:** | FedEx Express Saver | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery; Adult Signature Required | | CLYDE, OH, 43410 |
| | | **Delivery date:** | Oct 22, 2024 11:18 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 779322808590 | **Ship Date:** | Oct 18, 2024 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Robert Zilles,
236 Woodhaven Cresent
CLYDE, OH, US, 43410

**Shipper:**
Diane Sackett, United States Marshals Service
1716 Spielbusch Ave.
Toledo, OH, US, 43604

