IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

TOLEDO

BRIAN KETH ALFORD

Plaintiff

V.

ZILLES, ET AL.,

Defendants.

CASE NO; 3:21-CV-01123

JUDGE CARR

FILED
FEB 06 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

## NOTICE TO THE COURT

Plaintiff, in the above captioned case, has been treated for a life-threatening illness from December 7th, 2024 until present following admission to Ohio State University Wexner Medical Center on December 23rd, 2024. In addition, an Officer was murdered here at Ross Correctional Institution on December 25th, 2024 and the Institution had been on modified lockdown since that date. [see passes attached]. Therefore, Plaintiff request that this Court take judicial notice of the facts herein, and modify any orders issued between December 7th, 2024 to date and allow Plaintiff reasonable time to respond to any orders by the Court.

1

Respectfully submitted,

*[signature]*

Brian Keith Alford A196-744

Ross Correctional Institution

P.O. Box 7010

Chillicothe, Ohio 45601

Plaintiff, *pro se*

Verification:

I hereby certify that the information contained herein is true and accurate under penalty of perjury pursuant to 28 U.S.C. 1746.

*[signature]*

Brian Keith Alford A196-744

Plaintiff, *pro se*

1-16-25

2