INSIDE PASS ONLY    RCI

Report Time: 07:00 AM          Pass Date: 09-DEC-24

Last Name: ALFORD               Id: A196744

Lock: H1/A/139B                 Job: PORTER 2

Destination: IHS *MANDATORY OPTOMETRY***

Issued By: MEDICAL - IHS

Issued By _____ Time 714

_____ 8??

Dismissed By _____ Time

Inmate Signature _____ Time

---

**Inmate Pass**

Institution: Ross Correctional Institution   Date: 5-7-24
Inmate Name: Alford                          Inmate No.: 196-744
Works:                                       Lock/Unit: 3B/23
Destination: mail Room
Time Issued: 7:49 am/pm    Officer/Staff: Holt
Time Released: am/pm       Officer/Staff:

---

**Inmate Pass**

Institution: Ross Correctional Institution   Date: 10/10/24
Inmate Name: Alford                          Inmate No.: 196-744
Works:                                       Lock/Unit: 1A
Destination: IHS - 1A
Time Issued: 11:12 am/pm   Officer/Staff: [signature]
Time Released: am/pm       Officer/Staff:

---

11:39

Report Time: 11:30 AM          Pass Date: 12-DEC-24

Last Name: ALFORD               Id: A196744

Lock: H1/A/139B                 Job: PORTER 2

Destination: IHS-LABS **DRINK PLENTY OF WATER** MANDATORY!!!

Issued By: MEDICAL - IHS

Mussel 11:75

Issued By _____ Time 11:46

Dismissed By _____ Time

Inmate Signature _____ Time

## Medical Services Treatment Pass

| Institution: | RCI | Name: | Alford |
| --- | --- | --- | --- |
| Number: | A696744 | Lock: | 1A |

1. Start date of treatment: 12-10-2024
2. Stop date of treatment: 12-15-2024

- [ ] B/P — ☐ 6:30 am
- [ ] DSC — ☑ 8:00 am
- [ ] TX — ☐ 10:00 am
- [ ] LAB — ☐ 11:30 am
- [ ] IM — ☐ 1:00 pm
- [ ] X-Ray — ☐ 4:30 pm
- [ ] EKG — ☐ 5:00 pm
- [ ] Meds. — ☐ 8:00 pm
- [ ] Other: _____ — ☑ Other: Cpr

3. You are required to have identification in order to receive medication. Failure to honor this pass may result in disciplinary action.

Nurse's Signature: _____

DRC 5259 (2/99)

---

7:48

## Inmate Pass

| Institution: Ross Correctional Institution | Date: 12-16-24 |
| --- | --- |
| Inmate Name: Alford | Inmate No.: |
| Works: | Lock/Unit: 1A |
| Destination: IHS | |
| Time Issued: 7:05 am/pm | Officer/Staff: |
| Time Released: 8:04 am/pm | Office/Staff: |

Officer: Detach this slip and retain for day issued. The inmate is at destination listed below.

| Inmate Name: | Inmate No.: |
| --- | --- |
| Destination: | Time Issued: am/pm | Time Returned: am/pm |

DRC 2041 (Rev. 4/00)  ACA 4180, 4181, 4182

---

12:14                                                 Scott

## Inmate Pass

| Institution: Ross Correctional Institution | Date: 12-16-24 |
| --- | --- |
| Inmate Name: Alford | Inmate No.: |
| Works: | Lock/Unit: 1A |
| Destination: IHS | |
| Time Issued: 12:00 am/pm | Officer/Staff: |
| Time Released: 12:14 am/pm | Office/Staff: |



**Medical Services Treatment Pass**

Pill line

Institution: RCI  Name: Alford, B
Number: 1A   Lock: A196744
1. Start date of treatment: 12/10/24
2. Stop date of treatment: 12/18/24

- [ ] B/P — 6:30 am
- [ ] DSC — 8:00 am
- [ ] TX — 10:00 am (checked)
- [ ] LAB — 11:30 am
- [ ] IM — 1:00 pm (checked)
- [ ] X-Ray — 4:30 pm
- [ ] EKG — 5:00 pm (checked)
- [x] Meds — 8:00 pm
- [ ] Other: ____

3. You are required to have identification in order to receive medication. Failure to honor this pass may result in disciplinary action.

Nurse's Signature: M. Hawk APN

DRC 5259 (3/99)

---

**INSIDE PASS ONLY**   RCI

Report Time: 01:00 PM
Last Name: ALFORD
Lock: H1/A/139B
Destination: IHS-DSC HAWK **MANDATORY** BRING CARRY MEDS!!
Issued By: MEDICAL - IHS

Pass Date: 23-DEC-24
Id: A196744
Job: PORTER 2

Issued By _____  Time _____
Dismissed By _____  Time _____
Inmate Signature _____  Time _____

---



12/23

**Inmate Pass**

Institution: ____   Date: 1-8
Inmate Name: Alford   Inmate No.: 196744
Works: ____   Lock/Unit: 4
Destination: Medical
Time Issued: 1200 pm   Officer/Staff: [signature]
Time Released: [illegible] pm   Officer/Staff: [signature]

ALFORD, BRIAN KEITH
CSN: 300198364317  MRN: 900465301
DOB: 4/10/1957 (67 yrs)

11:58

**INSIDE PASS ONLY**  RCI

Report Time: 12:00 PM   Pass Date: 09-JAN-25

Last Name: ALFORD   Id: A196744

Lock: H2/A/132B   Job: PORTER 2

Destination: IHS-ULTRASOUND ***MANDATORY!! ***

Issued By: MEDICAL - IHS

Issued By _____ Time _____

Dismissed By _____ Time _____

Inmate Signature _____ Time _____

---

7:05

**INSIDE PASS ONLY**  RCI

Report Time: 06:30 AM   Pass Date: 19-DEC-24

Last Name: ALFORD   Id: A196744

Lock: H1/A/139B   Job: PORTER 2

Destination: IHS-LABS ** DO NOT EAT BREAKFAST ** MANDATORY

Issued By: MEDICAL - IHS

Issued By _____ Time _____

Dismissed By _____ Time _____

Inmate Signature _____ Time _____