BRIAN K. ALFORD A796746
ROSS CORRECTIONAL INSTITUTION
P.O. BOX 7010
CHILLICOTHE, OHIO
                    45601

(LEGAL)

CLERK - UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
114 U.S. COURTHOUSE
1716 SPIELBUSCH AVE.
TOLEDO, OHIO
              43604

INMATE MAIL

COLUMBUS OH
JAN 2025 PM 1 L

FOREVER / USA

43604-538599