IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRIC OF OHIO TOLEDO)

BRIAN KEITH ALFORD,        CASE NO: 3:21-CV-01123

   Plaintiff,        Judge Carr

V.

ROBERT ZILLES, et. Al.,

   Defendants.

FILED
FEB 06 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

REQUEST FOR 60 DAY EXTENSION

TO SERVICE DEFENDANT PORTER,

TO EXTEND DISCOVERY DEADLINE,

PROCURE EXPERT WITNESS

Comes now Plaintiff, *pro se* and hereby request a 60 day extension in which to serve Defendant Lawrence M. Porter, to extend discovery deadline and in order to procure a private medical expert. Plaintiff submits that he has been treated with a life-threatening condition since December 7th, 2024 for which he was hospitalized at the Ohio State University Hospital from December 23rd, 2024 to December 27th, 2024, and for which he continues to be treated for. Plaintiff did not receive prior counsel Joseph Sobeck's request to withdraw as counsel

1

and attached documentation until January 22nd, 2025 and the institution has been on modified lockdown since the murder of an ODRC employee on December 25th 2024 with limited access to law library and legal mail. The extension is needed in the interest of justice and in order to allow Plaintiff a fair representation of his complaint [see attached passes, wrist band, legal mail log].

Respectfully submitted,

Brian Keith Alford A196-744

Ross Correctional Institution

P.O. Box 7010

Chillicothe, Ohio 45601

Plaintiff, *pro se*

**VERIFICATION: I HEREBY SWEAR UNDER PENALTY OF PERJURY THE INFORMATION CONTAINED HEREIN IS TRUE AND ACCURATE PURSUANT TO 28 U.S.C. 1746.**

Brian Keith Alford A196-744

Plaintiff, *pro se*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing request for extension of time was sent via regular U.S. mail postage pre-paid this 3rd day of February 2025 to:

MARCY VONDERWELL

Assistant Ohio Attorney General

30 East Broad Street, 23rd floor

Columbus, Ohio 43215

Brian Keith Alford A196-744

Plaintiff, *pro se*

3