INSIDE PASS ONLY

'91                                                                              714

Report Time: 07:00 AM          Pass Date: 09-DEC-24

Last Name: ALFORD              Id: A196744                    Issued By           Time

Lock: H1/A/139B                Job: PORTER 2

Destination: IHS *MANDATORY OPTOMETRY***                      Dismissed By        Time

Issued By: MEDICAL - IHS

                                                              Inmate Signature    Time

## Inmate Pass

| Institution: Ross Correctional Institution | Date: 5-7-24 |
| Inmate Name: Alford | Inmate No.: 196-744 |
| Works: | Lock/Unit: 3B /23 |
| Destination: Mail Room | |
| Time Issued: 7:49 am | Officer/Staff: Holt |
| Time Released: am/pm | Officer/Staff: |

## Inmate Pass

| Institution: Ross Correctional Institution | Date: 10/10/24 |
| Inmate Name: Alford | Inmate No.: 196-744 |
| Works: | Lock/Unit: 1A |
| Destination: IHS- 1A | |
| Time Issued: 12: pm | Officer/Staff: |
| Time Released: am/pm | Officer/Staff: |

Musser 11:75

'134

Report Time: 11:30 AM          Pass Date: 12-DEC-24

Last Name: ALFORD              Id: A196744                    Issued By          Time

Lock: H1/A/139B                Job: PORTER 2

Destination: IHS-LABS **DRINK PLENTY OF WATER** MANDATORY!!!  Dismissed By       Time

Issued By: MEDICAL - IHS

                                                              Inmate Signature   Time

## Medical Services Treatment Pass

| Institution: RCI | Name: Alford |
|---|---|
| Number: A196744 | Lock: 1A |

1. Start date of treatment: 12-10-2024
2. Stop date of treatment: 12-15-2024

- [ ] B/P
- [ ] DSC
- [ ] TX
- [ ] LAB
- [ ] IM
- [ ] X-Ray
- [ ] EKG
- [x] Meds.
- [ ] Other: _____

- [ ] 6:30 am
- [x] 8:00 am
- [ ] 10:00 am
- [ ] 11:30 am
- [ ] 1:00 pm
- [ ] 4:30 pm
- [ ] 5:00 pm
- [ ] 8:00 pm
- [x] Other: Cepa

3. You are required to have identification in order to receive medication. Failure to honor this pass may result in disciplinary action.

Nurse's Signature: _____

DRC 5259 (2/99)

---

**Inmate Pass** — Ross Correctional Institution

Date: 12-16-24
Inmate Name: Alford
Inmate No.: 
Works: 
Lock/Unit: 1A
Destination: IHS
Time Issued: 7:05 am
Time Released: 7:08 am
Officer/Staff: 
Office/Staff: 
Time Returned: 
Inmate No.: 

Officer: Detach this slip and retain for day issued. The inmate is at destination listed below.

DRC 2041 (Rev. 4/00) ACA 4180, 4181, 4182

7:48

---

**Inmate Pass** — Ross Correctional Institution

Date: 12-16-24
Inmate Name: Alford
Inmate No.: 
Works: 
Lock/Unit: 11
Destination: IHS
Time Issued: 12:00 pm
Time Released: 12:01 pm
Officer/Staff: 
Office/Staff: 

Scott
12/16



Pill line

**Medical Services Treatment Pass**

Institution: RCJ  Name: Alford, B
Number: 1A  Lock: A196744

1. Start date of treatment: 12/16/24
2. Stop date of treatment: 12/18/24

- ☐ BP
- ☐ DSC
- ☐ TX
- ☐ LAB
- ☐ IM
- ☐ X-Ray
- ☐ EKG
- ☒ Meds.
- ☐ Other: _____

- ☐ 6:30 am
- ☐ 8:00 am
- ☐ 10:00 am
- ☐ 11:30 am
- ☐ 1:00 pm
- ☐ 4:30 pm
- ☒ 5:00 pm
- ☐ 8:00 pm
- ☐ Other: _____

3. You are required to have identification in order to receive medication. Failure to honor this pass may result in disciplinary action.

Nurse's Signature: M Howk APN

DRC 5250 (2/00)

---

**INSIDE PASS ONLY**   RCI

Report Time: 01:00 PM   Pass Date: 23-DEC-24

Last Name: ALFORD   Id: A196744

Lock: H1/A/139B   Job: PORTER 2

Destination: IHS-DSC HAWK **MANDATORY** BRING CARRY MEDS!!

Issued By: MEDICAL - IHS

Issued By _____ Time _____

Dismissed By _____ Time _____

Inmate Signature _____ Time _____

---



12:33

**Inmate Pass**

Institution: _____   Date: 1-8
Inmate Name: Alford   Inmate No: 196744
Works: _____   Lock/Unit: 2A
Destination: Medical
Time Issued: 1200 pm   Officer/Staff: JR
Time Released: 12:40 pm   Officer/Staff: MW

ALFORD, BRIAN KEITH
CSN: 300198364317  MRN: 900465301
DOB: 4/10/1957 (67 yrs)

INSIDE PASS ONLY RCI

11:58

Report Time: 12:00 PM  Pass Date: 09-JAN-25

Last Name: ALFORD  Id: A196744  Issued By / Time

Lock: H2/A/132B  Job: PORTER 2

Destination: IHS-ULTRASOUND ***MANDATORY!! ***  Dismissed By / Time

Issued By: MEDICAL - IHS

Inmate Signature / Time

---

INSIDE PASS ONLY  RCI

1:05

Report Time: 06:30 AM  Pass Date: 19-DEC-24

Last Name: ALFORD  Id: A196744  Issued By / Time

Lock: H1/A/139B  Job: PORTER 2

Destination: IHS-LABS ** DO NOT EAT BREAKFAST ** MANDATORY  Dismissed By / Time

Issued By: MEDICAL - IHS

Inmate Signature / Time