Legal Mail Log

Institution: Ross Correctional Institution

| Date Received by Institution | Mail Control Number | Name | Number | Lock Assignment | Sender's Name & Address | Signature of Receipt | Date of Receipt |
|---|---|---|---|---|---|---|---|
| Jan 16, 2025 | 122724KPCH | ALFORD, BRIAN KEITH | A-196744 | H2/A/132B | Joseph Sobecki, Attorney at Law, 405 Madison Avenue, Suite 910, Toledo OH 43604 | [signature] | 1-22-25 |