BRIAN K. ALTON A796744
ROSS CORRECTIONAL INSTITUTION
P.O. BOX 7010
CHILLICOTHE, OHIO
45601

[LEGAL]

CLERK UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO (TOLEDO)
114 U.S. COURTHOUSE
1716 SPIELBUSCH AVE.
TOLEDO, OHIO
43604