**THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **Brian Keith Alford,** | : | |
| | : | **Case No. 3:21-cv-01123** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Judge James G. Carr** |
| | : | |
| **Robert Zilles,** *et al.,* | : | **Magistrate Judge Darrell A. Clay** |
| | : | |
| **Defendants.** | : | |

---

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
APPENDIX**

---

| Exhibit | Description | Bates-stamp # |
|---|---|---|
| Exhibit 1 | Declaration of Amanda Hayes | DRC001063-DRC001065 |
| Exhibit 1-A | Brian Keith Alford's Medical Records | DRC000001-DRC000999 |
| Exhibit 2 | Declaration of Derek Burkhart | DRC001066-DRC001067 |
| Exhibit 2-A | J-Pay Grievances | DRC001002-DRC001055 |
| Exhibit 2-B | Alford's Movement History | DRC001056-DRC001062 |
| Exhibit 3 | Dr. Borrillo Medical Report 10.18.2024 | DRC001000-DRC001001 |
| Exhibit 4 | Declaration of Anitra Barker | DRC001068-DCR001069 |

THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Brian Keith Alford, | : | |
| | : | Case No. 3:21-cv-01123 |
| Plaintiff, | : | |
| | : | |
| v. | : | Judge James G. Carr |
| | : | |
| Robert Zilles, *et al.,* | : | Magistrate Judge Darrell A. Clay |
| | : | |
| Defendants. | : | |

---

## DECLARATION OF AMANDA HAYES, HEALTH CARE ADMINISTRATOR

---

I, Amanda Hayes, pursuant to 28 U.S.C. 1746, make this unsworn declaration, under the penalty of perjury and declare that the statements made below are true:

1. I have personal knowledge of the information set forth in this unsworn declaration, and I am competent to testify as to the matters stated herein.

2. I am currently employed by the Ohio Department of Rehabilitation and Correction ( "ODRC") as the Health Care Administrator of Toledo Correctional Institution (ToCI). I have worked approximately 11 years for ODRC. I have been the Health Care Administrator for approximately 2 years.

3. I am a licensed registered nurse.

4. As part of my job duties as the Health Care Administrator, I serve as my institution's health authority for the day-to-day operations of the medical services program. I deal directly with medical staffing schedules, medical staffing issues, the implementation of policies, budgets, review and address patient-inmate complaints, concerns or questions.

5. I am an approved records custodian of the records of incarcerated individuals' medical records. Said records are indexed by, inter alia, the name and number of the incarcerated individual. These documents are maintained as part of the ordinary course of business and operations of the institution.

Exhibit 1
DRC001063

6. In the course of my duties, I am familiar with and able to testify about the course of medical care provided to Plaintiff, Brian K. Alford.

7. Collegial Review occurs when the Office of Correctional Health Care performs a medical collaborative review of an individual patient when requested by an institutional advanced level provider (ALP). It is governed by Policy 68-MED-14.

8. IP Alford has a complex medical history that includes vitamin B12 deficiency, peripheral sensory neuropathy, hypertension, eye disease, hepatitis/liver disease, carpal tunnel syndrome, cervical spondylosis, benign prostatic hyperplasia (BPH), lumbar disc disorder, and ulnar nerve injury.

9. Vitamin B12 deficiency is a treatable condition that happens when the patient is not consuming enough vitamin B12 or the patient's body is not absorbing it properly. Vitamin B12 deficiency can cause physical, neurological and psychological symptoms. Neurological symptoms can include numbness or tingling in the patient's hands and feet. More severe side effects of vitamin B12 deficiency include peripheral neuropathy; damage to the spinal cord, paralysis, bowel and/or urinary incontinence, erectile dysfunction, depression, paranoia and delusions, and memory loss.

10. Peripheral neuropathy happens when the nerves that are located outside of the brain and spinal cord (peripheral nerves) are damaged. This condition often causes weakness, numbness and pain, usually in the hands and feet. While peripheral neuropathy caused from a vitamin B12 deficiency can reverse itself with proper treatment, nerve damage may be permanent.

11. Plaintiff was diagnosed with peripheral sensory neuropathy on September 8, 2020, related to his vitamin B12 deficiency. (BS DRC000448). He has received consistent care for his vitamin B12 deficiency since his diagnosis. It appears that the peripheral neuropathy may be permanent. (BS DRC 000351; DRC 000454).

12. As of August 6, 2020, Plaintiff had access to tennis shoes as a replacement for the boots issued in 2018. (BS DRC 000494)

13. On July 19, 2021, pursuant to Pursuant to Policy 68-MED-14, Dr. Lawrence consulted with Collegial Review. Collegial Review determined that a pair of tennis shoes with high ankle support would suffice for any gait instability, but that boots are not necessary or indicated. (BS DRC 000200; DRC 000121; DRC 000200).

14. Plaintiff requested boots on multiple occasions, even though he was advised that the same violated security protocols in the prison. (BS DRC 000254). He sought boots through medical services on the following occasions:

   a. Date of Service: 8/6/2020 (BS DRC 000494)

    b.   Date of Service: 8/27/2020 (BS DRC 0000472)
    c.   Date of Service: 10/15/2020 (BS DRC 0000374)
    d.   Date of Service: 11/18/2020 (BS DRC 0000350)
    e.   Date of Service: 3/19/2021(BS DRC 0000258)
    f.   Date of Service: 3/31/2021(BS DRC 0000254)
    g.   Date of Service: 7/19/2021 (BS DRC 000201)
    h.   Date of Service: 9/27/2021 (BS DRC 000154)
    i.   Date of Service:  10/29/2021 (BS DRC 000121)

15. Derek Burkhart did not provide direct medical treatment to IP Alford.

    I, Amanda Hayes, pursuant to 28 U.S.C. § 1746, make this unsworn declaration under penalty of perjury and declare that the foregoing statements are true.

Executed on this 27 day of February 2025.

                 Amanda Hayes
                 Health Care Administrator
                 Toledo Correctional Institution

# Health Services Request

### Petición Para Servicios de Salud

| | |
|---|---|
| Reviewed by: | _R Brumoch_ |
| Date Received: 1/10/18 | Time Received: 1040 a.m./p.m. |

**Date Of Request:** / Fecha: 1-10-18

196 744

**Inmate Name:** / Nombre: ALFOND

**Number:** / Numero: A196744

**Housing Unit:** / Unidad: A1-41?

**Request for:**
- ☐ Medical Care / Attención Medica
- ☐ Dental Care / Attención Dental
- ☐ Medication Reorder / Reordenar Medicación
- ☐ Medication Refill / Rellenar la Medicación

**Nature of problem:** / Descripción del problema: COUGHING, HEADACHE, SNEEZING, COLD CHILL UPSET STOMACH

---

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC-5373 (Rev. 08/07)



Exhibit 1-A
DRC000001

# ALFORD, BRIAN KEITH
BCI-███████ InmateID: A106924
**Facility Code:** TOCI **Housing Area:** A1E 0014
60 Y old Male, DOB: ███/1957
2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTION, TOLEDO,
OH-43608
Home: 419-726-7977

Guarantor: ALFORD, BRIAN KEITH

Appointment Facility: Toledo Correctional Inst.

01/17/2018                                      Progress Note: Default Provider A-Nursing

### Chief Complaint
1. Flu like symptoms?

### History of Present Illness
NAF - HEENT Complaints:

History of Presenting Illness: states for a week he has had headache, cough, runny/stuffy nose, sneezing, and upset stomach. states he has not tried anything for it because he did not have anything. states drinks 5cups water a day. no vomiting. no fever. . Significant Medical History: , Documented weight loss No, Tobacco use No, Asthma/COPD No, History of TB infection No, Diabetes No, Cardiac disease No, HIV/splenectomy No, Seasonal allergies No. Objective/Physical Assessment: , Face: wnl, Neck: no swelling wnl, Throat: clear no swelling or redness, Lungs: Breath sounds clear throughout did not hear cough while in medical , Eyes: 3mm equal, Ears: normal, Nose: clear, thin nasal drainage small amount of nasal swelling. Nursing Assessment: , Nursing Diagnosis Alteration in comfort R/T headache. Nursing Care Plan: , Nursing Interventions- pt given Tylenol 5 packs for headache, claritin for runny nose, and hand full of cough drops. Patient Education: , Patient verbalizes understanding of- increasing fluid intake, getting rest get more cough drops from commissary if needed. Disposition: , Action taken- No restrictions on activities, Return to clinic if no improvement by: 01/24/2018.

### Vital Signs

| Temp | | |
|---|---|---|
| 97.6 | 01/17/2018 06:32:54 PM | Amanda Hayes-RN |

| Pulse Radial | | |
|---|---|---|
| 76 | 01/17/2018 06:32:54 PM | Amanda Hayes-RN |

| RR | | |
|---|---|---|
| 16 | 01/17/2018 06:32:54 PM | Amanda Hayes-RN |

| BP Check | | |
|---|---|---|
| 126/84 | 01/17/2018 06:32:54 PM | Amanda Hayes-RN |

| SpO2 | | |
|---|---|---|
| 96 | 01/17/2018 06:32:54 PM | Amanda Hayes-RN |

| Ht | | |
|---|---|---|
| 74 | 01/17/2018 06:32:54 PM | Amanda Hayes-RN |



Electronically signed by Amanda Hayes-RN , ALH on 01/17/2018 at 06:33 PM
EST

Sign off status: Completed

Toledo Correctional Inst.
2001 E. Central Avenue
Toledo, OH 43608
Tel: 419-729-0516
Fax:

Patient: ALFORD, BRIAN KEITH   DOB: ███/1957   Progress Note: Default Provider A-Nursing   01/17/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

# ALFORD, BRIAN KEITH

RCI  InmateID: A106744

**Facility Code:** TOCI **Housing Area:** A1E 0014
60 Y old Male, DOB: ███/1957
2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTION, TOLEDO, OH-43608
Home: 419-726-7977

Guarantor: ALFORD, BRIAN KEITH

Appointment Facility : Toledo Correctional Inst.

01/24/2018

Progress Note: Default Provider A-Nursing

## Chief Complaint
1. Cold/Flu like S&Sx

## History of Present Illness
NAF - HEENT Complaints:

   History of Presenting Illness:   , Onset  "I've had a cold for over a couple weeks now. I saw someone last week and was given some tylenol but it just doesn't seem like it's working very well. I just still have this headache and cough real bad.". Significant Medical History:   , Documented weight loss  No, Tobacco use No, Asthma/COPD No, History of TB infection No, Diabetes No, Cardiac disease No, HIV/splenectomy No, Seasonal allergies No. Objective/Physical Assessment:   , Neck: supple; mild or no cervical lymphadenopathy, Throat: WNL, Lungs: Breath sounds clear throughout, Ears: normal. Nursing Assessment:   , Nursing Diagnosis Alteration in comfort R/T cold S/Sx. Nursing Care Plan:   , Nursing Interventions-  Patient provided with 6 packs of Chlorphen and 6 packets of Ibuprofen, along with with tussin cough syrup and 10 chewable Vitamin C tablets. Educated on use of medications. Explained to patient that with colds, it takes time to go away and getting appropriate amount of rest and to increase fluid intake would be beneficial for health.. Patient Education:   , Patient verbalizes understanding of-  increasing fluid intake, getting rest. Disposition:   , Action taken-  No restrictions on activities.

## Vital Signs

| Temp | | |
|---|---|---|
| 99.1 | 01/24/2018 09:19:24 AM | Elizabeth Peterson-RN |
| **Pulse Radial** | | |
| 86 | 01/24/2018 09:19:24 AM | Elizabeth Peterson-RN |
| **RR** | | |
| 16 | 01/24/2018 09:19:24 AM | Elizabeth Peterson-RN |
| **BP Check** | | |
| 126/80 | 01/24/2018 09:19:24 AM | Elizabeth Peterson-RN |
| **SpO2** | | |
| 98 | 01/24/2018 09:19:24 AM | Elizabeth Peterson-RN |
| **Ht** | | |
| 74 | 01/24/2018 09:19:24 AM | Elizabeth Peterson-RN |
| **Wt** | | |
| 200.4 | 01/24/2018 09:19:24 AM | Elizabeth Peterson-RN |
| **BMI** | | |
| 25.73 | 01/24/2018 09:19:24 AM | Elizabeth Peterson-RN |

DRC000004



Electronically signed by Elizabeth Peterson-RN , EAP on 01/24/2018 at 09:26
AM EST

Sign off status: Completed

Toledo Correctional Inst.
2001 E. Central Avenue
Toledo, OH 43608
Tel: 419-729-0516
Fax:

Patient: ALFORD, BRIAN KEITH  DOB: ███/1957   Progress Note: Default Provider A-Nursing   01/24/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

# ALFORD, BRIAN KEITH

BCI: ▮▮▮▮  InmateID: A196744
Facility Code: TOCI  Housing Area: A1E 0014
60 Y old Male, DOB: ▮▮▮/1957
2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTION, TOLEDO,
OH-43608
Home: 419-726-7977

Guarantor: ALFORD, BRIAN KEITH

Appointment Facility: Toledo Correctional Inst.

01/29/2018

Progress Note: Default Provider A-Nursing

## Chief Complaint

1. Varicose vain/numbness in left leg/ L Eye pain and dryness/Left arm pain and numbness.

## History of Present Illness

NAF - Musculoskeletal System:

   History of Presenting Illness:   Pt presents to IHS with second complaint of DVT concerns since his arrival to ToCI. He feels the area of concern has grown and gotten worse since initially assessed on 12-27-17. , Onset: -add other notes Chronic complaint (second reporting since transfer to ToCI-see NSC 12-27-17), Location: -add notes Left upper thigh, Aggravating factors: -add notes positioning, walking etc, Symptoms: moderate pain worsening with movement, swelling, complains of neurologic symptoms (numbness, tingling, sensory loss, or localized weakness). Significant Medical History:   , Arthritis No, Muscular injury No, Trauma (old or new) Yes Hx of MVA and assaults , Sickle cell anemia No, Strenuous activity No, Autoimmune disease No. Objective/Physical Assessment:   , General Appearance: localized swelling near the site of the injury Minor swelling to left upper thigh, not any different from last assesment. Good PP, No color or temperature differences seen to right or left foot/legs. Negative homman's sign, Neurovascular exam:  distal pulses present and equal bilaterally, capillary refill is less than or equal to 2 seconds, skin is warm and pink, sensation to light touch is equal bilaterally, patient is able to detect movement of a digit (proprioception), patient is able to wiggle fingers and toes, -add other notes No temperature or color difference seen. Nursing Assessment:   , Nursing Diagnosis Alteration in Comfort R/T probable varicose veins. Nursing Care Plan: , Referred immediately to ALP-patient  routine referral secondary to frequency of complaints and no relief from conservative therapy. Patient Education: , Patient verbalizes understanding of- signs and symptoms needing attention including numbness, decreased function, increased pain, and elevated temperature, the need for treatment and follow-up care, advised to increase exercise like walking and jogging but not weight lifting. Disposition:   , Action taken- No restrictions on activity, Referred to physician or ALP: 01/29/2018, Advanced provider appointment: 01/30/2018 (medical default). NAF - HEENT Complaints:

   History of Presenting Illness:  , Onset  present all the time, Aggravating factors  -add other notes Pt has an extensive occular history (see notes from optometry), Symptoms  itchy eyes, ache or pressure behind eye(s), mild phtophobia, eye pain, headache , dry eyes. Significant Medical History: , Documented weight loss No, Tobacco use No, Asthma/COPD No, History of TB infection No, Diabetes No, Cardiac disease Yes, HIV/splenectomy No, Seasonal allergies Yes. Objective/Physical Assessment:   , Neck: supple; mild or no cervical lymphadenopathy, Throat: -add other notes no abnormals seen, Lungs: Breath sounds clear throughout, Eyes: Mild conjunctivitis (redness to sclera), Ears: normal, Nose: -add other notes no abnormals seen. Nursing Assessment:   , Nursing Diagnosis Alteration in comfort R/T dry, painful eyes. Nursing Care Plan:   , Referred to ALP-patient has  Optometry in house toady. Secondary to extensive occular history, pt to be referred to eye Dr today for his concerns rather than waiting until May as already scheduled, Nursing Interventions- -add other nursing interventions in notes education on POC to include optometry visit early if warranted by ALP. Patient Education:   , Patient verbalizes understanding of- medication side effects, returning to sick call if symptoms do not improve in 7 days. Disposition:   , Action taken- No

## Current Medications
None

## Mental/Medical History
Corneal Ulcer L eye (8/28/14)

HTN
Retinal Detachment O.S (8/19/2014)
Cataracts O.S. (5/2015)
HCV (+VL) 2011-2-18
Cataract ext.
Unspecified infective arthritis, site
unspecified (resolved 09/02/2017)
Unspecified infective arthritis, site
unspecified (resolved 09/02/2017)
Hep B Surface Ab, Qual Reactive (2013-2-2)
Hep A Ab, Total Positive (2011-3-16)

**Allergies/Intolerance**
Synagis-DC: unknown - Allergy
Codeine Phosphate: unknown - Allergy

restrictions on activities, Physician/ALP notified: 01/29/2018, Advanced provider appointment: 01/29/2018 (if warranted by optometrist).

## Vital Signs

| Temp | | | |
|---|---|---|---|
| 97.9 | | 01/29/2018 09:46:02 AM | Brian Weber-RN |
| **Pulse Radial** | | | |
| 82 | | 01/29/2018 09:46:02 AM | Brian Weber-RN |
| **RR** | | | |
| 16 | | 01/29/2018 09:46:02 AM | Brian Weber-RN |
| **BP Check** | | | |
| 118/74 | | 01/29/2018 09:46:02 AM | Brian Weber-RN |
| **SpO2** | | | |
| 98% | | 01/29/2018 09:46:02 AM | Brian Weber-RN |
| **Ht** | | | |
| 74 | | 01/29/2018 09:46:02 AM | Brian Weber-RN |
| **Wt** | | | |
| 203.0 | | 01/29/2018 09:46:02 AM | Brian Weber-RN |
| **BMI** | | | |
| 26.06 | | 01/29/2018 09:46:02 AM | Brian Weber-RN |

Electronically signed by Brian Weber-RN , BPW on 01/29/2018 at 10:03 AM EST

Sign off status: Completed

Toledo Correctional Inst.
2001 E. Central Avenue
Toledo, OH 43608
Tel: 419-729-0516
Fax:

progress note

**BCI:** ▮ **InmateID:** A196744
**Facility Code:** TOCI **Housing Area:** A1E 0014
**Patient:** ALFORD, BRIAN KEITH
**DOB:** ▮▮▮1957 **Age:** 60 Y **Sex:** Male
**Phone:** 419-726-7977
**Address:** 2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTION, TOLEDO, OH-43608

**Provider:** Thomas J Shoemaker-OD
**Date:** 01/29/2018

---

**Subjective:**

1. dry eyes, pressure behind eyes, HA.

**HPI:**

Pt has not yet received glasses from 11-29-17 optometry encounter. PT added onto today's schedule. Pt with c/o eyes uncomfortable and irritated. currently just taking Latanoprost OS qhs. also using artificial tears from commissary PRN.

LD: H/O RETINAL DETACHMENT OS 7/14, 8/14 SURGERY TO REPAIR, CORNEAL SCAR OS , 5/15 CATARACT SX OS .
Last eye exam: 10/12/16: "C/W MAXITROL UNTIL GONE. REFILLED LATANOPROST OS X6MOS".
Ever been prescribed glasses? 12/22/15, 1608, MF.
Opthalmologist OSU
YAG CAPSULOTOMY 10/13/15
S/P PEM IOL OS 6/2015
SENSORY EXOTROPE,
CORNEAL THINNING/SCAR OS,
LATTICE OD S/P RETINOPEXY 9/16/14 #564,
S/P 23g TPPV/AFGX/EL/16% C3F8 OS 7/31/14.

Medical History : Corneal Ulcer L eye (8/28/14), HTN, Retinal Detachment O.S. (8/19/2014), Cataracts O.S. (5/2015), HCV (+VL) 2011-1-18, Cataract ext., Unspecified infective arthritis, site unspecified (resolved 02/02/2017), Unspecified infective arthritis, site unspecified (resolved 02/02/2017), Hep B Surface Ab, Qual Reactive (2013-1-2), Hep A Ab, Total Positive (2011-2-16).

**Medical History:** Corneal Ulcer L eye (8/28/14), HTN, Retinal Detachment O.S. (8/19/2014), Cataracts O.S. (5/2015), HCV (+VL) 2011-1-18, Cataract ext., Unspecified infective arthritis, site unspecified (resolved 02/02/2017), Unspecified infective arthritis, site unspecified (resolved 02/02/2017), Hep B Surface Ab, Qual Reactive (2013-1-2), Hep A Ab, Total Positive (2011-2-16).

**Medications:** None

**Allergies:** Synalgos-DC: unknown: Allergy, Codeine Phosphate: unknown : Allergy.

**Objective:**

**Vitals:**

**Past Orders:**

**Vision Examination:**

Spectacle
Presenting

|      | Sph   | Cyl   | Axis | H Prism | V Prism | Add   | DVA   | NVA | PH |
|------|-------|-------|------|---------|---------|-------|-------|-----|-----|
| OD   | +1.00 | -0.75 | 170  |         |         | +2.50 | 20/20- |     |     |
| OS   | -0.75 | -2.25 | 004  |         |         | +2.50 | 20/20- |     |     |
| OU   |       |       |      |         |         |       |       |     |     |

**Comments:** 52-24 apollo. 69/66 pd. 19 seg ht OU. with LMRP of 21 Ou. allowed/ordered Grey #1 solid tint (but ed I would not go any darker)- this d/t PVD/IOL.

**Examination:**

General Examination:

All stable to November 2017 encounter:

L/L-clear ou, K-clear od INF keel shaped SCAR OS, INF PUN KERATITIS OS, Conj-clear ou, Iris-clear ou, lens- NICELY PLACED clear PCIOL OS, retina LATTICE REPAIR LASER SCARS OD, PERIPHERAL RD REPAIR SCARS OS, macula clear ou. dilated well OU. OU flat and intact 360 other than past laser scars in periphery OU. Superior temporal of right eye with one dot heme with couple areas of CR scar around. Rt lens with grade 1 NS. PVD seen OD.

**Assessment:**

**Assessment:**

1. Regular astigmatism - 367.21 (Primary)

2. Presbyopia - 367.4
Eye health very stable currently despite extensive ocular history.

**Plan:**

Immunizations:
Therapeutic
Injections:
Labs:
Follow Up: pcn

**Disposition:**
Notes: I gave H.I.T oberlin Mr. Alfords name and number and rewrote glasses order so that she can look into the November 2017 order and can re-order them if needed.
**Provider:** Thomas J Shoemaker-OD
**Patient:** ALFORD, BRIAN KEITH  **DOB:** ███/1957  **Date:** 01/29/2018

**Addendum:**
2018-01-29  12:50:45 PM  Thomas Shoemaker-OD (shoemakertj) > H.I.T. Oberlin came back and said that glasses arrived TODAY!!.

Electronically signed by Thomas Shoemaker-OD on 01/29/2018 at 12:30 PM EST
Sign off status: Completed

# ALFORD, BRIAN KEITH

BCI: ███████  InmateID: A196744
Facility Code: TOCI  Housing Area: A1 E 0014
60 Y old Male; DOB: ████/1957
2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTION, TOLEDO, OH-43608
Home: 419-726-7977

Guarantor: ALFORD, BRIAN KEITH

Appointment Facility: Toledo Correctional Inst.

02/06/2018

Progress Notes: Candy M Babb, CNP

## Chief Complaint
1. DVT concerns/numbness to arms

## History of Present Illness
=:
   60 yo AA male with 1 month hx of Left upper anterior thigh to top of left calf muscle area "Burning and Stinging" "Funny feeling" in left upper anterior thigh leg x 1 year. Aggravating factors inactivity. Alleviating factors denied.
   Numbness travels from left hand digits 1,2, and 3 up arm to mid deltoid area with Bilateral Shoulder Muscle twitching. Aggravating factors movement. Alleviating factors denied. Has hx 1992 neck injury from "Squatting with heavy weights on neck which caused C4 vertebra injury.".

## Vital Signs

| Temp | | |
|---|---|---|
| 97.8 | 02/06/2018 12:24:57 PM | Elizabeth Peterson-RN |
| **Pulse Radial** | | |
| 65 | 02/06/2018 12:24:57 PM | Elizabeth Peterson-RN |
| **RR** | | |
| 16 | 02/06/2018 12:24:57 PM | Elizabeth Peterson-RN |
| **BP Check** | | |
| 118/78 | 02/06/2018 12:24:57 PM | Elizabeth Peterson-RN |
| **SpO2** | | |
| 98 | 02/06/2018 12:24:57 PM | Elizabeth Peterson-RN |
| **Ht** | | |
| 74 | 02/06/2018 12:24:57 PM | Elizabeth Peterson-RN |
| **Wt** | | |
| 201 | 02/06/2018 12:24:57 PM | Elizabeth Peterson-RN |
| **BMI** | | |
| 25.80 | 02/06/2018 12:24:57 PM | Elizabeth Peterson-RN |

## Examination
General Examination:
   GENERAL APPEARANCE: alert NAD.
   EYES: conjunctiva clear, extra ocular muscles intact (EOMI) bilaterally.
   NECK/THYROID: No point tenderness noted throughout cspine. Normal range of motion Bilateral trigger/tender points over posterior trapezius areas..
   CARDIOVASCULAR: normal S1 and S2, regular rate and rhythm, no murmur or gallop.

**Current Medications**
None

**Mental/Medical History**
Corneal Ulcer Leye (8/28/14)
HTN
Retinal Detachment O.S. (8/19/2014)
Cataracts O.S. (5/2015)

DRC000010

HCV (+VL) 2011-4-18
Cataract ext.
Unspecified infective arthritis, site
unspecified (resolved 02/02/2017)
Unspecified infective arthritis, site
unspecified (resolved 02/02/2017)
Hep B Surface Ab, Qual Reactive (2011-3-1-2)
Hep A Ab, Total Positive (2011-2- 8)

**Allergies/Intolerance**
Synalgos-DC: unknown: Allergy
Codeine Phosphate: unknown : Allergy

RESPIRATORY: clear to auscultation bilaterally, no wheezes, rhonchi, rales.
GASTROINTESTINAL: normal bowels sounds, no guarding, no masses palpated, no tenderness No hepatosplenomegaly.
NEUROLOGIC EXAM: non-focal exam.
EXTREMITIES: Anterior Left upper thigh Spider Veins scattered along inside of thigh. No areas of point tenderness, no edema or erythema. .
PERIPHERAL PULSES: 2+ radial pulses intact bilaterally.
MUSCULOSKELETAL: Hand grasps = bilat. Hand grasps/ MS 5/5 Bilat. Sensory intact bilat.

**Assessments**
1. Spasm of muscle - 728.85 (Primary), Bilateral scapular areas

**Treatment**
**1. Spasm of muscle**
Rx Tx
Cyclobenzaprine 5 mg TID po X 3 days.
Pt advised to do stretches. Gentle exercises upper body exercises advised.,
Encouraged to increase oral fluids. Good handwashing promoted. Pt verbalizes understanding of instructions.

**2. Others**
Rx Tx
Cyclobenzaprine 5 mg TID po X 3 days.
Pt advised to do stretches. Gentle exercises upper body exercises advised.,
Encouraged to increase oral fluids. Good handwashing promoted .Pt verbalizes understanding of instructions.

**Follow Up**
prn (Reason: as needed)

Electronically signed by Candy Babb-CNP on 02/06/2018 at 04:50 PM EST
Sign off status: Completed

Toledo Correctional Inst.
2001 E. Central Avenue
Toledo, OH 43608
Tel: 419-729-0516
Fax:

Patient: ALFORD, BRIAN KEITH   DOB: ███/1957   Progress Note: Candy M Babb, CNP   02/06/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**ALFORD, BRIAN KEITH**

BCI␣␣␣␣   InmateID: A196744
Facility Code: TOCI  Housing Area: A1E 0014
60 Y old Male, DOB: ␣␣/1957
2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTION, TOLEDO,
OH-43608
Home: 419-726-7977

Guarantor: ALFORD, BRIAN KEITH

Appointment Facility : Toledo Correctional Inst.

02/12/2018

Progress Note: Default Provider A-Nursing

### Chief Complaint
1. GI Upset r/t Flexeril Rx

### History of Present Illness
NAF - Musculoskeletal System:

History of Presenting Illness:   , Onset:  About 2 weeks ago patient saw ALP for tingling in lower extremities. Patient states that he was prescribed Flexeril and it wsa hard on his stomach. Now the numbness and tingling is in his upper arms., Location:  BLE and BUE, Aggravating factors:  Patient states that it is numbness and tingling, Relieved by:  Patient states the Flexeril Helped, but it was hard on his stomach , Symptoms:  complains of neurologic symptoms (numbness, tingling, sensory loss, or localized weakness) Hand grasp are equal, gait is steady. PERRLA. Significant Medical History:   , Arthritis Yes, Muscular injury No, Sickle cell anemia No, Strenuous activity  No, Autoimmune disease No. Objective/Physical Assessment:   , General Appearance: WNL, Musculoskeletal:  WNL, Neurovascular exam:  distal pulses present and equal bilaterally, capillary refill is less than or equal to 2 seconds, skin is warm and pink, sensation to light touch is equal bilaterally, patient is able to detect movement of a digit (proprioception), patient is able to wiggle fingers and toes C/O numbness and tingling in BLE and upper arms . Nursing Assessment: , Nursing Diagnosis Alteration in Comfort R/T numbness and tingling . Nursing Care Plan:   , Immediate Nursing Actions- -add other nursing actions in notes Apt scheduled with ALP. Patient Education:   , Patient verbalizes understanding of- signs and symptoms needing attention including numbness, decreased function, increased pain, and elevated temperature, the importance of the need for rest of the involved joint or limb, advised to increase exercise like walking and jogging but not weight lifting. Disposition:   , Action taken- No restrictions on activity, Advanced provider appointment: 02/14/2018.

### Vital Signs

| Temp | | |
|---|---|---|
| 98.1 | 02/12/2018 10:37:10 AM | Lasha Johnson-RN |
| **Pulse Radial** | | |
| 73 | 02/12/2018 10:37:10 AM | Lasha Johnson-RN |
| **RR** | | |
| 18 | 02/12/2018 10:37:10 AM | Lasha Johnson-RN |
| **BP Check** | | |
| 128/76 | 02/12/2018 10:37:10 AM | Lasha Johnson-RN |
| **SpO2** | | |
| 99 | 02/12/2018 10:37:10 AM | Lasha Johnson-RN |
| **Ht** | | |
| 74 | 02/12/2018 10:37:10 AM | Lasha Johnson-RN |

**Current Medications**

None

**Mental/Medical History**

Corneal Ulcer Left (8/28/14)
HTN
Retinal Detachment O.S. (8/14/2014)
Cataracts O.S. (5/2015)
HCV (+VL) 2011-11-18
Cataract ext.
Unspecified infective arthritis, site
unspecified (resolved 02/02/2017)
Unspecified infective arthritis, site
unspecified (resolved 02/02/2017)
Hep B Surface Ab, Qual Reactive (2013-1-9)
Hep A Ab, Total Positive (2014-2-16)

**Allergies/Intolerance**
Synalgos-DC: unknown ; Allergy
Codeine Phosphate: unknown ; Allergy

| Wt | | |
|---|---|---|
| 200 | 02/12/2018 10:37:10 AM | Lasha Johnson-RN |
| **BMI** | | |
| 25.68 | 02/12/2018 10:37:10 AM | Lasha Johnson-RN |

**Addendum:**

2018-02-12  11:25:40 AM  Lasha Johnson-RN (JOHNSONLM) > Appointment changed to 2/13/18 at 12:30 PM with ALP

Electronically signed by Lasha Johnson-RN , LMJ on 02/12/2018 at 10:38 AM EST

Sign off status: Completed

Toledo Correctional Inst.
2001 E. Central Avenue
Toledo, OH 43608
Tel: 419-729-0516
Fax:

Patient: ALFORD, BRIAN KEITH   DOB: ████/1957   Progress Note: Default Provider A-Nursing   02/12/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

# ALFORD, BRIAN KEITH

**BCI:** ▮▮▮▮  **InmateID:** A196744
**Facility Code:** TOCI  **Housing Area:** A1E 0014
60 Y old Male, DOB ▮▮▮/1957
2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTION, TOLEDO,
OH-43608
Home: 419-726-7977

Guarantor: ALFORD, BRIAN KEITH

Appointment Facility: Toledo Correctional Inst.

02/13/2018

Progress Notes: Candy M Babb, CNP

## Chief Complaint
1. Continued Numbness/ Tingling in Extremities

## History of Present Illness
-:

Has continued to have numbness and tingling in bilateral upper arms. Denies any further DVT concerns. "Flexeril caused upset stomach" "Messed up my GI And made him "feel to loose". Aggravating factors movement. Alleviating factors denied. Denies using upperbody stretches "I pray several times per day I get stretches in then" "I'm Muslim".

## Vital Signs

| Temp | | |
|---|---|---|
| 98.1 | 02/13/2018 12:48:37 PM | Brian Weber-RN |
| **Pulse Radial** | | |
| 79 | 02/13/2018 12:48:37 PM | Brian Weber-RN |
| **RR** | | |
| 18 | 02/13/2018 12:48:37 PM | Brian Weber-RN |
| **BP Check** | | |
| 136/86 | 02/13/2018 12:48:37 PM | Brian Weber-RN |
| **SpO2** | | |
| 94% | 02/13/2018 12:48:37 PM | Brian Weber-RN |
| **Ht** | | |
| 74 | 02/13/2018 12:48:37 PM | Brian Weber-RN |
| **Wt** | | |
| 201.6 | 02/13/2018 12:48:37 PM | Brian Weber-RN |
| **BMI** | | |
| 25.88 | 02/13/2018 12:48:37 PM | Brian Weber-RN |

**Current Medications**
None

**Mental/Medical History**
Corneal Ulcer L eye (8/28/14)
HTN
Retinal Detachment O.S. (8/19/2014)
Cataracts O.S. (5/2015)
HCV (-VL) 2011-1-18
Cataract ext
Unspecified infective arthritis, site
unspecified (resolved 02/02/2017)
Unspecified infective arthritis, site
unspecified (resolved 02/02/2017)
Hep B Surface Ab, Qual Reactive (2013-1-2)
Hep A Ab, Total Positive (2011-2-16)

**Allergies/Intolerance**
Synalgos-DC: unknown (Allergy)
Codeine Phosphate: unknown (Allergy)

## Assessments
1. Spasm of muscle - 728.85 (Primary), Bilateral scapular areas

## Treatment
### 1. Spasm of muscle
Back exercises reviewed and sheet given at prior visit. Flexeril only used x 1 day and then dc'd per pt request. Naproxen advised to assisit with the discomfort and spasms. Encouraged to increase oral fluids. Good handwashing promoted .Pt verbalizes understanding of instructions.

**Follow Up**
prn (Reason: as needed)

Electronically signed by Candy Babb-CNP on 02/13/2018 at 02:05 PM EST
Sign off status: Completed

Toledo Correctional Inst.
2001 E. Central Avenue
Toledo, OH 43608
Tel: 419-729-0516
Fax:

Patient: ALFORD, BRIAN KEITH   DOB: ▮▮▮1957   Progress Note: Candy M Babb, CNP   02/13/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

DRC000015

# ALFORD, BRIAN KEITH

BCI: [redacted]  InmateID: A196744
Facility Code: TOCI  Housing Area: A: E 0014
60 Y old Male, DOB: [redacted]/1957
2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTION, TOLEDO,
OH-43608
Home: 419-726-7977

Guarantor: ALFORD, BRIAN KEITH

Appointment Facility: Toledo Correctional Inst.

---

02/21/2018                                    Progress Note: Default Provider A-Nursing

## Chief Complaint
1. Sinus Congestion, Left Leg numbness and tingling, Left hand Numbness, Burning with urination, Wants Harvoni for Tx of Hep C

## History of Present Illness

NAF - HEENT Complaints:

History of Presenting Illness: , Onset gradual pt states that he has had sinus congestion for several months. As soon as he stops taking sinus tablets he gets stuffed up again, Relieved by Chlorphen, Symptoms nasal stuffiness, nasal itching, sneezing, dry, non-productive cough, itchy throat, sore throat. Significant Medical History: , Documented weight loss No, Tobacco use No, Asthma/COPD No, History of TB infection No, Diabetes No, Cardiac disease No HTN, HIV/splenectomy No, Seasonal allergies Yes. Objective/Physical Assessment: , Neck: supple; mild or no cervical lymphadenopathy, Throat: slightly reddened, Lungs: Breath sounds clear throughout, Ears: normal, Nose: clear, thin nasal drainage red. Nursing Assessment: , Nursing Diagnosis Alteration in comfort R/T sinus congestion. Nursing Care Plan: , Nursing Interventions- CTM 1 tab twice daily for 3 days as needed for nasal congestion/drainage; itchy, watery eyes and sneezing pt states that he does not have money for commissary due to fees withdrawn from his account. Patient Education: , Patient verbalizes understanding of- importance of smoking cessation, medication side effects, increasing fluid intake, getting rest. Disposition: , Action taken- No restrictions on activities, Advanced provider appointment: 02/22/2018.

NAF-Genitourinary System:

History of Presenting Illness , Onset sudden, Aggravating factors "burns when I pee" slow to start stream ,increased frequency, sometimes he is unable to empty bladder, Symptoms moderate-severe pain with urination. Significant Medical History: , Prostatitis No, Abdominal trauma: No, Benign Prostatic Hypertrophy: No, Chronic NSAID use: No, Diabetes: No, Genital warts: No, GU surgery: No, Hernia: No, Renal Calculi: No, Renal disease: No, Scrotal trauma: No, Sexual activity: Yes, Strenous physical activity: No. Objective/Physical Assessment: , General Appearance: VS and appearance within normal limits, HEENT: Neck supple, Chest/Lungs: Clear to auscultation, Heart: Regular rate and rhythm, no extra sounds, Abdomen: soft, Testing/Dipstick Urinalysis: - add results. Nursing Assessment , Nursing Diagnosis Acute pain R/T burning with urination. Nursing Care Plan: , Routine referral to ALP-patient has recurrent urinary tract infection pt states that he has a history of bladder infections, Nursing Interventions urinalysis. Patient Education: , Patient verbalizes understanding of- Increasing fluid intake (H2O)-small amounts frequently, Avoiding caffeine and alcohol, Long term use of NSAIDs may counteract HTN medication and adversely effect kidney function, Voiding frequently throughout the day, Counseling about high risk behaviors, Returning to clinic if symptoms persist or worsen within 3 days. Disposition: .

NSG/RT/PT- SOAP:

Subjective "Requesting ultrasound, blood work, and treatment with Harvoni for Hep C, viral load over 1 million up to 6 million." Left leg still numb, stings, tingling.""Left hand numb twitch in both shoulders since 2015". Objective Pt has unresolved complaint of numbness and tingling. Nursing Assessment Knowledge deficit R/T plan of care for Hepatitis C. Plan Pt put on DSC to see Dr. 02/22/18.

## Vital Signs

**Current Medications**
None

**Mental/Medical History**
Corneal Ulcer Lt ye (8/28/14)
HTN
Retinal Detachment O.S. (8/19/2014)
Cataracts O.S. (3/2013)
HCV (+VL) 2011-1-8
Cataract ext.
Unspecified infective arthritis, site
unspecified (resolved 02/02/2017)
Unspecified infective arthritis, site
unspecified (resolved 02/02/2017)
Hep B Surface Ab, Qual Reactive (2013-1-2)
Hep A Ab, Total Positive (2011-2-16)

**Allergies/Intolerance**
Synagis-DC; unknown ; Allergy
Codeine Phosphate; unknown ; Allergy

| Temp | | |
|---|---|---|
| 97.8 | 02/21/2018 01:14:40 PM | Melissa Baumgartner-RN |
| **Pulse Radial** | | |
| 77 | 02/21/2018 01:14:40 PM | Melissa Baumgartner-RN |
| **RR** | | |
| 16 | 02/21/2018 01:14:40 PM | Melissa Baumgartner-RN |
| **BP Check** | | |
| 136/84 | 02/21/2018 01:14:40 PM | Melissa Baumgartner-RN |
| **SpO2** | | |
| 98 | 02/21/2018 01:14:40 PM | Melissa Baumgartner-RN |
| **Ht** | | |
| 74 | 02/21/2018 01:14:40 PM | Melissa Baumgartner-RN |
| **Wt** | | |
| 198.6 | 02/21/2018 01:14:40 PM | Melissa Baumgartner-RN |
| **BMI** | | |
| 25.50 | 02/21/2018 01:14:40 PM | Melissa Baumgartner-RN |

**Labs**

Lab: Urinalysis Multistix 10SG

| | | |
|---|---|---|
| pH | 6.0 | 5.0 - 7.5 |
| Urine Protein | neg | |
| Urine Glucose | neg | |
| Occult Blood | neg | |
| Leukocyte Esterase | neg | |
| Urobilinogen | 0.2 | 0.1 - 1.0 E.U./dL |
| Urine Ketones | neg | |
| Nitrates | neg | |
| Specific Gravity | 1.030 | 1.010 - 1.025 |
| Urine Bilirubin | neg | |

Electronically signed by Melissa Baumgartner-RN , MRB on 02/21/2018 at 01:50 PM EST

Sign off status: Completed

Toledo Correctional Inst.



2001 E. Central Avenue
Toledo, OH 43608
Tel: 419-729-0516
Fax:

Patient: ALFORD, BRIAN KEITH   DOB: ████/1957   Progress Note: Default Provider A-Nursing   02/21/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

DRC000018

# ALFORD, BRIAN KEITH

BCI: [redacted]  InmateID: A196744
Facility Code: TOCI  Housing Area: A1E 0014
60 Y old Male, DOB [redacted]/1957
2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTION, TOLEDO, OH-43608
Home: 419-726-7977

Guarantor: ALFORD, BRIAN KEITH

Appointment Facility: Toledo Correctional Inst.

02/22/2018

Progress Notes: Kathleen A Meehan-delaCruz-Phys Adm

**Chief Complaint**
1. Multiple complaints

**History of Present Illness**
-:
    Unable to see patient due to time constraints. Rescheduled for 1 week.

**Vital Signs**

| Temp | | |
|---|---|---|
| 97.8 | 02/22/2018 02:42:45 PM | Melissa Baumgartner-RN |
| **Pulse Radial** | | |
| 77 | 02/22/2018 02:42:45 PM | Melissa Baumgartner-RN |
| **RR** | | |
| 16 | 02/22/2018 02:42:45 PM | Melissa Baumgartner-RN |
| **BP Check** | | |
| 134/84 | 02/22/2018 02:42:45 PM | Melissa Baumgartner-RN |
| **SpO2** | | |
| 98 | 02/22/2018 02:42:45 PM | Melissa Baumgartner-RN |
| **Ht** | | |
| 74 | 02/22/2018 02:42:45 PM | Melissa Baumgartner-RN |
| **Wt** | | |
| 199.6 | 02/22/2018 02:42:45 PM | Melissa Baumgartner-RN |
| **BMI** | | |
| 25.62 | 02/22/2018 02:42:45 PM | Melissa Baumgartner-RN |

**Current Medications**
None

**Mental/Medical History**
Corneal Ulcer Left eye (8/28/14)
HTN
Retinal Detachment O.S. (8/18/2014)
Cataracts O.S. (5/2015)
HCV (+VL) 2011-1-18
Cataract ext
Unspecified infective arthritis, site
unspecified (resolved 02/02/2017)
Unspecified infective arthritis, site
unspecified (resolved 02/02/2017)
Hep B Surface Ab, Qual Reactive (2011-1-2)
Hep A Ab, Total Positive (2011-1-16)

**Allergies/Intolerance**
Synalgos-DC: unknown ( Allergy
Codeine Phosphate: unknown ( Allergy

Electronically signed by Kathleen Meehan-delaCruz-MD on 02/22/2018 at 03:45 PM EST

DRC000019



Sign off status: Completed

Toledo Correctional Inst.
2001 E. Central Avenue
Toledo, OH 43608
Tel: 419-729-0516
Fax:

Patient: ALFORD, BRIAN KEITH   DOB: ███/1957   Progress Note: Kathleen A Meehan-delaCruz-Phys Adm   02/22/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

DRC000020

**Toledo Correctional Inst.**

**2001 E. Central Avenue**

**Toledo, OH 43608**

**419-729-0516**

| PHYSICIAN INFORMATION | PATIENT INFORMATION |
|---|---|
| Requesting: Meehan-delaCruz-MD, Kathleen A | Name: ALFORD, BRIAN KEITH |
| | DOB: ▇▇1957 |
| | Sex: Male |
| | Tel: 419-726-7977 |

| REPORT DETAILS | REPORT DATES |
|---|---|
| Procedure Name: **LUMBAR SPINE** | Order: 03/01/2018 |
| Session Id: 2001336777 | Procedure: 03/20/2018 11:50:00 |
| | Transcribed: 03/20/2018 11:50:00 |

## REPORT

Exam :

LUMBAR SPINE AP and LAT FINDINGS: There are degenerative changes of the spine. No fracture or
subluxation seen. There is osseous demineralization. Soft tissues are grossly unremarkable.
CONCLUSION: Degenerative changes. No fracture. ELECTRONICALLY SIGNED BY ROBERT GRECO, M.D.
3/20/2018
9:13:58 PM EDT.
Mobilex Radiologist / LE
Mobilex

Patient: ALFORD, BRIAN KEITH    DOB: ▇▇/1957

DRC000021

# ALFORD, BRIAN KEITH
BCI: ███████ InmateID: A196744
**Facility Code:** TOCI **Housing Area:** A1E0014
60 Y old Male, DOB: ███/1957
2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTION, TOLEDO, OH-43608
Home: 419-726-7977



Guarantor: ALFORD, BRIAN KEITH

Appointment Facility: Toledo Correctional Inst.

03/01/2018        Progress Notes: Kathleen A Meehan-delaCruz-Phys Adm

## Chief Complaint
1. POC hep C/ multiple complaints athletes foot

## History of Present Illness
Generic HPI:
PAtient has multiple complaints:
1. B/L shoulder intermittent and progressive twitching and left hand numbness constant and worsening in 1-3rd digits without weakness or pain x 2 -3 years. Notes that he injured his neck many years ago while lifting weights while incarcerated. He had pain in his neck for several years but it resolved. Now he has above sx but no significant neck pain proper. He does have abnl c-spine c-spine xray suggesting of B/L neural foraminal impingement.
2. Complains of intermittent stinging with urination as well as increased nocturia with hesitancy. No dribbling. Low back pain for 2 days since these sx occurred again. Urine dip WNL. No F/C/S.
3. Wants treatment for Harvoni. States that he gets intermittent LUQ pain which seems to travel to center of abdomen and is releived when he passes gas. No change in color of stool. No blood in stool. States that he does get nauseated and vomits once or twice a week. Is concerned that his weight is decreasing.
4. Left anterior thigh buraing and tingling now constant, not worse or better with any meds or activity. No saddle numbness. No chronic urinary retention. Normal stooling habits.
Current meds as follow:
2017-09-13 LATANOPROST 0.005% DROP(S) 1GTT OS QHS 2018-02-20 2018-04-10 ODMII7984435
1 2017-08-23 ASPIRIN E.C. 81MG TABLET(S) 1QD 2018-01-24 2018-03-20 ODMH7961625
2 2017-08-23 HYDROCHLOROTHIAZIDE 25MG TABLET(S) 1QD 2018-01-24 2018-03-20 ODMH7961632
3 2017-08-23 AMLODIPINE BESYLATE 10MG TABLET(S) 1QD 2018-01-24 2018-03-20 ODMH7961635
4 2017-08-23 POTASSIUM CHLORIDE ER 10MEQ TABLET(S) 1QD 2018-01-24 2018-03-20
C-spine films:
CERVICAL SPINE Exam Date# 5/13/2015
Indication: Neck pain.
Four images were obtained. Alignment is anatomic. There is moderate degenerative change at C6-7 with loss of disc
height and endplate spondylosis. Mild uncovertebral joint spurring at this level encroaches the neural foramina
bilaterally. Prevertebral soft tissues are unremarkable.
Impression: Moderate cervical spine degenerative disease.

## Vital Signs

| Temp | | |
|---|---|---|
| 97.7 | 03/01/2018 09:05:37 AM | Melissa Baumgartner-RN |
| **Pulse Radial** | | |
| 87 | 03/01/2018 09:05:37 AM | Melissa Baumgartner-RN |
| **RR** | | |

DRC000022

| 16 | 03/01/2018 09:05:37 AM | Melissa Baumgartner-RN |
|---|---|---|
| **BP Check** | | |
| 128/82 | 03/01/2018 09:05:37 AM | Melissa Baumgartner-RN |
| **SpO2** | | |
| 98 | 03/01/2018 09:05:37 AM | Melissa Baumgartner-RN |
| **Ht** | | |
| 74 | 03/01/2018 09:05:37 AM | Melissa Baumgartner-RN |
| **Wt** | | |
| 202.1 | 03/01/2018 09:05:37 AM | Melissa Baumgartner-RN |
| **BMI** | | |
| 25.95 | 03/01/2018 09:05:37 AM | Melissa Baumgartner-RN |

## Current Medications
None

## Mental/Medical History
Corneal Ulcer L eye (8/28/14)
HTN
Retinal Detachment O.S. (8/19/2014)
Cataracts O.S. (5/2015)
HCV (+VL) 2011-1-18
Cataract cat
Unspecified infective arthritis, site unspecified (resolved 02/02/2017)
Unspecified infective arthritis, site a nspecified (resolved 02/02/2017)
Hep B Surface Ab, Qual Reactive (2013-4-2)
Hep A Ab, Total Positive (2011-2-16)

## Allergies/Intolerance
Synalgos-DC: unknown: Allergy
Codeine Phosphate: unknown: Allergy

## Past Orders
Urinalysis Multistix 10SG (Order Date - 02/21/2018)
(Collection Date - 02/21/2018)

Result: Normal

| | | |
|---|---|---|
| pH | 6.0 | 5.0 - 7.5 |
| Urine Protein | neg | |
| Urine Glucose | neg | |
| Occult Blood | neg | |
| Leukocyte Esterase | neg | |
| Urobilinogen | 0.2 | 0.1 - 1.0 E.U./dL |
| Urine Ketones | neg | |
| Nitrates | neg | |
| Specific Gravity | 1.030 | 1.010 - 1.025 |
| Urine Bilirubin | neg | |

APRI Panel (Order Date - 11/16/2017) (Collection Date - 11/29/2017)

Result: APRI=0.319

| | | |
|---|---|---|
| Immature Grans (Abs) | 0.0 | 0.0-0.1 - x10E3/uL |
| Immature Granulocytes | 0 | Not Estab. - % |
| Eos (Absolute) | 0.2 | 0.0-0.4 - x10E3/uL |
| Baso (Absolute) | 0.0 | 0.0-0.2 - x10E3/uL |
| Monocytes(Absolute) | 0.4 | 0.1-0.9 - x10E3/uL |
| Neutrophils | 51 | Not Estab. - % |
| Hemoglobin | 13.3 | 12.6-17.7 - g/dL |
| AST (SGOT) | 32 | 0-40 - IU/L |
| Monocytes | 8 | Not Estab. - % |
| RBC | 4.57 | 4.14-5.80 - x10E6/uL |
| Lymphs (Absolute) | 1.8 | 0.7-3.1 - x10E3/uL |
| Hematocrit | 40.3 | 37.5-51.0 - % |
| MCV | 88 | 79-97 - fL |
| WBC | 4.8 | 3.4-10.8 - x10E3/uL |
| Neutrophils (Absolute) | 2.5 | 1.4-7.0 - x10E3/uL |
| MCH | 29.1 | 26.6-33.0 - pg |
| Basos | 1 | Not Estab. - % |
| Eos | 4 | Not Estab. - % |
| Lymphs | 36 | Not Estab. - % |
| Platelets | 251 | 150-379 - x10E3/uL |
| RDW | 14.3 | 12.3-15.4 - % |
| MCHC | 33.0 | 31.5-35.7 - g/dL |

## Examination
General Examination:

GENERAL APPEARANCE: in no acute distress, pleasant alert and oriented, normal gait.

DRC000023



HEENT: nonicteric atraumatic tympanic membranes normal pharynx and tonsils normal, moist mucosa.

CARDIOVASCULAR: normal S1 and S2, regular rate and rhythm, no murmur or gallop, no carotid bruit.

RESPIRATORY: clear to auscultation bilaterally, no wheezes, rhonchi, rales.

GASTROINTESTINAL: normal bowels sounds, no guarding, no bruit, no masses palpated, no tenderness.

NEUROLOGIC EXAM: alert and oriented x 3, normal strength, tone and reflexes, no cerebellar signs; normal toe and heel walks, normal squat.

EXTREMITIES: no clubbing, no edema.

BACK: full range of motion of the cervical spine, full range of motion of the lumbar spine, no spinal tenderness; 5/5 strength x 4; full range of motion of shoulders; normal strenfgth of intrinsic muscles of hands.

## Assessments

1. Cervical spondylosis with myelopathy - 721.1 (Primary)
2. Benign localized hyperplasia of prostate without urinary obstruction and other lower urinary tract symptoms [LUTS] - 600.20, possible dx, refuses exam
3. Unspecified viral hepatitis without mention of hepatic coma - 070.9
4. Intervertebral lumbar disc disorder with myelopathy, lumbar region - 722.73, possible dx

## Treatment

### 1. Cervical spondylosis with myelopathy

Diagnostic Imaging:Electromylogram(EMG) (Order pending approval)
Reviewed proper neck self-directed PT and healthy posture; NSAIDS and APAP per package instructions. EMG ordered.

### 2. Benign localized hyperplasia of prostate without urinary obstruction and other lower urinary tract symptoms [LUTS]

Patient refuses prostate exam. No further intervention at this time. Understadns purpose of exam is to check for nodules which may be cancerous and for infections/inflammation and continues to refuse.

### 3. Unspecified viral hepatitis without mention of hepatic coma

Explained that given APRI = 0.319 and that he is asx, he is not a candidate for Harvoni at this time. He does seem to have GI sx consistent with gas and/or GERD. Educatied about sx and appropriate f/u. Patient understands plan of care.

### 4. Intervertebral lumbar disc disorder with myelopathy, lumbar region

Diagnostic Imaging:LUMBAR SPINE
Possible given known c-spine disease and persistent discomfort, possible L-spine dz. Check xray. Encouraged core strengthening exercises. OTc meds per package instructions. Reassured patient that chronic, nonprogressive nature of problem without edema and erythema indicates that he does not have a DVT and does not need a duplex. He understands POC.

## Follow Up

prn

## Addendum:

2018-03-08  02:24:07 PM  John Gardner-CNP (gardncrjf) >
Electromylogram(EMG) ( Order approved )

DRC000024



Electronically signed by Kathleen Meehan-delaCruz-MD on 03/01/2018 at 03:23 PM EST

Sign off status: Completed

Toledo Correctional Inst.
2001 E. Central Avenue
Toledo, OH 43608
Tel: 419-729-0516
Fax:

Patient: ALFORD, BRIAN KEITH   DOB: █████/1957   Progress Note: Kathleen A Meehan-delaCruz-Phys Adm   03/01/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

DRC000025

# ALFORD, BRIAN KEITH

**BCI:** ▓▓▓▓  **InmateID:** A196744
**Facility Code:** TOCI **Housing Area:** A1E 0014
60 Y old Male, DOB: ▓▓▓/1957
2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTION, TOLEDO,
OH-43608
Home: 419-726-7977

Guarantor: ALFORD, BRIAN KEITH

Appointment Facility: Toledo Correctional Inst.

03/05/2018

Progress Note: Default Provider A-Nursing

## Chief Complaint
1. Cold S&Sx

## History of Present Illness
NAF - HEENT Complaints:
History of Presenting Illness:   , Onset -add other notes Pt reported symptoms began 1 month ago. , Duration -add notes medications given from medical from previous visits, helped, pt states "I keep running out of medications", Relieved by -add notes antihistamines, Symptoms  nasal drainage. Significant Medical History:   , Documented weight loss No, Tobacco use No, Asthma/COPD No, History of TB infection  No, Diabetes  No, Cardiac disease Yes, HIV/splenectomy  No, Seasonal allergies No. Objective/Physical Assessment:   , Face:  No semi-circles under eyes, Neck:  No lymphadenopathy noted, Throat:  slightly reddened, Lungs:  Breath sounds clear throughout, Eyes: No drainage noted, Ears:  normal, -add other notes Small amount wax noted to bil ears. Membrane visible., Nose: -add other notes No drainage noted, dried boggers noted in nares. Nursing Assessment:   , Nursing Diagnosis  Alteration in comfort R/T pharyngitis. Nursing Care Plan:   , Nursing Interventions- Acetaminophen 325mg/1-2 tabs every 4 hours prn for fever >101* Claritin 10-20mg q daily. Cloriphene 4mg tabs q BID PRN. Tylenol 650mg q 4-6hrs PRN, Cepachol lozenges PRN.. Patient Education:   , Patient verbalizes understanding of- medication side effects, increasing fluid intake, getting rest, returning to sick call if symptoms do not improve in 7 days, -add other education in notes Pt educated to increase fluid intake to at least 8 glasses H2O daily, wash hands, and instructions given on medication administration. 3 day supply of medications given. Instructed pt to buy needed medications in commissary. Pt states "I don't have any on mu books until 2 weeks". Pt agrees to buy them when funds are available.. Disposition:   , Action taken- No restrictions on activities, Return to clinic if no improvement by: 03/12/2018, Additional notes:  writer will send email to commissary to order OTC meds as described per pts approval..

## Vital Signs

| Temp | | |
|---|---|---|
| 97.9 | 03/05/2018 08:35:18 AM | Diana Esquibel-RN |
| **Pulse Radial** | | |
| 70 | 03/05/2018 08:35:18 AM | Diana Esquibel-RN |
| **RR** | | |
| 18 | 03/05/2018 08:35:18 AM | Diana Esquibel-RN |
| **BP Check** | | |
| 120/78 | 03/05/2018 08:35:18 AM | Diana Esquibel-RN |
| **SpO2** | | |
| 98 | 03/05/2018 08:35:18 AM | Diana Esquibel-RN |
| **Ht** | | |

## Current Medications
None

## Mental/Medical History
Corneal Ulcer L eye (8/28/14)
HTN
Retinal Detachment O.S. (8/19/2014)
Cataracts O.S. (5/2015)
HCV (+VL) 2011-4-18
Cataract ext.
Unspecified infective arthritis, site unspecified (resolved 02/02/2017)
Unspecified infective arthritis, site unspecified (resolved 02/02/2017)
Hep B Surface Ab, Qual Reactive (2013-1-2)
Hep A Ab, Total Positive (2011-2-16)

## Allergies/Intolerance
Sensitivities-DC: unknown. Allergic

Codeine Phosphate: unknown : Allergy

| | 74 | 03/05/2018 08:35:18 AM | Diana Esquibel-RN |
|---|---|---|---|
| **Wt** | | | |
| 201.6 | | 03/05/2018 08:35:18 AM | Diana Esquibel-RN |
| **BMI** | | | |
| 25.88 | | 03/05/2018 08:35:18 AM | Diana Esquibel-RN |

Electronically signed by M Diana Esquibel-RN , DE on 03/05/2018 at 08:58 AM EST

Sign off status: Completed

Toledo Correctional Inst.
2001 E. Central Avenue
Toledo, OH 43608
Tel: 419-729-0516
Fax:

DRC000027

# ALFORD, BRIAN KEITH

BCI: ▮▮▮▮ InmateID: A196744
Facility Code: TOCI Housing Area: A1E 0014
60 Y old Male, DOB: ▮▮▮/1957
2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTIO, TOLEDO, OH-
43608
Home: 419-726-7977

Guarantor: ALFORD, BRIAN KEITH

Appointment Facility: Toledo Correctional Inst.

03/15/2018

Progress Notes: Kathleen A Meehan-delaCruz-Phys Adm

## Chief Complaint

1. Cold unresolved with OTC measures

## History of Present Illness

Generic HPI:

Complains of intermittent runny nose, sneezing, watery eyes, occasionally productive cough especially when lying down, no fevers x 2 months especially when exposed to environmental allergens and chemicals. Has h/o atopy and allergy shots in the 1980s. Zyrtec works for him.

## Vital Signs



| Temp | | |
|---|---|---|
| 97.7 | 03/15/2018 09:34:22 AM | Melissa Baumgartner-RN |
| Pulse Radial | | |
| 64 | 03/15/2018 09:34:22 AM | Melissa Baumgartner-RN |
| RR | | |
| 16 | 03/15/2018 09:34:22 AM | Melissa Baumgartner-RN |
| BP Check | | |
| 132/84 | 03/15/2018 09:34:22 AM | Melissa Baumgartner-RN |
| SpO2 | | |
| 98 | 03/15/2018 09:34:22 AM | Melissa Baumgartner-RN |
| Ht | | |
| 74 | 03/15/2018 09:34:22 AM | Melissa Baumgartner-RN |
| Wt | | |
| 199.6 | 03/15/2018 09:34:22 AM | Melissa Baumgartner-RN |
| BMI | | |
| 25.62 | 03/15/2018 09:34:22 AM | Melissa Baumgartner-RN |

## Current Medications

None

## Mental/Medical History

Corneal Ulcer Loye (8/28/54)
HTN
Retinal Detachment O.S. (8/19/2014)
Cataracts O.S. (5/2015)
HCV (+VL) 2015-1-18
Cataract ext
Unspecified infective arthritis, site unspecified [resolved 04/02/2017]

## Examination

General Examination:

GENERAL APPEARANCE: in no acute distress, pleasant alert and oriented, normal gait.

HEENT: nonicteric atraumatic tympanic membranes norma; POP with cobblestoning and tonsils normal, moist mucosa' left inf turbs with mild edema and erythema.

CARDIOVASCULAR: normal S1 and S2, regular rate and rhythm, no murmur or gallop.

RESPIRATORY: clear to auscultation bilaterally, no wheezes, rhonchi, rales.

DRC000028

Unspecified infective arthritis, site
unspecified (resolved 02/02/2017)
Hep B Surface Ab, Qual Reactive (2013-1-3)
Hep A Ab, Total Positive (2011-1-14)

**Allergies/Intolerance**
Synagnos-DC: unknown: Allergy
Codeine Phosphate: unknown - Allergy

NEUROLOGIC EXAM: non-focal exam.
EXTREMITIES: no clubbing, no edema.

**Assessments**
1. Allergic rhinitis, cause unspecified - 477.9 (Primary)

**Treatment**
**1. Allergic rhinitis, cause unspecified**
Commissary has been contacted. Patient will be allowed to purchase Zyrtec in
advance of his commissary day. Patient expressed understanding of disease
process and self-mgt techniques.

**Follow Up**
prn

**Addendum:**
2018-03-15  09:43:23 AM  Melissa Baumgartner-RN (BAUMGARTNERMR) >
spoke with Duvall at commissary to approve Zyrtec purchase tomorrow

Electronically signed by Kathleen Meehan-delaCruz-MD on 03/15/2018 at 09:38
AM EDT

Sign off status: Completed

Toledo Correctional Inst.
2001 E. Central Avenue
Toledo, OH 43608
Tel: 419-729-0516
Fax:

Patient: ALFORD, BRIAN KEITH   DOB: ████/1957   Progress Note: Kathleen A Meehan-delaCruz-Phys Adm   03/15/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

# ALFORD, BRIAN KEITH

**BCI:** ▮▮▮ **InmateID:** A196744
**Facility Code:** TOCI **Housing Area:** A1E 0014
60 Y old Male, DOB: ▮▮▮/1957
2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTIO, TOLEDO, OH-
43608
Home: 419-726-7977

Guarantor: ALFORD, BRIAN KEITH

Appointment Facility: Toledo Correctional Inst.

03/21/2018                                  Progress Note: Default Provider A-Nursing

## Chief Complaint
1. Multiple Complaints

## History of Present Illness
NAF - Abdominal Complaints:
    History of Presenting Illness   , Onset  GO TO NOTES --> Pt reports vague ABD complaints that began "about 2 months ago.", Aggravating Factors  GO TO NOTES --> He reports that frequently after eating, he is going to the bathroom for a BM, which is loose, but not diarrhea, Symptoms  nausea, lower abdominal pain, diarrhea , upper chest "buring" when he lays down after eating. Significant Medical History:   , Medication side effects-(HIV meds, NSAIDS) No, Pancreatitis No, Liver disease Yes, Nausea/Vomiting Yes, Heartburn Yes, Documented weight loss Yes 10 lbs since Deember 2017, Abdominal Injury No, Colitis No, Irritable Bowel Syndrome No, Poison or drug ingestion No, Hepatitis Yes, Diarrhea Yes, Ulcer disease No, Constipation No, Last BM 03/21/2018. Objective/Physical Assessment:   , General Appearance: Within normal limits, Abdomen: Generally within normal limits, Bowels sounds are present throughout and normoactive, No palpable masses, Bowel Sounds: RUQ, RLQ, LUQ, LLQ, Heart: Heart sounds normal with no irregularities or extra sounds, Chest/Lungs: Clear to auscultation, Skin  Warm, Dry, Persistent complaint: Nausea, Diarrhea, Other describe in notes LLQ ABD discomfort. Nursing Assessment:   , Nursing Diagnosis: Alteration in comfort R/T ABD pains. Nursing Care Plan: Referred to ALP- Patient  has acute pain lasting longer than 6 hours, has pain accompanied with nausea and vomiting , persistant complaint,   . Patient Education:   , Patient verbalizes understanding of- Decreasing use of caffeine and nicotine, Avoiding constipation, Avoiding gas producing foods (beans, cruciferous veges), Avoiding foods known to cause stomach/abdominal irritation, Reporting vomiting or diarrhea, Engaging in regular exercise, Taking medication as prescribed, Returning to clinic if symptoms persist or worsen within 7 days. Disposition:   , Actions taken: No restrictions on activity, Advanced Provider appointment: 03/21/2018.  .
NAF - HEENT Complaints:
    History of Presenting Illness:   , Onset  present all the time Since surgery in 2014/2015, Symptoms  mild phtophobia, -add other notes persistant "floaters or spots" in field of vision. Significant Medical History:   , Documented weight loss Yes as described above, Tobacco use No, Asthma/COPD No, History of TB infection No, Diabetes No, Cardiac disease No, HIV/splenectomy No, Seasonal allergies No. Objective/Physical Assessment:   , Face: WNL, new bifocal glasses on during assessment, Neck: supple; mild or no cervical lymphadenopathy, Lungs: Breath sounds clear throughout, Eyes: -add other notes slight scleral redness noted, glasses on, Ears: normal. Nursing Assessment:   , Nursing Diagnosis  risk for injury r/t ongoing vision difficulty. Nursing Care Plan:   , Referred to ALP-patient has  Optical surgical history combined with recent complaint of vision changes (floaters/spots), Nursing Interventions- -add other nursing interventions in notes education provided on POC to include ALP/optometry visit. Patient Education:   , Patient verbalizes understanding of- returning to sick call if symptoms do not improve in 7 days, -add other education in notes following POC and obeying all medical passes. Disposition:   , Action taken- No restrictions on activities, Advanced provider appointment: 03/22/2018.

## Vital Signs



**Current Medications**
None

**Mental/Medical History**
Corneal Ulcer L eye (8/28/14)
HTN
Retinal Detachment O.S. (8/19/2014) ;
Cataracts O.S. (5/2015)

HCV (+VL) 2013-1-18
Cataract ext
Unspecified infective arthritis, site
unspecified (resolved 02/02/2017)
Unspecified infective arthritis, site
unspecified (resolved 02/02/2017)
Hep B Surface Ab, Qual Reactive (2013-1-2)
Hep A Ab, Total Positive (2013-2-16)

**Allergies/Intolerance**
Synalgos-DC: unknown : Allergy
Codeine Phosphate: unknown : Allergy

| Temp | | |
|---|---|---|
| 98.5 | 03/21/2018 08:15:16 AM | Brian Weber-RN |
| **Pulse Radial** | | |
| 68 | 03/21/2018 08:15:16 AM | Brian Weber-RN |
| **RR** | | |
| 16 | 03/21/2018 08:15:16 AM | Brian Weber-RN |
| **BP Check** | | |
| 122/84 | 03/21/2018 08:15:16 AM | Brian Weber-RN |
| **SpO2** | | |
| 98% | 03/21/2018 08:15:16 AM | Brian Weber-RN |
| **Ht** | | |
| 74 | 03/21/2018 08:15:16 AM | Brian Weber-RN |
| **Wt** | | |
| 202.4 | 03/21/2018 08:15:16 AM | Brian Weber-RN |
| **BMI** | | |
| 25.98 | 03/21/2018 08:15:16 AM | Brian Weber-RN |

Electronically signed by Brian Weber-RN , BPW on 03/21/2018 at 08:23 AM EDT
Sign off status: Completed

Toledo Correctional Inst.
2001 E. Central Avenue
Toledo, OH 43608
Tel: 419-729-0516
Fax:

Patient: ALFORD, BRIAN KEITH   DOB █████/1957   Progress Note: Default Provider A-Nursing   03/21/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

DRC000031

**ALFORD, BRIAN KEITH**

BCI: ████  InmateID: A196744
Facility Code: TOCI  Housing Area: A1E 0014
60 Y old Male, DOB: ████/1957
2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTIO, TOLEDO, OH-
43608
Home: 419-726-7977

Guarantor: ALFORD, BRIAN KEITH

Appointment Facility : Toledo Correctional Inst.

03/22/2018                                                    Progress Notes: Mark A Bigler, MD

### Chief Complaint
1. Continued stomach issues/vision changes
2. Continued leg pain

### History of Present Illness

    :

    some serious problems with eyes, been using artificial tears, eye , left eye, since 2015, deep throbbing pain, sees a flash in the center, previous hx of retinal tear in left eye(repaired), corneal scar, saw eye doctor recently, told things look the same, has chronic discharge in left eye, "floating membrane", says vision in right eye is getting worse, been seeing in left eye, lot black dots which is how retinal tear began

    is seeing flashes of light, not sure which eye, even in dark room, has a "flashing pulse in the center vision of left eye", says has double vision in left eye at times
    2. Stomach: alwys had a pain, in lower left side, now down in middle, then some epigastric, some nausea, dull sharp, burning epigastric pain

    no vomiting, having lot of noise/gas, not taking anything for stomach, says was dx'd with irritable bowel syndrome while back, thinks is lactose intolerant, nothing seems to make it worse, just flares up out of nowhere, wonders if gallbladder/appendix, not affected by food or eating, last three days, when eats, within 15 to 20 minutes has to use the bathroom, but not diarrhea
    3. Left leg, thigh, stinging numhness, medial thigh, down to knee, sometimes to lower leg, on inside, been about a year, started out feeling kidn of funny "like a pulled muscle", use to do squats, nothing seems to make it worse, nothing makes it better.

### Vital Signs

| Temp | | |
|---|---|---|
| 97.9 | 03/22/2018 10:11:05 AM | Melissa Baumgartner-RN |
| **Pulse Radial** | | |
| 73 | 03/22/2018 10:11:05 AM | Melissa Baumgartner-RN |
| **RR** | | |
| 16 | 03/22/2018 10:11:05 AM | Melissa Baumgartner-RN |
| **BP Check** | | |
| 136/88 | 03/22/2018 10:11:05 AM | Melissa Baumgartner-RN |
| **SpO2** | | |
| 98 | 03/22/2018 10:11:05 AM | Melissa Baumgartner-RN |
| **Ht** | | |
| 74 | 03/22/2018 10:11:05 AM | Melissa Baumgartner-RN |
| **Wt** | | |



Current Medications
None

Mental/Medical History
Corneal Ulcer L eye (8/28/14)
HTN
Retinal Detachment O.S. (8/19/2014)
Cataracts O.S. (5/2015)
HCV (+VL) 2011-1-13
Cataract ext.
Unspecified infective arthritis, site
unspecified (resolved 02/02/2017)
Unspecified infective arthritis, site
unspecified (resolved 02/02/2017)
Hep B Surface Ab, Qual Reactive (2013-1-3)
Hep A Ab, Total Positive (2011-2-16)

Allergies/Intolerance
Synalgos-DC: unknown : Allergy
Codeine Phosphate: unknown : Allergy

| | 03/22/2018 10:11:05 AM | Melissa Baumgartner-RN |
|---|---|---|
| 203.4 | | |
| **BMI** | | |
| 26.11 | 03/22/2018 10:11:05 AM | Melissa Baumgartner-RN |

## Examination

General Examination:

GENERAL APPEARANCE: in no acute distress, pleasant.
FACE: Within Normal Limits.
EYES: eyes normal, no discharge, fundi benign.
NECK/THYROID: no carotid bruit, no lymphadenopathy, supple, thyroid normal.
CARDIOVASCULAR: normal S1 and S2, regular rate and rhythm, no murmur or gallop.
RESPIRATORY: clear to auscultation bilaterally, no wheezes, rhonchi, rales.
GASTROINTESTINAL: normal bowels sounds, no guarding, no bruit, no masses palpated, no tenderness.
NEUROLOGIC EXAM: non-focal exam, DTRs 1-2+ in all 4 extremities, normal leg strength, normal sensation in legs.
EXTREMITIES: no clubbing, no edema.
LYMPH NODES: normal, supraclavicular node, no cervical adenopathy.
PSYCH affect normal.

## Assessments

1. Unspecified subjective visual disturbance - 368.10 (Primary)
2. Abdominal pain, epigastric - 789.06
3. Abdominal pain, left upper quadrant - 789.02
4. Intervertebral lumbar disc disorder with myelopathy, lumbar region - 722.73, possible dx

## Treatment

**1. Unspecified subjective visual disturbance**
with prior history of retinal problems, will have him see the optometrist, does not appear to have an acute problem.

**2. Abdominal pain, epigastric**
abdominal pain, does not seem to be from gallbladder or appendix which was concerning to him, possibly does have some irritable bowel, maybe even some lactose intolerance per him, will have him see dietician about increasing fiber in his diet, avoidance of dairy.

**3. Abdominal pain, left upper quadrant**
as above.

**4. Intervertebral lumbar disc disorder with myelopathy, lumbar region**
lumbar x-ray showed some degenerative changes without any fractures, discussed that seems to be a chronic, non-progressive problem and not a DVT which he continues to worry about and has been counseled about before, patient voices understanding of all plans, continue otc meds per instructions, exercises previously discussed at prior visit
suggested if he has several problems, to try and come in and discuss one at a time
LUMBAR SPINE AP and LAT FINDINGS: There are degenerative changes of the spine. No fracture or
subluxation seen. There is osseous demineralization. Soft tissues are grossly unremarkable.
CONCLUSION: Degenerative changes. No fracture.

**5. Others**
Action Started- NSG- Schedule Optometry Consult
Action Started- DIET-Dietary Referral

## Follow Up

prn (Reason: prn)

Disposition: General Population

Electronically signed by Mark Bigler-MD on 03/22/2018 at 10:49 AM EDT
Sign off status: Completed

Toledo Correctional Inst.
2001 E. Central Avenue
Toledo, OH 43608
Tel: 419-729-0516
Fax:

Patient: ALFORD, BRIAN KEITH    DOB: 0█████/1957    Progress Note: Mark A Bigler, MD    03/22/2018
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

progress note

**BCI:** [____] **InmateID:** A196744
**Facility Code:** TOCI  **Housing Area:** A1E 0014
**Patient:** ALFORD, BRIAN KEITH                                     **Provider:** Thomas J Shoemaker-OD
**DOB:** [__]/1957  **Age:** 60 Y  **Sex:** Male                                     **Date:** 03/23/2018
**Phone:** 419-726-7977
**Address:** 2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTIO, TOLEDO, OH-43608

**Subjective:**

1. Floaters; Vison Changes.

**HPI:**

-:

Pt mostly with c/o dryness/irritation that resolves with lacrilube ointment.
Presenting
Sph Cyl Axis H Prism V Prism Add DVA NVA PH
OD −1.00 -0.75 170 +2.50 20/20-
OS -0.75 -2.25 004 +2.50 20/20-
OU

Comments: 52-24 apollo. 69/66 pd. 19 seg ht OU. with LMRP of 21 Ou. allowed/ordered Grey #1 solid tint (but ed I would not go any darker)- this d/t PVD/IOL.

**Medical History:** Corneal Ulcer L eye (8/28/14), HTN, Retinal Detachment O.S. (8/19/2014), Cataracts O.S. (5/2015), HCV (+VL) 2011-1-18, Cataract ext., Unspecified infective arthritis, site unspecified (resolved 02/02/2017), Unspecified infective arthritis, site unspecified (resolved 02/02/2017), Hep B Surface Ab, Qual Reactive (2013-1-2), Hep A Ab, Total Positive (2011-2-16).

**Medications:** None

**Allergies:** Synalgos-DC: unknown: Allergy, Codeine Phosphate: unknown : Allergy.

**Objective:**

**Vitals:**

Past Orders:

**Vision Examination:**

Aided Acuities

|      | DVA   | NVA | PH |
|------|-------|-----|----|
| OD   | 20/30 |     |    |
| OS   | 20/30 |     |    |
| OU   | 20/25 |     |    |

IOP

| IOP | OD | OS | Adj OD | Adj OS | Test | Time     | Category |
|-----|----|----|--------|--------|------|----------|----------|
| 1   | 11 | 12 |        |        |      | 01:49 PM |          |

CD Ratio

|      | Horz | Vert |
|------|------|------|
| OD   | .60  | .60  |
| OS   | .55  | .55  |

**Examination:**

General Examination:

L/L-clear ou, K-clear od & INF keel shaped SCAR OS, Conj-clear ou, Iris-clear ou, lens- NICELY PLACED clear PCIOL OS,

retina LATTICE REPAIR LASER SCARS OD mostly temporally, PERIPHERAL RD REPAIR SCARS OS 360., macula clear ou. dilated well OU. OU flat and intact 360 other than past laser scars in periphery OU. Rt lens with grade 1 NS. PVD seen OD.

**Assessment:**

**Assessment:**

1. Regular astigmatism - 367.21 (Primary)
2. Presbyopia - 367.4
Refractive error.

DRC000035

PVD longstanding OD.
s/p cataract surgery with IOL OS. Rt eye with only very mild cataract at this point.

**Plan:**

**Immunizations:**

**Therapeutic Injections:**

**Labs:**
**Follow Up:** 6 Months (Reason:
IOP check)

**Disposition:**
Notes: Renewed Latanoprost qhs OS x 7 months. Encouraged hot compresses for comfort and ordered Lacrilube eye ointment for use OS BID PRN x 3 months.
**Provider:** Thomas J Shoemaker-OD
**Patient:** ALFORD, BRIAN KEITH  **DOB:** ███/1957  **Date:** 03/23/2018

Electronically signed by Thomas Shoemaker-OD on 03/23/2018 at 01:59 PM EDT
Sign off status: Completed

DRC000036

# ALFORD, BRIAN KEITH

BCI: ███████   **InmateID:** A196744
**Facility Code:** TOCI **Housing Area:** A1E.0014
60 Y old Male, DOB: ███/1957
2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTIO, TOLEDO, OH-
43608
Home: 419-726-7977

Guarantor: ALFORD, BRIAN KEITH

Appointment Facility: Toledo Correctional Inst.

03/29/2018

Progress Notes: Candy M Babb, CNP

**Chief Complaint**
1. CCC HTN, HCV due by 4/11/2018

**History of Present Illness**
NSG-CCC Nursing Questions:
Medication Compliance: 100% - never misses a dose.
Dietary Compliance: Compliant, Follows diet almost all of the time,
Commissary purchases are mostly appropriate.
Education: Diet, Disease Process, Exercise.
Medication: No adverse effects.
MED_CCC F/U Cardiovascular/Hypertension:
Interval History:
Chest pain- *yes "Sharp Pain"*
Shortness of Breath- *no*
Palpitations- *yes 2-3 x's per week*
Peripheral edema- *no*
Syncope/dizziness- *yes in October 2017. No falls*
Orthopnea- *no*
Headache- *yes Last HA 2 months ago*
Nocturia- *once or twice per night*
Medication compliance- *good*
Side effects or problems with medications- *medications cause headaches, medications cause dizziness*
Patient Education:
Cardiac/HTN CCC patient education provided- *High blood pressure disease process/diagnosis, Treatment planning and patient responsibilities, Diet (DASH) and exercise, Tobacco cessation, Prevention and risk factors, Complications of Hypertension, Continuity of Care-Release/Returning to home*
MED_CCC F/U Liver Disease:
Interval History:
New symptoms- *none*
Is the patient recieving Hep C treatment? *No*
APRI Score- *0.319 11/2017*
Adherence to medical treatment plan- *yes*
Depression or suicidal thoughts- *no*
Adherence to dietary plan- *n/a*
Smoking- *no*
Exercise- *none*
Patient Education:
HCV CCC education provided to patient- *HCV disease process, Treatment planning and patient responsibilities, Diet and exercise, Tobacco cessation, Prevention and risk factors, Complications of HCV, Continuity of Care-Release/Returning to home*
Medications:
LATANOPROST 0.005% DROP(S) 1GTT OS QHS
LANOLIN/MIN OIL/PET EYE OINTMENT
APPLY ONE QUARTER INCH STRIP
TO OS BID PRN
ASPIRIN E.C. 81MG TABLET(S) 1 tab PO QD
HYDROCHLOROTHIAZIDE 25MG TABLET (S) PO 1 QD
AMLODIPINE BESYLATE 10MG TABLET(S) PO 1 QD
POTASSIUM CHLORIDE ER 10MEQ TABLET (S) PO 1 QD.

DRC000037



**Current Medications**
None

**Mental/Medical History**
Corneal Ulcer L eye (8/28/14)
HTN
Retinal Detachment O.S. (8/19/2014)
Cataracts O.S. (5/2015)
HCV (+VL) 2011-1-18
Cataract ext.
Unspecified infective arthritis, site
unspecified (resolved 02/02/2017)
Unspecified infective arthritis, site
unspecified (resolved 02/02/2017)
Hep B Surface Ab, Qual Reactive (2013-1-2)
Hep A Ab, Total Positive (2011-2-16)

**Allergies/Intolerance**
Synalgos-DC: unknown : Allergy

Codeine Phosphate: unknown : Allergy

## Vital Signs

| Temp | | |
|---|---|---|
| 98.0 | 03/29/2018 08:30:43 AM | Dennis Seger-RN |
| **Pulse Radial** | | |
| 72 | 03/29/2018 08:30:43 AM | Dennis Seger-RN |
| **RR** | | |
| 16 | 03/29/2018 08:30:43 AM | Dennis Seger-RN |
| **BP Check** | | |
| 122/80 | 03/29/2018 08:30:43 AM | Dennis Seger-RN |
| **SpO2** | | |
| 98 | 03/29/2018 08:30:43 AM | Dennis Seger-RN |
| **Ht** | | |
| 74 | 03/29/2018 08:30:43 AM | Dennis Seger-RN |
| **Wt** | | |
| 203.4 | 03/29/2018 08:30:43 AM | Dennis Seger-RN |
| **BMI** | | |
| 26.11 | 03/29/2018 08:30:43 AM | Dennis Seger-RN |

Noted.

### Examination
General Examination:
   GENERAL APPEARANCE: in no acute distress, pleasant, Gait Stady and non antalgic.
   EYES: conjunctiva clear, extra ocular muscles intact (EOMI) bilaterally.
   NECK/THYROID: no carotid bruit, no lymphadenopathy, supple, thyroid normal .
   CARDIOVASCULAR: normal S1 and S2, regular rate and rhythm, no gallop. + SE MV Murmur.
   RESPIRATORY: clear to auscultation bilaterally, no wheezes, rhonchi, rales.
   GASTROINTESTINAL: normal bowels sounds, no guarding, no masses palpated, no tenderness No hepatosplenomegaly.
   NEUROLOGIC EXAM: non-focal exam.
   EXTREMITIES: no edema.
   PERIPHERAL PULSES: 2+ bilaterally posterior tibial.

### Assessments
1. Cardiac / Hypertension - CLI1 (Primary), Clinical Status-Stable, Degree of Control-Good F/U 180 Days
2. Unspecified essential hypertension - 401.9
3. Liver Disease - CLI9, Clinical Status-Stable, Degree of Control-Good F/U 180 Days
4. Unspecified viral hepatitis without mention of hepatic coma - 070.9

### Treatment
**1. Cardiac / Hypertension**
Education as above, Encouraged to increase oral fluids. Good handwashing promoted .Pt verbalizes understanding of instructions.

**2. Liver Disease**
LAB: CBC With Differential (Ordered for 08/29/2018)
LAB: Comprehensive Metabolic Panel (14) (Ordered for 08/29/2018)
LAB: Hepatic Function Panel (7) (Ordered for 08/29/2018)
LAB: Lipid Panel With LDL/HDL Ratio (Ordered for 08/29/2018)

Education as above, Encouraged to increase oral fluids. Good handwashing
promoted .Pt verbalizes understanding of instructions.

**3. Others**
Action Started- NSG - Schedule with ALP

**Follow Up**
6 Months (Reason: CCC HTN HCV F/U Clinical Status-Stable,Degree of Control-
Good F/U 180 Days w/ ALP)

Disposition: General Population

Electronically signed by Candy Babb-CNP on 03/29/2018 at 02:05 PM EDT

Sign off status: Completed

---

Toledo Correctional Inst.
2001 E. Central Avenue
Toledo, OH 43608
Tel: 419-729-0516
Fax:

---

Patient: ALFORD, BRIAN KEITH   DOB: █████/1957   Progress Note: Candy M Babb, CNP   03/29/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

DRC000039

# ALFORD, BRIAN KEITH

BCI: ▆▆▆▆    InmateID: A196744
Facility Code: TOCI  Housing Area: A1E 0014
61 Y old Male, DOB: ▆▆▆/1957
2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTIO, TOLEDO, OH-43608
Home: 419-726-7977

Guarantor: ALFORD, BRIAN KEITH

Appointment Facility: Toledo Correctional Inst.

04/13/2018                                                 Progress Note: Default Provider A-Nursing

## Chief Complaint

1. Declining vision

## History of Present Illness

NAF - HEENT Complaints:

History of Presenting Illness:   , Onset  present all the time, Duration  Since 2015 per patient , Symptoms  Patient states "I see floaters and stuff and I have cataracts in my right eye and it is getting worse. I would like for them to do something about it but they arent. He told me that it is stable but I don't believe that. I know that something is wrong and before it gets worse I would like them to take care of this. I have been trying to get this done since 2015. Also the doctor told me that he was going to send an action to the dietician for a diet order.". Significant Medical History:   , Documented weight loss  No, Tobacco use No, Asthma/COPD No, History of TB infection No, Diabetes No, Cardiac disease No, HIV/splenectomy  No, Seasonal allergies  No. Objective/Physical Assessment:   , Face: WNL, Neck: WNL, Throat: WNL, Lungs: Breath sounds clear throughout, Eyes:  WNL, Ears: normal, Nose:  WNL. Nursing Assessment: , Nursing Diagnosis  Knowledge deficit related to plan of care . Nursing Care Plan: , Nursing Interventions-  Patient educated of current plan of care. Patient examined by eye doctor on 3/23/18 and there were no abnormalities noted at that time. Follow up was scheduled and patient to see eye doctor on May 25th, 2018. Patient also evaluated by ALP on 3/29/18 and no abnormalities were noted at this time. Patient verbalizes that he would just like this documented and nothing currently is wrong at this time. . Patient Education:   , Patient verbalizes understanding of-  Plan of care, patient verbalizes understanding.. Disposition: , Action taken-  No restrictions on activities, Return to clinic if no improvement by:  patient to place HSR if he has not seen dietician within the next month. Patient verbalizes understanding. .

## Vital Signs

| Temp | | |
|---|---|---|
| 97.7 | 04/13/2018 09:36:21 AM | Lasha Johnson-RN |
| **Pulse Radial** | | |
| 63 | 04/13/2018 09:36:21 AM | Lasha Johnson-RN |
| **RR** | | |
| 18 | 04/13/2018 09:36:21 AM | Lasha Johnson-RN |
| **BP Check** | | |
| 122/84 | 04/13/2018 09:36:21 AM | Lasha Johnson-RN |
| **SpO2** | | |
| 99 | 04/13/2018 09:36:21 AM | Lasha Johnson-RN |
| **Ht** | | |
| 74 | 04/13/2018 09:36:21 AM | Lasha Johnson-RN |



**Current Medications**
None

**Mental/Medical History**
Corneal Ulcer L eye (8/28/14)
HTN
Retinal Detachment O.S. (8/19/2014)
Cataracts O.S. (5/2015)
HCV (+VL) 2011-1-18
Cataract ext
Unspecified infective arthritis, site unspecified (resolved 02/02/2017)
Unspecified infective arthritis, site unspecified (resolved 02/02/2017)
Hep B Surface Ab, Qual Reactive (2013-1-2)
Hep A Ab, Total Positive (2011-2-16)

**Allergies/Intolerance**
Synalgos-DC: unknown: Allergy
Codeine Phosphate: unknown: Allergy

DRC000040

| Wt | | |
|---|---|---|
| 199.4 | 04/13/2018 09:36:21 AM | Lasha Johnson-RN |
| **BMI** | | |
| 25.60 | 04/13/2018 09:36:21 AM | Lasha Johnson-RN |

Electronically signed by Lasha Johnson-RN , LMJ on 04/13/2018 at 10:48 AM EDT

Sign off status: Completed

Toledo Correctional Inst.
2001 E. Central Avenue
Toledo, OH 43608
Tel: 419-729-0516
Fax:

Patient: ALFORD, BRIAN KEITH   DOB: ████/1957   Progress Note: Default Provider A-Nursing   04/13/2018

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

DRC000041

## Ohio Department of Rehabilitation and Correction
# RELEASE OF RESPONSIBILITY

I hereby acknowledge that I have been fully informed by the appropriate medical personnel as to my condition:

Numbness and tingling in the L arm.

Against the advice of said medical personnel I desire to:

Refuse the scheduled OMT for EMG.

Any medical condition left untreated may lead to disability, death, temporary or chronic pain.  Specific risks for your condition include:

delay in identification of the cause of the numbness and tingling in the L arm and delay in any determination of appropriate treatment for the numbness and tingling

Benefits of treatment:

Identification of any neurological causes of the numbness and tingling and potential treatment options to help manage and/or resolve the numbness and tingling in the L arm.

I further acknowledge I have been informed of the risks involved, benefits and alternative treatments available. I accept full responsibility of this action and hereby release the attending physician and all other medical staff from all responsibility for any complications or undesirable results arising from such action.

| | |
|---|---|
| Inmate signature: | |
| Inmate Name: ALFORD | Inmate Number: A196744 |
| Witness signature: | |
| Physician signature: | |
| Facility: TOCI:Toledo Correctional Inst. | Date: 4/18/2018 |

DRC 5025

DRC000042

# ALFORD, BRIAN KEITH

BCI: ▮▮▮▮ InmateID: A196744
Facility Code: TOCI Housing Area: A1E 0014
61 Y old Male, DOB: ▮▮▮/1957
2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTIO, TOLEDO, OH-
43608
Home: 419-726-7977

Guarantor: ALFORD, BRIAN KEITH

Appointment Facility: Toledo Correctional Inst.

05/09/2018

Progress Notes: Candy M Babb, CNP

## Chief Complaint
1. Headache/ Dizziness/ Rash on right foot
2. AMA of EMG

## History of Present Illness
-:
    Having Dizziness and HA d/t eye strain. "Left eye weaker than Right eye"
Scheduled to see Optometry clinic W/ Dr. Shoemaker on 5/25/2018. Also relates
dizziness to "Itchy Ears". Has been cleaning ears w/ Q-tips and Fingers. Advised to
not insert anything in his ears due to risk of TM trauma and infection. Pt.
Verbalized understanding
    Pt. refused EMG because he had a deadline to respond to Magistrate report
and was having difficulty d/t law library being cancelled. Will attempt to reorder
EMG. Advised to not AMA Diagnostic test, they are required to completely assess
numbness in his left arm and hand. pt verbalized understanding of instructions.

## Vital Signs



| Temp | | |
|---|---|---|
| 97.7 | 05/09/2018 09:05:19 AM | Melissa Baumgartner-RN |
| **Pulse Radial** | | |
| 69 | 05/09/2018 09:05:19 AM | Melissa Baumgartner-RN |
| **RR** | | |
| 16 | 05/09/2018 09:05:19 AM | Melissa Baumgartner-RN |
| **BP Check** | | |
| 126/73 | 05/09/2018 09:05:19 AM | Melissa Baumgartner-RN |
| **SpO2** | | |
| 99 | 05/09/2018 09:05:19 AM | Melissa Baumgartner-RN |
| **Ht** | | |
| 74 | 05/09/2018 09:05:19 AM | Melissa Baumgartner-RN |
| **Wt** | | |
| 200.6 | 05/09/2018 09:05:19 AM | Melissa Baumgartner-RN |
| **BMI** | | |
| 25.75 | 05/09/2018 09:05:19 AM | Melissa Baumgartner-RN |

noted.

## Past Orders
LUMBAR SPINE (Order Date - 03/01/2018) (Collection Date - 03/20/2018)

Current Medications
None

DRC000043

**Mental/Medical History**
Corneal Ulcer L eye (8/28/14)
HTN
Retinal Detachment O.S. (8/19/2014)
Cataracts O.S. (5/2015)
HCV (+VL) 2011-1-18
Cataract o.s.
Unspecified infective carthritis, site
unspecified (resolved 02/02/2017)
Unspecified infective carthritis, site
unspecified (resolved 02/02/2017)
Hep B Surface Ab, Qual Reactive (2013-1-2)
Hep A Ab, Total Positive (2011-2-16)

**Allergies/Intolerance**
Synalgos-DC: unknown (Allergy
Codeine Phosphate: unknown (Allergy

## Examination

General Examination:
 GENERAL APPEARANCE: alert NAD, Gait Steady, Non antalgic body positioning noted.
 EYES: conjunctiva clear, extra ocular muscles intact (EOMI) bilaterally, + red reflex bilaterally, pupils, equal, round, reactive to light and accomodation (PERRLA) no scleral icterus..
 HEENT: left typmanic membrane right tympanic membrane tympanic membranes pearly to clear and flat bilaterally..
 ORAL CAVITY: moist mucous membranes. No PND.
 NECK/THYROID: no carotid bruit, no lymphadenopathy, supple, thyroid normal.
 CARDIOVASCULAR: normal S1 and S2, regular rate and rhythm, no murmur or gallop.
 RESPIRATORY: clear to auscultation bilaterally, no wheezes, rhonchi, rales.
 GASTROINTESTINAL: normal bowels sounds, no guarding, no masses palpated, no tenderness No hepatosplenomegaly.
 NEUROLOGIC EXAM: CN's II-XII grossly intact, Using both hands without difficulty. Hand grasps = bilat 4/5..
 SKIN: Residual rash noted btw toes 3, 4 and 5 clearing up /healing well..
 EXTREMITIES: no edema.

## Assessments
1. Unspecified subjective visual disturbance - 368.10 (Primary)
2. Cervical spondylosis with myelopathy - 721.1
3. Unspecified dermatomycosis - 111.9, Right Foot btw toes

## Treatment
**1. Unspecified subjective visual disturbance**
Skin care reviewed. Antifungal cream to AAA Right Foot given to pt from stock., Encouraged to increase oral fluids. Good handwashing promoted .Pt verbalizes understanding of instructions.

**2. Unspecified dermatomycosis**
Skin care reviewed. Antifungal cream to AAA Right Foot given to pt from stock., Encouraged to increase oral fluids. Good handwashing promoted .Pt verbalizes.

## Follow Up
prn (Reason: as needed)

Disposition: General Population

Electronically signed by Candy Babb-CNP on 05/09/2018 at 11:28 AM EDT

Sign off status: Completed

Toledo Correctional Inst.
2001 E. Central Avenue
Toledo, OH 43608
Tel: 419-729-0516
Fax:

DRC000044

Patient: ALFORD, BRIAN KEITH   DOB: ███ 1957   Progress Note: Candy M Babb, CNP   05/09/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

DRC000045

# ALFORD, BRIAN KEITH

BCI: [REDACTED] InmateID: A196744
Facility Code: TOCI Housing Area: A1E 0014
61 Y old Male, DOB: [REDACTED]/1957
2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTIO, TOLEDO, OH-43608
Home: 419-726-7977

Guarantor: ALFORD, BRIAN KEITH

Appointment Facility: Toledo Correctional Inst.

05/09/2018

Progress Notes: Candy M Babb, CNP

### Chief Complaint
1. Headache/ Dizziness/ Rash on right foot
2. AMA of EMG

### History of Present Illness



Having Dizziness and HA d/t eye strain. "Left eye weaker than Right eye" Scheduled to see Optometry clinic W/ Dr. Shoemaker on 5/25/2018. Also relates dizziness to "Itchy Ears". Has been cleaning ears w/ Q-tips and Fingers. Advised to not insert anything in his ears due to risk of TM trauma and infection. Pt. Verbalized understanding

Pt. refused EMG because he had a deadline to respond to Magistrate report and was having difficulty d/t law library being cancelled. Will attempt to reorder EMG. Advised to not AMA Diagnostic test, they are required to completely assess numbness in his left arm and hand. pt verbalized understanding of instructions.

### Vital Signs

| Temp | | |
|---|---|---|
| 97.7 | 05/09/2018 09:05:19 AM | Melissa Baumgartner-RN |
| **Pulse Radial** | | |
| 69 | 05/09/2018 09:05:19 AM | Melissa Baumgartner-RN |
| **RR** | | |
| 16 | 05/09/2018 09:05:19 AM | Melissa Baumgartner-RN |
| **BP Check** | | |
| 126/73 | 05/09/2018 09:05:19 AM | Melissa Baumgartner-RN |
| **SpO2** | | |
| 99 | 05/09/2018 09:05:19 AM | Melissa Baumgartner-RN |
| **Ht** | | |
| 74 | 05/09/2018 09:05:19 AM | Melissa Baumgartner-RN |
| **Wt** | | |
| 200.6 | 05/09/2018 09:05:19 AM | Melissa Baumgartner-RN |
| **BMI** | | |
| 25.75 | 05/09/2018 09:05:19 AM | Melissa Baumgartner-RN |

noted.

**Current Medications**
None

### Past Orders
LUMBAR SPINE (Order Date - 03/01/2018) (Collection Date - 03/20/2018)

**Mental/Medical History**
Corneal Ulcer L eye (8/28/14)
HTN
Retinal Detachment O.S. (3/19/2014)
Cataracts O.S (5/2015)
HCV (+V1) 2011-1-18
Cataract ext
Unspecified infective arthritis, site
unspecified (resolved 02/02/2017)
Unspecified infective arthritis, site
unspecified (resolved 02/02/2017)
Hep B Surface Ab, Qual Reactive (2013-1-2)
Hep A Ab, Total Positive (2011-2-16)

**Allergies/Intolerance**
Synalgos-DC: unknown: Allergy
Codeine Phosphate: unknown : Allergy

## Examination
General Examination:
GENERAL APPEARANCE: alert NAD, Gait Steady, Non antalgic body positioning noted.
EYES: conjunctiva clear, extra ocular muscles intact (EOMI) bilaterally, + red reflex bilaterally, pupils, equal, round, reactive to light and accomodation (PERRLA) no scleral icterus..
HEENT: left typmanic membrane right tympanic membrane tympanic membranes pearly to clear and flat bilaterally..
ORAL CAVITY: moist mucous membranes. No PND.
NECK/THYROID: no carotid bruit, no lymphadenopathy, supple, thyroid normal .
CARDIOVASCULAR: normal S1 and S2, regular rate and rhythm, no murmur or gallop.
RESPIRATORY: clear to auscultation bilaterally, no wheezes, rhonchi, rales.
GASTROINTESTINAL: normal bowels sounds, no guarding, no masses palpated, no tenderness No hepatosplenomegaly.
NEUROLOGIC EXAM: CN's II-XII grossly intact, Using both hands without difficulty. Hand grasps = bilat 4/5..
SKIN: Residual rash noted btw toes 3, 4 and 5 clearing up /healing well..
EXTREMITIES: no edema.

## Assessments
1. Unspecified subjective visual disturbance - 368.10 (Primary)
2. Cervical spondylosis with myclopathy - 721.1
3. Unspecified dermatomycosis - 111.9, Right Foot btw toes

## Treatment
**1. Unspecified subjective visual disturbance**
Skin care reviewed. Antifungal cream to AAA Right Foot given to pt from stock., Encouraged to increase oral fluids. Good handwashing promoted .Pt verbalizes understanding of instructions.

**2. Unspecified dermatomycosis**
Skin care reviewed. Antifungal cream to AAA Right Foot given to pt from stock., Encouraged to increase oral fluids. Good handwashing promoted .Pt verbalizes.

## Follow Up
prn (Reason: as needed)

Disposition: General Population

Electronically signed by Candy Babb-CNP on 05/09/2018 at 11:28 AM EDT

Sign off status: Completed

Toledo Correctional Inst.
2001 E. Central Avenue
Toledo, OH 43608
Tel: 419-729-0516
Fax:

DRC000047

Patient: ALFORD, BRIAN KEITH   DOB: ████/1957   Progress Note: Candy M Babb, CNP  05/09/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

DRC000048

progress note

**BCI:** [redacted]  **Inmate ID:** A196744
**Facility Code:** TOCI  **Housing Area:** A1E 0014
**Patient:** ALFORD, BRIAN KEITH
**DOB:** [redacted]/1957  **Age:** 61 Y  **Sex:** Male
**Phone:** 419-726-7977
**Address:** 2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTIO, TOLEDO, OH-43608

**Provider:** Thomas J Shoemaker-OD
**Date:** 05/25/2018

## Subjective:

1. Kite Response.

**HPI:**

:
PT sent in kite May 3rd, 2018 stating have distortion with blur and fuzzy OS; and Floaters OD.
PT would like glasses remade as bifocal but also concerned about his eye health as he feels that something is going on.
LD: H/O RETINAL DETACHMENT OS 7/14, 8/14 SURGERY TO REPAIR, CORNEAL SCAR OS , 5/15 CATARACT SX OS .
Last eye exam: 10/12/16: "C/W MAXITROL UNTIL GONE. REFILLED LATANOPROST OS X6MOS".
Ever been prescribed glasses? 12/22/15, 1608, MF.
Opthalmologist OSU
YAG CAPSULOTOMY 10/13/15
S/P PEM IOL OS 6/2015
SENSORY EXOTROPE,
CORNEAL THINNING/SCAR OS,
LATTICE OD S/P RETINOPEXY 9/16/14 #564,
S/P 23g TPPV/AFGX/EL/16% C3F8 OS 7/31/14,.

Medical History: Corneal Ulcer L eye (8/28/14), HTN,.

**Medical History:** Corneal Ulcer L eye (8/28/14), HTN, Retinal Detachment O.S. (8/19/2014), Cataracts O.S. (5/2015), HCV (+Vl.) 2011-1-18, Cataract ext., Unspecified infective arthritis, site unspecified (resolved 02/02/2017), Unspecified infective arthritis, site unspecified (resolved 02/02/2017), Hep B Surface Ab, Qual Reactive (2013-1-2), Hep A Ab, Total Positive (2011-2-16).

**Medications:** None

**Allergies:** Synalgos-DC: unknown: Allergy, Codeine Phosphate: unknown : Allergy.

## Objective:

Vitals:

Past Orders:

**Vision Examination:**

Spectacle

Presenting

|      | Sph   | Cyl   | Axis | H Prism | V Prism | Add | DVA | NVA | PH |
|------|-------|-------|------|---------|---------|-----|-----|-----|-----|
| OD   | +1.00 | -0.75 | 165  |         |         |     |     |     |    |
| OS   | -0.50 | -2.25 | 003  |         |         |     |     |     |    |
| OU   |       |       |      |         |         |     |     |     |    |

Comments: apollo frame. 52-24-6. Grey #2= solid tint. RX as measured on lensometer.

Manifest

|      | Sph   | Cyl   | Axis | H Prism | V Prism | Add   | DVA   | NVA | PH |
|------|-------|-------|------|---------|---------|-------|-------|-----|-----|
| OD   | +1.00 | -0.75 | 170  |         |         | +2.50 | 20/30 |     |    |
| OS   | -1.00 | -2.25 | 004  |         |         | +2.50 | 20/60 |     |    |

Final

|      | Sph   | Cyl   | Axis | H Prism | V Prism | Add   | DVA   | NVA | PH |
|------|-------|-------|------|---------|---------|-------|-------|-----|-----|
| OD   | +1.00 | -0.75 | 170  |         |         | +2.50 | 20/30 |     |    |
| OS   | -0.75 | -2.25 | 004  |         |         | +2.50 | 20/60 |     |    |
| OU   |       |       |      |         |         |       |       |     |    |

Comments: apollo frame. 52-24-6. 68/66 pd. grey #1.5 solid tint. 19 seg ht OU. Ordered 5-25-18. PT CHOSE BIFOCAL ON THIS DAY. Already had pair of DVO made within the past year but remorseful over what he admits he chose at that time in DVO.

## Examination:

General Examination:

L/L-clear ou, K-clear od & TNF keel shaped SCAR OS (Left cornea also with grade 3- SPK, Conj-clear ou, Iris-clear ou, lens- NICELY PLACED clear PCIOL OS,

retina LATTICE REPAIR LASER SCARS OD mostly temporally, PERIPHERAL RD REPAIR SCARS OS 360., macula clear od. dilated well OU. OU flat and intact 360 other than past laser scars in periphery OU. Rt lens with grade 1 NS. PVD seen OD.

Left AC difficult to view d/t corneal SPK and endo pigment. Left eye macula with area of dropout but no apparent edema or thickening.

## Assessment:

### Assessment:
PT with complaints of metamorphosia OS as well as ongoing corneal thinning/inflamation. (PT confirms already compliant with Lacrilube).
Regular astigmatism – 367.21 (Primary)
Presbyopia – 367.4
Refractive error.
PVD longstanding OD.
s/p cataract surgery with IOL OS. Rt eye with only very mild cataract at this point.

## Plan:

Immunizations:

Therapeutic Injections:

Labs:
Follow Up: with ophthalmology

### Disposition:
Notes: I am ordering 1% Pred Forte eyedrops for use QID OS x 4 days, TID x 5 days, BID x 6 days, then every day x 1 week. New action sent to MD Bigler: "pt with complaints of visual distortion. pt with extensive ocular history. Pt with current corneal irritation and questionable macular changes. I am recommending that he have a consult with Ophthalmology at OSU or FMC for their evaluation and treatment."
**Provider: Thomas J Shoemaker-OD**
**Patient: ALFORD, BRIAN KEITH  DOB:** ████/1957 **Date:** 05/25/2018

Electronically signed by Thomas Shoemaker-OD on 05/25/2018 at 11:03 AM EDT
Sign off status: Completed

# ALFORD, BRIAN KEITH
**BCI:** ▮▮▮ **InmateID:** A196744
**Facility Code:** TOCI **Housing Area:** A1E 0014
61 Y old Male, DOB ▮▮▮/1957
2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTIO, TOLEDO, OH
43608
Home: 419-726-7977
Provider: Bigler-MD, Mark A

Telephone Encounter

| | | |
|---|---|---|
| **Answered by** | Bigler-MD, Mark A | Date: 05/25/2018 |
| | | Time: 03:41 PM |

**Reason**        ophthamology consult

## Chief Complaint
1. Ophthamology consult

## Current Medications
None

## Mental/Medical History
Corneal Ulcer L eye (8/28/14)
HTN
Retinal Detachment O.S. (8/19/2014)
Cataracts O.S. (5/2015)
HCV (+VL) 2011-1-18
Cataract ext.
Unspecified infective arthritis, site unspecified (resolved 02/02/2017)
Unspecified infective arthritis, site unspecified (resolved 02/02/2017)
Hep B Surface Ab, Qual Reactive (2013-1-2)
Hep A Ab, Total Positive (2011-2-16)

## Allergies/Intolerance
Synalgos-DC: unknown: Allergy
Codeine Phosphate: unknown : Allergy

## Assessments
1. Unspecified subjective visual disturbance - 368.10 (Primary)

## Treatment
**1. Unspecified subjective visual disturbance**
Diagnostic Imaging:Ophthalmology Evaluation (Order pending approval) Bigler-MD,Mark A 05/25/2018 03:43:03 PM EDT > per
optometry: Shoemaker-OD,Thomas J 05/25/2018 11:03:22 AM EDT > pt with complaints of visual distortion. pt with extensive ocular
history. Pt with current corneal irritation and questionable macular changes. I am recommending that he have a consult with
Ophthalmology at OSU or FMC for their evaluation and treatment.

## Addendum:
2018-06-01  02:10:29 PM  John Gardner-CNP (gardnerjf) >  Ophthalmology Evaluation ( Order approved )

Patient: ALFORD, BRIAN KEITH   DOB: ▮▮▮/1957   Provider: Bigler-MD, Mark A   05/25/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

# ALFORD, BRIAN KEITH
BCI: ███████ InmateID: A196744
Facility Code: TOCI Housing Area: A: F.0014
61 Y old Male, DOB: ████/1957
2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTION, TOLEDO, OH-43608
Home: 419-726-7977

Guarantor: ALFORD, BRIAN KEITH

Appointment Facility: Toledo Correctional Inst.

06/15/2018

Progress Notes: Mark A Bigler, MD

## Chief Complaint
1. Return OMT - Ophthalmology

## History of Present Illness
Been having problems with left eye, distorted vision, center field of vision, went to FMC and continued ordered drops, and rec f/u with OSU retinal clinic. Also says has cararact in right eye. Has floaters in both eyes.
Wonders about blood work that was ordered.
Also says had an EMG scheduled for April or May, had to turn it down because had a legal brief due in court about that time. Was ordered because has "cervical nerve damage", having numbness in left hand fingers, one to three, twitching in both shoulders, was left, now both.

## Vital Signs

| Temp | | |
|---|---|---|
| 98.3 | 06/15/2018 03:03:27 PM | Dennis Seger-RN |
| **Pulse Radial** | | |
| 78 | 06/15/2018 03:03:27 PM | Dennis Seger-RN |
| **RR** | | |
| 16 | 06/15/2018 03:03:27 PM | Dennis Seger-RN |
| **BP Check** | | |
| 131/84 | 06/15/2018 03:03:27 PM | Dennis Seger-RN |
| **SpO2** | | |
| 100 | 06/15/2018 03:03:27 PM | Dennis Seger-RN |
| **Ht** | | |
| 74 | 06/15/2018 03:03:27 PM | Dennis Seger-RN |
| **Wt** | | |
| 199.6 | 06/15/2018 03:03:27 PM | Dennis Seger-RN |
| **BMI** | | |
| 25.62 | 06/15/2018 03:03:27 PM | Dennis Seger-RN |

## Current Medications
None

## Mental/Medical History
Corneal Ulcer L eye (8/28/14)
HTN
Retinal Detachment O.S. (8/19/2014)
Cataracts O.S. (5/2015)
HCV (+VL) 2011-1-18
Cataract ext
Unspecified infective arthritis, site unspecified (resolved 02/03/2017)
Unspecified infective arthritis, site unspecified (resolved 02/03/2017)
Hep B Surface Ab, Qual Reactive (2013-1-2)

## Examination
General Examination:
GENERAL APPEARANCE: in no acute distress, pleasant.

## Assessments
1. Toxic maculopathy of retina - 362.55 (Primary)

## Treatment

Hep A Ab, Total Positive (anti-2-a6)
**Allergies/Intolerance**
Synaikos-DC: unknown : Allergy
Codeine Phosphate: unknown : Allergy

**1. Toxic maculopathy of retina**
Diagnostic Imaging:Ophthalmology Follow Up (Order pending approval) Bigler-MD,Mark A 06/15/2018 03:18:28 PM EDT > Seen at FMC opthamology, dx'd with maculopathy of retina and recommended f/u with OSU retinal clinic.
will continue with the predforte drops, per clinic documents from FMC want him to f/u at OSU retinal clinic for follow up.

**Follow Up**
at next CCC for HTN/HCV or prn. (Reason: prn )

**Addendum:**
2018-06-21  01:56:05 PM  John Gardner-CNP (gardnerjf) > Ophthalmology Follow Up ( Order approved )

Electronically signed by Mark Bigler-MD on 06/15/2018 at 03:19 PM EDT

Sign off status: Completed

Toledo Correctional Inst.
2001 E. Central Avenue
Toledo, OH 43608
Tel: 419-729-0516
Fax:

Patient: ALFORD, BRIAN KEITH    DOB: ███/1957    Progress Note: Mark A Bigler, MD   06/15/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

DRC000053

# ALFORD, BRIAN KEITH
BCI:█████ InmateID: A196744
Facility Code: TOCI Housing Area: A1E 0014
61 Y old Male, DOB: ███/1957
2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTION, TOLEDO, OH-43608
Home: 419-726-7977

Guarantor: ALFORD, BRIAN KEITH

Appointment Facility: Toledo Correctional Inst.

06/26/2018 — Progress Note: Default Provider A-Nursing



**Current Medications**
None

**Mental/Medical History**
Corneal Ulcer L eye (8/28/14)
HTN
Retinal Detachment O.S. (8/19/2014)
Cataracts O.S. (5/2013)
HCV (+VL) 2011-04-18
Cataract ext.
Unspecified infective arthritis, site unspecified (resolved 02/02/2017)

## Chief Complaint
1. Multiple Complaints

## History of Present Illness
NAF - Skin Complaints:
   History of Presenting Illness:  , Location  bilateral feet, Symptoms  itchy rash. Significant Medical History:  , Allergies Yes, Asthma No, Diabetes No, Chemical exposure No, Exposure to parasites No, Eczema No, Medications No, Peripheral vascular disease No, Psoriasis No, Recent tattoos No, Hives / Rashes No, Staph Infection No. Objective/Physical Assessment:  , General Appearance:  WNL, Appearance/Skin: cracking, peeling eruption of feet especially in toe webs, Respiratory/ Lungs: lungs clear to auscultation. Nursing Assessment:  , Nursing Diagnosis: Impaired Skin Integrity R/T: athletes foot. Nursing Care Plan:  , Nursing Interventions- Pt given Clotrimazole. Patient Education:  , Patient verbalizes understanding of- signs and symptoms of infection, returning to clinic if signs and symptoms of infection appear, maintaining good hygiene/handwashing, returning to sick call if symptoms do not improve in 14 days, do not pick at affected area, take/apply medications as prescribed, avoid irritating soaps and detergents, keep affected area warm and dry. Disposition:  , Action taken- No restrictions on activities, Return to clinic if no improvement by: 07/10/2018.
NAF - HEENT Complaints:
   History of Presenting Illness:  , Onset  chronic seasonal allergies, Symptoms sneezing, coughing. Significant Medical History:  , Documented weight loss No, Tobacco use No, Asthma/COPD No, History of TB infection No, Diabetes No, Cardiac disease No, HIV/splenectomy No, Seasonal allergies Yes. Objective/Physical Assessment:  , Face: WNL, Neck:  WNL, Throat: WNL, Lungs: Breath sounds clear throughout, Eyes:  WNL, Ears: WNL, Nose: WNL. Nursing Assessment:  , Nursing Diagnosis Alteration in comfort R/T chronic seasonal allergies, Additional Assessment notes:  Pt states unable to purchase anything from commissary due to legal filings. Nursing Care Plan: , Nursing Interventions- CTM 1 tab twice daily for 3 days as needed for nasal congestion/drainage; itchy, watery eyes and sneezing. Patient Education: , Patient verbalizes understanding of- medication side effects, increasing fluid intake, getting rest. Disposition:  , Action taken- No restrictions on activities, Return to clinic if no improvement by: 07/10/2018.
NSG/RT/PT- SOAP:
   Subjective Pt complains of ongoing numbness and tingling in his left arm/hand. Objective Pt has equal strong hand grasps pt states he missed his scheduled EMG due to legal briefs and would like to reschedule it. Nursing Assessment alteration in comfort r/t nuerological pain. Plan will see if appointment has been rescheduled.

## Vital Signs

| Temp | | |
|---|---|---|
| 98.1 | 06/26/2018 09:31:03 AM | Dennis Seger-RN |
| **Pulse Radial** | | |
| 63 | 06/26/2018 09:31:03 AM | Dennis Seger-RN |
| **RR** | | |

Unspecified infective arthritis, site
unspecified (resolved 02/02/2017)
Hep B Surface Ab, Qual Reactive (2013-1-2)
Hep A Ab, Total Positive (2011-2-16)

**Allergies/Intolerances**
Synalgos-DC: unknown : Allergy
Codeine Phosphate: unknown : Allergy

| | | | |
|---|---|---|---|
| 16 | 06/26/2018 09:31:03 AM | | Dennis Seger-RN |
| **BP Check** | | | |
| 143/87 | 06/26/2018 09:31:03 AM | | Dennis Seger-RN |
| **SpO2** | | | |
| 98 | 06/26/2018 09:31:03 AM | | Dennis Seger-RN |
| **Ht** | | | |
| 74 | 06/26/2018 09:31:03 AM | | Dennis Seger-RN |
| **Wt** | | | |
| 205.0 | 06/26/2018 09:31:03 AM | | Dennis Seger-RN |
| **BMI** | | | |
| 26.32 | 06/26/2018 09:31:03 AM | | Dennis Seger-RN |

Electronically signed by Dennis Seger-RN , DJS on 06/26/2018 at 10:07 AM EDT
Sign off status: Completed

Toledo Correctional Inst.
2001 E. Central Avenue
Toledo, OH 43608
Tel: 419-729-0516
Fax:

Patient: ALFORD, BRIAN KEITH  DOB: ████ 1957  Progress Note: Default Provider A-Nursing  06/26/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

# ALFORD, BRIAN KEITH

**BCI:** ████████  **InmateID:** A196744
**Facility Code:** TOCI **Housing Area:** A1W 0014
61 Y old Male, DOB: ████/1957
2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTION, TOLEDO,
OH-43608
Home: 419-726-7977

Guarantor: ALFORD, BRIAN KEITH

Appointment Facility: Toledo Correctional Inst.

07/17/2018

Progress Notes: Mark A Bigler, MD



## Chief Complaint
1. Discuss R/S of EMG

## History of Present Illness
.:

Wanted to discuss rescheduling EMG.

Wonders about some type of sinus infection/respiratory: having dry cough, in chest, getting some out of nose, but mostly clogged up, has chronic allergies, some upper tooth pain, been going on about a week, about the same, trying to get better, would rate it at 8 or 9. Been taking "CTM", little allergy pill and claritin. Was given some mucinex yesterday.

EMG: had a legal brief due when it was scheduled, has that done, been having numbness, stinging in left arm from fingers up to neck, since about 2015, seems to be getting worse, nothing seems to make it worse or better. Twitching in both shoulders. Per visit of 3/1/18: 1. B/L shoulder intermittent and progressive twitching and left hand numbness constant and worsening in 1-3rd digits without weakness or pain x 2 -3 years. Notes that he injured his neck many years ago while lifting weights while incarcerated. He had pain in his neck for several years but it resolved. Now he has above sx but no significant neck pain proper. He does have abnl c-spine c-spine xray suggesting of B/L neural foraminal impingement.

## Vital Signs

| Temp | | |
|---|---|---|
| 98.4 | 07/17/2018 12:03:38 PM | Darcel Jarson-LPN |
| **Pulse Radial** | | |
| 84 | 07/17/2018 12:03:38 PM | Darcel Jarson-LPN |
| **RR** | | |
| 18 | 07/17/2018 12:03:38 PM | Darcel Jarson-LPN |
| **BP Check** | | |
| 129/81 | 07/17/2018 12:03:38 PM | Darcel Jarson-LPN |
| **SpO2** | | |
| 96 | 07/17/2018 12:03:38 PM | Darcel Jarson-LPN |
| **Ht** | | |
| 74 | 07/17/2018 12:03:38 PM | Darcel Jarson-LPN |
| **Wt** | | |
| 207 | 07/17/2018 12:03:38 PM | Darcel Jarson-LPN |
| **BMI** | | |
| 26.57 | 07/17/2018 12:03:38 PM | Darcel Jarson-LPN |

**Current Medications**
None

## Mental/Medical History
Corneal Ulcer L eye (8/28/14)
HTN
Retinal Detachment O.S. (8/19/2014)
Cataracts O.S. (5/2015)
HCV (+VL) 2014-4-18
Cataract ext.
Unspecified infective arthritis, site
unspecified (resolved 02/02/2017)
Unspecified infective arthritis, site
unspecified (resolved 02/02/2017)
Hep B Surface Ab, Qual Reactive (2013-4-2)
Hep A Ab, Total Positive (2011-2-16)

## Allergies/Intolerance
Synalgos-DC: unknown : Allergy
Codeine Phosphate: unknown : Allergy

## Examination
General Examination:
  GENERAL APPEARANCE: in no acute distress, pleasant.
  HEENT: non-tender to palpation over sinuses.
  NECK/THYROID: no carotid bruit, no lymphadenopathy, supple, thyroid normal .
  CARDIOVASCULAR: normal $S_1$ and $S_2$, regular rate and rhythm, no murmur or gallop.
  RESPIRATORY: clear to auscultation bilaterally, no wheezes, rhonchi, rales.
  NEUROLOGIC EXAM: left arm, decreased sensation compared to right, strength seems a little decreased compared to right.

## Assessments
1. Acute upper respiratory infections of unspecified site - 465.9 (Primary)
2. Cervical spondylosis with myelopathy - 721.1

## Treatment
**1. Acute upper respiratory infections of unspecified site**
Seems like could be uri or allergies, will give some claritin one qd prn (2 sleeves given) or some chlorphen (8 packs given), also given four mucinex one bid prn, put in HSR if worsening/facial/tooth pain/fever.

**2. Cervical spondylosis with myelopathy**
Diagnostic Imaging:Electromyelogram(EMG) (Order pending approval) Bigler-MD,Mark A 07/17/2018 12:28:04 PM EDT > Patient with bilateral shoulder twitching and numbness down left arm to fingers, seems to be progressing, seems like left arm is a little weak compared to right. Had an EMG scheduled for April, but had a court brief due sp had to cancel.
Will see if can reschedule EMG.

## Follow Up
prn (Reason: numbness left arm, shoulder twitching)

## Addendum:
2018-07-20  12:13:45 PM  Alfred Granson-MD (GRANSONAJR) >
Electromyelogram(EMG) ( Order approved )

Electronically signed by Mark Bigler-MD on 07/17/2018 at 01:23 PM EDT

Sign off status: Completed

Toledo Correctional Inst.
2001 E. Central Avenue
Toledo, OH 43608
Tel: 419-729-0516
Fax:

Patient: ALFORD, BRIAN KEITH   DOB: ████/1957   Progress Note: Mark A Bigler, MD   07/17/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

DRC000058

# ALFORD, BRIAN KEITH

BCI: ▮▮▮▮ InmateID: A196744
**Facility Code:** TOCI **Housing Area:** A: W 0014
61 Y old Male, DOB: ▮▮▮/1957
2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTION, TOLEDO,
OH 43608
Home: 419-726-7977
Provider: A-Nursing, Default Provider

Telephone Encounter

| | | |
|---|---|---|
| **Answered by** | Klocinski-RN, Cheryl L | Date: 08/15/2018 |
| | | Time: 07:25 PM |
| **Caller** | CO | |
| **Reason** | Return OMT | |
| **Message** | Pt is back from FMC | |
| **Action Taken** | Klocinski-RN,Cheryl L 08/15/2018 07:27:43 PM EDT > Assessment complete. Wrong chart returned with patient, chart sent to shift. | |

## Chief Complaint
1. Return OMT

## History of Present Illness
NSG/RT/PT- SOAP:
  Subjective Pt stated, "They sent the wrong chart back. I guess mine is still back at FMC. They said I have carpel tunnel and some nerve damage in my left forearm".. Objective Pt A&OX3, no s/s of discomfort or distress at time of assessment, respirations even and non labored. Left arm/hand weakness.. Nursing Assessment Impaired mobility r/t left arm weakness. Plan ALP appointment on 8/17/18.

## Current Medications
None

## Mental/Medical History
Corneal Ulcer L eye (8/28/14)
HTN
Retinal Detachment O.S. (8/19/2014)
Cataracts O.S. (5/2015)
HCV (+VL) 2011-1-18
Cataract ext.
Unspecified infective arthritis, site unspecified (resolved 02/02/2017)
Unspecified infective arthritis, site unspecified (resolved 02/02/2017)
Hep B Surface Ab, Qual Reactive (2013-1-2)
Hep A Ab, Total Positive (2011-2-16)

## Allergies/Intolerance
Synalgos-DC: unknown: Allergy
Codeine Phosphate: unknown : Allergy

## Addendum:
  2018-08-15  07:39:46 PM  Cheryl Klocinski-RN (KLOCINSKICL) >  V/S BP 153/90, HR 53, Temp 98.0, O2 100%

DRC000059

Patient: ALFORD, BRIAN KEITH   DOB: ███/1957   Provider: A-Nursing, Default Provider   08/15/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

DRC000060

# ALFORD, BRIAN KEITH

**BCI:** ▮▮▮▮   **InmateID:** A196744
**Facility Code:** TOCI **Housing Area:** Z OSU 1
61 Y old Male, DOB: ▮▮▮▮
2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTION, TOLEDO,
OH 43608
Home: 419-726-7977
Provider: A-Nursing, Default Provider

Telephone Encounter

| | | |
|---|---|---|
| **Answered by** | Hayes-RN, Amanda L | Date: 08/16/2018 |
| | | Time: 08:30 PM |

**Caller**        CO

**Reason**        return from Ophthalmology

**Message**       pt arrived in medical via transport officer

**Action Taken**  Hayes-RN, Amanda L 08/16/2018 08:57:08 PM EDT > pt assessed. f/u alp appt created chart reviewed

## Chief Complaint
1. return from Ophthalmology

## History of Present Illness
NSG/RT/PT- SOAP:
   Subjective pt returned from Ophthalmology appt states they laser his right eye has small amount pain in right eye. Objective pupils PERRLA no deformities seen right eye. gait steady. respirations even and unlabored. no signs of acute distress. Nursing Assessment knowledge deficit r/t omt results. Plan f/u alp appt created.

## Current Medications
None

## Mental/Medical History
Corneal Ulcer L eye (8/28/14)
HTN
Retinal Detachment O.S. (8/19/2014)
Cataracts O.S. (5/2015)
HCV (+VL) 2011-1-18
Cataract ext.
Unspecified infective arthritis, site unspecified (resolved 02/02/2017)
Unspecified infective arthritis, site unspecified (resolved 02/02/2017)
Hep B Surface Ab, Qual Reactive (2013-1-2)
Hep A Ab, Total Positive (2011-2-16)

## Allergies/Intolerance
Synalgos-DC: unknown: Allergy
Codeine Phosphate: unknown : Allergy

## Vital Signs

| Temp | | |
|---|---|---|
| 98.0 | 08/16/2018 09:01:00 PM | Amanda Hayes-RN |
| **Pulse Radial** | | |
| 80 | 08/16/2018 09:01:00 PM | Amanda Hayes-RN |
| **RR** | | |
| 18 | 08/16/2018 09:01:00 PM | Amanda Hayes-RN |

| RP Check | | |
|---|---|---|
| 142/92 | 08/16/2018 09:01:00 PM | Amanda Hayes-RN |
| **SpO2** | | |
| 96 | 08/16/2018 09:01:00 PM | Amanda Hayes-RN |
| **Ht** | | |
| 74 | 08/16/2018 09:01:00 PM | Amanda Hayes-RN |
| **Wt** | | |
| 206 | 08/16/2018 09:01:00 PM | Amanda Hayes-RN |
| **BMI** | | |
| 26.45 | 08/16/2018 09:01:00 PM | Amanda Hayes-RN |

Patient: ALFORD, BRIAN KEITH   DOB: ███/1957   Provider: A-Nursing, Default Provider   08/16/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

# ALFORD, BRIAN KEITH

BCI:████  InmateID: A196744
**Facility Code:** TOCI **Housing Area:** A1W0014
61 Y old Male, DOB: ████/1957
2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTION, TOLEDO,
OH-43608
Home: 419-726-7977

Guarantor: ALFORD, BRIAN KEITH

Appointment Facility: Toledo Correctional Inst.

08/17/2018

Progress Notes: Mark A Bigler, MD

### Chief Complaint
1. OMT Left forearm and Opthalmology

### History of Present Illness


Had emg that showed CTS on left, showed nerve damage below elbow, had use of force, 12/2015, was cuffed in this area, been bothering ever since. Started out with tingling in fingers, first three fingers are numb most of the time. Has muscle twitching in both shoulders. Left hand: seems a little weaker, sometimes has trouble holding things a little with left,

Also was seen by opthalmology 8/16, due to visual problems. Says they did laser on right eye. LEFT EYE: retinal detachment and repair 2014, f/u the next week had a corneal scar, got admitted and given atb drops q 2 hours, June 2015 replaced lens. Since then been having pain, dryness, throbbing, a flashing pulse in center vision of left eye.

Wonders about getting a test for Histoplasmosis, says was told some of his eye problems, in the left could be ocular histoplasmosis. Was at London Correctional 2/24/16 to 7/11/207, thinks was exposed to histoplasmosis, bad problem with pigeons everywhere.

been having a lot of chest congestion, mucuous, for few months. still coughiing, bringing up stuff, every day.

### Vital Signs

| Temp | | |
|---|---|---|
| 97.7 | 08/17/2018 10:02:17 AM | Shiloh Schwab-LPN |
| **Pulse Radial** | | |
| 70 | 08/17/2018 10:02:17 AM | Shiloh Schwab-LPN |
| **RR** | | |
| 15 | 08/17/2018 10:02:17 AM | Shiloh Schwab-LPN |
| **BP Check** | | |
| 148/88 | 08/17/2018 10:02:17 AM | Shiloh Schwab-LPN |
| **SpO2** | | |
| 97 | 08/17/2018 10:02:17 AM | Shiloh Schwab-LPN |
| **Ht** | | |
| 74 | 08/17/2018 10:02:17 AM | Shiloh Schwab-LPN |
| **Wt** | | |
| 206.2 | 08/17/2018 10:02:17 AM | Shiloh Schwab-LPN |
| **BMI** | | |
| | | Shiloh Schwab- |

26.47                          08/17/2018 10:02:17 AM            LPN

**Current Medications**
None

**Mental/Medical History**
Corneal Ulcer Left (8/28/14)
HTN
Retinal Detachment O.S. (8/19/2014)
Cataracts O.S. (5/2015)
HCV (+VL) 2011-4-18
Cataract ext.
Unspecified infective arthritis, site
unspecified (resolved 02/02/2017)
Unspecified infective arthritis, site
unspecified (resolved 02/02/2017)
Hep B Surface Ab, Qual Reactive (2013-1-2)
Hep A Ab, Total Positive (2011-2-16)

**Allergies/Intolerance**
Synalgos-DC: unknown : Allergy
Codeine Phosphate: unknown : Allergy

## Examination
General Examination:
  GENERAL APPEARANCE: in no acute distress, pleasant.
  NECK/THYROID: no carotid bruit, no lymphadenopathy, supple, thyroid normal.
  CARDIOVASCULAR: normal S1 and S2, regular rate and rhythm, no murmur or gallop.
  RESPIRATORY: clear to auscultation bilaterally, no wheezes, rhonchi, rales.
  NEUROLOGIC EXAM: some decreased sensation fingers 1 - 3, positive Phalen's, pos Tinel's.

## Assessments
1. Cough - 786.2 (Primary)
2. Other states following surgery of eye and adnexa - V45.69
3. Lattice degeneration of peripheral retina - 362.63
4. Carpal tunnel syndrome - 354.0, median neuropathy at the wrist(CTS) EMG 8/15/18
5. Injury to ulnar nerve - 955.2, neuropathy at elbow per EMG 8/15/18

## Treatment
**1. Cough**
  LAB: Histoplasma Urinary Antigen (Ordered for 08/21/2018)
Diagnostic Imaging:CHEST 2 VWS (Ordered for 08/21/2018)
Will get cxr and check histoplasma urinary antigen.

**2. Other states following surgery of eye and adnexa**
Diagnostic Imaging:Ophthalmology Follow Up (Order pending approval) Bigler-MD,Mark A 08/17/2018 03:04:26 PM EDT > Patient seen in OSU retnal clinic for left retinal detachment, epiretinal membrane of left eye, retinal tear of right eye, lattice degeneration with superotemporal ara of vitreous adhesion, had a laser procedure and they request follow up in three months, has appt scheduled on 11/6/18 at 12:30.
Opthalmology requested follow up in about 3 months, appt scheduled fro 11/6/18 at this time.

**3. Lattice degeneration of peripheral retina**
Diagnostic Imaging:Ophthalmology Follow Up (Order pending approval) Bigler-MD,Mark A 08/17/2018 03:04:26 PM EDT > Patient seen in OSU retnal clinic for left retinal detachment, epiretinal membrane of left eye, retinal tear of right eye, lattice degeneration with superotemporal ara of vitreous adhesion, had a laser procedure and they request follow up in three months, has appt scheduled on 11/6/18 at 12:30.

**4. Carpal tunnel syndrome**
He does not wish to pursue treatment at this time, will continue to observe.

**5. Injury to ulnar nerve**
as with CTS.

**6. Others**
Action Started- NSG - Schedule with ALP

**Follow Up**
2 weeks (Reason: cough)

**Addendum:**
2018-08-23  02:09:29 PM  John Gardner-CNP (gardnerjf) > Ophthalmology Follow Up ( Order approved )



Electronically signed by Mark Bigler-MD on 08/17/2018 at 03:05 PM EDT

Sign off status: Completed

Toledo Correctional Inst.
2001 E. Central Avenue
Toledo, OH 43608
Tel: 419-729-0516
Fax:

Patient: ALFORD, BRIAN KEITH   DOB: ██/1957   Progress Note: Mark A Bigler, MD   08/17/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

DRC000065

**Toledo Correctional Inst.**
**2001 E. Central Avenue**
**Toledo, OH 43608**
**419-729-0516**

## PHYSICIAN INFORMATION

Requesting:  Bigler-MD, Mark
Ordering:    Bigler-MD, Mark

## PATIENT INFORMATION

Name:  ALFORD, BRIAN KEITH
DOB:   [REDACTED]/1957
Sex:   male
Tel:   419-726-7977

## REPORT DETAILS

Name:         Histoplasma Urinary Antigen
Accession ID: 23448848540
Lab Ref Id:   1FUT8912855

## REPORT DATES

Order:      08/21/2018
Collection: 08/22/2018 00:00:00
Report:     08/27/2018 21:09:21
Result:     08/27/2018 21:05:00

| NAME | VALUE | REFERENCE | LAB |
|------|-------|-----------|-----|
| Histoplasma Galmannan Ag Ur | <0.5 | <0.5 ng/mL | 01 |
| Disclaimer: | Comment | | 01 |

- This test was developed and its performance characteristics
- determined by LabCorp. It has not been cleared or approved
- by the Food and Drug Administration.

| | | | |
|------|-------|-----------|-----|
| Please note | Comment | | 02 |

- The date and/or time of collection was not indicated on the
- requisition as required by state and federal law. The date of
- receipt of the specimen was used as the collection date if not
- supplied.

## ADDITIONAL NOTES

PERFORMING LAB: LabCorp Burlington, 1447 York Court, Burlington, NC - 272153361, Phone - 8007624344, Director - MDHancock
PERFORMING LAB: LabCorp Dublin, 6370 Wilcox Road, Dublin, OH - 430161269, Phone - 8002827300, Director - PhDRicchiuti

Patient: ALFORD, BRIAN KEITH   DOB: [REDACTED]/1957

Toledo Correctional Inst.
2001 E. Central Avenue
Toledo, OH 43608
419-729-0516

| PHYSICIAN INFORMATION | PATIENT INFORMATION |
|---|---|
| Requesting: Bigler-MD, Mark A | Name: ALFORD, BRIAN KEITH |
| | DOB: ███/1957 |
| | Sex: male |
| | Tel: 419-726-7977 |

| REPORT DETAILS | REPORT DATES |
|---|---|
| Procedure Name: CHEST 2 VWS | Order: 08/21/2018 |
| Session Id: 2001605828 | Procedure: 08/21/2018 12:30:00 |
| | Transcribed: 08/21/2018 12:30:00 |

**REPORT**

Exam :

XRAY CHEST 2 VIEW FINDINGS: Heart within normal limits. Pulmonary vascularity is normal. No
consolidation or pleural effusion. No acute bony process. CONCLUSION: No acute chest disease
ELECTRONICALLY SIGNED BY JASON H STUCKEY, MD 8/21/2018 3:06:09 PM EDT.
Mobilex Radiologist / LE
Mobilex

Patient: ALFORD, BRIAN KEITH    DOB: ███/1957

DRC000067

**Toledo Correctional Inst.**
2001 E. Central Avenue
Toledo, OH 43608
419-729-0516

| PHYSICIAN INFORMATION | PATIENT INFORMATION |
|---|---|
| Requesting:  Babb-CNP, Candy | Name:  ALFORD, BRIAN KEITH |
| | DOB:  ▆▆/1957 |
| | Sex:  male |
| | Tel:  419-726-7977 |

| REPORT DETAILS | REPORT DATES |
|---|---|
| Name:  **Lipid Panel With LDL/HDL Ratio** | Order:  08/29/2018 |
| Accession ID: 24048822560 | Collection: 08/28/2018 00:00:00 |
| Lab Ref Id: 24048822560 | Report:  08/29/2018 10:30:28 |
| | Result:  08/29/2018 09:14:00 |

| NAME | VALUE | REF RANGE | LAB |
|---|---|---|---|
| Cholesterol, Total | 142 | 100-199 mg/dL | 01 |
| Triglycerides | 81 | 0-149 mg/dL | 01 |
| HDL Cholesterol | 44 | >39 mg/dL | 01 |
| VLDL Cholesterol Cal | 16 | 5-40 mg/dL | 01 |
| LDL Cholesterol Calc | 82 | 0-99 mg/dL | 01 |
| Comment: | | | 01 |
| LDL/HDL Ratio | 1.9 | 0.0-3.6 ratio | 01 |
| - LDL/HDL Ratio | | | |
| - Men Women | | | |
| - 1/2 Avg.Risk 1.0 1.5 | | | |
| - Avg.Risk 3.6 3.2 | | | |
| - 2X Avg.Risk 6.2 5.0 | | | |
| - 3X Avg.Risk 8.0 6.1 | | | |

**ADDITIONAL NOTES**

PERFORMING LAB: LabCorp Dublin, 6370 Wilcox Road, Dublin, OH - 430161269, Phone - 8002827300, Director - PhDRicchiuti

Patient: ALFORD, BRIAN KEITH    DOB: ▆▆/1957

DRC000068

Toledo Correctional Inst.
2001 E. Central Avenue
Toledo, OH 43608
419-729-0516

## PHYSICIAN INFORMATION

Requesting: Babb-CNP, Candy

## PATIENT INFORMATION

Name:  ALFORD, BRIAN KEITH
DOB:        1957
Sex:    male
Tel:    419-726-7977

## REPORT DETAILS

Name:       Lipid Panel With LDL/HDL Ratio
Accession ID: 24048822560
Lab Ref Id:   24048822560

## REPORT DATES

Order:       08/29/2018
Collection:  08/28/2018 00:00:00
Report:      08/29/2018 10:30:28
Result:      08/29/2018 09:14:00

| NAME | VALUE | | REFERENCE | LAB |
|---|---|---|---|---|
| Cholesterol, Total | 142 | | 100-199 mg/dL | 01 |
| Triglycerides | 81 | | 0-149 mg/dL | 01 |
| HDL Cholesterol | 44 | | >39 mg/dL | 01 |
| VLDL Cholesterol Cal | 16 | | 5-40 mg/dL | 01 |
| LDL Cholesterol Calc | 82 | | 0-99 mg/dL | 01 |
| Comment: | | | | 01 |
| LDL/HDL Ratio | 1.9 | | 0.0-3.6 ratio | 01 |
| - LDL/HDL Ratio | | | | |
| - Men Women | | | | |
| - 1/2 Avg.Risk 1.0 1.5 | | | | |
| - Avg.Risk 3.6 3.2 | | | | |
| - 2X Avg.Risk 6.2 5.0 | | | | |
| - 3X Avg.Risk 8.0 6.1 | | | | |

## ADDITIONAL NOTES

PERFORMING LAB: LabCorp Dublin, 6370 Wilcox Road, Dublin, OH - 430161269, Phone - 8002827300, Director - PhD Ricchiuti

Patient: ALFORD, BRIAN KEITH   DOB:      /1957

DRC000069

# ALFORD, BRIAN KEITH

**BCI:** ▓▓▓▓ **InmateID:** A196744
**Facility Code:** TOCI **Housing Area:** A1W 0014
61 Y old Male, DOB: ▓▓▓ /1957
2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTION, TOLEDO, OH-43608
Home: 419-726-7977

Appointment Facility: Toledo Correctional Inst.

Guarantor: ALFORD, BRIAN KEITH

08/31/2018          Progress Notes: Candy M Babb, CNP

### Chief Complaint
1. F/u cough

### History of Present Illness


     F/U cough- Past 2 weeks has had cough with pale white sputum produced with coughing, and mild sore throat. Aggravating factors- allergies. Alleviating factors denied. Denies HA, CP, SOB+ F/C.

### Vital Signs

| Temp | | |
|---|---|---|
| 98.3 | 08/31/2018 12:58:54 PM | Christina Duncan-LPN |
| **Pulse Radial** | | |
| 70 | 08/31/2018 12:58:54 PM | Christina Duncan-LPN |
| **RR** | | |
| 16 | 08/31/2018 12:58:54 PM | Christina Duncan-LPN |
| **BP Check** | | |
| 138/80 | 08/31/2018 12:58:54 PM | Christina Duncan-LPN |
| **SpO2** | | |
| 97 | 08/31/2018 12:58:54 PM | Christina Duncan-LPN |
| **Ht** | | |
| 74 | 08/31/2018 12:58:54 PM | Christina Duncan-LPN |
| **Wt** | | |
| 210.0 | 08/31/2018 12:58:54 PM | Christina Duncan-LPN |
| **BMI** | | |
| 26.96 | 08/31/2018 12:58:54 PM | Christina Duncan-LPN |
| **Peak Flow** | | |
| 490 | 08/31/2018 12:58:54 PM | Christina Duncan-LPN |
| 460 | 08/31/2018 12:58:54 PM | Christina Duncan-LPN |
| 430 | 08/31/2018 12:58:54 PM | Christina Duncan-LPN |

C/o cough with yellow sputum throughout the day.
Noted.

### Past Orders
CHEST 2 VWS (Order Date - 08/21/2018) (Collection

**Current Medications**
None

**Mental/Medical History**
Corneal Ulcer Lt eye (8/28/14)
HTN
Retinal Detachment O.S. (8/18/2014)
Cataracts O.S. (3/2015)
HCV (+VL) 2011-4-18
Cataract ost
Unspecified infective arthritis, site
unspecified (resolved 02/02/2017)
Unspecified infective arthritis, site
unspecified (resolved 02/02/2017)
Hep B Surface Ab, Qual Reactive (2014-1-2)
Hep A Ab, Total Positive (2011-2-2-6)

**Allergies/Intolerance**
Synalgos-DC: unknown : Allergy
Codeine Phosphate: unknown : Allergy

Date - 08/21/2018
CBC With Differential (Order Date - 08/29/2018)
(Collection Date - 08/28/2018)

| | | |
|---|---|---|
| Immature Granulocytes | 0 | Not Estab. - % |
| Immature Grans (Abs) | 0.0 | 0.0-0.1 - x10E3/uL |
| Neutrophils (Absolute) | 2.4 | 1.4-7.0 - x10E3/uL |
| Baso (Absolute) | 0.0 | 0.0-0.2 - x10E3/uL |
| Hematocrit | 44.0 | 37.5-51.0 - % |
| WBC | 5.0 | 3.4-10.8 - x10E3/uL |
| Monocytes(Absolute) | 0.4 | 0.1-0.9 - x10E3/uL |
| Hemoglobin | 13.9 | 13.0-17.7 - g/dL |
| Eos (Absolute) | 0.2 | 0.0-0.4 - x10E3/uL |
| MCV | 90 | 79-97 - fL |
| MCH | 28.4 | 26.6-33.0 - pg |
| MCHC | 31.6 | 31.5-35.7 - g/dL |
| RDW | 14.1 | 12.3-15.4 - % |
| Platelets | 225 | 150-379 - x10E3/uL |
| Lymphs | 38 | Not Estab. - % |
| Monocytes | 8 | Not Estab. - % |
| Eos | 5 | Not Estab. - % |
| Basos | 1 | Not Estab. - % |
| Lymphs (Absolute) | 1.9 | 0.7-3.1 - x10E3/uL |
| Neutrophils | 48 | Not Estab. - % |
| RBC | 4.90 | 4.14-5.80 - x10E6/uL |

**Examination**

General Examination:

GENERAL APPEARANCE: alert NAD.

EYES: conjunctiva clear, extra ocular muscles intact (EOMI) bilaterally.

HEENT: PERRLA bilat. Tympanic membranes normal with good light reflexes.
+ PND. Mild cobbling noted on posterior pharynx. Turbinates slightly boggy..

NECK/THYROID: no carotid bruit, no lymphadenopathy, supple, thyroid
normal .

CARDIOVASCULAR: normal S1 and S2, regular rate and rhythm, no murmur
or gallop.

RESPIRATORY: clear to auscultation bilaterally, no wheezes, rhonchi, rales.

GASTROINTESTINAL: normal bowels sounds, no guarding, no masses
palpated, no tenderness No hepatosplenomegaly.

NEUROLOGIC EXAM: non-focal exam.

EXTREMITIES: no edema.

**Assessments**
1. Allergic rhinitis, cause unspecified - 477.9 (Primary)

**Treatment**
**1. Allergic rhinitis, cause unspecified**
Allergen avoidance reinforced. Allergies and sinusitis discussed. Claritin 10mg 8
tabs given from stock for po 1 a day x 8 days and Chlorphen 1 tab po x 10 days
given from stock., Encouraged to increase oral fluids. Good handwashing
promoted .Pt verbalizes understanding of instructions.

**Follow Up**
prn (Reason: as needed)

Disposition: General Population



Electronically signed by Candy Babb-CNP on 08/31/2018 at 02:41 PM EDT

Sign off status: Completed

Toledo Correctional Inst.
2001 E. Central Avenue
Toledo, OH 43608
Tel: 419-729-0516
Fax:

Patient: ALFORD, BRIAN KEITH   DOB: ███/1957   Progress Note: Candy M Babb, CNP   08/31/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

DRC000072

## Vital Signs

| Temp | | |
|---|---|---|
| 98.6 | 09/19/2018 09:00:39 AM | Christina Duncan-LPN |

| Pulse Radial | | |
|---|---|---|
| 86 | 09/19/2018 09:00:39 AM | Christina Duncan-LPN |

| RR | | |
|---|---|---|
| 16 | 09/19/2018 09:00:39 AM | Christina Duncan-LPN |

| BP Check | | |
|---|---|---|
| 129/83 | 09/19/2018 09:00:39 AM | Christina Duncan-LPN |

| SpO2 | | |
|---|---|---|
| 96 | 09/19/2018 09:00:39 AM | Christina Duncan-LPN |

| Ht | | |
|---|---|---|
| 74 | 09/19/2018 09:00:39 AM | Christina Duncan-LPN |

| Wt | | |
|---|---|---|
| 202.8 | 09/19/2018 09:00:39 AM | Christina Duncan-LPN |

| BMI | | |
|---|---|---|
| 26.04 | 09/19/2018 09:00:39 AM | Christina Duncan-LPN |

## Past Orders

Lipid Panel With LDL/HDL Ratio (Order Date - 08/29/2018) (Collection Date - 08/28/2018)

| | | |
|---|---|---|
| Triglycerides | 81 | 0-149 - mg/dL |
| HDL Cholesterol | 44 | >39 - mg/dL |
| VLDL Cholesterol Cal | 16 | 5-40 - mg/dL |
| LDL Cholesterol Calc | 82 | 0-99 - mg/dL |
| LDL/HDL Ratio | 1.9 | 0.0-3.6 - ratio |
| Cholesterol, Total | 142 | 100-199 - mg/dL |

Hepatic Function Panel (7) (Order Date - 08/29/2018) (Collection Date - 08/28/2018)

| | | |
|---|---|---|
| Bilirubin, Direct | 0.15 | 0.00-0.40 - mg/dL |

Comprehensive Metabolic Panel (14) (Order Date - 08/29/2018) (Collection Date - 08/28/2018)

| | | |
|---|---|---|
| ALT (SGPT) | 65 | 0-44 - IU/L H |
| AST (SGOT) | 57 | 0-40 - IU/L H |
| Alkaline Phosphatase, S | 66 | 39-117 - IU/L |
| Protein, Total, Serum | 6.8 | 6.0-8.5 - g/dL |
| Bilirubin, Total | 0.5 | 0.0-1.2 - mg/dL |
| Creatinine, Serum | 1.17 | 0.76-1.27 - mg/dL |
| A/G Ratio | 1.7 | 1.2-2.2 - |
| Globulin, Total | 2.5 | 1.5-4.5 - g/dL |
| Albumin, Serum | 4.3 | 3.6-4.8 - g/dL |
| Carbon Dioxide, Total | 26 | 20-29 - mmol/L |
| Chloride, Serum | 100 | 96-106 - mmol/L |
| Potassium, Serum | 4.5 | 3.5-5.2 - mmol/L |
| BUN/Creatinine Ratio | 17 | 10-24 - |
| BUN | 20 | 8-27 - mg/dL |
| Glucose, Serum | 88 | 65-99 - mg/dL |
| Calcium, Serum | 10.2 | 8.6-10.2 - mg/dL |
| Sodium, Serum | 141 | 134-144 - mmol/L |
| eGFR If Africn Am | 77 | >59 - mL/min/1.73 |
| eGFR If NonAfricn Am | 67 | >59 - mL/min/1.73 |

Histoplasma Urinary Antigen (Order Date - 08/21/2018)



(Collection Date - 08/22/2018)

| | | |
|---|---|---|
| Disclaimer: | Comment | - |
| Histoplasma Gal'mannan Ag Ur | <0.5 | <0.5 ng/mL - |
| Please note | Comment | - |

## Examination

### General Examination:

GENERAL APPEARANCE: alert NAD gait steady non antalgic.

EYES: conjunctiva clear and sclera clear bilat, extra ocular muscles intact (EOMI) bilaterally.

ORAL CAVITY: moist mucous membranes.

NECK/THYROID: no carotid bruit, no lymphadenopathy, supple, thyroid normal .

CARDIOVASCULAR: normal S1 and S2, regular rate and rhythm, no murmur or gallop.

RESPIRATORY: clear to auscultation bilaterally, no wheezes, rhonchi, rales.

GASTROINTESTINAL: normal bowels sounds, no guarding, no masses palpated, no tenderness No hepatosplenomegaly.

NEUROLOGIC EXAM: non-focal exam.

SKIN: normal, no rash.

EXTREMITIES: no edema.

PERIPHERAL PULSES: normal (2+) radial and post tib bilaterally.

## Assessments

1. Cardiac / Hypertension - CLI1 (Primary), Clinical Status-Stable,Degree of Control-Good F/U 180 Days
2. Unspecified essential hypertension - 401.9
3. Liver Disease - CLI9, Clinical Status-Stable,Degree of Control-Good F/U 180 Days
4. Unspecified viral hepatitis without mention of hepatic coma - 070.9

## Treatment

### 1. Cardiac / Hypertension

Encouraged to continue being compliant with medications. Reinforced education r/t disease process and risk factors for end organ damage. Continue same medication plan. Labs to follow PRN. Counseled regarding diet, exercise, weight management and medication compliance. Plan was discussed with pt and all questions answered. Patient verbalizes understanding of education provided.All Labs reviewed as well.

### 2. Liver Disease

Encouraged to continue coming to CCC HCV appts and allowing lab work. Explained this is how we know when HCV Tx like Harvoni is needed., To avoid taking large doses of Tylenol. Encouraged to increase oral fluids. Good handwashing promoted .Pt verbalizes understanding of instructions.

### 3. Others

Action Started- NSG - Schedule with ALP

## Follow Up

6 Months (Reason: CCC HTN HCV Clinical Status-Stable,Degree of Control-Good F/U 180 Days w/ALP)

Disposition: General Population

Electronically signed by Candy Babb-CNP on 09/19/2018 at 01:27 PM EDT



Sign off status: Completed

Toledo Correctional Inst.
2001 E. Central Avenue
Toledo, OH 43608
Tel: 419-729-0516
Fax:

Patient: ALFORD, BRIAN KEITH   DOB: ████/1957   Progress Note: Candy M Babb, CNP   09/19/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

DRC000075

██████████████████████████

**Toledo Correctional Inst.**
**2001 E Central Avenue**
**Toledo, OH 43608**
**419-729-0516**

| PHYSICIAN INFORMATION | PATIENT INFORMATION |
|---|---|
| Requesting:  Bigler-MD, Mark | Name:  ALFORD, BRIAN KEITH |
| Ordering:  Bigler-MD, Mark | DOB:  ████/1957 |
| | Sex:  male |
| | Tel:  419-726-7977 |

| REPORT DETAILS | REPORT DATES |
|---|---|
| Name:  **APRI Panel with Calculations** | Order:  10/16/2018 |
| Accession ID: 30330501500 | Collection:  10/30/2018 06:54:00 |
| Lab Ref Id:  9468288 | Report:  10/31/2018 03:12:22 |
| | Result:  10/31/2018 03:12:00 |

| NAME | VALUE | | REFERANCE | LAB |
|---|---|---|---|---|
| AST (SGOT) | 56 | H | 0-40 IU/L | 01 |
| Platelets | 237 | | 150-379 x10E3/uL | 01 |
| APRI Index | 0.6 | | 0.0-1.5 | 01 |

    - AST to Platelets Ratio Index (APRI)
    - <0.6 - low risk for significant fibrosis (NPV 86%);
    - >1.5 - high risk for significant fibrosis (PPV 88%);
    - >2.0 - high risk for cirrhosis (PPV 93%)(1)
    - .
    - Reference: Wai C-T, et al. A simple Noninvasive Index Can Predict Both
    - Significant Fibrosis and Cirrhosis in Patients With Chronic
    - Hepatitis C. Hepatology 2003;38(2):518-526

**ADDITIONAL NOTES**

PERFORMING LAB: LabCorp Dublin, 6370 Wilcox Road, Dublin, OH - 430161269, Phone - 8002827300, Director - PhDRicchiuti

Patient: ALFORD, BRIAN KEITH    DOB: ████/1957

# ALFORD, BRIAN KEITH

**BCI:** ▮▮▮▮ **InmateID:** A196744
**Facility Code:** TOCI **Housing Area:** A1W 0014
61 Y old Male, DOB ▮▮▮▮/1957
2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTION, TOLEDO, OH 43608
Home: 419-726-7977
Provider: Bigler-MD, Mark A

Telephone Encounter

**Answered by**     Bigler-MD, Mark A                                     Date: 10/16/2018
                                                                         Time: 04:03 PM

**Reason**          lab order

## Chief Complaint
1. Lab order

## Current Medications
None

## Mental/Medical History
Corneal Ulcer L eye (8/28/14)
HTN
Retinal Detachment O.S. (8/19/2014)
Cataracts O.S. (5/2015)
HCV (+VL) 2011-1-18
Cataract ext.
Unspecified infective arthritis, site unspecified (resolved 02/02/2017)
Unspecified infective arthritis, site unspecified (resolved 02/02/2017)
Hep B Surface Ab, Qual Reactive (2013-1-2)
Hep A Ab, Total Positive (2011-2-16)

## Allergies/Intolerance
Synalgos-DC: unknown: Allergy
Codeine Phosphate: unknown : Allergy

## Assessments
1. Unspecified viral hepatitis C without hepatic coma - 070.70 (Primary)

## Treatment
**1. Unspecified viral hepatitis C without hepatic coma**
   LAB: APRI Panel with Calculations

Patient: ALFORD, BRIAN KEITH   DOB: ▮▮▮▮/1957   Provider: Bigler-MD, Mark A   10/16/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

DRC000077

# ALFORD, BRIAN KEITH

BCI: ███   InmateID: A196744
Facility Code: TOCI Housing Area: At W 0014
61 Y old Male, DOB ███/1957
2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTION, TOLEDO,
OH-43608
Home: 419-726-7977

Guarantor: ALFORD, BRIAN KEITH

Appointment Facility: Toledo Correctional Inst.

11/05/2018

Progress Note: Default Provider A-Nursing

**Current Medications**
None

**Mental/Medical History**
Corneal Ulcer l eye (8/28/14)
HTN
Retinal Detachment O.S 13/14/40143
Cataracts O.S. (5/2/015)
HCV (+VL) 2011-2018
Cataract ext.
Unspecified infective arthritis, site
unspecified (resolved 04/02/2017)
Unspecified infective arthritis, site
unspecified (resolved 04/02/2017)
Hep B Surface Ab, Qual Reactive (2011-1-9)
Hep A Ab, Total Positive (2011-2-16)

**Allergies/Intolerance**
Synalgos-DC unknown : Allergy
Codeine Phosphate unknown : Allergy

## Chief Complaint
1. Flu shot
2. ROR signed

Electronically signed by Brian Weber-RN , BPW on 11/05/2018 at 07:32 AM EST
Sign off status: Completed

Toledo Correctional Inst.
2001 E. Central Avenue
Toledo, OH 43608
Tel: 419-729-0516
Fax:

Patient: ALFORD, BRIAN KEITH   DOB ███/1957   Progress Note: Default Provider A-Nursing   11/05/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

DRC000078

## Ohio Department of Rehabilitation and Correction
# RELEASE OF RESPONSIBILITY

I hereby acknowledge that I have been fully informed by the appropriate medical personnel as to my condition:

Mandatory Flu shot offering due to CCC or >50

Against the advice of said medical personnel; I desire to refuse this treatment for the below reasons:

I refuse the Flu shot

Any medical condition left untreated may lead to disability, death, temporary or chronic pain.  Specific risks for your condition include:

Flu, nausea and vomitting, death

Benefits of treatment:

Vaccinate against the Flu

I further acknowledge I have been informed of the risks involved, benefits and alternative treatments available. I accept full responsibility of this action and hereby release the attending physician and all other medical staff from all responsibility for any complications or undesirable results arising from such action.  Health care staff have informed me that to have the right to subsequent health care and may continue to access health care in the usual manner, regardless of past refusals.

| Inmate signature: B— 1(. ov 19674y | |
|---|---|
| Inmate Name:  ALBON | Inmate Number:  A19674W |
| Witness signature: | |
| Witness signature: | |
| Facility:  TOCI:Toledo Correctional Inst. | Date: 11/01/2018 |

DRC 5025

DRC000079

# VERIFICATION OF CANCELATION /RESCHEDULE

Please use this form when canceling and/or rescheduling the following: Consultation Requests, Admissions, Surgeries and/or Appointment date(s). Select the appropriate destination, type of cancelation, and reason for cancelation followed by **CMO/ALP signature**.

Rescheduling of inmate refusals will be granted for the following per 68-MED-14: Out-of-State/Attorney visit(s), GED testing, and Parole Board Hearings only. Thank you for your cooperation!

Please fax completed form(s) to Central Scheduling Department at (614) 752-0633.

**FMC Radiology** cancellation form(s) **must** be faxed directly to (614) 449-3853.

Institution: <u>Toledo Correctional Institution</u>

Date of Cancelation: 11-8-18

Inmate First and Last Name: Brian Alford

Inmate Number: A 196-744

OSU MRN (OSU Medical Record Number): 98036692

Select Destination of Cancelation: ____ FMC   X OSU   ____ TELEMED

Select Type of Cancelation: ____ ADMISSION   ____ SURGERY   X APPOINTMENT
____ TELEMED   ____ RADIOLOGY

Select Reschedule: ✓   Reason for reschedule: Security Issues

IF OTHER, please explain: _____

Clinic/Procedure to be Canceled: Ophthalmology

Clinic/Procedure scheduled Date: 11-6-18

Reason for Cancelation: Security Issues

**CMO/ALP SIGNATURE** (required) C. Babb CNP

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

OSC Scheduler: _____   Date: _____

# ALFORD, BRIAN KEITH

BCI: ▮▮▮▮  InmateID: A196744
Facility Code: TOCI  Housing Area: A1W 0014
61 Y old Male, DOB: ▮▮/1957
2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTION, TOLEDO, OH-43608
Home: 419-726-7977

Guarantor: ALFORD, BRIAN KEITH

Appointment Facility: Toledo Correctional Inst.

11/15/2018

Progress Notes: Candy M Babb, CNP

**Chief Complaint**
1. opthamology OMT reschedule

**History of Present Illness**
∴
WD WN 31 yo AA male presenting for F/U on OMT Opthamology refusal and refusal of reschedule. Pt. states "Dr. Shoemaker told me I didn't need to go, that it wasn't necesssary" Confirmed per Optometry clinic note dated 09/18/2018. Pt. denies any further concerns at this time.

**Vital Signs**

| Temp | | |
|---|---|---|
| 97.5 | 11/15/2018 08:56:07 AM | Shiloh Schwab-LPN |
| **Pulse Radial** | | |
| 93 | 11/15/2018 08:56:07 AM | Shiloh Schwab-LPN |
| **RR** | | |
| 16 | 11/15/2018 08:56:07 AM | Shiloh Schwab-LPN |
| **BP Check** | | |
| 150/95 | 11/15/2018 08:56:07 AM | Shiloh Schwab-LPN |
| **SpO2** | | |
| 97 | 11/15/2018 08:56:07 AM | Shiloh Schwab-LPN |
| **Ht** | | |
| 74 | 11/15/2018 08:56:07 AM | Shiloh Schwab-LPN |
| **Wt** | | |
| 210.2 | 11/15/2018 08:56:07 AM | Shiloh Schwab-LPN |
| **BMI** | | |
| 26.99 | 11/15/2018 08:56:07 AM | Shiloh Schwab-LPN |

Noted.

**Assessments**
1. Lattice degeneration of peripheral retina - 362.63 (Primary)

**Treatment**
1. **Lattice degeneration of peripheral retina**
See HPI.

**Follow Up**
prn (Reason: as needed)





Disposition: General Population

Electronically signed by Candy Babb-CNP on 11/15/2018 at 10:10 AM EST

Sign off status: Completed

Toledo Correctional Inst.
2001 E. Central Avenue
Toledo, OH 43608
Tel: 419-729-0516
Fax:

Patient: ALFORD, BRIAN KEITH   DOB: ████ 1957   Progress Note: Candy M Babb, CNP   11/15/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

DRC000082

**ALFORD, BRIAN KEITH**

BCI███████ InmateID: A196744
Facility Code: TOCI Housing Area: A1W 0014
61 Y old Male, DOB: ███/1957
2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTION, TOLEDO,
OH-43608
Home: 419-726-7977

Guarantor: ALFORD, BRIAN KEITH

Appointment Facility: Toledo Correctional Inst.

09/19/2018

Progress Notes: Candy M Babb, CNP

### Chief Complaint
1. CCC HTN, HCV

### History of Present Illness
NSG-CCC Nursing Questions:
   Medication Compliance: 100% - never misses a dose.
   Dietary Compliance: Compliant good appetite. Eats the state trays and commissary most days. .
   Education: Diet no diet restrictions. Encouraged to make healthy food choices. Encouraged lower sodium food choices due to HTN dx.
   , Exercise denies any Physical activity. Patient encouraged to add some cardio and stretching daily routine several times weekly. , Tobacco Cessation
   , ETOH Cessation.
   Medication: Side effects reviewed
   , No adverse effects.
MED CCC F/U Cardiovascular/Hypertension :
   Interval History:
      Chest pain- *no*
      Shortness of Breath- *no*
      Palpitations- *no*
      Peripheral edema- *no*
      Syncope/dizziness- *no*
      Orthopnea- *no*
      Headache- *no*
      Nocturia- *no*
      Medication compliance- *good*
      Side effects or problems with medications- *none*
   Patient Education:
      Cardiac/HTN CCC patient education provided- *High blood pressure disease process/diagnosis, Treatment planning and patient responsibilities, Diet (DASH) and exercise, Tobacco cessation, Prevention and risk factors, Complications of Hypertension, Continuity of Care-Release/Returning to home*
         Advanced directives discussed at this visit? *Yes*
         Action: *Patient does not want an advanced directive.*
MED CCC F/U Liver Disease :
   Interval History:
      New symptoms- *none*
      Is the patient recieving Hep C treatment? *No*
      APRI Score- *0.633*
      Adherence to medical treatment plan- *yes*
      Depression or suicidal thoughts- *no*
      Adherence to dietary plan- *n/a*
      Smoking- *no*
      Exercise- *track walking*
   Patient Education:
      HCV CCC education provided to patient- *HCV disease process, Treatment planning and patient responsibilities, Diet and exercise, Tobacco cessation, Prevention and risk factors, Complications of HCV, Continuity of Care-Release/Returning to home*
         Advanced directives discussed at this visit? *Yes*
         Action: *Patient does not want an advanced directive.*

## Vital Signs

| Temp | | |
|---|---|---|
| 98.6 | 09/19/2018 09:00:39 AM | Christina Duncan-LPN |

| Pulse Radial | | |
|---|---|---|
| 86 | 09/19/2018 09:00:39 AM | Christina Duncan-LPN |

| RR | | |
|---|---|---|
| 16 | 09/19/2018 09:00:39 AM | Christina Duncan-LPN |

| BP Check | | |
|---|---|---|
| 129/83 | 09/19/2018 09:00:39 AM | Christina Duncan-LPN |

| SpO2 | | |
|---|---|---|
| 96 | 09/19/2018 09:00:39 AM | Christina Duncan-LPN |

| Ht | | |
|---|---|---|
| 74 | 09/19/2018 09:00:39 AM | Christina Duncan-LPN |

| Wt | | |
|---|---|---|
| 202.8 | 09/19/2018 09:00:39 AM | Christina Duncan-LPN |

| BMI | | |
|---|---|---|
| 26.04 | 09/19/2018 09:00:39 AM | Christina Duncan-LPN |

## Past Orders

### Lipid Panel With LDL/HDL Ratio (Order Date - 08/29/2018) (Collection Date - 08/28/2018)

| | | |
|---|---|---|
| Triglycerides | 81 | 0-149 - mg/dL |
| HDL Cholesterol | 44 | >39 - mg/dL |
| VLDL Cholesterol Cal | 16 | 5-40 - mg/dL |
| LDL Cholesterol Calc | 82 | 0-99 - mg/dL |
| LDL/HDL Ratio | 1.9 | 0.0-3.6 - ratio |
| Cholesterol, Total | 142 | 100-199 - mg/dL |

### Hepatic Function Panel (7) (Order Date - 08/29/2018) (Collection Date - 08/28/2018)

| | | |
|---|---|---|
| Bilirubin, Direct | 0.15 | 0.00-0.40 - mg/dL |

### Comprehensive Metabolic Panel (14) (Order Date - 08/29/2018) (Collection Date - 08/28/2018)

| | | |
|---|---|---|
| ALT (SGPT) | 65 | 0-44 - IU/L H |
| AST (SGOT) | 57 | 0-40 - IU/L H |
| Alkaline Phosphatase, S | 66 | 39-117 - IU/L |
| Protein, Total, Serum | 6.8 | 6.0-8.5 - g/dL |
| Bilirubin, Total | 0.5 | 0.0-1.2 - mg/dL |
| Creatinine, Serum | 1.17 | 0.76-1.27 - mg/dL |
| A/G Ratio | 1.7 | 1.2-2.2 - |
| Globulin, Total | 2.5 | 1.5-4.5 - g/dL |
| Albumin, Serum | 4.3 | 3.6-4.8 - g/dL |
| Carbon Dioxide, Total | 26 | 20-29 - mmol/L |
| Chloride, Serum | 100 | 96-106 - mmol/L |
| Potassium, Serum | 4.5 | 3.5-5.2 - mmol/L |
| BUN/Creatinine Ratio | 17 | 10-24 - |
| BUN | 20 | 8-27 - mg/dL |
| Glucose, Serum | 88 | 65-99 - mg/dL |
| Calcium, Serum | 10.2 | 8.6-10.2 - mg/dL |
| Sodium, Serum | 141 | 134-144 - mmol/L |
| eGFR If Africn Am | 77 | >59 - mL/min/1.73 |
| eGFR If NonAfricn Am | 67 | >59 - mL/min/1.73 |

### Histoplasma Urinary Antigen (Order Date - 08/21/2018)

# ALFORD, BRIAN KEITH

BCI: ▓▓▓▓    InmateID: A196744
**Facility Code:** TOCI **Housing Area:** A1W 0014
61 Y old Male, DOB: ▓▓▓/1957
2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTION, TOLEDO, OH 43608
Home: 419-726-7977

Guarantor: ALFORD, BRIAN KEITH

Appointment Facility: Toledo Correctional Inst.

11/29/2018                                                    Progress Note: Default Provider A-Nursing

**Chief Complaint**
1. increased discomfort L arm

**History of Present Illness**
NAF - Musculoskeletal System: 

   History of Presenting Illness:   , Onset:  Pt states that the pain and muscle spasms to his left arm are increasing as well as his chronic back pain. Significant Medical History:   , Arthritis No, Muscular injury No, Trauma (old or new) No, Sickle cell anemia No, Strenuous activity No, Autoimmune disease No. Objective/Physical Assessment:   , General Appearance:  No bruising swelling or deformity noted to any of the areas in question, Musculoskeletal:  Pt appears in no acute distress, walks with a steady gait and has full ROM, Neurovascular exam: distal pulses present and equal bilaterally, capillary refill is less than or equal to 2 seconds, skin is warm and pink, sensation to light touch is equal bilaterally. Nursing Assessment:   , Nursing Diagnosis Alteration in Comfort R/T back pain and arm discomfort. Nursing Care Plan:  . Patient Education:   , Patient verbalizes understanding of- signs and symptoms needing attention including numbness, decreased function, increased pain, and elevated temperature, the importance of the need for rest of the involved joint or limb, provided education about back care, advised to rest involved joint. Disposition: , Action taken- No restrictions on activity, Advanced provider appointment: 12/04/2018.

**Addendum:**
2018-11-29  09:46:40 AM  Amber Showman-RN (SHOWMANAM) > Late Entry
wt 209.6, temp 97.9, BP 137/86, SpO2 96%, HR 76, RR 16



Electronically signed by Amber Showman-RN on 11/29/2018 at 09:45 AM EST
Sign off status: Completed

Toledo Correctional Inst.
2001 E. Central Avenue
Toledo, OH 43608



**ALFORD, BRIAN KEITH**
BCI: InmateID: A196744
Facility Code: TOCI Housing Area: A1W 0014
61 Y old Male, DOB: /1957
2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTION, TOLEDO, OH-43608
Home: 419-726-7977

Guarantor: ALFORD, BRIAN KEITH

Appointment Facility: Toledo Correctional Inst.

12/04/2018                                              Progress Notes: Candy M Babb, CNP



### Chief Complaint
1. Left arm pain, back pain, chronic cold symptoms

### History of Present Illness
.:
WD WN 61 yo AA male with chronic hx of left arm forearm twinges, Lower back pain with sitting for long periods and "cold symptoms" of nasal stuffiness. Pt. tried Flexeril "It worked" Was advised "Flexeril" dosing is limited as a one time dose and he has already had his. He reports trying Claritin and Chlorphen and is out of both of them. Advise to purchase medications like Motrin, Naproxen , Claritin and Chlorphen from next week commisary day. Denies F/C, productive cough, HA, CP or SOB.

### Vital Signs

| Temp | | |
|---|---|---|
| 97.3 | 12/04/2018 01:05:42 PM | Shiloh Schwab-LPN |
| **Pulse Radial** | | |
| 76 | 12/04/2018 01:05:42 PM | Shiloh Schwab-LPN |
| **RR** | | |
| 17 | 12/04/2018 01:05:42 PM | Shiloh Schwab-LPN |
| **BP Check** | | |
| 148/90 | 12/04/2018 01:05:42 PM | Shiloh Schwab-LPN |
| **SpO2** | | |
| 97 | 12/04/2018 01:05:42 PM | Shiloh Schwab-LPN |
| **Ht** | | |
| 74 | 12/04/2018 01:05:42 PM | Shiloh Schwab-LPN |
| **Wt** | | |
| 212.0 | 12/04/2018 01:05:42 PM | Shiloh Schwab-LPN |
| **BMI** | | |
| 27.22 | 12/04/2018 01:05:42 PM | Shiloh Schwab-LPN |

### Examination
General Examination:
GENERAL APPEARANCE: alert NAD Gait steady, Body positioning minimally antalgic with positioning self on exam table..
EYES: conjunctiva and sclera clear, extra ocular muscles intact (EOMI) bilaterally.
ORAL CAVITY: moist mucous membranes.



NECK/THYROID: no carotid bruit, no lymphadenopathy, supple, thyroid normal.

CARDIOVASCULAR: normal S1 and S2, regular rate and rhythm, no murmur or gallop.

RESPIRATORY: clear to auscultation bilaterally, no wheezes, rhonchi, rales.

GASTROINTESTINAL: normal bowels sounds, no guarding, no masses palpated, no tenderness No hepatosplenomegaly.

NEUROLOGIC EXAM: non-focal exam.

SKIN: no rash or skin lesions.

EXTREMITIES: no edema.

PERIPHERAL PULSES: post tib normal (2+) bilaterally.

## Assessments
1. Allergic rhinitis, cause unspecified - 477.9 (Primary)
2. Spasm of muscle - 728.85, Bilateral scapular areas
3. Intervertebral lumbar disc disorder with myelopathy, lumbar region - 722.73, possible dx

## Treatment
### 1. Allergic rhinitis, cause unspecified
Cold Tx choices discussed. Claritin and Chlorphen given from stock. Encouraged to increase rest. Encouraged to increase oral fluids. Good handwashing promoted. Pt verbalizes understanding of instructions.

### 2. Spasm of muscle
Advised to continue to stretch left arm at least BID. Pinched nerves and muscle twitched discussed. Encouraged to increase oral fluids. Good handwashing promoted .Pt verbalizes understanding of instructions.

### 3. Intervertebral lumbar disc disorder with myelopathy, lumbar region
Pt encouraged to also continue doing back stretches BID. And to utilize mediproxen as given from stock. Encouraged to increase oral fluids. Good handwashing promoted . Education as above Pt verbalizes understanding of instructions.

## Follow Up
prn (Reason: as needed)

Disposition: General Population

Electronically signed by Candy Babb-CNP on 12/04/2018 at 02:12 PM EST

Sign off status: Completed

DRC000087

Patient: ALFORD, BRIAN KEITH   DOB: ███/1957   Progress Note: Candy M Babb, CNP   12/04/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

DRC000088

# ALFORD, BRIAN KEITH

**BCI:** ▮▮▮▮ **InmateID:** A196744
**Facility Code:** TOCI **Housing Area:** At W 0014
61 Y old Male, DOB ▮▮▮/1957
2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTION, TOLEDO,
OH-43608
Home: 419-726-7977

Guarantor: ALFORD, BRIAN KEITH

Appointment Facility: Toledo Correctional Inst.

11/20/2018 | Progress Note: Default Provider A-Nursing



**Current Medications**
None

**Past Medical History**
Corneal Ulcer L eye (H16.01;V43)
HTN
Retinal Detachment OU (H33.19;H40.0)
Cataracts O.S. (H25.20;43)
HCV (+v,L2z-2017-43.8)
Cataract ext.

## Chief Complaint
1. Back Pain, Cold S&Sx, twitching in L arm and hand

## History of Present Illness
NAF - HEENT Complaints:

History of Presenting Illness: , Onset Pt states that for approximately 3 days he has been experiencing a stuffy nose, cough, sneezing and occasional sore throat. Pt states that he has not taken anything for the symptoms because he hasnt had anything. Significant Medical History: , Documented weight loss No, Tobacco use No, Asthma/COPD No, History of TB infection No, Diabetes No, Cardiac disease No, HIV/splenectomy No, Seasonal allergies No. Objective/Physical Assessment: , Face: Pt awake alert and oriented with no signs or symptoms of aute distress, Neck: supple; mild or no cervical lymphadenopathy, Throat: no reddness or irritation noted, Lungs: Breath sounds clear throughout, Ears: normal. Nursing Assessment: , Nursing Diagnosis Alteration in comfort R/T cold like symptoms. Nursing Care Plan: , Nursing Interventions- CTM 1 tab twice daily for 3 days as needed for nasal congestion/drainage; itchy, watery eyes and sneezing pt also provided cough drops and tylenol to take as recommened on packaging. Patient Education: , Patient verbalizes understanding of- importance of smoking cessation, medication side effects, increasing fluid intake, getting rest, returning to sick call if symptoms do not improve in 7 days. Disposition: , Action taken- No restrictions on activities, Return to clinic if no improvement by: 11/27/2018.
NAF - Musculoskeletal System:

History of Presenting Illness: , Onset: Pt states that he has chronic back pain from a previous diagnosis of scholiosis. Pt states that he has been taking I-prin and naproxen but the pain continues. Pt also claims that he is having twitching due to nerve damage to his left arm and hand. Significant Medical History: , Arthritis No, Muscular injury No, Trauma (old or new) No, Sickle cell anemia No, Strenuous activity No, Autoimmune disease No. Objective/Physical Assessment: , General Appearance: No bruising deformity or new issues noted, Musculoskeletal: xrays reviewed and shown to be degenerative spinal issues. Pt also diagnosed with carpal tunnel which he refused to follow up with treatment as reflected in ALP notes, Neurovascular exam: distal pulses present and equal bilaterally, capillary refill is less than or equal to 2 seconds, skin is warm and pink, sensation to light touch is equal bilaterally. Nursing Assessment: , Nursing Diagnosis Alteration in Comfort R/T chronic back pain and left arm twitching. Nursing Care Plan: , Immediate Nursing Actions- Back exercises offered to patient to assist with the pain and pt refused stating that it wont help. Patient Education: , Patient verbalizes understanding of- signs and symptoms needing attention including numbness, decreased function, increased pain, and elevated temperature, the need for treatment and follow-up care, Medication actions, dosing and side effects, the importance of the need for rest of the involved joint or limb, provided education about back care. Disposition: , Action taken- No restrictions on activity, Return to clinic if no improvement by: 11/27/2018.

## Vital Signs

| Temp | | |
|------|---|---|
| 97.9 | 11/20/2018 08:21:59 AM | Amber Showman-RN |

| Pulse-Radial | | |
|---|---|---|
| 76 | 11/20/2018 08:21:59 AM | Amber Showman-RN |

| RR | | |
|---|---|---|
| 16 | 11/20/2018 08:21:59 AM | Amber Showman-RN |

| BP Check | | |
|---|---|---|
| 145/91 | 11/20/2018 08:21:59 AM | Amber Showman-RN |

| SpO2 | | |
|---|---|---|
| 96 | 11/20/2018 08:21:59 AM | Amber Showman-RN |

| Ht | | |
|---|---|---|
| 74 | 11/20/2018 08:21:59 AM | Amber Showman-RN |

| Wt | | |
|---|---|---|
| 214.8 | 11/20/2018 08:21:59 AM | Amber Showman-RN |

| BMI | | |
|---|---|---|
| 27.58 | 11/20/2018 08:21:59 AM | Amber Showman-RN |

Electronically signed by Amber Showman-RN on 11/20/2018 at 08:22 AM EST

Sign off status: Completed

Toledo Correctional Inst.
2001 E. Central Avenue
Toledo, OH 43608
Tel: 419-729-0516
Fax:

DRC000090

**Madison Correctional Institution**                                      8/8/2023
**1851 State Route 56**
**London, OH 43140-0**                                                    Order Form

| TEST FORM | | | | |
|---|---|---|---|---|
| **Authorizing Provider:** | Jennifer Howard-LPC | **Service Provider:** | ODRC | |
| **Auth Provider NPI:** | | | | |
| **Signing Provider:** | Jennifer Howard-LPC | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** ███ 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** Male | **SSN:** | ███ |
| **Work Phone:** | | **Cell Phone:** | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | |
| **Primary Ins:** | | **Secondary Ins:** | | |
| **Group:** | | **Group:** | | |
| **Policy:** | | **Policy:** | | |
| **Insured ID:** | | **Insured ID:** | | |

| Code | Description | | Diagnoses |
|---|---|---|---|
| RSRULE39NOTE | RS Rule 39 Note | | |

**Order Number:** 2604621-1                                 **Quantity:** 1
**Authorization #:**                                        **Priority:** N
**Start Date:** 12/30/2021                                  **End Date:** 12/30/2021
**Electronically signed by:** Jennifer Howard-LPC           **Signed on:** 12/30/2021 2:03:31 PM
**Instructions:**

DRC000091

**Madison Correctional Institution**                                    8/8/2023
1851 State Route 56
London, OH 43140-0                                        2021-12-24 med hsr
Main: 7408529777                              Date of Service: 12/28/2021

**BRIAN KEITH ALFORD**
Male DOB: ██████ 1957      1871377715

**2021-12-24 med hsr**


*Imported By: Wendy Combs-HIT 12/28/2021 11:17:30 AM*

_____

External Attachment:

  Type:     Image
  Comment:  External Document


Signed By: Centricity, Document Manag at 12/28/2021 11:18:00 AM

# Health Services Request

### Petición Para Servicios de Salud

| | |
|---|---|
| Reviewed by: | _Kabshire_ |
| Date Received: | _12/24/21_ |
| Time Received: | _0741_ a.m./p.m. |

Date Of Request:
Fecha: _12-23-21_

| Inmate Name:<br>Nombre: _ALFARO_ | Number:<br>Numero: _A196-744_ | Housing Unit:<br>Unidad: _AO211_ |
|---|---|---|

**Request for:**  ☒ Medical Care<br>Attención Medica  ☐ Dental Care<br>Attención Dental  ☐ Medication Reorder<br>Reordenar Medicación  ☐ Medication Refill<br>Rellenar la Medicación

**Nature of problem:** _CHRONIC ALLRGY, CONGESTION, RUNNY/STUFFY_
Descripción del problema: _NOSE_

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

**Madison Correctional Institution**                              8/8/2023
1851 State Route 56
London, OH 43140-0                            ODRC Nurse Sick Call- Allergies complains
Main: 7408529777                                     Date of Service: 12/27/2021

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                        1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Madison Correctional Institution
**Age at Time:** 64 Years Old

## Pre-Existing Clinical Summary
**Allergies:**
* Synalgos-DC, * BACTRIM DS.
**Problems**
Perennial allergic rhinitis (ICD-477.9) (ICD10-J30.89), Peripheral neuropathy (ICD-356.9) (ICD10-G60.9), Strain of muscle, fascia and tendon of lower back, initial encounter (ICD-848.8) (ICD10-S39.012A), Strain of unspecified muscle, fascia and tendon at shoulder and upper arm level, right arm, initial encounter (ICD-840.9) (ICD10-S46.911A), Contusion of left forearm, initial encounter (ICD-923.10) (ICD10-S50.12xA), Contusion of left hip, initial encounter (ICD-924.01) (ICD10-S70.02xA), B12 deficiency (ICD-266.2) (ICD10-E53.8), GERD (gastroesophageal reflux disease), mild (ICD-530.81) (ICD10-K21.9), Glaucoma suspect, left (ICD-365.00) (ICD10-H40.002), Abdominal discomfort (ICD-789.00) (ICD10-R10.9), Ear pain, left (ICD-388.70) (ICD10-H92.02), Ear wax (ICD-380.4) (ICD10-H61.20), Abdominal pain, left lower quadrant (ICD-789.04) (ICD10-R10.32), Abdominal pain, left upper quadrant (ICD-789.02) (ICD10-R10.12), Otalgia, right (ICD-388.70) (ICD10-H92.01), Acute bilateral otitis media (ICD-382.9) (ICD10-H66.93), Viral syndrome (ICD-079.99) (ICD10-B97.89), Seasonal allergies (ICD-477.9) (ICD10-J30.2), IBS (ICD-564.1) (ICD10-K58.9), Lateral epicondylitis, left (ICD-726.32) (ICD10-M77.12), Unspecified viral hepatitis C without hepatic coma   (ICD-070.70) (ICD10-B19.20), Unspecified essential hypertension (ICD-401.9) (ICD10-I10), Other states following surgery of eye and adnexa   (ICD-V45.69) (ICD10-Z98.83), Unspecified infective arthritis, site unspecified   (ICD-711.90) (ICD10-M01.x0), Other cataract    (ICD-366.8) (ICD10-H26.8), Spasm of muscle   (ICD-728.85), Cervical spondylosis with myelopathy    (ICD-721.1) (ICD10-M47.12), Benign localized hyperplasia of prostate without urinary obstruction and other lower urinary tract symptoms [LUTS]    (ICD-600.20) (ICD10-N40.0), Intervertebral lumbar disc disorder with myelopathy, lumbar region   (ICD-722.73) (ICD10-M51.06), Allergic rhinitis, cause unspecified    (ICD-477.9), Unspecified dermatomycosis    (ICD-111.9) (ICD10-B36.9), Lattice degeneration of peripheral retina    (ICD-362.63) (ICD10-H35.419), Carpal tunnel syndrome    (ICD-354.0) (ICD10-G56.00), Injury to ulnar nerve    (ICD-955.2), Allergic rhinitis due to other allergen    (ICD-477.8), Unspecified subjective visual disturbance    (ICD-368.10) (ICD10-H53.10), Routine general medical examination at health care facility    (ICD-V70.0).
**Orders**
Schedule with Optometry [SCHOPT], Schedule for Nurse Sick Call [SCHNSC].

## Nurse Sick Call
**Is this sick call for a dental complaint?** No
**Type of Sick Call:**    Illness
**Referral Source:**   Health Service Request
**Sick Call Request Type:**   Symptom Based Sick Call Request

## Subjective

## Subjective
**Patient's subjective statement:** pt is complaining of reoccurence of allergy symptoms   of pressure in nasal passages, head ache and insomnia. pt states that Zyrtec usually helps to resolve the condition.

**Madison Correctional Institution**                                8/8/2023
1851 State Route 56
London, OH 43140-0                    ODRC Nurse Sick Call- Allergies complains
Main: 7408529777                             Date of Service: 12/27/2021

**BRIAN KEITH ALFORD**
Male DOB: ██████, 1957              1871377715

**Onset:**    2 weeks ago

## Significant Medical History
Chronic Rhinitis
**Nursing Diagnosis:** Potential for infection R/ T retained secretions
**Other Nursing Diagnosis:** pt is noted with slightly red nose but no s/s of infection noted at this time. pt will benefit from Zyrtec as prescribed.

## Objective Findings

## Head, Eyes, ENT
**Vision Disturbance:**    No
**Hearing Difficulty:**   No
**Difficulty Swallowing:**    No
**Bleeding Gums:**    No

## Neuro / Musculoskeletal
**Conscious:**    Yes
**Oriented x 3:**   Yes
**Pupils, PERLA:**   Yes
**Weakness of Extremities:**    No

## Peripheral Circulation
**Cyanosis:**    No
**Mottling:**    No
**Tingling in Hands:**    No
**Tingling in Feet:**    No

## Skin
**Color:**    Normal
**Temp:**    Dry

## Cardiovascular
**Rhythm** Regular
**Hear Sounds:**    Normal
**Edema:**    No
**Pitting:**    No

## Respiratory
**Lung Sounds** Normal
**Cough:**    No

## Plan

**Madison Correctional Institution**                                     8/8/2023
1851 State Route 56
London, OH 43140-0                                ODRC Nurse Sick Call- Allergies complains
Main: 7408529777                                              Date of Service: 12/27/2021

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                          1871377715

**Nursing Interventions:** Other
**Other Nursing Interventions:** pt is refeered to Commissary. 4 CTM tablet given for nasal congestion.

**Disposition**
Return to clinic if no improvement
No restrictions on activity

**Current Vital Signs**
**Date/Time Vitals were taken:**  December 27, 2021 9:25 AM
**Previous Height:** 74 (11/24/2021 8:30:00 AM)      **Previous Weight:** 202 (11/24/2021 8:30:00 AM)

**Does weight include shackles?**  Without Shackles
**Current Weight (lbs) with or without shackles:**  202      **Current Height (in.):**  74
   **BMI:** 26.03      **Sitting BP:**  128 / 84
**Temperature:**  97.4      **Temperature site:**  Oral
**Pulse rate:** 81      **Pulse rhythm:**  Regular
**Respirations:**  18   **Respiration Type:**  Regular
      **Pulse Ox%**  98      **Room Air:**  Yes
**Skin Turgor:**  good
**Capillary Refill:** < 3 seconds
**Pedal Pulses:** present

Signed By: Jalloh-RN, Alpha at 12/27/2021 10:27:45 AM

DRC000096

**Madison Correctional Institution**                                    8/8/2023
1851 State Route 56
London, OH 43140-0
Main: 7408529777                                    Date of Service: 12/24/2021

**BRIAN KEITH ALFORD**
Male DOB: ▮▮▮▮, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Madison Correctional Institution
**Age at Time:** 64 Years Old

## Clinical Lists Changes

**Orders:**
Added new Test order of Schedule for Nurse Sick Call (SCHNSC) - Signed

Signed By: Aideyman-RN, Elizabeth at 12/24/2021 7:48:24 AM

**Madison Correctional Institution**                                        8/8/2023
**1851 State Route 56**
**London**, OH 43140-0                                                    Order Form

| TEST FORM |
|---|

| **Authorizing Provider:** | Elizabeth Aideyman-RN | **Service Provider:** | | |
|---|---|---|---|---|
| **Auth Provider NPI:** | | | | |
| **Signing Provider:** | Elizabeth Aideyman-RN | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |

| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ▮▮▮ 1957 | **Age:** | 66 |
|---|---|---|---|---|---|
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▮▮▮▮ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| **Primary Ins:** | | **Secondary Ins:** | |
|---|---|---|---|
| **Group:** | | **Group:** | |
| **Policy:** | | **Policy:** | |
| **Insured ID:** | | **Insured ID:** | |

| **Code** | **Description** | | **Diagnoses** |
|---|---|---|---|
| SCHNSC | Schedule for Nurse Sick Call | | |
| **Order Number:** | 2590635-1 | | **Quantity:** 1 |
| **Authorization #:** | | | **Priority:** N |
| **Start Date:** | 12/24/2021 | | **End Date:** 12/24/2021 |
| **Electronically signed by:** | Elizabeth Aideyman-RN | | **Signed on:** 12/24/2021 7:48:22 AM |
| **Instructions:** | Allergy Symptoms | | |

1 of 1

**Madison Correctional Institution**                              8/8/2023
1851 State Route 56
London, OH 43140-0                                    Optometry Comprehensive Exam
Main: 7408529777                                      Date of Service: 12/14/2021

**BRIAN KEITH ALFORD**
Male DOB: ██████, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Madison Correctional Institution
**Age at Time:** 64 Years Old

**Optometry - Ophthalmology Exam**
**PO Hx:** 6 mos IOP Lat OS qHS. LD:    last pm. Blurry D w state glasses (did not bring). PG: 8/2020 dvo
Yank BRN, 50-23, 69/ grey #1 solid
**VA sc 20 <:** 25-,    80
**GAT:**  11, 12
**Time of GAT:**  1033

**Central Corneal Thickness:**
**OD:**  +.75-.75x170, dvo
**OS:**  -.75-1.00x4, dvo
**Diagnostic Drops:**  Fluress/equivalent
**Time of Dx Drops:**  1029
TAG tonopen values are in mmHg

**External**

**OD (Right Eye)**
**Cornea & Conjuctiva:**  nl; Normal
**Anterior Chamber (AC):**  DQ (Deep and Quiet) aka Normal
**Iris:**  nl; Normal
**Lens:**  nl; Normal

**OS (Left Eye)**
**Eyelids:**  nl; Normal
**Cornea:**  nl; Normal
         **Comments:**  Pigment dispersion 1, old scar
**Conjuctiva:**  nl; Normal
**Anterior Chamber (AC):**  DQ (Deep and Quiet) aka Normal
**Iris:**  nl; Normal
**Lens:**  PCIOL;clr

**Internal**

**OD (Right Eye)**
**Macula:**  nl; Normal
**Retina:**  nl; Normal
**Retina:**  nl; Normal
**Vessel:**  nl; Normal
**Vitreous:**  nl; Normal
**Periphery:**  nl; Normal
nl; Normal
**Optic Discs:**  nl; Normal

**OS (Left Eye)**
**Macula:**  nl; Normal

**Madison Correctional Institution**                              8/8/2023
1851 State Route 56
London, OH 43140-0                              Optometry Comprehensive Exam
Main: 7408529777                                Date of Service: 12/14/2021

**BRIAN KEITH ALFORD**
Male DOB: ▉▉▉▉, 1957                    1871377715

**Retina:**   nl; Normal
**Retina:**   nl; Normal
**Vessel:**   nl; Normal
**Vitreous:**   nl; Normal
**Periphery:**   nl; Normal
nl; Normal
**Optic Discs:**   nl; Normal

**Assessment**
**Comments:**   Hx: Lattice degen OD, S/P retinopexy 9/16/14 (#564),   Sensory Int XT OD
Hx: RD OS 7/14, RD repair OS 8/14, Cat Sx OS 5/15 w YAG capsulotomy 10/13/15, Glaucoma susp OS
8/16, started on Latanoprost OS qHS, Central opacity of cornea OS, Dry eye OS 3/18 (started Lacrilube
ung OS twice daily/prn)

**Plan**
**Orders Added/Modified**
Added new Test order of Schedule with Optometry (SCHOPT) - Signed
Educated Offender on Importance of Drug Compliance
**Comments:**   Latanoprost .005% OS qHS refilled on 12/4/21 x 7 months
Refilled Lacrilube OS BID
Will address glasses concerns at yly in 6 months as pt stated his vision is better through his older mf
glasses which he wears. and, pt did not bring newer glasses to clinic today.


**Optical Services Physician Orders**
.

**Right Eye**

**Left Eye**
**Pupillary Distance or Decentration**
**Near PD**

**Decentration**

**Add Ons**



Signed By: Miller-OD, Richard at 12/14/2021 11:17:03 AM

**Madison Correctional Institution**                                      8/8/2023
1851 State Route 56
London, OH 43140-0                              Fusion eSign - Annual Influenza Immunization Consen
Main: 7408529777                                     Date of Service: 12/10/2021

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

There is an attached file titled Annual Influenza Immunization Consent.



Signed By: Smith-LPN, Hailey at 12/10/2021 10:39:25 AM

1 of 1

DRC000101

**Madison Correctional Institution**                                    8/8/2023
1851 State Route 56
London, OH 43140-0                                                    Immunization
Main: 7408529777                                        Date of Service: 12/10/2021

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                         1871377715

**Vaccines Administered/Entered:**
Vaccination Group: Influenza
Series: 1
Vaccination: Afluria Quadrivalent Intramuscular Suspension Prefilled Syringe 0.5 ML
Administered Date: 12/10/2021 10:38 AM
VFC Eligibility: Not VFC eligible
Dose/Route/Site : 0.5 mL / IM / Left Deltoid
Mfr/Lot#/Exp.Date: Seqirus / P100371939 / 6/30/2022
NDC/CVX: 33332031801 / 150
VIS Date : 8/15/2019
Administered by : Collier-LPN, Hailey
Comments :


Signed By: Smith-LPN, Hailey at 12/10/2021 10:38:45 AM

**Madison Correctional Institution**                                       8/8/2023
**1851 State Route 56**
**London, OH 43140-0**                                                      Order Form

| TEST FORM |
|---|

| | | | | |
|---|---|---|---|---|
| **Authorizing Provider:** | Jennifer Howard-LPC | **Service Provider:** | | ODRC |
| **Auth Provider NPI:** | | | | |
| **Signing Provider:** | Jennifer Howard-LPC | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ████, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | | **Secondary Ins:** |
| **Group:** | | **Group:** |
| **Policy:** | | **Policy:** |
| **Insured ID:** | | **Insured ID:** |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| RSRULE39NOTE | RS Rule 39 Note | |

**Order Number:** 2541919-1                              **Quantity:** 1
**Authorization #:**                                     **Priority:** N
**Start Date:** 12/07/2021                               **End Date:** 12/07/2021
**Electronically signed by:** Jennifer Howard-LPC        **Signed on:** 12/7/2021 10:33:52 AM
**Instructions:**

1 of 1

DRC000103

**Madison Correctional Institution**                              8/8/2023
1851 State Route 56
London, OH 43140-0                                       2021-12-4 MED HSR
Main: 7408529777                               Date of Service: 12/4/2021

**BRIAN KEITH ALFORD**
Male DOB: ██████ 1957      1871377715

**2021-12-4 MED HSR**


*Imported By: Sandra Raypole-RN 12/5/2021 12:03:44 AM*

_____


External Attachment:

  Type:      Image
  Comment:   External Document



Signed By: Centricity, Document Manag at 12/5/2021 12:04:00 AM

# Health Services Request

### Petición Para Servicios de Salud

| | |
|---|---|
| Reviewed by: | *GA* |
| Date Received: 12/4/21 | Time Received: 7:60 a.m./p.m. |

Date Of Request:
Fecha: 11·3-21

Inmate Name:
Nombre: ALFORD

Number:
Numero: A196744

Housing Unit:
Unidad: HD 211L

Request for:  ☐ Medical Care / Attención Medica   ☐ Dental Care / Attención Dental   ☒ Medication Reorder / Reordenar Medicación   ☐ Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema:

CYANOLOBALIN 1000 MG
HYDROCHLOROTHIAZIDE 25 MG
LATANOPROST .005%

*exp / nud / orders / obtained*

### Place This Slip In Medical Request Box Or Designated Area
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC-5373 (Rev. 08/07)

DRC000105

**Madison Correctional Institution**                                            8/8/2023
**1851 State Route 56**
**London**, OH 43140-0                                                    Order Form

<table>
<tr><td colspan="4" align="center">TEST FORM</td></tr>
<tr><td><strong>Authorizing Provider:</strong></td><td>Jennifer Howard-LPC</td><td><strong>Service Provider:</strong></td><td>ODRC</td></tr>
</table>

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Jennifer Howard-LPC | **Service Provider:** | ODRC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Jennifer Howard-LPC | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███ 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | | **Secondary Ins:** |
| **Group:** | | **Group:** |
| **Policy:** | | **Policy:** |
| **Insured ID:** | | **Insured ID:** |

<u>Code</u>        <u>Description</u>        <u>Diagnoses</u>

RS014        RS- Rule 39 Screening

**Order Number:** 2532698-1        **Quantity:** 1

**Authorization #:**        **Priority:** N

**Start Date:** 12/03/2021        **End Date:** 12/03/2021

**Electronically signed by:** Jennifer Howard-LPC        **Signed on:** 12/3/2021 8:43:16 AM

**Instructions:**

1 of 1

DRC000106

**Madison Correctional Institution**                          8/8/2023
1851 State Route 56
London, OH 43140-0                          NSG Influenza Vaccine Counseling
Main: 7408529777                            Date of Service: 11/24/2021

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Madison Correctional Institution
**Age at Time:** 64 Years Old

## Education:

**Counseling being provided for:** Influenza Vaccine
Associated risks of not receiving the Influenza vaccine include, but are not limited to, increased risk of the following:   Morbidity risk if Influenza is contracted with COVID-19 at the same time, risk of complications from influenza such as; pneumonia, bronchitis, sinus infections, and/or ear infections.   There are increased risks with Influenza of suffering from fever, chills, sore throat, muscle aches, fatigue, cough, headache and runny or stuffy nose.   It is very strongly encouraged to take the Influenza vaccine to better protect you against all of the above associated risks and to better protect others around you from contracting it.
Education and counseling provided to patient.
Patient verbalized understanding.
Patient continues to refuse vaccine after counseling.
I don't need / want it
It makes me sick

Signed By: Smith-LPN, Hailey at 11/24/2021 8:34:06 AM

**Madison Correctional Institution**                                8/8/2023
1851 State Route 56
London, OH 43140-0                          Fusion eSign - ODRC 5025 Release of Responsibility
Main: 7408529777                                   Date of Service: 11/24/2021

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                   1871377715

   There is an attached file titled ODRC 5025 Release of Responsibility.


Signed By: Smith-LPN, Hailey at 11/24/2021 8:31:26 AM

1 of 1

**Madison Correctional Institution**                                         8/8/2023
1851 State Route 56
London, OH 43140-0                                          ALP Sick Call-APOC ORTHO
Main: 7408529777                                           Date of Service: 11/24/2021

**BRIAN KEITH ALFORD**
Male DOB: ███ 1957                         1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Madison Correctional Institution
**Age at Time:** 64 Years Old

**Current Vital Signs**
**Date/Time Vitals were taken:**  November 24, 2021 8:36 AM
**Previous Height:** 74 (10/27/2021 8:36:15 AM)     **Previous Weight:** 202 (10/27/2021 8:36:15 AM)

**Does weight include shackles?**  Without Shackles
**Current Weight (lbs) with or without shackles:**  202     **Current Height (in.):**  74
   **BMI:** 26.03     **Sitting BP:** 134 / 78
**Temperature:** 98.7     **Temperature site:** Oral
**Pulse rate:** 74     **Pulse rhythm:** Regular
**Respirations:** 16   **Respiration Type:** Regular
      **Pulse Ox%** 98     **Room Air:** Yes
**Skin Turgor:** good
**Capillary Refill:** <3 sec

**HPI**
**Chief complaint:** apoc ortho consult
**History of presenting illness:** apoc discussed/.
**Is there another issue?** No

**Physical Examination**
ENT

**General**
Patient is alert and oriented and in no acute distress

**Cardiovascular**
Regular rhythm, no murmurs or gallops.

**Gastrointestinal**
Abdomen soft, non-tender, bowel sounds present, no masses, no hepatomegaly.

**Extremeties**
**Edema** No
**Heat** No
**Discoloration**   No
**Tenderness** No
**Ulceration(s)** No
**Poor capillary refill** No
**Dorsalis Pedis Pulses - Left** Palpable
**Dorsalis Pedis Pulses - Right** Palpable
Grossly intact and non focal, no tremors, no gait abnormalities, speech fluent.

**Madison Correctional Institution**                                      8/8/2023
1851 State Route 56
London, OH 43140-0                                      ALP Sick Call-APOC ORTHO
Main: 7408529777                                      Date of Service: 11/24/2021

**BRIAN KEITH ALFORD**
Male DOB: ███████, 1957                    1871377715

## Cranial Nerves
**Deficits** No
**Facial droop** No

## Sensory
**Sensation deficit** No

## Motor
**Paraplegia** No
**Tremors** No
**Weakness** No
**Asterixis** No

## Reflexes
**Biceps** Normal
**Patellar** Normal
**Achilles** Normal
**Babinski** Normal

*External Ears:*
No obvious deformities
**Deformity of pinna** None
**Deformity-Other** None

*Otoscopic:*
No obvious abnormalities
**Ear canal erythema:**   None
**Ear canal exudate:**   None
**TM erythema:**   None
**TM effusion:**   None
**Excessive cerumen:**   None
**Non-mobile TM:**   None

## Assessment
**Active Problems:**   11/18/2020 Peripheral neuropathy (ICD-356.9) (ICD10-G60.9)
on b12 wiht good reesults,     commplained of ear pain,    exam normal

## Plan
**Is this visit related to Pandemic?** No
**Is this patient a COVID-19 POSITIVE patient?** No
follow up prn
Return to Clinic PRN

## New Orders

**Madison Correctional Institution**                                      8/8/2023
1851 State Route 56
London, OH 43140-0                              ALP Sick Call-APOC ORTHO
Main: 7408529777                                Date of Service: 11/24/2021

**BRIAN KEITH ALFORD**
Male DOB: ██████, 1957            1871377715


Signed By: Saul-CMO, Kenneth at 11/24/2021 9:37:39 AM

**Madison Correctional Institution**                                            8/8/2023
1851 State Route 56
London, OH 43140-0
Main: 7408529777                                      Date of Service: 11/18/2021

**BRIAN KEITH ALFORD**
Male DOB: ███ 1957                         1871377715

## Encounter Context
**Parent Institution at time of evaluation:** Madison Correctional Institution
**Age at Time:** 64 Years Old

## Clinical Lists Changes

**Orders:**
Added new Test order of Schedule with Advanced Level Provider (SCHMEDALP) - Signed

Signed By: Smith-LPN, Hailey at 11/18/2021 10:12:20 AM

**Madison Correctional Institution**                                          8/8/2023
**1851 State Route 56**
**London, OH 43140-0**                                                        Order Form

<div style="text-align:center">

# TEST FORM

</div>

| | | | | |
|---|---|---|---|---|
| **Authorizing Provider:** | Hailey Smith-LPN | **Service Provider:** | | ODRC |
| **Auth Provider NPI:** | | | | |
| **Signing Provider:** | Hailey Smith-LPN | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ▮▮▮, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▮▮▮▮ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | **Secondary Ins:** | |
| **Group:** | **Group:** | |
| **Policy:** | **Policy:** | |
| **Insured ID:** | **Insured ID:** | |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| SCHMEDALP | Schedule with Advanced Level Provider | |

| | | | |
|---|---|---|---|
| **Order Number:** | 2494680-1 | **Quantity:** | 1 |
| **Authorization #:** | | **Priority:** | N |
| **Start Date:** | 11/18/2021 | **End Date:** | 11/18/2021 |
| **Electronically signed by:** | Hailey Smith-LPN | **Signed on:** | 11/18/2021 10:12:16 AM |
| **Instructions:** | APOC- orthotics consult | | |

1 of 1

DRC000113

**Madison Correctional Institution**                                   8/8/2023
1851 State Route 56
London, OH 43140-0                                          Other : collegial review
Main: 7408529777                                      Date of Service: 11/18/2021

**BRIAN KEITH ALFORD**
Male DOB: ████ 1957                         1871377715

```
Noted. scheduler aware
```

Signed By: Casto-HCA, Jessica at 11/18/2021 2:11:18 PM

**Madison Correctional Institution**                                              8/8/2023
1851 State Route 56
London, OH 43140-0                                              Other : collegial review
Main: 7408529777                                              Date of Service: 11/18/2021

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                          1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Madison Correctional Institution
**Age at Time:** 64 Years Old

**General Note Type:**   Other
**Subject:**   collegial review
**Note:**   APOC-orthotics consult
**Previous Height:** 74 (10/27/2021 8:36:15 AM)      **Previous Weight:** 202 (10/27/2021 8:36:15 AM)
  **BMI:** 26.03
**Enter numeric values ONLY**

Signed By: Saul-CMO, Kenneth at 11/18/2021 10:19:21 AM

**Madison Correctional Institution**                                8/8/2023
1851 State Route 56
London, OH 43140-0                          Non Formulary Medicine Request
Main: 7408529777                              Date of Service: 11/19/2021

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                    1871377715

     approved x one year


Signed By: Eddy-MD, Andrew at 11/19/2021 6:19:36 AM
Signed By: Saul-CMO, Kenneth at 11/19/2021 7:03:08 AM

DRC000116

**Madison Correctional Institution**                                          8/8/2023
1851 State Route 56
London, OH 43140-0                                          Non Formulary Medicine Request
Main: 7408529777                                          Date of Service: 11/17/2021

**BRIAN KEITH ALFORD**
Male DOB: ███ 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Madison Correctional Institution
**Age at Time:** 64 Years Old

Renewal
**Patient Number**
A196744
**Allergies:**
* Synalgos-DC (Moderate)
* BACTRIM DS (Moderate)

**Date Requesting:** 11/17/2021
**Name of Drug:** cyanocobalamin vitamin B12
**Dose:** 1000 mcg
**Frequency:**   daily
**Length of Anticipated Treatment:** 6 months to lifelong
**Reason For Non Formulary Request:** B12 deficiency. Responded to oral replacement.
**Are there medical records in the patient's chart to back up diagnosis and recommendations for the non-formulary medication?:** B12 deficiency casuing peripheral neurapathy,     see old notes from other institution

Signed By: Saul-CMO, Kenneth at 11/17/2021 12:56:06 PM
Signed By: Saul-CMO, Kenneth at 11/19/2021 7:02:57 AM

DRC000117

**Madison Correctional Institution**                                              8/8/2023
1851 State Route 56
London, OH 43140-0                                              Nurse : ear irrigation
Main: 7408529777                                              Date of Service: 11/8/2021

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                         1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Madison Correctional Institution
**Age at Time:** 64 Years Old

**General Note Type:** Nurse
**Subject:** ear irrigation
**Note:** Ears clear bilaterally, membrane intact. No sx of infection. No need for irrigation at this time.
**Previous Height:** 74 (10/27/2021 8:36:15 AM)        **Previous Weight:** 202 (10/27/2021 8:36:15 AM)
**BMI:** 26.03
**Enter numeric values ONLY**

Signed By: Raypole-MH RN Sup, Sandra at 11/8/2021 9:30:40 AM

1 of 1
DRC000118

**Madison Correctional Institution**                                    8/8/2023
1851 State Route 56
London, OH 43140-0                                        Other : COLLEGIAL REVIEW
Main: 7408529777                                          Date of Service: 11/4/2021

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Madison Correctional Institution
**Age at Time:** 64 Years Old


**General Note Type:**   Other
**Subject:**   COLLEGIAL REVIEW
**Note:**   HOLD--- ORTHOTICS CONSULT


**Previous Height:** 74 (10/27/2021 8:36:15 AM)     **Previous Weight:** 202 (10/27/2021 8:36:15 AM)
   **BMI:** 26.03
**Enter numeric values ONLY**




Signed By: Saul-CMO, Kenneth at 11/4/2021 12:07:58 PM

**Madison Correctional Institution**                          8/8/2023
1851 State Route 56
London, OH 43140-0                                    Orthotic Consult
Main: 7408529777                          Date of Service: 10/29/2021

**BRIAN KEITH ALFORD**
Male DOB: ██████ 1957               1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Madison Correctional Institution
**Age at Time:** 64 Years Old

**Clinical Lists Changes**

**Orders:**
Added new Test order of Orthotics Consult (1391) - Signed

Signed By: Duncan-HCA, Crystal at 10/29/2021 11:16:08 AM
Signed By: Saul-CMO, Kenneth at 11/1/2021 8:10:07 AM

**Madison Correctional Institution**                                      8/8/2023
**1851 State Route 56**
**London**, OH 43140-0                                                    Order Form

# TEST FORM

| | | | | |
|---|---|---|---|---|
| **Authorizing Provider:** | Kenneth Saul-CMO | **Service Provider:** | | |
| **Auth Provider NPI:** | 1386608883 | | | |
| **Signing Provider:** | Crystal Duncan-HCA | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | **Secondary Ins:** | |
| **Group:** | **Group:** | |
| **Policy:** | **Policy:** | |
| **Insured ID:** | **Insured ID:** | |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| 1391 | Orthotics Consult | PERIPHERAL NEUROPATHY (ICD-G60.9) |
| **Order Number:** | 2436490-1 | **Quantity:** 1 |
| **Authorization #:** | | **Priority:** N |
| **Start Date:** | 10/29/2021 | **End Date:** 10/29/2021 |
| **Electronically signed by:** | Crystal Duncan-HCA | **Signed on:** 10/29/2021 11:16:08 AM |

**Instructions:**      Patient is requesting personal boots for stability. Awaiting ADA appeal for decision. See note below. Request consult for institution appropriate shoes.

"Note 7/20/2021: John Gardner, of Collegial Review, on 7/20. Pt has callus and neuropathy. Pt does not have ulcer or pre-ulcer callus. If he qualifies for anythingit is double depth shoes and orthotic insert, by orthotic consult. If he has gait instability then he gets tennis shoes (high ankle) for supprot. He does not have instability. Boots are not indicated."

**Madison Correctional Institution**                                          8/8/2023
1851 State Route 56
London, OH 43140-0                                          Ortho Consult Request
Main: 7408529777                                    Date of Service: 10/29/2021

**BRIAN KEITH ALFORD**
Male DOB: ███ 1957                    1871377715

### Encounter Context
**Parent Institution at time of evaluation:** Madison Correctional Institution
**Age at Time:** 64 Years Old

### Clinical Lists Changes

**Orders:**
Added new Test order of Orthopedics Consult (1389) - Signed

Signed By: Duncan-HCA, Crystal at 10/29/2021 9:28:35 AM
Signed By: Saul-CMO, Kenneth at 11/1/2021 8:10:19 AM

**Madison Correctional Institution**                                      8/8/2023
**1851 State Route 56**
**London**, OH 43140-0                                                   Order Form

## TEST FORM

| | | | | |
|---|---|---|---|---|
| **Authorizing Provider:** | Kenneth Saul-CMO | **Service Provider:** | | |
| **Auth Provider NPI:** | 1386608883 | | | |
| **Signing Provider:** | Crystal Duncan-HCA | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███ 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | **Secondary Ins:** | |
| **Group:** | **Group:** | |
| **Policy:** | **Policy:** | |
| **Insured ID:** | **Insured ID:** | |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| 1389 | Orthopedics Consult | PERIPHERAL NEUROPATHY (ICD-G60.9) |
| **Order Number:** | 2435895-1 | **Quantity:** 1 |
| **Authorization #:** | | **Priority:** N |
| **Start Date:** | 10/29/2021 | **End Date:** 10/29/2021 |
| **Electronically signed by:** | Crystal Duncan-HCA | **Signed on:** 10/29/2021 9:28:35 AM |

**Instructions:**   Requesing boots for stability. ADA appeal on the decision. See note below. Request consult for institution appropriate shoes.
Note 7/20/2021: "John Gardner, of Collegial Review, on 7/20. Pt has callus and neuropathy. Pt does not have ulcer or pre-ulcer callus.
Criteria to be used are the CMS Medicare criteria.
If he qualifies for anything it is a double depth shoe and orthotic inserts, by orthotic consult
If he has gait instability then he gets tennis shoes (high ankle) for support, He does not have instability.
Boots are not indicated"

DRC000123

**Madison Correctional Institution**                                    8/8/2023
1851 State Route 56
London, OH 43140-0                                              ear irrigation needed
Main: 7408529777                                        Date of Service: 10/27/2021

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Madison Correctional Institution
**Age at Time:** 64 Years Old

## Clinical Lists Changes

**Orders:**
Added new Test order of NSG- Ear Irrigation (NSG071) - Signed

Signed By: Cavallo-RN, Melissa at 10/27/2021 1:16:18 PM

**Madison Correctional Institution**                                8/8/2023
**1851 State Route 56**
**London**, OH 43140-0                                          Order Form

| TEST FORM | | | |
|---|---|---|---|
| **Authorizing Provider:** Melissa Cavallo-RN | | **Service Provider:** | ODRC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** Melissa Cavallo-RN | | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |
| **Patient Name:** BRIAN KEITH ALFORD | | **DOB:** ███, 1957 | **Age:** 66 |
| **Home Phone:** | | **Sex:** Male | **SSN:** ███ |
| **Work Phone:** | | **Cell Phone:** | **Patient ID:** 1871377715 |
| **Resp. Provider:** | | | |
| **Primary Ins:** | | **Secondary Ins:** | |
| **Group:** | | **Group:** | |
| **Policy:** | | **Policy:** | |
| **Insured ID:** | | **Insured ID:** | |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| NSG071 | NSG- Ear Irrigation | |

**Order Number:** 2429732-1                                 **Quantity:** 1
**Authorization #:**                                         **Priority:** N
**Start Date:** 11/03/2021                                   **End Date:** 11/03/2021
**Electronically signed by:** Melissa Cavallo-RN             **Signed on:** 10/27/2021 1:16:06 PM
**Instructions:**          both: Instructions

1 of 1

DRC000125

**Madison Correctional Institution**                          8/8/2023
1851 State Route 56
London, OH 43140-0                              2021-10-27 med hsr
Main: 7408529777                         Date of Service: 10/27/2021

**BRIAN KEITH ALFORD**
Male DOB: ████ , 1957      1871377715


**2021-10-27 med hsr**


*Imported By: Kristin Holycross-HIT 10/27/2021 11:31:05 AM*

---

External Attachment:

  Type:      Image
  Comment:   External Document



Signed By: Centricity, Document Manag at 10/27/2021 11:31:30 AM

# Health Services Request

·Petición Para Servicios de Salud

| Reviewed by: | *UmCacallan* |
|---|---|
| Date Received: *10/27/21* | Time Received: *OW12n* a.m./p.m. |

Date Of Request:
Fecha: *10·24·21*

| Inmate Name:<br>Nombre: *ALFORD* | | | Number:<br>Numero: *A196'74/L)* | Housing Unit:<br>Unidad: *AD211* |
|---|---|---|---|---|

Request for: ☒ Medical Care / Attención Medica    ☐ Dental Care / Attención Dental    ☐ Medication Reorder / Reordenar Medicación    ☐ Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema: *RIGHT EAR HURTS DEEP INSIDE EAR*
*POSSIBLE INFECTION*

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

DRC000127

**Madison Correctional Institution**                          8/8/2023
1851 State Route 56
London, OH 43140-0                          2021-10-27 otc med order
Main: 7408529777                          Date of Service: 10/27/2021

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957        1871377715

**2021-10-27 otc med order**

*Imported By: Kristin Holycross-HIT 10/27/2021 11:14:21 AM*

_____

External Attachment:

  Type:      Image
  Comment:   External Document

Signed By: Centricity, Document Manag at 10/27/2021 11:14:31 AM

1 of 1
**DRC000128**

# OTC Commissary Medication Order by Medical

| Product Class | Item Description - (Compare to) | Limit | Price |
|---|---|---|---|
| Dairy- Digestive Aid | Lactase Enzyme ( Lactaid) | 60 ct | $4.15 |
| GI Products: | Antacid liquid (Mylanta or Maalox) | 12 oz | $2.02 |
| Antacid | Antacid Tablets (TUMS) | 160 ct | $1.82 |
| Upset Stomach | Antacid Tablets (Rolaids) | 150 ct | $4.64 |
| Heart Burn | Famotidine (Pepcid) | 25 ct | $2.34 |
| | Ranitidine Acid Reducer (Zantac) | 24 ct | $2.24 |
| | Omeprazole (Prilosec) | 28 ct | $11.81 |
| | Magnesium Hydroxide liquid 12 oz (Milk of Magnesia) | 1 pk | $1.70 |
| Laxative | Calcium Polycarbophil (Fiberlax) | 100 ct | $5.13 |
| | Docusate Sodium (Colace) | 100 ct | $1.67 |
| | Bismuth Subsalicylate Liquid (Pepto) | 1 pk | $2.41 |
| | Bismuth Subsalicylate Tablets (Pepto) | 1 pk | $1.87 |
| Indigestion | Sodium Bicarbonate (Alka-Seltzer) | 1 pk | $0.49 |
| Antigas | Simethicone (Gas X) | 1 pk | $2.31 |
| Pain Relief/ Fever Products: | Acetylsalicylic Acid (Asaprin 81mg) | 100 ct | $1.06 |
| | Acetaminofen (Tylenol 325mg) | 100 ct | $0.80 |
| | Ibuprofen (Motrin/Advil 200mg) | 100 ct | $2.02 |
| | Naproxen Sodium (Aleve 220mg) | 100 ct | $2.47 |
| Topical Pain Relief | Methyl Salicylate (Bengay/Icy Hot) | 2 pk | $4.15 |
| Anti Itch Products: | Hydrocortisone Cream 1% (Cortizone 10) | 2 pk | $1.64 |
| | Calamine Lotion (Caladryl) | 6 oz | $3.02 |
| Acne products: | Benzoyl Peroxide Wash | 1 pk | $8.35 |
| | Benzoyl Peroxide Lotion | 1 pk | $2.35 |
| Contact Lens Solution: | Contact Lens Solution (Saline) | 1 pk | $3.21 |
| Sensitivity Toothpaste: | Aquafresh Sensitive 5.6 oz | 1 pk | $3.58 |
| Denture Adhesive: | Zinc Free Denture Adhesive Cream (Poligrip) | 1 pk | $3.96 |
| Eye Drops: | Artificial Tears | 2 pk | $1.59 |
| Ear Wax Removal: | Carbamide Peroxide drops (Debrox) | 1 pk | $1.17 |
| Rectal Care: | Phenylephire, Mineral Oil, Petrolatum (Preparation H) | 24 ct | $2.24 |
| | Witch Hazel Pad (TUCKS) | 100 pads | $4.31 |
| | Dibucaine Ointment 1% (Nupercainal) | 2 pk | $2.26 |
| Cold and Allergy Products: | Menthol Drops (Halls) | 36 ct | $0.89 |
| | Guaifenesin Syrup (Robitussin/Musinex) | 8 oz | $1.23 |
| | Camphor, Eucalyptus Oil, Mentol Rub (Vicks) | 4 oz | $1.95 |
| | Chlorpheniramine 4mg (Chlortrimeton) | 30 ct | $0.95 |
| | Loratadine 10mg (Claritin) | 30 ct | $1.90 |
| | Cetirizine 10mg (Zyrtec) | 30 ct | $1.85 |
| | Saline Nasal Drops (Ocean/ Ayr) | 2 pk | $0.88 |
| | Triamcinolone Nasal Spray (Nasacort) | 1 pk | $12.35 |
| Anti Dandruff Products: | Pyithione Zinc Shampoo (Head and Shoulders) | 1 pk | $2.01 |

# OTC Commissary Medication Order by Medical

| | | | |
|---|---|---|---|
| | Selenium Sulfide Shampoo (Selsun Blue) | 1 pk | $3.07 |
| **Atheletes Foot / Jock Itch Products:** | Clotrimazole Cream 1% (Lotrimin) | 2 pk | $1.23 |
| **First Aid Products:** | Bacitracin, Polymyxin B Ointment (Neosporin) | 1 pk | $1.77 |
| **Vitamin Products:** | Muliple Vitamin (Centrum, Advance Ultrex Plus) | 130 ct | $4.16 |
| | Thiamine 100mg  (Vitamin B-1) | 100 ct | $2.88 |
| | Asorbic Acid 500mg (Vitamin C) | 100 ct | $2.09 |
| | Calcium 500mg with Vitamin D 200IU (Oscal) | 120 ct | $1.27 |
| | Vitamin E 400IU | 100 ct | $4.21 |
| | Zinc 50mg | 100 ct | $2.45 |
| | Fish Oil 1000mg | 100 ct | $3.83 |
| | Glucosamine Sulfate 500mg | 100 ct | $4.35 |
| | Vitamin D3 1000IU | 100 ct | $1.40 |

*Inmates Housed in TPU do not qualify for Pain or Fever relief OTC medications.

**Inmate Name, Number, Lock:** ALFoxo 19196744 AD 211

**Nurse Name and Date of Nurse Sick Call:** MCavallo 10/27/2021 850Am

**Nurse Signature:** MCavallo

**Inmate Signature:**

*Signing this form indicates that I am aware that I will be charged for this item. Prices are approximate and subject to change without notice. We reserve the right to substitute a similar item.
* All Sales are Final, NO Refunds.
REVISED 4/28/2021

**Madison Correctional Institution**                                        8/8/2023
1851 State Route 56
London, OH 43140-0                                        ODRC Nurse Sick Call- ear pain
Main: 7408529777                                        Date of Service: 10/27/2021

**BRIAN KEITH ALFORD**
Male DOB: ███ 1957                          1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Madison Correctional Institution
**Age at Time:** 64 Years Old

## Pre-Existing Clinical Summary
**Allergies:**
* Synalgos-DC, * BACTRIM DS.
**Problems**
Perennial allergic rhinitis (ICD-477.9) (ICD10-J30.89), Peripheral neuropathy (ICD-356.9) (ICD10-G60.9), Strain of muscle, fascia and tendon of lower back, initial encounter (ICD-848.8) (ICD10-S39.012A), Strain of unspecified muscle, fascia and tendon at shoulder and upper arm level, right arm, initial encounter (ICD-840.9) (ICD10-S46.911A), Contusion of left forearm, initial encounter (ICD-923.10) (ICD10-S50.12xA), Contusion of left hip, initial encounter (ICD-924.01) (ICD10-S70.02xA), B12 deficiency (ICD-266.2) (ICD10-E53.8), GERD (gastroesophageal reflux disease), mild (ICD-530.81) (ICD10-K21.9), Glaucoma suspect, left (ICD-365.00) (ICD10-H40.002), Abdominal discomfort (ICD-789.00) (ICD10-R10.9), Ear pain, left (ICD-388.70) (ICD10-H92.02), Ear wax (ICD-380.4) (ICD10-H61.20), Abdominal pain, left lower quadrant (ICD-789.04) (ICD10-R10.32), Abdominal pain, left upper quadrant (ICD-789.02) (ICD10-R10.12), Otalgia, right (ICD-388.70) (ICD10-H92.01), Acute bilateral otitis media (ICD-382.9) (ICD10-H66.93), Viral syndrome (ICD-079.99) (ICD10-B97.89), Seasonal allergies (ICD-477.9) (ICD10-J30.2), IBS (ICD-564.1) (ICD10-K58.9), Lateral epicondylitis, left (ICD-726.32) (ICD10-M77.12), Unspecified viral hepatitis C without hepatic coma (ICD-070.70) (ICD10-B19.20), Unspecified essential hypertension (ICD-401.9) (ICD10-I10), Other states following surgery of eye and adnexa    (ICD-V45.69) (ICD10-Z98.83), Unspecified infective arthritis, site unspecified    (ICD-711.90) (ICD10-M01.x0), Other cataract    (ICD-366.8) (ICD10-H26.8), Spasm of muscle    (ICD-728.85), Cervical spondylosis with myelopathy    (ICD-721.1) (ICD10-M47.12), Benign localized hyperplasia of prostate without urinary obstruction and other lower urinary tract symptoms [LUTS]    (ICD-600.20) (ICD10-N40.0), Intervertebral lumbar disc disorder with myelopathy, lumbar region    (ICD-722.73) (ICD10-M51.06), Allergic rhinitis, cause unspecified    (ICD-477.9), Unspecified dermatomycosis    (ICD-111.9) (ICD10-B36.9), Lattice degeneration of peripheral retina    (ICD-362.63) (ICD10-H35.419), Carpal tunnel syndrome    (ICD-354.0) (ICD10-G56.00), Injury to ulnar nerve    (ICD-955.2), Allergic rhinitis due to other allergen    (ICD-477.8), Unspecified subjective visual disturbance    (ICD-368.10) (ICD10-H53.10), Routine general medical examination at health care facility    (ICD-V70.0).
**Orders**
Schedule with Optometry [SCHOPT], Schedule for Nurse Sick Call [SCHNSC].

## Nurse Sick Call
**Is this sick call for a dental complaint?** No
**Type of Sick Call:**    Illness
**Referral Source:**    Health Service Request
**Sick Call Request Type:**    Symptom Based Sick Call Request

## Subjective

## Subjective
**Patient's subjective statement:** inmate states he has been having rt ear pain , but is requesting nurse to check bilateral ears to ensure they are both okay at this time. Nurse visualized both ears drums , ear wax

**Madison Correctional Institution**
1851 State Route 56
London, OH 43140-0
Main: 7408529777

8/8/2023

ODRC Nurse Sick Call- ear pain
Date of Service: 10/27/2021

**BRIAN KEITH ALFORD**
Male DOB: ███ 1957          1871377715

is present more on rt ear , inmate states he has more pain on rt side, ear canal is more pink as well. Nurse provided education and support regarding ear care and cleaning. Nurse completed commissionary form for inmate to receive ear drops . Inmate to use ear drops for 3 days and then be rescheduled for irrigation by nurse next week. Inmate verbalized education and plan of care provided. denies any questions or concerns at this time.
**Onset:**    a while ago

## Significant Medical History
**Nursing Diagnosis:** Alteration in comfort related to acute pain

## Objective Findings

### Head, Eyes, ENT
**Vision Disturbance:**   No
**Hearing Difficulty:**   Yes
**Elaborate:**   rt and ear pain
**Difficulty Swallowing:**   No
**Bleeding Gums:**   No

### Genital / Urinary
**Urination Frequency:**   No
**Incontinence:**   No
**Difficulty Urinating:**   No
**Urinary Catheter:**   No
**Other G/U:** no problems noted

### Skin
**Color:**   Normal
**Temp:**   Warm
**Turgor:**   Normal
**Bruises:**   No

### Cardiovascular
**Rhythm** Regular
**Hear Sounds:**   Normal
**Edema:**   No
**Pitting:**   No

### Respiratory
**Lung Sounds** Normal
**Cough:**   No

### Gastrointestinal
**Appetite:**   Good

**Madison Correctional Institution**                                    8/8/2023
1851 State Route 56
London, OH 43140-0                                ODRC Nurse Sick Call- ear pain
Main: 7408529777                                    Date of Service: 10/27/2021

**BRIAN KEITH ALFORD**
Male DOB: ███ 1957                    1871377715

**Vomiting:**   No
**Nausea:**   No
**Bowel Movements:**   Regular
**Bowel Sounds:**   Normal
**Abdomen:**   Soft
**Other GI:** no problems noted

## Plan
**Nursing Interventions:** Patient referred to commissary for OTC comfort medication
**Other Nursing Interventions:** nurse discussed ear care , no foreign objects in ears , nurse to complete ear irrigation next week.
**Patient Education Provided:**    Hand Hygiene, Increase fluids

## Disposition

## Current Vital Signs
**Date/Time Vitals were taken:**   October 27, 2021 1:14 PM
**Previous Height:** 74 (09/23/2021 4:34:29 PM)    **Previous Weight:** 207 (09/27/2021 7:31:24 AM)

**Does weight include shackles?**   Without Shackles
**Current Weight (lbs) with or without shackles:**   202    **Current Height (in.):**   74
   **BMI:** 26.03   **Sitting BP:**   116 / 76
**Temperature:**   99.3    **Temperature site:**   Oral
**Pulse rate:** 75    **Pulse rhythm:**   Regular
**Respirations:**   16   **Respiration Type:**   Regular
      **Pulse Ox%**   97   **Room Air:**   Yes
**Skin Turgor:**   wnl
**Capillary Refill:** brisk

Signed By: Cavallo-RN, Melissa at 10/27/2021 1:15:05 PM

**Madison Correctional Institution**                                    8/8/2023
1851 State Route 56
London, OH 43140-0
Main: 7408529777                                    Date of Service: 10/26/2021

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Madison Correctional Institution
**Age at Time:** 64 Years Old

**Clinical Lists Changes**

**Orders:**
Added new Test order of Schedule for Nurse Sick Call (SCHNSC) - Signed


Signed By: Smith-LPN, Hailey at 10/26/2021 11:56:09 AM

**Madison Correctional Institution**                                        8/8/2023
**1851 State Route 56**
**London**, **OH 43140-0**                                                    Order Form

| TEST FORM | |
|---|---|

| | | | | |
|---|---|---|---|---|
| **Authorizing Provider:** | Hailey Smith-LPN | **Service Provider:** | | ODRC |
| **Auth Provider NPI:** | | | | |
| **Signing Provider:** | Hailey Smith-LPN | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███ , 1957 | **Age:** | 66 | |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███ | |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 | |
| **Resp. Provider:** | | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | **Secondary Ins:** | |
| **Group:** | **Group:** | |
| **Policy:** | **Policy:** | |
| **Insured ID:** | **Insured ID:** | |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| SCHNSC | Schedule for Nurse Sick Call | |
| **Order Number:** | 2424962-1 | **Quantity:** 1 |
| **Authorization #:** | | **Priority:** N |
| **Start Date:** | 10/26/2021 | **End Date:** 10/26/2021 |
| **Electronically signed by:** | Hailey Smith-LPN | **Signed on:** 10/26/2021 11:56:06 AM |
| **Instructions:** | RT ear ache x 2 weeks | |

1 of 1

DRC000135

**Madison Correctional Institution**                    8/8/2023
1851 State Route 56
London, OH 43140-0                                      Immunization
Main: 7408529777                            Date of Service: 10/26/2021

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957            1871377715


**Vaccines Administered/Entered:**
Vaccination Group: COVID-19
Series: 2
Vaccination: Moderna COVID-19 Vaccine Intramuscular Suspension 100 MCG/0.5ML
Administered Date: 10/26/2021 11:16 AM
VFC Eligibility: Not VFC eligible
Dose/Route/Site : 0.5 mL / IM / Right Deltoid
Mfr/Lot#/Exp.Date: Moderna US, Inc. / 045C21A / 12/31/2021
NDC/CVX: 80777027310 / 207
VIS Date : 12/18/2020
Administered by : Collier-LPN, Hailey
Comments : pt tolerated well. no sign of adverse reaction


Signed By: Smith-LPN, Hailey at 10/26/2021 11:53:04 AM


1 of 1
DRC000136

**Madison Correctional Institution**                          8/8/2023
1851 State Route 56
London, OH 43140-0                          2021-10-17 hsr med refill
Main: 7408529777                     Date of Service: 10/20/2021

**BRIAN KEITH ALFORD**
Male DOB: ███████, 1957      1871377715

**2021-10-17 hsr med refill**


*Imported By: Kristin Holycross-HIT 10/20/2021 10:52:51 AM*

_____

External Attachment:

   Type:      Image
 Comment:   External Document


Signed By: Centricity, Document Manag at 10/20/2021 10:53:01 AM

                                                          1 of 1
                                                        **DRC000137**

# Health Services Request

## Petición Para Servicios de Salud

Reviewed by:

Date Received: 10/17/21    Time Received: 8:41    a.m./p.m.

Date Of Request: 9-15-21
Fecha:

Number: A196 744
Numero:

Housing Unit: ND211
Unidad:

Inmate Name: ALFORD
Nombre:

Request for:
- [ ] Medical Care / Attención Medica
- [ ] Dental Care / Attención Dental
- [ ] Medication Reorder / Reordenar Medicación
- [ ] Medication Refill / Rellenar la Medicación

Nature of problem:

**Rx # 9356135** A196744 0394
ALFORD, BRIAN    8/25/2021
MINERAL OIL/WHITE PETROLATUM 20%/E
QTY: 3.5    Refills: 3

RX# 9439893 A196744 0394
ALFORD, BRIAN    09/22/2021
ASPIRIN E.C. 81MG TBEC
Refills: 6    QTY: 30

RX# 9445352 A196744 0394
ALFORD, BRIAN    09/17/2021
CARVEDILOL 12.5MG TABS
Refills: 6    QTY: 30

RX# 9439890 A196744 0394
ALFORD, BRIAN    09/22/2021
POTASSIUM CHLORIDE ER 10MEQ
Refills: 6    QTY: 30

RX# 9356133 A196744 0394
ALFORD, BRIAN    09/22/2021
CYANOCOBALAMIN 1000MCG TABS
Refills: 1    QTY: 30

RX# 9292229 A196744 0394
ALFORD, BRIAN    09/10/2021
HYDROCHLOROTHIAZIDE 25MG TA
Refills: 0    QTY: 30

RX# 9439891 A196744 0394
ALFORD, BRIAN    09/22/2021
AMLODIPINE BESYLATE 10MG TAB:
Refills: 6    QTY: 30

RX# 9445352 A196744 0394
ALFORD, BRIAN    09/17/2021
CARVEDILOL 12.5MG TABS
Refills: 6    QTY: 30

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

filled 10/17/21

DRC 5373 (Rev. 08/07)

DRC000138

**Madison Correctional Institution**                               8/8/2023
1851 State Route 56
London, OH 43140-0                              Immunization-covid-19 moderna
Main: 7408529777                                 Date of Service: 9/29/2021

**BRIAN KEITH ALFORD**
Male DOB: ████ 1957                    1871377715


**Vaccines Administered/Entered:**
Vaccination Group: COVID-19
Series: 1
Vaccination: Moderna COVID-19 Vaccine Intramuscular Suspension 100 MCG/0.5ML
Administered Date: 9/29/2021 10:01 AM
VFC Eligibility: VFC eligible-Medicaid/Medicaid Managed Care
Dose/Route/Site : 0.5 mL / IM / Left Deltoid
Mfr/Lot#/Exp.Date: Moderna US, Inc. / 045c21a / 12/1/2069
NDC/CVX: 80777027310 / 207
VIS Date : 12/18/2020
Administered by : Cavallo-RN, Melissa
Comments : tolerated well, bandaid applied , monitored for 15 minutes



Signed By: Cavallo-RN, Melissa at 9/29/2021 11:12:26 AM

DRC000139

**Madison Correctional Institution**                               8/8/2023
1851 State Route 56
London, OH 43140-0                    Fusion eSign - COVID-19 Vaccination Consent
Main: 7408529777                              Date of Service: 9/29/2021

**BRIAN KEITH ALFORD**
Male DOB: ███████ 1957                     1871377715

    There is an attached file titled COVID-19 Vaccination Consent.

    Signed By: Cavallo-RN, Melissa at 9/29/2021 10:01:37 AM

DRC000140

**Madison Correctional Institution**                          8/8/2023
1851 State Route 56
London, OH 43140-0                              2021-09-23 med hsr
Main: 7408529777                      Date of Service: 9/29/2021

**BRIAN KEITH ALFORD**
Male DOB: ███████ 1957      1871377715

**2021-09-23 med hsr**


*Imported By: Kristin Holycross-HIT 9/29/2021 8:47:15 AM*

---

External Attachment:

   Type:     Image
 Comment:   External Document


Signed By: Centricity, Document Manag at 9/29/2021 8:47:30 AM

# Health Services Request

## Petición Para Servicios de Salud

Reviewed by: _IGICC_

Date Received: _9/23/2_    Time Received: _46_ a.m./p.m.

| Date Of Request:<br>Fecha: | 9-23-21 |

| Inmate Name:<br>Nombre: | ALTOVO | Number:<br>Numero: | ALTOV 196744 | Housing Unit:<br>Unidad: | AD2112 |

**Request for:** ☒ Medical Care / Atención Medica  ☐ Dental Care / Atención Dental  ☐ Medication Reorder / Reordenar Medicación  ☐ Medication Refill / Rellenar la Medicación

**Nature of problem:** PFIZER IMMUNIZATION
Descripción del problema:

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

DRC000142

**Madison Correctional Institution**                          8/8/2023
1851 State Route 56
London, OH 43140-0                          2021-09-28 hsr med refill
Main: 7408529777                          Date of Service: 9/28/2021

**BRIAN KEITH ALFORD**
Male DOB: ███████, 1957      1871377715

**2021-09-28 hsr med refill**

*Imported By: Kristin Holycross-HIT 9/28/2021 12:50:05 PM*

_____

External Attachment:

  Type:      Image
  Comment:   External Document


Signed By: Centricity, Document Manag at 9/28/2021 12:50:30 PM

# Health Services Request

Petición Para Servicios de Salud

**For Medical Use Only / Para Uso Medico Solamente**

Reviewed by: _Scodel_

Date Received: O|08|21    Time Received: ___  a.m./p.m.

Date Of Request:
Fecha: 9-25-21

Inmate Name:
Nombre: ALFORD

Number:
Numero: A196-744

Housing Unit:
Unidad: AD

**Request for:** ☐ Medical Care / Attención Medica  ☐ Dental Care / Attención Dental  ☐ Medication Reorder / Reordenar Medicación  ☒ Medication Refill / Rellenar la Medicación

**Nature of problem:**
Descripción del problema:

RX# 9285207  A196744  0394
ALFORD, BRIAN                08/25/2021
AMLODIPINE BESYLATE 10MG TAB
        Refills: 0       QTY: 30

RX# 9356133  A196744   0394
ALFORD, BRIAN                08/25/2021
CYANOCOBALAMIN 1000MCG TABS
        Refills: 2       QTY: 30

RX# 9285200  A196744   0394
ALFORD, BRIAN                08/25/2021
ASPIRIN E.C. 81MG TBEC
        Refills: 0       QTY: 30

RX# 9285209  A196744        0394
ALFORD, BRIAN                08/25/2021
POTASSIUM CHLORIDE ER 10MEQ
        Refills: 0       QTY: 30

*Printed 9/23/21*

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

**Madison Correctional Institution**                          8/8/2023
1851 State Route 56
London, OH 43140-0                              2021-09-23 med hsr
Main: 7408529777                        Date of Service: 9/28/2021

**BRIAN KEITH ALFORD**
Male DOB: ███████ 1957      1871377715

**2021-09-23 med hsr**


*Imported By: Kristin Holycross-HIT 9/28/2021 8:43:10 AM*

---

External Attachment:

  Type:     Image
  Comment:  External Document


Signed By: Centricity, Document Manag at 9/28/2021 8:43:31 AM

# Health Services Request
### Petición Para Servicios de Salud

Reviewed by: _JGILCA_

Date Received: _9/23/2_  Time Received: _11_ a.m./p.m.

Date Of Request:
Fecha: _9-23-21_

Inmate Name:
Nombre: _ALTOVRO_

Number:
Numero: _ALTOVRO/96741_

Housing Unit:
Unidad: _AD211_

Request for:  ☒ Medical Care / Attención Medica   ☐ Dental Care / Attención Dental   ☐ Medication Reorder / Reordenar Medicación   ☐ Medication Refill / Rellenar la Medicación

Nature of problem: _PFIZER IMMUNIZATION_
Descripción del problema:

### Place This Slip In Medical Request Box Or Designated Area
### Ponga en la Caja de Peticiónes Medicas en Area Designada

DRC 5373 (Rev. 08/07)

DRC000146

# Health Services Request

Petición Para Servicios de Salud

| For Medical Use Only / Para Uso Medico Solamente |
|---|
| Reviewed by: _Scott_ |
| Date Received: 9 08 21   Time Received: 8   a.m./p.m. |

| Date Of Request: Fecha: | 9-25-21 | | |
|---|---|---|---|
| Inmate Name: Nombre: | ALFORD | Number: Numero: A196-744 | Housing Unit: Unidad: AD |

**Request for:**

☐ Medical Care / Attención Medica
☐ Dental Care / Attención Dental
☐ Medication Reorder / Reordenar Medicación
☒ Medication Refill / Rellenar la Medicación

**Nature of problem:**
Descripción del problema:

RX# 9285207  A196744  0394
ALFORD, BRIAN
08/25/2021
AMLODIPINE BESYLATE 10MG TAB;
Refills: 0  QTY: 30

RX# 9356133  A196744  0394
ALFORD, BRIAN
08/25/2021
CYANOCOBALAMIN 1000MCG TABS
Refills: 2  QTY: 30

RX# 9285200  A196744  0394
ALFORD, BRIAN
08/25/2021
ASPIRIN E.C. 81MG TBEC
Refills: 0  QTY: 30

RX# 9285209  A196744  0394
ALFORD, BRIAN
08/25/2021
POTASSIUM CHLORIDE ER 10MEQ
Refills: 0  QTY: 30

*Printed 9/23/21*

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

DRC000147

**Madison Correctional Institution**                                        8/8/2023
1851 State Route 56
London, OH 43140-0                    2021-09-23 transer summary DRC 5255
Main: 7408529777                           Date of Service: 9/27/2021

**BRIAN KEITH ALFORD**
Male DOB: ████████ , 1957      1871377715

**2021-09-23 transer summary DRC 5255**


*Imported By: Kristin Holycross-HIT 9/27/2021 10:48:56 AM*

---

External Attachment:

  Type:     Image
  Comment:  External Document



Signed By: Centricity, Document Manag at 9/27/2021 11:42:09 AM

**State of Ohio**
**Department of**
**Rehabilitation and Correction**

**Patient Transfer Summary**

**HEALTH SCREENING FORM**

*This is confidential information - Re-release is prohibited by law*
*unless there is an express written consent by the offender*

| | |
|---|---|
| Name: ALFORD, BRIAN | |
| Number: A196744 | |
| Date of Birth: ▮/1957 | |
| Race: B | Sex: Male |

| Date: 9/22/2021 | Time: 10.01 PM | Transferring Institution: TOCI |
|---|---|---|

| Special Needs: | ☐ Wheel ☐ Mobility ☐ Vision ☐ Hearing ☐ Speech ☐ Other | Med Code: Routine follow up care |
|---|---|---|

| Communicable Disease: ☐ Yes ☐ No *(Note in Diagnosis section)* | Is Inmate Suitable For Travel: ☐ Yes ☐ No |
|---|---|

| Allergies: *(See also Medication Allergies section below)* | PPD mm: | PPD Date: | Tetanus Date: |
|---|---|---|---|

| Current Treatments: | Dental Problems: |
|---|---|

| Follow-Up Care Needed: | On Psychotropic Medications? ☐ Yes ☐ No |
|---|---|

| Presently on Suicide Watch? ☐ Yes ☐ No | History of Suicide Attempts? ☐ Yes ☐ No   Date: |
|---|---|

| SENDING Nurse's Signature: | Date & Time: |
|---|---|

| RECEIVING Institution: | Date & Time: |
|---|---|

| SUBJECTIVE Complaints: | Dental Problems: |
|---|---|

**OBJECTIVE:** Physical Appearance, Behavior, Signs of Trauma or Abuse:

| VITAL SIGNS: | Temp | Pulse | Resp | BP | Weight |
|---|---|---|---|---|---|

**ASSESSMENT:**

**PLAN** (Disposition):

| ☐ Routine (Advised how to access to Health Care) | ☐ Intake-Discovered Diagnosis: _____ |
|---|---|
| ☐ Pending Consults Noted: _____ | ☐ Chronic Care Clinic Referral Made |
| ☐ Placed in Infirmary | ☐ Therapeutic Diet Ordered |
| ☐ Healthcare Orientation Provided | ☐ Work Program Limitations Order: _____ |
| ☐ DSC Appointment Date: _____ | ☐ Special Housing: _____ |

| Work Program Limitations Order: | Special Housing: |
|---|---|

*I have been given information about how to access Medical, Mental Health care, and the Medical Grievance Procedure.*

| Inmate's Signature: | Number: A196744 |
|---|---|
| RECEIVING Nurse's Signature: *R Baker* | Date & Time: 9/23/21 3:20 PM |

DRC5255 - A196744, BRIAN ALFORD

Page 1

DRC000149

## Problems Lists

### Medical Diagnosis

| Start Date | Resolved Date | Diagnosis | Comments | Facility | Provider |
|---|---|---|---|---|---|

There was no data returned

### Mental Health Diagnosis

| Diagnosis Date | Axis Code | Diagnosis | Provider |
|---|---|---|---|

There was no data returned

### Chronic Care Protocols

| Protocol | Start Date | End Date | Primary Diagnosis | Client ID |
|---|---|---|---|---|
| CARD/HTN | 2/24/2016 | | HTN | LOCI |
| LIVER | 2/24/2016 | | HCV | LOCI |
| CARD/HTN | 5/1/2014 | 2/18/2016 | HTN | WCI |
| LIVER | 5/1/2014 | 2/18/2016 | HCV | WCI |
| CARD/HTN | 4/1/2011 | 3/4/2014 | HTN | LECI |
| LIVER | 4/1/2011 | 3/4/2014 | HCV | LECI |
| CARD/HTN | 2/8/2011 | 3/25/2011 | HTN | CRC |
| LIVER | 2/8/2011 | 3/25/2011 | HCV | CRC |

## Chronic Care Enrollments

| Protocol | Start Date | End Date |
|---|---|---|
| CARD/HTN | 2/8/2011 | 8/17/2015 |
| LIVER | 2/8/2011 | 8/17/2015 |

## Allergies

| Description | Code | Source |
|---|---|---|
| NO KNOWN DRUG ALLERGY | 10 | ODMH |

## Medications

| | Medications | | | | | KOP Meds | | Nurse Administered Meds | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Order Date | Drug Name | Drug Strength | Drug Dosage | SIG | Last Fill | Sending Inst. | Receiving Inst. Meds Present | Sending Inst. Quantity | Receiving Inst. Verified Quantity | Receiving Inst. Meds Ordered |

DRC000150

| Date | Drug | Strength | Form | Sig | Exp | | | Qty | |
|------|------|----------|------|-----|-----|---|---|-----|---|
| 2021-09-16 | CARVEDILOL | 12.5MG | TABLET (S) | 1BID | 9/17/2021 | ☐ | ☐ | 58 | ☐ |
| 2021-09-10 | POTASSIUM CHLORIDE ER | 10MEQ | TABLET (S) | 1QD | 9/22/2021 | ☐ | ☐ | 12 | ☐ |
| 2021-09-10 | AMLODIPINE BESYLATE | 10MG | TABLET (S) | 1QD | 9/22/2021 | ☐ | ☐ | 8 | ☐ |
| 2021-09-10 | ASPIRIN E.C. | 81MG | TABLET (S) | 1QD | 9/22/2021 | ☐ | ☐ | 30 | ☐ |
| 2021-06-03 | CYANOCOBALAMIN | 1000MCG | TABLET (S) | 1QD (PA EXPIRE 11/19/2021) | 9/22/2021 | ☐ | ☐ | 14 | ☐ |
| 2021-06-03 | MINERAL OIL/WHITE PETROLATUM | 20%/80% | OINTMENT | PLACE 1/4 INCH STRIP TO OS BID PRN | 9/22/2021 | ☐ | ☐ | 0 | ☐ |
| 2021-04-28 | LATANOPROST | 0.005% | DROP(S) | 1GTT INTO OS QPM | 9/22/2021 | ☐ | ☐ | 8 | ☐ |
| 2021-03-23 | HYDROCHLOROTHIAZIDE | 25MG | TABLET (S) | 1QD | 9/10/2021 | ☐ | ☐ | 29 | ☐ |

SENDING Nurse's Signature: _[signature]_ RN     Date: 9/22/21

RECEIVING Nurse's Signature: _[signature]_     Date:

## Diet Orders

| Start Date | Expires | Diet | Frequency | Assessment Date | Reason | Diet Tech |
|------------|---------|------|-----------|-----------------|--------|-----------|

**There was no data returned**

## Medical Restrictions

**There was no data returned**

_received All Meds._

## Appointments

| Appt Date | Clinic | Destination | Diagnosis | Procedure | Status | Reason Cancelled |
|-----------|--------|-------------|-----------|-----------|--------|------------------|
| 6/1/2015 | Ophthalmology Surgery | CMC | Pre-op admit to FMC | Pre-Op Surgery | Curr | |

_[handwritten notes]_

DRC5255 - A196744, BRIAN ALFORD

Page 3

DRC000151

**Madison Correctional Institution**                              8/8/2023
1851 State Route 56
London, OH 43140-0                                   MH Classification Updated
Main: 7408529777                                     Date of Service: 9/27/2021

**BRIAN KEITH ALFORD**
Male DOB: ███ 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Madison Correctional Institution
**Age at Time:** 64 Years Old

**Clinical Lists Changes**

**Directives:**
Removed directive of MH CLASSIFICATION - N

Signed By: Culver-MH Intern, Scott at 9/27/2021 9:23:55 AM

**Madison Correctional Institution**                         8/8/2023
1851 State Route 56
London, OH 43140-0                          Nurse : covid vaccine education
Main: 7408529777                          Date of Service: 9/27/2021

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Madison Correctional Institution
**Age at Time:** 64 Years Old

**General Note Type:**   Nurse
**Subject:**   covid vaccine education
**Note:**   patient is on the list to recieve the vaccine when clinic is held
**Previous Height:** 74 (09/23/2021 4:34:29 PM)      **Previous Weight:** 207 (09/23/2021 4:34:29 PM)
   **BMI:** 26.67
**Enter numeric values ONLY**

Signed By: Smith-LPN, Hailey at 9/27/2021 8:03:25 AM

1 of 1

**Madison Correctional Institution**                          8/8/2023
1851 State Route 56
London, OH 43140-0                          ALP Sick Call- orthotics evaluation
Main: 7408529777                          Date of Service: 9/27/2021

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                          1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Madison Correctional Institution
**Age at Time:** 64 Years Old

## Current Vital Signs
**Date/Time Vitals were taken:** September 27, 2021 8:01 AM
**Previous Height:** 74 (09/23/2021 4:34:29 PM)     **Previous Weight:** 207 (09/23/2021 4:34:29 PM)

**Does weight include shackles?** Without Shackles
**Current Weight (lbs) with or without shackles:** 207     **BMI:** 26.67     **Sitting BP:** 136 **/** 81
**Temperature:** 98.7     **Temperature site:** Oral
**Pulse rate:** 68     **Pulse rhythm:** Regular
**Respirations:** 15     **Respiration Type:** Regular
   **Pulse Ox%** 98     **Room Air:** Yes
**Skin Turgor:** good
**Capillary Refill:** <3 sec

## HPI
**Chief complaint:** evaulatue for orthotics consult peripheral neuropathy
**History of presenting illness:** has peripheral neurapathy   dx in Toledo.     Not diabetes mellitus.
Tests done none.     Has tingling and numbness of bottom of feet..     Has boots here already,
obtained obtained thru the vender.     Boots are in the sargents office.     Inmate had to pay for the boots.
Has problem with support and gives away.
**Is there another issue?** No

## Physical Examination
Neurologic
**Redness** No
**Swelling** No
**Deformity** No
**Limited Range of Motion** No

## Sensory
**Sensation deficit** Yes
subjective deficits both plantar surfaces,     good pulses,          normal reflexes

## Assessment
**Active Problems:**   11/18/2020 Peripheral neuropathy (ICD-356.9) (ICD10-G60.9)
neurapthy,    will await ada appeal to get boots.

## Plan
**Is this visit related to Pandemic?** No
**Is this patient a COVID-19 POSITIVE patient?** No
**Patient is a close contact with a Covid-19 positive patient:** No
Return to Clinic PRN

**Madison Correctional Institution**                                    8/8/2023
1851 State Route 56
London, OH 43140-0                              ALP Sick Call- orthotics evaluation
Main: 7408529777                                    Date of Service: 9/27/2021

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**New Orders**

Signed By: Saul-CMO, Kenneth at 9/27/2021 8:11:57 AM

**Madison Correctional Institution**                              8/8/2023
1851 State Route 56
London, OH 43140-0                          evaluate for orthotics consult
Main: 7408529777                            Date of Service: 9/24/2021

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Madison Correctional Institution
**Age at Time:** 64 Years Old

**Clinical Lists Changes**

**Orders:**
Added new Test order of Schedule with Advanced Level Provider (SCHMEDALP) - Signed


Signed By: Casto-HCA, Jessica at 9/24/2021 1:40:34 PM

**Madison Correctional Institution**                                      8/8/2023
**1851 State Route 56**
**London, OH 43140-0**                                                    Order Form

| TEST FORM |
|---|

| **Authorizing Provider:** | Jessica Casto-HCA | **Service Provider:** | ODRC | | |
| **Auth Provider NPI:** | | | | | |
| **Signing Provider:** | Jessica Casto-HCA | | | | |
| **Phone:** | | **Phone:** | | | |
| **Fax:** | | **Fax:** | | | |
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███ 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |
| **Primary Ins:** | | **Secondary Ins:** | | | |
| **Group:** | | **Group:** | | | |
| **Policy:** | | **Policy:** | | | |
| **Insured ID:** | | **Insured ID:** | | | |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| SCHMEDALP | Schedule with Advanced Level Provider | PERIPHERAL NEUROPATHY (ICD-G60.9) |

**Order Number:** 2335325-1                          **Quantity:** 1
**Authorization #:**                                 **Priority:** U
**Start Date:** 09/24/2021                            **End Date:** 09/24/2021
**Electronically signed by:** Jessica Casto-HCA      **Signed on:** 9/24/2021 1:40:17 PM
**Instructions:** evaluate for orthotics consult

1 of 1

**Madison Correctional Institution**                    8/8/2023
1851 State Route 56
London, OH 43140-0                          Infirmary : Requesting Covid Vaccine
Main: 7408529777                            Date of Service: 9/24/2021

**BRIAN KEITH ALFORD**
Male DOB: ██████ 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Madison Correctional Institution
**Age at Time:** 64 Years Old

**General Note Type:**    Infirmary
**Subject:**    Requesting Covid Vaccine
**Note:**    Sent the CCC Nurse a note to add name to the list of patients requesting Covid vacines.
**Previous Height:** 74 (09/23/2021 4:34:29 PM)        **Previous Weight:** 207 (09/23/2021 4:34:29 PM)
    **BMI:** 26.67
**Enter numeric values ONLY**

Signed By: Aideyman-RN, Elizabeth at 9/24/2021 9:01:59 AM

**Madison Correctional Institution**                                              8/8/2023
**1851 State Route 56**
**London**, OH 43140-0                                                            Order Form

## TEST FORM

| | | | | | |
|---|---|---|---|---|---|
| **Authorizing Provider:** | Tabitha Evans-LISW | **Service Provider:** | | ODRC | |
| **Auth Provider NPI:** | 1598161267 | | | | |
| **Signing Provider:** | Tabitha Evans-LISW | | | | |
| **Phone:** | | **Phone:** | | | |
| **Fax:** | | **Fax:** | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| MHDS | MH-Detailed Screen | |

**Order Number:** 2333262-1                **Quantity:** 1
**Authorization #:**                        **Priority:** N
**Start Date:** 09/24/2021                  **End Date:**
**Electronically signed by:** Tabitha Evans-LISW    **Signed on:** 9/24/2021 8:15:45 AM
**Instructions:**

DRC000159

**Madison Correctional Institution**                                          8/8/2023
1851 State Route 56
London, OH 43140-0
Main: 7408529777                                            Date of Service: 9/23/2021

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                    1871377715

### Encounter Context
**Parent Institution at time of evaluation:** Madison Correctional Institution
**Age at Time:** 64 Years Old

### Clinical Lists Changes

**Orders:**
Added new Test order of Schedule for Nurse Sick Call (SCHNSC) - Signed

Signed By: Casto-HCA, Jessica at 9/24/2021 1:41:01 PM

**Madison Correctional Institution**
1851 State Route 56
London, OH 43140-0

8/8/2023

Order Form

| TEST FORM | | | |
|---|---|---|---|
| **Authorizing Provider:** | Alpha Jalloh-RN | **Service Provider:** | ODRC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Alpha Jalloh-RN | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ████ 1957 | **Age:** | 66 |
|---|---|---|---|---|---|
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| **Primary Ins:** | **Secondary Ins:** |
|---|---|
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| SCHNSC | Schedule for Nurse Sick Call | |

**Order Number:** 2332508-1       **Quantity:** 1
**Authorization #:**              **Priority:** N
**Start Date:** 09/23/2021       **End Date:** 09/23/2021
**Electronically signed by:** Alpha Jalloh-RN    **Signed on:** 9/23/2021 4:50:07 PM
**Instructions:**        Requesting COVID-19 Vaccin Booster

1 of 1

DRC000161

**Madison Correctional Institution**                      8/8/2023
1851 State Route 56
London, OH 43140-0                    Fusion eSign - Medical Intake Signature Acknowledge
Main: 7408529777                              Date of Service: 9/23/2021

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957              1871377715

   There is an attached file titled Medical Intake Signature Acknowledgement
Form.

Signed By: Jalloh-RN, Alpha at 9/23/2021 4:46:13 PM

1 of 1

DRC000162

**Madison Correctional Institution**                    8/8/2023
1851 State Route 56
London, OH 43140-0                         Nursing Intrasystem Transfer
Main: 7408529777                          Date of Service: 9/23/2021

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Madison Correctional Institution
**Age at Time:** 64 Years Old

## Current Vital Signs
**Date/Time Vitals were taken:**  September 23, 2021 4:34 PM
**Previous Height:** 74 (03/31/2021 5:20:22 AM)    **Previous Weight:** 215 (07/22/2021 8:30:28 AM)

**Does weight include shackles?**  Without Shackles
**Current Weight (lbs) with or without shackles:**  207    **Current Height (in.):**  74
  **BMI:** 26.67    **Sitting BP:**  128 / 73
**Temperature:**  97.9    **Temperature site:**  Oral
**Pulse rate:** 63    **Pulse rhythm:**  Regular
**Respirations:**  16   **Respiration Type:**  Regular
    **Pulse Ox%**  97    **Room Air:**  Yes
**Skin Turgor:**  Normal
**Capillary Refill:** < 3 seconds
**Pedal Pulses:** palpable

## Medical/Mental Health Screening
**Was patient on Mental Health Caseload at sending facility?** Patient was not on mental health caseload.
**Was patient a medical, mental health, or suicide risk during any ODRC confinement?** No
**Was patient a medical, mental health, or suicide risk at sending institution?** No
**Transport officer reported risk?** No
**History of psychotropic medication in the last month?** No
**History of outpatient treatment?** No
**History of Inpatient Treatment?** No
**History of violent behavior, including sexual assault?** No
**History as a victim of sexual assault** No
**History of suicide attempts.\*\*** No
**History of suicidal thoughts.\*\*** No
**Behavior:** No unusual behavior
**Appearance:** Clean, Coordinated dress, Groomed
**Emotionality:** Denies emotionality
**Hallucinations:** None

**Does the patient have a fever greater than 100.5?**       No
**Have you lost your appetite (anorexia)?**       No
**Are you experiencing nausea?**       No
**Do you have episodes of vomiting?**       No
**Are you feeling malaised (unexplained tiredness)?**       No
**Do you have diarrhea?**       No
**Do you have abdominal pain?**       No
**Do you have clay colored stools?**       No
**The patient has green or yellow color to the eyes?**       No
**Do you have dark or cola colored urine?**       No
**Has the patient answered yes to any of the above?**       No

**Madison Correctional Institution**                          8/8/2023
1851 State Route 56
London, OH 43140-0                          Nursing Intrasystem Transfer
Main: 7408529777                          Date of Service: 9/23/2021

**BRIAN KEITH ALFORD**
Male DOB: ██████, 1957                          1871377715

## Hepatitis A Risk Exposure
**The patient is:**          Male
**Are you a man who has sex with men?**          No
**Have you travelled to another country in the last 6 weeks?**          No
**Have you had recent exposure to anyone with jaundice or Hepatitis A?**          No
**Have you used injectable drugs in the last 6 weeks?**          No
**Have you been homeless in the last 6 weeks?**          No
 **Has the patient answered yes to any of the exposure risks?**          No

## Symptom Screen
**Type of Intake:** Intrasystem Transfer
**Jail or county facility received from:** TOCI
**Medical Facility Returned From:**   TOCI
**Facility received from:** TOCI
**Halfway House:** TOCI

## In the last 14 days, have you had any of the following symptoms?
**Fever > 100.4** No
**Sore throat** No
**Nasal congestion / Runny Nose** No
**Cough** No
**Extreme fatigue** No
**Body/ muscle aches** No
**Nausea / vomiting** No
**Diarrhea** No

## Potential Exposure History
**Have you had contact with a person with flu like symptoms in the last 21 days>** No

## Transfer Reception Screening
**Receiving Facility:**   Madison Correctional Institution
**Date/Time:**     September 23, 2021 4:40 PM**Sending Facility:**   TOCI
**Is this patient a return from FMCA Admission?**   No
**Is the patient returning from court or other agency outside of ODRC?** No
Verify patient's Location of Care has changed to current location.
**If paper chart documents were received were they reviewed?:**   Yes
**What was received?** Chart
**EMR Chart Reviewed?** Yes
**Is the patient on medications?** Yes
**Medication Status:** KOP medication checked and returned to patient
**Have you used drugs and/or alcohol since your incarceration?** No
If yes, complete substance use screen form.

## Clinical Summary

**Subjective / Problem(s):** Perennial allergic rhinitis (ICD-477.9) (ICD10-J30.89)

**Madison Correctional Institution**                          8/8/2023
1851 State Route 56
London, OH 43140-0                          Nursing Intrasystem Transfer
Main: 7408529777                          Date of Service: 9/23/2021

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                    1871377715

Peripheral neuropathy (ICD-356.9) (ICD10-G60.9)
Strain of muscle, fascia and tendon of lower back, initial encounter (ICD-848.8) (ICD10-S39.012A)
Strain of unspecified muscle, fascia and tendon at shoulder and upper arm level, right arm, initial encounter (ICD-840.9) (ICD10-S46.911A)
Contusion of left forearm, initial encounter (ICD-923.10) (ICD10-S50.12xA)
Contusion of left hip, initial encounter (ICD-924.01) (ICD10-S70.02xA)
B12 deficiency (ICD-266.2) (ICD10-E53.8)
GERD (gastroesophageal reflux disease), mild (ICD-530.81) (ICD10-K21.9)
Glaucoma suspect, left (ICD-365.00) (ICD10-H40.002)
Abdominal discomfort (ICD-789.00) (ICD10-R10.9)
Ear pain, left (ICD-388.70) (ICD10-H92.02)
Ear wax (ICD-380.4) (ICD10-H61.20)
Abdominal pain, left lower quadrant (ICD-789.04) (ICD10-R10.32)
Abdominal pain, left upper quadrant (ICD-789.02) (ICD10-R10.12)
Otalgia, right (ICD-388.70) (ICD10-H92.01)
Acute bilateral otitis media (ICD-382.9) (ICD10-H66.93)
Viral syndrome (ICD-079.99) (ICD10-B97.89)
Seasonal allergies (ICD-477.9) (ICD10-J30.2)
IBS (ICD-564.1) (ICD10-K58.9)
Lateral epicondylitis, left (ICD-726.32) (ICD10-M77.12)
Unspecified viral hepatitis C without hepatic coma     (ICD-070.70) (ICD10-B19.20)
Unspecified essential hypertension (ICD-401.9) (ICD10-I10)
Other states following surgery of eye and adnexa     (ICD-V45.69) (ICD10-Z98.83)
Unspecified infective arthritis, site unspecified     (ICD-711.90) (ICD10-M01.x0)
Other cataract     (ICD-366.8) (ICD10-H26.8)
Spasm of muscle     (ICD-728.85)
Cervical spondylosis with myelopathy     (ICD-721.1) (ICD10-M47.12)
Benign localized hyperplasia of prostate without urinary obstruction and other lower urinary tract symptoms [LUTS]     (ICD-600.20) (ICD10-N40.0)
Intervertebral lumbar disc disorder with myelopathy, lumbar region     (ICD-722.73) (ICD10-M51.06)
Allergic rhinitis, cause unspecified     (ICD-477.9)
Unspecified dermatomycosis     (ICD-111.9) (ICD10-B36.9)
Lattice degeneration of peripheral retina     (ICD-362.63) (ICD10-H35.419)
Carpal tunnel syndrome     (ICD-354.0) (ICD10-G56.00)
Injury to ulnar nerve     (ICD-955.2)
Allergic rhinitis due to other allergen     (ICD-477.8)
Unspecified subjective visual disturbance     (ICD-368.10) (ICD10-H53.10)
Routine general medical examination at health care facility     (ICD-V70.0)

**Current Orders:**
Schedule with Optometry [SCHOPT]
MH Trans [MHTXFR]
**Does the patient have a specialty clinic or surgery appointment?** Yes
**Person notified of impending appointment:** Liver, HTN, chronic Allergies
**Is the patient on a therapeutic diet?**     No
**Comments:**     patient state that he mostly eat as a vegetarian.

**Classifications**
MH Level:   Subcode(s):

**Madison Correctional Institution**                          8/8/2023
1851 State Route 56
London, OH 43140-0                                    Nursing Intrasystem Transfer
Main: 7408529777                                    Date of Service: 9/23/2021

**BRIAN KEITH ALFORD**
Male DOB: ████ 1957                    1871377715

Medical Level:    Subcode(s):

## Current Complaints and Observations
**Medical:**   No
**Dental:**   No

## Cursory, visual dental exam completed.    No abnormalities noted.
**Mental Health:**    No
**Physical Deformities:**    No
**Evidence of Abuse/Trauma:**    No
**Special Needs or Equipment** No
**Is the patient enrolled in Chronic Care?** No
Next of Kin Reviewed
Education on how to access medical, dental, and mental health care
**Patient wants to change Next of Kin?** No
Next of Kin form updated, signed by patient and forwarded to appropriate department for entry into
DOTSPortal.
**Nursing Diagnosis:** Anxiety R/T new environment

## Disposition
General Population


Signed By: Jalloh-RN, Alpha at 9/23/2021 4:43:38 PM

**Madison Correctional Institution**                              8/8/2023
1851 State Route 56
London, OH 43140-0                         Location Change (MACI A D 211L)
Main: 7408529777                            Date of Service: 9/23/2021

**BRIAN KEITH ALFORD**
Male DOB: ███ 1957                    1871377715

Location has been changed from MACI to MACI A D 211L

1 of 1

**Madison Correctional Institution**                                                    8/8/2023
1851 State Route 56
London, OH 43140-0                                                    Location Change (MACI)
Main: 7408529777                                                    Date of Service: 9/23/2021

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                          1871377715

Location has been changed from TOCI A2 W 0001 to MACI

DRC000168

**ODRC**                                                                      8/8/2023

,                                                    SARS-CoV-2, NAA, SARS-CoV-2, NAA 2 DAY TAT,
Inpatient

                                                             Date of Service: 9/16/2021

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

```
Patient: BRIAN  ALFORD
ID: 1100 26043001990
Note: All result statuses are Final unless otherwise noted.
Tests: (1) SARS-CoV-2, NAA (139900)
   SARS-CoV-2, NAA            Not Detected              Not Detected
     This nucleic acid amplification test was developed and its
performance
characteristics determined by LabCorp Laboratories. Nucleic acid
amplification tests include RT-PCR and TMA. This test has not been
FDA cleared or approved. This test has been authorized by FDA under
an Emergency Use Authorization (EUA). This test is only authorized
for the duration of time the declaration that circumstances exist
justifying the authorization of the emergency use of in vitro
diagnostic tests for detection of SARS-CoV-2 virus and/or diagnosis
of COVID-19 infection under section 564(b)(1) of the Act, 21 U.S.C.
360bbb-3(b) (1), unless the authorization is terminated or revoked
sooner.
When diagnostic testing is negative, the possibility of a false
negative result should be considered in the context of a patient's
recent exposures and the presence of clinical signs and symptoms
consistent with COVID-19. An individual without symptoms of COVID-19
and who is not shedding SARS-CoV-2 virus would expect to have a
negative (not detected) result in this assay.

Tests: (2) SARS-CoV-2, NAA 2 DAY TAT (998900)
! SARS-CoV-2, NAA 2 DAY TAT
                          Performed
Tests: (3) Inpatient (990011)
! Inpatient             Comment
    Received

Note: An exclamation mark (!) indicates a result that was not
dispersed into the flowsheet.
Document Creation Date: 09/18/2021 9:32 PM
```

___
```
(1) Order result status: Final
Collection or observation date-time: 09/16/2021 15:51
Requested date-time:
Receipt date-time: 09/17/2021 00:00
Reported date-time: 09/18/2021 21:05
Referring Physician:
Ordering Physician: L Porter-MD (10195513)
Specimen Source:
Source: 1100
Filler Order Number: 26043001990 LAB
```

**ODRC**                                                                8/8/2023

,                                           SARS-CoV-2, NAA, SARS-CoV-2, NAA 2 DAY TAT,
Inpatient

                                                          Date of Service: 9/16/2021

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

```
Lab site: Performed At:  01, LabCorp RTP 1912 TW Alexander Drive
RTP, NC 277090150 Anjen Chenn MDPhD      Phone:  8007354087
(2) Order result status: Final
Collection or observation date-time: 09/16/2021 15:51
Requested date-time:
Receipt date-time: 09/17/2021 00:00
Reported date-time: 09/18/2021 21:05
Referring Physician:
Ordering Physician: L Porter-MD (10195513)
Specimen Source:
Source: 1100
Filler Order Number: 26043001990 LAB
Lab site: Performed At:  02, LabCorp Dublin 6370 Wilcox Road  Dublin,
OH 430161269 Vincent Ricchiuti PhD      Phone:  8002827300
(3) Order result status: Final
Collection or observation date-time: 09/16/2021 15:51
Requested date-time:
Receipt date-time: 09/17/2021 00:00
Reported date-time: 09/18/2021 21:05
Referring Physician:
Ordering Physician: L Porter-MD (10195513)
Specimen Source:
Source: 1100
Filler Order Number: 26043001990 LAB
Lab site: Performed At:  01, LabCorp RTP 1912 TW Alexander Drive
RTP, NC 277090150 Anjen Chenn MDPhD      Phone:  8007354087
-----------------
The following results were not dispersed to the flowsheet:
  SARS-CoV-2, NAA 2 DAY TAT, Performed, (F)
  Inpatient, Comment, (F)
```

Signed By: Porter-MD, Lawrence at 9/20/2021 9:03:47 AM

DRC000170

**Toledo Correctional Institution**                                      8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                     General Note-covid swab
Main: 4197267977                                     Date of Service: 9/16/2021

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 64 Years Old


**Note:**   After education pt changed his mind and allowed me to swab him for covid placed in freezer
**Previous Height:** 74 (03/31/2021 5:20:22 AM)      **Previous Weight:** 215 (07/22/2021 8:30:28 AM)
   **BMI:** 27.70
**Enter numeric values ONLY**



Signed By: Hayes-RN, Amanda at 9/16/2021 3:56:34 PM

**Toledo Correctional Institution**                                      8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                      Nurse : COVID swab refusal
Main: 4197267977                                      Date of Service: 9/15/2021

**BRIAN KEITH ALFORD**
Male DOB: ██████ 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 64 Years Old

**General Note Type:**   Nurse
**Subject:**   COVID swab refusal
**Note:**   Pt refused COVID swab. Writer educated patient that prior to transfer a routine COVID swab is ordered. Pt educated that refusal of swab does not affect ability to transfer out but does affect isolation status at receiving facility. Pt continued to refuse COVID swab.
**Previous Height:** 74 (03/31/2021 5:20:22 AM)     **Previous Weight:** 215 (07/22/2021 8:30:28 AM)
   **BMI:** 27.70
**Enter numeric values ONLY**

Signed By: Lehman-RN, Jonathan at 9/15/2021 9:38:41 PM

**Toledo Correctional Institution**                                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                              COVID swab orders
Main: 4197267977                                      Date of Service: 9/15/2021

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 64 Years Old

## Clinical Lists Changes

**Orders:**
Added new Test order of 2019 Novel Coronavirus (139900) - Signed
Added new Test order of Inpatient Priority (990011) - Signed


Signed By: Lehman-RN, Jonathan at 9/15/2021 7:51:53 PM

**Toledo Correctional Institution**                                   8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                  Order Form

## TEST FORM

| | | | | |
|---|---|---|---|---|
| **Authorizing Provider:** | Lawrence Porter-MD | **Service Provider:** | | |
| **Auth Provider NPI:** | 1689603995 | | | |
| **Signing Provider:** | Jonathan Lehman-RN | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███ 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | █████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| Code | Description | Diagnoses |
|---|---|---|
| 139900 | 2019 Novel Coronavirus | |

**Order Number:** 2307329-1                               **Quantity:** 1
**Authorization #:**                                       **Priority:** N
**Start Date:** 09/15/2021                                 **End Date:** 09/15/2021
**Electronically signed by:** Jonathan Lehman-RN           **Signed on:** 9/15/2021 7:51:51 PM
**Instructions:** Must add *CV Modifier

1 of 1

DRC000174

**Toledo Correctional Institution**                                  8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                 Order Form

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Lawrence Porter-MD | **Service Provider:** | |
| **Auth Provider NPI:** | 1689603995 | | |
| **Signing Provider:** | Jonathan Lehman-RN | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███ 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| 990011 | Inpatient Priority | |
| **Order Number:** | 2307329-2 | **Quantity:** 1 |
| **Authorization #:** | | **Priority:** N |
| **Start Date:** | 09/15/2021 | **End Date:** 09/15/2021 |
| **Electronically signed by:** | Jonathan Lehman-RN | **Signed on:** 9/15/2021 7:51:51 PM |

**Instructions:** Must be ordered WITH 139900 2019 COVID-19 and transmitted on requisition together for priority status.

1 of 1

**Toledo Correctional Institution**                                        8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                            MED HSR
Main: 4197267977                                   Date of Service: 9/8/2021

**BRIAN KEITH ALFORD**
Male DOB: ████ , 1957        1871377715

**MED HSR**


*Imported By: Amanda Hayes-RN 9/13/2021 10:40:31 PM*

_____

External Attachment:

  Type:     Image
  Comment:  External Document


Signed By: Centricity, Document Manag at 9/13/2021 10:41:00 PM

1 of 1
**DRC000176**

# Health Services Request

Petición Para Servicios de Salud

For Medical Use Only / Para Uso Medico Solamente

Reviewed by: _P. Schumacher RN_

Date Received: 9|8|21      Time Received: 1140 a.m./p.m

Date Of Request:
Fecha: 9-8-21

Inmate Name:
Nombre: ALFORD

Number:
Numero: A196744

Housing Unit:
Unidad: A2W/1

**Request for:**
- [ ] Medical Care / Attención Medica
- [ ] Dental Care / Attención Dental
- [ ] Medication Reorder / Reordenar Medicación
- [X] Medication Refill / Rellenar la Medicación

**Nature of problem:**
Descripción del problema:

RX# 9292229  A196744       0394
ALFORD, BRIAN            08/06/2021
HYDROCHLOROTHIAZIDE 25MG TA
Refills 1              QTY: 30

Reordered

9/9/2021

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

DRC000177

**Toledo Correctional Institution**                                  8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                    MED HSR
Main: 4197267977                                    Date of Service: 8/26/2021

**BRIAN KEITH ALFORD**
Male DOB: ███  1957      1871377715

**MED HSR**


*Imported By: Amanda Hayes-RN 8/26/2021 11:38:38 PM*

---

External Attachment:

  Type:      Image
  Comment:   External Document


Signed By: Centricity, Document Manag at 8/26/2021 11:39:00 PM

DRC000178

# Health Services Request

### Petición Para Servicios de Salud

For Medical Use Only / Para Uso Medico Solamente

Reviewed by: _Schumacher R_

Date Received: 8/26/21    Time Received: 0251 (a.m)/p.m.

Date Of Request:
Fecha: 8-25-21

Inmate Name:
Nombre: Alfo RD

Number:
Numero: A196-744

Housing Unit:
Unidad: A 2 W 1

Request for:
- [ ] Medical Care / Attención Medica
- [ ] Dental Care / Attención Dental
- [x] Medication Reorder / Reordenar Medicación
- [x] Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema:

RX# 9356133  A196744  0394
ALFORD, BRIAN            08/02/2021
CYANOCOBALAMIN 1000MCG TABS
Refills: 3        QTY: 30

RX# 9285207  A196744  0394
ALFORD, BRIAN            08/02/2021
AMLODIPINE BESYLATE 10MG TAB
Refills: 1        QTY: 30

Reordered
filled on
08/25/21

### Place This Slip In Medical Request Box Or Designated Area
### Ponga en la Caja de Peticiónes Medicas en Area Designada

DRC 5373 (Rev. 08/07)

DRC000179

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                       MED HSR
Main: 4197267977                            Date of Service: 8/15/2021

**BRIAN KEITH ALFORD**
Male DOB: ████████ , 1957      1871377715

**MED HSR**


*Imported By: Amanda Hayes-RN 8/26/2021 10:59:37 PM*

_____

External Attachment:

  Type:     Image
  Comment:  External Document



Signed By: Centricity, Document Manag at 8/26/2021 11:00:03 PM

# Health Services Request

Petición Para Servicios de Salud

For Medical Use Only / Para Uso Medico Solamente

Reviewed by: _____

Date Received: 8/15/21   Time Received: 235 15   a.m./p.m.

Date Of Request:
Fecha: 8-15-21

Inmate Name:
Nombre: ALFORD

Number:
Numero: A196744

Housing Unit:
Unidad: AZW1

Request for:
☐ Medical Care / Atención Medica
☐ Dental Care / Atención Dental
☐ Medication Reorder / Reordenar Medicación
☒ Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema: I feel on

Last filled on 8-2

RX# 9285209  A196744  0394
ALFORD, BRIAN  08/02/2021
POTASSIUM CHLORIDE ER 10MEQ
Refills: 1   QTY: 30

RX# 9285191  A196744  0394
ALFORD, BRIAN  08/02/2021
CARVEDILOL 12.5MG TABS
Refills: 1   QTY: 30

RX# 9285197  A196744  0394
ALFORD, BRIAN  08/02/2021
CARVEDILOL 12.5MG TABS
Refills: 1   QTY: 30

Rx # 9356135  A196744  0394
ALFORD, BRIAN  8/2/2021
MINERAL OIL/WHITE PETROLATUM 20%/E
Refills: 4   QTY: 3.5

RX# 9285200  A196744  0394
ALFORD, BRIAN  08/02/2021
ASPIRIN E.C. 81MG TBEC
Refills: 1   QTY: 30

All Available on 8-25-2

NST

8-02-8/25

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

DRC000181

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                        Fusion eSign - ODRC 5025 Release of Responsibility
Main: 4197267977                                      Date of Service: 8/17/2021

**BRIAN KEITH ALFORD**
Male DOB: ████ 1957                     1871377715

    There is an attached file titled ODRC 5025 Release of Responsibility.


Signed By: Hughes-RN, Elizabeth at 8/17/2021 1:02:05 PM
Signed By: Porter-MD, Lawrence at 8/17/2021 1:17:03 PM

DRC000182

**Toledo Correctional Institution**                                  8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          refused-ALP Routine Physical Exam- > 50 PE
Main: 4197267977                                    Date of Service: 8/17/2021

**BRIAN KEITH ALFORD**
Male DOB: ███████ 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 64 Years Old

called several times for patient, patient has refused to come to medical per officer. ROR completed

**Current Vital Signs**
Patient Refused Vital Signs
**Date/Time Vitals were taken:**  August 17, 2021 12:57 PM
**Previous Height:** 74 (03/31/2021 5:20:22 AM)     **Previous Weight:** 215 (07/22/2021 8:30:28 AM)
  **BMI:** 27.70

**HPI - History**
**Patient subjective statement:** Refused
He is seen regularly in CCC
He may repeat request for physical if he wishes it done.
**Patient Age:**  64 Years Old   **Patient Sex:**  Male
**Current Weight (lbs):**   215
**BMI:** 27.70
**Active Problems:**
Perennial allergic rhinitis (ICD-477.9) (ICD10-J30.89)
Peripheral neuropathy (ICD-356.9) (ICD10-G60.9)
Strain of muscle, fascia and tendon of lower back, initial encounter (ICD-848.8) (ICD10-S39.012A)
Strain of unspecified muscle, fascia and tendon at shoulder and upper arm level, right arm, initial
encounter (ICD-840.9) (ICD10-S46.911A)
Contusion of left forearm, initial encounter (ICD-923.10) (ICD10-S50.12xA)
Contusion of left hip, initial encounter (ICD-924.01) (ICD10-S70.02xA)
B12 deficiency (ICD-266.2) (ICD10-E53.8)
GERD (gastroesophageal reflux disease), mild (ICD-530.81) (ICD10-K21.9)
Glaucoma suspect, left (ICD-365.00) (ICD10-H40.002)
Abdominal discomfort (ICD-789.00) (ICD10-R10.9)
Ear pain, left (ICD-388.70) (ICD10-H92.02)
Ear wax (ICD-380.4) (ICD10-H61.20)
Abdominal pain, left lower quadrant (ICD-789.04) (ICD10-R10.32)
Abdominal pain, left upper quadrant (ICD-789.02) (ICD10-R10.12)
Otalgia, right (ICD-388.70) (ICD10-H92.01)
Acute bilateral otitis media (ICD-382.9) (ICD10-H66.93)
Viral syndrome (ICD-079.99) (ICD10-B97.89)
Seasonal allergies (ICD-477.9) (ICD10-J30.2)
IBS (ICD-564.1) (ICD10-K58.9)
Lateral epicondylitis, left (ICD-726.32) (ICD10-M77.12)
Unspecified viral hepatitis C without hepatic coma   (ICD-070.70) (ICD10-B19.20)
Unspecified essential hypertension (ICD-401.9) (ICD10-I10)
Other states following surgery of eye and adnexa    (ICD-V45.69) (ICD10-Z98.83)
Unspecified infective arthritis, site unspecified  (ICD-711.90) (ICD10-M01.x0)
Other cataract    (ICD-366.8) (ICD10-H26.8)
Spasm of muscle    (ICD-728.85)
Cervical spondylosis with myelopathy    (ICD-721.1) (ICD10-M47.12)
Benign localized hyperplasia of prostate without urinary obstruction and other lower urinary tract
symptoms [LUTS]   (ICD-600.20) (ICD10-N40.0)

**Toledo Correctional Institution**                                      8/8/2023
2001 East Central Avenue
Toledo, OH 43608                        refused-ALP Routine Physical Exam- > 50 PE
Main: 4197267977                                  Date of Service: 8/17/2021

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

Intervertebral lumbar disc disorder with myelopathy, lumbar region    (ICD-722.73) (ICD10-M51.06)
Allergic rhinitis, cause unspecified    (ICD-477.9)
Unspecified dermatomycosis    (ICD-111.9) (ICD10-B36.9)
Lattice degeneration of peripheral retina    (ICD-362.63) (ICD10-H35.419)
Carpal tunnel syndrome    (ICD-354.0) (ICD10-G56.00)
Injury to ulnar nerve    (ICD-955.2)
Allergic rhinitis due to other allergen    (ICD-477.8)
Unspecified subjective visual disturbance    (ICD-368.10) (ICD10-H53.10)
Routine general medical examination at health care facility    (ICD-V70.0)


**Risk Factor Assessment for sexually transmitted infections:**

## Lipid Profile:
**Total cholesterol:**
139 (07/16/2021 2:17:00 AM)
**Triglycerides**
72 (04/03/2019 9:15:33 AM)
**LDL:** 91 (04/03/2019 9:15:33 AM)
**HDL**
50 (04/03/2019 9:15:33 AM)

## Diabetes Screen:

## Other:
**BUN**
20 (08/29/2018 10:30:48 AM)
**Creatinine:**
1.11 (07/16/2021 2:03:00 AM)

## Personal Risk Factors
**BMI**
27.70 (07/22/2021 8:30:28 AM)

## Family History

**Patient Age:**  64 Years Old    **Patient Sex:**   Male
**Current Weight (lbs):**   215
**BMI:** 27.70
**Active Problems:**
Perennial allergic rhinitis (ICD-477.9) (ICD10-J30.89)
Peripheral neuropathy (ICD-356.9) (ICD10-G60.9)
Strain of muscle, fascia and tendon of lower back, initial encounter (ICD-848.8) (ICD10-S39.012A)
Strain of unspecified muscle, fascia and tendon at shoulder and upper arm level, right arm, initial
encounter (ICD-840.9) (ICD10-S46.911A)
Contusion of left forearm, initial encounter (ICD-923.10) (ICD10-S50.12xA)
Contusion of left hip, initial encounter (ICD-924.01) (ICD10-S70.02xA)
B12 deficiency (ICD-266.2) (ICD10-E53.8)
GERD (gastroesophageal reflux disease), mild (ICD-530.81) (ICD10-K21.9)

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          refused-ALP Routine Physical Exam- > 50 PE
Main: 4197267977                                       Date of Service: 8/17/2021

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957              1871377715

Glaucoma suspect, left (ICD-365.00) (ICD10-H40.002)
Abdominal discomfort (ICD-789.00) (ICD10-R10.9)
Ear pain, left (ICD-388.70) (ICD10-H92.02)
Ear wax (ICD-380.4) (ICD10-H61.20)
Abdominal pain, left lower quadrant (ICD-789.04) (ICD10-R10.32)
Abdominal pain, left upper quadrant (ICD-789.02) (ICD10-R10.12)
Otalgia, right (ICD-388.70) (ICD10-H92.01)
Acute bilateral otitis media (ICD-382.9) (ICD10-H66.93)
Viral syndrome (ICD-079.99) (ICD10-B97.89)
Seasonal allergies (ICD-477.9) (ICD10-J30.2)
IBS (ICD-564.1) (ICD10-K58.9)
Lateral epicondylitis, left (ICD-726.32) (ICD10-M77.12)
Unspecified viral hepatitis C without hepatic coma    (ICD-070.70) (ICD10-B19.20)
Unspecified essential hypertension (ICD-401.9) (ICD10-I10)
Other states following surgery of eye and adnexa    (ICD-V45.69) (ICD10-Z98.83)
Unspecified infective arthritis, site unspecified    (ICD-711.90) (ICD10-M01.x0)
Other cataract    (ICD-366.8) (ICD10-H26.8)
Spasm of muscle    (ICD-728.85)
Cervical spondylosis with myelopathy    (ICD-721.1) (ICD10-M47.12)
Benign localized hyperplasia of prostate without urinary obstruction and other lower urinary tract
symptoms [LUTS]    (ICD-600.20) (ICD10-N40.0)
Intervertebral lumbar disc disorder with myelopathy, lumbar region    (ICD-722.73) (ICD10-M51.06)
Allergic rhinitis, cause unspecified    (ICD-477.9)
Unspecified dermatomycosis    (ICD-111.9) (ICD10-B36.9)
Lattice degeneration of peripheral retina    (ICD-362.63) (ICD10-H35.419)
Carpal tunnel syndrome    (ICD-354.0) (ICD10-G56.00)
Injury to ulnar nerve    (ICD-955.2)
Allergic rhinitis due to other allergen    (ICD-477.8)
Unspecified subjective visual disturbance    (ICD-368.10) (ICD10-H53.10)
Routine general medical examination at health care facility    (ICD-V70.0)

**Assessment**

**Plan**

**New Orders**

Signed By: Porter-MD, Lawrence at 8/17/2021 1:24:32 PM

**Toledo Correctional Institution**                     8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                         MED HSR
Main: 4197267977                         Date of Service: 8/1/2021

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957      1871377715

**MED HSR**

*Imported By: Amanda Hayes-RN 8/5/2021 11:40:22 PM*

_____

External Attachment:

  Type:     Image
  Comment:  External Document


Signed By: Centricity, Document Manag at 8/5/2021 11:40:30 PM

DRC000186

# Health Services Request

### Petición Para Servicios de Salud

*refilled*

For Medical Use Only / Para Uso Medico Solamente

Reviewed by:

Date Received: 8/1/21    Time Received: 2345   a.m./p.m.

Date Of Request:
Fecha: 7-30-21

Number:
Numero: ALFORD 196744

Housing Unit:
Unidad: A2W

Inmate Name:
Nombre: ALFORD

**Request for:**

- [ ] Medical Care / Atención Medica
- [ ] Dental Care / Atención Dental
- [ ] Medication Reorder / Reordenar Medicación
- [x] Medication Refill / Rellenar la Medicación

## Nature of problem:
### descripción del problema:

RX# 9356133  A196744  0394
ALFORD, BRIAN  07/06/2021
CYANOCOBALAMIN 1000MCG TABS
Refills: 4    QTY: 30

RX# 9292225  A196744  0394
ALFORD, BRIAN  07/13/2021
HYDROCHLOROTHIAZIDE 25MG TA
Refills: 2    QTY: 30

RX# 9285207  A196744  0394
ALFORD, BRIAN  07/06/2021
AMLODIPINE BESYLATE 10MG TAB:
Refills: 2    QTY: 30

RX# 9285197  A196744  0394
ALFORD, BRIAN  07/06/2021
CARVEDILOL 12.5MG TABS
Refills: 2    QTY: 30

RX# 9285197  A196744  0394
ALFORD, BRIAN  07/06/2021
CARVEDILOL 12.5MG TABS
Refills: 2    QTY: 30

RX# 9285209  A196744  0394
ALFORD, BRIAN  07/06/2021
POTASSIUM CHLORIDE ER 10MEQ
Refills: 2    QTY: 30
R E O R D E R

RX# 9285200  A196744  0394
ALFORD, BRIAN  07/06/2021
ASPIRIN E.C. 81MG TBEC
Refills: 2    QTY: 30

Rx # 9324787  A196744  0394
ALFORD, BRIAN  7/6/2021
LATANOPROST 0.005% EYE SOLN
QTY: 2.5
Refills: 4

R E O R D E R

Rx # 9356135  A196744  0394
ALFORD, BRIAN  7/6/2021
MINERAL OIL/WHITE PETROLATUM 20%/E
QTY: 3.5
Refills: 6

R E O R D E R

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

All others Requested on 8/2/2021 - CAB

DRC000187

**Toledo Correctional Institution**                        8/8/2023
2001 East Central Avenue
Toledo, OH 43608                        ALP Chronic Care - Follow-Up - HTN, HCV, GERD, IBS
Main: 4197267977                        Date of Service: 7/22/2021

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                 1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 64 Years Old

**Current Vital Signs**
**Date/Time Vitals were taken:**   July 22, 2021 9:10 AM
**Previous Height:** 74 (03/31/2021 5:20:22 AM)     **Previous Weight:** 213 (07/19/2021 5:32:51 AM)

**Does weight include shackles?**   Without Shackles
**Current Weight (lbs) with or without shackles:**   215     **BMI:** 27.70     **Sitting BP:**   141 **/** 94
**Temperature:**   97.3     **Temperature site:**   Temporal
**Pulse rate:** 74      **Pulse rhythm:**   Regular
**Respirations:**   16   **Respiration Type:**   Unlabored
     **Pulse Ox%**   98   **Room Air:**   Yes

**Nursing Chronic Care Clinic Review**

**Chronic Care Clinics**
Cardiac-Hypertension
Liver
General Medicine
**Medication Compliance:**        Compliant
**Percent Compliant** 100%
**Reports side effects?** No
**Treatment Plan Compliance:**        Yes
**Dietary Compliance:** Yes

**Education Provided**
Diet
Disease Process
Medication
**Handouts Given?** No

**Chronic Care Being Seen Today:**
Cardiac / HTN
Gen Med
Liver

**Clinics**
Liver Disease

**HPI**
**Edema** No

**Toledo Correctional Institution**                                        8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          ALP Chronic Care - Follow-Up - HTN, HCV, GERD, IBS
Main: 4197267977                                       Date of Service: 7/22/2021

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

## General Medicine
**Chronic Care Diagnosis:** GERD IBS
**Acute complaints:** No
**Adherent to treatment plan:** Yes
**Medication Side Effects** No

## Liver Disease
**Type:** Hepatitis C
**Is patient currently receiving hepatitis drug treatment?** No
Medication treatment not indicated at this time.
**Has Patient received treatment in the past?** No

**Nausea** Yes
**Comments:** "periodic" Weight stable.
**Vomiting** No
**Diarrhea** Yes
**Comments:** "Runny... How do I know I didn't look at it." Pt. vague, evasive and not forth coming when asked assessment   questions.
**Edema** No
**Abdominal pain** Yes
**Comments:**  Pt. vague, evasive and not forth coming when asked assessment   questions.
**Other Symptoms** No
**New tattoos since last CC visit?** No
**Drug use since last CC visit?** No
**Drug or Alcohol use since last CC visit?** No
**History:** Pt. became verbally aggressive and visibly upset and refused to answer above required STI questionaire. " You've asked me the same question 3 times. Why are you asking me these questions I've been in a male prison for 21 years?!" This ALP attempted to refocus pt to complete appt. Pt. calmly advised " Things happen" in prison. CCC appt abruptly ended.
Reassurance Attempted per this ALP. .Assessment and plan reviewed. Pt. voices understanding. Advised to return to medical for any new or worsening signs and symptoms.

## Cardiac / Hypertension
**History of coronary artery disease** No
**History of hypertension** Yes
**History of other cardiovascular issues** No
**Chest Pain** No
**Shortness of Breath** No
**Peripheral Edema** No
**Syncope / Dizziness** Yes
**Comments:** MIld with positional changes
**Headache** No
**Compliant with medication?** Yes
**Medication side effects** No
" I've been getting dizzy with my meds for alongtime... Off and on since 1982"

**Toledo Correctional Institution**                                       8/8/2023
2001 East Central Avenue
Toledo, OH 43608                      ALP Chronic Care - Follow-Up - HTN, HCV, GERD, IBS
Main: 4197267977                                    Date of Service: 7/22/2021

**BRIAN KEITH ALFORD**
Male DOB: ▮▮▮▮, 1957              1871377715

**Patient has other acute complaints?** No

## Current Lab
**Weight:**
215
**Urine Microalbumin**
3.8 (05/09/2017 6:31:25 AM)
**LDL**
91 (04/03/2019 9:15:33 AM)
**HDL**
50 (04/03/2019 9:15:33 AM)
**AST (SGOT)**
89 (07/16/2021 2:07:00 AM)
**ALT (SGPT)**
115 (07/16/2021 2:09:00 AM)
**APRI**
1.0 (09/01/2020 3:00:00 AM)
**INR**
2.3 (11/16/2016 9:54:00 AM)
**Hemoglobin**
13.9 (08/29/2018 10:31:04 AM)
**Creatinine**
1.11 (07/16/2021 2:03:00 AM)

**When was the last time you were tested for Sexually Transmitted Illnesses (STIs)?** Enter Date
**Have you ever been diagnosed with or suspected you have had a sexually transmitted infection in the past?** No
**Other medication concerns / Notes:** For the last 21 years I've been in a male prison. I don't roll like that. Pt. refused to answer questions. Pt. became aggressive refusing to answer questions, and was advised to leave appt.


## Physical Examination
Mental Status

## General
Patient is alert and oriented and in no acute distress

## Cardiovascular
HR 74 bpm WNL

## Respiratory
**Use of accessory muscles** No
Resp even and nonlabored.

## Gait
Gait Steady and nonantalgic
Grossly intact and non focal, no tremors, no gait abnormalities, speech fluent.

DRC000190

**Toledo Correctional Institution**                                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          ALP Chronic Care - Follow-Up - HTN, HCV, GERD, IBS
Main: 4197267977                                          Date of Service: 7/22/2021

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                          1871377715

## Mental Status
Alert, oriented, answers questions appropriately
Anxious.

## Degree of Control
Cardiac/HTN
Liver
Cardiac / HTN
**Degree of control** Fair
Gen Med
**Degree of control** Good
Liver
**Degree of control** Good

## Chronic Care Follow-Up Interval

**Assessment Comments:** CCC HTN HCV GM GERD IBS Clinical Status Worse Degree of Control Fair ,
60 days F/U w/ ALP

## Chronic Care Plan
**Overall Plan Comments:** PE and education was brief and limited due to Pt. becoming verbally
aggressive and visibly upset and refused to answer above required STI questionaire. " You've asked me
the same question 3 times. Why are you asking me these questions I've been in a male prison for 21
years?!" This ALP attempted to refocus pt to complete appt. Pt. calmly advised " Things happen" in prison.
CCC HTN HCV GM GERD IBS appt abruptly ended. Reassurance Attempted per this ALP.    Assessment
and plan reviewed. Pt. voices understanding. Advised to return to medical for any new or worsening signs
and symptoms.

Current Medications :
CYANOCOBALAMIN 1000MCG TABLET(S)1QD
CARVEDILOL 12.5MG TABLET(S)1BID
ASPIRIN E.C. 81MG TABLET(S)1QD
AMLODIPINE BESYLATE 10MG TABLET(S)1QD
HYDROCHLOROTHIAZIDE 25MG TABLET
(S)1QD
POTASSIUM CHLORIDE ER 10MEQ TABLET(S)1QD
LATANOPROST 0.005% DROP(S) 1GTT INTO OS QPM    MINERAL OIL/WHITE
PETROLATUM20%/80% OINTMENT APPLY QUARTER INCH STRIP TOOS BID PRN
Meds unchanged.

## Education Provided
**Education:** Avoid tobacco use, Patient advised against sex in prison and to avoid tattoos, Advised
against drug and alcohol use while incarcerated

DRC000191

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                        ALP Chronic Care - Follow-Up - HTN, HCV, GERD, IBS
Main: 4197267977                                        Date of Service: 7/22/2021

**BRIAN KEITH ALFORD**
Male DOB: ███████, 1957                    1871377715

Signed By: Babb-CNP, Candy at 7/22/2021 10:58:05 AM

**Toledo Correctional Institution**                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                          >50 physical
Main: 4197267977                              Date of Service: 7/21/2021

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                   1871377715

### Encounter Context
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 64 Years Old

### Clinical Lists Changes

**Orders:**
Added new Test order of Schedule with Advanced Level Provider (SCHMEDALP) - Signed

Signed By: Weber-RN, Brian at 7/21/2021 8:49:02 AM

DRC000193

**Toledo Correctional Institution**                                    8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                   Order Form

| TEST FORM |
|---|

| | | | | |
|---|---|---|---|---|
| **Authorizing Provider:** | Lawrence Porter-MD | **Service Provider:** | | |
| **Auth Provider NPI:** | 1689603995 | | | |
| **Signing Provider:** | Brian Weber-RN | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** ████ 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** Male | **SSN:** | ██████ |
| **Work Phone:** | | **Cell Phone:** | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | **Secondary Ins:** | |
| **Group:** | **Group:** | |
| **Policy:** | **Policy:** | |
| **Insured ID:** | **Insured ID:** | |

| Code | Description | Diagnoses |
|---|---|---|
| SCHMEDALP | Schedule with Advanced Level Provider | |

**Order Number:** 2143799-1                              **Quantity:** 1
**Authorization #:**                                     **Priority:** N
**Start Date:** 08/17/2021                               **End Date:** 08/17/2021
**Electronically signed by:** Brian Weber-RN             **Signed on:** 7/21/2021 8:48:46 AM
**Instructions:** >50 physical

1 of 1

**Toledo Correctional Institution**                                   8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                          Nurse : >50 Physical
Main: 4197267977                                     Date of Service: 7/21/2021

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

  VS-B/P-135/90, P-68, R-16, T-96.2 Temporal, SpO2-98% RA, Wt-215

Signed By: Weber-RN, Brian at 7/21/2021 8:47:12 AM

1 of 1

**Toledo Correctional Institution**                                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                    Nurse : >50 Physical
Main: 4197267977                                          Date of Service: 7/21/2021

**BRIAN KEITH ALFORD**
Male DOB: ███████, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 64 Years Old

**General Note Type:**   Nurse
**Subject:**   >50 Physical
**Note:**   Pt accepts offer for >50 physical. ALP appt made, ALP alerted for labs, occult stool cards provided. Consent form signed by pt and writer.
**Previous Height:** 74 (03/31/2021 5:20:22 AM)        **Previous Weight:** 213 (07/19/2021 5:32:51 AM)
   **BMI:** 27.45
**Enter numeric values ONLY**

Signed By: Weber-RN, Brian at 7/21/2021 8:46:15 AM

**Toledo Correctional Institution**                                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                  Fusion eSign - Physical Exam Authorization
Main: 4197267977                                            Date of Service: 7/21/2021

**BRIAN KEITH ALFORD**
Male DOB: ███████, 1957                          1871377715

   There is an attached file titled Physical Exam Authorization.

Signed By: Weber-RN, Brian at 7/21/2021 8:43:30 AM

DRC000197

**Toledo Correctional Institution**                                 8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                        NSC - Offer > 50 Physical
Main: 4197267977                                     Date of Service: 7/21/2021

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 64 Years Old

## Clinical Lists Changes

**Orders:**
Added new Test order of Schedule for Nurse Sick Call (SCHNSC) - Signed



Signed By: Mathews-RN, Michael at 7/21/2021 1:31:41 AM

**Toledo Correctional Institution**                                   8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                 Order Form

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Michael Mathews-RN | **Service Provider:** | ODRC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Michael Mathews-RN | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | █████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

<u>Code</u>                  <u>Description</u>                          <u>Diagnoses</u>
SCHNSC                Schedule for Nurse Sick Call
**Order Number:**      2142683-1                       **Quantity:** 1
**Authorization #:**                                   **Priority:** N
**Start Date:**        07/21/2021                       **End Date:** 07/21/2021
**Electronically signed by:** Michael Mathews-RN        **Signed on:** 7/21/2021 1:31:29 AM
**Instructions:**      Offer > 50 Physical

1 of 1

**Toledo Correctional Institution**                                           8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                          ALP Sick Call-
Main: 4197267977                                            Date of Service: 7/21/2021

**BRIAN KEITH ALFORD**
Male DOB: ████ 1957                        1871377715

 entry 7/21/21.\par Discussed with John Gardner, of Collegial Review,
on 7/20. Pt has callus and neuropathy. Pt does not have ulcer or
pre-ulcer callus.\par Criteria to be used are the CMS Medicare
criteria.\par If he qualifies for anything it is a double depth shoe
and orthotic inserts, by orthotic consult\par If he has gait
instability then he gets tennis shoes (high ankle) for support, He
does not have instability.\par Boots are not indicated.


Signed By: Porter-MD, Lawrence at 7/21/2021 5:02:55 PM

DRC000200

**Toledo Correctional Institution**                                                                      8/8/2023
2001 East Central Avenue
Toledo, OH 43608                              ALP Sick Call-    assess for medical necesity of boots
Main: 4197267977                                             Date of Service: 7/19/2021

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957              1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 64 Years Old

**Current Vital Signs**
**Date/Time Vitals were taken:**   July 19, 2021 9:52 AM
**Previous Height:** 74 (03/31/2021 5:20:22 AM)    **Previous Weight:** 210 (06/03/2021 5:43:05 AM)

**Does weight include shackles?**  Without Shackles
**Current Weight (lbs) with or without shackles:**  213    **BMI:** 27.45    **Sitting BP:**  131 / 86
**Temperature:**  97.5    **Temperature site:**  Temporal
**Pulse rate:** 72    **Pulse rhythm:**  Regular
**Respirations:**  16    **Respiration Type:**  Unlabored
       **Pulse Ox%**  97    **Room Air:**  Yes

**HPI**
**Chief complaint:** DSC to evaluate for ADA necessity for boots
**History of presenting illness:** Pt has peripheral neuropathy of feet, B12 deficiency, recently replaced (2020)
He has not been issued boots due to security classification, pending statement of ADA medical necessity.
He states numbness in feet is getting worse, and states has balance problems, and that spinal scoliosis and circulatory problems contribute to trouble with feet. States that only boots give adequate stability.
**Is there another issue?** No

**Physical Examination**
Diabetic Foot Exam

**General**
Patient is alert and oriented and in no acute distress
**Obese**    Yes

**Diabetic Foot Exam**
**Callouses** Yes
**Dorsalis Pedis Pulse - Left** Palpable
**Dorsalis Pedis Pulse - Right** Palpable

**Sensory**
**Sensation deficit** Yes
decreased soft touch from mid legs down, absent monofilament sense in soles of feet. Decreased vibration sense in toes bilat. Decreased position sense right toe.

**Motor**
**Weakness** No

**Reflexes**
**Biceps** Hyporeflexia

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                        ALP Sick Call-    assess for medical necesity of boots
Main: 4197267977                                         Date of Service: 7/19/2021

**BRIAN KEITH ALFORD**
Male DOB: ███ 1957              1871377715

**Patellar** Normal
**Achilles** Normal


**Assessment**

**Plan**
**Is this visit related to Pandemic?** No
peripheral neuropathy of legs with numbness.
Objective findings of decreased vibration sense, and subjective decreased soft touch and monofilament sensation
callus
Presence of anatomic condition which may be benefited by increases shoe support with boots
no severe neuropathy changes of feet
will discuss medical necessity criteria with Seger HCA, C/R this week
**Was a new Chronic Care Enrollment added this visit?** No


**New Orders**


Signed By: Porter-MD, Lawrence at 7/19/2021 2:09:15 PM

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                   Assess for medical need for boots
Main: 4197267977                                      Date of Service: 7/16/2021

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                        1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 64 Years Old

## Clinical Lists Changes

**Orders:**
Added new Test order of Schedule with Advanced Level Provider (SCHMEDALP) - Signed


Signed By: Seger- QIC, Dennis at 7/16/2021 2:50:46 PM

**Toledo Correctional Institution**                                          8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                         Order Form

# TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Lawrence Porter-MD | **Service Provider:** | |
| **Auth Provider NPI:** | 1689603995 | | |
| **Signing Provider:** | Dennis Seger- QIC | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███ , 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| SCHMEDALP | Schedule with Advanced Level Provider | |

**Order Number:** 2135910-1   **Quantity:** 1
**Authorization #:**   **Priority:** N
**Start Date:** 07/19/2021   **End Date:** 07/19/2021
**Electronically signed by:** Dennis Seger- QIC   **Signed on:** 7/16/2021 2:50:44 PM
**Instructions:** Please assess to determine if boots are a medical neccesity.

1 of 1

DRC000204

**ODRC**                                                     8/8/2023

,                                                           CBC With Diffe
Panel (14),  ...

                                          Date of Service: 7/15/2021

**BRIAN KEITH ALFORD**
Male DOB: ▮▮▮▮ 1957                    1871377715

```
Patient: BRIAN  ALFORD
ID: 1100 19630504400
Note: All result statuses are Final unless otherwise noted.
Patient Note: PATIENT WAS FASTING
Tests: (1) CBC With Differential/Platelet (005009)
   WBC                        6.2 x10E3/uL            3.4-10.8
   RBC                        4.86 x10E6/uL           4.14-5.80
   Hemoglobin                 13.7 g/dL               13.0-17.7
   Hematocrit                 43.1 %                  37.5-51.0
   MCV                        89 fL                   79-97
   MCH                        28.2 pg                 26.6-33.0
   MCHC                       31.8 g/dL               31.5-35.7
   RDW                        13.1 %                  11.6-15.4
   Platelets                  230 x10E3/uL            150-450
   Neutrophils                48 %                    Not Estab.
   Lymphs                     38 %                    Not Estab.
   Monocytes                  8 %                     Not Estab.
   Eos                        5 %                     Not Estab.
   Basos                      1 %                     Not Estab.
  Neutrophils (Absolute)
                              2.9 x10E3/uL            1.4-7.0
   Lymphs (Absolute)          2.4 x10E3/uL            0.7-3.1
   Monocytes(Absolute)        0.5 x10E3/uL            0.1-0.9
   Eos (Absolute)             0.3 x10E3/uL            0.0-0.4
   Baso (Absolute)            0.0 x10E3/uL            0.0-0.2
  Immature Granulocytes
                              0 %                     Not Estab.
   Immature Grans (Abs)       0.0 x10E3/uL            0.0-0.1
Tests: (2) Comp. Metabolic Panel (14) (322000)
   Glucose                    86 mg/dL                65-99
   BUN                        11 mg/dL                8-27
   Creatinine                 1.11 mg/dL              0.76-1.27
   BUN/Creatinine Ratio       10                      10-24
   Sodium                     141 mmol/L              134-144
   Potassium                  4.0 mmol/L              3.5-5.2
   Chloride                   102 mmol/L              96-106
  Carbon Dioxide, Total
                              28 mmol/L               20-29
   Calcium                    10.1 mg/dL              8.6-10.2
   Protein, Total             7.2 g/dL                6.0-8.5
   Albumin                    4.5 g/dL                3.8-4.8
   Globulin, Total            2.7 g/dL                1.5-4.5
   A/G Ratio                  1.7                     1.2-2.2
   Bilirubin, Total           0.3 mg/dL               0.0-1.2
   Alkaline Phosphatase       65 IU/L                 48-121
   AST (SGOT)           [H]   89 IU/L                 0-40
```

DRC000205

**ODRC**                                                                8/8/2023

,                                                                  CBC With Diffe
Panel (14),  ...
                                            Date of Service: 7/15/2021

**BRIAN KEITH ALFORD**
Male DOB: ███ 1957                    1871377715

```
  ALT (SGPT)           [H]  115 IU/L                     0-44
Tests: (3) Lipid Panel With LDL/HDL Ratio (235010)
  Cholesterol, Total        139 mg/dL                    100-199
  Triglycerides             99 mg/dL                     0-149
  HDL Cholesterol           45 mg/dL                     >39
! VLDL Cholesterol Cal      18 mg/dL                     5-40
! LDL Chol Calc (NIH)       76 mg/dL                     0-99
! LDL/HDL Ratio             1.7 ratio                    0.0-3.6
                                              LDL/HDL Ratio
                                                      Men
Women
                                 1/2 Avg.Risk  1.0
1.5
                                     Avg.Risk  3.6
3.2
                                 2X Avg.Risk  6.2
5.0
                                 3X Avg.Risk  8.0
6.1

Tests: (4) Albumin/Creatinine Ratio,Urine (140285)
  Creatinine, Urine         127.4 mg/dL              Not Estab.
  Albumin, Urine            4.6 ug/mL                Not Estab.
  Alb/Creat Ratio           4 mg/g creat             0-29
                                        Normal:            0 -
29
                              Moderately increased: 30 - 300
                              Severely increased:       >300


Note: An exclamation mark (!) indicates a result that was not
dispersed into the flowsheet.
Document Creation Date: 07/16/2021 6:34 AM
_____
___
(1) Order result status: Final
Collection or observation date-time: 07/15/2021 07:38
Requested date-time:
Receipt date-time: 07/15/2021 00:00
Reported date-time: 07/16/2021 06:06
Referring Physician:
Ordering Physician: C BABB-CNP (10175993)
Specimen Source:
Source: 1100
Filler Order Number: 19630504400 LAB
Lab site: Performed At:  01, LabCorp Dublin 6370 Wilcox Road  Dublin,
OH 430161269 Vincent Ricchiuti PhD      Phone:  8002827300
```

**ODRC**                                                                                          8/8/2023

,                                                                                    CBC With Diffe
Panel (14),  ...
                                                          Date of Service: 7/15/2021

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                        1871377715

```
(2) Order result status: Final
Collection or observation date-time: 07/15/2021 07:38
Requested date-time:
Receipt date-time: 07/15/2021 00:00
Reported date-time: 07/16/2021 06:06
Referring Physician:
Ordering Physician: C BABB-CNP (10175993)
Specimen Source:
Source: 1100
Filler Order Number: 19630504400 LAB
Lab site: Performed At:  01, LabCorp Dublin 6370 Wilcox Road  Dublin,
OH 430161269 Vincent Ricchiuti PhD     Phone:  8002827300
(3) Order result status: Final
Collection or observation date-time: 07/15/2021 07:38
Requested date-time:
Receipt date-time: 07/15/2021 00:00
Reported date-time: 07/16/2021 06:06
Referring Physician:
Ordering Physician: C BABB-CNP (10175993)
Specimen Source:
Source: 1100
Filler Order Number: 19630504400 LAB
Lab site: Performed At:  01, LabCorp Dublin 6370 Wilcox Road  Dublin,
OH 430161269 Vincent Ricchiuti PhD     Phone:  8002827300
(4) Order result status: Final
Collection or observation date-time: 07/15/2021 07:38
Requested date-time:
Receipt date-time: 07/15/2021 00:00
Reported date-time: 07/16/2021 06:06
Referring Physician:
Ordering Physician: C BABB-CNP (10175993)
Specimen Source:
Source: 1100
Filler Order Number: 19630504400 LAB
Lab site: Performed At:  01, LabCorp Dublin 6370 Wilcox Road  Dublin,
OH 430161269 Vincent Ricchiuti PhD     Phone:  8002827300
-----------------
The following lab values were dispersed to the flowsheet
with no units conversion:
  Creatinine, Urine, 127.4 MG/DL, (F)  expected units: mL/min
  Alb/Creat Ratio, 4 MG/G CREAT, (F)  expected units: mg/g (creat)
-----------------
The following results were not dispersed to the flowsheet:
  WBC, 6.2 x10E3/uL, (F)
  RBC, 4.86 x10E6/uL, (F)
  Hemoglobin, 13.7 g/dL, (F)
```

**DRC000207**

**ODRC**                                                                                8/8/2023

,                                                                          CBC With Diffe
Panel (14), ...

Date of Service: 7/15/2021

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

```
MCV, 89 fL, (F)
MCH, 28.2 pg, (F)
MCHC, 31.8 g/dL, (F)
RDW, 13.1 %, (F)
Platelets, 230 x10E3/uL, (F)
Neutrophils, 48 %, (F)
Lymphs, 38 %, (F)
Eos, 5 %, (F)
Basos, 1 %, (F)
Neutrophils (Absolute), 2.9 x10E3/uL, (F)
Lymphs (Absolute), 2.4 x10E3/uL, (F)
Monocytes(Absolute), 0.5 x10E3/uL, (F)
Eos (Absolute), 0.3 x10E3/uL, (F)
Baso (Absolute), 0.0 x10E3/uL, (F)
Immature Granulocytes, 0 %, (F)
Immature Grans (Abs), 0.0 x10E3/uL, (F)
Glucose, 86 mg/dL, (F)
BUN, 11 mg/dL, (F)
Calcium, 10.1 mg/dL, (F)
Alkaline Phosphatase, 65 IU/L, (F)
Triglycerides, 99 mg/dL, (F)
HDL Cholesterol, 45 mg/dL, (F)
VLDL Cholesterol Cal, 18 mg/dL, (F)
LDL Chol Calc (NIH), 76 mg/dL, (F)
LDL/HDL Ratio, 1.7 ratio, (F)
Albumin, Urine, 4.6 ug/mL, (F)
```

Signed By: Babb-CNP, Candy at 7/16/2021 9:53:26 AM

DRC000208

**ODRC**                                                                   8/8/2023

,                                                                 CBC With Differen
Panel (14),  ...
                                              Date of Service: 7/16/2021

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957        1871377715

.Noted, to be discussed at next appt w/ALP


Signed By: Babb-CNP, Candy at 7/16/2021 9:53:26 AM

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                       MED HSR
Main: 4197267977                                    Date of Service: 7/8/2021

**BRIAN KEITH ALFORD**
Male DOB: ███████, 1957     1871377715

**MED HSR**


*Imported By: Amanda Hayes-RN 7/10/2021 11:23:27 PM*

---

External Attachment:

  Type:     Image
  Comment:  External Document


Signed By: Centricity, Document Manag at 7/10/2021 11:23:31 PM

# Health Services Request

### Petición Para Servicios de Salud

| For Medical Use Only / Para Uso Medico Solamente |
|---|
| Reviewed by: |
| Date Received: 7/8/21 | Time Received: 9a a.m./p.m. |

Date Of Request:
Fecha: 7-8-21

Inmate Name:
Nombre: ALFORD

Number:
Numero: A196744

Housing Unit:
Unidad: AZWJ

**Request for:**

☐ Medical Care / Attención Medica    ☐ Dental Care / Attención Dental    ☐ Medication Reorder / Reordenar Medicación    ☒ Medication Refill / Rellenar la Medicación

## Nature of problem:
Descripción del problema:

RX# 9292229  A196744  0394
ALFORD, BRIAN  08/09/2021
HYDROCHLOROTHIAZIDE 25MG TA
Refills. 3    QTY: 30

~Filled 7/8/21 AH

### *Place This Slip In Medical Request Box Or Designated Area*
#### *Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

DRC000211

**Toledo Correctional Institution**                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                              MED HSR
Main: 4197267977                           Date of Service: 6/27/2021

**BRIAN KEITH ALFORD**
Male DOB: ████ , 1957       1871377715

**MED HSR**


*Imported By: Amanda Hayes-RN 7/3/2021 10:27:27 PM*

---

External Attachment:

  Type:     Image
  Comment:  External Document


Signed By: Centricity, Document Manag at 7/3/2021 10:27:30 PM

DRC000212

# Health Services Request

Petición Para Servicios de Salud

**For Medical Use Only / Para Uso Medico Solamente**

Reviewed by: _emughts RN_

Date Received: _6/7/2021_  Time Received: _1400_  a.m./p.m.

Date Of Request:
Fecha: _6-30-21_

Inmate Name:
Nombre: _ALFSO_

Number:
Numero: _A196 744_

Housing Unit:
Unidad: _A 2 WJ_

**Request for:**

☐ Medical Care / Atención Medica
☐ Dental Care / Atención Dental
☐ Medication Reorder / Reordenar Medicación
☑ Medication Refill / Rellenar la Medicación

## Nature of problem:
Descripción del problema:

RX# 9285207  A196744  0394
ALFORD, BRIAN  08/07/2021
AMLODIPINE BESYLATE 10MG TABS
Refills: 3  QTY: 30

RX# 9285197  A196744  0394
ALFORD, BRIAN  08/07/2021
CARVEDILOL 12.5MG TABS
Refills: 3  QTY: 30

RX# 9285209  A196744  0394
ALFORD, BRIAN  06/07/2021
POTASSIUM CHLORIDE ER 10MEQ
Refills: 3  QTY: 30

RX# 9285197  A196744  0394
ALFORD, BRIAN  08/07/2021
CARVEDILOL 12.5MG TABS
Refills: 3  QTY: 30

RX# 9285200  A196744  0394
ALFORD, BRIAN  06/07/2021
ASPIRIN E.C. 81MG TBEC
Refills: 3  QTY: 30

RX# 9356133  A196744  0394
ALFORD, BRIAN  08/07/2021
CYANOCOBALAMIN 1000MCG TABS
Refills: 5  QTY: 30

Rx # 9324787  A196744  0394
ALFORD, BRIAN  8/7/2021
LATANOPROST 0.005% EYE SOLN
QTY: 2.5
Refills: 6

Rx # 9356135  A196744  0394
ALFORD, BRIAN  8/7/2021
MINERAL OIL/WHITE PETROLATUM 20%/E
QTY: 3.5
Refills: 6

REORDER

_Available  6-30_

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

DRC000213

**Toledo Correctional Institution**                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                     Dental cleaning, OHI, NV:    HSR for OS #10
Main: 4197267977                          Date of Service: 6/15/2021

**BRIAN KEITH ALFORD**
Male DOB: ████ 1957                    1871377715

### Encounter Context
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 64 Years Old

### Dental Visit
**Inmate Arrive/Present for Dental Services?:**   Yes
**Inmate agrees to receive dental services?:**   Yes
**Referral Source:**   HSR
**Seen by** Dental Hygienist
**Dentist present for exam:** Yes

### Clinical Summary
**Allergies:**   * Synalgos-DC, * BACTRIM DS.

**Active Medications:**

**Active Problems:** Perennial allergic rhinitis (ICD-477.9) (ICD10-J30.89), Peripheral neuropathy
(ICD-356.9) (ICD10-G60.9), Strain of muscle, fascia and tendon of lower back, initial encounter
(ICD-848.8) (ICD10-S39.012A), Strain of unspecified muscle, fascia and tendon at shoulder and upper
arm level, right arm, initial encounter (ICD-840.9) (ICD10-S46.911A), Contusion of left forearm, initial
encounter (ICD-923.10) (ICD10-S50.12xA), Contusion of left hip, initial encounter (ICD-924.01)
(ICD10-S70.02xA), B12 deficiency (ICD-266.2) (ICD10-E53.8), GERD (gastroesophageal reflux disease),
mild (ICD-530.81) (ICD10-K21.9), Glaucoma suspect, left (ICD-365.00) (ICD10-H40.002), Abdominal
discomfort (ICD-789.00) (ICD10-R10.9), Ear pain, left (ICD-388.70) (ICD10-H92.02), Ear wax (ICD-380.4)
(ICD10-H61.20), Abdominal pain, left lower quadrant (ICD-789.04) (ICD10-R10.32), Abdominal pain, left
upper quadrant (ICD-789.02) (ICD10-R10.12), Otalgia, right (ICD-388.70) (ICD10-H92.01), Acute bilateral
otitis media (ICD-382.9) (ICD10-H66.93), Viral syndrome (ICD-079.99) (ICD10-B97.89), Seasonal
allergies (ICD-477.9) (ICD10-J30.2), IBS (ICD-564.1) (ICD10-K58.9), Lateral epicondylitis, left
(ICD-726.32) (ICD10-M77.12), Unspecified viral hepatitis C without hepatic coma    (ICD-070.70)
(ICD10-B19.20), Unspecified essential hypertension (ICD-401.9) (ICD10-I10), Other states following
surgery of eye and adnexa    (ICD-V45.69) (ICD10-Z98.83), Unspecified infective arthritis, site unspecified
(ICD-711.90) (ICD10-M01.x0), Other cataract    (ICD-366.8) (ICD10-H26.8), Spasm of muscle
(ICD-728.85), Cervical spondylosis with myelopathy    (ICD-721.1) (ICD10-M47.12), Benign localized
hyperplasia of prostate without urinary obstruction and other lower urinary tract symptoms [LUTS]
(ICD-600.20) (ICD10-N40.0), Intervertebral lumbar disc disorder with myelopathy, lumbar region
(ICD-722.73) (ICD10-M51.06), Allergic rhinitis, cause unspecified    (ICD-477.9), Unspecified
dermatomycosis    (ICD-111.9) (ICD10-B36.9), Lattice degeneration of peripheral retina    (ICD-362.63)
(ICD10-H35.419), Carpal tunnel syndrome    (ICD-354.0) (ICD10-G56.00), Injury to ulnar nerve
(ICD-955.2), Allergic rhinitis due to other allergen    (ICD-477.8), Unspecified subjective visual disturbance
(ICD-368.10) (ICD10-H53.10), Routine general medical examination at health care facility    (ICD-V70.0).

**Open Orders:** Dental Cleaning [DENTCLEAN], Schedule with Optometry [SCHOPT], Schedule Chronic
Care Visit F/U [SCHCCCFU], CBC With Differential [005009], Comprehensive Metabolic Panel (14)
[322000], Lipid Panel With LDL/HDL Ratio [235010], Microalb/Creat Ratio, Randm Ur [140285].

### Education
Patient advised of his/her Dental condition and the process to access care

**Toledo Correctional Institution**                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    Dental cleaning, OHI, NV:    HSR for OS #10
Main: 4197267977                                 Date of Service: 6/15/2021

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

Oral Hygiene Instructions given to include Oral Disease education

*Generated: 06/15/2021 13:21:56*

**Starting Teeth**
Tooth # 1 is marked as Missing - Crown and Root

Tooth # 2 is marked as Missing - Crown and Root

Tooth # 3 has the following attributes:
---Occlusal is marked as Restoration - Single - Amalgam

Tooth # 6 is marked as Crown

Tooth # 7 is marked as Crown

Tooth # 8 is marked as Crown and has the following attributes:
---Root #1 is marked as Missing - Crown and Root

Tooth # 9 is marked as Crown and has the following attributes:
---Root #1 is marked as Missing - Crown and Root

Tooth # 10 is marked as Tooth Extraction

Tooth # 11 is marked as Missing - Crown and Root

Tooth # 12 is marked as Missing - Crown and Root

Tooth # 13 is marked as Missing - Crown and Root

Tooth # 14 is marked as Missing - Crown and Root

Tooth # 15 is marked as Missing - Crown and Root

**Toledo Correctional Institution**                              8/8/2023
2001 East Central Avenue
Toledo, OH 43608                        Dental cleaning, OHI, NV:    HSR for OS #10
Main: 4197267977                               Date of Service: 6/15/2021

**BRIAN KEITH ALFORD**
Male DOB: ██████ 1957                    1871377715

Tooth # 16 has the following attributes:
---Lingual is marked as Restoration - Multisurface - Amalgam
---Mesial is marked as Restoration - Multisurface - Amalgam
---Occlusal is marked as Restoration - Multisurface - Amalgam


Tooth # 17 has the following attributes:
---Occlusal is marked as Restoration - Single - Amalgam


Tooth # 18 has the following attributes:
---Mesial is marked as Restoration - Multisurface - Amalgam
---Occlusal is marked as Restoration - Multisurface - Amalgam


Tooth # 19 has the following attributes:
---Mesial is marked as Restoration - Multisurface - Amalgam
---Distal is marked as Restoration - Multisurface - Amalgam
---Occlusal is marked as Restoration - Multisurface - Amalgam


Tooth # 21 is marked as Missing - Crown and Root


Tooth # 29 is marked as Missing - Crown and Root


Tooth # 30 is marked as Missing - Crown and Root


Tooth # 31 has the following attributes:
---Occlusal is marked as Restoration - Single - Amalgam


Tooth # 32 is marked as Missing - Crown and Root


The following teeth are unmodified:
4, 5, 20, 22, 23, 24, 25, 26, 27, 28


**Current Teeth**
Tooth # 1 is marked as Missing - Crown and Root

**Toledo Correctional Institution**                              8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    Dental cleaning, OHI, NV:    HSR for OS #10
Main: 4197267977                              Date of Service: 6/15/2021

**BRIAN KEITH ALFORD**
Male DOB: ██████ 1957            1871377715

Tooth # 2 is marked as Missing - Crown and Root

Tooth # 3 has the following attributes:
---Occlusal is marked as Restoration - Single - Amalgam

Tooth # 6 is marked as Crown

Tooth # 7 is marked as Crown

Tooth # 8 is marked as Crown and has the following attributes:
---Root #1 is marked as Missing - Crown and Root

Tooth # 9 is marked as Crown and has the following attributes:
---Root #1 is marked as Missing - Crown and Root

Tooth # 10 is marked as Tooth Extraction

Tooth # 11 is marked as Missing - Crown and Root

Tooth # 12 is marked as Missing - Crown and Root

Tooth # 13 is marked as Missing - Crown and Root

Tooth # 14 is marked as Missing - Crown and Root

Tooth # 15 is marked as Missing - Crown and Root

Tooth # 16 has the following attributes:
---Lingual is marked as Restoration - Multisurface - Amalgam
---Mesial is marked as Restoration - Multisurface - Amalgam
---Occlusal is marked as Restoration - Multisurface - Amalgam

Tooth # 17 has the following attributes:

DRC000217

**Toledo Correctional Institution**                                                  8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                         Dental cleaning, OHI, NV:    HSR for OS #10
Main: 4197267977                                                   Date of Service: 6/15/2021

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                          1871377715

---Occlusal is marked as Restoration - Single - Amalgam


Tooth # 18 has the following attributes:
---Mesial is marked as Restoration - Multisurface - Amalgam
---Occlusal is marked as Restoration - Multisurface - Amalgam


Tooth # 19 has the following attributes:
---Mesial is marked as Restoration - Multisurface - Amalgam
---Distal is marked as Restoration - Multisurface - Amalgam
---Occlusal is marked as Restoration - Multisurface - Amalgam


Tooth # 21 is marked as Missing - Crown and Root


Tooth # 29 is marked as Missing - Crown and Root


Tooth # 30 is marked as Missing - Crown and Root


Tooth # 31 has the following attributes:
---Occlusal is marked as Restoration - Single - Amalgam


Tooth # 32 is marked as Missing - Crown and Root


The following teeth are unmodified:
4, 5, 20, 22, 23, 24, 25, 26, 27, 28


**Pending**
Tooth # 10 is scheduled for Tooth Extraction


**Completed This Session**
06/15/2021 01:21:34 PM --- Prophylaxis (Cleaning) completed on All Teeth
06/15/2021 01:21:20 PM --- Oral Hygiene Instructions completed

DRC000218

**Toledo Correctional Institution**                                8/8/2023
2001 East Central Avenue
Toledo, OH 43608                         Dental cleaning, OHI, NV:    HSR for OS #10
Main: 4197267977                                  Date of Service: 6/15/2021

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**Completed Last Session**
04/14/2021 08:49:00 AM --- X-Ray - Intraoral - Single Radiographic Image completed on Tooth # 6
04/14/2021 08:48:56 AM --- X-Ray - Intraoral - Single Radiographic Image completed on Tooth # 10
04/14/2021 08:48:53 AM --- X-Ray - Bitewings - Four Films completed on All Teeth
04/14/2021 08:48:47 AM --- Oral Examination completed


**Cumulative Completed**
06/15/2021 01:21:34 PM --- Prophylaxis (Cleaning) completed on All Teeth
06/15/2021 01:21:20 PM --- Oral Hygiene Instructions completed
04/14/2021 08:49:00 AM --- X-Ray - Intraoral - Single Radiographic Image completed on Tooth # 6
04/14/2021 08:48:56 AM --- X-Ray - Intraoral - Single Radiographic Image completed on Tooth # 10
04/14/2021 08:48:53 AM --- X-Ray - Bitewings - Four Films completed on All Teeth
04/14/2021 08:48:47 AM --- Oral Examination completed



**Dental PSR**

**Sextant Score**
2    1    1
2    2    2


**SOAP Note Form**
**Subjective:**
Patient presents for dental cleaning, Temperature 96.8, 1.5% Peroxide pre-rinse.



**Objective:**
Moderate calculus, generalized BOP and gingivitis, Fair OH



**Assessment:**
PSR recorded, Gingivitis



**Plan:**
Hand scaled, cavitron w/ Pure Vac, floss, polish, OHI: pt states he only flosses his upper teeth because of
the new floss they have which is made for ortho & bridgework, recommended he us it on the lower arch

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                            Dental cleaning, OHI, NV:    HSR for OS #10
Main: 4197267977                                        Date of Service: 6/15/2021

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

tooth to avoid plaque/tartar buildup.    Discussed abscess on #10, pt is waiting until he gets out or the
tooth gets worse.    Pt needs to brush U/L anterior F/L's better to reduce gingivitis

**Schedule for Future Follow Up?**    No

Signed By: Armstrong-Hyg, Miriam at 6/15/2021 1:25:32 PM

DRC000220

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                      MED HSR
Main: 4197267977                              Date of Service: 6/3/2021

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957      1871377715

**MED HSR**


*Imported By: Kennadie Baldwin-HIT 6/9/2021 9:07:14 AM*

_____

External Attachment:

  Type:     Image
  Comment:  External Document


Signed By: Centricity, Document Manag at 6/9/2021 9:07:30 AM

1 of 1

# Health Services Request

### Petición Para Servicios de Salud

For Medical Use Only / Para Uso Medico Solamente

| | |
|---|---|
| Reviewed by: | |
| Date Received: | 6/3/21 |
| Time Received: | 440   a.m. p.m. |

| Date Of Request:<br>Fecha: | 6/3/21 | | |
|---|---|---|---|
| Inmate Name:<br>Nombre: | Alford | Number:<br>Numero: 196744 | Housing Unit:<br>Unidad: A2W1 |

**Request for:**  ☐ Medical Care / Attención Medica   ☐ Dental Care / Attención Dental   ☐ Medication Reorder / Reordenar Medicación   ☑ Medication Refill / Rellenar la Medicación

**Nature of problem:** _HCTZ - (can Fill 6/6_
Descripción del problema:

_____

_____

_____

_____

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

DRC000222

**Toledo Correctional Institution**                        8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                              MED HSR
Main: 4197267977                          Date of Service: 6/3/2021

**BRIAN KEITH ALFORD**
Male DOB: ██████, 1957      1871377715

**MED HSR**


*Imported By: Kennadie Baldwin-HIT 6/7/2021 1:21:23 PM*

_____


External Attachment:

  Type:     Image
  Comment:  External Document



Signed By: Centricity, Document Manag at 6/7/2021 1:21:31 PM

# Health Services Request

Petición Para Servicios de Salud

| For Medical Use Only / Para Uso Medico Solamente |
| --- |
| Reviewed by: |
| Date Received: 6/3/21 | Time Received: 440 a.m./p.m. |

Date Of Request:
Fecha: 6 · 3 · 21

Inmate Name:
Nombre: ALFORD

Number:
Numero: A196744

Housing Unit:
Unidad: A2W1

**Request for:**
- [ ] Medical Care / Atención Medica
- [ ] Dental Care / Atención Dental
- [ ] Medication Reorder / Reordenar Medicación
- [X] Medication Refill / Rellenar la Medicación

**Nature of problem:**
Descripción del problema:

RX# 9285209  A196744  0394
ALFORD, BRIAN        05/11/2021
POTASSIUM CHLORIDE ER 10MEQ
Refills: 4     QTY: 30

RX# 9285207  A196744  0394
ALFORD, BRIAN        05/11/2021
AMLODIPINE BESYLATE 10MG TAB!
Refills: 4     QTY: 30

Rx # 9324787  A196744  0394
ALFORD, BRIAN        5/11/2021
LATANOPROST 0.005% EYE SOLN
QTY: 2.5
Refills: 6

RX# 9292229  A196744  0394
ALFORD, BRIAN        05/14/2021
HYDROCHLOROTHIAZIDE 25MG TA
Refills: 4     QTY: 30

RX# 9184491  A196744  039
ALFORD, BRIAN        05/11/202
CYANOCOBALAMIN 1000MCG TAB!
Refills: 0     QTY: 30

RX# 9285200  A196744  0394
ALFORD, BRIAN        05/11/2021
ASPIRIN E.C. 81MG TBEC
Refills: 4     QTY: 30

RX# 9285197  A196744  0394
ALFORD, BRIAN        05/11/2021
CARVEDILOL 12.5MG TABS
Refills: 4     QTY: 30

RX# 9285197  A196744  0394
ALFORD, BRIAN        05/11/2021
CARVEDILOL 12.5MG TABS
Refills: 4     QTY: 30

Rx # 9324789  A196744  0394
ALFORD, BRIAN        5/11/2021
MINERAL OIL/WHITE PETROLATUM 20%/E
QTY: 3.5
Refills: 6

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

DRC000224

**Toledo Correctional Institution**                                          8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                         Order Form

| TEST FORM |
|---|

| | | | | |
|---|---|---|---|---|
| **Authorizing Provider:** | Candy Babb-CNP | **Service Provider:** | | |
| **Auth Provider NPI:** | 1417950718 | | | |
| **Signing Provider:** | Candy Babb-CNP | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███ 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | **Secondary Ins:** | |
| **Group:** | **Group:** | |
| **Policy:** | **Policy:** | |
| **Insured ID:** | **Insured ID:** | |

| Code | Description | Diagnoses |
|---|---|---|
| 140285 | Microalb/Creat Ratio, Randm Ur | |

**Order Number:** 2013710-5                  **Quantity:** 1
**Authorization #:**                          **Priority:** N
**Start Date:** 07/12/2021                    **End Date:** 07/12/2021
**Electronically signed by:** Candy Babb-CNP  **Signed on:** 6/3/2021 2:18:00 PM
**Instructions:**

1 of 1

DRC000225

**Toledo Correctional Institution**                                      8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                    Order Form

---

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Candy Babb-CNP | **Service Provider:** | |
| **Auth Provider NPI:** | 1417950718 | | |
| **Signing Provider:** | Candy Babb-CNP | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███ 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| Code | Description | Diagnoses |
|---|---|---|
| 235010 | Lipid Panel With LDL/HDL Ratio | |

**Order Number:** 2013710-4     **Quantity:** 1
**Authorization #:**             **Priority:** N
**Start Date:** 07/12/2021       **End Date:** 07/12/2021
**Electronically signed by:** Candy Babb-CNP     **Signed on:** 6/3/2021 2:18:00 PM
**Instructions:**

1 of 1

DRC000226

**Toledo Correctional Institution**                                          8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                          Order Form

<div align="center">

## TEST FORM

</div>

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Candy Babb-CNP | **Service Provider:** | |
| **Auth Provider NPI:** | 1417950718 | | |
| **Signing Provider:** | Candy Babb-CNP | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ▮ 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▮ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| 322000 | Comprehensive Metabolic Panel (14) | |

**Order Number:** 2013710-3                 **Quantity:** 1
**Authorization #:**                         **Priority:** N
**Start Date:** 07/12/2021                   **End Date:** 07/12/2021
**Electronically signed by:** Candy Babb-CNP  **Signed on:** 6/3/2021 2:18:00 PM
**Instructions:**

1 of 1

DRC000227

**Toledo Correctional Institution**                                          8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                       Order Form

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Candy Babb-CNP | **Service Provider:** | |
| **Auth Provider NPI:** | 1417950718 | | |
| **Signing Provider:** | Candy Babb-CNP | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ▉ 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▉ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

**Code**          **Description**                    **Diagnoses**
005009            CBC With Differential              UNSPECIFIED ESSENTIAL HYPERTENSION (ICD-
                                                     I10) ,UNSPECIFIED VIRAL HEPATITIS C WITHOUT HEPATIC
                                                     COMA  (ICD-B19.20) ,GERD (GASTROESOPHAGEAL
                                                     REFLUX DISEASE), MILD (ICD-K21.9) ,IBS (ICD-K58.9)

**Order Number:**    2013710-2                       **Quantity:** 1
**Authorization #:**                                 **Priority:** N
**Start Date:**      07/12/2021                       **End Date:** 07/12/2021
**Electronically signed by:** Candy Babb-CNP          **Signed on:** 6/3/2021 2:18:00 PM
**Instructions:**

DRC000228

**Toledo Correctional Institution**                                                        8/8/2023
**2001 East Central Avenue**
**Toledo**, OH 43608                                                                        Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Candy Babb-CNP | **Service Provider:** |
| **Auth Provider NPI:** 1417950718 | |
| **Signing Provider:** Candy Babb-CNP | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| Patient Name: | BRIAN KEITH ALFORD | DOB: | ▮▮, 1957 | Age: | 66 |
|---|---|---|---|---|---|
| Home Phone: | | Sex: | Male | SSN: | ▮▮▮▮ |
| Work Phone: | | Cell Phone: | | Patient ID: | 1871377715 |
| Resp. Provider: | | | | | |

| Primary Ins: | Secondary Ins: |
|---|---|
| Group: | Group: |
| Policy: | Policy: |
| Insured ID: | Insured ID: |

**Code**          **Description**                               **Diagnoses**
SCHCCCFU          Schedule Chronic Care Visit F/U               UNSPECIFIED ESSENTIAL HYPERTENSION (ICD-I10) ,UNSPECIFIED VIRAL HEPATITIS C WITHOUT HEPATIC COMA  (ICD-B19.20) ,GERD (GASTROESOPHAGEAL REFLUX DISEASE), MILD (ICD-K21.9) ,IBS (ICD-K58.9)

**Order Number:**          2013710-1                         **Quantity:** 1
**Authorization #:**                                        **Priority:** N
**Start Date:**            07/22/2021                        **End Date:** 07/22/2021
**Electronically signed by:** Candy Babb-CNP                 **Signed on:** 6/3/2021 2:15:06 PM
**Instructions:**          CCC HTN HCV GERD IBS Clinical Status Worse Degree of Control Fair , 60 days F/U w/ ALP

1 of 1

## Toledo Correctional Institution                              8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    ALP Chronic Care - FU HTN, HCV, GERD, IBS
Main: 4197267977                                    Date of Service: 6/3/2021

## BRIAN KEITH ALFORD
Male DOB: ████, 1957              1871377715

## Encounter Context
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 64 Years Old

## Current Vital Signs
**Date/Time Vitals were taken:**   June   3, 2021 8:28 AM
**Previous Height:** 74 (03/31/2021 5:20:22 AM)   **Previous Weight:** 205 (03/31/2021 5:20:22 AM)

**Does weight include shackles?**   Without Shackles
**Current Weight (lbs) with or without shackles:**   210   **BMI:** 27.06   **Sitting BP:**  149 / 87
**Temperature:**   96.7   **Temperature site:**   Temporal
**Pulse rate:** 65   **Pulse rhythm:**   Regular
**Respirations:**   16   **Respiration Type:**   Unlabored
       **Pulse Ox%**   98   **Room Air:**   Yes

## Nursing Chronic Care Clinic Review

## Chronic Care Clinics
Cardiac-Hypertension
Liver
General Medicine
**Medication Compliance:**       Compliant
**Reports side effects?** No
**Treatment Plan Compliance:**       Yes
**Dietary Compliance:** Yes

## Education Provided
Diet
Disease Process
Medication
**Handouts Given?** No

## Chronic Care Being Seen Today:
Cardiac / HTN
Gen Med
Liver

## Clinics
General Medicine

## HPI
**Edema** No

## General Medicine

## Toledo Correctional Institution

8/8/2023

2001 East Central Avenue
Toledo, OH 43608
Main: 4197267977

ALP Chronic Care - FU HTN, HCV, GERD, IBS
Date of Service: 6/3/2021

### BRIAN KEITH ALFORD
Male DOB: ███, 1957         1871377715

**Chronic Care Diagnosis:** GERD IBS
**Acute complaints:** No
**Adherent to treatment plan:** Yes
**Medication Side Effects** No

## Liver Disease
**Type:** Hepatitis C
**Is patient currently receiving hepatitis drug treatment?** No
Medication treatment not indicated at this time.
**Has Patient received treatment in the past?** No

**Nausea** No
**Vomiting** No
**Diarrhea** No
**Edema** No
**Abdominal pain** No
**Other Symptoms** No
**New tattoos since last CC visit?** No
**Drug use since last CC visit?** No
**Drug or Alcohol use since last CC visit?** No

## Cardiac / Hypertension
**History of coronary artery disease** No
**History of hypertension** Yes
**Comments:** FAIR CS
**History of other cardiovascular issues** No
**Chest Pain** No
**Shortness of Breath** No
**Palpitations** No
**Peripheral Edema** No
**Syncope / Dizziness** No
**Orthopnea** No
**Headache** No
**Nocturia** No
**Compliant with medication?** No
**Comments:** Clinically doesn't appear to be compliant.
**Medication side effects** No
**Patient has other acute complaints?** No

## Current Lab
**Weight:**
210
**Urine Microalbumin**
3.8 (05/09/2017 6:31:25 AM)
**LDL**

**Toledo Correctional Institution**                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    ALP Chronic Care - FU HTN, HCV, GERD, IBS
Main: 4197267977                    Date of Service: 6/3/2021

**BRIAN KEITH ALFORD**
Male DOB: ███ 1957                    1871377715

91 (04/03/2019 9:15:33 AM)
**HDL**
50 (04/03/2019 9:15:33 AM)
**AST (SGOT)**
86 (09/01/2020 3:00:00 AM)
**ALT (SGPT)**
50 (03/10/2020 1:17:00 AM)
**APRI**
1.0 (09/01/2020 3:00:00 AM)
**INR**
2.3 (11/16/2016 9:54:00 AM)
**Hemoglobin**
13.9 (08/29/2018 10:31:04 AM)
**Creatinine**
1.16 (03/10/2020 1:14:00 AM)


## Physical Examination
Neurologic

## General
Patient is alert and oriented and in no acute distress

## Cardiovascular
Regular rhythm, no murmurs or gallops.
Normal S1, S2

## Gastrointestinal
Abdomen soft, non-tender, bowel sounds present, no masses, no hepatomegaly.

## Rectal
Deferred

## Respiratory
Lungs clear to auscultation with no wheezing, rales, or rhonchi

## Neck
Neck Supple
**Adenopathy** No
**Carotid Bruits** No
**Enlarged Thyroid** No
**Thyroid nodule(s):** No
**Nuchal Rigidity** No
**JVD / HJR** No

## Musculoskeletal
Full Range of motion of all 4 extremeties without obvious deformity.

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                              ALP Chronic Care - FU HTN, HCV, GERD, IBS
Main: 4197267977                                        Date of Service: 6/3/2021

**BRIAN KEITH ALFORD**
Male DOB: ███ 1957                    1871377715

## Gait
Gait Steady and nonantalgic
Grossly intact and non focal, no tremors, no gait abnormalities, speech fluent.

## Reflexes
**Patellar** Normal

## Mental Status
Alert, oriented, answers questions appropriately

## Eyes
Full extraocular motion, sclera clear, not icteric, pupils equal and round

## Integumentary
Skin is without obvious rashes or lesions.

## Degree of Control
Cardiac/HTN
Liver
Cardiac / HTN
**Degree of control** Fair
Gen Med
**Degree of control** Good
Liver
**Degree of control** Good

### Chronic Care Follow-Up Interval

**Assessment Comments:** CCC HTN HCV GERD IBS Clinical Status Worse Degree of Control Fair , 60 days F/U w/ ALP

### Chronic Care Plan
**Overall Plan Comments:** HTN - INSTRUCTED ON HTN AND GENETICS THAT EVEN AFTER DIET CHANGES AND EXERCISE ANTI-HYPERTENSION MEDICATIONS MAY STILL BE NEEDED. PT. EDUCATED ON HTN EFFECTS ON END ORGAN SYSTEMS OF CVA, MI, ESRD, ED AND DEATH. PT. ENCOURAGED TO TAKE HTN MEDS AS DIRECTED. ADVISED TO DO CARDIO-EXERCISE OF WALKING DAILY AND TO LIMIT SALT IN DIET. LABS ORDERED.ASSESSMENT AND PLAN REVIEWED. PT. VOICES UNDERSTANDING.ADVISED TO RETURN TO MEDICAL FOR ANY NEW OR WORSENING SIGNS AND SYMPTOMS.
 HCV- Liver Disease Education discussed . Encouraged to continue coming for CCC HCV appointments and Allowing lab work. Explained this how we know HCV tx like Harvoni is needed.    Pt. advised to notify Medical Staff of yellowing of the whites of his eyes, overly itchy skin and clay colored stools. Encouraged to drink 1-2 gallons of water daily
.Assessment and plan reviewed. Pt. voices understanding. Advised to return to medical for any new or worsening signs and symptoms.
GM GERD and IBS discussed. .Assessment and plan reviewed. Pt. voices understanding. Advised to return to medical for any new or worsening signs and symptoms.
MEDICATIONS:

**Toledo Correctional Institution**                                      8/8/2023
2001 East Central Avenue
Toledo, OH 43608                        ALP Chronic Care - FU HTN, HCV, GERD, IBS
Main: 4197267977                                   Date of Service: 6/3/2021

**BRIAN KEITH ALFORD**
Male DOB: ███ 1957              1871377715

CYANOCOBALAMIN 1000MCG TABLET(S)1QD
CARVEDILOL 12.5MG TABLET(S)1BID
ASPIRIN E.C. 81MG TABLET(S)1QD
AMLODIPINE BESYLATE 10MG TABLET(S)1QD
HYDROCHLOROTHIAZIDE 25MG TABLET
(S)1QD
POTASSIUM CHLORIDE ER 10MEQ TABLET(S)1QD
LATANOPROST 0.005% DROP(S) 1GTT INTO OS QPM    MINERAL OIL/WHITE
PETROLATUM20%/80% OINTMENT APPLY QUARTER INCH STRIP TOOS BID PRN


**Education Provided**
Disease process
Diet
Exercise
Medication management
Treatment plan
Test results
**Education:** Avoid tobacco use, Patient advised against sex in prison and to avoid tattoos, Advised
against drug and alcohol use while incarcerated, Instructed on good hygiene and proper hand washing
**New Orders**
Schedule Chronic Care Visit F/U [SCHCCCFU]
CBC With Differential [005009]
Comprehensive Metabolic Panel (14) [322000]
Lipid Panel With LDL/HDL Ratio [235010]
Microalb/Creat Ratio, Randm Ur [140285]


Signed By: Babb-CNP, Candy at 6/3/2021 2:18:20 PM

**ODRC**                                                                       8/8/2023

,                                                                    Vitamin B12
                                                          Date of Service: 5/14/2021

**BRIAN KEITH ALFORD**
Male DOB: ████ 1957                         1871377715

```
Patient: BRIAN  ALFORD
ID: 1100 13430500830
Note: All result statuses are Final unless otherwise noted.
Patient Note: PATIENT WAS FASTING
Tests: (1) Vitamin B12 (001503)
  Vitamin B12              517 pg/mL                    232-1245
Note: An exclamation mark (!) indicates a result that was not
dispersed into the flowsheet.
Document Creation Date: 05/15/2021 9:32 AM
```
_____
```
(1) Order result status: Final
Collection or observation date-time: 05/14/2021 07:19
Requested date-time:
Receipt date-time: 05/14/2021 00:00
Reported date-time: 05/15/2021 09:06
Referring Physician:
Ordering Physician: L PORTER-MD (10195513)
Specimen Source:
Source: 1100
Filler Order Number: 13430500830 LAB
Lab site: Performed At:  01, LabCorp Dublin 6370 Wilcox Road  Dublin,
OH 430161269 Vincent Ricchiuti PhD      Phone:  8002827300
-----------------
The following results were not dispersed to the flowsheet:
  Vitamin B12, 517 pg/mL, (F)
```

Signed By: Porter-MD, Lawrence at 5/19/2021 4:08:29 PM

1 of 1

**Toledo Correctional Institution**                                      8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                          MED HSR
Main: 4197267977                                    Date of Service: 5/7/2021

**BRIAN KEITH ALFORD**
Male DOB: ███████, 1957        1871377715

**MED HSR**


*Imported By: Kennadie Baldwin-HIT 5/13/2021 12:42:41 PM*

_____


External Attachment:

  Type:      Image
  Comment:   External Document



Signed By: Centricity, Document Manag at 5/13/2021 12:43:01 PM

# Health Services Request
## Petición Para Servicios de Salud

For Medical Use Only / Para Uso Medico Solamente

Reviewed by: _____

Date Received: 5/9/21

Time Received: 2345 a.m./p.m.

Date Of Request:
Fecha: 5-7-21

Inmate Name:
Nombre: ALFORD

Number:
Numero: A196744

Housing Unit:
Unidad: A2W1

Request for:  ☐ Medical Care / Atención Medica   ☐ Dental Care / Atención Dental   ☒ Medication Reorder / Reordenar Medicación   ☐ Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema:

RX# 9184491 A196744 0394
ALFORD, BRIAN 04/12/2021
CYANOCOBALAMIN 1000MCG TABS
Refills: 1   QTY: 30

RX# 9285207 A196744 0394
ALFORD, BRIAN 04/12/2021
AMLODIPINE BESYLATE 10MG TAB
Refills: 5   QTY: 30

RX# 9292229 A196744 0394
ALFORD, BRIAN 04/20/2021
HYDROCHLOROTHIAZIDE 25MG TA
Refills: 5   QTY: 30

RX# 9285209 A196744 0394
ALFORD, BRIAN 04/12/2021
POTASSIUM CHLORIDE ER 10MEQ
Refills: 5   QTY: 30

RX# 9285197 A196744 0394
ALFORD, BRIAN 04/12/2021
CARVEDILOL 12.5MG TABS
Refills: 5   QTY: 30

RX# 9285197 A196744 0394
ALFORD, BRIAN 04/12/2021
CARVEDILOL 12.5MG TABS
Refills: 5   QTY: 30

RX# 9285200 A196744 0394
ALFORD, BRIAN 04/12/2021
ASPIRIN E.C. 81MG TBEC
Refills: 5   QTY: 30

Rx # 9285203 A196744 0394
ALFORD, BRIAN 4/12/2021
LATANOPROST 0.005% EYE SOLN
Refills: 6   QTY: 2.5

Rx # 9147637 A196744 0394
ALFORD, BRIAN 4/12/2021
MINERAL OIL/WHITE PETROLATUM 20%/
Refills: 0   QTY: 3.5

*Place This Slip In Medical Services Request Box*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

DRC000237

**Toledo Correctional Institution**                                         8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                         Order Form

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Thomas Shoemaker-OD | **Service Provider:** | |
| **Auth Provider NPI:** | 1346318235 | | |
| **Signing Provider:** | Thomas Shoemaker-OD | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ▇ 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▇ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| Code | Description | Diagnoses |
|---|---|---|
| SCHOPT | Schedule with Optometry | GLAUCOMA SUSPECT, LEFT (ICD-H40.002) |
| **Order Number:** 1909524-1 | | **Quantity:** 1 |
| **Authorization #:** | | **Priority:** N |
| **Start Date:** 10/25/2021 | | **End Date:** 10/25/2021 |
| **Electronically signed by:** Thomas Shoemaker-OD | | **Signed on:** 4/28/2021 8:59:04 AM |
| **Instructions:** IOP check. | | |

DRC000238

**Toledo Correctional Institution**                              8/8/2023
2001 East Central Avenue
Toledo, OH 43608                           Optometry Comprehensive Exam
Main: 4197267977                            Date of Service: 4/28/2021

**BRIAN KEITH ALFORD**
Male DOB: ████ 1957              1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 64 Years Old

**Optometry - Ophthalmology Exam**
**PO Hx:** pt says eyes are scratchy, dry, irritated and red.      always wanting to rub them.    pt states ALP gave him some cipro which only helped very minimally.
**VA cc 20 <:**  20 rt, 40 left
**GAT:**  12-13 Rt and Left

**Pupils:**   Round and Reactive OU
**Diagnostic Drops:**   Fluress/equivalent
TAG tonopen values are in mmHg

**External**

**OD (Right Eye)**
**Cornea:**   nl; Normal
        **Comments:**   No staining.
**Cornea & Conjuctiva:**   nl; Normal
**Blood Vessels of Conjuctiva:**   nl; Normal
**Conjuctiva:**   nl; Normal
        **Comments:**   TP= very clear OD
**Anterior Chamber (AC):**   DQ (Deep and Quiet) aka Normal
**Angles:**   X
**Iris:**   nl; Normal
**Lens:**   nl; Normal

**OS (Left Eye)**
**Eyelids:**   nl; Normal
**Cornea:**   nl; Normal
        **Comments:**   grade 2 diffuse and moderate depth SPK with smile SPK also more heavily inferirorly, faint keel shaped scar consistent with past.
**Cornea & Conjuctiva:**   nl; Normal
**Blood Vessels of Conjuctiva:**   nl; Normal
**Conjuctiva:**   nl; Normal
        **Comments:**   TP- unable to evert OS.
**Anterior Chamber (AC):**   DQ (Deep and Quiet) aka Normal
**Angles:**   X
**Iris:**   nl; Normal
**Lens:**   nl; Normal
        **Comments:**   IOL.

**Internal**

**OD (Right Eye)**
**Macula:**   nl; Normal
**Retina:**   nl; Normal
**Retina:**   nl; Normal

**Toledo Correctional Institution**                                      8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                      Optometry Comprehensive Exam
Main: 4197267977                                      Date of Service: 4/28/2021

**BRIAN KEITH ALFORD**
Male DOB: ███ 1957                    1871377715

**Vessel:**   nl; Normal
**Vitreous:**   nl; Normal
**Periphery:**   nl; Normal
     **Comments:**   mild periph scarring
nl; Normal
**Optic Discs:**   nl; Normal
     **C/D Findings:**   0.65

**OS (Left Eye)**
**Macula:**   nl; Normal
**Retina:**   nl; Normal
**Retina:**   nl; Normal
**Vessel:**   nl; Normal
**Vitreous:**   nl; Normal
**Periphery:**   nl; Normal
     **Comments:**   mod periph scarring
nl; Normal
**Optic Discs:**   nl; Normal
     **C/D Findings:**   0.65

**Assessment**
**Glaucoma:**   with Controlled IOP
**Comments:**   Dry eye - left eye.


**Plan**
**Orders Added/Modified**
Added new Test order of Schedule with Optometry (SCHOPT) - Signed
**Comments:**   Pt to cotninue with Latanoprost qPM OU.    Pt ed no evidence of infection or ocular
allergies but that left eye does show being very dry.      Ordering Lacrilube for use BID OU as needed x 2
months.   IOP check in 6 months.


**Optical Services Physician Orders**
.

**Right Eye**

**Left Eye**
**Pupillary Distance or Decentration**
**Near PD**

**Decentration**

**Add Ons**

**Toledo Correctional Institution**                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                        Optometry Comprehensive Exam
Main: 4197267977                         Date of Service: 4/28/2021

**BRIAN KEITH ALFORD**
Male DOB: ████ 1957              1871377715


Signed By: Shoemaker-OD, Thomas at 4/28/2021 8:59:25 AM

**Toledo Correctional Institution**                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                        MED HSR
Main: 4197267977                         Date of Service: 4/8/2021

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957      1871377715

**MED HSR**


*Imported By: Kennadie Baldwin-HIT 4/20/2021 9:50:22 AM*

_____

External Attachment:

  Type:     Image
  Comment:  External Document


Signed By: Centricity, Document Manag at 4/20/2021 9:50:31 AM

DRC000242

# Health Services Request

Petición Para Servicios de Salud

For Medical Use Only / Para Uso Medico Solamente

Reviewed by:

Date Received:  7/9/21

Time Received:  4/10   a.m./p.m.

Date Of Request:
Fecha:  4·8·21

Inmate Name:
Nombre:  ALFORD

Number:
Numero:  A196-744

Housing Unit:
Unidad:  A2W1

Request for:
Petición Para:
- ☐ Medical Care / Atención Medica
- ☐ Dental Care / Attención Dental
- ☒ Medication Reorder / Reordenar Medicación
- ☒ Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema:



Filled on 4-19-2021 JR

Filled 4/9

Place This Slip I
Ponga en la Caja de

DRC 5373 (Rev. 08/07)

DRC000243

**Toledo Correctional Institution**                                   8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                      MED HSR
Main: 4197267977                            Date of Service: 4/8/2021

**BRIAN KEITH ALFORD**
Male DOB: ████ , 1957      1871377715

**MED HSR**


*Imported By: Kennadie Baldwin-HIT 4/14/2021 9:05:19 AM*

---

External Attachment:

  Type:      Image
  Comment:   External Document


Signed By: Centricity, Document Manag at 4/14/2021 9:05:30 AM

# Health Services Request

Petición Para Servicios de Salud

| For Medical Use Only / Para Uso Medico Solamente |
|---|
| Reviewed by: |
| Date Received: 4/8/21 | Time Received: a.m./p.m. |

Date Of Request:
Fecha: 4-8-21

Inmate Name:
Nombre: ALFORD

Number:
Numero: A 196-744

Housing Unit:
Unidad: A2-W1

Request for:
☒ Medical Care
    Attención Medica
☐ Dental Care
    Attención Dental
☐ Medication Reorder
    Reordenar Medicación
☐ Medication Refill
    Rellenar la Medicación

Nature of problem: NEED TEETH CLEANED
Descripción del problema: POSSIBLE FILLING / CAVITY

Date Rec'd 2-12-21
Time Rec'd
Initials JS

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

DRC000245

**Toledo Correctional Institution**                                      8/8/2023
**2001 East Central Avenue**
**Toledo**, OH 43608                                                     Order Form

| TEST FORM |
|---|

| Authorizing Provider: | Thomas Olszewski-DDS | Service Provider: | ODRC |
|---|---|---|---|
| **Auth Provider NPI:** | 1689886954 | | |
| **Signing Provider:** | Thomas Olszewski-DDS | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| Patient Name: | BRIAN KEITH ALFORD | DOB: | █████, 1957 | Age: | 66 |
|---|---|---|---|---|---|
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ████████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| Primary Ins: | | Secondary Ins: | |
|---|---|---|---|
| **Group:** | | **Group:** | |
| **Policy:** | | **Policy:** | |
| **Insured ID:** | | **Insured ID:** | |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| DENTCLEAN | Dental Cleaning | |

**Order Number:** 1870556-2                                    **Quantity:** 1
**Authorization #:**                                           **Priority:** N
**Start Date:** 06/15/2021                                     **End Date:**
**Electronically signed by:** Thomas Olszewski-DDS             **Signed on:** 4/14/2021 8:55:24 AM
**Instructions:**

1 of 1

**Toledo Correctional Institution**                                 8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    comp exam, 4 BWs, 2 PAs,      N/V proph, HSR for extrac
Main: 4197267977                                Date of Service: 4/14/2021

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957              1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 64 Years Old

**Dental Visit**
**Inmate Arrive/Present for Dental Services?:**   Yes
**Inmate agrees to receive dental services?:**   Yes
**Referral Source:**   Provider
**Seen by** Dentist
**Chief Complaint:**   comp exam

**Clinical Summary**
**Allergies:**   * Synalgos-DC, * BACTRIM DS.

**Active Medications:**

**Active Problems:** Perennial allergic rhinitis (ICD-477.9) (ICD10-J30.89), Peripheral neuropathy (ICD-356.9) (ICD10-G60.9), Strain of muscle, fascia and tendon of lower back, initial encounter (ICD-848.8) (ICD10-S39.012A), Strain of unspecified muscle, fascia and tendon at shoulder and upper arm level, right arm, initial encounter (ICD-840.9) (ICD10-S46.911A), Contusion of left forearm, initial encounter (ICD-923.10) (ICD10-S50.12xA), Contusion of left hip, initial encounter (ICD-924.01) (ICD10-S70.02xA), B12 deficiency (ICD-266.2) (ICD10-E53.8), GERD (gastroesophageal reflux disease), mild (ICD-530.81) (ICD10-K21.9), Glaucoma suspect, left (ICD-365.00) (ICD10-H40.002), Abdominal discomfort (ICD-789.00) (ICD10-R10.9), Ear pain, left (ICD-388.70) (ICD10-H92.02), Ear wax (ICD-380.4) (ICD10-H61.20), Abdominal pain, left lower quadrant (ICD-789.04) (ICD10-R10.32), Abdominal pain, left upper quadrant (ICD-789.02) (ICD10-R10.12), Otalgia, right (ICD-388.70) (ICD10-H92.01), Acute bilateral otitis media (ICD-382.9) (ICD10-H66.93), Viral syndrome (ICD-079.99) (ICD10-B97.89), Seasonal allergies (ICD-477.9) (ICD10-J30.2), IBS (ICD-564.1) (ICD10-K58.9), Lateral epicondylitis, left (ICD-726.32) (ICD10-M77.12), Unspecified viral hepatitis C without hepatic coma    (ICD-070.70) (ICD10-B19.20), Unspecified essential hypertension (ICD-401.9) (ICD10-I10), Other states following surgery of eye and adnexa    (ICD-V45.69) (ICD10-Z98.83), Unspecified infective arthritis, site unspecified (ICD-711.90) (ICD10-M01.x0), Other cataract    (ICD-366.8) (ICD10-H26.8), Spasm of muscle (ICD-728.85), Cervical spondylosis with myelopathy    (ICD-721.1) (ICD10-M47.12), Benign localized hyperplasia of prostate without urinary obstruction and other lower urinary tract symptoms [LUTS] (ICD-600.20) (ICD10-N40.0), Intervertebral lumbar disc disorder with myelopathy, lumbar region (ICD-722.73) (ICD10-M51.06), Allergic rhinitis, cause unspecified    (ICD-477.9), Unspecified dermatomycosis    (ICD-111.9) (ICD10-B36.9), Lattice degeneration of peripheral retina    (ICD-362.63) (ICD10-H35.419), Carpal tunnel syndrome    (ICD-354.0) (ICD10-G56.00), Injury to ulnar nerve (ICD-955.2), Allergic rhinitis due to other allergen    (ICD-477.8), Unspecified subjective visual disturbance (ICD-368.10) (ICD10-H53.10), Routine general medical examination at health care facility    (ICD-V70.0).

**Open Orders:** Schedule with Optometry [SCHOPT], Vitamin B12 [001503], Schedule Chronic Care Visit F/U [SCHCCCFU], Dental Comprehensive Exam [DENTCOMPEX], Dental Cleaning [DENTCLEAN].

**Education**

*Generated: 04/14/2021 08:49:22*

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          comp exam, 4 BWs, 2 PAs,    N/V proph, HSR for extrac
Main: 4197267977                                    Date of Service: 4/14/2021

**BRIAN KEITH ALFORD**
Male DOB: ██████, 1957                    1871377715


**Current Teeth**
Tooth # 1 is marked as Missing - Crown and Root


Tooth # 2 is marked as Missing - Crown and Root


Tooth # 3 has the following attributes:
---Occlusal is marked as Restoration - Single - Amalgam


Tooth # 6 is marked as Crown


Tooth # 7 is marked as Crown


Tooth # 8 is marked as Crown and has the following attributes:
---Root #1 is marked as Missing - Crown and Root


Tooth # 9 is marked as Crown and has the following attributes:
---Root #1 is marked as Missing - Crown and Root


Tooth # 10 is marked as Tooth Extraction


Tooth # 11 is marked as Missing - Crown and Root


Tooth # 12 is marked as Missing - Crown and Root


Tooth # 13 is marked as Missing - Crown and Root


Tooth # 14 is marked as Missing - Crown and Root


Tooth # 15 is marked as Missing - Crown and Root


Tooth # 16 has the following attributes:
---Lingual is marked as Restoration - Multisurface - Amalgam

DRC000248

**Toledo Correctional Institution**                                     8/8/2023
2001 East Central Avenue
Toledo, OH 43608                       comp exam, 4 BWs, 2 PAs,     N/V proph, HSR for extrac
Main: 4197267977                                      Date of Service: 4/14/2021

**BRIAN KEITH ALFORD**
Male DOB: ███ 1957              1871377715

---Mesial is marked as Restoration - Multisurface - Amalgam
---Occlusal is marked as Restoration - Multisurface - Amalgam


Tooth # 17 has the following attributes:
---Occlusal is marked as Restoration - Single - Amalgam


Tooth # 18 has the following attributes:
---Mesial is marked as Restoration - Multisurface - Amalgam
---Occlusal is marked as Restoration - Multisurface - Amalgam


Tooth # 19 has the following attributes:
---Mesial is marked as Restoration - Multisurface - Amalgam
---Distal is marked as Restoration - Multisurface - Amalgam
---Occlusal is marked as Restoration - Multisurface - Amalgam


Tooth # 21 is marked as Missing - Crown and Root


Tooth # 29 is marked as Missing - Crown and Root


Tooth # 30 is marked as Missing - Crown and Root


Tooth # 31 has the following attributes:
---Occlusal is marked as Restoration - Single - Amalgam


Tooth # 32 is marked as Missing - Crown and Root


The following teeth are unmodified:
4, 5, 20, 22, 23, 24, 25, 26, 27, 28


**Pending**
Prophylaxis (Cleaning) is scheduled to be performed
Tooth # 10 is scheduled for Tooth Extraction

DRC000249

**Toledo Correctional Institution**                           8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    comp exam, 4 BWs, 2 PAs,     N/V proph, HSR for extrac
Main: 4197267977                                Date of Service: 4/14/2021

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957              1871377715

**Completed This Session**
04/14/2021 08:49:00 AM --- X-Ray - Intraoral - Single Radiographic Image completed on Tooth # 6
04/14/2021 08:48:56 AM --- X-Ray - Intraoral - Single Radiographic Image completed on Tooth # 10
04/14/2021 08:48:53 AM --- X-Ray - Bitewings - Four Films completed on All Teeth
04/14/2021 08:48:47 AM --- Oral Examination completed

**Cumulative Completed**
04/14/2021 08:49:00 AM --- X-Ray - Intraoral - Single Radiographic Image completed on Tooth # 6
04/14/2021 08:48:56 AM --- X-Ray - Intraoral - Single Radiographic Image completed on Tooth # 10
04/14/2021 08:48:53 AM --- X-Ray - Bitewings - Four Films completed on All Teeth
04/14/2021 08:48:47 AM --- Oral Examination completed

**Dental Intra/Extra Oral Findings**
**Intra-Oral Findings:** wnl
**Extra-Oral Findings:** wnl
**Oral Cancer Screening Findings:** wnl
**Follow-up Required?** No

**Treatment Priorities**
**EXTRACTIONS:** 2
**PERIODONTAL:** 1

**SOAP Note Form**
**Summary of SOAP Note:**    comp exam
**Subjective:**
pt presented for comp exam

**Objective:**
abscess #10

**Assessment:**
extraction #10 indicated, pt wants to think about it, tx would be either cut #10 off bridge or cut off #8-9-10
and make a partial

**Plan:**
comp exam, oral cancer screen wnl, 4 BWs, 2 PAs

DRC000250

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    comp exam, 4 BWs, 2 PAs,     N/V proph, HSR for extrac
Main: 4197267977                                    Date of Service: 4/14/2021

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957            1871377715

pt to floss better

**Schedule for Future Follow Up?**    Yes

**Orders:**
Added new Test order of Dental Cleaning (DENTCLEAN) - Signed


Signed By: Olszewski-DDS, Thomas at 4/14/2021 8:56:42 AM

DRC000251

**Toledo Correctional Institution**                                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                      Comp ex for prophy/4 BW
Main: 4197267977                                   Date of Service: 4/14/2021

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                        1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 64 Years Old

**Clinical Lists Changes**

**Orders:**
Added new Test order of Dental Comprehensive Exam (DENTCOMPEX) - Signed

Signed By: Smith-DA, Jessica at 4/14/2021 6:56:37 AM

**Toledo Correctional Institution**                                        8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                       Order Form

## TEST FORM

| | | | | |
|---|---|---|---|---|
| **Authorizing Provider:** | Thomas Olszewski-DDS | **Service Provider:** | | |
| **Auth Provider NPI:** | 1689886954 | | | |
| **Signing Provider:** | Jessica Smith-DA | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| DENTCOMPEX | Dental Comprehensive Exam | |

**Order Number:** 1869916-1                     **Quantity:** 1
**Authorization #:**                            **Priority:** N
**Start Date:** 04/14/2021                       **End Date:** 04/14/2021
**Electronically signed by:** Jessica Smith-DA   **Signed on:** 4/14/2021 6:56:35 AM
**Instructions:**

1 of 1

DRC000253

**Toledo Correctional Institution**                                      8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    ALP Sick Call-F/U Peripheral Neuropathy/Need for Boots
Main: 4197267977                                      Date of Service: 3/31/2021

**BRIAN KEITH ALFORD**
Male DOB: ████ 1957              1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

**Current Vital Signs**
**Date/Time Vitals were taken:**  March 31, 2021 11:42 AM
**Previous Height:** 74 (02/11/2021 11:54:48 AM)   **Previous Weight:** 208 (03/19/2021 6:55:33 AM)

**Does weight include shackles?**  Without Shackles
**Current Weight (lbs) with or without shackles:**  205   **Current Height (in.):**  74
   **BMI:** 26.42   **Sitting BP:**  145 / 95
**Temperature:**  96.8   **Temperature site:**  Temporal
**Pulse rate:** 69   **Pulse rhythm:**  Regular
**Respirations:**  16   **Respiration Type:**  Unlabored
   **Pulse Ox%**  98   **Room Air:**  Yes
**Skin Turgor:**  good
**Capillary Refill:** normal

**HPI**
**History of presenting illness:** WD WN 63 yo AA male presents for discussion of boots to purchase for support of feet due to
peripheral neuropathy discomfort. Pt. has also been advised boots other than those for medical reasons are not allowed in the institution. Pt. advised mail room attendant Watkins has been emailed about need for medical boots just like what he is wearing,but in size 12 EEE width. Pt. advised he will be notified by kite as to the final decision on medical booted from Ms.Watkins. .Assessment and plan reviewed. Pt. voices understanding. Advised to return to medical for any new or worsening signs and symptoms.
**Is there another issue?** No

**Assessment**
**Active Problems:**   11/18/2020 Peripheral neuropathy (ICD-356.9) (ICD10-G60.9)
Bilat Feet

**Plan**
**Is this visit related to Pandemic?** No
**Is this patient a COVID-19 POSITIVE patient?** No
See HPI.
Return to Clinic PRN

**New Orders**

Signed By: Babb-CNP, Candy at 3/31/2021 11:56:24 AM

DRC000254

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    ALP Sick Call-F/U Peripheral Neuropathy/Need for Boots
Main: 4197267977                                    Date of Service: 3/31/2021

**BRIAN KEITH ALFORD**
Male DOB: █████, 1957                    1871377715

**Toledo Correctional Institution**                        8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                          MED HSR
Main: 4197267977                        Date of Service: 3/24/2021

**BRIAN KEITH ALFORD**
Male DOB: ███████, 1957      1871377715

**MED HSR**


*Imported By: Kennadie Baldwin-HIT 3/24/2021 11:23:16 AM*

---

External Attachment:

  Type:      Image
  Comment:   External Document


Signed By: Centricity, Document Manag at 3/24/2021 11:23:30 AM

# Health Services Request

Petición Para Servicios de Salud

| | |
|---|---|
| Reviewed by: | |
| Date Received: | Time Received: a.m./p.m. |

| Date Of Request: Fecha: | 3·22-21 | |
|---|---|---|

| Inmate Name: Nombre: | ALFORD | Number: Numero: | M 196744 | Housing Unit: Unidad: | A2W] |

Request for:  ☐ Medical Care / Attención Medica   ☐ Dental Care / Attención Dental   ☐ Medication Reorder / Reordenar Medicación   ☐ Medication Refill / Rellenar la Medicación

Nature of problem: STILL WRITING FOR HYDROCHLOROTHIAZIDE
Descripción del problema: IM OUT

N.O. 3.24.21
MN

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

DRC000257

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                    Discuss boots or shoes
Main: 4197267977                              Date of Service: 3/19/2021

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

**Clinical Lists Changes**

**Orders:**
Added new Test order of Schedule with Advanced Level Provider (SCHMEDALP) - Signed

Signed By: Wumer-LPN, Hannah at 3/19/2021 12:12:14 PM

**Toledo Correctional Institution**                                                    8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                                   Order Form

## TEST FORM

| | | | | |
|---|---|---|---|---|
| **Authorizing Provider:** | Candy Babb-CNP | **Service Provider:** | | |
| **Auth Provider NPI:** | 1417950718 | | | |
| **Signing Provider:** | Hannah Wumer-LPN | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ▮▮▮ 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▮▮▮▮ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |
| **Primary Ins:** | | **Secondary Ins:** | | |
| **Group:** | | **Group:** | | |
| **Policy:** | | **Policy:** | | |
| **Insured ID:** | | **Insured ID:** | | |

| Code | Description | Diagnoses |
|---|---|---|
| SCHMEDALP | Schedule with Advanced Level Provider | |

**Order Number:** 1801954-1                                    **Quantity:** 1
**Authorization #:**                                           **Priority:** N
**Start Date:** 03/19/2021                                     **End Date:** 03/19/2021
**Electronically signed by:** Hannah Wumer-LPN                 **Signed on:** 3/19/2021 12:12:05 PM
**Instructions:** Discuss boots/shoes

1 of 1

DRC000259

**Toledo Correctional Institution**                                        8/8/2023
**2001 East Central Avenue**
**Toledo**, **OH 43608**                                                   Order Form

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Candy Babb-CNP | **Service Provider:** | |
| **Auth Provider NPI:** | 1417950718 | | |
| **Signing Provider:** | Candy Babb-CNP | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ▓▓ 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▓▓▓▓ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | **Secondary Ins:** | |
| **Group:** | **Group:** | |
| **Policy:** | **Policy:** | |
| **Insured ID:** | **Insured ID:** | |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| SCHMEDALP | Schedule with Advanced Level Provider | PERIPHERAL NEUROPATHY (ICD-G60.9) |

| | | | |
|---|---|---|---|
| **Order Number:** | 1803151-1 | **Quantity:** | 1 |
| **Authorization #:** | | **Priority:** | N |
| **Start Date:** | 03/31/2021 | **End Date:** | 03/31/2021 |
| **Electronically signed by:** | Candy Babb-CNP | **Signed on:** | 3/19/2021 4:52:43 PM |
| **Instructions:** | F/U Peripheral neuropathy need for Boots in 10 days w/ALP. | | |

1 of 1

**Toledo Correctional Institution**                                      8/8/2023
2001 East Central Avenue
Toledo, OH 43608                           ALP Sick Call *address shoe/boot issue
Main: 4197267977                              Date of Service: 3/19/2021

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

## Current Vital Signs
**Date/Time Vitals were taken:**  March 19, 2021 12:11 PM
**Previous Height:** 74 (02/11/2021 11:54:48 AM)    **Previous Weight:** 209 (03/16/2021 6:52:06 AM)

**Does weight include shackles?**  Without Shackles
**Current Weight (lbs) with or without shackles:**   208   **BMI:** 26.80   **Sitting BP:**  149 **/** 88
**Temperature:**  96.8    **Temperature site:**  Temporal
**Pulse rate:** 68    **Pulse rhythm:**  Regular
**Respirations:**  16   **Respiration Type:**  Unlabored
    **Pulse Ox%**  98   **Room Air:**  Yes

## HPI
**History of presenting illness:** WD WN 63 yo AA male presents for discussion of boots to purchase for support of feet due to
peripheral neuropathy discomfort. Pt advised this ALP will be in communication w/ Dr. Porter since
he is in process of getting this matter solved. Pt. advised he will be contacted within 2 weeks for further
F/U. .Assessment and plan reviewed. Pt. voices understanding.
Advised to return to medical for any new or worsening signs and symptoms.
**Is there another issue?** No

## Assessment
**Active Problems:**   11/18/2020 Peripheral neuropathy (ICD-356.9) (ICD10-G60.9)

## Plan
**Is this visit related to Pandemic?** No
**Is this patient a COVID-19 POSITIVE patient?** No
See HPI.

## New Orders
**New Orders:**
Schedule with Advanced Level Provider [SCHMEDALP]

Signed By: Babb-CNP, Candy at 3/19/2021 4:53:02 PM

**Toledo Correctional Institution**                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                       MED HSR
Main: 4197267977                    Date of Service: 3/16/2021

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957      1871377715

**MED HSR**


*Imported By: Kennadie Baldwin-HIT 3/16/2021 8:38:46 AM*

---

External Attachment:

  Type:     Image
  Comment:  External Document


Signed By: Centricity, Document Manag at 3/16/2021 8:40:18 AM

1 of 1

# Health Services Request
## Petición Para Servicios de Salud

For Medical Use Only / Para Uso Medico Solamente

Reviewed by:

Date Received: 3/9/21    Time Received: 2:345    a.m./p.m.

Date Of Request:
Fecha: 3-9-21

Inmate Name:
Nombre: ALFORD

Number:
Numero: A196744

Housing Unit:
Unidad: A2W1

Request for:
- ☐ Medical Care / Atención Medica
- ☐ Dental Care / Atención Dental
- ☒ Medication Reorder / Reordenar Medicación
- ☒ Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema:

RX# 9166250  A196744  0394
ALFORD, BRIAN  02/17/2021
CARVEDILOL 12.5MG TABS
Refills: 0    QTY: 30

RX# 9166253  A196744  0394
ALFORD, BRIAN  02/17/2021
ASPIRIN E.C. 81MG TBEC
Refills: 0    QTY: 30

RX# 9166254  A196744  0394
ALFORD, BRIAN  02/17/2021
AMLODIPINE BESYLATE 10MG TABS
Refills: 0    QTY: 30

RX# 9166257  A196744  0394
ALFORD, BRIAN  02/17/2021
HYDROCHLOROTHIAZIDE 25MG TA
Refills: 0    QTY: 30

RX# 9166258  A196744  0394
ALFORD, BRIAN  02/17/2021
POTASSIUM CHLORIDE ER 10MEQ
Refills: 0    QTY: 30

Rx # 9184491  A196744  0394
ALFORD, BRIAN  02/17/2021
CYANOCOBALAMIN 1000MCG TABS
Refills: 3    QTY: 30

Rx # 9147635  A196744  0394
ALFORD, BRIAN  2/17/2021
LATANOPROST 0.005% EYE SOLN
Refills: 0    QTY: 2.5

Rx # 9147637  A196744  0394
ALFORD, BRIAN  2/17/2021
MINERAL OIL/WHITE PETROLATUM 20%/5
Refills: 2    QTY: 3.5

RX# 9166250  A196744  0394
ALFORD, BRIAN  02/17/2021
CARVEDILOL 12.5MG TABS
Refills: 0    QTY: 30

3/10

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

CMC 5373 (Rev. 08/07)

order exp 03/31/21

Please write new orders
for x'd items

Complete Thanks
expire on 03/31/21.
no Refills Remain

3/15/21

DRC000263

**Toledo Correctional Institution**                                                    8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                                Order Form

| TEST FORM |
|---|

| | | | | | |
|---|---|---|---|---|---|
| **Authorizing Provider:** | Candy Babb-CNP | **Service Provider:** | | | |
| **Auth Provider NPI:** | 1417950718 | | | | |
| **Signing Provider:** | Candy Babb-CNP | | | | |
| **Phone:** | | **Phone:** | | | |
| **Fax:** | | **Fax:** | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ▇ 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▇ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | **Secondary Ins:** | |
| **Group:** | **Group:** | |
| **Policy:** | **Policy:** | |
| **Insured ID:** | **Insured ID:** | |

| Code | Description | Diagnoses |
|---|---|---|
| SCHCCCFU | Schedule Chronic Care Visit F/U | UNSPECIFIED ESSENTIAL HYPERTENSION (ICD-I10) ,GERD (GASTROESOPHAGEAL REFLUX DISEASE), MILD (ICD-K21.9) |

**Order Number:** 1792517-1                                      **Quantity:** 1
**Authorization #:**                                              **Priority:** N
**Start Date:** 06/03/2021                                       **End Date:**
**Electronically signed by:** Candy Babb-CNP                      **Signed on:** 3/16/2021 3:53:53 PM
**Instructions:**                CCC HTN HCV GERD IBS Clinical Status Worse Degree of Control Fair , 60 days F/U w/ ALP

1 of 1

DRC000264

**Toledo Correctional Institution**                              8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    ALP Chronic Care - Follow-Up *HTN, HCV, GERD, IBS
Main: 4197267977                                  Date of Service: 3/16/2021

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957              1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

**Current Vital Signs**
**Date/Time Vitals were taken:**  March 16, 2021 12:02 PM
**Previous Height:** 74 (02/11/2021 11:54:48 AM)    **Previous Weight:** 214 (02/18/2021 5:51:05 AM)

**Does weight include shackles?**  Without Shackles
**Current Weight (lbs) with or without shackles:**  209    **BMI:** 26.93    **Sitting BP:**  129 / 79
**Temperature:**  97.3    **Temperature site:**  Temporal
**Pulse rate:** 80    **Pulse rhythm:**  Regular
**Respirations:**  16    **Respiration Type:**  Unlabored
    **Pulse Ox%**  100    **Room Air:** Yes


**Nursing Chronic Care Clinic Review**

**Chronic Care Clinics**
Cardiac-Hypertension
Liver
General Medicine
**Medication Compliance:**     Compliant
**Percent Compliant** 100 %
**Reports side effects?** No
**Treatment Plan Compliance:**     Yes
**Dietary Compliance:** Yes

**Education Provided**
Diet
Disease Process
Exercise
Tobacco Cessation
ETOH Cessation
Medication
**Handouts Given?** No


**Chronic Care Being Seen Today:**
Cardiac / HTN
Gen Med
Liver

**Clinics**
Liver Disease

**HPI**
**Edema** No

DRC000265

**Toledo Correctional Institution**                                8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          ALP Chronic Care - Follow-Up *HTN, HCV, GERD, IBS
Main: 4197267977                                  Date of Service: 3/16/2021

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

## Liver Disease
**Type:** Hepatitis C
**Is patient currently receiving hepatitis drug treatment?** No
Medication treatment not indicated at this time.
**Has Patient received treatment in the past?** No

**Nausea** No
**Vomiting** No
**Diarrhea** No
**Edema** No
**Abdominal pain** No
**Other Symptoms** No
**New tattoos since last CC visit?** No
**Drug use since last CC visit?** No
**Drug or Alcohol use since last CC visit?** No

## Cardiac / Hypertension
**History of coronary artery disease** No
**History of hypertension** Yes
**Comments:** FAIR CS
**History of other cardiovascular issues** No
**Chest Pain** No
**Shortness of Breath** No
**Palpitations** No
**Peripheral Edema** No
**Syncope / Dizziness** No
**Orthopnea** No
**Headache** No
**Nocturia** No
**Compliant with medication?** Yes
**Medication side effects** No
**Patient has other acute complaints?** No

## Current Lab
**Weight:**
209
**Urine Microalbumin**
3.8 (05/09/2017 6:31:25 AM)
**LDL**
91 (04/03/2019 9:15:33 AM)
**HDL**
50 (04/03/2019 9:15:33 AM)

DRC000266

**Toledo Correctional Institution**                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    ALP Chronic Care - Follow-Up *HTN, HCV, GERD, IBS
Main: 4197267977                                    Date of Service: 3/16/2021

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**AST (SGOT)**
86 (09/01/2020 3:00:00 AM)
**ALT (SGPT)**
50 (03/10/2020 1:17:00 AM)
**APRI**
1.0 (09/01/2020 3:00:00 AM)
**INR**
2.3 (11/16/2016 9:54:00 AM)
**Hemoglobin**
13.9 (08/29/2018 10:31:04 AM)
**Creatinine**
1.16 (03/10/2020 1:14:00 AM)


## Physical Examination
Mental Status

## General
Patient is alert and oriented and in no acute distress

## Cardiovascular
Regular rhythm, no murmurs or gallops.
Normal S1, S2

## Gastrointestinal
Abdomen soft, non-tender, bowel sounds present, no masses, no hepatomegaly.

## Rectal
Deferred

## Respiratory
Lungs clear to auscultation with no wheezing, rales, or rhonchi

## Neck
Neck Supple
**Adenopathy** No
**Carotid Bruits** No
**Enlarged Thyroid** No
**Thyroid nodule(s):** No
**Nuchal Rigidity** No
**JVD / HJR** No

## Musculoskeletal
Full Range of motion of all 4 extremeties without obvious deformity.

## Gait
Gait Steady and nonantalgic
Grossly intact and non focal, no tremors, no gait abnormalities, speech fluent.

DRC000267

**Toledo Correctional Institution**                                                 8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                    ALP Chronic Care - Follow-Up *HTN, HCV, GERD, IBS
Main: 4197267977                                                 Date of Service: 3/16/2021

**BRIAN KEITH ALFORD**
Male DOB: ▇▇▇▇, 1957                        1871377715


## Reflexes
**Patellar** Normal

## Mental Status
Alert, oriented, answers questions appropriately

## Eyes
Full extraocular motion, sclera clear, not icteric, pupils equal and round

*External Ears:*
No obvious deformities

*Hearing:*
No obvious abnormalities.

## Nose
Nares open and clear bilaterally and without discharge.

## Mouth / Throat
**Oral mucosa normal** Yes
**Bleeding** No

## Tongue:
**Lesions** No

## Integumentary
Skin is without obvious rashes or lesions.


## Degree of Control
Cardiac/HTN
Liver
Cardiac / HTN
**Degree of control** Fair
Gen Med
**Degree of control** Good
Liver
**Degree of control** Good

## Chronic Care Follow-Up Interval

**Assessment Comments:** CCC HTN HCV GERD IBS Clinical Status Worse Degree of Control Fair , 60
days F/U w/ ALP

## Chronic Care Plan
**Overall Plan Comments:** HTN - INSTRUCTED ON HTN AND GENETICS THAT EVEN AFTER DIET
CHANGES AND EXERCISE ANTI-HYPERTENSION MEDICATIONS MAY STILL BE NEEDED. PT.

DRC000268

**Toledo Correctional Institution**                                8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    ALP Chronic Care - Follow-Up *HTN, HCV, GERD, IBS
Main: 4197267977                              Date of Service: 3/16/2021

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957              1871377715

EDUCATED ON HTN EFFECTS ON END ORGAN SYSTEMS OF CVA, MI, ESRD, ED AND DEATH. PT.
ENCOURAGED TO TAKE HTN MEDS AS DIRECTED. ADVISED TO DO CARDIO-EXERCISE OF
WALKING DAILY AND TO LIMIT SALT IN DIET. LABS ORDERED.ASSESSMENT AND PLAN
REVIEWED. PT. VOICES UNDERSTANDING.ADVISED TO RETURN TO MEDICAL FOR ANY NEW OR
WORSENING SIGNS AND SYMPTOMS.
 HCV- Liver Disease Education discussed . Encouraged to continue coming for CCC HCV appointments
and Allowing lab work. Explained this how we know HCV tx like Harvoni is needed.    Pt. advised to notify
Medical Staff of yellowing of the whites of his eyes, overly itchy skin and clay colored stools. Encouraged
to drink 1-2 gallons of water daily
.Assessment and plan reviewed. Pt. voices understanding. Advised to return to medical for any new or
worsening signs and symptoms.
GM GERD and IBS discussed. .Assessment and plan reviewed. Pt. voices understanding. Advised to
return to medical for any new or worsening signs and symptoms.
MEDICATIONS:
CYANOCOBALAMIN 1000MCG TABLET(S)1QD
CARVEDILOL 12.5MG TABLET(S)1BID
ASPIRIN E.C. 81MG TABLET(S)1QD
AMLODIPINE BESYLATE 10MG TABLET(S)1QD
HYDROCHLOROTHIAZIDE 25MG TABLET
(S)1QD
POTASSIUM CHLORIDE ER 10MEQ TABLET(S)1QD
LATANOPROST 0.005% DROP(S) 1GTT INTO OS QPM    MINERAL OIL/WHITE
PETROLATUM20%/80% OINTMENT APPLY QUARTER INCH STRIP TOOS BID PRN

**Education Provided**
Disease process
Diet
Exercise
Medication management
Treatment plan
Test results
**Education:** Avoid tobacco use, Patient advised against sex in prison and to avoid tattoos, Advised
against drug and alcohol use while incarcerated, Instructed on good hygiene and proper hand washing
**New Orders**
Schedule Chronic Care Visit F/U [SCHCCCFU]

Signed By: Babb-CNP, Candy at 3/16/2021 3:54:37 PM

DRC000269

**Toledo Correctional Institution**                8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                       MED HSR
Main: 4197267977                      Date of Service: 3/9/2021

**BRIAN KEITH ALFORD**
Male DOB: ███████, 1957      1871377715

**MED HSR**


*Imported By: Kennadie Baldwin-HIT 3/15/2021 2:57:52 PM*

-------------------------------------------------------------

External Attachment:

  Type:     Image
  Comment:  External Document



Signed By: Centricity, Document Manag at 3/15/2021 2:58:02 PM

# Health Services Request

Petición Para Servicios de Salud

| For Medical Use Only / Para Uso Medico Solamente | | |
|---|---|---|
| Reviewed by: | | |
| Date Received: 3/9/21 | | Time Received: 2345 a.m./p.m. |

Date Of Request:
Fecha: 3-9-21

Inmate Name:
Nombre: ALFORD

Number:
Numero: A196744

Housing Unit:
Unidad: A2W1

Request for:
- [ ] Medical Care / Atención Medica
- [ ] Dental Care / Atención Dental
- [X] Medication Reorder / Reordenar Medicación
- [X] Medication Refill / Rellenar la Medicación

## Nature of problem:
Descripción del problema:

RX# 9166250   A196744   0394
ALFORD, BRIAN   02/17/2021
CARVEDILOL 12.5MG TABS
Refills: 0   QTY: 30

RX# 9166253   A196744   0394
ALFORD, BRIAN   02/17/2021
ASPIRIN E.C. 81MG TBEC
Refills: 0   QTY: 30

RX# 9166254   A196744   0394
ALFORD, BRIAN   02/17/2021
AMLODIPINE BESYLATE 10MG TAB
Refills: 0   QTY: 30

RX# 9166257   A196744   0394
ALFORD, BRIAN   02/17/2021
HYDROCHLOROTHIAZIDE 25MG TA
Refills: 0   QTY: 30

RX# 9166258   A196744   0394
ALFORD, BRIAN   02/17/2021
POTASSIUM CHLORIDE ER 10MEQ
Refills: 0   QTY: 30

RX# 9184491   A196744   0394
ALFORD, BRIAN   02/17/2021
CYANOCOBALAMIN 1000MCG TABS
Refills: 3   QTY: 30

Rx # 9147635   A196744   0394
ALFORD, BRIAN   2/17/2021
LATANOPROST 0.005% EYE SOLN
QTY: 2.5
Refills: 0

Rx # 9147637   A196744   0394
ALFORD, BRIAN   2/17/2021
MINERAL OIL/WHITE PETROLATUM 20%/
QTY: 3.5
Refills: 2

RX# 9166250   A196744   0394
ALFORD, BRIAN   02/17/2021
CARVEDILOL 12.5MG TABS
Refills: 0   QTY: 30

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

orders exp 03/31/21

need new orders

DRC000271

**Toledo Correctional Institution**                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    Imported By: Kennadie Baldwin-HIT 3/15/2021
Main: 4197267977                         Date of Service: 3/15/2021

**BRIAN KEITH ALFORD**
Male DOB: ██████, 1957      1871377715


*Imported By: Kennadie Baldwin-HIT 3/15/2021 9:41:28 AM*

_____

External Attachment:

  Type:     Image
  Comment:  External Document



Signed By: Centricity, Document Manag at 3/15/2021 9:41:30 AM

DRC000272

# Ohio Department of Rehabilitation and Correction
# RELEASE OF RESPONSIBILITY

I hereby acknowledge that I have been fully informed by appropriate medical personnel as to my medical condition, _eligible to receive Covid 19 vaccination_

Against the advice of said medical personnel, I desire to _refuse Covid 19 vaccination_

Any medical condition left untreated may lead to disability, death, or temporary or chronic pain.  Specific risks for your condition include: _Lingering fatigue, cough, tiring, joint pain, chest pain, shortness of breath, muscle pains, headache, heart palpitations, inflammation of heart, lung function abnormalities, rash and smell and taste problems._
Benefits of treatment: _Reduce the risk of contracting Covid 19. Can reduce severity of illness if contracted._

I further acknowledge that I have been informed of the risks involved, benefits and alternate treatments available. I accept full responsibility for this action, and hereby release the attending physician and all other medical staff from all responsibility for any complications or undesirable results arising from such action.

| Witness: | Witness: |
|---|---|
| Inmate Signature: _19744_ | Date: _3·11·2021_ |
| Institution: _TOCI_ | |

| Physician Review Signature | Date: _3·11·21_ |
|---|---|
| Inmate Name: _Alford_ | Inmate Number: _A196744_ |

DRC 5025 (Rev. 11/05)                                                                                ACA 4342, 4372, 4373

DRC000273

**Toledo Correctional Institution**                             8/8/2023
2001 East Central Avenue
Toledo, OH 43608                              NSG Influenza Vaccine Counseling
Main: 4197267977                                  Date of Service: 3/11/2021

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957              1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

**Education:**
**Counseling being provided for:** COVID-19 Vaccine
**Vaccine Phase** 1b5
The COVID-19 vaccines are designed to work with our immune systems so the body will be ready to fight the virus if we are exposed to the virus.    FDA to determined that the COVID-19 vaccines meet its safety and effectiveness standards; therefore, the FDA has made these vaccines available for use in the United States under what is known as an Emergency Use Authorization (EUA). The Centers for Disease Control and Prevention (CDC) and the FDA will continue to monitor the safety of the vaccines now that they are in use.    The COVID-19 vaccines currently authorized for use are highly effective in preventing COVID-19. None of the COVID-19 vaccines currently authorized for use or in development in the United States use the live virus that causes COVID-19.    Although some symptoms from general reactions to the COVID-19 vaccine (side effects), including fever, body aches, and headaches-which last 1-2 days- are the same as those of a COVID-19 infection, this does not mean the vaccine causes infection but that the immune system is working.
Education and counseling provided to patient.
Patient verbalized understanding.
Patient continues to refuse vaccine after counseling.
I don't need / want it


Signed By: Baumgartner-RN, Melissa at 3/11/2021 4:55:15 PM

1 of 1
DRC000274

**Toledo Correctional Institution**                                      8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    ALP Sick Call- itchy red eyes for years wants Naphcon dr
Main: 4197267977                                     Date of Service: 2/18/2021

**BRIAN KEITH ALFORD**
Male DOB: ███ 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

**Current Vital Signs**
**Date/Time Vitals were taken:**  February 18, 2021 7:57 AM
**Previous Height:** 74 (02/11/2021 11:54:48 AM)    **Previous Weight:** 216 (02/11/2021 11:54:48 AM)

**Does weight include shackles?**  Without Shackles
**Current Weight (lbs) with or without shackles:**  214   **BMI:** 27.58    **Sitting BP:**  158 **/** 77
**Temperature:** 97.1    **Temperature site:**  Temporal
**Pulse rate:** 74    **Pulse rhythm:**  Regular
**Respirations:**  16  **Respiration Type:**  Unlabored
    **Pulse Ox%**  98   **Room Air:**  Yes

**HPI**
**History of presenting illness:** WD WN 63 year old AA male presents reporting hx "for a longtime... of having irritated, red and crusty eyes in the morning." Also has sinus drainage and left ear tenderness. Currently request to be restarted on Naphocon eye drops " They helped best."    Pt. advised that Naphcon eye drops are no longer on ODRC Pharmacy Formulary.
**Is there another issue?** No

**Review of Systems**

**General**
**Fevers** No
**Chills** No
**Sweats** No

**Eyes**
**Blurring** No
**Diplopia** No
**Irritation** Yes
**Comments:** Dryness, am crusting and redness.
**Discharge** No
**Vision Loss** No
**Eye Pain** No
**Photophobia** No

**Ears/Nose/Throat**
**Earache** Yes
**Comments:** left ear.
**Ear Discharge** No
**Tinnitus** No
**Nose Bleeds** No
**Sore Throat** No

1 of 4

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    ALP Sick Call- itchy red eyes for years wants Naphcon dr
Main: 4197267977                              Date of Service: 2/18/2021

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**Hoarseness** No
**Dysphagia** No
**Decreased Hearing** No
**Nasal Congestion** Yes
**Comments:** and PND.

**Cardiovascular**
Denies any symptoms related to cardiovascular system.

**Respiratory**
Denies any respiratory symptoms.

**Gastrointestinal**
Denies any gastrointestinal symptoms.


**Physical Examination**
Mental Status

**General**
Patient is alert and oriented and in no acute distress

**Cardiovascular**
Regular rhythm, no murmurs or gallops.
Normal S1, S2

**Gastrointestinal**
Abdomen soft, non-tender, bowel sounds present, no masses, no hepatomegaly.

**Rectal**
Deferred

**Respiratory**
Lungs clear to auscultation with no wheezing, rales, or rhonchi

**Neck**
Neck Supple
**Adenopathy** No
**Carotid Bruits** No
**Enlarged Thyroid** No
**Thyroid nodule(s):** No
**Nuchal Rigidity** No
**JVD / HJR** No

**Musculoskeletal**
Full Range of motion of all 4 extremeties without obvious deformity.

**Gait**

DRC000276

**Toledo Correctional Institution**                            8/8/2023
2001 East Central Avenue
Toledo, OH 43608                     ALP Sick Call- itchy red eyes for years wants Naphcon dr
Main: 4197267977                              Date of Service: 2/18/2021

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957              1871377715

Gait Steady and nonantalgic
Grossly intact and non focal, no tremors, no gait abnormalities, speech fluent.

## Mental Status
Alert, oriented, answers questions appropriately

## Eyes
**Sclera red**     Yes
**Comments:** mild erythemic and irritated
**Discharge**     No
**PERRLA** Yes
**Fundi benign** Yes
**Sclera icterus** No
**Eyelid abnormality**    No
**Periorbital bruising** No
**Aniscoria** No

*External Ears:*
No obvious deformities

*Otoscopic:*
No obvious abnormalities

*Hearing:*
No obvious abnormalities.

## Nose
Nares open and clear bilaterally and without discharge.

## Mouth / Throat
**Oral mucosa normal** Yes
**Bleeding** No

## Tongue:
**Lesions** No

## Throat
**Hyperemia** No
**Exudate:** No
**Enlarged tonsils** No
+ PND

## Integumentary
Skin is without obvious rashes or lesions.

## Assessment
**Active Problems:**   12/23/2020 Perennial allergic rhinitis (ICD-477.9) (ICD10-J30.89), 07/27/2020 Ear
pain, left (ICD-388.70) (ICD10-H92.02), 12/11/2019 Seasonal allergies (ICD-477.9) (ICD10-J30.2)

DRC000277

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          ALP Sick Call- itchy red eyes for years wants Naphcon dr
Main: 4197267977                                      Date of Service: 2/18/2021

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**Plan**
**Is this visit related to Pandemic?** No
**Is this patient a COVID-19 POSITIVE patient?** No
Eye care discussed. Cipro eye gts Rx. Chlorphen, Mediproxen, APAP and cough drops given. F/U PRN
as needed. .Assessment and plan reviewed. Pt. voices understanding. Advised to return to medical for
any new or worsening signs and symptoms.
Return to Clinic PRN

**New Orders**

Signed By: Babb-CNP, Candy at 2/18/2021 9:13:26 AM

4 of 4

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                    MED HSR
Main: 4197267977                             Date of Service: 2/15/2021

**BRIAN KEITH ALFORD**
Male DOB: ████ 1957      1871377715

**MED HSR**


*Imported By: Kennadie Baldwin-HIT 2/17/2021 9:07:43 AM*

_____


External Attachment:

  Type:      Image
  Comment:   External Document


Signed By: Centricity, Document Manag at 2/17/2021 9:08:00 AM



# Health Services Request

Petición Para Servicios de Salud

For Medical Use Only / Para Uso Medico Solamente

Reviewed by: _____

Date Received: 2/15/21   Time Received: 2345   a.m./p.m.

Date Of Request:
Fecha: 2-15-21

Inmate Name:
Nombre: ALFORD

Number:
Numero: A196-744

Housing Unit:
Unidad: A2W1

Request for:
☐ Medical Care / Atención Medica
☐ Dental Care / Atención Dental
☐ Medication Reorder / Reordenar Medicación
☐ Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema:

RX# 9166257 A196744 0394
ALFORD, BRIAN 01/22/2021
HYDROCHLOROTHIAZIDE 25MG TA
Refills: 1 QTY: 30

RX# 9166253 A196744 0394
ALFORD, BRIAN 01/22/2021
ASPIRIN E-C 81MG TBEC
Refills: 1 QTY: 30

RX# 9184491 A196744 0394
ALFORD, BRIAN 01/20/202
CYANOCOBALAMIN 1000MCG TABS
Refills: 4 QTY: 3

RX# 9166254 A196 0394
ALFORD, BRIAN 01/22/2024
AMLODIPINE BESYLATE 10MG TAB
Refills: 1 QTY: 30

RX# 9166258 A196744 039
ALFORD, BRIAN
POTASSIUM CHLORIDE ER 10MEC
Refills: 1

RX# 9166250 A196744
ALFORD, BRIAN 01/22/202
CARVEDILOL 12.5MG TABS
Refills: 1 QTY: 3

Rx # 9147637 A196744 0394
ALFORD, BRIAN 1/22/2021
MINERAL OIL/WHITE PETROLATUM 20%/E
Refills: 3 QTY: 3.5

Rx # 9147635 A196744 0394
ALFORD, BRIAN 1/20/2021
LATANOPROBT 0.005% EYE SOLN
Refills: 1 QTY: 2.5

RX# 9166250 A196744 01/22/202
ALFORD, BRIAN
CARVEDILOL 12.5MG TABS
Refills: 1 QTY: 3

Place This Sl___ r Designated Area
Ponga en l___ Area Designada

DRC 5373 (Rev. 08/07)

**Toledo Correctional Institution**                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          MED Healthcare Debit
Main: 4197267977                 Date of Service: 2/11/2021

**BRIAN KEITH ALFORD**
Male DOB: ███████, 1957      1871377715

**MED Healthcare Debit**


*Imported By: Kennadie Baldwin-HIT 2/11/2021 3:13:20 PM*

_____


External Attachment:

  Type:     Image
  Comment:  External Document



Signed By: Centricity, Document Manag at 2/11/2021 3:41:25 PM

# Healthcare Debit

| Inmate Name: Alford | Inmate Number: 196744 | Date of Service: 2|11|21 |
|---|---|---|
| Institution Name: TOC | Housing Location: A2W1 | Date: 2|11|21 |

The above-named inmate is to be charged  ☑ $ 2.00 *(routine HSR)*  ☐ $ 3.00 *(unscheduled non-emergent)*
for medical service received, to be deducted from the inmate's institutional personal account. The
charge is made pursuant to sec. 5120.56 O.R.C., Offender Financial Responsibility Program.

| Medical Staff (Print): Hayes | Position: RN |
|---|---|

The above-named inmate is indigent as defined in DRC Policy 68-MED-15. No co-pay was  deduct-
ed from the inmate's institutional personal account.

| Cashier/Designee: | Date: |
|---|---|

## Refunds

| ☐ Void Co-Pay | HCA/Inspector: | Date: |
|---|---|---|
| ☐ Void Processed | Cashier/Designee: | Date: |

DRC 5203 (Rev. 07/07)  DISTRIBUTION:  WHITE - Cashier  CANARY - Medical Services  PINK - Inmate  ACA 4-4400

DRC000282

**Toledo Correctional Institution**                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                              MED HSR
Main: 4197267977                            Date of Service: 2/9/2021

**BRIAN KEITH ALFORD**
Male DOB: ███ 1957      1871377715

**MED HSR**


*Imported By: Kennadie Baldwin-HIT 2/11/2021 3:11:29 PM*

_____

External Attachment:

  Type:      Image
  Comment:   External Document



Signed By: Centricity, Document Manag at 2/11/2021 3:41:13 PM

DRC000283

# Health Services Request
Petición Para Servicios de Salud

| For Medical Use Only / Para Uso Medico Solamente | |
|---|---|
| Reviewed by: | |
| Date Received: 2/10/21 | Time Received: 430 a.m./p.m. |

Date Of Request:
Fecha: _2·9·21_

Inmate Name:
Nombre: _ALFORA_

Number:
Numero: _A196·744_

Housing Unit:
Unidad: _A2W1_

Request for:
[ ] Medical Care / Attención Medica
[ ] Dental Care / Attención Dental
[X] Medication Reorder / Reordenar Medicación
[ ] Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema: _I NEED TO OBTAIN REORDER FOR NAPHCON A EYE DROPS FOR EXTREME ITCHING AND REDNESS OF BOTH EYES- LAST RX # 229338 by SCOTT WOLF, OD ON 3-16-2016. NOTHING ELSE WORKS._

*Place This Slip In Medical Request Box Or Designated Area*  See 2/11/21
*Ponga en la Caja de Peticiónes Medicas en Area Designada*  AM

DRC 5373 (Rev. 08/07)

DRC000284

**Toledo Correctional Institution**                                      8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                    Order Form

<table>
<tr><td colspan="4" align="center">TEST FORM</td></tr>
<tr><td><strong>Authorizing Provider:</strong></td><td>Haley Mann-LSW</td><td><strong>Service Provider:</strong></td><td>ODRC</td></tr>
<tr><td><strong>Auth Provider NPI:</strong></td><td></td><td></td><td></td></tr>
<tr><td><strong>Signing Provider:</strong></td><td>Haley Mann-LSW</td><td></td><td></td></tr>
<tr><td><strong>Phone:</strong></td><td></td><td><strong>Phone:</strong></td><td></td></tr>
<tr><td><strong>Fax:</strong></td><td></td><td><strong>Fax:</strong></td><td></td></tr>
</table>

| Patient Name: | BRIAN KEITH ALFORD | DOB: | ███, 1957 | Age: | 66 |
| Home Phone: | | Sex: | Male | SSN: | ████ |
| Work Phone: | | Cell Phone: | | Patient ID: | 1871377715 |
| Resp. Provider: | | | | | |

| Primary Ins: | | Secondary Ins: | |
| Group: | | Group: | |
| Policy: | | Policy: | |
| Insured ID: | | Insured ID: | |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| MHOTHER | Mental Health - Other | |
| **Order Number:** | 1705254-1 | **Quantity:** 1 |
| **Authorization #:** | | **Priority:** N |
| **Start Date:** | 02/11/2021 | **End Date:** 02/11/2021 |
| **Electronically signed by:** | Haley Mann-LSW | **Signed on:** 2/11/2021 12:04:13 PM |
| **Instructions:** | Non Caseload Kite Response | |

1 of 1

**Toledo Correctional Institution**                                      8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                     Order Form

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Lawrence Porter-MD | **Service Provider:** | |
| **Auth Provider NPI:** | 1689603995 | | |
| **Signing Provider:** | Amanda Hayes-RN | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███ 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| Code | Description | Diagnoses |
|---|---|---|
| SCHMEDALP | Schedule with Advanced Level Provider | |

**Order Number:** 1705239-1                         **Quantity:** 1
**Authorization #:**                                 **Priority:** N
**Start Date:** 02/18/2021                           **End Date:**
**Electronically signed by:** Amanda Hayes-RN        **Signed on:** 2/11/2021 12:02:27 PM
**Instructions:** itchy red eyes for years wants naphcon eye drops

1 of 1

**Toledo Correctional Institution**                                      8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                ODRC Nurse Sick Call- itchy eyes
Main: 4197267977                                    Date of Service: 2/11/2021

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                      1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

**Pre-Existing Clinical Summary**
**Allergies:**
* Synalgos-DC, * BACTRIM DS.
**Problems**
Perennial allergic rhinitis (ICD-477.9) (ICD10-J30.89), Peripheral neuropathy (ICD-356.9) (ICD10-G60.9),
Strain of muscle, fascia and tendon of lower back, initial encounter (ICD-848.8) (ICD10-S39.012A), Strain
of unspecified muscle, fascia and tendon at shoulder and upper arm level, right arm, initial encounter
(ICD-840.9) (ICD10-S46.911A), Contusion of left forearm, initial encounter (ICD-923.10)
(ICD10-S50.12xA), Contusion of left hip, initial encounter (ICD-924.01) (ICD10-S70.02xA), B12 deficiency
(ICD-266.2) (ICD10-E53.8), GERD (gastroesophageal reflux disease), mild (ICD-530.81) (ICD10-K21.9),
Glaucoma suspect, left (ICD-365.00) (ICD10-H40.002), Abdominal discomfort (ICD-789.00)
(ICD10-R10.9), Ear pain, left (ICD-388.70) (ICD10-H92.02), Ear wax (ICD-380.4) (ICD10-H61.20),
Abdominal pain, left lower quadrant (ICD-789.04) (ICD10-R10.32), Abdominal pain, left upper quadrant
(ICD-789.02) (ICD10-R10.12), Otalgia, right (ICD-388.70) (ICD10-H92.01), Acute bilateral otitis media
(ICD-382.9) (ICD10-H66.93), Viral syndrome (ICD-079.99) (ICD10-B97.89), Seasonal allergies
(ICD-477.9) (ICD10-J30.2), IBS (ICD-564.1) (ICD10-K58.9), Lateral epicondylitis, left (ICD-726.32)
(ICD10-M77.12), Unspecified viral hepatitis C without hepatic coma   (ICD-070.70) (ICD10-B19.20),
Unspecified essential hypertension (ICD-401.9) (ICD10-I10), Other states following surgery of eye and
adnexa   (ICD-V45.69) (ICD10-Z98.83), Unspecified infective arthritis, site unspecified   (ICD-711.90)
(ICD10-M01.x0), Other cataract   (ICD-366.8) (ICD10-H26.8), Spasm of muscle   (ICD-728.85), Cervical
spondylosis with myelopathy   (ICD-721.1) (ICD10-M47.12), Benign localized hyperplasia of prostate
without urinary obstruction and other lower urinary tract symptoms [LUTS]   (ICD-600.20) (ICD10-N40.0),
Intervertebral lumbar disc disorder with myelopathy, lumbar region   (ICD-722.73) (ICD10-M51.06),
Allergic rhinitis, cause unspecified   (ICD-477.9), Unspecified dermatomycosis   (ICD-111.9)
(ICD10-B36.9), Lattice degeneration of peripheral retina   (ICD-362.63) (ICD10-H35.419), Carpal tunnel
syndrome   (ICD-354.0) (ICD10-G56.00), Injury to ulnar nerve   (ICD-955.2), Allergic rhinitis due to other
allergen   (ICD-477.8), Unspecified subjective visual disturbance   (ICD-368.10) (ICD10-H53.10),
Routine general medical examination at health care facility   (ICD-V70.0).
**Orders**
Schedule with Optometry [SCHOPT], Vitamin B12 [001503], Schedule Chronic Care Visit F/U
[SCHCCCFU].

**Nurse Sick Call**
**Is this sick call for a dental complaint?** No
**Type of Sick Call:**      Illness
**Referral Source:**   Health Service Request
**Sick Call Request Type:**   Symptom Based Sick Call Request

**Subjective**

**Subjective**
**Patient's subjective statement:** pt states for years he has had red itchy eyes. he has been using artifical

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                              ODRC Nurse Sick Call- itchy eyes
Main: 4197267977                                Date of Service: 2/11/2021

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

tears but it does not help much states he use to use naphcon which helped a lot but he has not had an
order for it for a few years.

## Significant Medical History
**Other Nursing Diagnosis:** alteration in comfort r/t itchy eyes

## Objective Findings

### Head, Eyes, ENT
**Vision Disturbance:**   No
**Hearing Difficulty:**   No
**Difficulty Swallowing:**   No
**Bleeding Gums:**   No
**Other HEENT** both eyes sclera are slightly red.

### Neuro / Musculoskeletal
**Conscious:**   Yes
**Oriented x 3:**   Yes
**Pupils, PERLA:**   Yes
**Weakness of Extremities:**   No

### Peripheral Circulation
**Cyanosis:**   No
**Mottling:**   No
**Tingling in Hands:**   No
**Tingling in Feet:**   No

### Genital / Urinary
**Urination Frequency:**   No
**Incontinence:**   No
**Difficulty Urinating:**   No
**Urinary Catheter:**   No

### Skin
**Color:**   Normal
**Temp:**   Dry, Warm
**Turgor:**   Normal
**Bruises:**   No

### Cardiovascular
**Rhythm** Regular
**Hear Sounds:**   Normal
**Edema:**   No
**Pitting:**   No

**Toledo Correctional Institution**                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          ODRC Nurse Sick Call- itchy eyes
Main: 4197267977                          Date of Service: 2/11/2021

**BRIAN KEITH ALFORD**
Male DOB: ███ 1957            1871377715

**Respiratory**
**Lung Sounds** Normal
**Cough:**   No

**Gastrointestinal**
**Appetite:**   Good
**Vomiting:**   No
**Nausea:**   No
**Bowel Movements:**   Regular
**Bowel Sounds:**   Normal
**Abdomen:**   Soft

**Plan**
**Other Nursing Interventions:** referred to alp
**Patient Education Provided:**   Increase fluids

**Disposition**
Return to clinic if no improvement
No restrictions on activity
Released to general population
Schedule with ALP

**Current Vital Signs**
**Date/Time Vitals were taken:**   February 11, 2021 11:56 AM
**Previous Height:** 74 (12/23/2020 5:57:41 AM)     **Previous Weight:** 217 (01/25/2021 5:54:26 AM)

**Does weight include shackles?**   Without Shackles
**Current Weight (lbs) with or without shackles:**   216     **Current Height (in.):**   74
   **BMI:** 27.83   **Sitting BP:**   145 / 90
**Temperature:**   96.9
**Pulse rate:** 64     **Pulse rhythm:**   Regular
**Respirations:**   16   **Respiration Type:**   Unlabored
   **Pulse Ox%**   99   **Room Air:**   Yes

Signed By: Hayes-RN, Amanda at 2/11/2021 12:02:46 PM

**Toledo Correctional Institution**                                8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                   HSR NSC
Main: 4197267977                                    Date of Service: 2/10/2021

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

## Clinical Lists Changes

**Orders:**
Added new Test order of Schedule for Nurse Sick Call (SCHNSC) - Signed



Signed By: Hayes-RN, Amanda at 2/10/2021 4:37:35 PM

**Toledo Correctional Institution**                                        8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                       Order Form

| TEST FORM |
|---|

| Authorizing Provider: | Amanda Hayes-RN | Service Provider: | | ODRC |
|---|---|---|---|---|
| **Auth Provider NPI:** | | | | |
| **Signing Provider:** | Amanda Hayes-RN | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |

| Patient Name: | BRIAN KEITH ALFORD | DOB: | ███, 1957 | Age: | 66 |
|---|---|---|---|---|---|
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ██████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| Primary Ins: | | Secondary Ins: | |
|---|---|---|---|
| **Group:** | | **Group:** | |
| **Policy:** | | **Policy:** | |
| **Insured ID:** | | **Insured ID:** | |

| Code | Description | Diagnoses |
|---|---|---|
| SCHNSC | Schedule for Nurse Sick Call | |

**Order Number:** 1703158-1                **Quantity:** 1
**Authorization #:**                        **Priority:** N
**Start Date:** 02/11/2021                  **End Date:** 02/11/2021
**Electronically signed by:** Amanda Hayes-RN   **Signed on:** 2/10/2021 4:37:33 PM
**Instructions:**        wants allergy eye drops naphcon

1 of 1

**Toledo Correctional Institution**                                      8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                     Order Form

| TEST FORM |
|---|

| | | | | | |
|---|---|---|---|---|---|
| **Authorizing Provider:** | Haley Mann-LSW | **Service Provider:** | | ODRC | |
| **Auth Provider NPI:** | | | | | |
| **Signing Provider:** | Haley Mann-LSW | | | | |
| **Phone:** | | **Phone:** | | | |
| **Fax:** | | **Fax:** | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | | | |
|---|---|---|---|
| **Primary Ins:** | | **Secondary Ins:** | |
| **Group:** | | **Group:** | |
| **Policy:** | | **Policy:** | |
| **Insured ID:** | | **Insured ID:** | |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| MHOTHER | Mental Health - Other | |

**Order Number:** 1679069-1                           **Quantity:** 1
**Authorization #:**                                   **Priority:** N
**Start Date:** 02/02/2021                             **End Date:** 02/02/2021
**Electronically signed by:** Haley Mann-LSW           **Signed on:** 2/2/2021 11:32:14 AM
**Instructions:**        Non caseload kite response

1 of 1

DRC000292

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                    Medication : Nasal spray
Main: 4197267977                                    Date of Service: 1/27/2021

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

**General Note Type:**   Medication
**Subject:**   Nasal spray
**Note:**   Pt. was given nasal saline from Pharmacy stock    per Dr. Porter D/T Nasacort Spray request
denied through PA.
Pt. was educated to use OTC Loratadine .
**Previous Height:** 74 (12/23/2020 5:57:41 AM)        **Previous Weight:** 217 (01/25/2021 5:54:26 AM)
    **BMI:** 27.96
**Enter numeric values ONLY**

Signed By: Jarson-LPN, Darcel at 1/27/2021 9:11:19 PM

DRC000293

**Toledo Correctional Institution**                                             8/8/2023
**2001 East Central Avenue**
**Toledo**, OH 43608                                                            Order Form

| TEST FORM |
|---|

| | | | | |
|---|---|---|---|---|
| **Authorizing Provider:** | Candy Babb-CNP | **Service Provider:** | | |
| **Auth Provider NPI:** | 1417950718 | | | |
| **Signing Provider:** | Candy Babb-CNP | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** ▇, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** Male | **SSN:** | ▇ |
| **Work Phone:** | | **Cell Phone:** | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | |

| | | | |
|---|---|---|---|
| **Primary Ins:** | | **Secondary Ins:** | |
| **Group:** | | **Group:** | |
| **Policy:** | | **Policy:** | |
| **Insured ID:** | | **Insured ID:** | |

| Code | Description | Diagnoses |
|---|---|---|
| SCHCCCFU | Schedule Chronic Care Visit F/U | UNSPECIFIED VIRAL HEPATITIS C WITHOUT HEPATIC COMA  (ICD-B19.20) ,UNSPECIFIED ESSENTIAL HYPERTENSION (ICD-I10) |

| | | | |
|---|---|---|---|
| **Order Number:** | 1655884-1 | **Quantity:** | 1 |
| **Authorization #:** | | **Priority:** | N |
| **Start Date:** | 03/16/2021 | **End Date:** | |
| **Electronically signed by:** | Candy Babb-CNP | **Signed on:** | 1/25/2021 9:03:30 AM |
| **Instructions:** | CCC HTN HCV Clinical Status Worse Degree of Control Fair , 60 days F/U w/ ALP | | |

1 of 1

DRC000294

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    ALP Chronic Care - Follow-Up- HTN, HCV    Debride toen
Main: 4197267977                                  Date of Service: 1/25/2021

**BRIAN KEITH ALFORD**
Male DOB: ███ 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

**Current Vital Signs**
**Date/Time Vitals were taken:**   January 25, 2021 8:27 AM
**Previous Height:** 74 (12/23/2020 5:57:41 AM)      **Previous Weight:** 212 (12/23/2020 5:57:41 AM)

**Does weight include shackles?**   Without Shackles
**Current Weight (lbs) with or without shackles:**  217    **BMI:** 27.96    **Sitting BP:**  155 **/** 92
**Temperature:**  96.1    **Temperature site:**  Temporal
**Pulse rate:** 78    **Pulse rhythm:**  Regular
**Respirations:**  16   **Respiration Type:**  Unlabored
    **Pulse Ox%**  97    **Room Air:**  Yes

**Nursing Chronic Care Clinic Review**

**Chronic Care Clinics**
Cardiac-Hypertension
Liver
**Medication Compliance:**      Compliant
**Percent Compliant** 100%
**Reports side effects?** No
**Treatment Plan Compliance:**      Yes
**Dietary Compliance:** Yes

**Education Provided**
Diet
Disease Process
Exercise
Tobacco Cessation
ETOH Cessation
Medication
**Handouts Given?** No

**Chronic Care Being Seen Today:**
Cardiac / Hypertension
Liver Disease

**Clinics**
Cardiac/Hypertension

**HPI**
**Edema** No

DRC000295

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          ALP Chronic Care - Follow-Up- HTN, HCV    Debride toen
Main: 4197267977                                        Date of Service: 1/25/2021

**BRIAN KEITH ALFORD**
Male DOB: ████ 1957                        1871377715

## Liver Disease
**Type:** Hepatitis C
**Is patient currently receiving hepatitis drug treatment?** No
Medication treatment not indicated at this time.
**Has Patient received treatment in the past?** No


**Nausea** No
**Vomiting** No
**Diarrhea** No
**Edema** No
**Abdominal pain** No
**Other Symptoms** No
**New tattoos since last CC visit?** No
**Drug use since last CC visit?** No
**Drug or Alcohol use since last CC visit?** No

## Cardiac / Hypertension
**History of coronary artery disease** No
**History of hypertension** Yes
**Comments:** FAIR CS
**History of other cardiovascular issues** No
**Chest Pain** No
**Shortness of Breath** No
**Palpitations** No
**Peripheral Edema** No
**Syncope / Dizziness** No
**Orthopnea** No
**Headache** No
**Nocturia** No
**Compliant with medication?** Yes
**Medication side effects** No
Diet has had more salt in diet recently. Had reported toenail issue but "Trimmed it " himself.   Denies
needing toenail timmed.
**Patient has other acute complaints?** No

## Current Lab
**Weight:**
217
**Urine Microalbumin**
3.8 (05/09/2017 6:31:25 AM)
**LDL**
91 (04/03/2019 9:15:33 AM)
**HDL**
50 (04/03/2019 9:15:33 AM)

DRC000296

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          ALP Chronic Care - Follow-Up- HTN, HCV    Debride toen
Main: 4197267977                                     Date of Service: 1/25/2021

**BRIAN KEITH ALFORD**
Male DOB: ▮▮▮▮, 1957                   1871377715

**AST (SGOT)**
86 (09/01/2020 3:00:00 AM)
**ALT (SGPT)**
50 (03/10/2020 1:17:00 AM)
**APRI**
1.0 (09/01/2020 3:00:00 AM)
**Hemoglobin**
13.9 (08/29/2018 10:31:04 AM)
**Creatinine**
1.16 (03/10/2020 1:14:00 AM)


## Physical Examination
Mental Status

## General
Patient is alert and oriented and in no acute distress

## Cardiovascular
Regular rhythm, no murmurs or gallops.
Normal S1, S2

## Gastrointestinal
Abdomen soft, non-tender, bowel sounds present, no masses, no hepatomegaly.

## Rectal
Deferred

## Respiratory
Lungs clear to auscultation with no wheezing, rales, or rhonchi

## Neck
Neck Supple
**Adenopathy** No
**Carotid Bruits** No
**Enlarged Thyroid** No
**Thyroid nodule(s):** No
**Nuchal Rigidity** No
**JVD / HJR** No

## Musculoskeletal
Full Range of motion of all 4 extremeties without obvious deformity.

## Gait
Gait Steady and nonantalgic
Grossly intact and non focal, no tremors, no gait abnormalities, speech fluent.

## Reflexes

DRC000297

**Toledo Correctional Institution**                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    ALP Chronic Care - Follow-Up- HTN, HCV    Debride toen
Main: 4197267977                    Date of Service: 1/25/2021

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**Patellar** Normal

## Mental Status
Alert, oriented, answers questions appropriately

## Eyes
Full extraocular motion, sclera clear, not icteric, pupils equal and round

*External Ears:*
No obvious deformities

*Otoscopic:*
No obvious abnormalities

*Hearing:*
No obvious abnormalities.

## Nose
Nares open and clear bilaterally and without discharge.

## Mouth / Throat
**Oral mucosa normal** Yes
**Bleeding** No

## Tongue:
**Lesions** No

## Integumentary
Skin is without obvious rashes or lesions.

## Degree of Control
Cardiac/HTN
Liver
Cardiac / Hypertension
**Degree of control** Fair
Gen Med
Liver Disease
**Degree of control** Good

## Chronic Care Follow-Up Interval

**Assessment Comments:** CCC HTN Clinical Status Worse Degree of Control Fair , 60 days F/U w/ ALP

## Chronic Care Plan
**Overall Plan Comments:** HTN - INSTRUCTED ON HTN AND GENETICS THAT EVEN AFTER DIET CHANGES AND EXERCISE ANTI-HYPERTENSION MEDICATIONS MAY STILL BE NEEDED. PT. EDUCATED ON HTN EFFECTS ON END ORGAN SYSTEMS OF CVA, MI, ESRD, ED AND DEATH. PT. ENCOURAGED TO TAKE HTN MEDS AS DIRECTED. ADVISED TO DO CARDIO-EXERCISE OF

DRC000298

**Toledo Correctional Institution**                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    ALP Chronic Care - Follow-Up- HTN, HCV    Debride toen
Main: 4197267977                                  Date of Service: 1/25/2021

**BRIAN KEITH ALFORD**
Male DOB: ██████, 1957              1871377715

WALKING DAILY AND TO LIMIT SALT IN DIET. LABS ORDERED.ASSESSMENT AND PLAN
REVIEWED. PT. VOICES UNDERSTANDING.ADVISED TO RETURN TO MEDICAL FOR ANY NEW OR
WORSENING SIGNS AND SYMPTOMS.

HCV- Liver Disease Education discussed . Encouraged to continue coming for CCC HCV appointments
and Allowing lab work. Explained this how we know HCV tx like Harvoni is needed.    Pt. advised to notify
Medical Staff of yellowing of the whites of his eyes, overly itchy skin and clay colored stools. Encouraged
to drink 1-2 gallons of water daily
.Assessment and plan reviewed. Pt. voices understanding. Advised to return to medical for any new or
worsening signs and symptoms.

MEDICATIONS:
CYANOCOBALAMIN 1000MCG TABLET(S)1QD
CARVEDILOL 12.5MG TABLET(S)1BID
ASPIRIN E.C. 81MG TABLET(S)1QD
AMLODIPINE BESYLATE 10MG TABLET(S)1QD
HYDROCHLOROTHIAZIDE 25MG TABLET
(S)1QD
POTASSIUM CHLORIDE ER 10MEQ TABLET(S)1QD
LATANOPROST 0.005% DROP(S) 1GTT INTO OS QPM    MINERAL OIL/WHITE
PETROLATUM20%/80% OINTMENT APPLY QUARTER INCH STRIP TOOS BID PRN

**Education Provided**
Disease process
Diet
Exercise
Medication management
Treatment plan
Test results
**Education:** Avoid tobacco use, Patient advised against sex in prison and to avoid tattoos, Advised
against drug and alcohol use while incarcerated, Instructed on good hygiene and proper hand washing
**New Orders**
Schedule Chronic Care Visit F/U [SCHCCCFU]

Signed By: Babb-CNP, Candy at 1/25/2021 9:05:38 AM

DRC000299

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                    MED HSR
Main: 4197267977                                  Date of Service: 1/19/2021

**BRIAN KEITH ALFORD**
Male DOB: █████ 1957      1871377715

**MED HSR**


*Imported By: Amanda Hayes-RN 1/21/2021 10:11:52 PM*

---

External Attachment:

  Type:     Image
  Comment:  External Document


Signed By: Centricity, Document Manag at 1/21/2021 10:12:01 PM

DRC000300

# Health Services Request

### Petición Para Servicios de Salud

| For Medical Use Only / Para Uso Medico Solamente | |
|---|---|
| Reviewed by: *[signature]* | |
| Date Received: 1/19/21 | Time Received: 2345   a.m./p.m. |

**Date Of Request:**
**Fecha:** 1·19·21

**Inmate Name:**
**Nombre:** ALFORD

**Number:**
**Numero:** 196·744

**Housing Unit:**
**Unidad:** A2W1

**Request for:**

☒ Medical Care / Attención Medica
☐ Dental Care / Atención Dental
☐ Medication Reorder / Reordenar Medicación
☒ Medication Refill / Rellenar la Medicación

**Nature of problem:**
**Descripción del problema:**

Rx #9147635  A196744  0394
ALFORD, BRIAN    12/28/2020
LATANOPROST 0.005% EYE SOLN
QTY: 2.5
Refills: 2

Rx #9147637  A196744  0394
ALFORD, BRIAN    12/29/2020
MINERAL OIL/WHITE PETROLATUM 20%
QTY: 3.5
Refills: 4

RX# 9166254  A196744  0394
ALFORD, BRIAN    12/29/2020
AMLODIPINE BESYLATE 10MG TAB
Refills: 2    QTY: 30

RX# 9166250  A196744  0394
ALFORD, BRIAN    12/29/2020
CARVEDILOL 12.5MG TABS
Refills: 2    QTY: 30

RX# 9166257  A196744  039
ALFORD, BRIAN    12/29/20
HYDROCHLOROTHIAZIDE 25MG T
Refills: 2    QTY: 3

RX# 9166258  A196744  0394
ALFORD, BRIAN    12/29/202
POTASSIUM CHLORIDE ER 10MEQ
Refills: 2    QTY: 30

RX# 9166253  A196744  039
ALFORD, BRIAN    12/29/202
ASPIRIN E.C. 81MG TBEC
Refills: 2    QTY: 3

RX# 9166259  A196744  0394
ALFORD, BRIAN    12/29/2020
CARVEDILOL 12.5MG TABS
Refills: 2    QTY: 30

RX# 9184491  A196744  0394
ALFORD, BRIAN    12/28/202
CYANOCOBALAMIN 1000MCG TABS
Refills: 5    QTY: 30

*Place This Slip In Medical Request Box Or Designated*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

Refilled 1-21-21 MW

**Toledo Correctional Institution**                                      8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                      Elective Debride Toenail Right #2
Main: 4197267977                                      Date of Service: 1/21/2021

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                          1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

**Clinical Lists Changes**

**Orders:**
Added new Test order of Schedule Chronic Care Visit F/U (SCHCCCFU) - Signed
Added new Test order of Schedule with Advanced Level Provider (SCHMEDALP) - Signed

Signed By: Wumer-LPN, Hannah at 1/21/2021 7:48:22 AM

**Toledo Correctional Institution**                                                    8/8/2023
**2001 East Central Avenue**
**Toledo**, **OH 43608**                                                              Order Form

## TEST FORM

| | | | | |
|---|---|---|---|---|
| **Authorizing Provider:** | Candy Babb-CNP | **Service Provider:** | | |
| **Auth Provider NPI:** | 1417950718 | | | |
| **Signing Provider:** | Hannah Wumer-LPN | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** ▮▮▮, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** Male | **SSN:** | ▮▮▮▮ |
| **Work Phone:** | | **Cell Phone:** | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | |
| **Primary Ins:** | | **Secondary Ins:** | | |
| **Group:** | | **Group:** | | |
| **Policy:** | | **Policy:** | | |
| **Insured ID:** | | **Insured ID:** | | |

| Code | Description | Diagnoses |
|---|---|---|
| SCHCCCFU | Schedule Chronic Care Visit F/U | |
| **Order Number:** | 1647620-1 | **Quantity:** 1 |
| **Authorization #:** | | **Priority:** N |
| **Start Date:** | 01/25/2021 | **End Date:** 01/25/2021 |
| **Electronically signed by:** | Hannah Wumer-LPN | **Signed on:** 1/21/2021 7:47:06 AM |
| **Instructions:** | CCC HTN, HCV | |

1 of 1

**Toledo Correctional Institution**                                      8/8/2023
**2001 East Central Avenue**
**Toledo**, OH **43608**                                                 Order Form

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Candy Babb-CNP | **Service Provider:** | |
| **Auth Provider NPI:** | 1417950718 | | |
| **Signing Provider:** | Hannah Wumer-LPN | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███ , 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| Code | Description | Diagnoses |
|---|---|---|
| SCHMEDALP | Schedule with Advanced Level Provider | |

**Order Number:** 1647620-2                          **Quantity:** 1
**Authorization #:**                                 **Priority:** N
**Start Date:**            01/25/2021                 **End Date:** 01/25/2021
**Electronically signed by:** Hannah Wumer-LPN        **Signed on:** 1/21/2021 7:48:08 AM
**Instructions:**          Elective Debride Toenail Right #2

1 of 1

**Toledo Correctional Institution**                                      8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                    Location Change (TOCI A2 W 0001)
Main: 4197267977                                         Date of Service: 1/5/2021

**BRIAN KEITH ALFORD**
Male DOB: ████ , 1957                    1871377715

```
Location has been changed from TOCI A1 W 0011 to TOCI A2 W 0001
```

1 of 1

**Toledo Correctional Institution**                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                             MED HSR
Main: 4197267977                          Date of Service: 12/30/2020

**BRIAN KEITH ALFORD**
Male DOB: ██████, 1957        1871377715

**MED HSR**


*Imported By: Susan Rogers-HIT 12/30/2020 2:43:33 PM*

_____

External Attachment:

  Type:     Image
  Comment:  External Document


Signed By: Centricity, Document Manag at 12/30/2020 2:44:01 PM

# Health Services Request

Petición Para Servicios de Salud

| For Medical Use Only / Para Uso Medico Solamente |
|---|
| Reviewed by: |
| Date Received: 12/24/2020 | Time Received: 4  a.m./p.m. |

Date Of Request:
Fecha: 12-26-20

Inmate Name:
Nombre: ALFORD

Number:
Numero: A196 744

Housing Unit:
Unidad: B1-W11

Request for:
- ☐ Medical Care / Attención Medica   12-27
- ☐ Dental Care / Attención Dental   12-27
- ☐ Medication Reorder / Reordenar Medicación   12-27
- ☐ Medication Refill / Rellenar la Medicación   12-27

Nature of problem:

RX# 9166250 A196744 0394
ALFORD, BRIAN 12/04/2020
CARVEDILOL 12.5MG TABS
Refills: 3    QTY: 30

RX# 9166253 A196744 0394
ALFORD, BRIAN 12/04/2020
ASPIRIN E.C. 81MG TBEC
Refills: 3    QTY: 30

RX# 9166254 A196744 039
ALFORD, BRIAN 12/04/2020
AMLODIPINE BESYLATE 10MG TAB
Refills: 3    QTY: 30

RX# 9166257 A196744 0394
ALFORD, BRIAN 12/04/2020
HYDROCHLOROTHIAZIDE 25MG TA
Refills: 3    QTY: 30

RX# 9166258 A196744 039
ALFORD, BRIAN 12/04/202
POTASSIUM CHLORIDE ER 10MEQ
Refills: 3    QTY: 3

12-27

Rx # 9147637 A196744 0394
ALFORD, BRIAN 12/4/2020
MINERAL OIL/WHITE PETROLATUM 20%/E
QTY: 3.5
Refills: 6

Rx # 9147635 A196744 0394
ALFORD, BRIAN 12/4/2020
LATANOPROST 0.000% EYE SOLN
QTY: 2.5
Refills: 3

12-27

RX# 9166250 A196744 0394
ALFORD, BRIAN 12/04/2020
CARVEDILOL 12.5MG TABS
Refills: 3    QTY: 30

RX# 9184491 A196744 0394
ALFORD, BRIAN 11/20/202
CYANOCOBALAMIN 1000MCG TABS
Refills: 6    QTY: 30

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

filled on 12-28-2010 JL

DRC 5373 (Rev. 08/07)

DRC000307

**Toledo Correctional Institution**                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                              MED HSR
Main: 4197267977                         Date of Service: 12/30/2020

**BRIAN KEITH ALFORD**
Male DOB: ███████, 1957        1871377715

**MED HSR**


*Imported By: Susan Rogers-HIT 12/30/2020 9:36:52 AM*

_____

External Attachment:

  Type:      Image
  Comment:   External Document


Signed By: Centricity, Document Manag at 12/30/2020 9:38:41 AM

# Health Services Request

Petición Para Servicios de Salud

| For Medical Use Only / Para Uso Medico Solamente |
|---|
| Reviewed by: |
| Date Received: *12/21/2020* | Time Received: *3:45* a.m./p.m. |

Date Of Request:
Fecha: *12-21-20*

Inmate Name:
Nombre: *ALFORD*

Number:
Numero: *A196-244*

Housing Unit:
Unidad: *A1-W11*

Request for:
- [X] Medical Care / Attención Medica
- [ ] Dental Care / Attención Dental
- [ ] Medication Reorder / Reordenar Medicación
- [ ] Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema: *I NEED TO PURCHASE OTC MEDS FOR:*
*(1) KERRI LOTION FOR FEET / NEUROPATHY*
*(1) ZYRTEK FOR SEVERE ALLERGIES*
*I SPOKE WITH COMMISSARY AND WAS INSTRUCTED*
*TO NOTIFY YOU*

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

*email sent to commissary on 12/22/2020*

DRC 5373 (Rev. 08/07)

DRC000309

**Toledo Correctional Institution**                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                              MED Healthcare Debit
Main: 4197267977                    Date of Service: 12/29/2020

**BRIAN KEITH ALFORD**
Male DOB: ███████ , 1957      1871377715

**MED Healthcare Debit**


*Imported By: Susan Rogers-HIT 12/29/2020 11:15:44 AM*

---

External Attachment:

  Type:     Image
  Comment:  External Document


Signed By: Centricity, Document Manag at 12/29/2020 11:16:01 AM

DRC000310

# Healthcare Debit

| Inmate Name: AHord B. | Inmate Number 126744 | Date of Service: 12/21/2020 |
|---|---|---|
| Institution Name: ToCI | Housing Location: A.W11 | Date: 12/21/2020 |

The above-named inmate is to be charged ☑ $ 2.00 *(routine HSR)* ☐ $ 3.00 *(unscheduled non-emergent)* for medical service received, to be deducted from the inmate's institutional personal account. The charge is made pursuant to sec. 5120.56 O.R.C., Offender Financial Responsibility Program.

| Medical Staff (Print): J. Lehmann | Position: RN |
|---|---|

The above-named inmate is indigent as defined in DRC Policy 68-MED-15. No co-pay was deducted from the inmate's institutional personal account.

| Cashier/Designee: | Date: |
|---|---|

## Refunds

| ☐ Void Co-Pay | HCA/Inspector: | Date: |
|---|---|---|
| ☐ Void Processed | Cashier/Designee: | Date: |

DRC 5203 (Rev. 07/07)   DISTRIBUTION:   WHITE - Cashier      CANARY - Medical Services      PINK - Inmate      ACA 4-4400

DRC000311

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                          MED HSR
Main: 4197267977                              Date of Service: 12/29/2020

**BRIAN KEITH ALFORD**
Male DOB: ██████, 1957       1871377715

**MED HSR**


*Imported By: Susan Rogers-HIT 12/29/2020 11:15:23 AM*

_____

External Attachment:

  Type:     Image
  Comment:  External Document


Signed By: Centricity, Document Manag at 12/29/2020 11:15:31 AM

1 of 1

# Health Services Request

Petición Para Servicios de Salud

**For Medical Use Only / Para Uso Medico Solamente**

Reviewed by: *RSchumacker RN*

Date Received: 12/16/20

Time Received: 1111  a.m. **p.m.**

Date Of Request:
Fecha: *12-15-20*

Inmate Name:
Nombre: *ALFORD*

Number:
Numero: *A196-744*

Housing Unit:
Unidad: *A1-W11*

Request for:  ☒ Medical Care / Atención Medica  ☐ Dental Care / Atención Dental  ☐ Medication Reorder / Reordenar Medicación  ☐ Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema:
*THIS IS MY 3RD REQUEST TO BE EXAMINED BY DR. PORTER FOR SINUS, UPPER RESPIRATORY INFECTION SINCE 11·24·20 · WAS TREATED EARLIER THIS YEAR FOR SAME WITH ANTIBIOTICS. ALLERGINS's DUST, MOLD, RAGWEED POLLEN, GRASS, TOBACCO, TOBACCO SMOKE, WOOL USED TO GET SHOTS. SINUS EAR, UPPER RESPIRATORY*

*Place This Slip In Medical Request Box Or Designated Area* of seen in NSC
*Ponga en la Caja de Peticiónes Medicas en Area Designada* on 12/21/2020

DRC 5373 (Rev. 08/07)

DRC000313

**Toledo Correctional Institution**                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                              Nurse : commissary out of meds
Main: 4197267977                              Date of Service: 12/28/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

**General Note Type:**   Nurse
**Subject:**   commissary out of meds
**Note:**   Commissary out of claratin 10 pills    deliverd to inmate
**Previous Height:** 74 (12/23/2020 5:57:41 AM)      **Previous Weight:** 212 (12/23/2020 5:57:41 AM)
    **BMI:** 27.32
**Enter numeric values ONLY**

Signed By: Johnson-RN, Ciara at 12/28/2020 8:44:48 PM

**Toledo Correctional Institution**                                              8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                          Non Formulary Medicine Request
Main: 4197267977                                             Date of Service: 12/23/2020

**BRIAN KEITH ALFORD**
Male DOB: ██████ 1957                          1871377715

APOC:   Will need to use OTC loratidine.


Signed By: Granson-MD, Alfred at 12/23/2020 3:09:34 PM

DRC000315

**Toledo Correctional Institution**                                      8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                    Non Formulary Medicine Request
Main: 4197267977                                      Date of Service: 12/23/2020

**BRIAN KEITH ALFORD**
Male DOB: ███████, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

New Request
**Patient Number**
A196744
**Allergies:**
* Synalgos-DC (Moderate)
* BACTRIM DS (Moderate)

**Date Requesting:** 12/23/2020
**Name of Drug:** Nasacort Nasal Spray, 55 mcg per spray
**Dose:** 2 puffs each nostril (total 220 mcg)
**Frequency:**   QD
**Length of Anticipated Treatment:** 6 months
**Reason For Non Formulary Request:** Nasacort is not available in pharmacy. Has perennial allergic
rhinitis.
**Are there medical records in the patient's chart to back up diagnosis and recommendations for
the non-formulary medication?:** Yes

Signed By: Porter-MD, Lawrence at 12/23/2020 1:43:45 PM

**Toledo Correctional Institution**                                              8/8/2023
2001 East Central Avenue
Toledo, OH 43608                              ALP Sick Call-chronic sinus issues (long term POC?)
Main: 4197267977                                              Date of Service: 12/23/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                          1871377715

## Encounter Context
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

## Current Vital Signs
**Date/Time Vitals were taken:**  December 23, 2020 8:57 AM
**Previous Height:** 74 (10/30/2020 5:44:31 PM)    **Previous Weight:** 215 (12/21/2020 3:23:17 PM)

**Does weight include shackles?**  Without Shackles
**Current Weight (lbs) with or without shackles:**  212    **Current Height (in.):**  74
  **BMI:** 27.32    **Sitting BP:**  151 **/** 94
**Temperature:**  96.7    **Temperature site:**  Temporal
**Pulse rate:** 66    **Pulse rhythm:**  Regular
**Respirations:**  16   **Respiration Type:**  Unlabored
    **Pulse Ox%**  100   **Room Air:**  Yes
**Skin Turgor:**  normal
**Capillary Refill:** good

## HPI
**Chief complaint:** Perennial allergic rhinitis
**History of presenting illness:** Pt states has been diagnosed allergic perennial rhinitis   and treated with allergy shots in past, has 9 allergies, including dust, mold mildew, ragweed, pollen, grass, tobacco smoke, wool. He had year round symptoms of nasal congestion, coryza, itching ears/eyes/nose, runny eyes, and some sneezing. He gets about 2 sinus infections per year as nasal burning, facial maxillary pain, and change in consistency of nasal secretions (thick or thin), without purulence, without fevers. Last sinus infection tx in July. Now states has a sinus infection x 1 month, with same symptoms, and upper respiratory. He is treated only with a few nurse samples of loratidine chlorpheniriamine. Does not have Zyrtec now but it helps allergy. symptoms. Prior tx remotely with nasal steroids, and once needed   a breathing treatment. States he ordered Zyrtec from commissary last week but they were out of it.
**Is there another issue?** No

## Physical Examination
ENT

## General
Patient is alert and oriented and in no acute distress
**Obese**    No
**Diaphoretic** No
**Answers questions appropriately.** Yes
**Able to speak in full sentences.** Yes

## Respiratory
no respiratory distress. no cough noted.

## Head

**Toledo Correctional Institution**                              8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    ALP Sick Call-chronic sinus issues (long term POC?)
Main: 4197267977                                Date of Service: 12/23/2020

**BRIAN KEITH ALFORD**
Male DOB: ███ 1957            1871377715

**Normocephalic**   Yes

## Lymphatic
**Neck adenopathy** No
Grossly intact and non focal, no tremors, no gait abnormalities, speech fluent.

## Mental Status
Alert, oriented, answers questions appropriately

## Eyes
Full extraocular motion, sclera clear, not icteric, pupils equal and round
**Eyelid abnormality**   No
no alergic shiners, no lacrimation. + bilat conjunctival erythema.

*External Ears:*
No obvious deformities

*Otoscopic:*
No obvious abnormalities

## Nose
Nares open and clear bilaterally and without discharge.
**Swollen mucosa** No
**Rhinorrhea** No
Non-tender paranasal sinus-areas.
septal and turbinate erythema. No ulcers.

## Mouth / Throat
**Oral mucosa normal** Yes

## Integumentary
Skin is without obvious rashes or lesions.

## Assessment
**Assessment(s):**
Perennial allergic rhinitis (ICD-477.9) (ICD10-J30.89)

## Plan
**Is this visit related to Pandemic?** No
**Is this patient a COVID-19 POSITIVE patient?** No
Perennial allergic rhinitis. Pt believes he has a sinus infection for 1 month, but more likely has
exacerbation of chronic allergic rhinitis. would not use antibiotic at this time.
Would benefit from continuous nasal steroid spray, (Nasacort 55 mcg per spray, start 2 sprays each
nostril QD total 220 mcg daily, back off if improved). Nasacort continues to be unavailable at commissary,
will request PA.
Given chlorpheniramine 8 tabs, loratidine package of 10 tabs, and will email commissary to allow refill of
Zyrtec at this time.

DRC000318

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    ALP Sick Call-chronic sinus issues (long term POC?)
Main: 4197267977                                Date of Service: 12/23/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957          1871377715

Advise to report fever/purulent coryza/worse sinus pain.
**Education Provided:** Medication Management, Treatment Plan
Return to Clinic PRN

**New Orders**

Signed By: Porter-MD, Lawrence at 12/23/2020 1:41:26 PM

DRC000319

**Toledo Correctional Institution**                              8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                  MED HSR
Main: 4197267977                          Date of Service: 12/22/2020

**BRIAN KEITH ALFORD**
Male DOB: ████████, 1957      1871377715

**MED HSR**


*Imported By: Susan Rogers-HIT 12/22/2020 11:45:01 AM*

_____

External Attachment:

  Type:    Image
  Comment:  External Document


Signed By: Centricity, Document Manag at 12/22/2020 11:45:30 AM

DRC000320

# Health Services Request

Petición Para Servicios de Salud

| For Medical Use Only / Para Uso Medico Solamente | |
|---|---|
| Reviewed by: _P. Schumacher RN_ | |
| Date Received: 12/2/20 | Time Received: 11 27  a.m. (p.m.) |

| Date Of Request:<br>Fecha: _11-1-20_ | | |
|---|---|---|
| Inmate Name:<br>Nombre: _ALFORD_ | Number:<br>Numero: _A196744_ | Housing Unit:<br>Unidad: _A1-W14_ |

Request for:  ☐ Medical Care  ☐ Dental Care  ☐ Medication Reorder  ☐ Medication Refill
Attención Medica    Attención Dental    Reordenar Medicación    Rellenar la Medicación

Nature of problem: _NASAL BURNING, POSSIBLE SINUS INFECTION, EARS_
Descripción del problema: _RUNNY, PRESSURE IN EAR._

_Seen 12/8/2020_

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

DRC000321

**Toledo Correctional Institution**                                    8/8/2023
**2001 East Central Avenue**
**Toledo**, **OH 43608**                                              Order Form

---

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Lawrence Porter-MD | **Service Provider:** | |
| **Auth Provider NPI:** | 1689603995 | | |
| **Signing Provider:** | Jonathan Lehman-RN | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| Code | Description | Diagnoses |
|---|---|---|
| SCHMEDALP | Schedule with Advanced Level Provider | |

**Order Number:** 1579654-1                          **Quantity:** 1
**Authorization #:**                                  **Priority:** N
**Start Date:**            12/23/2020                 **End Date:** 12/23/2020
**Electronically signed by:** Jonathan Lehman-RN      **Signed on:** 12/21/2020 4:34:16 PM
**Instructions:**          f/u chronic sinus issues, discuss long term plan of care

1 of 1

DRC000322

**Toledo Correctional Institution**                                       8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                        NSC- chronic sinus symptoms
Main: 4197267977                                        Date of Service: 12/21/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                          1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old


**Pre-Existing Clinical Summary**
**Allergies:**
* Synalgos-DC, * BACTRIM DS.
**Problems**
Peripheral neuropathy (ICD-356.9) (ICD10-G60.9), Strain of muscle, fascia and tendon of lower back, initial encounter (ICD-848.8) (ICD10-S39.012A), Strain of unspecified muscle, fascia and tendon at shoulder and upper arm level, right arm, initial encounter (ICD-840.9) (ICD10-S46.911A), Contusion of left forearm, initial encounter (ICD-923.10) (ICD10-S50.12xA), Contusion of left hip, initial encounter (ICD-924.01) (ICD10-S70.02xA), B12 deficiency (ICD-266.2) (ICD10-E53.8), GERD (gastroesophageal reflux disease), mild (ICD-530.81) (ICD10-K21.9), Glaucoma suspect, left (ICD-365.00) (ICD10-H40.002), Abdominal discomfort (ICD-789.00) (ICD10-R10.9), Ear pain, left (ICD-388.70) (ICD10-H92.02), Ear wax (ICD-380.4) (ICD10-H61.20), Abdominal pain, left lower quadrant (ICD-789.04) (ICD10-R10.32), Abdominal pain, left upper quadrant (ICD-789.02) (ICD10-R10.12), Otalgia, right (ICD-388.70) (ICD10-H92.01), Acute bilateral otitis media (ICD-382.9) (ICD10-H66.93), Viral syndrome (ICD-079.99) (ICD10-B97.89), Seasonal allergies (ICD-477.9) (ICD10-J30.2), IBS (ICD-564.1) (ICD10-K58.9), Lateral epicondylitis, left (ICD-726.32) (ICD10-M77.12), Unspecified viral hepatitis C without hepatic coma (ICD-070.70) (ICD10-B19.20), Unspecified essential hypertension (ICD-401.9) (ICD10-I10), Other states following surgery of eye and adnexa    (ICD-V45.69) (ICD10-Z98.83), Unspecified infective arthritis, site unspecified    (ICD-711.90) (ICD10-M01.x0), Other cataract    (ICD-366.8) (ICD10-H26.8), Spasm of muscle    (ICD-728.85), Cervical spondylosis with myelopathy    (ICD-721.1) (ICD10-M47.12), Benign localized hyperplasia of prostate without urinary obstruction and other lower urinary tract symptoms [LUTS]    (ICD-600.20) (ICD10-N40.0), Intervertebral lumbar disc disorder with myelopathy, lumbar region (ICD-722.73) (ICD10-M51.06), Allergic rhinitis, cause unspecified    (ICD-477.9), Unspecified dermatomycosis    (ICD-111.9) (ICD10-B36.9), Lattice degeneration of peripheral retina    (ICD-362.63) (ICD10-H35.419), Carpal tunnel syndrome    (ICD-354.0) (ICD10-G56.00), Injury to ulnar nerve (ICD-955.2), Allergic rhinitis due to other allergen    (ICD-477.8), Unspecified subjective visual disturbance (ICD-368.10) (ICD10-H53.10), Routine general medical examination at health care facility    (ICD-V70.0).
**Orders**
Schedule with Optometry [SCHOPT], Vitamin B12 [001503], Schedule with Advanced Level Provider [SCHMEDALP], Schedule Chronic Care Visit F/U [SCHCCCFU].


**Nurse Sick Call**
**Is this sick call for a dental complaint?** No
**Type of Sick Call:**    Illness
**Referral Source:**   Nurse
**Sick Call Request Type:**   Symptom Based Sick Call Request


**Subjective**


**Subjective**
**Patient's subjective statement:** Pt complains of ongoing chronic sinus congestion and issues for years but worse since his upper respiratory infection on 11/24/2020. Pt states, "I still feel pressure and pain in

**Toledo Correctional Institution**                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                    NSC- chronic sinus symptoms
Main: 4197267977                                 Date of Service: 12/21/2020

**BRIAN KEITH ALFORD**
Male DOB: ████ 1957                    1871377715

my sinuses. I feel like I have some congestion in my chest but I'm not coughing."   Pt denies fever, cough, SOB, loss of taste/smell, body aches, fatigue, chills, or any other flu-like/COVID symptoms.

**Significant Medical History**
Chronic Rhinitis
Chronic Sinusitits
Seasonal Allergies
**Nursing Diagnosis:** Potential for infection R/ T retained secretions

**Objective Findings**

**Head, Eyes, ENT**
**Vision Disturbance:**   No
**Hearing Difficulty:**   No
**Difficulty Swallowing:**   No
**Bleeding Gums:**   No
**Other HEENT** mild redness to nares bilaterally. No redeness in back of throat observed

**Neuro / Musculoskeletal**
**Conscious:**   Yes
**Oriented x 3:**   Yes
**Pupils, PERLA:**   Yes
**Weakness of Extremities:**   No

**Peripheral Circulation**
**Cyanosis:**   No
**Mottling:**   No
**Tingling in Hands:**   No
**Tingling in Feet:**   No

**Genital / Urinary**
**Urination Frequency:**   No
**Incontinence:**   No
**Difficulty Urinating:**   No
**Urinary Catheter:**   No

**Skin**
**Color:**   Normal
**Bruises:**   No

**Cardiovascular**
**Rhythm** Regular
**Hear Sounds:**   Normal
**Edema:**   No

DRC000324

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                    NSC- chronic sinus symptoms
Main: 4197267977                                    Date of Service: 12/21/2020

**BRIAN KEITH ALFORD**
Male DOB: ████ 1957                     1871377715

**Pitting:** No

**Respiratory**
**Lung Sounds** Normal
**Cough:** No

**Gastrointestinal**
**Appetite:** Good
**Vomiting:** No
**Nausea:** No
**Bowel Movements:** Regular
**Bowel Sounds:** Normal
**Abdomen:** Soft

**Plan**
**Nursing Interventions:** Acetaminophen 325mg 1-2 tabs PO every 4 hours PRN for fever >101 - 10 tabs given, CTM 1 tab twice daily for 3 days PO PRN for nasal congestion/drainage/sneezing - 6 tabs given, Patient referred to commissary for OTC comfort medication
**Other Nursing Interventions:** Loratadine 10mg PO tabs x6 given and instructed on use
**Patient Education Provided:**    Hand Hygiene, Cough etiquette, Increase fluids, Medication side effects

**Disposition**
Return to clinic if no improvement
No restrictions on activity
Released to general population
Schedule with ALP

**Current Vital Signs**
**Date/Time Vitals were taken:**  December 21, 2020 2:32 PM
**Previous Height:** 74 (10/30/2020 5:44:31 PM)        **Previous Weight:** 215 (12/08/2020 7:24:57 AM)

**Does weight include shackles?**  Without Shackles
**Current Weight (lbs) with or without shackles:**  215   **BMI:** 27.70    **Sitting BP:**  143 / 89
**Temperature:**  97.6    **Temperature site:**  Temporal
**Pulse rate:** 74      **Pulse rhythm:**  Regular
**Respirations:**  16  **Respiration Type:**  Unlabored
      **Pulse Ox%**  97    **Room Air:**  Yes

Signed By: Lehman-RN, Jonathan at 12/21/2020 4:34:19 PM

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                        MED HSR
Main: 4197267977                                  Date of Service: 12/21/2020

**BRIAN KEITH ALFORD**
Male DOB: ██████, 1957      1871377715

**MED HSR**


*Imported By: Susan Rogers-HIT 12/21/2020 1:02:17 PM*

_____

External Attachment:

  Type:     Image
  Comment:  External Document


Signed By: Centricity, Document Manag at 12/21/2020 1:02:31 PM

# Health Services Request

Petición Para Servicios de Salud

**For Medical Use Only / Para Uso Medico Solamente**

Reviewed by: _____

Date Received: 12/7/2020   Time Received: 2:34   a.m./p.m.

Date Of Request:
Fecha: 11-6-20

Inmate Name:
Nombre: ALFORD

Number:
Numero: A198-744

Housing Unit:
Unidad: A1-W11

Request for: ☒ Medical Care      ☐ Dental Care      ☐ Medication Reorder      ☐ Medication Refill
Atténción Medica         Atténción Dental      Reordenar Medicación      Rellenar la Medicación

Nature of problem:
Descripción del problema: SINUS INFECTION, NOSTRILLS BURNING, PAIN
IN FACE & CHEEKS, CHEST BURNING, BLADDER
INFECTION. THIS IS MY SECOND HSR IN
7 DAYS WITHOUT BEING SEEN.

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                        MED HSR
Main: 4197267977                               Date of Service: 12/21/2020

**BRIAN KEITH ALFORD**
Male DOB: ███████, 1957      1871377715

**MED HSR**


*Imported By: Susan Rogers-HIT 12/21/2020 12:36:38 PM*

_____

External Attachment:

  Type:      Image
  Comment:   External Document



Signed By: Centricity, Document Manag at 12/21/2020 12:37:01 PM

# Health Services Request

Petición Para Servicios de Salud

| For Medical Use Only / Para Uso Medico Solamente | |
|---|---|
| Reviewed by: R Schumacher RJ | |
| Date Received: 12/3/20 | Time Received: 1030 a.m./p.m. |

| | | | |
|---|---|---|---|
| Date Of Request: / Fecha: 12-1-20 | | | |
| Inmate Name: / Nombre: ALFORD | | Number: / Numero: A196-744 | Housing Unit: / Unidad: A1-W11 |

Request for: ☐ Medical Care / Atención Medica ☐ Dental Care / Attención Dental ☐ Medication Reorder / Reordenar Medicación ☐ Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema:

filled on 12/4/2020 JR

RX# 9166254 A196744 0394
ALFORD, BRIAN 11/09/2020
AMLODIPINE BESYLATE 10MG TAB
Refills: 4 QTY: 30

RX# 9166257 A196744 0394
ALFORD, BRIAN 11/09/2020
HYDROCHLOROTHIAZIDE 25MG TA
Refills: 4 QTY: 30

RX# 9166258 A196744 0394
ALFORD, BRIAN 11/09/202
POTASSIUM CHLORIDE ER 10MEQ
Refills: 4 QTY: 30

RX# 9166250 A196744 0394
ALFORD, BRIAN 11/09/202
CARVEDILOL 12.5MG TABS
Refills: 4 QTY: 30

RX# 9166250 A196744 0394
ALFORD, BRIAN 11/09/202
CARVEDILOL 12.5MG TABS
Refills: 4 QTY: 30

RX# 9166253 A196744 0394
ALFORD, BRIAN 11/09/2020
ASPIRIN E.C. 81MG TBEC
Refills: 4 QTY: 30

Rx # 9147635 A196744 0394
ALFORD, BRIAN 11/9/2020
LATANOPROST 0.005% EYE SOLN
Refills: 4 QTY: 2.5

Rx # 9147637 A196744 0394
ALFORD, BRIAN 11/3/2020
MINERAL OIL/WHITE PETROLATUM 20%/E
Refills: 6 QTY: 3.5

REORDER

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

**Toledo Correctional Institution**                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    ODRC Nurse Sick Call-sinus/bladder
Main: 4197267977                    Date of Service: 12/8/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

**Pre-Existing Clinical Summary**
**Allergies:**
* Synalgos-DC, * BACTRIM DS.
**Problems**
Peripheral neuropathy (ICD-356.9) (ICD10-G60.9), Strain of muscle, fascia and tendon of lower back, initial encounter (ICD-848.8) (ICD10-S39.012A), Strain of unspecified muscle, fascia and tendon at shoulder and upper arm level, right arm, initial encounter (ICD-840.9) (ICD10-S46.911A), Contusion of left forearm, initial encounter (ICD-923.10) (ICD10-S50.12xA), Contusion of left hip, initial encounter (ICD-924.01) (ICD10-S70.02xA), B12 deficiency (ICD-266.2) (ICD10-E53.8), GERD (gastroesophageal reflux disease), mild (ICD-530.81) (ICD10-K21.9), Glaucoma suspect, left (ICD-365.00) (ICD10-H40.002), Abdominal discomfort (ICD-789.00) (ICD10-R10.9), Ear pain, left (ICD-388.70) (ICD10-H92.02), Ear wax (ICD-380.4) (ICD10-H61.20), Abdominal pain, left lower quadrant (ICD-789.04) (ICD10-R10.32), Abdominal pain, left upper quadrant (ICD-789.02) (ICD10-R10.12), Otalgia, right (ICD-388.70) (ICD10-H92.01), Acute bilateral otitis media (ICD-382.9) (ICD10-H66.93), Viral syndrome (ICD-079.99) (ICD10-B97.89), Seasonal allergies (ICD-477.9) (ICD10-J30.2), IBS (ICD-564.1) (ICD10-K58.9), Lateral epicondylitis, left (ICD-726.32) (ICD10-M77.12), Unspecified viral hepatitis C without hepatic coma (ICD-070.70) (ICD10-B19.20), Unspecified essential hypertension (ICD-401.9) (ICD10-I10), Other states following surgery of eye and adnexa   (ICD-V45.69) (ICD10-Z98.83), Unspecified infective arthritis, site unspecified   (ICD-711.90) (ICD10-M01.x0), Other cataract   (ICD-366.8) (ICD10-H26.8), Spasm of muscle   (ICD-728.85), Cervical spondylosis with myelopathy (ICD-721.1) (ICD10-M47.12), Benign localized hyperplasia of prostate without urinary obstruction and other lower urinary tract symptoms [LUTS]   (ICD-600.20) (ICD10-N40.0), Intervertebral lumbar disc disorder with myelopathy, lumbar region (ICD-722.73) (ICD10-M51.06), Allergic rhinitis, cause unspecified   (ICD-477.9), Unspecified dermatomycosis   (ICD-111.9) (ICD10-B36.9), Lattice degeneration of peripheral retina   (ICD-362.63) (ICD10-H35.419), Carpal tunnel syndrome   (ICD-354.0) (ICD10-G56.00), Injury to ulnar nerve (ICD-955.2), Allergic rhinitis due to other allergen   (ICD-477.8), Unspecified subjective visual disturbance (ICD-368.10) (ICD10-H53.10), Routine general medical examination at health care facility   (ICD-V70.0).
**Orders**
Schedule with Optometry [SCHOPT], Vitamin B12 [001503], Schedule with Advanced Level Provider [SCHMEDALP], Schedule Chronic Care Visit F/U [SCHCCCFU], Schedule for Nurse Sick Call [SCHNSC].

**Nurse Sick Call**
**Is this sick call for a dental complaint?** No
**Type of Sick Call:**    Illness
**Referral Source:**   Health Service Request
**Sick Call Request Type:**   Symptom Based Sick Call Request

**Subjective**
**Chemstrip Urine Dip Stick**
**Color:**   yellow
**Clarity:**   Clear
**Odor:**   No
**Leukocytes 2 Minutes:**   Neg

**Toledo Correctional Institution**                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          ODRC Nurse Sick Call-sinus/bladder
Main: 4197267977                          Date of Service: 12/8/2020

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                    1871377715

**Nitrite 60 Seconds:**  Neg
**Urobilinogen 60 Seconds:**  .2
**Protein 60 Seconds:**  neg
**pH 60 Seconds:**  7.0
**Blood 60 Seconds:**  Neg
**Specific Gravity 45 Seconds:**  1.015
**Ketones 40 Seconds:**  5 (Trace)
**Bilirubin 30 Seconds:**  Neg
**Glucose 30 Seconds:**  Neg

## Subjective
**Patient's subjective statement:** Pt reports exacerbation of sinus symptoms (chronic). He denies any other symptom consistent with covid like illness (sore throat, cough, fever/chills, loss of taste/smell, N/V/D, etc.) He also reports concernover bladder infection as he has occasional urgency with incontinence and occasional difficulty starting stream.
**Onset:**   chronic

## Significant Medical History
Chronic Rhinitis
Chronic Ear Infections
Chronic Sore Throat
Chronic Sinusitits
Seasonal Allergies
**Nursing Diagnosis:** Ineffective airway clearance R/T inflammation

## Objective Findings

### Head, Eyes, ENT
**Vision Disturbance:**  No
**Hearing Difficulty:**  No
**Difficulty Swallowing:**  No
**Bleeding Gums:**  No
**Other HEENT** Ears free of S/Sx of active infection, throat slightly red, bilat nares red

### Neuro / Musculoskeletal
**Conscious:**  Yes
**Oriented x 3:**  Yes
**Pupils, PERLA:**  Yes
**Weakness of Extremities:**  No

### Peripheral Circulation
**Cyanosis:**  No
**Mottling:**  No

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                              ODRC Nurse Sick Call-sinus/bladder
Main: 4197267977                                    Date of Service: 12/8/2020

**BRIAN KEITH ALFORD**
Male DOB: ███████, 1957              1871377715

**Tingling in Hands:**   No
**Tingling in Feet:**   No

## Genital / Urinary
**Urination Frequency:**   No
**Incontinence:**   Yes
**Elaborate:**   as above
**Difficulty Urinating:**   No
**Urinary Catheter:**   No
**Other G/U:** Difficulty starting stream

## Skin
**Color:**   Normal
**Temp:**   Dry
**Turgor:**   Normal
**Bruises:**   No

## Cardiovascular
**Rhythm** Regular
**Hear Sounds:**   Normal
**Edema:**   No
**Pitting:**   No

## Respiratory
**Lung Sounds** Normal
**Cough:**   No

## Gastrointestinal
**Appetite:**   Good
**Vomiting:**   No
**Nausea:**   No
**Bowel Movements:**   Regular
**Bowel Sounds:**   Normal
**Abdomen:**   Soft

## Plan
**Nursing Interventions:** Acetaminophen 325mg 1-2 tabs PO every 4 hours PRN for fever >101 - 10 tabs given, CTM 1 tab twice daily for 3 days PO PRN for nasal congestion/drainage/sneezing - 6 tabs given, Patient referred to commissary for OTC comfort medication, Other
**Other Nursing Interventions:** Pt given OTC Claratin/Zyrtec for sinus drainage to use with CTM tabs
**Patient Education Provided:**     Hand Hygiene, Cough etiquette, Increase fluids, Medication side effects
**Other patient education:** Pt educated that if urine dip shows concern for infection, he will be called to see ALP or be ordered ATB at that time.

## Disposition
Return to clinic if no improvement
Released to general population

**Toledo Correctional Institution**                                      8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                     ODRC Nurse Sick Call-sinus/bladder
Main: 4197267977                                       Date of Service: 12/8/2020

**BRIAN KEITH ALFORD**
Male DOB: ███████, 1957                    1871377715

**Current Vital Signs**
**Date/Time Vitals were taken:**   December   8, 2020 7:25 AM
**Previous Height:** 74 (10/30/2020 5:44:31 PM)     **Previous Weight:** 218 (11/18/2020 5:28:57 AM)

**Does weight include shackles?**   Without Shackles
**Current Weight (lbs) with or without shackles:**   215     **BMI:** 27.70     **Sitting BP:**   124 **/** 75
**Temperature:**   96.6     **Temperature site:**   Temporal
**Pulse rate:** 84     **Pulse rhythm:**   Regular
**Respirations:**   16   **Respiration Type:**   Regular
        **Pulse Ox%**   97     **Room Air:**   Yes

Signed By: Weber-RN, Brian at 12/8/2020 7:32:22 AM

DRC000333

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                    NSC - ILI S&Sx
Main: 4197267977                                          Date of Service: 12/8/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                          1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

## Clinical Lists Changes

**Orders:**
Added new Test order of Schedule for Nurse Sick Call (SCHNSC) - Signed

Signed By: Mathews-RN, Michael at 12/8/2020 4:13:33 AM

**Toledo Correctional Institution**                                          8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                         Order Form

## TEST FORM

| | | | | |
|---|---|---|---|---|
| **Authorizing Provider:** | Michael Mathews-RN | **Service Provider:** | | ODRC |
| **Auth Provider NPI:** | | | | |
| **Signing Provider:** | Michael Mathews-RN | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | | **Secondary Ins:** |
| **Group:** | | **Group:** |
| **Policy:** | | **Policy:** |
| **Insured ID:** | | **Insured ID:** |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| SCHNSC | Schedule for Nurse Sick Call | |

**Order Number:** 1544898-1                          **Quantity:** 1
**Authorization #:**                                  **Priority:** N
**Start Date:**            12/08/2020               **End Date:** 12/08/2020
**Electronically signed by:** Michael Mathews-RN      **Signed on:** 12/8/2020 4:13:24 AM
**Instructions:**          ILI S&Sx

1 of 1

**Toledo Correctional Institution**                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                              MED HSR
Main: 4197267977                          Date of Service: 11/24/2020

**BRIAN KEITH ALFORD**
Male DOB: ███████, 1957      1871377715

**MED HSR**


*Imported By: Susan Rogers-HIT 11/24/2020 10:20:25 AM*

---

External Attachment:

  Type:      Image
  Comment:   External Document


Signed By: Centricity, Document Manag at 11/24/2020 10:20:31 AM

# Health Services Request

Petición Para Servicios de Salud

**For Medical Use Only / Para Uso Medico Solamente**

Reviewed by:

Date Received:

Time Received:
a.m./p.m.

Date Of Request:
Fecha: 11·18-20

Inmate Name:
Nombre: ALFORD

Number:
Numero: A196744

Housing Unit:
Unidad: Ar W1J

Request for:
☑ Medical Care / Attención Medica
☐ Dental Care / Attención Dental
☐ Medication Reorder / Reordenar Medicación
☐ Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema: (1) ALLERGIES, SINUSES, EAR PRESSURE, CONGESTION

(2) STATUS OF ORTHO BOOTS / 23E

OPJ doesn't have EEE
(3) VERIFY APPROVAL TO ORDER THRU AMAZON.COM

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

DRC000337

**Toledo Correctional Institution**                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                         CCC- HTN, HCV
Main: 4197267977                          Date of Service: 11/22/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                      1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

## Clinical Lists Changes

**Orders:**
Added new Test order of Schedule Chronic Care Visit F/U (SCHCCCFU) - Signed

Signed By: Hughes-RN, Elizabeth at 11/22/2020 8:55:42 AM

**Toledo Correctional Institution**                                     8/8/2023
**2001 East Central Avenue**
**Toledo**, **OH 43608**                                                Order Form

## TEST FORM

| | | | | |
|---|---|---|---|---|
| **Authorizing Provider:** | Lawrence Porter-MD | **Service Provider:** | | |
| **Auth Provider NPI:** | 1689603995 | | | |
| **Signing Provider:** | Elizabeth Hughes-RN | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| SCHCCCFU | Schedule Chronic Care Visit F/U | |

**Order Number:** 1511618-1                        **Quantity:** 1
**Authorization #:**                               **Priority:** N
**Start Date:** 01/25/2021                          **End Date:**
**Electronically signed by:** Elizabeth Hughes-RN   **Signed on:** 11/22/2020 8:55:36 AM
**Instructions:** CCC- HTN, HCV

DRC000339

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                     MED HSR
Main: 4197267977                              Date of Service: 11/19/2020

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957      1871377715

**MED HSR**


*Imported By: Susan Rogers-HIT 11/19/2020 11:26:43 AM*

---

External Attachment:

  Type:     Image
  Comment:  External Document


Signed By: Centricity, Document Manag at 11/19/2020 11:27:02 AM

**DRC000340**

# Health Services Request

Petición Para Servicios de Salud

| For Medical Use Only / Para Uso Medico Solamente | |
|---|---|
| Reviewed by: | *Mathews, RN* |
| Date Received: 11/8/2020 | Time Received: 2345    a.m./p.m. |

Date Of Request:
Fecha: 11-7-20

Inmate Name:
Nombre: ALFORD

Number:
Numero: A196744

196744

Housing Unit:
Unidad: A1-W11

Request for:
☐ Medical Care / Atención Medica
☐ Dental Care / Atención Dental
☐ Medication Reorder / Reordenar Medicación
☒ Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema:

I SUBMITTED STICKERS FOR REFILLS FOUR DAYS AGO AND HAVE NOT RECEIVED MY MEDS. I WAS TOLD I SIGNED FOR LAST REFILS 10-15-20 WHICH COULD NOT BE TRUE. MY LAST REFILS ARE DATED 10-1-20. WHY HAVEN'T I GOTTEN THEM.

Potassium Chloride
HCTZ
ASA
Norvasc
Carvedilol ) Reordered 11/9/2020 (1) per
Latanoprost

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

DRC000341

**Toledo Correctional Institution**                                              8/8/2023
**2001 East Central Avenue**
**Toledo**, **OH 43608**                                                          Order Form

| TEST FORM | | | |
|---|---|---|---|
| **Authorizing Provider:** | Lorna Swoope-LSW | **Service Provider:** | ODRC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Lorna Swoope-LSW | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ████ , 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ██████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| MHMHLCONTACT | MH MHL Contact | |
| **Order Number:** | 1503405-1 | **Quantity:** 1 |
| **Authorization #:** | | **Priority:** N |
| **Start Date:** | 11/18/2020 | **End Date:** 11/18/2020 |

**Electronically signed by:** Lorna Swoope-LSW      **Signed on:** 11/18/2020 2:13:14 PM
**Instructions:**

1 of 1

**Toledo Correctional Institution**                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          REFUSE ANNUAL FLU SHOT
Main: 4197267977                    Date of Service: 11/18/2020

**BRIAN KEITH ALFORD**
Male DOB: ███████, 1957      1871377715

**REFUSE ANNUAL FLU SHOT**


*Imported By: Susan Rogers-HIT 11/18/2020 11:52:38 AM*

---

External Attachment:

  Type:     Image
  Comment:   External Document


Signed By: Centricity, Document Manag at 11/18/2020 11:53:02 AM

# Ohio Department of Rehabilitation and Correction
# RELEASE OF RESPONSIBILITY

I hereby acknowledge that I have been fully informed by appropriate medical personnel as to my medical condition, _CHRONIC CARE CLINIC OR OVER the AGE OF 50_

Against the advice of said medical personnel, I desire to _REFUSE ANNUAL FLU SHOT_

Any medical condition left untreated may lead to disability, death, or temporary or chronic pain. Specific risks for your condition include: _GETTING INFLUENZA,_

Benefits of treatment: _VACCINATED AGAINST THE FLU_

I further acknowledge that I have been informed of the risks involved, benefits and alternate treatments available. I accept full responsibility for this action, and hereby release the attending physician and all other medical staff from all responsibility for any complications or undesirable results arising from such action.

| Witness: | Witness: |
|---|---|
| Inmate Signature: | Date: 11-5-2020 |
| Institution: TOCI | |

| Physician Review Signature: | Date: 11-5-2020 |
|---|---|
| Inmate Name: Alford | Inmate Number: 196744 |

DRC 5025 (Rev. 11/05)

ACA 4342, 4372, 4373

DRC000344

**Toledo Correctional Institution**                                      8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                      Non Formulary Medicine Request
Main: 4197267977                                       Date of Service: 11/19/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

```
approved x one year
```

Signed By: Eddy-MD, Andrew at 11/19/2020 9:18:29 AM
Signed By: Porter-MD, Lawrence at 11/19/2020 2:46:44 PM

1 of 1

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                    Non Formulary Medicine Request
Main: 4197267977                                    Date of Service: 11/18/2020

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

Renewal
**Patient Number**
A196744
**Allergies:**
* Synalgos-DC (Moderate)
* BACTRIM DS (Moderate)

**Date Requesting:** 11/18/2020
**Name of Drug:** Cyanocobalamin vitamin B12
**Dose:** 1000 mcg
**Frequency:**  daily
**Length of Anticipated Treatment:** 6 months to lifelong
**Reason For Non Formulary Request:** B12 deficiency. Responded to oral replacement.
**Are there medical records in the patient's chart to back up diagnosis and recommendations for the non-formulary medication?:** Yes

Signed By: Porter-MD, Lawrence at 11/18/2020 11:02:12 AM
Signed By: Porter-MD, Lawrence at 11/19/2020 2:46:31 PM

DRC000346

**Toledo Correctional Institution**                                        8/8/2023
**2001 East Central Avenue**
**Toledo**, **OH 43608**                                                   Order Form

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Lawrence Porter-MD | **Service Provider:** | |
| **Auth Provider NPI:** | 1689603995 | | |
| **Signing Provider:** | Lawrence Porter-MD | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| SCHMEDALP | Schedule with Advanced Level Provider | |

**Order Number:** 1501370-1                **Quantity:** 1
**Authorization #:**                       **Priority:** N
**Start Date:**          11/25/2020         **End Date:** 11/25/2020
**Electronically signed by:** Lawrence Porter-MD    **Signed on:** 11/18/2020 8:40:03 AM
**Instructions:**        DSC trim toenail

DRC000347

**Toledo Correctional Institution**                                          8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                          Order Form

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Lawrence Porter-MD | **Service Provider:** | |
| **Auth Provider NPI:** | 1689603995 | | |
| **Signing Provider:** | Lawrence Porter-MD | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███ 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| SCHMEDALP | Schedule with Advanced Level Provider | |

**Order Number:** 1501370-2    **Quantity:** 1
**Authorization #:**             **Priority:** N
**Start Date:** 01/25/2021      **End Date:**
**Electronically signed by:** Lawrence Porter-MD    **Signed on:** 11/18/2020 10:59:59 AM
**Instructions:** elective debride toenail right #2

1 of 1

DRC000348

**Toledo Correctional Institution**                                      8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                     Order Form

## TEST FORM

| | | | | |
|---|---|---|---|---|
| **Authorizing Provider:** | Lawrence Porter-MD | **Service Provider:** | | |
| **Auth Provider NPI:** | 1689603995 | | | |
| **Signing Provider:** | Lawrence Porter-MD | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ██████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| Code | Description | Diagnoses |
|---|---|---|
| 001503 | Vitamin B12 | B12 DEFICIENCY (ICD-E53.8) |
| **Order Number:** | 1501370-3 | **Quantity:** 1 |
| **Authorization #:** | | **Priority:** N |
| **Start Date:** | 05/12/2021 | **End Date:** 05/12/2021 |
| **Electronically signed by:** | Lawrence Porter-MD | **Signed on:** 11/18/2020 10:59:59 AM |
| **Instructions:** | 6 months repeat level | |

1 of 1

**Toledo Correctional Institution**                                  8/8/2023
2001 East Central Avenue
Toledo, OH 43608                        ALP Sick Call B12 defic, neuropathy, needs boots. Nasal
Main: 4197267977                                    Date of Service: 11/18/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

**Current Vital Signs**
**Date/Time Vitals were taken:**  November 18, 2020 8:28 AM
**Previous Height:** 74 (10/30/2020 5:44:31 PM)       **Previous Weight:** 218 (10/30/2020 5:44:31 PM)

**Does weight include shackles?**  Without Shackles
**Current Weight (lbs) with or without shackles:**  218   **BMI:** 28.09   **Sitting BP:**  129 **/** 83
**Temperature:**  96.2   **Temperature site:**  Temporal
**Pulse rate:** 68   **Pulse rhythm:**  Regular
**Respirations:**  16   **Respiration Type:**  Regular
    **Pulse Ox%**  97   **Room Air:**  Yes

**HPI**
**Chief complaint:** DSC boot fit, B12 defic, neuropathy
**History of presenting illness:** Hasn't gotten his 12 EEE boots yet. States quartermaster does not go
that big.
B12 deficiency, now after oral replacement, level = 422, normal. No change in foot numbness.
Neuropathy, numbness in feet: lab SIEP negative.

**Is there another issue?** Yes
**Second Complaint:** nasal and sinus congestion, chronic, year round. Now unable to get Zyrtec or Claritin
from commisary as of now. Had been getting from there. Has congestion. Prior tx allergy shots.
**Is there a third issue?** No

**Physical Examination**
ENT

**General**
Patient is alert and oriented and in no acute distress
**Obese**    No
**Diaphoretic** No
**Answers questions appropriately.** Yes
**Able to speak in full sentences.** Yes

**Respiratory**
no distress

**Head**
**Normocephalic**    Yes

**Extremeties**
**Dorsalis Pedis Pulses - Left** Palpable
**Dorsalis Pedis Pulses - Right** Palpable

DRC000350

**Toledo Correctional Institution**                                8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          ALP Sick Call B12 defic, neuropathy, needs boots. Nasal
Main: 4197267977                                        Date of Service: 11/18/2020

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                    1871377715

bilateral heel callus.
No skin breaks.
Right toe # 2, now not bleeding from plantar surface. Nail is dystrophic.


## Sensory
**Sensation deficit** Yes
Symmetric decreased soft touch from mid legs and down. Monofilament defecit left mid foot and toes.

## Mental Status
Alert, oriented, answers questions appropriately

## Eyes
Full extraocular motion, sclera clear, not icteric, pupils equal and round

*External Ears:*
No obvious deformities

*Otoscopic:*
**Ear canal erythema:**   None

## Nose
**Deformity** No
**Swollen mucosa** No

## Mouth / Throat
**Oral mucosa normal** No

## Throat
**Hyperemia** No

## Integumentary
Skin is without obvious rashes or lesions.


## Assessment
**Assessment(s):**
Peripheral neuropathy (ICD-356.9) (ICD10-G60.9)


## Plan
**Is this visit related to Pandemic?** No
**Is this patient a COVID-19 POSITIVE patient?** No
Boot, fit, have asked Barker to check with quartermaster re request. for new boots.
B12 defic, improved, will continue on oral replacement 1000 Mcg QD, lifelong, by PA, and recheck level in
6 months, the annually.
Neuropathy, no treatment available.

DRC000351

**Toledo Correctional Institution**                                         8/8/2023
2001 East Central Avenue
Toledo, OH 43608                           ALP Sick Call B12 defic, neuropathy, needs boots. Nasal
Main: 4197267977                                       Date of Service: 11/18/2020

**BRIAN KEITH ALFORD**
Male DOB: █████, 1957                    1871377715


Nasal allergies, given Zyrtec samples until commissary re-stocks, they confirm out of stock.
Dystrophic toe nail right #2, will schedule DSC to debride part of nail.
**Education Provided:** Test Results, Medication Management
**Was a new Chronic Care Enrollment added this visit?** No

**New Orders**
**New Orders:**
Schedule with Advanced Level Provider [SCHMEDALP]
Vitamin B12 [001503]


Signed By: Porter-MD, Lawrence at 11/18/2020 11:05:42 AM

DRC000352

**Toledo Correctional Institution**                              8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                  MED HSR
Main: 4197267977                          Date of Service: 11/13/2020

**BRIAN KEITH ALFORD**
Male DOB:  ████  , 1957      1871377715

**MED HSR**


*Imported By: Susan Rogers-HIT 11/13/2020 10:50:05 AM*

---

External Attachment:

  Type:     Image
  Comment:  External Document


Signed By: Centricity, Document Manag at 11/13/2020 10:50:30 AM

# Health Services Request

Petición Para Servicios de Salud

| For Medical Use Only / Para Uso Medico Solamente | |
|---|---|
| Reviewed by: | *M Mathews RN* |
| Date Received: 11/1/2020 | Time Received: 2395 ___ a.m./p.m. |

Date Of Request:
Fecha: 10-24-20

Inmate Name:
Nombre: ALFORD

Number:
Numero: A196744

Housing Unit:
Unidad: A1W14

Request for:

☐ Medical Care / Attención Medica
☐ Dental Care / Attención Dental
☐ Medication Reorder / Reordenar Medicación
☐ Medication Refill / Rellenar la Medicación

Nature of problem:
Describe el problema:

Rx # 9036744  A196744  0394
ALFORD, BRIAN  10/1/2020

RX# 9078596  A196744  0394
ALFORD, BRIAN  10/01/202
MINERAL OIL/WHITE PETROLATUM 20%/E
QTY: 3.5
Refills: 4

POTASSIUM CHLORIDE ER 10MEQ  Refills: 2  QTY: 3X

RX# 9078591  A196744  0394
ALFORD, BRIAN  10/01/2020
AMLODIPINE BESYLATE 10MG TAB
Refills: 2  QTY: 30

RX# 9078592  A196744  0394
ALFORD, BRIAN  10/01/2020
HYDROCHLOROTHIAZIDE 25MG TA
Refills: 2  QTY: 30

RX# 9078589  A196744  0394
ALFORD, BRIAN  10/01/202
ASPIRIN E.C. 81MG TBEC
Refills: 2  QTY: 30

RX# 9078586  A196744  0394
ALFORD, BRIAN  10/01/2020
CARVEDILOL 12.5MG TABS
Refills: 2  QTY: 30

RX# 9078586  A196744  0394
ALFORD, BRIAN  10/01/202
CARVEDILOL 12.5MG TABS
Refills: 2  QTY: 3X

*filled on 11-02-2020 JR*

## Place This Slip In Medical Request Box Or Designated Area

*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

DRC000354

**Toledo Correctional Institution**                                                8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                               Order Form

## TEST FORM

| | | | | |
|---|---|---|---|---|
| **Authorizing Provider:** | Haley Mann-LSW | **Service Provider:** | | ODRC |
| **Auth Provider NPI:** | | | | |
| **Signing Provider:** | Haley Mann-LSW | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███ , 1957 | **Age:** | 66 | |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███ | |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 | |
| **Resp. Provider:** | | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | **Secondary Ins:** | |
| **Group:** | **Group:** | |
| **Policy:** | **Policy:** | |
| **Insured ID:** | **Insured ID:** | |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| MHOTHER | Mental Health - Other | |

**Order Number:** 1489155-1                        **Quantity:** 1
**Authorization #:**                               **Priority:** N
**Start Date:** 11/12/2020                          **End Date:** 11/12/2020
**Electronically signed by:** Haley Mann-LSW       **Signed on:** 11/12/2020 2:18:36 PM
**Instructions:**

DRC000355

**Toledo Correctional Institution**                                      8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                          MED HSR
Main: 4197267977                                    Date of Service: 11/6/2020

**BRIAN KEITH ALFORD**
Male DOB: ███████, 1957        1871377715

**MED HSR**


*Imported By: Susan Rogers-HIT 11/6/2020 12:03:12 PM*

_____

External Attachment:

  Type:     Image
  Comment:  External Document



Signed By: Centricity, Document Manag at 11/6/2020 12:03:30 PM

# Health Services Request

Petición Para Servicios de Salud

| For Medical Use Only / Para Uso Medico Solamente |
| --- |
| Reviewed by: *[signature]* |
| Date Received: 10/30/20   Time Received: 540   a.m./p.m. |

Date Of Request:
Fecha: 10-29-20

Inmate Name:
Nombre: ALFRD

Number:
Numero: A196-744

Housing Unit:
Unidad: A/W1)

Request for:
☒ Medical Care / Attención Medica
☐ Dental Care / Attención Dental
☐ Medication Reorder / Reordenar Medicación
☐ Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema: COUGHING, CONGESTED, RIGHT SHOULDER AND LOWER BACK PAIN, LEFT HIP PAIN.

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

SEEN NEC
10/30/20

DRC 5373 (Rev. 08/07)

DRC000357

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                    NSG Influenza Vaccine Counseling
Main: 4197267977                                    Date of Service: 11/5/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old


**Education:**
Associated risks of not receiving the Influenza vaccine include, but are not limited to, increased risk of the following:    Morbidity risk if Influenza is contracted with COVID-19 at the same time, risk of complications from influenza such as; pneumonia, bronchitis, sinus infections, and/or ear infections.    There are increased risks with Influenza of suffering from fever, chills, sore throat, muscle aches, fatigue, cough, headache and runny or stuffy nose.    It is very strongly encouraged to take the Influenza vaccine to better protect you against all of the above associated risks and to better protect others around you from contracting it.
Education and counseling provided to patient.
Patient verbalized understanding.
Patient continues to refuse vaccine after counseling.
I don't need / want it


Signed By: Baumgartner-RN, Melissa at 11/5/2020 3:38:49 PM


1 of 1
DRC000358

**ODRC**                                                              8/8/2023

,                                              Protein Electro.,S, Vitamin B12
                                                     Date of Service: 11/3/2020

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                    1871377715

```
Patient: BRIAN  ALFORD
ID: 1100 30830502440
Note: All result statuses are Final unless otherwise noted.
Patient Note: PATIENT WAS FASTING
Tests: (1) Protein Electro.,S (001487)
  Protein, Total          7.0 g/dL               6.0-8.5
! Albumin                  3.9 g/dL               2.9-4.4
! Alpha-1-Globulin         0.2 g/dL               0.0-0.4
! Alpha-2-Globulin         1.0 g/dL               0.4-1.0
! Beta Globulin            0.9 g/dL               0.7-1.3
! Gamma Globulin           1.1 g/dL               0.4-1.8
! M-Spike                  Not Observed g/dL      Not Observed
! Globulin, Total          3.1 g/dL               2.2-3.9
! A/G Ratio                1.3                    0.7-1.7
! Please note:             Comment
    Protein electrophoresis scan will follow via computer, mail, or
courier delivery.

! PDF                      .
Tests: (2) Vitamin B12 (001503)
  Vitamin B12              422 pg/mL              232-1245
Note: An exclamation mark (!) indicates a result that was not
dispersed into the flowsheet.
Document Creation Date: 11/04/2020 5:33 PM
_____
___
(1) Order result status: Final
Collection or observation date-time: 11/03/2020 06:37
Requested date-time:
Receipt date-time: 11/03/2020 00:00
Reported date-time: 11/04/2020 17:06
Referring Physician:
Ordering Physician: L PORTER-MD (34945441)
Specimen Source:
Source: 1100
Filler Order Number: 30830502440 LAB
Lab site: Performed At:  01, LabCorp Dublin 6370 Wilcox Road  Dublin,
OH 430161269 Vincent Ricchiuti PhD     Phone:  8002827300
(2) Order result status: Final
Collection or observation date-time: 11/03/2020 06:37
Requested date-time:
Receipt date-time: 11/03/2020 00:00
Reported date-time: 11/04/2020 17:06
Referring Physician:
Ordering Physician: L PORTER-MD (34945441)
Specimen Source:
Source: 1100
```

DRC000359

**ODRC**                                                                    8/8/2023

,                                                          Protein Electro.,S, Vitamin B12
                                                               Date of Service: 11/3/2020

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                    1871377715

```
Filler Order Number: 30830502440 LAB
Lab site: Performed At:  01, LabCorp Dublin 6370 Wilcox Road  Dublin,
OH 430161269 Vincent Ricchiuti PhD      Phone:  8002827300
-----------------
The following results were not dispersed to the flowsheet:
  Albumin, 3.9 g/dL, (F)
  Alpha-1-Globulin, 0.2 g/dL, (F)
  Alpha-2-Globulin, 1.0 g/dL, (F)
  Beta Globulin, 0.9 g/dL, (F)
  Gamma Globulin, 1.1 g/dL, (F)
  M-Spike, Not Observed g/dL, (F)
  Globulin, Total, 3.1 g/dL, (F)
  A/G Ratio, 1.3, (F)
  Please note:, Comment, (F)
  PDF, ., (F)
  Vitamin B12, 422 pg/mL, (F)
```

Signed By: Porter-MD, Lawrence at 11/4/2020 5:36:33 PM

DRC000360

**ODRC**                                                      8/8/2023

,                                    Protein Electro.,S, Vitamin B12
                                        Date of Service: 11/4/2020

**BRIAN KEITH ALFORD**
Male DOB: ▮▮▮▮▮▮, 1957      1871377715

note


Signed By: Porter-MD, Lawrence at 11/4/2020 5:36:34 PM

DRC000361

**Toledo Correctional Institution**                                          8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                         Order Form

| TEST FORM |
|---|

| | | | | | |
|---|---|---|---|---|---|
| **Authorizing Provider:** | Haley Mann-LSW | **Service Provider:** | | ODRC | |
| **Auth Provider NPI:** | | | | | |
| **Signing Provider:** | Haley Mann-LSW | | | | |
| **Phone:** | | **Phone:** | | | |
| **Fax:** | | **Fax:** | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███ 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | | | |
|---|---|---|---|
| **Primary Ins:** | | **Secondary Ins:** | |
| **Group:** | | **Group:** | |
| **Policy:** | | **Policy:** | |
| **Insured ID:** | | **Insured ID:** | |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| MHOTHER | Mental Health - Other | |
| **Order Number:** | 1464973-1 | **Quantity:** 1 |
| **Authorization #:** | | **Priority:** N |
| **Start Date:** | 11/03/2020 | **End Date:** 11/03/2020 |
| **Electronically signed by:** Haley Mann-LSW | | **Signed on:** 11/3/2020 1:20:04 PM |
| **Instructions:** | Kite Response | |

DRC000362

## Toledo Correctional Institution

8/8/2023

2001 East Central Avenue
Toledo, OH 43608

ODRC Nurse Sick Call-back pain and chronic allergies

Main: 4197267977

Date of Service: 10/30/2020

## BRIAN KEITH ALFORD

Male DOB: ███████, 1957          1871377715

### Encounter Context
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

## Pre-Existing Clinical Summary

**Allergies:**
* Synalgos-DC, * BACTRIM DS.

**Problems**

Strain of muscle, fascia and tendon of lower back, initial encounter (ICD-848.8) (ICD10-S39.012A), Strain of unspecified muscle, fascia and tendon at shoulder and upper arm level, right arm, initial encounter (ICD-840.9) (ICD10-S46.911A), Contusion of left forearm, initial encounter (ICD-923.10) (ICD10-S50.12xA), Contusion of left hip, initial encounter (ICD-924.01) (ICD10-S70.02xA), B12 deficiency (ICD-266.2) (ICD10-E53.8), GERD (gastroesophageal reflux disease), mild (ICD-530.81) (ICD10-K21.9), Glaucoma suspect, left (ICD-365.00) (ICD10-H40.002), Abdominal discomfort (ICD-789.00) (ICD10-R10.9), Ear pain, left (ICD-388.70) (ICD10-H92.02), Ear wax (ICD-380.4) (ICD10-H61.20), Abdominal pain, left lower quadrant (ICD-789.04) (ICD10-R10.32), Abdominal pain, left upper quadrant (ICD-789.02) (ICD10-R10.12), Otalgia, right (ICD-388.70) (ICD10-H92.01), Acute bilateral otitis media (ICD-382.9) (ICD10-H66.93), Viral syndrome (ICD-079.99) (ICD10-B97.89), Seasonal allergies (ICD-477.9) (ICD10-J30.2), IBS (ICD-564.1) (ICD10-K58.9), Lateral epicondylitis, left (ICD-726.32) (ICD10-M77.12), Unspecified viral hepatitis C without hepatic coma    (ICD-070.70) (ICD10-B19.20), Unspecified essential hypertension (ICD-401.9) (ICD10-I10), Other states following surgery of eye and adnexa    (ICD-V45.69) (ICD10-Z98.83), Unspecified infective arthritis, site unspecified    (ICD-711.90) (ICD10-M01.x0), Other cataract    (ICD-366.8) (ICD10-H26.8), Spasm of muscle    (ICD-728.85), Cervical spondylosis with myelopathy    (ICD-721.1) (ICD10-M47.12), Benign localized hyperplasia of prostate without urinary obstruction and other lower urinary tract symptoms [LUTS]    (ICD-600.20) (ICD10-N40.0), Intervertebral lumbar disc disorder with myelopathy, lumbar region    (ICD-722.73) (ICD10-M51.06), Allergic rhinitis, cause unspecified    (ICD-477.9), Unspecified dermatomycosis    (ICD-111.9) (ICD10-B36.9), Lattice degeneration of peripheral retina    (ICD-362.63) (ICD10-H35.419), Carpal tunnel syndrome    (ICD-354.0) (ICD10-G56.00), Injury to ulnar nerve    (ICD-955.2), Allergic rhinitis due to other allergen    (ICD-477.8), Unspecified subjective visual disturbance    (ICD-368.10) (ICD10-H53.10), Routine general medical examination at health care facility    (ICD-V70.0).

**Orders**

Schedule Chronic Care Visit F/U [SCHCCCFU], Schedule with Optometry [SCHOPT], Schedule with Advanced Level Provider [SCHMEDALP], Vitamin B12 [001503], Protein Electro.,S [001487].

## Nurse Sick Call

**Is this sick call for a dental complaint?** No
**Type of Sick Call:**      Illness
**Referral Source:**    Health Service Request
**Sick Call Request Type:**    Symptom Based Sick Call Request

## Subjective

## Subjective

**Patient's subjective statement:** states he has sinus congestion and the draiange is tickling his throat making him cough states he just wants some allergies pills

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                     ODRC Nurse Sick Call-back pain and chronic allergies
Main: 4197267977                              Date of Service: 10/30/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                   1871377715

## Significant Medical History
**Nursing Diagnosis:** Ineffective airway clearance R/T inflammation

## Objective Findings

### Head, Eyes, ENT
**Vision Disturbance:**   No
**Hearing Difficulty:**   No
**Difficulty Swallowing:**   No
**Bleeding Gums:**   No
**Other HEENT** throat clear no redness, clear drainage seen back of throat, slight nasal swelling

### Neuro / Musculoskeletal
**Conscious:**   Yes
**Oriented x 3:**   Yes
**Pupils, PERLA:**   Yes
**Weakness of Extremities:**   No

### Peripheral Circulation
**Cyanosis:**   No
**Mottling:**   No
**Tingling in Hands:**   No
**Tingling in Feet:**   No

### Genital / Urinary
**Urination Frequency:**   No
**Incontinence:**   No
**Difficulty Urinating:**   No
**Urinary Catheter:**   No

### Skin
**Color:**   Normal
**Temp:**   Dry, Cool
**Turgor:**   Normal
**Bruises:**   No

### Cardiovascular
**Rhythm** Regular
**Hear Sounds:**   Normal
**Edema:**   No
**Pitting:**   No

DRC000364

**Toledo Correctional Institution**                                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                         ODRC Nurse Sick Call-back pain and chronic allergies
Main: 4197267977                                      Date of Service: 10/30/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                          1871377715

## Respiratory
**Lung Sounds** Normal
**Cough:** No

## Gastrointestinal
**Appetite:** Good
**Vomiting:** No
**Nausea:** No
**Bowel Movements:** Regular
**Bowel Sounds:** Normal
**Abdomen:** Soft

## Plan
**Other Nursing Interventions:** pt given 7 packs zyrtec and chlorphen
**Patient Education Provided:** Hand Hygiene, Increase fluids, Medication side effects

## Disposition
Return to clinic if no improvement
No restrictions on activity
Released to general population

## Subjective
**Patient's subjective statement:** states his lower back and right shoulder has been bother him and wants something for the pain
**Are you currently experiencing any pain?** Yes

## Location #1
**Location of pain:** lower back and right shoulder
**Describe character of pain:** throbbing
**Duration of pain:** Constant
**What relieves pain or makes it worse?** moving around increases pain, mediproxen help but he has no more
**Level of Pain:**5     Moderate/Severe Pain

## Significant Medical History

## Assessment
**Nursing     Diagnosis:** Alteration in comfort R/T chronic pain

## Plan
**Other nursing interventions:** pt gvien 10 packs of mediproxen
**Patient Education Provided:** Instructions regarding isometric exercises

3 of 4

**Toledo Correctional Institution**                                         8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          ODRC Nurse Sick Call-back pain and chronic allergies
Main: 4197267977                                        Date of Service: 10/30/2020

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957              1871377715

**Additional Patient Education:** stretches

**Disposition**
Return to clinic if no improvement
No restrictions on activity
Released to general population

**Current Vital Signs**
**Date/Time Vitals were taken:**  October 30, 2020 5:49 PM
**Previous Height:** 74 (09/21/2020 5:20:11 AM)    **Previous Weight:** 219 (10/15/2020 7:29:07 AM)

**Does weight include shackles?**   Without Shackles
**Current Weight (lbs) with or without shackles:**  218     **Current Height (in.):**  74
   **BMI:** 28.09    **Sitting BP:**  137 **/** 79
**Temperature:**  97.3
**Pulse rate:** 63      **Pulse rhythm:**  Regular
**Respirations:**  16   **Respiration Type:**  Unlabored
      **Pulse Ox%**  98   **Room Air:**  Yes
**Skin Turgor:**  normal
**Capillary Refill:** < 3 sec

Signed By: Hayes-RN, Amanda at 10/30/2020 5:50:39 PM

DRC000366

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                       HSR NSC
Main: 4197267977                                       Date of Service: 10/30/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

**Clinical Lists Changes**

**Orders:**
Added new Test order of Schedule for Nurse Sick Call (SCHNSC) - Signed


Signed By: Hayes-RN, Amanda at 10/30/2020 5:44:20 PM

**Toledo Correctional Institution**                                          8/8/2023
**2001 East Central Avenue**
**Toledo**, **OH 43608**                                                      Order Form

| TEST FORM | | |
|---|---|---|
| **Authorizing Provider:** Amanda Hayes-RN | **Service Provider:** | ODRC |
| **Auth Provider NPI:** | | |
| **Signing Provider:** Amanda Hayes-RN | | |
| **Phone:** | **Phone:** | |
| **Fax:** | **Fax:** | |

| **Patient Name:** BRIAN KEITH ALFORD | **DOB:** ███, 1957 | **Age:** 66 |
|---|---|---|
| **Home Phone:** | **Sex:** Male | **SSN:** ██████ |
| **Work Phone:** | **Cell Phone:** | **Patient ID:** 1871377715 |
| **Resp. Provider:** | | |

| **Primary Ins:** | **Secondary Ins:** |
|---|---|
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| SCHNSC | Schedule for Nurse Sick Call | |

**Order Number:** 1457960-1          **Quantity:** 1
**Authorization #:**                 **Priority:** N
**Start Date:** 10/30/2020           **End Date:** 10/30/2020
**Electronically signed by:** Amanda Hayes-RN   **Signed on:** 10/30/2020 5:44:17 PM
**Instructions:** chronic allergies, shoulder and back pain

1 of 1

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                      MED HSR
Main: 4197267977                          Date of Service: 10/15/2020

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957      1871377715

**MED HSR**


*Imported By: Susan Rogers-HIT 10/15/2020 11:04:29 AM*

---

External Attachment:

  Type:     Image
  Comment:  External Document


Signed By: Centricity, Document Manag at 10/15/2020 11:05:00 AM

# Health Services Request

Petición Para Servicios de Salud

| For Medical Use Only / Para Uso Medico Solamente |
|---|
| Reviewed by: |
| Date Received:  9-29-2020    Time Received:  2345    a.m./p.m. |

Date Of Request:
Fecha:  9·28·20

Inmate Name:
Nombre:  ALFORD

Number:
Numero:  A196·744

Housing Unit:
Unidad:  A1·W114

Request for:
[ ] Medical Care / Attención Medica
[ ] Dental Care / Attención Dental
[ ] Medication Reorder / Reordenar Medicación
[X] Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema:  10/10

RX# 9119976  A196744  0394
ALFORD, BRIAN  08/31/2020
ASPIRIN E.C. 81MG TBEC
Refills: 3    QTY: 30

RX# 9078589  A196744  0394
ALFORD, BRIAN  08/17/202
CYANOCOBALAMIN 1000MCG TAB
Refills: 1    QTY: 30

RX# 9078591  A196744  0394
ALFORD, BRIAN  08/31/2020
AMLODIPINE BESYLATE 10MG TAB
Refills: 3    QTY: 30

RX# 9078592  A196744  0394
ALFORD, BRIAN  08/31/2020
HYDROCHLOROTHIAZIDE 25MG TA
Refills: 3    QTY: 30

RX# 9078596  A196744  0394
ALFORD, BRIAN  08/31/202
POTASSIUM CHLORIDE ER 10MEQ
Refills: 3    QTY: 30

RX# 9078586  A196744  0394
ALFORD, BRIAN  08/31/202
CARVEDILOL 12.5MG TABS
Refills: 3    QTY: 30

RX# 9078586  A196744  0394
ALFORD, BRIAN  08/31/202
CARVEDILOL 12.5MG TABS
Refills: 3    QTY: 30

RX # 9036744  A196744  0394
ALFORD, BRIAN  8/6/2020
MINERAL OIL/WHITE PETROLATUM 20%/E
QTY: 3.5
Refills: 6

Rx # 9036743  A196744  0394
ALFORD, BRIAN  8/14/2020
LATANOPROST 0.005% EYE SOLN
Refills: 3    QTY: 2.5

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

DRC000370

**Toledo Correctional Institution**                                       8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                      Order Form

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Lawrence Porter-MD | **Service Provider:** | |
| **Auth Provider NPI:** | 1689603995 | | |
| **Signing Provider:** | Lawrence Porter-MD | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ██████, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ████████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| 001503 | Vitamin B12 | |
| **Order Number:** | 1417429-4 | **Quantity:** 1 |
| **Authorization #:** | | **Priority:** N |
| **Start Date:** | 11/04/2020 | **End Date:** 11/04/2020 |

**Electronically signed by:** Lawrence Porter-MD          **Signed on:** 10/15/2020 1:36:16 PM
**Instructions:**

DRC000371

**Toledo Correctional Institution**                                             8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                            Order Form

## TEST FORM

| | | | | |
|---|---|---|---|---|
| **Authorizing Provider:** | Lawrence Porter-MD | **Service Provider:** | | |
| **Auth Provider NPI:** | 1689603995 | | | |
| **Signing Provider:** | Lawrence Porter-MD | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ▮1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▮ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| 001487 | Protein Electro.,S | |

**Order Number:** 1417429-5                        **Quantity:** 1
**Authorization #:**                                 **Priority:** N
**Start Date:** 11/04/2020                           **End Date:** 11/04/2020
**Electronically signed by:** Lawrence Porter-MD     **Signed on:** 10/15/2020 1:36:16 PM
**Instructions:**

DRC000372

**Toledo Correctional Institution**                                                  8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                         Order Form

---

## TEST FORM

| | | | | |
|---|---|---|---|---|
| **Authorizing Provider:** | Lawrence Porter-MD | **Service Provider:** | | |
| **Auth Provider NPI:** | 1689603995 | | | |
| **Signing Provider:** | Lawrence Porter-MD | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███ 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | █████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | **Secondary Ins:** | |
| **Group:** | **Group:** | |
| **Policy:** | **Policy:** | |
| **Insured ID:** | **Insured ID:** | |

| Code | Description | Diagnoses |
|---|---|---|
| SCHMEDALP | Schedule with Advanced Level Provider | |

| | | | |
|---|---|---|---|
| **Order Number:** | 1417429-3 | **Quantity:** | 1 |
| **Authorization #:** | | **Priority:** | N |
| **Start Date:** | 11/18/2020 | **End Date:** | |
| **Electronically signed by:** | Lawrence Porter-MD | **Signed on:** | 10/15/2020 1:36:16 PM |
| **Instructions:** | DSC vit B12, boot fitting, neuropathy | | |

DRC000373

**Toledo Correctional Institution**                                      8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    ALP Sick Call *Toe Numbness, B-12 defic, Requesting ne
Main: 4197267977                             Date of Service: 10/15/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957              1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

**Current Vital Signs**
**Date/Time Vitals were taken:**   October 15, 2020 12:02 PM
**Previous Height:** 74 (09/21/2020 5:20:11 AM)     **Previous Weight:** 213 (10/07/2020 7:07:44 AM)

**Does weight include shackles?**   Without Shackles
**Current Weight (lbs) with or without shackles:**   219     **BMI:** 28.22     **Sitting BP:**   140 **/** 85

**Pulse rate:** 64      **Pulse rhythm:**   Regular
**Respirations:**   16   **Respiration Type:**   Regular
      **Pulse Ox%**   99   **Room Air:**   Yes

**HPI**
**Chief complaint:** DSC numbness in feet, boot request, B12 deficiency
**History of presenting illness:** He has been on oral B12 for 1 month. He feels better, better energy. No change in numbness of toes. He has a new bleeding spot under right 2nd toe. His boots are too small , 12 EE, and he has worn them for 2 years. He needs a 12 EEE. PMH hep C. No workup for immune cause of neuropathy.

**Physical Examination**
Mental Status

**General**
Patient is alert and oriented and in no acute distress
**Obese**    No
**Diaphoretic** No
**Answers questions appropriately.** Yes
**Able to speak in full sentences.** Yes

**Respiratory**
**Use of accessory muscles** No

**Head**
**Normocephalic**    Yes

**Diabetic Foot Exam**
**Toe amputation(s)** No
**Toe deformity** No
**Callouses** Yes
**Comments:**   both heels and sides of feet
**Bunions** No
**Open areas** No
**Cracking** No

DRC000374

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                        ALP Sick Call *Toe Numbness, B-12 defic, Requesting ne
Main: 4197267977                                      Date of Service: 10/15/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**Ulcerations(s)** No
**Altered skin integrity** Yes
**Comments:** right 2ne toe plantar red spot, raised. consistent with healing skin break.
**Ingrown Toenail** No
**Hypertrophic toenail(s)** Yes
**Monofilament Deficit** Yes
**Comment:** tested with finger touch, decreased from ankles down.
**Vibratory Exam Deficit** Yes
**Comments:** present but decreased form ankles down bilat.
**Dorsalis Pedis Pulse - Left** Palpable
**Dorsalis Pedis Pulse - Right** Diminished
Hair loss, borderline.
Exam of shoes shows wearing of insoles under great toe bilat. Boots themselves are mildly worn at the
heels.
Grossly intact and non focal, no tremors, no gait abnormalities, speech fluent.

## Sensory
**Sensation deficit** Yes
see foot exam

## Mental Status
Alert, oriented, answers questions appropriately

## Eyes
Full extraocular motion, sclera clear, not icteric, pupils equal and round

## Integumentary
Skin is without obvious rashes or lesions.

## Assessment

## Plan
**Is this visit related to Pandemic?** No
**Is this patient a COVID-19 POSITIVE patient?** No
Vitamin B12 deficiency new dx, now treated orally.
Peripheral neuropathy, likely due to B12 deficiency, consider immune.
Pt needs correctly fitting boots in view of structural foot disease as neuropathy, and sin break.
Order 12 EEE boots
f/u after recheck B 12 level in 1 month (around 11/12)    and decide whether to continue oral if level has
improved,
Check SIEP for neuropathy in presence of Hep C.
**Education Provided:** Test Results
**Was a new Chronic Care Enrollment added this visit?** No

## New Orders
**New Orders:**
Schedule with Advanced Level Provider [SCHMEDALP]
Vitamin B12 [001503]

DRC000375

**Toledo Correctional Institution**                                        8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    ALP Sick Call *Toe Numbness, B-12 defic, Requesting ne
Main: 4197267977                                  Date of Service: 10/15/2020

**BRIAN KEITH ALFORD**
Male DOB: ▮▮▮▮, 1957                    1871377715

Protein Electro.,S [001487]

Signed By: Porter-MD, Lawrence at 10/15/2020 1:37:08 PM

DRC000376

**Toledo Correctional Institution**                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    Optometry Comprehensive Exam
Main: 4197267977                    Date of Service: 10/14/2020

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

**Optometry - Ophthalmology Exam**
**PO Hx:** Pt states that new glasses are "right on point" and very happy with them.     had an altercation last month with some increased floaters since then and wanted checked out d/t past history of retinal detachment.
**GAT:**  17 rt, 16 left

**Pupils:**   Round and Reactive OU
**Diagnostic Drops:**   Dilated using M1%, Fluress/equivalent
TAG tonopen values are in mmHg

**External**

**OD (Right Eye)**
**Cornea:**   nl; Normal
**Cornea & Conjuctiva:**   nl; Normal
**Blood Vessels of Conjuctiva:**   nl; Normal
**Conjuctiva:**   nl; Normal
**Anterior Chamber (AC):**   DQ (Deep and Quiet) aka Normal
**Angles:**   X
**Iris:**   nl; Normal
**Lens:**   nl; Normal

**OS (Left Eye)**
**Eyelids:**   nl; Normal
**Cornea:**   nl; Normal
       Comments:   grade 2 scattered SPK.    faint keel shaped scar in inferior-central cornea.
**Cornea & Conjuctiva:**   nl; Normal
**Blood Vessels of Conjuctiva:**   nl; Normal
**Conjuctiva:**   nl; Normal
**Anterior Chamber (AC):**   DQ (Deep and Quiet) aka Normal
**Angles:**   X
**Iris:**   nl; Normal
**Lens:**   nl; Normal

**Internal**

**OD (Right Eye)**
**Macula:**   nl; Normal
**Retina:**   nl; Normal
**Retina:**   nl; Normal
**Vessel:**   nl; Normal
**Vitreous:**   nl; Normal
       Comments:   pvd
**Periphery:**   nl; Normal
       Comments:   scarring in inferior and nasal far periph.

DRC000377

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                    Optometry Comprehensive Exam
Main: 4197267977                                    Date of Service: 10/14/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                        1871377715

nl; Normal
**Optic Discs:**   nl; Normal
       **C/D Findings:**   0.65

**OS (Left Eye)**
**Macula:**   nl; Normal
**Retina:**   nl; Normal
**Retina:**   nl; Normal
**Vitreous:**   nl; Normal
**Periphery:**   nl; Normal
       **Comments:**   far periph scarring.    All F&I 360 OU currently.
nl; Normal
**Optic Discs:**   nl; Normal
       **C/D Findings:**   0.65

**Assessment**
Refractive Error
**Comments:**   recent trauma with PVD.    Retina stable.    IOP's stable.

**Plan**
**Comments:**   Pt to continue with Latanoprost qPM OU.    PT to FU in   6 months- order placed.


**Optical Services Physician Orders**
.

**Right Eye**

**Left Eye**
**Pupillary Distance or Decentration**
**Near PD**

**Decentration**

**Add Ons**



Signed By: Shoemaker-OD, Thomas at 10/14/2020 9:57:56 AM

**Toledo Correctional Institution**                                        8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                          MED HSR
Main: 4197267977                                    Date of Service: 10/9/2020

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957        1871377715

**MED HSR**


*Imported By: Susan Rogers-HIT 10/9/2020 3:45:16 PM*

_____

External Attachment:

  Type:      Image
  Comment:   External Document


Signed By: Centricity, Document Manag at 10/9/2020 3:45:31 PM

DRC000379

# Health Services Request

Petición Para Servicios de Salud

| For Medical Use Only / Para Uso Medico Solamente |
| --- |
| Reviewed by: |
| Date Received: 10/7/2020 | Time Received: 4 ____ a.m./p.m. |

| Date Of Request: Fecha: 10-6-20 | | |
| --- | --- | --- |
| Inmate Name: Nombre: ALFORD | Number: Numero: A196-744 | Housing Unit: Unidad: A1-W14 |

Request for:  [X] Medical Care / Attención Medica  [ ] Dental Care / Attención Dental  [ ] Medication Reorder / Reordenar Medicación  [ ] Medication Refill / Rellenar la Medicación

Nature of problem: (1) COUGHING, RUNNY NOSE, HEADACHE, INNER EARK PAIN
Descripción del problema: (2) LEFT LEG, HIP, RIGHT SHOULDER PAIN

*Place This Slip In Medical Request Box Or Designated Area*  Rt shoulder issue
*Ponga en la Caja de Peticiónes Medicas en Area Designada*  addressed at DSC
appt 10/7/2020 does not
need seen

DRC 5373 (Rev. 08/07)

DRC000380

**Toledo Correctional Institution**                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                      Location Change (TOCI A1 W 0011)
Main: 4197267977                          Date of Service: 10/9/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

```
Location has been changed from TOCI A1 W 0014 to TOCI A1 W 0011
```

DRC000381

**Toledo Correctional Institution**                              8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                Order Form

| TEST FORM |
|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Candy Babb-CNP | **Service Provider:** | |
| **Auth Provider NPI:** | 1417950718 | | |
| **Signing Provider:** | Candy Babb-CNP | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ██ 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ██████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| Code | Description | Diagnoses |
|---|---|---|
| SCHCCCFU | Schedule Chronic Care Visit F/U | UNSPECIFIED ESSENTIAL HYPERTENSION (ICD-I10) ,UNSPECIFIED VIRAL HEPATITIS C WITHOUT HEPATIC COMA  (ICD-B19.20) |

**Order Number:**        1396034-1                     **Quantity:** 1
**Authorization #:**                                   **Priority:** N
**Start Date:**          11/26/2020                    **End Date:** 11/26/2020
**Electronically signed by:** Candy Babb-CNP           **Signed on:** 10/7/2020 12:21:59 PM
**Instructions:**        CCC HTN HCV Clinical Status Worse Degree of Control Fair , 60 days F/U w/ ALP

DRC000382

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          ALP Chronic Care - Follow-Up * HTN, HCV
Main: 4197267977                                 Date of Service: 10/7/2020

**BRIAN KEITH ALFORD**
Male DOB: ███ , 1957                      1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

**Current Vital Signs**
**Date/Time Vitals were taken:**   October   7, 2020 12:06 PM
**Previous Height:** 74 (09/21/2020 5:20:11 AM)     **Previous Weight:** 216 (09/21/2020 5:20:11 AM)

**Does weight include shackles?**   Without Shackles
**Current Weight (lbs) with or without shackles:**   213     **BMI:** 27.45     **Sitting BP:**   138 **/** 91
**Temperature:**   96.1     **Temperature site:**   Temporal
**Pulse rate:** 65     **Pulse rhythm:**   Regular
**Respirations:**   16   **Respiration Type:**   Regular
    **Pulse Ox%**   99   **Room Air:**   Yes

**Nursing Chronic Care Clinic Review**

**Chronic Care Clinics**
Cardiac-Hypertension
Liver
**Medication Compliance:**        Compliant
**Percent Compliant** 100
**Reports side effects?** Yes
**Describe:**  BP remains elevated.
**Treatment Plan Compliance:**        No
**Describe non-compliance:**        Not participating in recreation since being in a fight approx 3 weeks ago
**Dietary Compliance:** Yes

**Education Provided**
Diet
Disease Process
Exercise
Tobacco Cessation
ETOH Cessation
Medication
**Handouts Given?** No

**Chronic Care Being Seen Today:**
Cardiac / HTN
Liver

**Clinics**
Cardiac/Hypertension

**HPI**
**Edema** No

**Toledo Correctional Institution**                                  8/8/2023
2001 East Central Avenue
Toledo, OH 43608                        ALP Chronic Care - Follow-Up * HTN, HCV
Main: 4197267977                                Date of Service: 10/7/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                     1871377715

## Liver Disease
**Type:** Hepatitis C
**Is patient currently receiving hepatitis drug treatment?** No
Medication treatment not indicated at this time.
**Has Patient received treatment in the past?** No

**Nausea** Yes
**Comments:** Frequently
**Vomiting** No
**Diarrhea** No
**Edema** No
**Abdominal pain** Yes
**Comments:** Left Lower side
**Other Symptoms** No
**New tattoos since last CC visit?** No
**Drug use since last CC visit?** No
**Drug or Alcohol use since last CC visit?** No

## Cardiac / Hypertension
**History of coronary artery disease** No
**History of hypertension** Yes
**Comments:** FAIR CS
**History of other cardiovascular issues** No
**Chest Pain** No
**Shortness of Breath** No
**Palpitations** No
**Peripheral Edema** No
**Syncope / Dizziness** No
**Orthopnea** No
**Headache** No
**Nocturia** No
**Compliant with medication?** Yes
**Medication side effects** No

## Current Lab
**Weight:**
213
**Urine Microalbumin**
3.8 (05/09/2017 6:31:25 AM)
**LDL**
91 (04/03/2019 9:15:33 AM)
**HDL**

**Toledo Correctional Institution**                              8/8/2023
2001 East Central Avenue
Toledo, OH 43608                              ALP Chronic Care - Follow-Up * HTN, HCV
Main: 4197267977                                    Date of Service: 10/7/2020

**BRIAN KEITH ALFORD**
Male DOB: ███ 1957                    1871377715


50 (04/03/2019 9:15:33 AM)
**AST (SGOT)**
86 (09/01/2020 3:00:00 AM)
**ALT (SGPT)**
50 (03/10/2020 1:17:00 AM)
**APRI**
1.0 (09/01/2020 3:00:00 AM)
**Hemoglobin**
13.9 (08/29/2018 10:31:04 AM)
**Creatinine**
1.16 (03/10/2020 1:14:00 AM)


## Physical Examination
Mental Status

## General
Patient is alert and oriented and in no acute distress

## Cardiovascular
Regular rhythm, no murmurs or gallops.
Normal S1, S2
**12 Lead EKG done?** No

## Gastrointestinal
Abdomen soft, non-tender, bowel sounds present, no masses, no hepatomegaly.

## Rectal
Deferred

## Respiratory
Lungs clear to auscultation with no wheezing, rales, or rhonchi

## Neck
Neck Supple
**Adenopathy** No
**Carotid Bruits** No
**Enlarged Thyroid** No
**Thyroid nodule(s):** No
**Nuchal Rigidity** No
**JVD / HJR** No

## Musculoskeletal
Full Range of motion of all 4 extremeties without obvious deformity.

## Gait
Gait Steady and nonantalgic
Grossly intact and non focal, no tremors, no gait abnormalities, speech fluent.

**Toledo Correctional Institution**                                      8/8/2023
2001 East Central Avenue
Toledo, OH 43608                        ALP Chronic Care - Follow-Up * HTN, HCV
Main: 4197267977                                  Date of Service: 10/7/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                       1871377715

## Mental Status
Alert, oriented, answers questions appropriately

## Eyes
Full extraocular motion, sclera clear, not icteric, pupils equal and round

### *External Ears:*
No obvious deformities

### *Hearing:*
No obvious abnormalities.

## Nose
Nares open and clear bilaterally and without discharge.

## Mouth / Throat
**Oral mucosa normal** Yes
**Bleeding** No

## Tongue:
**Lesions** No

## Integumentary
Skin is without obvious rashes or lesions.

## Degree of Control
Cardiac/HTN
Liver
Cardiac / HTN
**Degree of control** Fair
Liver
**Degree of control** Good

### Chronic Care Follow-Up Interval

**Assessment Comments:** CCC HTN HCVClinical Status Worse Degree of Control Fair , 60 days F/U w/ ALP

### Chronic Care Plan
**Overall Plan Comments:** HTN - INSTRUCTED ON HTN AND GENETICS THAT EVEN AFTER WEIGHT LOSS AND EXERCISE ANTI-HYPERTENSION MEDICATIONS MAY STILL BE NEEDED. PT. EDUCATED ON HTN EFFECTS ON END ORGAN SYSTEMS OF CVA, MI, ESRD, AND ED. PT. ENCOURAGED TO TAKE HTN MEDS AS DIRECTED. ADVISED TO DO CARDIO-EXERCISE DAILY AND TO LOSE WEIGHT IF NEEDED. LABS REVIEWED.ASSESSMENT AND PLAN REVIEWED. PT. VOICES UNDERSTANDING.ADVISED TO RETURN TO MEDICAL FOR ANY NEW OR WORSENING SIGNS AND SYMPTOMS.
HCV- Liver Disease Education discussed . Encouraged to continue coming for CCC HCV appointments

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          ALP Chronic Care - Follow-Up * HTN, HCV
Main: 4197267977                                Date of Service: 10/7/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                     1871377715

and Allowing lab work. Explained this how we know HCV tx like Harvoni is needed.    Pt. advised to notify
Medical Staff of yellowing of the whites of his eyes, overly itchy skin and clay colored stools. Encouraged
to drink 1-2 gallons of water daily
.Assessment and plan reviewed. Pt. voices understanding. Advised to return to medical for any new or
worsening signs and symptoms.

**Education Provided**
Disease process
Diet
Exercise
Medication management
Treatment plan
Test results
**Education:** Avoid tobacco use, Patient advised against sex in prison and to avoid tattoos, Advised
against drug and alcohol use while incarcerated, Instructed on good hygiene and proper hand washing
**New Orders**
Schedule Chronic Care Visit F/U [SCHCCCFU]


Signed By: Babb-CNP, Candy at 10/7/2020 12:30:55 PM

**Toledo Correctional Institution**                                      8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                  ccc f/u HTN, HCV
Main: 4197267977                                       Date of Service: 10/3/2020

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

## Clinical Lists Changes

**Orders:**
Added new Test order of Schedule Chronic Care Visit F/U (SCHCCCFU) - Signed

Signed By: Baumgartner-RN, Melissa at 10/3/2020 8:21:50 AM

DRC000388

**Toledo Correctional Institution**                                      8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                     Order Form

| TEST FORM |
|---|

| | | | | | |
|---|---|---|---|---|---|
| **Authorizing Provider:** | Candy Babb-CNP | **Service Provider:** | | | |
| **Auth Provider NPI:** | 1417950718 | | | | |
| **Signing Provider:** | Melissa Baumgartner-RN | | | | |
| **Phone:** | | **Phone:** | | | |
| **Fax:** | | **Fax:** | | | |
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ■ 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ■ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | **Secondary Ins:** | |
| **Group:** | **Group:** | |
| **Policy:** | **Policy:** | |
| **Insured ID:** | **Insured ID:** | |

**Code**      **Description**      **Diagnoses**
SCHCCCFU      Schedule Chronic Care Visit F/U
**Order Number:**    1385779-1      **Quantity:** 1
**Authorization #:**      **Priority:** N
**Start Date:**      10/07/2020      **End Date:**
**Electronically signed by:** Melissa Baumgartner-RN      **Signed on:** 10/3/2020 8:21:12 AM
**Instructions:**      ccc f/u HTN, HCV

DRC000389

**Toledo Correctional Institution**                                8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                   MED HSR
Main: 4197267977                              Date of Service: 9/28/2020

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957      1871377715

**MED HSR**


*Imported By: Susan Rogers-HIT 9/28/2020 1:53:42 PM*

---

External Attachment:

  Type:      Image
  Comment:   External Document


Signed By: Centricity, Document Manag at 9/28/2020 1:54:00 PM

1 of 1

DRC000390

# Health Services Request

### Petición Para Servicios de Salud

For Medical Use Only / Para Uso Medico Solamente

| | |
|---|---|
| Reviewed by: | _M. Matthews, RN_ |
| Date Received: _9/20/2020_ | Time Received: _2345_ a.m./p.m. |

Date Of Request:
Fecha: _9-19-20_

| Inmate Name: Nombre: _ALFaro_ | Number: Numero: _A196-744_ | Housing Unit: Unidad: _A1-W14_ |
|---|---|---|

Request for: [X] Medical Care / Attención Medica    [ ] Dental Care / Attención Dental    [ ] Medication Reorder / Reordenar Medicación    [ ] Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema:
HIP STILL BRUISIN, VERY SOAR, SHOULDER
VERY SOAR, WRIST STILL BLOWN OUT ON LEFT,
VERY SOAR, MAY NEED XRAYS OF SHOULDER &
HIP. FIRST HIP XRAY DONE WHEN MASSIVE
HAMATOMA EXISTED. NECK AND LEFT
SHOULDER VERY SOAR NOW AS WELL

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DCL 9/21/20

DRC 5373 (Rev. 08/07)

DRC000391

**Toledo Correctional Institution**                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                             MED HSR
Main: 4197267977                          Date of Service: 9/28/2020

**BRIAN KEITH ALFORD**
Male DOB: ███████, 1957     1871377715

**MED HSR**


*Imported By: Susan Rogers-HIT 9/28/2020 11:42:57 AM*

---

External Attachment:

 Type:     Image
 Comment:  External Document


Signed By: Centricity, Document Manag at 9/28/2020 11:43:01 AM

# Health Services Request

### Petición Para Servicios de Salud

| For Medical Use Only / Para Uso Medico Solamente |
|---|
| Reviewed by: _(signature)_ |
| Date Received: 9/15/2020  Time Received: 2345 a.m./p.m. |

Date Of Request:
Fecha: 9·14·20

Inmate Name:
Nombre: ALFORO

Number:
Numero: A196·744

Housing Unit:
Unidad: A1W/4

**Request for:** [X] Medical Care / Attención Medica  [ ] Dental Care / Attención Dental  [ ] Medication Reorder / Reordenar Medicación  [ ] Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema:

(1) PAIN IN HIP, RIGHT SHOULDER, HEADACHE; DIZZY LEFT LEG PAIN

(2) STILL FATIGUED, WEAK, WHATS STATUS OF B·12 SHOTS?

(3) PAIN IN LEFT SIDE OF STOMACH

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

Seen by AUP 9/15/2020

DRC000393

**Toledo Correctional Institution**                                         8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                        Order Form

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Lawrence Porter-MD | **Service Provider:** | |
| **Auth Provider NPI:** | 1689603995 | | |
| **Signing Provider:** | Lawrence Porter-MD | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ▮ 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▮ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| SCHOPT | Schedule with Optometry | |
| **Order Number:** | 1350093-1 | **Quantity:** 1 |
| **Authorization #:** | | **Priority:** N |
| **Start Date:** | 09/21/2020 | **End Date:** 09/21/2020 |
| **Electronically signed by:** | Lawrence Porter-MD | **Signed on:** 9/21/2020 9:59:02 AM |

**Instructions:**  asaulted 9/9/20, multiple contusions, (no specific head injury) c/o increased right eye visual floaters since then, hx left retinal detachment.

DRC000394

**Toledo Correctional Institution**                                                8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          ALP Sick Call-CONT HIP, SHOULDER, BACK PAIN
Main: 4197267977                                        Date of Service: 9/21/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

**Current Vital Signs**
**Date/Time Vitals were taken:**  September 21, 2020 9:39 AM
**Previous Height:** 74 (09/15/2020 6:46:46 AM)     **Previous Weight:** 213 (09/15/2020 6:46:46 AM)

**Does weight include shackles?**  Without Shackles
**Current Weight (lbs) with or without shackles:**  216     **Current Height (in.):**   74
    **BMI:** 27.83     **Sitting BP:**  153 **/** 93
**Temperature:**  97.1     **Temperature site:**  Temporal
**Pulse rate:** 74     **Pulse rhythm:**  Regular
**Respirations:**  16   **Respiration Type:**   Unlabored
    **Pulse Ox%**  100     **Room Air:**  Yes
**Skin Turgor:**   good
**Capillary Refill:** normal

**HPI**
**Chief complaint:** f/u DSC injury left hip, right shoulder, neck, back pain
**History of presenting illness:** Injured a few weeks ago, seen about   4 x, Given Ultram 3 days last
week helped, He states now worse, and he fears it masked something. Worst pain is in neck.
**Is there another issue?** Yes
**HOPI of second compliant:** right eye floaters, more than usual, sinbce injury, states hx retinal
detachment on left. Recent optometry exam, before this injury. Has reported retinal detachment in past.
**Is there a third issue?** No

**Physical Examination**
Mental Status

**General**
Patient is alert and oriented and in no acute distress
**Obese**     No
**Diaphoretic** No
**Answers questions appropriately.** Yes
**Able to speak in full sentences.** Yes

**Respiratory**
**Diminished breathsounds** No

**Head**
**Normocephalic**     Yes

**Neck**
Neck Supple

DRC000395

**Toledo Correctional Institution**                                   8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          ALP Sick Call-CONT HIP, SHOULDER, BACK PAIN
Main: 4197267977                                    Date of Service: 9/21/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

## Musculoskeletal
Full Range of motion of all 4 extremeties without obvious deformity.

## Gait
**Uses ambulatory devices** No

## Cervical Spine
**Full Range of Motion** Yes
**Tender** Yes
right paraspinal muscles

## Thoracic Spine
**Full Range of Motion** Yes
**Tender** No

## Lumbosacral Spine
**Full Range of Motion** Yes
**Tender** No

## Upper Extremeties
**Redness** No
**Limited Range of Motion** No
right shoulder slight superior tenderness. No LROM. No pain on motion. left shoulder normal
**Limited Range of Motion** No
hips normal ROM. SLR negative right to 8,    negative left ot 90 degrees without pain.
Grossly intact and non focal, no tremors, no gait abnormalities, speech fluent.

## Mental Status
Alert, oriented, answers questions appropriately

## Eyes
Full extraocular motion, sclera clear, not icteric, pupils equal and round

## Integumentary
Skin is without obvious rashes or lesions.
faint purple eccymosis left low flank (much smaller), Non tender.


## Assessment

## Plan
**Is this visit related to Pandemic?** No
**Is this patient a COVID-19 POSITIVE patient?** No
Contusions to left hip, right shoulder strain, mild cervical strain: no further evaluation needed, Naprosym
as needed, short courses.
Refer optom re visual floaters.
No evidence of ICH.
RTC as needed for DSC for this injury.

**Toledo Correctional Institution**                                8/8/2023
2001 East Central Avenue
Toledo, OH 43608                       ALP Sick Call-CONT HIP, SHOULDER, BACK PAIN
Main: 4197267977                                     Date of Service: 9/21/2020

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957              1871377715

**Education Provided:** Medication Management, Treatment Plan
**Was a new Chronic Care Enrollment added this visit?** No
Return to Clinic PRN

## New Orders
**New Orders:**
Schedule with Optometry [SCHOPT]


Signed By: Porter-MD, Lawrence at 9/21/2020 10:00:07 AM

DRC000397

**Toledo Correctional Institution**                              8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                  DSC referral
Main: 4197267977                                      Date of Service: 9/21/2020

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                    1871377715

### Encounter Context
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

## Clinical Lists Changes

**Orders:**
Added new Test order of Schedule with Advanced Level Provider (SCHMEDALP) - Signed

Signed By: Weber-RN, Brian at 9/21/2020 5:16:06 AM

**Toledo Correctional Institution**                                  8/8/2023
**2001 East Central Avenue**
**Toledo**, OH 43608                                                 Order Form

---

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Lawrence Porter-MD | **Service Provider:** | |
| **Auth Provider NPI:** | 1689603995 | | |
| **Signing Provider:** | Brian Weber-RN | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ██████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

---

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| SCHMEDALP | Schedule with Advanced Level Provider | |

**Order Number:** 1349124-1                                  **Quantity:** 1
**Authorization #:**                                         **Priority:** N
**Start Date:**           09/21/2020                          **End Date:** 09/21/2020
**Electronically signed by:** Brian Weber-RN                 **Signed on:** 9/21/2020 5:16:04 AM
**Instructions:**        Continued hip, shoulder, back pain

1 of 1

**Toledo Correctional Institution**                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    NSC - Neck, Shoulder and Hip Pain Continue.
Main: 4197267977                        Date of Service: 9/21/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957            1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

**Clinical Lists Changes**

**Orders:**
Added new Test order of Schedule for Nurse Sick Call (SCHNSC) - Signed


Signed By: Mathews-RN, Michael at 9/21/2020 1:13:51 AM

**Toledo Correctional Institution**                                        8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                       Order Form

## TEST FORM

| | | | | |
|---|---|---|---|---|
| **Authorizing Provider:** | Michael Mathews-RN | **Service Provider:** | | ODRC |
| **Auth Provider NPI:** | | | | |
| **Signing Provider:** | Michael Mathews-RN | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███ 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | | **Secondary Ins:** |
| **Group:** | | **Group:** |
| **Policy:** | | **Policy:** |
| **Insured ID:** | | **Insured ID:** |

| <ins>Code</ins> | <ins>Description</ins> | <ins>Diagnoses</ins> |
|---|---|---|
| SCHNSC | Schedule for Nurse Sick Call | |

**Order Number:** 1349023-1                    **Quantity:** 1
**Authorization #:**                           **Priority:** N
**Start Date:** 09/21/2020                     **End Date:** 09/21/2020
**Electronically signed by:** Michael Mathews-RN   **Signed on:** 9/21/2020 1:13:23 AM
**Instructions:** Neck, Shoulder and Hip Pain continues

1 of 1

**Toledo Correctional Institution**                                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                    NSC - Multiple Pain Complaints.
Main: 4197267977                                    Date of Service: 9/16/2020

**BRIAN KEITH ALFORD**
Male DOB: ███ 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

## Clinical Lists Changes

**Orders:**
Added new Test order of Schedule for Nurse Sick Call (SCHNSC) - Signed




Signed By: Mathews-RN, Michael at 9/16/2020 1:36:21 AM

**Toledo Correctional Institution**                                   8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                 Order Form

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Michael Mathews-RN | **Service Provider:** | ODRC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Michael Mathews-RN | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| Code | Description | Diagnoses |
|---|---|---|
| SCHNSC | Schedule for Nurse Sick Call | |

**Order Number:** 1337785-1          **Quantity:** 1
**Authorization #:**                 **Priority:** N
**Start Date:** 09/16/2020           **End Date:** 09/16/2020
**Electronically signed by:** Michael Mathews-RN     **Signed on:** 9/16/2020 1:36:07 AM
**Instructions:** Multiple Pain Complaints

1 of 1

DRC000403

**Toledo Correctional Institution**                                8/8/2023

2001 East Central Avenue
Toledo, OH 43608                    Non Formulary Medicine Request
Main: 4197267977                       Date of Service: 9/15/2020

**BRIAN KEITH ALFORD**
Male DOB: ███████, 1957      1871377715

approved x 2 month


Signed By: Eddy-MD, Andrew at 9/15/2020 1:12:03 PM

DRC000404

**Toledo Correctional Institution**                                           8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                        Non Formulary Medicine Request
Main: 4197267977                                          Date of Service: 9/16/2020

**BRIAN KEITH ALFORD**
Male DOB: ███ 1957                         1871377715

   Thank you.


Signed By: Porter-MD, Lawrence at 9/16/2020 4:15:17 PM

DRC000405

**Toledo Correctional Institution**                                  8/8/2023
2001 East Central Avenue
Toledo, OH 43608                              Non Formulary Medicine Request
Main: 4197267977                                Date of Service: 9/15/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957              1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

New Request
**Patient Number**
A196744
**Allergies:**
* Synalgos-DC (Moderate)
* BACTRIM DS (Moderate)

**Date Requesting:** 09/15/2020
**Name of Drug:** Vitamin B12, cyanocobalamin
**Dose:** 1000 MCG
**Frequency:**   QD
**Length of Anticipated Treatment:** 2 months then reapply
**Reason For Non Formulary Request:** B12 deficiency and nubness in feet. Was advised to treat with PO replacement, which is not on formulary.
**Are there medical records in the patient's chart to back up diagnosis and recommendations for the non-formulary medication?:** Yes

Signed By: Porter-MD, Lawrence at 9/15/2020 11:25:50 AM

**Toledo Correctional Institution**                                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                Schedule with MD for cont'd lft hip pain
Main: 4197267977                                      Date of Service: 9/15/2020

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

## Clinical Lists Changes

**Orders:**
Added new Test order of Schedule with Advanced Level Provider (SCHMEDALP) - Signed

Signed By: Duncan-LPN, Christina at 9/15/2020 6:50:08 AM

**Toledo Correctional Institution**                                        8/8/2023
**2001 East Central Avenue**
**Toledo**, **OH 43608**                                                    Order Form

| | |
|---|---|
| | **TEST FORM** |

| | | | | | |
|---|---|---|---|---|---|
| **Authorizing Provider:** | Lawrence Porter-MD | **Service Provider:** | | | |
| **Auth Provider NPI:** | 1689603995 | | | | |
| **Signing Provider:** | Christina Duncan-LPN | | | | |
| **Phone:** | | **Phone:** | | | |
| **Fax:** | | **Fax:** | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███ 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | █████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | **Secondary Ins:** | |
| **Group:** | **Group:** | |
| **Policy:** | **Policy:** | |
| **Insured ID:** | **Insured ID:** | |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| SCHMEDALP | Schedule with Advanced Level Provider | |

**Order Number:** 1334431-1      **Quantity:** 1
**Authorization #:**      **Priority:** N
**Start Date:** 09/15/2020      **End Date:** 09/15/2020
**Electronically signed by:** Christina Duncan-LPN      **Signed on:** 9/15/2020 6:50:06 AM
**Instructions:** Cont'd lft hip pain (wants Ultam renewed)

1 of 1

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    ALP Sick Call *   Cont'd Lft Hip pain (wants Ultam renewe
Main: 4197267977                                     Date of Service: 9/15/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957              1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

**Current Vital Signs**
**Date/Time Vitals were taken:** September 15, 2020 9:08 AM
**Previous Height:** 74 (09/10/2020 7:27:52 AM)     **Previous Weight:** 215 (09/10/2020 7:27:52 AM)

**Does weight include shackles?** Without Shackles
**Current Weight (lbs) with or without shackles:** 213     **Current Height (in.):** 74
  **BMI:** 27.45     **Sitting BP:** 153 / 96
**Temperature:** 97.6     **Temperature site:** Temporal
**Pulse rate:** 74     **Pulse rhythm:** Regular
**Respirations:** 16     **Respiration Type:** Unlabored
    **Pulse Ox%** 100     **Room Air:** Yes
**Skin Turgor:** good
**Capillary Refill:** normal

**HPI**
**Chief complaint:** f/u assault 5 days ago, left hip pain, right shoulder pain
**History of presenting illness:** as above, seen twice, given 2 days tramadol. States needs more tramadol. Nothing else helped. States took OTC NSAID and Tylenol. Pain left hip and right shoulder constant 8/10, worse 10/10 on use, also headaches occasionally, and dizziness, foggy mentally, states hit head but no CT done, no shoulder xray. Also c/o left low back pain. He denies neck pain, incontinence, weak or numbness. Is not on ASA.
**Is there another issue?** No

**Physical Examination**
Integumentary

**Gastrointestinal**
**Tenderness** No
**Masses** No
no flank tenderness or mass.
Large left low lumbar / flank ecchymosis.

**Respiratory**
**Use of accessory muscles** No

**Head**
**Normocephalic**     Yes

**Neck**
Neck Supple

**Musculoskeletal**

1 of 3

**Toledo Correctional Institution**                                     8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    ALP Sick Call *   Cont'd Lft Hip pain (wants Ultam renewe
Main: 4197267977                                     Date of Service: 9/15/2020

**BRIAN KEITH ALFORD**
Male DOB: ████ 1957                 1871377715

Full Range of motion of all 4 extremeties without obvious deformity.

## Gait
**Uses ambulatory devices** No
**Ataxia** No
no limp.

## Cervical Spine
**Full Range of Motion** Yes
**Tender** No

## Thoracic Spine
**Full Range of Motion** Yes
**Tender** No

## Lumbosacral Spine
**Full Range of Motion** No
**Tender** Yes
Decreased ROM on left rotation, right rotation. Pain on motion. SLR inconsistently reduced to 40-45
degrees on Rt, 60 - 7 degrees on left.

## Upper Extremeties
**Swelling** Yes
Right shoulder anterior swelling and yellow bruise. Pain on shoulder ROM, without limitation or creptitus
on motion.

## Extremeties
**Edema** No
Grossly intact and non focal, no tremors, no gait abnormalities, speech fluent.

## Sensory
**Sensation deficit** No

## Motor
**Weakness** No

## Mental Status
Alert, oriented, answers questions appropriately

## Eyes
Full extraocular motion, sclera clear, not icteric, pupils equal and round
**PERRLA** Yes
**Periorbital bruising** No

*External Ears:*
No obvious deformities

## Integumentary

DRC000410

**Toledo Correctional Institution**                              8/8/2023
2001 East Central Avenue
Toledo, OH 43608                 ALP Sick Call *   Cont'd Lft Hip pain (wants Ultam renewe
Main: 4197267977                                   Date of Service: 9/15/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957              1871377715

**Ecchymosis:** Yes

## Assessment
**Assessment(s):**
Strain of muscle, fascia and tendon of lower back, initial encounter (ICD-848.8) (ICD10-S39.012A)
Strain of unspecified muscle, fascia and tendon at shoulder and upper arm level, right arm, initial
encounter (ICD-840.9) (ICD10-S46.911A)

contusion left flank, right shoulder.
Low back strain

## Plan
**Is this visit related to Pandemic?** No
**Is this patient a COVID-19 POSITIVE patient?** No
Left hip pain from contusion, with negative xray. Based on comparison of exams, it is improving and does
not require advanced imaging.
Right shoulder strain, unlikely to chnage therapy based on imaging, and will not get xray.
Low back strain.
Will provid 2 more days tramadol 100 twice daily x 2 d,
return to clinic as needed, otherwise OTC analgesics.
Incidentally informed B12 supplement will be PO, as PA for injected B12 was denied..
**Education Provided:** Test Results

## New Orders

Signed By: Porter-MD, Lawrence at 9/15/2020 11:30:39 AM

DRC000411

**Toledo Correctional Institution**                              8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                MED HSR
Main: 4197267977                          Date of Service: 9/14/2020

**BRIAN KEITH ALFORD**
Male DOB: ██████, 1957      1871377715

**MED HSR**


*Imported By: Susan Rogers-HIT 9/14/2020 3:35:08 PM*

_____

External Attachment:

   Type:     Image
   Comment:  External Document


     Signed By: Centricity, Document Manag at 9/14/2020 3:35:32 PM

# Health Services Request

Petición Para Servicios de Salud

<table>
<tr><td colspan="2"><b>For Medical Use Only / Para Uso Medico Solamente</b></td></tr>
<tr><td colspan="2">Reviewed by: <i>M. Mathews, a</i></td></tr>
<tr><td>Date Received: 9/13/2020</td><td>Time Received: 2345    a.m./p.m.</td></tr>
</table>

Date Of Request:
Fecha: **9-12-20**

Inmate Name:
Nombre: **ALFORD**

Number:
Numero: **A196744**

Housing Unit:
Unidad: **AT W14**

Request for:

- [ ] Medical Care / Attención Medica
- [ ] Dental Care / Attención Dental
- [x] Medication Reorder / Reordenar Medicación
- [ ] Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema: MY RIGHT SHOULDER AND ELBOW, AND MY LEFT HIP ARE STILL VERY SORE AND CAUSING DISCOMFORT, MY LAST DOSE OF TROMADOL WAS THIS MORNING. CAN YOU REORDER FOR A FEW MORE DAYS?

DSt
9-15-2020

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

DRC000413

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                    DSC-L hip pain/renew Ultram
Main: 4197267977                                    Date of Service: 9/14/2020

**BRIAN KEITH ALFORD**
Male DOB: ███████, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

## Clinical Lists Changes

**Orders:**
Added new Test order of Schedule with Advanced Level Provider (SCHMEDALP) - Signed


Signed By: Weber-RN, Brian at 9/14/2020 5:09:57 AM

**Toledo Correctional Institution**                                                                    8/8/2023
**2001 East Central Avenue**
**Toledo**, **OH 43608**                                                                                    Order Form

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Candy Babb-CNP | **Service Provider:** | |
| **Auth Provider NPI:** | 1417950718 | | |
| **Signing Provider:** | Brian Weber-RN | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ██████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | | **Secondary Ins:** |
| **Group:** | | **Group:** |
| **Policy:** | | **Policy:** |
| **Insured ID:** | | **Insured ID:** |

| Code | Description | Diagnoses |
|---|---|---|
| SCHMEDALP | Schedule with Advanced Level Provider | |

**Order Number:** 1331041-1                                    **Quantity:** 1
**Authorization #:**                                                      **Priority:** N
**Start Date:** 09/15/2020                                       **End Date:** 09/15/2020
**Electronically signed by:** Brian Weber-RN             **Signed on:** 9/14/2020 5:09:54 AM
**Instructions:**                Continued L hip pain (wants Ultram renewed)

1 of 1

DRC000415

**Toledo Correctional Institution**                                      8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                     Order Form

| TEST FORM |
|---|

| | | | | | |
|---|---|---|---|---|---|
| **Authorizing Provider:** | Haley Mann-LSW | **Service Provider:** | | ODRC | |
| **Auth Provider NPI:** | | | | | |
| **Signing Provider:** | Haley Mann-LSW | | | | |
| **Phone:** | | **Phone:** | | | |
| **Fax:** | | **Fax:** | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███ 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | | **Secondary Ins:** |
| **Group:** | | **Group:** |
| **Policy:** | | **Policy:** |
| **Insured ID:** | | **Insured ID:** |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| MHOTHER | Mental Health - Other | |

**Order Number:** 1328534-1                          **Quantity:** 1
**Authorization #:**                                 **Priority:** N
**Start Date:** 09/11/2020                            **End Date:** 09/11/2020
**Electronically signed by:** Haley Mann-LSW          **Signed on:** 9/11/2020 12:25:44 PM
**Instructions:** Non caseload

DRC000416

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                       MED HSR
Main: 4197267977                                    Date of Service: 9/10/2020

**BRIAN KEITH ALFORD**
Male DOB: ████████, 1957      1871377715

**MED HSR**


*Imported By: Susan Rogers-HIT 9/10/2020 11:34:05 AM*

_____

External Attachment:

  Type:     Image
  Comment:  External Document


Signed By: Centricity, Document Manag at 9/10/2020 11:45:31 AM

DRC000417

# Health Services Request

Petición Para Servicios de Salud

For Medical Use Only / Para Uso Médico Solamente

Reviewed by: _____

Date Received: 8/28/2020    Time Received: 9 ___ a.m./p.m.

Date Of Request:
Fecha: 8-27-20

Inmate Name:
Nombre: ALFORD

Number:
Numero: A196-744

Housing Unit:
Unidad: A1-W14

Request for:
- [ ] Medical Care / Attención Medica
- [ ] Dental Care / Attención Dental
- [ ] Medication Reorder / Reordenar Medicación
- [x] Medication Refill / Rellenar la Medicación

**Nature of problem:**
Descripción del problema:

RX# 9078591  A196744  0394
ALFORD, BRIAN        08/06/202
AMLODIPINE BESYLATE 10MG TAB
Refills: 4      QTY: 30

RX# 9078592  A196744  0394
ALFORD, BRIAN        08/06/2020
HYDROCHLOROTHIAZIDE 25MG TA
Refills: 4      QTY: 30

RX# 9078596  A196744  0394
ALFORD, BRIAN        08/06/202
POTASSIUM CHLORIDE ER 10MEQ
Refills: 4      QTY: 30

RX# 9078586  A196744  0394
ALFORD, BRIAN        08/06/2020
CARVEDILOL 12.5MG TABS
Refills: 4      QTY: 30

RX# 9078586  A196744  0394
ALFORD, BRIAN        08/06/2020
CARVEDILOL 12.5MG TABS
Refills: 4      QTY: 30

RX# 9078589  A196744  0394
ALFORD, BRIAN        08/06/2020
ASPIRIN E.C. 81MG TBEC
Refills: 4      QTY: 30

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

DRC000418

**Toledo Correctional Institution**                                8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                   MED HSR
Main: 4197267977                              Date of Service: 9/10/2020

**BRIAN KEITH ALFORD**
Male DOB:  ███████, 1957      1871377715

**MED HSR**


*Imported By: Susan Rogers-HIT 9/10/2020 11:33:40 AM*

---

External Attachment:

  Type:     Image
  Comment:  External Document


Signed By: Centricity, Document Manag at 9/10/2020 11:45:31 AM

# Health Services Request

Petición Para Servicios de Salud

| For Medical Use Only / Para Uso Medico Solamente | | |
|---|---|---|
| Reviewed by: | | |
| Date Received: | Time Received: | a.m./p.m. |

Date Of Request:
Fecha: 8-27-20

Inmate Name:
Nombre: ALFORD

Number:
Numero: A196-744

Housing Unit:
Unidad: AI-W14

Request for:
- [ ] Medical Care / Attención Medica
- [ ] Dental Care / Attención Dental
- [ ] Medication Reorder / Reordenar Medicación
- [x] Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema:

RX# 9078591  A196744  0394
ALFORD, BRIAN          08/06/202
AMLODIPINE BESYLATE 10MG TAB
Refills: 4     QTY: 30

RX# 9078592  A196744  0394
ALFORD, BRIAN          08/06/2020
HYDROCHLOROTHIAZIDE 25MG TA
Refills: 4     QTY: 30

RX# 9078596  A196744  0394
ALFORD, BRIAN          08/06/202
POTASSIUM CHLORIDE ER 10MEQ
Refills: 4     QTY: 30

RX# 9078586  A196744  0394
ALFORD, BRIAN          08/06/2020
CARVEDILOL 12.5MG TABS
Refills: 4     QTY: 30

RX# 9078586  A196744  0394
ALFORD, BRIAN          08/06/2020
CARVEDILOL 12.5MG TABS
Refills: 4     QTY: 30

RX# 9078589  A196744  0394
ALFORD, BRIAN          08/06/2020
ASPIRIN E.C. 81MG TBEC
Refills: 4     QTY: 30

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

DRC000420

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                      MED HSR
Main: 4197267977                              Date of Service: 9/10/2020

**BRIAN KEITH ALFORD**
Male DOB: ███████ 1957      1871377715

**MED HSR**


*Imported By: Susan Rogers-HIT 9/10/2020 11:23:15 AM*

---

External Attachment:

  Type:     Image
  Comment:  External Document


Signed By: Centricity, Document Manag at 9/10/2020 11:23:31 AM

98:1-

95,6
74
217,4

DRC000422

**Toledo Correctional Institution**                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                              MED HSR
Main: 4197267977                          Date of Service: 9/10/2020

**BRIAN KEITH ALFORD**
Male DOB: ██████, 1957      1871377715

**MED HSR**


*Imported By: Susan Rogers-HIT 9/10/2020 11:22:56 AM*

_____

External Attachment:

  Type:     Image
  Comment:  External Document


Signed By: Centricity, Document Manag at 9/10/2020 11:23:02 AM

DRC000423

# Health Services Request

Petición Para Servicios de Salud

For Medical Use Only / Para Uso Medico Solamente

Reviewed by: _____

Date Received: 8/30/2020    Time Received: 730    a.m./p.m.

Date Of Request:
Fecha: 8-30-20

Inmate Name:
Nombre: ALFORD

Number:
Numero: A196744

Housing Unit:
Unidad: A1-W14

Request for: [X] Medical Care / Attención Medica   [ ] Dental Care / Attención Dental   [ ] Medication Reorder / Reordenar Medicación   [ ] Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema: CONGESTED, RUNNY NOSE, SNEEZING, EAR PRESSURE

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

DRC000424

**Toledo Correctional Institution**                                8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                    ALP Sick Call *F/U lft hip xray
Main: 4197267977                                    Date of Service: 9/10/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

## Current Vital Signs
**Date/Time Vitals were taken:**  September 10, 2020 11:22 AM
**Previous Height:** 74 (09/09/2020 12:00:16 PM)    **Previous Weight:** 215 (09/09/2020 12:00:16 PM)

**Does weight include shackles?**  Without Shackles
**Current Weight (lbs) with or without shackles:**  215    **Current Height (in.):**  74
   **BMI:** 27.70    **Sitting BP:**  132 / 90
**Temperature:**  98    **Temperature site:**  Oral
**Pulse rate:** 72    **Pulse rhythm:**  Regular
**Respirations:**  16   **Respiration Type:**  Unlabored
   **Pulse Ox%**  96   **Room Air:**  Yes

## HPI
**History of presenting illness:** WD WN 63 year old AA male had a fall injury onto left hip yesterday
when he was assaulted. Pt. presents for left hip xray f/u and was advised
left hip xray reports were negative for fracture. Pt. reports area "still feels sore." Gait Steady and
nonantalgic    Pt. Ultram order changes to 3 days from 7 days for tx. Pt. to still be off work x 1
week. .Assessment and plan reviewed. Pt. voices understanding. Advised to return to medical for any
new or worsening signs and symptoms.

**Is there another issue?** No

## Assessment
**Active Problems:**   09/09/2020 Contusion of left hip, initial encounter (ICD-924.01) (ICD10-S70.02xA)

## Plan
**Is this visit related to Pandemic?** No
**Is this patient a COVID-19 POSITIVE patient?** No
See HPI
Return to Clinic PRN

## New Orders

Signed By: Babb-CNP, Candy at 9/10/2020 12:26:05 PM

**ODRC**                                                                      8/8/2023

,                                                        HIP UNI W OR W/O PELVIS 2-3 V
                                                         Date of Service: 9/9/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                        1871377715

```
Patient: BRIAN  ALFORD
ID: MIRTH 8639882
Note: All result statuses are Final unless otherwise noted.
Tests: (1) HIP UNI W OR W/O PELVIS 2-3 V (73502-LT)
   HIP UNI W OR W/O PELVIS 2-3 V, LEFT FINDINGS: The left hip joint
is intact.  No fracture or dislocation is seen.  Pubic rami are
normal. CONCLUSION: Normal left hip. ELECTRONICALLY SIGNED BY REONO
BERTAGNOLLI, M.D. 9/9/2020 3:49:42 PM EDT.
   Results: The left hip joint is intact.  No fracture or dislocation
is seen.  Pubic
   rami are normal.
   Conclusion: Normal left hip.
   Electronically signed by REONO BERTAGNOLLI, M.D. 9/9/2020 3:49:42
PM EDT.
Note: An exclamation mark (!) indicates a result that was not
dispersed into the flowsheet.
Document Creation Date: 09/09/2020 3:57 PM
_____
___
(1) Order result status: Final
Collection or observation date-time: 09/09/2020 14:55:00
Requested date-time:
Receipt date-time:
Reported date-time: 09/09/2020 15:49:42
Referring Physician:
Ordering Physician: CANDY BABB (10175993)
Specimen Source:
Source: MIRTH
Filler Order Number: 33273324
Lab site:
-----------------
The following tests had no related values for dispersal to the
flowsheet:
   HIP UNI W OR W/O PELVIS 2-3 V, [No Value Reported], (F)
```

Signed By: Babb-CNP, Candy at 9/10/2020 8:52:48 AM

DRC000426

**ODRC**                                                              8/8/2023

,                                              HIP UNI W OR W/O PELVIS 2-3 V
                                               Date of Service: 9/10/2020

**BRIAN KEITH ALFORD**
Male DOB: ███████, 1957        1871377715

Note


Signed By: Babb-CNP, Candy at 9/10/2020 8:52:48 AM

1 o

**DRC000427**

**Toledo Correctional Institution**                                      8/8/2023

2001 East Central Avenue

Toledo, OH 43608                                   Schedule with ALP eval hip injury.

Main: 4197267977                                         Date of Service: 9/9/2020

**BRIAN KEITH ALFORD**

Male DOB: ███ , 1957                    1871377715

**Encounter Context**

**Parent Institution at time of evaluation:** Toledo Correctional Institution

**Age at Time:** 63 Years Old

**Clinical Lists Changes**

**Orders:**

Added new Test order of Schedule with Advanced Level Provider (SCHMEDALP) - Signed


Signed By: Duncan-LPN, Christina at 9/9/2020 12:05:31 PM

**Toledo Correctional Institution**                                          8/8/2023
**2001 East Central Avenue**
**Toledo**, **OH 43608**                                                      Order Form

---

## TEST FORM

| | | | | |
|---|---|---|---|---|
| **Authorizing Provider:** | Candy Babb-CNP | **Service Provider:** | | |
| **Auth Provider NPI:** | 1417950718 | | | |
| **Signing Provider:** | Christina Duncan-LPN | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ▓ 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▓ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | | **Secondary Ins:** |
| **Group:** | | **Group:** |
| **Policy:** | | **Policy:** |
| **Insured ID:** | | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| SCHMEDALP | Schedule with Advanced Level Provider | |

| | | | |
|---|---|---|---|
| **Order Number:** | 1321417-1 | **Quantity:** 1 | |
| **Authorization #:** | | **Priority:** N | |
| **Start Date:** | 09/09/2020 | **End Date:** 09/09/2020 | |
| **Electronically signed by:** | Christina Duncan-LPN | **Signed on:** 9/9/2020 12:04:02 PM | |
| **Instructions:** | Hip injury s/p assualt | | |

1 of 1

DRC000429

**Toledo Correctional Institution**                                        8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                      Order Form

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Candy Babb-CNP | **Service Provider:** | |
| **Auth Provider NPI:** | 1417950718 | | |
| **Signing Provider:** | Candy Babb-CNP | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ▮▮▮, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▮▮▮▮▮ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| Code | Description | Diagnoses |
|---|---|---|
| 73502-LT | HIP/PELVIS - LT 2-3 VWS | CONTUSION OF LEFT HIP, INITIAL ENCOUNTER (ICD-S70.02xA) |

**Order Number:** 1321478-1                          **Quantity:** 1
**Authorization #:**                                 **Priority:** S
**Start Date:** 09/09/2020                           **End Date:** 09/09/2020
**Electronically signed by:** Candy Babb-CNP         **Signed on:** 9/9/2020 12:21:26 PM
**Instructions:**        Please link a diagnosis code (ICD 10) above and provide specific clinical indications here: S70.02xA

Pt. was assaulted in Recreation hit in the back of the head once from behind then second time again assaulted from behind as he waas trying to leave area walking through door way he brushed right shoulder then fell  rubbing left forearm against doorframe as you to fell to ground on left hip.

1 of 1

DRC000430

**Toledo Correctional Institution**                                    8/8/2023
**2001 East Central Avenue**
**Toledo**, OH 43608                                                   Order Form

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Candy Babb-CNP | **Service Provider:** | |
| **Auth Provider NPI:** | 1417950718 | | |
| **Signing Provider:** | Candy Babb-CNP | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███ 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ██████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | | **Secondary Ins:** |
| **Group:** | | **Group:** |
| **Policy:** | | **Policy:** |
| **Insured ID:** | | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| SCHMEDALP | Schedule with Advanced Level Provider | CONTUSION OF LEFT FOREARM, INITIAL ENCOUNTER (ICD-S50.12xA) |

**Order Number:** 1321478-2                 **Quantity:** 1
**Authorization #:**                        **Priority:** N
**Start Date:**         09/10/2020          **End Date:** 09/10/2020
**Electronically signed by:** Candy Babb-CNP    **Signed on:** 9/9/2020 1:19:29 PM
**Instructions:**      F/U Left hip Xray  on 9/10/2020 w/ALP

1 of 1

DRC000431

**Toledo Correctional Institution**                          8/8/2023
**2001 East Central Avenue**
**Toledo**, OH 43608                                          Order Form

| TEST FORM |
|---|

| | | | | |
|---|---|---|---|---|
| **Authorizing Provider:** | Candy Babb-CNP | **Service Provider:** | | |
| **Auth Provider NPI:** | 1417950718 | | | |
| **Signing Provider:** | Candy Babb-CNP | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███ 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| Code | Description | Diagnoses |
|---|---|---|
| NSG067 | NSG- Wound Care / Dressing Change | CONTUSION OF LEFT FOREARM, INITIAL ENCOUNTER (ICD-S50.12xA) ,CONTUSION OF LEFT HIP, INITIAL ENCOUNTER (ICD-S70.02xA) |

| | | | |
|---|---|---|---|
| **Order Number:** | 1321478-3 | **Quantity:** 1 | |
| **Authorization #:** | | **Priority:** N | |
| **Start Date:** | 09/10/2020 | **End Date:** | |
| **Electronically signed by:** | Candy Babb-CNP | **Signed on:** 9/9/2020 1:21:58 PM | |
| **Instructions:** | Cleanse Left forearm abrasions with Hibiclens, pat dry and  lightly apply TAO x1 occurrence. | | |

DRC000432

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          ALP Sick Call *    Hip injury s/p assualt
Main: 4197267977                                    Date of Service: 9/9/2020

**BRIAN KEITH ALFORD**
Male DOB: ███████, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

## Current Vital Signs
**Date/Time Vitals were taken:**   September   9, 2020 12:01 PM
**Previous Height:** 74 (09/02/2020 7:13:16 AM)      **Previous Weight:** 215 (09/02/2020 7:13:16 AM)

**Does weight include shackles?**   Without Shackles
**Current Weight (lbs) with or without shackles:**   215      **Current Height (in.):**   74
  **BMI:** 27.70    **Sitting BP:**   150 / 89
**Temperature:**   98.4      **Temperature site:**   Temporal
**Pulse rate:** 86      **Pulse rhythm:**   Regular
**Respirations:**   16    **Respiration Type:**   Regular
     **Pulse Ox%**   99    **Room Air:**   Yes

## HPI
**History of presenting illness:** WD WN 63 year old AA male reports around 9:14 am   he was assaulted in Recreation, hit in the back of the head once from behind and fell down onto his left hip. He was then able to get back up trying to defend himself was seen spraying assailant w/ cleaning spray. Then was chased as he was trying to leave recreation area, was hit again in the back of his head walking through Recreation door way, falling hard   scraping   left forearm against door frame as he was slid down falling hard hitting Left hip firmly onto the ground. Then was seen leaning over to his right side brushing right shoulder lightly against   the rightside of the door frame. Pt. assault was seen on security film from recreation area. Pt. does report left hip and left lower back area hurts and feels numb "I felt it blow up."
**Is there another issue?** No

## Review of Systems

### General
**Fevers** No
**Chills** No
**Sweats** No

### Eyes
Denies and symptoms related to eyes.

### Ears/Nose/Throat
Denies any symptoms related to ears, nose, throat.

### Cardiovascular
Denies any symptoms related to cardiovascular system.

### Respiratory
Denies any respiratory symptoms.

DRC000433

**Toledo Correctional Institution**                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    ALP Sick Call *    Hip injury s/p assualt
Main: 4197267977                              Date of Service: 9/9/2020

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957            1871377715

**Gastrointestinal**
Denies any gastrointestinal symptoms.

**Musculoskeletal**
**Back pain** Yes
**Comments:** left lower side
**Joint pain** Yes
**Comments:** Left hip
**Joint swelling** Yes
**Comments:** Left hip and forearm
**Muscle cramps** No
**Muscle weakness** No
**Stiffness** Yes
**Comments:** Left hip
**Arthritis** No
**Deformities** Yes
**Comments:** Left hip numbness
**Gait abnormality** Yes
**Comments:** Limps to left side.

**Skin**
**Rash** No
**Itching** No
**Dryness** No
**Bruises** Yes
**Comments:** Left hip and forearm
**Scars** No
**Tattoos** No
**Lesions** No
**Open sores/wounds** Yes
**Comments:** Left forearm scratches
**Indications of drug use** No

**Neurologic**
**Headache** No
**Dizziness** Yes
**Comments:** after falling
**Syncope** No
**Vertigo** No
**Seizures** No
**Tremors** No
**Weakness** No
**Parasthesis** No
**Transient Paralysis** No
Left hip and forearm numb." I was shocked."

**Physical Examination**
Neurologic

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          ALP Sick Call *    Hip injury s/p assualt
Main: 4197267977                                       Date of Service: 9/9/2020

**BRIAN KEITH ALFORD**
Male DOB: ▇▇▇▇, 1957                 1871377715

### General
Patient is alert and oriented and in no acute distress

### Cardiovascular
Regular rhythm, no murmurs or gallops.
Normal S1, S2

### Gastrointestinal
Abdomen soft, non-tender, bowel sounds present, no masses, no hepatomegaly.

### Rectal
Deferred

### Respiratory
Lungs clear to auscultation with no wheezing, rales, or rhonchi

### Head
**Normocephalic**    Yes
Atraumatic, no occipital ecchymosis seen from being hit on back of head.

### Neck
Neck Supple
**Adenopathy** No
**Carotid Bruits** No
**Enlarged Thyroid** No
**Thyroid nodule(s):** No
**Nuchal Rigidity** No
**JVD / HJR** No
No cspine tenderness w/ palpation.

### Musculoskeletal
Full Range of motion of all 4 extremeties without obvious deformity.

### Gait
Gait Steady and mildy antalgic favoring left side

### Upper Extremeties
**Redness** Yes
**Comments:** Left    forearm, No redness noted on right shoulder.
**Swelling** Yes
**Comments:** Left    forearm ,    No edema noted on right shoulder.
**Deformity** No
**Limited Range of Motion** No
Full AROM and PROM right shoulder and left forearm.
**Redness** Yes
**Comments:** Left hip
**Swelling** Yes

**Toledo Correctional Institution**                               8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          ALP Sick Call *    Hip injury s/p assualt
Main: 4197267977                                    Date of Service: 9/9/2020

**BRIAN KEITH ALFORD**
Male DOB: ██████ 1957               1871377715

**Comments:** Left hip
**Deformity** Yes
**Comments:** Large Hematoma to left outer hip to small of back.
**Limited Range of Motion** No
Pt unable to AROM left hip. Left hip tolerated PROM, no clicking, popping or grinding palpated of Left hip joint. Full flexion and extension of left hip with PROM.
Grossly intact and non focal, no tremors, no gait abnormalities, speech fluent.

## Mental Status
Alert, oriented, answers questions appropriately

## Eyes
Full extraocular motion, sclera clear, not icteric, pupils equal and round

### External Ears:
No obvious deformities

### Hearing:
No obvious abnormalities.

## Nose
Nares open and clear bilaterally and without discharge.

## Mouth / Throat
**Oral mucosa normal** Yes
**Bleeding** No

## Tongue:
**Lesions** No

## Integumentary
**Rash** No
**Ecchymosis:** Yes
**Comments:** Left Hip and    forearm
**Abcess** No
**Ulcerations** No

## Assessment
**Active Problems:**   09/09/2020 Contusion of left forearm, initial encounter (ICD-923.10) (ICD10-S50.12xA), 09/09/2020 Contusion of left hip, initial encounter (ICD-924.01) (ICD10-S70.02xA)
**Assessment(s):**
Contusion of left forearm, initial encounter (ICD-923.10) (ICD10-S50.12xA)
Contusion of left hip, initial encounter (ICD-924.01) (ICD10-S70.02xA)

## Plan
**Is this visit related to Pandemic?** No
**Is this patient a COVID-19 POSITIVE patient?** No

**Toledo Correctional Institution**                                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                              ALP Sick Call *    Hip injury s/p assualt
Main: 4197267977                              Date of Service: 9/9/2020

**BRIAN KEITH ALFORD**
Male DOB: ███ , 1957              1871377715

Pt. was placed in Infirmary awaiting Stat left hip xray. Toradol and Tramadol ordered. Off Rec position x 1 week.    Pt. advised to rest    on right side.
Cleanse Left forearm abrasions with Hibiclens, pat dry and    lightly apply TAO. Pt. encouraged to rest. Pt instructed to drink atleast 1-2 gallons of water daily. Good handwashing encouraged. Assessment and plan reviewed. Pt. voices understanding. Advised to notify medical for any new or worsening signs and symptoms.

### New Orders
**New Orders:**
HIP/PELVIS - LT 2-3 VWS [73502-LT]
Schedule with Advanced Level Provider [SCHMEDALP]
NSG- Wound Care / Dressing Change [NSG067]


Signed By: Babb-CNP, Candy at 9/9/2020 1:27:17 PM

DRC000437

**Toledo Correctional Institution**                                      8/8/2023
2001 East Central Avenue
Toledo, OH 43608                        Fusion eSign - MED - Medical Needs Permit
Main: 4197267977                                    Date of Service: 9/9/2020

**BRIAN KEITH ALFORD**
Male DOB: ███████, 1957                    1871377715

   There is an attached file titled MED - Medical Needs Permit.



Signed By: Rogers-HIT, Susan at 9/9/2020 10:13:46 AM

DRC000438

**Toledo Correctional Institution**                                      8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                      Nursing Medical Exam Report
Main: 4197267977                                      Date of Service: 9/9/2020

**BRIAN KEITH ALFORD**
Male DOB: ██████, 1957                    1871377715

```
 @ approximately 1130 I was advised by another inmate at pill call
that Alfords him hurts and he can't walk. I went to his cell and he
was standing in the doorway and advised that he thinks his hip is
broken. There is inflammation to left hip. Medical was called and
advised. Duncan went to unit to with a wheelchair and took him to
medical for ALP to assess.
```

Signed By: Baumgartner-RN, Melissa at 9/9/2020 12:59:35 PM

DRC000439

**Toledo Correctional Institution**                                         8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                        Nursing Medical Exam Report
Main: 4197267977                                          Date of Service: 9/9/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

**Subjective:**
**Medical Examination for:** Fight
**Treatment location:**   Medical
**Subjective Evaluation:** "I got hit in the back of the head and I think I bit my lip or something."

**Current Vital Signs**
Patient Refused Vital Signs
**Previous Height:** 74 (09/02/2020 7:13:16 AM)        **Previous Weight:** 215 (09/02/2020 7:13:16 AM)

**Objective/Assessment/Plan**
**Objective Physical Findings:**     PERRLA and no signs of neurological deficits. Small red mark on left
cheek and small red mark inside upper lip. Scrape down left side of forearm.
**Treatment administered:**   Inmate washed arm in medical sink. A bag of ice was given to inmate for his
face.

**Subjective**

**Plan:**

**Disposition**

Signed By: Baumgartner-RN, Melissa at 9/9/2020 9:49:09 AM

**Toledo Correctional Institution**                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    Imported By: Susan Rogers-HIT 9/9/2020 8:45
Main: 4197267977                          Date of Service: 9/9/2020

**BRIAN KEITH ALFORD**
Male DOB: ██████, 1957      1871377715


*Imported By: Susan Rogers-HIT 9/9/2020 8:45:48 AM*

_____

External Attachment:

   Type:      Image
   Comment:   External Document



Signed By: Centricity, Document Manag at 9/9/2020 8:46:00 AM

# Ohio
PENAL INDUSTRIES
Department of
Rehabilitation & Correction

Ohio Reformatory
Flag and Optical
(937) 644-1069

## PACKING LIST
16366

### Special Instructions

☐ Cert Enclosed  ☐ Partial Ship  ☒ Complete Ship

**Goods Received in Good Condition**

By: _____

Date: _____

**SOLD TO:** TOLEDO CORRECTIONAL INST 673
2001 E CENTRAL AVE
TOLEDO  OH 436082241

**SHIP TO:** TOLEDO CORRECTIONAL INST 673
2001 E CENTRAL AVE
TOLEDO  OH 436082241

| Sales Order | Ship Num | Cust No | Order Date | Tax | Promised | Sales Rep | Customer P.O. Number | Mark Shipment |
|---|---|---|---|---|---|---|---|---|
| 0016160 | 0000 | DRC028 | 8/18/2020 | E | 9/18/2020 | -NoSalesman | ALFORD 196744 | |

| F.O.B. Point | Ship Date | Shipped Via | Cartons | Weight | Waybill Number | Ins |
|---|---|---|---|---|---|---|
| | 8/19/2020 | BEST WAY | | | | N |

| Item | T | QUANTITY Order | QUANTITY B/O | QUANTITY Ship | Unit | Part Number/Revision | Description |
|---|---|---|---|---|---|---|---|
| 001 | S | 1 | | 1 | EA | PLFR | PLASTIC FRAME EYEGLASS ALFORD 196-744 RX 165479 |

Signature indicates that  product was received at your location accurately and with no visible exterior defects.

Any discrepancies must be addressed within 3-working days of receipt.

Please contact the OPI Distribution Center at Brandon.Hoffman@odrc.state.oh.us

DRC000442

**Toledo Correctional Institution**                                  8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                    Non Formulary Medicine Request
Main: 4197267977                                       Date of Service: 9/9/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

    Have you tried oral replacement?


Signed By: Granson-MD, Alfred at 9/9/2020 9:17:15 AM

1 of 1

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                         Non Formulary Medicine Request
Main: 4197267977                                            Date of Service: 9/9/2020

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                    1871377715

No.


Signed By: Porter-MD, Lawrence at 9/9/2020 4:26:05 PM

1 of 1

DRC000444

**Toledo Correctional Institution**                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    Non Formulary Medicine Request
Main: 4197267977                    Date of Service: 9/10/2020

**BRIAN KEITH ALFORD**
Male DOB: ███████, 1957        1871377715

Shall I try oral B12, say 1000 mcg daily for 1 month, then repeat B12 level


Signed By: Porter-MD, Lawrence at 9/10/2020 11:02:31 AM

1 o

DRC000445

**Toledo Correctional Institution**                              8/8/2023
2001 East Central Avenue
Toledo, OH 43608                              Non Formulary Medicine Request
Main: 4197267977                                Date of Service: 9/10/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

    Yes


Signed By: Granson-MD, Alfred at 9/10/2020 11:29:45 AM

DRC000446

**Toledo Correctional Institution**                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          Non Formulary Medicine Request
Main: 4197267977                          Date of Service: 9/10/2020

**BRIAN KEITH ALFORD**
Male DOB: ███████, 1957        1871377715

Thank you, will do


Signed By: Porter-MD, Lawrence at 9/10/2020 3:28:03 PM

1 o

**Toledo Correctional Institution**                                  8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                     Non Formulary Medicine Request
Main: 4197267977                                     Date of Service: 9/8/2020

**BRIAN KEITH ALFORD**
Male DOB: ████ 1957              1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

New Request
**Patient Number**
A196744
**Allergies:**
* Synalgos-DC (Moderate)
* BACTRIM DS (Moderate)

Cyanocobalamin (vitamin B12)
**Date Requesting:** 09/08/2020
**Name of Drug:** Cyanocobalamin (vitamin B12)
**Dose:** 1,000 micrograms deep subcut
**Frequency:**   3 times per week for 2 weeks, then once a week x 6 weeks
**Length of Anticipated Treatment:** then once a month indefinitely
**Reason For Non Formulary Request:** B12 deficiency by lab, and peripheral sensory neuropathy.
**Are there medical records in the patient's chart to back up diagnosis and recommendations for the non-formulary medication?:** Yes


Signed By: Porter-MD, Lawrence at 9/8/2020 4:24:26 PM

DRC000448

**Toledo Correctional Institution**                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    Imported By: Susan Rogers-HIT 9/8/2020 3:3⁹
Main: 4197267977                         Date of Service: 9/8/2020

**BRIAN KEITH ALFORD**
Male DOB: ███████, 1957      1871377715


*Imported By: Susan Rogers-HIT 9/8/2020 3:39:43 PM*

_____

External Attachment:

  Type:     Image
  Comment:  External Document



Signed By: Centricity, Document Manag at 9/8/2020 3:40:00 PM

16160

Date Rec'd: 8-18-20    Date Shipped:_____

**OHIO REFORMATORY FOR WOMEN**
**OPTICAL LAB**
1479 Collins Avenue
Marysville, Ohio 43040      № 165479    Date: 8-12-2020

Patients Name:

Brian Alford        A196-744

| | SPHERE | CYLINDER | AXIS | DEC. | PRISM | BASE |
|---|---|---|---|---|---|---|
| R | +075 | -0.75 | 170 | | / | |
| L | -0.75 | -1.00 | 004 | | / | |

| | | SEG.HGT | SEG.INSET | TOTAL | PD.FAR | PD.NEAR | EYE | BRIDGE |
|---|---|---|---|---|---|---|---|---|
| A | | | | | R 69 | R | 50 | 23 |
| D | | | | | | | VERT | ED |
| D | | | | | PD.FAR L | PD.NEAR L | | |

| FRAME-NAME & COLOR | | TEMPLE LENGTH | | SUPPLY FRAME | POLY |
|---|---|---|---|---|---|
| York- Brown  6 | | | | FRAME ENCLOSED | PLASTIC |

| SV | ROUND | FT.-25 | FT.-28 | FT.-35 | | |
|---|---|---|---|---|---|---|

SPECIAL INSTRUCTIONS:  Grey # 1+ Solid Tint

INVOICE#_____
P.O.#_____

O.P.I. OPTICAL LAB RESERVES THE RIGHT TO
SUBSTITUTE LIKE FRAMES AND LENSES TO
PROVIDE A FUNCTIONAL HIGH QUALITY, COST
EFFICIENT PRODUCT WITH A MINIMUM TURN
AROUND TIME.

WE THANK YOU FOR YOUR BUSINESS

TOCI

LENSES____ $ 18.00
FRAME ____ $ 13.50
COLOR ____ $ 12.00
CASE ____ $ 1.00
OTHER ____ $ 3.00

TOTAL____ $ 47.50

DR:_____
INSTITUTION:_____
DRC 6302 (REV 2/04)

**Toledo Correctional Institution**                                          8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                         Order Form

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Lawrence Porter-MD | **Service Provider:** | |
| **Auth Provider NPI:** | 1689603995 | | |
| **Signing Provider:** | Lawrence Porter-MD | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ▮, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▮ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| Code | Description | Diagnoses |
|---|---|---|
| 001503 | Vitamin B12 | |

**Order Number:** 1304670-1                     **Quantity:** 1
**Authorization #:**                            **Priority:** N
**Start Date:** 10/22/2020                      **End Date:** 10/22/2020
**Electronically signed by:** Lawrence Porter-MD  **Signed on:** 9/2/2020 10:31:00 AM
**Instructions:**

DRC000451

**Toledo Correctional Institution**                                    8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                   Order Form

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Lawrence Porter-MD | **Service Provider:** | |
| **Auth Provider NPI:** | 1689603995 | | |
| **Signing Provider:** | Lawrence Porter-MD | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ▆▆ 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▆▆▆▆ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| Code | Description | Diagnoses |
|---|---|---|
| SCHMEDALP | Schedule with Advanced Level Provider | |

| | | | |
|---|---|---|---|
| **Order Number:** | 1304670-2 | **Quantity:** | 1 |
| **Authorization #:** | | **Priority:** | N |
| **Start Date:** | 10/29/2020 | **End Date:** | 10/29/2020 |
| **Electronically signed by:** | Lawrence Porter-MD | **Signed on:** | 9/2/2020 10:31:00 AM |
| **Instructions:** | DSC f/u B12 deficiency, and repeat blood level | | |

1 of 1

DRC000452

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          ALP Sick Call - new dx B12 deficiency
Main: 4197267977                                   Date of Service: 9/2/2020

**BRIAN KEITH ALFORD**
Male DOB: ███████, 1957              1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

## Current Vital Signs
**Date/Time Vitals were taken:**   September   2, 2020 9:22 AM
**Previous Height:** 74 (08/30/2020 7:45:30 PM)     **Previous Weight:** 217 (08/30/2020 7:45:30 PM)

**Does weight include shackles?**   Without Shackles
**Current Weight (lbs) with or without shackles:**   215     **Current Height (in.):**   74
   **BMI:** 27.70    **Sitting BP:**  147 / 86
**Temperature:**   98.1    **Temperature site:**   Oral
**Pulse rate:** 66    **Pulse rhythm:**   Regular
**Respirations:**   18   **Respiration Type:**   Unlabored
      **Pulse Ox%**  96    **Room Air:**  Yes

## HPI
**Chief complaint:** Vitamin B12 deficiency
**History of presenting illness:** Levels checked, low, 220, for decreased sensation in feet. Statese that feet feel numb in toes and soles for a long time, and that he can't feel them when in the shower. Pt has no prior hx B12 deficiency, but was txd for iron deficincy remotely. Has no hx   or bowel disease, Has ongoing stomach complaints, recently felt to be GERD, as responded to pepcid. Stomach pain has resolved.
Does have fatigue. No anemia.
**Is there another issue?** No

## Physical Examination
Neurologic

## General
Patient is alert and oriented and in no acute distress
**Obese**    No
**Diaphoretic** No
**Answers questions appropriately.** Yes
**Able to speak in full sentences.** Yes

## Respiratory
**Use of accessory muscles** No
Grossly intact and non focal, no tremors, no gait abnormalities, speech fluent.

## Sensory
**Sensation deficit** Yes
inconsistent decreased soft touch both legs. Normal position sense.

## Integumentary
Skin is without obvious rashes or lesions.

**Toledo Correctional Institution**                                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                   ALP Sick Call - new dx B12 deficiency
Main: 4197267977                                              Date of Service: 9/2/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715


## Assessment

## Plan
**Is this visit related to Pandemic?** No
**Is this patient a COVID-19 POSITIVE patient?** No
Would make a dx of B12 deficiency based on a single lab, in context of symptomatic numbness of feet.
Will begin SC replacement (advised patient and aswered his doubts about injections)
B12 1000 mcg SQ three times a week for two weeks, then weekly x 6. and recheck level in 2 months,
then f/u visit. Advised may or may not help numbness or fatigue.
F/u after level, in 2 months.
**Education Provided:** Test Results, Medication Management
**Was a new Chronic Care Enrollment added this visit?** No

## New Orders
**New Orders:**
Vitamin B12 [001503]
Schedule with Advanced Level Provider [SCHMEDALP]


Signed By: Porter-MD, Lawrence at 9/2/2020 10:32:27 AM

**Toledo Correctional Institution**                                        8/8/2023
2001 East Central Avenue
Toledo, OH 43608                              add DX vitamin B12 deficiency, order F/u DSC
Main: 4197267977                                        Date of Service: 9/1/2020

**BRIAN KEITH ALFORD**
Male DOB: ███████ 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

## Clinical Lists Changes

**Problems:**
Added new problem of B12 deficiency (ICD-266.2) (ICD10-E53.8)
**Orders:**
Added new Test order of Schedule with Advanced Level Provider (SCHMEDALP) - Signed

Signed By: Porter-MD, Lawrence at 9/1/2020 4:21:32 PM

**Toledo Correctional Institution**                                        8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                    Order Form

## TEST FORM

| | | | | |
|---|---|---|---|---|
| **Authorizing Provider:** | Lawrence Porter-MD | **Service Provider:** | | |
| **Auth Provider NPI:** | 1689603995 | | | |
| **Signing Provider:** | Lawrence Porter-MD | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ▮▮▮, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▮▮▮▮ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | **Secondary Ins:** | |
| **Group:** | **Group:** | |
| **Policy:** | **Policy:** | |
| **Insured ID:** | **Insured ID:** | |

| Code | Description | Diagnoses |
|---|---|---|
| SCHMEDALP | Schedule with Advanced Level Provider | B12 DEFICIENCY (ICD-E53.8) |

| | | | |
|---|---|---|---|
| **Order Number:** | 1303012-1 | **Quantity:** 1 | |
| **Authorization #:** | | **Priority:** N | |
| **Start Date:** | 09/02/2020 | **End Date:** 09/02/2020 | |
| **Electronically signed by:** | Lawrence Porter-MD | **Signed on:** 9/1/2020 4:20:41 PM | |
| **Instructions:** | DSC new dx B12 deficiency | | |

1 of 1

**ODRC**                                                                      8/8/2023

,                                                         Vitamin B12 and Folate, TSH
                                                          Date of Service: 8/31/2020

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                    1871377715

```
Patient: BRIAN  ALFORD
ID: 1100 24430504010
Note: All result statuses are Final unless otherwise noted.
Patient Note: PATIENT WAS FASTING
Tests: (1) Vitamin B12 and Folate (000810)
  Vitamin B12        [L]  229 pg/mL                        232-1245
 Folate (Folic Acid), Serum
                     18.0 ng/mL                        >3.0
   A serum folate concentration of less than 3.1 ng/mL is
considered to represent clinical deficiency.

Tests: (2) TSH (004259)
  TSH                    0.967 uIU/mL                 0.450-4.500
Note: An exclamation mark (!) indicates a result that was not
dispersed into the flowsheet.
Document Creation Date: 09/01/2020 6:34 AM
```
_____
```
___
(1) Order result status: Final
Collection or observation date-time: 08/31/2020 07:48
Requested date-time:
Receipt date-time: 08/31/2020 00:00
Reported date-time: 09/01/2020 06:06
Referring Physician:
Ordering Physician: L PORTER-MD (34945441)
Specimen Source:
Source: 1100
Filler Order Number: 24430504010 LAB
Lab site: Performed At:  01, LabCorp Dublin 6370 Wilcox Road  Dublin,
OH 430161269 Vincent Ricchiuti PhD     Phone:  8002827300
(2) Order result status: Final
Collection or observation date-time: 08/31/2020 07:48
Requested date-time:
Receipt date-time: 08/31/2020 00:00
Reported date-time: 09/01/2020 06:06
Referring Physician:
Ordering Physician: L PORTER-MD (34945441)
Specimen Source:
Source: 1100
Filler Order Number: 24430504010 LAB
Lab site: Performed At:  01, LabCorp Dublin 6370 Wilcox Road  Dublin,
OH 430161269 Vincent Ricchiuti PhD     Phone:  8002827300
-----------------
The following results were not dispersed to the flowsheet:
  Vitamin B12, 229 pg/mL, (F)
```

**ODRC**                                                                      8/8/2023

,                                                                Vitamin B12 and Folate, TSH
                                                                   Date of Service: 8/31/2020

**BRIAN KEITH ALFORD**
Male DOB: ███████ 1957                       1871377715

Signed By: Porter-MD, Lawrence at 9/1/2020 4:22:17 PM

2 of 2

**ODRC**                                                              8/8/2023

,                                                 Vitamin B12 and Folate, TSH
                                                   Date of Service: 9/1/2020

**BRIAN KEITH ALFORD**
Male DOB: ███████  1957      1871377715

noted and addressed. Will start B12 replacement after med change visit


Signed By: Porter-MD, Lawrence at 9/1/2020 4:22:17 PM

DRC000459

**ODRC**                                                                                    8/8/2023

,                                                                        AST and Platelets with APRI
                                                                         Date of Service: 8/31/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                        1871377715

```
Patient: BRIAN  ALFORD
ID: 1100 24430503910
Note: All result statuses are Final unless otherwise noted.
Patient Note: PATIENT WAS FASTING
Tests: (1) AST and Platelets with APRI (385375)
   AST (SGOT)        [H]  86 IU/L                    0-40
   Platelets              206 x10E3/uL               150-450
   APRI Index             1.0                        0.0-1.5
      AST to Platelets Ratio Index (APRI)
<0.6 - low risk for significant fibrosis (NPV 86%);
>1.5 - high risk for significant fibrosis (PPV 88%);
>2.0 - high risk for cirrhosis (PPV 93%)(1)
Reference: Wai C-T, et al. A simple Noninvasive Index Can Predict
Both
Significant Fibrosis and Cirrhosis in Patients With Chronic
Hepatitis C. Hepatology 2003;38(2):518-526

Note: An exclamation mark (!) indicates a result that was not
dispersed into the flowsheet.
Document Creation Date: 09/01/2020 3:32 AM
_____
___
(1) Order result status: Final
Collection or observation date-time: 08/31/2020 07:48
Requested date-time:
Receipt date-time: 08/31/2020 00:00
Reported date-time: 09/01/2020 03:06
Referring Physician:
Ordering Physician: M BIGLER-MD (10179930)
Specimen Source:
Source: 1100
Filler Order Number: 24430503910 LAB
Lab site: Performed At:  01, LabCorp Dublin 6370 Wilcox Road  Dublin,
OH 430161269 Vincent Ricchiuti PhD     Phone:  8002827300
-----------------
The following results were not dispersed to the flowsheet:
  Platelets, 206 x10E3/uL, (F)
```

Signed By: Bigler-MD, Mark at 9/1/2020 8:13:03 AM

DRC000460

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          ODRC Nurse Sick Call-chronic allergies
Main: 4197267977                                   Date of Service: 8/30/2020

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                    1871377715

### Encounter Context
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

### Pre-Existing Clinical Summary
**Allergies:**
* Synalgos-DC, * BACTRIM DS.
**Problems**
GERD (gastroesophageal reflux disease), mild (ICD-530.81) (ICD10-K21.9), Glaucoma suspect, left (ICD-365.00) (ICD10-H40.002), Abdominal discomfort (ICD-789.00) (ICD10-R10.9), Ear pain, left (ICD-388.70) (ICD10-H92.02), Ear wax (ICD-380.4) (ICD10-H61.20), Abdominal pain, left lower quadrant (ICD-789.04) (ICD10-R10.32), Abdominal pain, left upper quadrant (ICD-789.02) (ICD10-R10.12), Otalgia, right (ICD-388.70) (ICD10-H92.01), Acute bilateral otitis media (ICD-382.9) (ICD10-H66.93), Viral syndrome (ICD-079.99) (ICD10-B97.89), Seasonal allergies (ICD-477.9) (ICD10-J30.2), IBS (ICD-564.1) (ICD10-K58.9), Lateral epicondylitis, left (ICD-726.32) (ICD10-M77.12), Unspecified viral hepatitis C without hepatic coma  (ICD-070.70) (ICD10-B19.20), Unspecified essential hypertension (ICD-401.9) (ICD10-I10), Other states following surgery of eye and adnexa    (ICD-V45.69) (ICD10-Z98.83), Unspecified infective arthritis, site unspecified    (ICD-711.90) (ICD10-M01.x0), Other cataract (ICD-366.8) (ICD10-H26.8), Spasm of muscle    (ICD-728.85), Cervical spondylosis with myelopathy (ICD-721.1) (ICD10-M47.12), Benign localized hyperplasia of prostate without urinary obstruction and other lower urinary tract symptoms [LUTS]    (ICD-600.20) (ICD10-N40.0), Intervertebral lumbar disc disorder with myelopathy, lumbar region    (ICD-722.73) (ICD10-M51.06), Allergic rhinitis, cause unspecified    (ICD-477.9), Unspecified dermatomycosis    (ICD-111.9) (ICD10-B36.9), Lattice degeneration of peripheral retina    (ICD-362.63) (ICD10-H35.419), Carpal tunnel syndrome    (ICD-354.0) (ICD10-G56.00), Injury to ulnar nerve    (ICD-955.2), Allergic rhinitis due to other allergen    (ICD-477.8), Unspecified subjective visual disturbance    (ICD-368.10) (ICD10-H53.10), Routine general medical examination at health care facility    (ICD-V70.0).
**Orders**
Schedule Chronic Care Visit F/U [SCHCCCFU], APRI Panel with Calculations [385375], Schedule with Optometry [SCHOPT], Schedule Chronic Care Visit F/U [SCHCCCFU], Schedule with Advanced Level Provider [SCHMEDALP], TSH [004259], Vitamin B12 and Folate [000810].

### Nurse Sick Call
**Is this sick call for a dental complaint?** No
**Type of Sick Call:**     Illness
**Referral Source:**   Health Service Request
**Sick Call Request Type:**   Symptom Based Sick Call Request

### Subjective

### Subjective
**Patient's subjective statement:** pt states he has chronic allergies and usually takes zyrtec but the commissary has been out. states the same as usual runny nose sneezing. states all he wants in some more allergy pills

### Significant Medical History

**Toledo Correctional Institution**                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    ODRC Nurse Sick Call-chronic allergies
Main: 4197267977                            Date of Service: 8/30/2020

**BRIAN KEITH ALFORD**
Male DOB: ███████, 1957              1871377715

**Other Nursing Diagnosis:** alteration in comfort r/t allergies

**Objective Findings**

**Head, Eyes, ENT**
**Vision Disturbance:**   No
**Hearing Difficulty:**   No
**Difficulty Swallowing:**   No
**Bleeding Gums:**   No
**Other HEENT** throat clear. no swelling redness. slight nasal swelling

**Neuro / Musculoskeletal**
**Conscious:**   Yes
**Oriented x 3:**   Yes
**Pupils, PERLA:**   Yes
**Weakness of Extremities:**   No

**Peripheral Circulation**
**Cyanosis:**   No
**Mottling:**   No
**Tingling in Hands:**   No
**Tingling in Feet:**   No

**Genital / Urinary**
**Urination Frequency:**   No
**Incontinence:**   No
**Difficulty Urinating:**   No
**Urinary Catheter:**   No

**Skin**
**Color:**   Normal
**Temp:**   Dry, Cool
**Turgor:**   Normal
**Bruises:**   No

**Cardiovascular**
**Rhythm** Regular
**Hear Sounds:**   Normal
**Edema:**   No
**Pitting:**   No

**Respiratory**
**Lung Sounds** Normal
**Cough:**   No

**Toledo Correctional Institution**                                     8/8/2023
2001 East Central Avenue
Toledo, OH 43608                            ODRC Nurse Sick Call-chronic allergies
Main: 4197267977                                     Date of Service: 8/30/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                         1871377715


**Gastrointestinal**
**Appetite:**   Good
**Vomiting:**   No
**Nausea:**   No
**Bowel Movements:**   Regular
**Bowel Sounds:**   Normal
**Abdomen:**   Soft

**Plan**
**Other Nursing Interventions:** pt given 7 packs of zyrtec and 7 packs of chlorphen.
**Patient Education Provided:**    Hand Hygiene, Increase fluids
**Other patient education:** educated when allergy pills become available to get from commissary

**Disposition**
Return to clinic if no improvement
No restrictions on activity
Released to general population


**Current Vital Signs**
**Date/Time Vitals were taken:**   August 30, 2020 7:49 PM
**Previous Height:** 74 (08/27/2020 7:36:04 AM)     **Previous Weight:** 218 (08/27/2020 7:36:04 AM)

**Does weight include shackles?**   Without Shackles
**Current Weight (lbs) with or without shackles:**   217     **Current Height (in.):**   74
    **BMI:** 27.96     **Sitting BP:**   128 / 86
**Temperature:**   97.6
**Pulse rate:** 74        **Pulse rhythm:**   Regular
**Respirations:**   16   **Respiration Type:**   Unlabored
    **Pulse Ox%**   99   **Room Air:**   Yes
**Skin Turgor:**   normal
**Capillary Refill:** < 3sec


Signed By: Hayes-RN, Amanda at 8/30/2020 7:50:03 PM

DRC000463

**Toledo Correctional Institution**                                        8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                             HSR NSC
Main: 4197267977                                        Date of Service: 8/30/2020

**BRIAN KEITH ALFORD**
Male DOB: ██████, 1957                        1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

**Clinical Lists Changes**

**Orders:**
Added new Test order of Schedule for Nurse Sick Call (SCHNSC) - Signed


Signed By: Hayes-RN, Amanda at 8/30/2020 7:45:24 PM

1 of 1
DRC000464

**Toledo Correctional Institution**                                    8/8/2023
**2001 East Central Avenue**
**Toledo**, **OH 43608**                                                Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Amanda Hayes-RN | **Service Provider:** ODRC |
| **Auth Provider NPI:** | |
| **Signing Provider:** Amanda Hayes-RN | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| Patient Name: | BRIAN KEITH ALFORD | DOB: | ▮▮▮, 1957 | Age: | 66 |
|---|---|---|---|---|---|
| Home Phone: | | Sex: | Male | SSN: | ▮▮▮ |
| Work Phone: | | Cell Phone: | | Patient ID: | 1871377715 |
| Resp. Provider: | | | | | |

| Primary Ins: | Secondary Ins: |
|---|---|
| Group: | Group: |
| Policy: | Policy: |
| Insured ID: | Insured ID: |

**Code**          **Description**                        **Diagnoses**
SCHNSC          Schedule for Nurse Sick Call
**Order Number:**   1296559-1                           **Quantity:** 1
**Authorization #:**                                    **Priority:** N
**Start Date:**     08/30/2020                          **End Date:** 08/30/2020
**Electronically signed by:** Amanda Hayes-RN           **Signed on:** 8/30/2020 7:45:21 PM
**Instructions:**   chronic allergies

1 of 1

DRC000465

**Toledo Correctional Institution**                                  8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                     ALP Sick Call -
Main: 4197267977                                 Date of Service: 8/27/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                        1871377715

 RE: pt statement of prior finding of circulation problems in feet,
chart is reviewed and no documenntion found to suggest any vascular
disease.


Signed By: Porter-MD, Lawrence at 8/27/2020 2:10:20 PM

1 of 1

**Toledo Correctional Institution**                                          8/8/2023
**2001 East Central Avenue**
**Toledo**, OH 43608                                                         Order Form

<table>
<tr><td colspan="4" align="center"><h2>TEST FORM</h2></td></tr>
<tr><td><strong>Authorizing Provider:</strong></td><td>Lawrence Porter-MD</td><td><strong>Service Provider:</strong></td><td></td></tr>
<tr><td><strong>Auth Provider NPI:</strong></td><td>1689603995</td><td></td><td></td></tr>
<tr><td><strong>Signing Provider:</strong></td><td>Lawrence Porter-MD</td><td></td><td></td></tr>
<tr><td><strong>Phone:</strong></td><td></td><td><strong>Phone:</strong></td><td></td></tr>
<tr><td><strong>Fax:</strong></td><td></td><td><strong>Fax:</strong></td><td></td></tr>
</table>

| Patient Name: | BRIAN KEITH ALFORD | DOB: | ███, 1957 | Age: | 66 |
| Home Phone: | | Sex: | Male | SSN: | ██████ |
| Work Phone: | | Cell Phone: | | Patient ID: | 1871377715 |
| Resp. Provider: | | | | | |

| Primary Ins: | | Secondary Ins: | |
| Group: | | Group: | |
| Policy: | | Policy: | |
| Insured ID: | | Insured ID: | |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| NSG110 | NSG- Enroll in Chronic Care | GERD (GASTROESOPHAGEAL REFLUX DISEASE), MILD (ICD-K21.9) |

**Order Number:** 1290295-1                          **Quantity:** 1
**Authorization #:**                                 **Priority:** N
**Start Date:** 08/27/2020                           **End Date:** 08/27/2020
**Electronically signed by:** Lawrence Porter-MD      **Signed on:** 8/27/2020 9:27:08 AM
**Instructions:** inroll CCC GERD

1 of 1

DRC000467

**Toledo Correctional Institution**                                           8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                          Order Form

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Lawrence Porter-MD | **Service Provider:** | |
| **Auth Provider NPI:** | 1689603995 | | |
| **Signing Provider:** | Lawrence Porter-MD | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ████, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| 004259 | TSH | |

**Order Number:** 1290295-4          **Quantity:** 1
**Authorization #:**                  **Priority:** N
**Start Date:**        08/27/2020     **End Date:** 08/27/2020
**Electronically signed by:** Lawrence Porter-MD    **Signed on:** 8/27/2020 9:27:15 AM
**Instructions:**

1 of 1

DRC000468

**Toledo Correctional Institution**                                         8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                        Order Form

## TEST FORM

| | | | | |
|---|---|---|---|---|
| **Authorizing Provider:** | Lawrence Porter-MD | **Service Provider:** | | |
| **Auth Provider NPI:** | 1689603995 | | | |
| **Signing Provider:** | Lawrence Porter-MD | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███ , 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ██████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | | **Secondary Ins:** |
| **Group:** | | **Group:** |
| **Policy:** | | **Policy:** |
| **Insured ID:** | | **Insured ID:** |

| Code | Description | Diagnoses |
|---|---|---|
| 000810 | Vitamin B12 and Folate | |

**Order Number:** 1290295-7                        **Quantity:** 1
**Authorization #:**                                **Priority:** N
**Start Date:**  08/27/2020                          **End Date:** 08/27/2020
**Electronically signed by:** Lawrence Porter-MD    **Signed on:** 8/27/2020 9:27:15 AM
**Instructions:**

1 of 1

**Toledo Correctional Institution**                                                   8/8/2023
**2001 East Central Avenue**
**Toledo**, OH 43608                                                                  Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Lawrence Porter-MD<br>**Auth Provider NPI:** 1689603995<br>**Signing Provider:** Lawrence Porter-MD<br>**Phone:**<br>**Fax:** | **Service Provider:**<br><br><br>**Phone:**<br>**Fax:** |

| | | | |
|---|---|---|---|
| **Patient Name:** BRIAN KEITH ALFORD | **DOB:** ████, 1957 | **Age:** | 66 |
| **Home Phone:** | **Sex:** Male | **SSN:** | ██████ |
| **Work Phone:** | **Cell Phone:** | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | |

| **Primary Ins:** | **Secondary Ins:** |
|---|---|
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| Code | Description | Diagnoses |
|---|---|---|
| SCHCCCFU | Schedule Chronic Care Visit F/U | GERD (GASTROESOPHAGEAL REFLUX DISEASE), MILD (ICD-K21.9) |

**Order Number:** 1290295-2                              **Quantity:** 1
**Authorization #:**                                      **Priority:** N
**Start Date:** 10/08/2020                                **End Date:**
**Electronically signed by:** Lawrence Porter-MD          **Signed on:** 8/27/2020 9:27:15 AM
**Instructions:** Provider, due date, reason

DRC000470

**Toledo Correctional Institution**                                        8/8/2023
**2001 East Central Avenue**
**Toledo**, **OH 43608**                                                    Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Lawrence Porter-MD | **Service Provider:** |
| **Auth Provider NPI:** 1689603995 | |
| **Signing Provider:** Lawrence Porter-MD | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| Patient Name: | BRIAN KEITH ALFORD | DOB: | ███ 1957 | Age: | 66 |
|---|---|---|---|---|---|
| Home Phone: | | Sex: | Male | SSN: | ███ |
| Work Phone: | | Cell Phone: | | Patient ID: | 1871377715 |
| Resp. Provider: | | | | | |

| Primary Ins: | Secondary Ins: |
|---|---|
| Group: | Group: |
| Policy: | Policy: |
| Insured ID: | Insured ID: |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| SCHMEDALP | Schedule with Advanced Level Provider | |

**Order Number:** 1290295-3                          **Quantity:** 1
**Authorization #:**                                  **Priority:** N
**Start Date:**          10/15/2020                   **End Date:** 10/15/2020
**Electronically signed by:** Lawrence Porter-MD       **Signed on:** 8/27/2020 9:27:15 AM
**Instructions:**        DSC 2 months numb toes, labwork, request new boots,  bring boots and insoles.

1 of 1

**Toledo Correctional Institution**                                        8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          ALP Sick Call - f/u LUQ pain. Advised to bring boots
Main: 4197267977                                        Date of Service: 8/27/2020

**BRIAN KEITH ALFORD**
Male DOB: ███ 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

**Current Vital Signs**
**Date/Time Vitals were taken:**  August 27, 2020 8:40 AM
**Previous Height:** 74 (07/12/2020 7:14:05 PM)     **Previous Weight:** 221 (08/15/2020 8:30:09 AM)

**Does weight include shackles?**  Without Shackles
**Current Weight (lbs) with or without shackles:**  218     **Current Height (in.):**   74
  **BMI:** 28.09    **Sitting BP:**  133 / 86
**Temperature:**  97.9     **Temperature site:**  Oral
**Pulse rate:** 71     **Pulse rhythm:**  Regular
**Respirations:**  16    **Respiration Type:**   Unlabored
    **Pulse Ox%**  98    **Room Air:**  Yes

**HPI**
**Chief complaint:** LUQ abd pain, and requests new boots
**History of presenting illness:** Seen last month for these complaints. LUQ pain is better, less sharp, less frequent since taking RX Pepcid 20 mg daily.
Boots request, he states his 12 EE boots are worn out, 2 years old, and he needs size EEE. He brings his boots which show bilat minor heel lateral wear. He did not bring the insole which he states are worn out, states he washed them and left in cell. Admits nubmbness in toes as told to him on last exam, and aos left arm due to nerve injury. States he has diagnosis of circulatory probs in feet for 16 years (not listed on problem list). Vascular risk includes HTN.
**Is there another issue?** No

**Physical Examination**
Neurologic

**General**
Patient is alert and oriented and in no acute distress
**Obese**    No
**Diaphoretic** No
**Answers questions appropriately.** Yes
**Able to speak in full sentences.** Yes

**Respiratory**
**Use of accessory muscles** No

**Head**
**Normocephalic**    Yes

**Extremeties**
**Edema** No
**Dorsalis Pedis Pulses - Left** Palpable

DRC000472

**Toledo Correctional Institution**                            8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    ALP Sick Call - f/u LUQ pain. Advised to bring boots
Main: 4197267977                             Date of Service: 8/27/2020

**BRIAN KEITH ALFORD**
Male DOB: ███ 1957                    1871377715

**Dorsalis Pedis Pulses - Right** Palpable
bilat hair loss on toes

## Diabetic Foot Exam
**Toe deformity** No
**Cracking** No
**Hypertrophic toenail(s)** No
**Monofilament Deficit** Yes
**Comment:** absent in all areas of test excep 3rd toes bilat
bilat minor callus, mostly on balls of feet.
Grossly intact and non focal, no tremors, no gait abnormalities, speech fluent.

## Reflexes
**Biceps** Normal
**Patellar** Hyperreflexia
**Achilles** Normal

## Mental Status
Alert, oriented, answers questions appropriately

## Eyes
Full extraocular motion, sclera clear, not icteric, pupils equal and round

*External Ears:*
No obvious deformities

## Integumentary
Skin is without obvious rashes or lesions.

## Assessment
**Assessment(s):**
GERD (gastroesophageal reflux disease), mild (ICD-530.81) (ICD10-K21.9)

## Plan
**Is this visit related to Pandemic?** No
**Is this patient a COVID-19 POSITIVE patient?** No
LUQ pain, without alarm features, likely GERD, responding to Pepcid, would continue Pepcid. He may
purchase at commissary.
Numbness in toes, may have a periph neuropathy, cause not clear, will check B12 folate, TSH. Will
consider attempt better HTN control although     130/80 s now.
Boot request: boot outside wear is not excessive. Advise pt to bring the entire boot, including insoles. f/u 2
months DSC numb toes. Enroll CCC GERD, fair control, F/u 60 days.

**Was a new Chronic Care Enrollment added this visit?** Yes

## New Orders
**New Orders:**

**Toledo Correctional Institution**                                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                              ALP Sick Call - f/u LUQ pain. Advised to bring boots
Main: 4197267977                                       Date of Service: 8/27/2020

**BRIAN KEITH ALFORD**
Male DOB: ███████, 1957              1871377715

NSG- Enroll in Chronic Care [NSG110]
Schedule Chronic Care Visit F/U [SCHCCCFU]
Schedule with Advanced Level Provider [SCHMEDALP]
TSH [004259]
Vitamin B12 and Folate [000810]


**Degree of Control**
Cardiac/HTN
Liver
Cardiac / HTN
Liver


Signed By: Porter-MD, Lawrence at 8/27/2020 9:29:25 AM

DRC000474

**Toledo Correctional Institution**                      8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                              MED HSR
Main: 4197267977                          Date of Service: 8/17/2020

**BRIAN KEITH ALFORD**
Male DOB: ███████, 1957      1871377715

**MED HSR**


*Imported By: Susan Rogers-HIT 8/17/2020 1:39:58 PM*

_____


External Attachment:

  Type:     Image
  Comment:  External Document



Signed By: Centricity, Document Manag at 8/17/2020 1:40:30 PM

DRC000475

# Health Services Request
Petición Para Servicios de Salud

| For Medical Use Only / Para Uso Medico Solamente |
|---|
| Reviewed by: _(signature)_ |
| Date Received: 8/5/2020    Time Received: 6p   a.m./p.m. |

Date Of Request:
Fecha: **8-4-20**

Inmate Name:
Nombre: **ALFORD**

Number:
Numero: **A196-744**

Housing Unit:
Unidad: **A1-W14**

Request for:
- [ ] Medical Care / Atención Medica
- [ ] Dental Care / Atención Dental
- [ ] Medication Reorder / Reordenar Medicación
- [x] Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema:

RX# 8995879  A196744  0394
ALFORD, BRIAN  07/13/2020
AMLODIPINE BESYLATE 10MG TAB
Refills: 2  QTY: 30

RX# 8995878  A196744  0394
ALFORD, BRIAN  07/13/202
ASPIRIN E.C. 81MG TBEC
Refills: 2  QTY: 30

RX# 8995880  A196744  0394
ALFORD, BRIAN  07/13/2020
HYDROCHLOROTHIAZIDE 25MG TA
Refills: 2  QTY: 30

RX# 8995881  A196744  0394
ALFORD, BRIAN  07/13/2020
POTASSIUM CHLORIDE ER 10MEQ
Refills: 2  QTY: 30

RX# 8995877  A196744  0394
ALFORD, BRIAN  07/13/2020
CARVEDILOL 12.5MG TABS
Refills: 2  QTY: 30

RX # 9036744  A196744  0394
ALFORD, BRIAN  7/13/2020
MINERAL OIL/WHITE PETROLATUM 20%/E
QTY: 3.5
Refills: 6

RX # 9036743  A196744  0394
ALFORD, BRIAN  7/13/2020
LATANOPROST 0.005% EYE SOLN
QTY: 2.5
Refills: 4

CAN'T fill 8/14

RX# 8995877  A196744  0394
ALFORD, BRIAN  07/13/2020
CARVEDILOL 12.5MG TABS
Refills: 2  QTY: 30

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

filled on 8/14/2020

DRC 5373 (Rev. 08/07)

DRC000476

**Toledo Correctional Institution**                         8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    Imported By: Susan Rogers-HIT 8/17/2020 10:
Main: 4197267977                       Date of Service: 8/17/2020

**BRIAN KEITH ALFORD**
Male DOB: ████████ , 1957     1871377715


*Imported By: Susan Rogers-HIT 8/17/2020 10:58:47 AM*

_____

External Attachment:

  Type:      Image
  Comment:   External Document



Signed By: Centricity, Document Manag at 8/17/2020 10:59:00 AM

DRC000477

Date Rec'd:_____ Date Shipped:_____

**OHIO REFORMATORY FOR WOMEN**
**OPTICAL LAB**
1479 Collins Avenue
Marysville, Ohio 43040     Date: 3-12-2020

N° 165479

Patients Name:

Brian Alford     A196-744

| | SPHERE | CYLINDER | AXIS | DEC. | PRISM | BASE |
|---|---|---|---|---|---|---|
| R | +0.75 | -0.75 | 170 | | | |
| L | -0.75 | -1.00 | .004 | | | |

| | | SEG.HGT | SEG.INSET | TOTAL | PD.FAR | PD.NEAR | EYE | BRIDGE |
|---|---|---|---|---|---|---|---|---|
| A D | | | | | R 69 | R | 50 | 23 |
| D | | | | | PD.FAR L | PD.NEAR L | VERT | ED |

| FRAME-NAME & COLOR | TEMPLE LENGTH | SUPPLY FRAME | POLY |
|---|---|---|---|
| York Brown  6 | | FRAME ENCLOSED | PLASTIC |

| SV | ROUND | FT.-25 | FT.-28 | FT.-35 | | |
|---|---|---|---|---|---|---|

SPECIAL INSTRUCTIONS:
Grey # 1st Solid Tint

INVOICE#_____
P.O.#_____

O.P.I. OPTICAL LAB RESERVES THE RIGHT TO
SUBSTITUTE LIKE FRAMES AND LENSES TO
PROVIDE A FUNCTIONAL HIGH QUALITY, COST
EFFICIENT PRODUCT WITH A MINIMUM TURN
AROUND TIME.

WE THANK YOU FOR YOUR BUSINESS

TOCI

LENSES____$_____
FRAME ____$_____
COLOR ____$_____
CASE ____$_____
OTHER ____$_____

TOTAL ____$_____

DR:_____
INSTITUTION:_____
DRC 6302 (REV 2/04)

DRC000478

## Toledo Correctional Institution
2001 East Central Avenue
Toledo, OH 43608
Main: 4197267977

8/8/2023

ODRC Nurse Sick Call- chronic allergies and back pain
Date of Service: 8/15/2020

### BRIAN KEITH ALFORD
Male DOB: ███, 1957          1871377715

### Encounter Context
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

## Pre-Existing Clinical Summary
**Allergies:**
* Synalgos-DC, * BACTRIM DS.
**Problems**
Glaucoma suspect, left (ICD-365.00) (ICD10-H40.002), Abdominal discomfort (ICD-789.00)
(ICD10-R10.9), Ear pain, left (ICD-388.70) (ICD10-H92.02), Ear wax (ICD-380.4) (ICD10-H61.20),
Abdominal pain, left lower quadrant (ICD-789.04) (ICD10-R10.32), Abdominal pain, left upper quadrant
(ICD-789.02) (ICD10-R10.12), Otalgia, right (ICD-388.70) (ICD10-H92.01), Acute bilateral otitis media
(ICD-382.9) (ICD10-H66.93), Viral syndrome (ICD-079.99) (ICD10-B97.89), Seasonal allergies
(ICD-477.9) (ICD10-J30.2), IBS (ICD-564.1) (ICD10-K58.9), Lateral epicondylitis, left (ICD-726.32)
(ICD10-M77.12), Unspecified viral hepatitis C without hepatic coma  (ICD-070.70) (ICD10-B19.20),
Unspecified essential hypertension (ICD-401.9) (ICD10-I10), Other states following surgery of eye and
adnexa   (ICD-V45.69) (ICD10-Z98.83), Unspecified infective arthritis, site unspecified   (ICD-711.90)
(ICD10-M01.x0), Other cataract  (ICD-366.8) (ICD10-H26.8), Spasm of muscle   (ICD-728.85), Cervical
spondylosis with myelopathy   (ICD-721.1) (ICD10-M47.12), Benign localized hyperplasia of prostate
without urinary obstruction and other lower urinary tract symptoms [LUTS]   (ICD-600.20) (ICD10-N40.0),
Intervertebral lumbar disc disorder with myelopathy, lumbar region   (ICD-722.73) (ICD10-M51.06),
Allergic rhinitis, cause unspecified   (ICD-477.9), Unspecified dermatomyosis   (ICD-111.9)
(ICD10-B36.9), Lattice degeneration of peripheral retina   (ICD-362.63) (ICD10-H35.419), Carpal tunnel
syndrome   (ICD-354.0) (ICD10-G56.00), Injury to ulnar nerve   (ICD-955.2), Allergic rhinitis due to other
allergen   (ICD-477.8), Unspecified subjective visual disturbance   (ICD-368.10) (ICD10-H53.10),
Routine general medical examination at health care facility   (ICD-V70.0).
**Orders**
Schedule Chronic Care Visit F/U [SCHCCCFU], APRI Panel with Calculations [385375], Schedule with
Advanced Level Provider [SCHMEDALP], Schedule with Optometry [SCHOPT], Schedule for Nurse Sick
Call [SCHNSC].

## Nurse Sick Call
**Is this sick call for a dental complaint?** No
**Type of Sick Call:**      Illness
**Referral Source:**   Health Service Request
**Sick Call Request Type:**   Symptom Based Sick Call Request

## Subjective

### Subjective
**Patient's subjective statement:** Pt states that his allergies are actibg up same as always but that
commisary is out of allergy meds when he attempted to purchase it.    Pt states that also his lower back
has been sore especially after workingin rec

### Significant Medical History
**Nursing Diagnosis:** Alteration in comfort related to acute pain, Potential for infection R/ T retained

**Toledo Correctional Institution**                                 8/8/2023
2001 East Central Avenue
Toledo, OH 43608                      ODRC Nurse Sick Call- chronic allergies and back pain
Main: 4197267977                                      Date of Service: 8/15/2020

**BRIAN KEITH ALFORD**
Male DOB: ██████, 1957              1871377715

secretions

## Objective Findings

### Head, Eyes, ENT
**Vision Disturbance:**  No
**Hearing Difficulty:**  No
**Difficulty Swallowing:**  No
**Bleeding Gums:**  No
**Other HEENT** confgestion,, no post nasla drip, and ear pressure but no inflamation noted to the tympanic membrane

### Neuro / Musculoskeletal
**Conscious:**  Yes
**Oriented x 3:**  Yes
**Pupils, PERLA:**  Yes
**Weakness of Extremities:**  No
**Other Musculoskeletal:** lower back discomfort

### Plan
**Other Nursing Interventions:** Pt provided 1 tube    of analgesic rub, 10 tabs of Claritin, Clorephen 10 tabs and,Naproxen 10 tabs to take as advised on packaging.    Pt to purchase the medication from commisary when available
**Patient Education Provided:**      Hand Hygiene, Cough etiquette, Increase fluids, Smoking cessation, Medication side effects

### Disposition
Return to clinic if no improvement
No restrictions on activity
Released to general population

### Current Vital Signs
**Date/Time Vitals were taken:**  August 15, 2020 8:35 AM
**Previous Height:** 74 (07/12/2020 7:14:05 PM)    **Previous Weight:** 220 (08/06/2020 7:03:25 AM)

**Does weight include shackles?**   Without Shackles
**Current Weight (lbs) with or without shackles:**   221    **BMI:** 28.48    **Sitting BP:**   138 / 87
**Temperature:**  96.2    **Temperature site:**  Temporal
**Pulse rate:** 72      **Pulse rhythm:**  Regular
**Respirations:**  16   **Respiration Type:**   Unlabored
   **Pulse Ox%**  97    **Room Air:**  Yes

DRC000480

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          ODRC Nurse Sick Call- chronic allergies and back pain
Main: 4197267977                                      Date of Service: 8/15/2020

**BRIAN KEITH ALFORD**
Male DOB: ▮▮▮▮, 1957                    1871377715


Signed By: Showman-RN, Amber at 8/15/2020 8:35:57 AM

DRC000481

**Toledo Correctional Institution**                                        8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                      NSC- allergies and back pain
Main: 4197267977                                        Date of Service: 8/15/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                          1871377715

## Encounter Context
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

## Clinical Lists Changes

**Orders:**
Added new Test order of Schedule for Nurse Sick Call (SCHNSC) - Signed

Signed By: Showman-RN, Amber at 8/15/2020 5:38:49 AM

**Toledo Correctional Institution**                                                8/8/2023
**2001 East Central Avenue**
**Toledo**, **OH 43608**                                                          Order Form

| TEST FORM | | | |
|---|---|---|---|
| **Authorizing Provider:** | Amber Showman-RN | **Service Provider:** | ODRC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Amber Showman-RN | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ████, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| **Primary Ins:** | **Secondary Ins:** |
|---|---|
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| SCHNSC | Schedule for Nurse Sick Call | |
| **Order Number:** | 1260434-1 | **Quantity:** 1 |
| **Authorization #:** | | **Priority:** N |
| **Start Date:** | 08/15/2020 | **End Date:** 08/15/2020 |
| **Electronically signed by:** | Amber Showman-RN | **Signed on:** 8/15/2020 5:38:31 AM |
| **Instructions:** | allergies and back pain | |

1 of 1

**Toledo Correctional Institution**                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                  Imported By: Susan Rogers-HIT 8/12/2020 11:
Main: 4197267977                      Date of Service: 8/12/2020

**BRIAN KEITH ALFORD**
Male DOB: ███████, 1957      1871377715


*Imported By: Susan Rogers-HIT 8/12/2020 11:14:51 AM*

_____

External Attachment:

  Type:      Image
  Comment:   External Document



Signed By: Centricity, Document Manag at 8/12/2020 11:15:00 AM

1 of 1

**DRC000484**

29/2020 1:07 PM        -> RQ 31519  Exam Order AutoFax  ATTN: EMR        Page  1 of 1

# *Radiology Exam Order Form*

 **TridentCare** IMAGING™

**MIDWEST REGION**
6185 Huntley Road Suite Q
Columbus, OH 43229
(800) 932-2222

| | | | |
|---|---|---|---|
| **ClaimID** | **33024325** | Normal | **Facility TOLEDO CORRECTIONAL** |
| **Request Date** 07/30/2020 | | | 2001 E CENTRAL AVE |
| **Patient** | **ALFORD, BRIAN** | | TOLEDO, OH 43608 |
| **PatientID** | 8639882 | | (419) 726-7977 |
| **DOB** | 957 Gender: M | | FacilityID: 31519 |
| **Rm/Unit** | | | **Ordered by: BABB, CANDY CNP** |
| **INMATE NUMBER** | A196744 | | *NPI 1417950718* |

| Examination | Laterality | Procedure Code | Procedure Desc | ICD Code | ICDDesc |
|---|---|---|---|---|---|
| ABDOMEN | | 74019 | XRAY ABDOMEN 2 VIEWS | R10.9 | UNSPECIFIED ABDOMINAL PAIN |

**Please provide a copy of the phone order or the signed ordering physician/practitioner order and attach a patient face sheet.**

By signing this form, I acknowledge that I have ordered this test, and confirm that the information above is accurate and corrected based on my evaluation of this patient.

**Ordering Physician / Practitioner Signature** _____  **Date:** _____

I certify that the Physician/Practitioner order and medical necessity for the exam ordered above is documented in the patient's medical chart

**Nurses Signature** _____  **Date:** _____

I certify that the information given by me in applying under the title XVII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to CMS or its intermediaries or carriers any information needed for this or a Medicare Claim. I request that payment of authorized benefits be made on my behalf. I permit a copy of this authorization to be used in place of the original and assigned benefits payable for covered Medicare services to the organization or any physician furnishing these services.

**Patient Signature** _____  **Date:** _____  **Patient Unable to Sign**

### Technologist Use Only

| Tech | RadCode | Time Exam Completed | Date of Service | # of Views | # of Pats |
|---|---|---|---|---|---|
| | | | | | |

| Comments: |
|---|
| |

CONFIDENTIALITY NOTICE: This report (including any accompanying files or documents) is intended for the use of TridentUSA or the intended recipient, and may contain information that is privileged or otherwise confidential. If you are not the intended recipient, or person responsible for delivering this report to the intend recipient, be advised that any review, dissemination, distribution, printing or copying of this report (including any accompanying files or documents) is strictly prohibited. If you received this report in error, please immediately notify the TridentUSA Privacy Office toll free at 866.686.1717, and providing your name, telephone number and the date and destroy this report (including any accompanying files or documents).

DRC000485

**Belmont Correctional Institution**                                        8/8/2023
68518 Bannock Road, S.R. 331
Saint Clairsville, OH 43950                                                 Order Form

## TEST FORM

| | | | | |
|---|---|---|---|---|
| **Authorizing Provider:** | Thomas Shoemaker-OD | **Service Provider:** | | |
| **Auth Provider NPI:** | 1346318235 | | | |
| **Signing Provider:** | Thomas Shoemaker-OD | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ████, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | **Secondary Ins:** | |
| **Group:** | **Group:** | |
| **Policy:** | **Policy:** | |
| **Insured ID:** | **Insured ID:** | |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| SCHOPT | Schedule with Optometry | GLAUCOMA SUSPECT, LEFT (ICD-H40.002) |
| **Order Number:** | 1252395-1 | **Quantity:** 1 |
| **Authorization #:** | | **Priority:** N |
| **Start Date:** | 04/28/2021 | **End Date:** |
| **Electronically signed by:** | Thomas Shoemaker-OD | **Signed on:** 8/12/2020 12:05:33 PM |

**Instructions:** pt takes Latanoprost qPM OS.  history of cataracts surgery OS around May 2015 and then YAG.  Pt  had corneal ulcer and RD OS both in 2014???  (Dec 2019 Note:  grade 3 central SPK with keel-shaped scar that is more faint than I recall. (surprised patient could read 20/40- given level of SPK).

DRC000486

**Belmont Correctional Institution**                                  8/8/2023
68518 Bannock Road, S.R. 331
Saint Clairsville, OH 43950                          Optometry Comprehensive Exam
Main: 7406955169                                      Date of Service: 8/12/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

## Optometry - Ophthalmology Exam

### HPI:

Lost/Broken Glasses
**PO Hx:** pt takes Latanoprost qPM OS.   history of cataracts surgery OS around May 2015 and then YAG. Pt   had corneal ulcer and RD OS both in 2014???   (Dec 2019 Note:   grade 3 central SPK with keel-shaped scar that is more faint than I recall. (surprised patient could read 20/40- given level of SPK). pt states that prefers older glasses (from 2017) over the new ones (from Nov 2017) because states that while both are blurry from Left eye, that he notices adjustment/blur upon remove of the newer ones and doesn't experience that from the older glasses
**GAT:**  15 OU
**Diagnostic Drops:**   Fluress/equivalent

### Refraction:
**MR OD:**   +0.75-0.75x170
**OD Acuity:**   20/20
**MR OS:**   -0.75-1.00x004
**OS Acuity:**   20/40- +
TAG tonopen values are in mmHg

### External

**OD (Right Eye)**
**Cornea:**   nl; Normal
**Cornea & Conjuctiva:**   nl; Normal
**Blood Vessels of Conjuctiva:**   nl; Normal
**Conjuctiva:**   nl; Normal
**Anterior Chamber (AC):**   DQ (Deep and Quiet) aka Normal
**Angles:**   X
**Iris:**   nl; Normal
**Lens:**   nl; Normal

**OS (Left Eye)**
**Eyelids:**   nl; Normal
**Cornea:**   nl; Normal
        **Comments:**   grade 1 diffuse SPK.... faing keel shaped scar consistent with past.
**Cornea & Conjuctiva:**   nl; Normal
**Blood Vessels of Conjuctiva:**   nl; Normal
**Conjuctiva:**   nl; Normal
**Anterior Chamber (AC):**   DQ (Deep and Quiet) aka Normal
**Angles:**   X
**Iris:**   nl; Normal
**Lens:**   nl; Normal
        **Comments:**   pseudophake

**Belmont Correctional Institution**                                                      8/8/2023

68518 Bannock Road, S.R. 331
Saint Clairsville, OH 43950                                    Optometry Comprehensive Exam
Main: 7406955169                                                   Date of Service: 8/12/2020

**BRIAN KEITH ALFORD**
Male DOB: ████ 1957                              1871377715

**Internal**

**OD (Right Eye)**
**Macula:**   nl; Normal
**Retina:**   nl; Normal
**Retina:**   nl; Normal
**Vessel:**   nl; Normal
**Vitreous:**   nl; Normal
**Periphery:**   nl; Normal
nl; Normal
**Optic Discs:**   nl; Normal
     **C/D Findings:**   0.65

**OS (Left Eye)**
**Macula:**   nl; Normal
**Retina:**   nl; Normal
**Retina:**   nl; Normal
**Vessel:**   nl; Normal
**Vitreous:**   nl; Normal
**Periphery:**   nl; Normal
     **Comments:**   periph scarring
nl; Normal
**Optic Discs:**   nl; Normal
     **C/D Findings:**   0.60

**Assessment**
Refractive Error
**Glaucoma:**   with Controlled IOP

**Plan**
**Orders Added/Modified**
Added new Test order of Schedule with Optometry (SCHOPT) - Signed
**Comments:**   pt wanting new glasses ordered.   yank brown frame. 50-23.6. grey #1+ solid tint.   69 pd.
pt CHOSE DVO.    renew Latanoprost qPM OU.   IOP check in 6 months - order placed. (PT already in
June 2020 had drops renewed for 7 months).


**Optical Services Physician Orders**
.

**Right Eye**

**Left Eye**
**Pupillary Distance or Decentration**
**Near PD**

**Decentration**

**Belmont Correctional Institution**                                    8/8/2023
68518 Bannock Road, S.R. 331
Saint Clairsville, OH 43950                          Optometry Comprehensive Exam
Main: 7406955169                                        Date of Service: 8/12/2020

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                    1871377715

**Add Ons**


Signed By: Shoemaker-OD, Thomas at 8/12/2020 12:05:36 PM

**Toledo Correctional Institution**                                            8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                          Order Form

## TEST FORM

| | | | | |
|---|---|---|---|---|
| **Authorizing Provider:** | Haley Mann-LSW | **Service Provider:** | ODRC | |
| **Auth Provider NPI:** | | | | |
| **Signing Provider:** | Haley Mann-LSW | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | | **Secondary Ins:** |
| **Group:** | | **Group:** |
| **Policy:** | | **Policy:** |
| **Insured ID:** | | **Insured ID:** |

| Code | Description | Diagnoses |
|---|---|---|
| MHOTHER | Mental Health - Other | |

**Order Number:** 1246869-1                         **Quantity:** 1
**Authorization #:**                                **Priority:** N
**Start Date:** 08/10/2020                          **End Date:** 08/10/2020
**Electronically signed by:** Haley Mann-LSW        **Signed on:** 8/10/2020 3:22:20 PM
**Instructions:** Non Caseload Kite Response

1 of 1

DRC000490

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                       MED HSR
Main: 4197267977                              Date of Service: 8/7/2020

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957       1871377715

**MED HSR**

*Imported By: Susan Rogers-HIT 8/7/2020 12:45:22 PM*

---

External Attachment:

  Type:     Image
  Comment:  External Document

Signed By: Centricity, Document Manag at 8/7/2020 12:45:30 PM

**DRC000491**

# Health Services Request

Petición Para Servicios de Salud

| For Medical Use Only / Para Uso Médico Solamente | | |
|---|---|---|
| Reviewed by: | | |
| Date Received: 8/5/20 | Time Received: 720 | a.m./p.m. |

Date Of Request:
Fecha: 8-4-20

Inmate Name:
Nombre: ALFORD

Number:
Numero: A196-744

Housing Unit:
Unidad: A1-W14

Request for:
- [X] Medical Care / Attención Medica
- [ ] Dental Care / Attención Dental
- [ ] Medication Reorder / Reordenar Medicación
- [ ] Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema:

(1) I NEED TO BE PLACED ON THE LIST FOR
THE EYE DOCTOR
(2) I NEED MY MEDICAL BOOTS REPLACED
(3) I NEED THE RESULTS OF XRAYS FOR STOMACHE

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

DRC000492

**Toledo Correctional Institution**                                        8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                        Order Form

<table>
<tr><td colspan="3" align="center">TEST FORM</td></tr>
</table>

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Lawrence Porter-MD | **Service Provider:** | |
| **Auth Provider NPI:** | 1689603995 | | |
| **Signing Provider:** | Lawrence Porter-MD | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ██ 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ██ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | **Secondary Ins:** | |
| **Group:** | **Group:** | |
| **Policy:** | **Policy:** | |
| **Insured ID:** | **Insured ID:** | |

| Code | Description | Diagnoses |
|---|---|---|
| SCHMEDALP | Schedule with Advanced Level Provider | |

| | | | |
|---|---|---|---|
| **Order Number:** | 1238577-1 | **Quantity:** 1 | |
| **Authorization #:** | | **Priority:** N | |
| **Start Date:** | 08/27/2020 | **End Date:** 08/27/2020 | |
| **Electronically signed by:** | Lawrence Porter-MD | **Signed on:** 8/6/2020 4:12:19 PM | |
| **Instructions:** | f/u 1 month for LUQ pain and boot request. Pt to bring his boots. | | |

DRC000493

**Toledo Correctional Institution**                                  8/8/2023
2001 East Central Avenue
Toledo, OH 43608                     ALP Sick Call *F/u ABD xray, optometry request &request
Main: 4197267977                                  Date of Service: 8/6/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957              1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

**Current Vital Signs**
**Date/Time Vitals were taken:**  August   6, 2020 10:05 AM
**Previous Height:** 74 (07/12/2020 7:14:05 PM)      **Previous Weight:** 220 (07/27/2020 6:31:03 AM)

**Does weight include shackles?**  Without Shackles
**Current Weight (lbs) with or without shackles:**  220   **BMI:** 28.35   **Sitting BP:**  148 / 89
**Temperature:**  96.0   **Temperature site:**  Temporal
**Pulse rate:** 65   **Pulse rhythm:**  Regular
**Respirations:**  16   **Respiration Type:**  Regular
    **Pulse Ox%**  99   **Room Air:**  Yes

**HPI**
**Chief complaint:** LUQ abd pain, optemetry visit, request boots
**History of presenting illness:** LUQ since about 2003, with nausea and rare vomiting since then. Sharp quality, located at a point LUQ, not radiating. Severity 8-10/10. Tming near constant. Does not interfere with ADL or work (off work now d/t scheduling) No modifiers, no effect of food, spice,. No help with tums or Pepcid. Assoc admits some heartburn and brash in mouth. No dx. Denies evalution. KUB aabd film done recently result NSGP. CBC normal in March. No fever, wt loss, rectal bleeding, juandice. Has HepC. Optemetry visit request, complex Left eye hx, c/o worse distortion, L eye, and worse floaterel right eye. Has been followed by optom, and will be rescheduled.
Requests new boots, due to bilat foot circulatory problems, states last dispense boots 2018 and they are worn out. States needs size EEE. Now wearing sneakers. Did not bring his boots. No dx DM or neuropathy.
**Is there another issue?** No

**Physical Examination**
Musculoskeletal

**General**
Patient is alert and oriented and in no acute distress
**Obese**    No
**Diaphoretic** No
**Answers questions appropriately.** Yes
**Able to speak in full sentences.** Yes

**Cardiovascular**
pulses normal DP bilat. Toes with hair loss. No atrophy. No ulcers. Mild scaling.

**Gastrointestinal**
**Bowel sounds present** Yes
**Tenderness** Yes
**Comments:** mild point tenderness LUQ.

DRC000494

**Toledo Correctional Institution**                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    ALP Sick Call *F/u ABD xray, optometry request &request
Main: 4197267977                    Date of Service: 8/6/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**Masses** No
**Hepatomegaly** No
**Splenomegaly** No

**Respiratory**
**Use of accessory muscles** No

**Head**
**Normocephalic**     Yes

**Gait**
**Uses ambulatory devices** No
**Ataxia** No
gait normal

**Extremeties**
**Edema** No
Grossly intact and non focal, no tremors, no gait abnormalities, speech fluent.

**Sensory**
subjective decrease soft touch bilat feet.

**Eyes**
**Sclera red**     No
**Discharge**     No
**PERRLA** Yes
**Eyelid abnormality**     No

*External Ears:*
No obvious deformities

**Integumentary**
Skin is without obvious rashes or lesions.

**Assessment**
LUQ pain is chronic without alarm signs. Consider functional dyspepsia or GERD, would try H2 then PPI,
f/u 1 month.
Eye complaints to be f/u by optom.
Boots request unclear indication, will ask him to bring boots on f/u 1 month. May have some perpheral
neuropathy, but lacks a vascular disease or diabetic cause.

**Plan**

**New Orders**
**New Orders:**
Schedule with Advanced Level Provider [SCHMEDALP]

2 of 3

**Toledo Correctional Institution**                                              8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          ALP Sick Call *F/u ABD xray, optometry request &request
Main: 4197267977                                          Date of Service: 8/6/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715


Signed By: Porter-MD, Lawrence at 8/6/2020 4:12:22 PM

DRC000496

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                      f/u ABD xray,optometry request,requesting boots
Main: 4197267977                                   Date of Service: 8/6/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

## Encounter Context
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

## Clinical Lists Changes

**Orders:**
Added new Test order of Schedule with Advanced Level Provider (SCHMEDALP) - Signed

Signed By: Baumgartner-RN, Melissa at 8/6/2020 6:24:39 AM

DRC000497

**Toledo Correctional Institution**                                         8/8/2023
**2001 East Central Avenue**
**Toledo**, **OH 43608**                                                    Order Form

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Lawrence Porter-MD | **Service Provider:** | |
| **Auth Provider NPI:** | 1689603995 | | |
| **Signing Provider:** | Melissa Baumgartner-RN | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ▇▇▇, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▇▇▇ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| Code | Description | Diagnoses |
|---|---|---|
| SCHMEDALP | Schedule with Advanced Level Provider | |

**Order Number:** 1237269-1                    **Quantity:** 1
**Authorization #:**                            **Priority:** N
**Start Date:**           08/06/2020           **End Date:** 08/06/2020
**Electronically signed by:** Melissa Baumgartner-RN    **Signed on:** 8/6/2020 6:24:32 AM
**Instructions:**            f/u ABD xray,optometry request,requesting boots

1 of 1

DRC000498

**Toledo Correctional Institution**                                      8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                          HSR NSC
Main: 4197267977                                          Date of Service: 8/5/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

## Clinical Lists Changes

**Orders:**
Added new Test order of Schedule for Nurse Sick Call (SCHNSC) - Signed

Signed By: Hayes-RN, Amanda at 8/5/2020 7:21:30 PM

DRC000499

**Toledo Correctional Institution**                                       8/8/2023
**2001 East Central Avenue**
**Toledo**, OH 43608                                                      Order Form

| TEST FORM | |
|---|---|

| Authorizing Provider: | Amanda Hayes-RN | Service Provider: | ODRC |
|---|---|---|---|
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Amanda Hayes-RN | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| Patient Name: | BRIAN KEITH ALFORD | DOB: | ███ 1957 | Age: | 66 |
|---|---|---|---|---|---|
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| Primary Ins: | | Secondary Ins: | |
|---|---|---|---|
| **Group:** | | **Group:** | |
| **Policy:** | | **Policy:** | |
| **Insured ID:** | | **Insured ID:** | |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| SCHNSC | Schedule for Nurse Sick Call | |

**Order Number:** 1236995-1                        **Quantity:** 1
**Authorization #:**                                **Priority:** N
**Start Date:** 08/06/2020                          **End Date:** 08/06/2020
**Electronically signed by:** Amanda Hayes-RN       **Signed on:** 8/5/2020 7:21:27 PM
**Instructions:**            wants to see eye doc, medical boots replaced, and xray results

DRC000500

**Toledo Correctional Institution**                                                      8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                                     Order Form

| TEST FORM |
|---|

| Authorizing Provider: | Haley Mann-LSW | Service Provider: | ODRC |
|---|---|---|---|
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Haley Mann-LSW | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| Patient Name: | BRIAN KEITH ALFORD | DOB: | ███, 1957 | Age: | 66 |
|---|---|---|---|---|---|
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| Primary Ins: | | Secondary Ins: | |
|---|---|---|---|
| **Group:** | | **Group:** | |
| **Policy:** | | **Policy:** | |
| **Insured ID:** | | **Insured ID:** | |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| MHOTHER | Mental Health - Other | |

**Order Number:** 1225050-1                                            **Quantity:** 1
**Authorization #:**                                                       **Priority:** N
**Start Date:** 07/31/2020                                          **End Date:** 07/31/2020
**Electronically signed by:** Haley Mann-LSW                 **Signed on:** 7/31/2020 11:50:37 AM
**Instructions:**            Non Caseload Kite Response

1 of 1

DRC000501

**Toledo Correctional Institution**                                    8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                    Order Form

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Candy Babb-CNP | **Service Provider:** | |
| **Auth Provider NPI:** | 1417950718 | | |
| **Signing Provider:** | Candy Babb-CNP | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ████ 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| SCHMEDALP | Schedule with Advanced Level Provider | ABDOMINAL DISCOMFORT (ICD-R10.9) |

**Order Number:** 1225864-1                           **Quantity:** 1
**Authorization #:**                                  **Priority:** N
**Start Date:** 08/11/2020                             **End Date:** 08/11/2020
**Electronically signed by:** Candy Babb-CNP           **Signed on:** 7/31/2020 3:56:23 PM
**Instructions:** F/U abd xray in 1 week w/ ALP

1 of 1

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                    ALP Sick Call * F/U abd Xray
Main: 4197267977                                    Date of Service: 7/31/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

**Current Vital Signs**
**Previous Height:** 74 (07/12/2020 7:14:05 PM)        **Previous Weight:** 220 (07/27/2020 6:31:03 AM)
  **BMI:** 28.35

**HPI**
**History of presenting illness:** Pt appt rescheduled.

**Assessment**

**Plan**

**New Orders**
**New Orders:**
Schedule with Advanced Level Provider [SCHMEDALP]

Signed By: Babb-CNP, Candy at 7/31/2020 3:57:31 PM

**ODRC**                                                                8/8/2023

,                                                      XRAY ABDOMEN 2 VIEWS
                                                      Date of Service: 7/30/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

Patient: BRIAN  ALFORD
ID: MIRTH 8639882
Note: All result statuses are Final unless otherwise noted.
Tests: (1) XRAY ABDOMEN 2 VIEWS (74019)
  XRAY ABDOMEN 2 VIEWS FINDINGS: There is mild gas in nondistended
loops of small bowel and large bowel.  Bone density is osteopenic.
Mild spondylosis is noted in the spine.  There is no evidence for
organomegaly, free air or free fluid.  No pathologic calcifications
identified.  Psoas margins are normal but renal outlines are not
well seen. CONCLUSION: Nonspecific bowel gas pattern. ELECTRONICALLY
SIGNED BY ANNE GLASER, M.D. 7/30/2020 2:48:40 PM EDT.
  Results: There is mild gas in nondistended loops of small bowel
and large bowel.
  Bone density is osteopenic.  Mild spondylosis is noted in the
spine.  There is no
  evidence for organomegaly, free air or free fluid.  No pathologic
calcifications
  identified.  Psoas margins are normal but renal outlines are not
well seen.
  Conclusion: Nonspecific bowel gas pattern.
  Electronically signed by ANNE GLASER, M.D. 7/30/2020 2:48:40 PM
EDT.
Note: An exclamation mark (!) indicates a result that was not
dispersed into the flowsheet.
Document Creation Date: 07/30/2020 2:58 PM
_____
___
(1) Order result status: Final
Collection or observation date-time: 07/30/2020 13:20:00
Requested date-time:
Receipt date-time:
Reported date-time: 07/30/2020 14:48:40
Referring Physician:
Ordering Physician: CANDY BABB (10175993)
Specimen Source:
Source: MIRTH
Filler Order Number: 33024325
Lab site:
-----------------
The following tests had no related values for dispersal to the
flowsheet:
  XRAY ABDOMEN 2 VIEWS, [No Value Reported], (F)


Signed By: Babb-CNP, Candy at 7/31/2020 4:58:31 PM

DRC000504

**ODRC**                                                                           8/8/2023

,                                                              XRAY ABDOMEN 2 VIEWS
                                                    Date of Service: 7/31/2020

**BRIAN KEITH ALFORD**
Male DOB: ███████, 1957          1871377715

Noted to be reviewed at next f/u appt


Signed By: Babb-CNP, Candy at 7/31/2020 4:58:31 PM

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                         Xray F/U
Main: 4197267977                                     Date of Service: 7/29/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

## Clinical Lists Changes

**Orders:**
Added new Test order of Schedule with Advanced Level Provider (SCHMEDALP) - Signed

Signed By: Babb-CNP, Candy at 7/29/2020 12:55:49 PM

**Toledo Correctional Institution**                                    8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                    Order Form

| TEST FORM |
|---|

| | | | | |
|---|---|---|---|---|
| **Authorizing Provider:** | Candy Babb-CNP | **Service Provider:** | | |
| **Auth Provider NPI:** | 1417950718 | | | |
| **Signing Provider:** | Candy Babb-CNP | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ▮▮▮, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▮▮▮▮▮ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | **Secondary Ins:** | |
| **Group:** | **Group:** | |
| **Policy:** | **Policy:** | |
| **Insured ID:** | **Insured ID:** | |

| Code | Description | Diagnoses |
|---|---|---|
| SCHMEDALP | Schedule with Advanced Level Provider | ABDOMINAL DISCOMFORT (ICD-R10.9) |

**Order Number:** 1219001-1                          **Quantity:** 1
**Authorization #:**                                      **Priority:** N
**Start Date:** 07/31/2020                             **End Date:**
**Electronically signed by:** Candy Babb-CNP        **Signed on:** 7/29/2020 12:54:57 PM
**Instructions:** F/U abd xray on 7/30/2020 w/ALP

1 of 1

**Toledo Correctional Institution**                                      8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                           Abd discomfort    Xray
Main: 4197267977                                    Date of Service: 7/29/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                          1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

**Clinical Lists Changes**

**Problems:**
Added new problem of Abdominal discomfort (ICD-789.00) (ICD10-R10.9) - LLQ tenderness
**Orders:**
Added new Test order of ABDOMEN 2 VWS (74019) - Signed

Signed By: Babb-CNP, Candy at 7/29/2020 12:52:43 PM

1 of 1

DRC000508

**Toledo Correctional Institution**                                          8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                          Order Form

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Candy Babb-CNP | **Service Provider:** | |
| **Auth Provider NPI:** | 1417950718 | | |
| **Signing Provider:** | Candy Babb-CNP | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| Code | Description | Diagnoses |
|---|---|---|
| 74019 | ABDOMEN 2 VWS | ABDOMINAL DISCOMFORT (ICD-R10.9) |

**Order Number:** 1218980-1                          **Quantity:** 1
**Authorization #:**                                 **Priority:** N
**Start Date:**          07/30/2020                   **End Date:** 07/30/2020
**Electronically signed by:** Candy Babb-CNP          **Signed on:** 7/29/2020 12:51:58 PM
**Instructions:**       Please link a diagnosis code (ICD 10) above and provide specific clinical indications here:
                        R10.9
                        LLQ Discomfort

DRC000509

**Toledo Correctional Institution**                                    8/8/2023
**2001 East Central Avenue**
**Toledo**, OH 43608                                                   Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Candy Babb-CNP <br> **Auth Provider NPI:** 1417950718 <br> **Signing Provider:** Candy Babb-CNP <br> **Phone:** <br> **Fax:** | **Service Provider:** <br><br><br> **Phone:** <br> **Fax:** |

| | | | |
|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** ▊▊ 1957 | **Age:** 66 |
| **Home Phone:** | | **Sex:** Male | **SSN:** ▊▊▊ |
| **Work Phone:** | | **Cell Phone:** | **Patient ID:** 1871377715 |
| **Resp. Provider:** | | | |

| | |
|---|---|
| **Primary Ins:** <br> **Group:** <br> **Policy:** <br> **Insured ID:** | **Secondary Ins:** <br> **Group:** <br> **Policy:** <br> **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| SCHMEDALP | Schedule with Advanced Level Provider | ABDOMINAL PAIN, LEFT LOWER QUADRANT (ICD-R10.32) |

**Order Number:** 1211952-1                          **Quantity:** 1
**Authorization #:**                                 **Priority:** N
**Start Date:** 07/29/2020                            **End Date:** 07/29/2020
**Electronically signed by:** Candy Babb-CNP          **Signed on:** 7/27/2020 11:04:33 AM
**Instructions:** F/U LLQ Abd Xray in 2 days w/ALP

1 of 1

DRC000510

**Toledo Correctional Institution**                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                       ALP Sick Call * F/U Rt ear & LLQ discomfort
Main: 4197267977                                Date of Service: 7/27/2020

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

## Current Vital Signs
**Date/Time Vitals were taken:**  July 27, 2020 9:05 AM
**Previous Height:** 74 (07/12/2020 7:14:05 PM)     **Previous Weight:** 222 (07/17/2020 8:20:41 AM)

**Does weight include shackles?**  Without Shackles
**Current Weight (lbs) with or without shackles:**  220     **BMI:** 28.35     **Sitting BP:**  114 / 88
**Temperature:**  97.7     **Temperature site:**  Oral
**Pulse rate:** 67     **Pulse rhythm:**  Regular
**Respirations:**  16   **Respiration Type:**  Regular
       **Pulse Ox%**  98   **Room Air:**  Yes

## HPI
**History of presenting illness:** S:WD WN 63 year old AA male presents for F/U and   re-evaluation of
right ear and abdominal discomfort.    Pt. reports feeling better since taking antibiotics. Denies any further
right ear discomfort. Abdominal discomfort has also improved but is still present..
O: Right ear canal clear No cerumen. TM's    pearly grey light reflex intact bilat. Minimal Abdominal
tenderness with palpation of LLQ.
A: Routine abdominal and ear Physical exam
P: Pt. advised ABD Xray order. Pt. advised to not put anything in ears. Pt instructed to drink atleast 1-2
gallons of water daily. Good handwashing encouraged. Assessment and plan reviewed. Pt. voices
understanding. Advised to notify medical for any new or worsening signs and symptoms.
**Is there another issue?** No

## Review of Systems

## General
**Fevers** No
**Chills** No
**Sweats** No

## Ears/Nose/Throat
**Earache** Yes
**Comments:** Right ear hurts at times but is better.
**Ear Discharge** No
**Tinnitus** No
**Nose Bleeds** No
**Sore Throat** No
**Hoarseness** No
**Dysphagia** No
**Decreased Hearing** No
**Nasal Congestion** No

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          ALP Sick Call * F/U Rt ear & LLQ discomfort
Main: 4197267977                                  Date of Service: 7/27/2020

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                       1871377715

## Cardiovascular
Denies any symptoms related to cardiovascular system.

## Respiratory
Denies any respiratory symptoms.

## Gastrointestinal
**Nausea** No
**Vomiting** No
**Diarrhea** No
**Constipation** No
**Jaundice** No
**Abdominal Pain** Yes
**Comments:** My leftside hurts.
**Dark Tarry Stool** No
**Bright Blood in Stool** No
**Change in Bowel Habits** No

## Assessment
**Active Problems:**    07/17/2020 Ear wax (ICD-380.4) (ICD10-H61.20), 07/17/2020 Abdominal pain
**Assessment(s):**
Ear pain, left (ICD-388.70) (ICD10-H92.02)

## Plan
**Is this visit related to Pandemic?** No
**Is this patient a COVID-19 POSITIVE patient?** No
See HPI

## New Orders
**New Orders:**
Schedule with Advanced Level Provider [SCHMEDALP]

Signed By: Babb-CNP, Candy at 7/27/2020 11:04:50 AM

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                       MED HSR
Main: 4197267977                                    Date of Service: 7/23/2020

**BRIAN KEITH ALFORD**
Male DOB: ██████, 1957       1871377715

**MED HSR**


*Imported By: Miriam Armstrong-Hyg 7/23/2020 10:51:16 AM*

_____

External Attachment:

  Type:      Image
  Comment:   External Document


Signed By: Centricity, Document Manag at 7/23/2020 10:51:31 AM

DRC000513

# Health Services Request

Petición Para Servicios de Salud

**For Medical Use Only / Para Uso Medico Solamente**

Reviewed by:

Date Received: 7/12/2020   Time Received: 715   a.m. p.m.

Date Of Request:
Fecha: 7-11-20

Inmate Name:
Nombre: ALFORD

Number:
Numero: A196-744

Housing Unit:
Unidad: M-W14

**Request for:**

- [ ] Medical Care / Atención Medica
- [ ] Dental Care / Atención Dental
- [ ] Medication Reorder / Reordenar Medicación
- [X] Medication Refill / Rellenar la Medicación

**Nature of problem:**
Descripción del problema:

RX# 8995879  A196744  0394
ALFORD, BRIAN  06/17/2020
AMLODIPINE BESYLATE 10MG TAB
Refills: 3   QTY: 30

RX# 8995880  A196744  0394
ALFORD, BRIAN  06/17/2020
HYDROCHLOROTHIAZIDE 25MG TA
Refills: 3   QTY: 30

RX# 8995881  A196744  06-
ALFORD, BRIAN  06/17/2020
POTASSIUM CHLORIDE ER 10MEQ
Refills: 3   QTY: 30

RX# 8995878  A196744  0394
ALFORD, BRIAN  08/17/2020
ASPIRIN E.C. 81MG TBEC
Refills: 3   QTY: 30

RX# 8995877  A196744  0394
ALFORD, BRIAN  06/17/2020
CARVEDILOL 12.5MG TABS
Refills: 3   QTY: 30

RX# 8995877  A196744  0394
ALFORD, BRIAN  06/17/2020
CARVEDILOL 12.5MG TABS
Refills: 3   QTY: 30

Rx # 8913097  A196744  0394
ALFORD, BRIAN  6/17/2020
LATANOPROST 0.005% EYE SOLN
Refills: 2   QTY: 2.5

Rx # 9036744  A196744  0394
ALFORD, BRIAN  6/18/2020
MINERAL OIL/WHITE PETROLATUM 20%/E
QTY: 3.5
Refills: 6

REORDER

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

DRC000514

**Toledo Correctional Institution**                                8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                    MED HSR
Main: 4197267977                               Date of Service: 7/23/2020

**BRIAN KEITH ALFORD**
Male DOB: ██████, 1957        1871377715

**MED HSR**


*Imported By: Miriam Armstrong-Hyg 7/23/2020 10:46:59 AM*

_____

External Attachment:

  Type:     Image
  Comment:  External Document


Signed By: Centricity, Document Manag at 7/23/2020 10:47:02 AM

# Health Services Request
### Petición Para Servicios de Salud

| For Medical Use Only / Para Uso Medico Solamente |
|---|
| Reviewed by: |
| Date Received: 7/12/2020 | Time Received: 714 a.m./p.m. |

Date Of Request:
Fecha: 7-11-20

Inmate Name:
Nombre: ALFORD

Number:
Número: A196-744

Housing Unit:
Unidad: A1-W14

**Request for:**  [X] Medical Care / Atención Medica  [ ] Dental Care / Atención Dental  [ ] Medication Reorder / Reordenar Medicación  [ ] Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema: CONGESTION, PRESSURE IN EARS, RUNNY EYES, CHRONIC ALLERGIES. NO ZRTEK OR CLARITIN IN COMMISSARY THIS WEEK.

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

DRC000516

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                       MED HSR
Main: 4197267977                              Date of Service: 7/23/2020

**BRIAN KEITH ALFORD**
Male DOB: ███████, 1957      1871377715

**MED HSR**


*Imported By: Miriam Armstrong-Hyg 7/23/2020 8:44:37 AM*

_____


External Attachment:

  Type:      Image
  Comment:   External Document


Signed By: Centricity, Document Manag at 7/23/2020 8:45:02 AM

DRC000517

# Health Services Request

Petición Para Servicios de Salud

7-20-

| For Medical Use Only / Para Uso Medico Solamente | |
|---|---|
| Reviewed by: | |
| Date Received: | Time Received: a.m./p.m. |

Date Of Request:
Fecha: 7-20-20

Inmate Name:
Nombre: ALFORD

Number:
Numero: A196-744

Housing Unit:
Unidad: A1-W14

Request for:
[X] Medical Care / Atención Medica
[ ] Dental Care / Attención Dental
[ ] Medication Reorder / Reordenar Medicación
[ ] Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema:

IN JAN OR FEB I WAS DIAGNOSED WITH THE FLU AND RESPIRATORY INFECTION, YET LOST MY TASTE AND SENSE OF SMELL, COLD CHILLS, SWEATING. SINCE THAT TIME, I'VE EXPERIENCED UPSET STOMACHE, DIARRHEA, CONGESTION, AND COUGHING. CAN I BE TESTED FOR COVID-19 SINCE THE SYMPTOMS STILL EXIST? ALLERGY MEDICATIONS HAVE NOT ALLEVIATED MY CONGESTION, COUGHING.

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

DRC000518

**Toledo Correctional Institution**                                         8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                        Order Form

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Haley Mann-LSW | **Service Provider:** | ODRC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Haley Mann-LSW | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | **Secondary Ins:** | |
| **Group:** | **Group:** | |
| **Policy:** | **Policy:** | |
| **Insured ID:** | **Insured ID:** | |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| MHOTHER | Mental Health - Other | |
| **Order Number:** | 1198038-1 | **Quantity:** 1 |
| **Authorization #:** | | **Priority:** N |
| **Start Date:** | 07/21/2020 | **End Date:** 07/21/2020 |
| **Electronically signed by:** | Haley Mann-LSW | **Signed on:** 7/21/2020 9:47:14 AM |
| **Instructions:** | Non Caseload Kite Response | |

DRC000519

**Toledo Correctional Institution**                                           8/8/2023
**2001 East Central Avenue**
**Toledo**, OH 43608                                                          Order Form

| TEST FORM | | |
|---|---|---|
| **Authorizing Provider:** Candy Babb-CNP | **Service Provider:** | |
| **Auth Provider NPI:** 1417950718 | | |
| **Signing Provider:** Candy Babb-CNP | | |
| **Phone:** | **Phone:** | |
| **Fax:** | **Fax:** | |

| | | | | |
|---|---|---|---|---|
| **Patient Name:** BRIAN KEITH ALFORD | **DOB:** ▇ 1957 | **Age:** 66 | | |
| **Home Phone:** | **Sex:** Male | **SSN:** ▇ | | |
| **Work Phone:** | **Cell Phone:** | **Patient ID:** 1871377715 | | |
| **Resp. Provider:** | | | | |

| **Primary Ins:** | **Secondary Ins:** |
|---|---|
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| SCHMEDALP | Schedule with Advanced Level Provider | ABDOMINAL PAIN, LEFT LOWER QUADRANT (ICD-R10.32) ,EAR WAX (ICD-H61.20) |

**Order Number:** 1190904-1                          **Quantity:** 1
**Authorization #:**                                 **Priority:** N
**Start Date:**          07/27/2020                   **End Date:**
**Electronically signed by:** Candy Babb-CNP         **Signed on:** 7/17/2020 9:19:31 AM
**Instructions:**       F/U Right ear and Left lower ABD discomfort in 10 days w/ALP

1 of 1

DRC000520

**Toledo Correctional Institution**                                  8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          ALP Sick Call R ear and LUQ abd pain
Main: 4197267977                                Date of Service: 7/17/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

**Current Vital Signs**
**Date/Time Vitals were taken:**   July 17, 2020 8:26 AM
**Previous Height:** 74 (07/12/2020 7:14:05 PM)      **Previous Weight:** 222 (07/16/2020 7:10:06 AM)

**Does weight include shackles?**   Without Shackles
**Current Weight (lbs) with or without shackles:**   222    **BMI:** 28.61    **Sitting BP:**   132 **/** 81
**Temperature:**   98.0     **Temperature site:**   Oral
**Pulse rate:** 64     **Pulse rhythm:**   Regular
**Respirations:**   16   **Respiration Type:**   Regular
   **Pulse Ox%**   96    **Room Air:**   Yes
**Skin Turgor:**   good
**Capillary Refill:** brisk

**HPI**
**History of presenting illness:** WD WN 63 year old AA male presents for evaluation of    right ear and
abdominal discomfort.
Pt. reports lower left side, "same place, had it for three years", it's there "pretty much " all the time,
nothing seems to make it worse."
Pt. remembered being treated with Antibiotics previously "That helped"

.

**Review of Systems**

**General**
**Fevers** No
**Chills** No
**Sweats** No

**Ears/Nose/Throat**
**Earache** Yes
**Comments:** They have been out of Zyrtec and claritin in comissary

**Cardiovascular**
Denies any symptoms related to cardiovascular system.

**Respiratory**
Denies any respiratory symptoms.

**Gastrointestinal**
**Nausea** No
**Vomiting** No

**Toledo Correctional Institution**                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    ALP Sick Call R ear and LUQ abd pain
Main: 4197267977                    Date of Service: 7/17/2020

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                    1871377715

**Diarrhea** No
**Constipation** No
**Jaundice** No
**Abdominal Pain** Yes
**Comments:** Lower left side
**Dark Tarry Stool** No
**Bright Blood in Stool** No
**Change in Bowel Habits** No


**Physical Examination**
Mental Status

**General**
Patient is alert and oriented and in no acute distress

**Cardiovascular**
Regular rhythm, no murmurs or gallops.
Normal S1, S2

**Gastrointestinal**
**Bowel sounds present** Yes
**Tenderness** Yes
**Comments:** minimal discomfort response illicited.w/ palpation
**Masses** No
**Ascites** No
**Hepatomegaly** No
**Splenomegaly** No
**Umbilical Hernia** No

**Rectal**
Deferred

**Respiratory**
Lungs clear to auscultation with no wheezing, rales, or rhonchi

**Neck**
**Adenopathy** No
**Carotid Bruits** No
**Enlarged Thyroid** No
**Thyroid nodule(s):** No
**Nuchal Rigidity** No
**JVD / HJR** No

**Musculoskeletal**
Full Range of motion of all 4 extremeties without obvious deformity.

**Gait**

**Toledo Correctional Institution**                               8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          ALP Sick Call R ear and LUQ abd pain
Main: 4197267977                              Date of Service: 7/17/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

Gait Steady and nonantalgic
Grossly intact and non focal, no tremors, no gait abnormalities, speech fluent.

## Mental Status
Alert, oriented, answers questions appropriately

## Eyes
Full extraocular motion, sclera clear, not icteric, pupils equal and round

*External Ears:*
No obvious deformities

*Otoscopic:*
**Ear canal erythema:**   None
**Ear canal exudate:**   None
**TM erythema:**   None
**TM effusion:**   None
**Excessive cerumen:**   Right
**Non-mobile TM:**   None
Right ear canal partially blocked by cerumen. And easily removed with currette by this ALP

*Hearing:*
No obvious abnormalities.

## Nose
Nares open and clear bilaterally and without discharge.

## Mouth / Throat
**Oral mucosa normal** Yes
**Bleeding** No

## Tongue:
**Lesions** No

## Integumentary
Skin is without obvious rashes or lesions.

## Assessment
**Active Problems:**   07/16/2020 Abdominal pain
**Assessment(s):**
Ear wax (ICD-380.4) (ICD10-H61.20)
Abdominal pain, left lower quadrant (ICD-789.04) (ICD10-R10.32)

## Plan
**Is this visit related to Pandemic?** No
**Is this patient a COVID-19 POSITIVE patient?** No
Pt. educated on diverticulitis and bowel inflammation. Instructed Diverticulitis can persist for years. Pt.

**Toledo Correctional Institution**                         8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    ALP Sick Call R ear and LUQ abd pain
Main: 4197267977                        Date of Service: 7/17/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957           1871377715

instructed to limit foods with seeds and heavy seasonings.    Pt. offered    Augmentin but refused it.
Pen-Vk Rx given. Zyrtec and Acetminophen givenPt instructed to drink atleast 1-2 gallons of water daily.
Good handwashing encouraged. Assessment and plan reviewed. Pt. voices understanding. Advised to
notify medical for any new or worsening signs and symptoms.

**New Orders**
**New Orders:**
Schedule with Advanced Level Provider [SCHMEDALP]


Signed By: Babb-CNP, Candy at 7/17/2020 9:19:46 AM

**Toledo Correctional Institution**                                      8/8/2023
**2001 East Central Avenue**
**Toledo**, OH 43608                                                     Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Candy Babb-CNP | **Service Provider:** |
| **Auth Provider NPI:** 1417950718 | |
| **Signing Provider:** Mark Bigler-MD | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| **Primary Ins:** | **Secondary Ins:** |
|---|---|
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| SCHMEDALP | Schedule with Advanced Level Provider | ABDOMINAL PAIN, LEFT UPPER QUADRANT (ICD-R10.12) ,OTALGIA, RIGHT (ICD-H92.01) |

**Order Number:** 1187411-1                **Quantity:** 1
**Authorization #:**                        **Priority:** N
**Start Date:** 07/17/2020                  **End Date:** 07/17/2020
**Electronically signed by:** Mark Bigler-MD    **Signed on:** 7/16/2020 8:38:21 AM
**Instructions:** follow up to look at right ear and LUQ abdominal pain

1 of 1

**Toledo Correctional Institution**                                          8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                         Order Form

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Mark Bigler-MD | **Service Provider:** | |
| **Auth Provider NPI:** | 1205866530 | | |
| **Signing Provider:** | Mark Bigler-MD | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███ 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | **Secondary Ins:** | |
| **Group:** | **Group:** | |
| **Policy:** | **Policy:** | |
| **Insured ID:** | **Insured ID:** | |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| 385375 | APRI Panel with Calculations | UNSPECIFIED VIRAL HEPATITIS C WITHOUT HEPATIC COMA  (ICD-B19.20) ,UNSPECIFIED ESSENTIAL HYPERTENSION (ICD-I10) |

**Order Number:** 1187411-3                              **Quantity:** 1
**Authorization #:**                                     **Priority:** N
**Start Date:** 09/01/2020                               **End Date:** 09/01/2020
**Electronically signed by:** Mark Bigler-MD             **Signed on:** 7/16/2020 8:38:27 AM
**Instructions:**

1 of 1

**Toledo Correctional Institution**                                             8/8/2023
**2001 East Central Avenue**
**Toledo**, OH 43608                                                           Order Form

| TEST FORM |
|---|

| Authorizing Provider: | Mark Bigler-MD | Service Provider: | | |
|---|---|---|---|---|
| Auth Provider NPI: | 1205866530 | | | |
| Signing Provider: | Mark Bigler-MD | | | |
| Phone: | | Phone: | | |
| Fax: | | Fax: | | |

| Patient Name: | BRIAN KEITH ALFORD | DOB: | ▇, 1957 | Age: | 66 |
|---|---|---|---|---|---|
| Home Phone: | | Sex: | Male | SSN: | ▇ |
| Work Phone: | | Cell Phone: | | Patient ID: | 1871377715 |
| Resp. Provider: | | | | | |

| Primary Ins: | Secondary Ins: |
|---|---|
| Group: | Group: |
| Policy: | Policy: |
| Insured ID: | Insured ID: |

| Code | Description | Diagnoses |
|---|---|---|
| SCHCCCFU | Schedule Chronic Care Visit F/U | UNSPECIFIED VIRAL HEPATITIS C WITHOUT HEPATIC COMA  (ICD-B19.20) ,UNSPECIFIED ESSENTIAL HYPERTENSION (ICD-I10) |

| **Order Number:** | 1187411-2 | **Quantity:** 1 |
|---|---|---|
| **Authorization #:** | | **Priority:** N |
| **Start Date:** | 10/09/2020 | **End Date:** 10/09/2020 |
| **Electronically signed by:** | Mark Bigler-MD | **Signed on:** 7/16/2020 8:38:27 AM |
| **Instructions:** | follow up CCC HTN, HCV in 90 days | |

DRC000527

**Toledo Correctional Institution**                                                      8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                      ALP Chronic Care - Follow-Up- HTN, liver
Main: 4197267977                                              Date of Service: 7/16/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                              1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

**Current Vital Signs**
**Date/Time Vitals were taken:**   July 16, 2020 8:04 AM
**Previous Height:** 74 (07/12/2020 7:14:05 PM)      **Previous Weight:** 223 (07/12/2020 7:14:05 PM)

**Does weight include shackles?**   Without Shackles
**Current Weight (lbs) with or without shackles:**   222   **BMI:** 28.61   **Sitting BP:**   137 **/** 81
**Temperature:**   97.5   **Temperature site:**   Temporal
**Pulse rate:** 67      **Pulse rhythm:**   Regular
**Respirations:**   16      **Pulse Ox%** 98      **Room Air:**   Yes

**Nursing Chronic Care Clinic Review**

**Chronic Care Clinics**
Cardiac-Hypertension
Liver
**Medication Compliance:**      Compliant
**Reports side effects?** No
**Treatment Plan Compliance:**      Yes
**Dietary Compliance:** Yes

**Education Provided**
Diet
Disease Process
Exercise
Tobacco Cessation
ETOH Cessation
Medication
**Handouts Given?** No

**Chronic Care Being Seen Today:**
Cardiac / HTN
Liver

**Clinics**
Cardiac/Hypertension

**HPI**
**Edema** No

**Toledo Correctional Institution**                                   8/8/2023
2001 East Central Avenue
Toledo, OH 43608                      ALP Chronic Care - Follow-Up- HTN, liver
Main: 4197267977                               Date of Service: 7/16/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                   1871377715


## Liver Disease
**Type:** Hepatitis C
**Is patient currently receiving hepatitis drug treatment?** No
Medication treatment not indicated at this time.
**Has Patient received treatment in the past?** No


**Nausea** No
**Vomiting** No
**Diarrhea** No
**Edema** No
**Abdominal pain** Yes
**Comments:** over left side, "same place, had it for three years", it's there "pretty much " all the time, nothing seems to make it worse
**Other Symptoms** No
**New tattoos since last CC visit?** No
**Drug use since last CC visit?** No
**Drug or Alcohol use since last CC visit?** No
**History:** Last APRI score 0.5

## Cardiac / Hypertension
**History of coronary artery disease** No
**History of hypertension** Yes
**History of other cardiovascular issues** No
**Chest Pain** No
**Shortness of Breath** No
**Palpitations** No
**Peripheral Edema** No
**Syncope / Dizziness** No
**Orthopnea** No
**Headache** No
**Nocturia** No
**Compliant with medication?** Yes
**Medication side effects** No
CURRENT MEDICATIONS:
2020-06-17 LATANOPROST 0.005% DROP(S) 1GTT INTO OS QPM 7/13/2020 1/12/2021
2020-06-17 MINERAL OIL/WHITE
PETROLATUM
20%/80% OINTMEN
T
APPLY QUARTER INCH STRIP TO
OS BID PRN
7/13/2020 1/12/2021
2020-05-05 CARVEDILOL 12.5MG TABLET
(S)
1BID 7/13/2020 9/30/2020
2020-05-05 ASPIRIN E.C. 81MG TABLET

**Toledo Correctional Institution**                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    ALP Chronic Care - Follow-Up- HTN, liver
Main: 4197267977                           Date of Service: 7/16/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957              1871377715

(S)
1QD 7/13/2020 9/30/2020
2020-05-05 AMLODIPINE BESYLATE 10MG TABLET
(S)
1QD 7/13/2020 9/30/2020
2020-05-05 HYDROCHLOROTHIAZIDE 25MG TABLET
(S)
1QD 7/13/2020 9/30/2020
2020-05-05 POTASSIUM CHLORIDE ER 10MEQ TABLET
(S)
1QD
SEEN VIA TELEMED
**Patient has other acute complaints?** Yes
pain in right ear about a week, sometimes some drainage out of there

## Current Lab
**Weight:**
222
**Urine Microalbumin**
3.8 (05/09/2017 6:31:25 AM)
**LDL**
91 (04/03/2019 9:15:33 AM)
**HDL**
50 (04/03/2019 9:15:33 AM)
**AST (SGOT)**
47 (03/10/2020 1:16:00 AM)
**ALT (SGPT)**
50 (03/10/2020 1:17:00 AM)
**APRI**
0.5 (03/10/2020 1:16:00 AM)
**Hemogloblin**
13.9 (08/29/2018 10:31:04 AM)
**Creatinine**
1.16 (03/10/2020 1:14:00 AM)

## Physical Examination
General

## General
Patient is alert and oriented and in no acute distress

## Degree of Control
Cardiac/HTN
Liver
Cardiac / HTN
**Degree of control** Good
Liver

**Toledo Correctional Institution**                        8/8/2023
2001 East Central Avenue
Toledo, OH 43608                      ALP Chronic Care - Follow-Up- HTN, liver
Main: 4197267977                               Date of Service: 7/16/2020

**BRIAN KEITH ALFORD**
Male DOB: ██████, 1957                    1871377715

**Degree of control** Good

**Chronic Care Follow-Up Interval**
**Follow-Up Date** 90 Days
**Does the follow-up interval chosen deviate from protocol?** No

**Assessment Comments:** WIll continue in CCC HTN, HCV with above meds without changes with follow up in 90 days.
Continue in CCC HCV. APRI panel and meaning discussed.    Indications for treatment while incarcerated reviewed. Continue to avoid hepatotoxic acitivies such as IV drugs, prison tatoos and excess tylenol doses.
Patient counseled on diet, exercise, and maintaining a healthy weight. Increasing fruits and vegetables, limiting sodium.
Will have him follow up to eval right ear and abdominal pain.

**Chronic Care Plan**
**New Problems:**
Abdominal pain, left upper quadrant (ICD-789.02) (ICD10-R10.12), Otalgia, right (ICD-388.70) (ICD10-H92.01).

**Education Provided**
**New Orders**
Schedule with Advanced Level Provider [SCHMEDALP]
Schedule Chronic Care Visit F/U [SCHCCCFU]
APRI Panel with Calculations [385375]

Signed By: Bigler-MD, Mark at 7/16/2020 8:38:30 AM

**Toledo Correctional Institution**                                      8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                     ODRC Nurse Sick Call-chronic allergies
Main: 4197267977                                           Date of Service: 7/12/2020

**BRIAN KEITH ALFORD**
Male DOB: ████ 1957                          1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

**Pre-Existing Clinical Summary**
**Allergies:**
* Synalgos-DC, * BACTRIM DS.
**Problems**
Acute bilateral otitis media (ICD-382.9) (ICD10-H66.93), Viral syndrome (ICD-079.99) (ICD10-B97.89),
Seasonal allergies (ICD-477.9) (ICD10-J30.2), IBS (ICD-564.1) (ICD10-K58.9), Lateral epicondylitis, left
(ICD-726.32) (ICD10-M77.12), Unspecified viral hepatitis C without hepatic coma    (ICD-070.70)
(ICD10-B19.20), Unspecified essential hypertension (ICD-401.9) (ICD10-I10), Other states following
surgery of eye and adnexa    (ICD-V45.69) (ICD10-Z98.83), Unspecified infective arthritis, site unspecified
(ICD-711.90) (ICD10-M01.x0), Other cataract    (ICD-366.8) (ICD10-H26.8), Spasm of muscle
(ICD-728.85), Cervical spondylosis with myelopathy    (ICD-721.1) (ICD10-M47.12), Benign localized
hyperplasia of prostate without urinary obstruction and other lower urinary tract symptoms [LUTS]
(ICD-600.20) (ICD10-N40.0), Intervertebral lumbar disc disorder with myelopathy, lumbar region
(ICD-722.73) (ICD10-M51.06), Allergic rhinitis, cause unspecified    (ICD-477.9), Unspecified
dermatomycosis    (ICD-111.9) (ICD10-B36.9), Lattice degeneration of peripheral retina    (ICD-362.63)
(ICD10-H35.419), Carpal tunnel syndrome    (ICD-354.0) (ICD10-G56.00), Injury to ulnar nerve
(ICD-955.2), Allergic rhinitis due to other allergen    (ICD-477.8), Unspecified subjective visual disturbance
(ICD-368.10) (ICD10-H53.10), Routine general medical examination at health care facility    (ICD-V70.0).
**Orders**
Schedule with Optometry [SCHOPT], Schedule Chronic Care Visit F/U [SCHCCCFU].

**Nurse Sick Call**
**Is this sick call for a dental complaint?** No
**Type of Sick Call:**       Illness
**Referral Source:**   Health Service Request
**Sick Call Request Type:**   Symptom Based Sick Call Request


**Subjective**


**Subjective**
**Patient's subjective statement:** states he has had runny nose some drainage and sinus congestion
from his allergies. States he usually gets zrtec from commissary but they were all out this week. pt states
these are his usual allergies no changes.

**Significant Medical History**
**Nursing Diagnosis:** Ineffective airway clearance R/T inflammation
**Other Nursing Diagnosis:** secondary to allergies

**Objective Findings**

**Toledo Correctional Institution**                                       8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                    ODRC Nurse Sick Call-chronic allergies
Main: 4197267977                                        Date of Service: 7/12/2020

**BRIAN KEITH ALFORD**
Male DOB: ██████, 1957                    1871377715


**Head, Eyes, ENT**
**Vision Disturbance:**   No
**Hearing Difficulty:**   No
**Difficulty Swallowing:**   No
**Bleeding Gums:**   No
**Other HEENT** clear drainage seen at back of throat.throat is clear no redness. some nasal swelling seen

**Neuro / Musculoskeletal**
**Conscious:**   Yes
**Oriented x 3:**   Yes
**Pupils, PERLA:**   Yes
**Weakness of Extremities:**   No

**Peripheral Circulation**
**Cyanosis:**   No
**Mottling:**   No
**Tingling in Hands:**   No
**Tingling in Feet:**   No

**Genital / Urinary**
**Urination Frequency:**   No
**Incontinence:**   No
**Difficulty Urinating:**   No
**Urinary Catheter:**   No

**Skin**
**Color:**   Normal
**Temp:**   Dry, Cool
**Turgor:**   Normal
**Bruises:**   No

**Cardiovascular**
**Rhythm** Regular
**Hear Sounds:**   Normal
**Edema:**   No
**Pitting:**   No

**Respiratory**
**Lung Sounds** Normal
**Cough:**   No

**Gastrointestinal**
**Appetite:**   Good
**Vomiting:**   No
**Nausea:**   No
**Bowel Movements:**   Regular

DRC000533

**Toledo Correctional Institution**                                      8/8/2023
2001 East Central Avenue
Toledo, OH 43608                         ODRC Nurse Sick Call-chronic allergies
Main: 4197267977                                   Date of Service: 7/12/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                       1871377715

**Bowel Sounds:**   Normal
**Abdomen:**   Soft

## Plan
**Other Nursing Interventions:** pt given 7 packs zyrtec.
**Patient Education Provided:**   Hand Hygiene, Increase fluids
**Other patient education:** educated to get more from commissary if needed

## Disposition
Return to clinic if no improvement
No restrictions on activity
Released to general population

## Current Vital Signs
**Date/Time Vitals were taken:**   July 12, 2020 7:17 PM
**Previous Height:** 74 (06/13/2020 8:04:22 PM)      **Previous Weight:** 223 (06/13/2020 8:04:22 PM)

**Does weight include shackles?**   Without Shackles
**Current Weight (lbs) with or without shackles:**   223      **Current Height (in.):**   74
   **BMI:** 28.73   **Sitting BP:**   150 / 88
**Temperature:**   97.4
**Pulse rate:** 67      **Pulse rhythm:**   Regular
**Respirations:**   16   **Respiration Type:**   Unlabored
   **Pulse Ox%**   97   **Room Air:**   Yes
**Skin Turgor:**   normal
**Capillary Refill:** < 3 sec

Signed By: Hayes-RN, Amanda at 7/12/2020 8:18:33 PM

**Toledo Correctional Institution**                                 8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                    HSR NSC
Main: 4197267977                                   Date of Service: 7/12/2020

**BRIAN KEITH ALFORD**
Male DOB: ███ , 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

**Clinical Lists Changes**

**Orders:**
Added new Test order of Schedule for Nurse Sick Call (SCHNSC) - Signed

Signed By: Hayes-RN, Amanda at 7/12/2020 7:11:21 PM

**Toledo Correctional Institution**                                        8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                       Order Form

| TEST FORM | |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **Authorizing Provider:** | Amanda Hayes-RN | **Service Provider:** | | ODRC | |
| **Auth Provider NPI:** | | | | | |
| **Signing Provider:** | Amanda Hayes-RN | | | | |
| **Phone:** | | **Phone:** | | | |
| **Fax:** | | **Fax:** | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ████, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | | | |
|---|---|---|---|
| **Primary Ins:** | | **Secondary Ins:** | |
| **Group:** | | **Group:** | |
| **Policy:** | | **Policy:** | |
| **Insured ID:** | | **Insured ID:** | |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| SCHNSC | Schedule for Nurse Sick Call | |

**Order Number:**       1176663-1                  **Quantity:** 1
**Authorization #:**                               **Priority:** N
**Start Date:**          07/12/2020                 **End Date:** 07/12/2020
**Electronically signed by:** Amanda Hayes-RN       **Signed on:** 7/12/2020 7:11:18 PM
**Instructions:**        allergy symptoms. states just needs more claritin

1 of 1

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                               ccc f/u HTN, Liver
Main: 4197267977                                       Date of Service: 7/11/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

## Clinical Lists Changes

**Orders:**
Added new Test order of Schedule Chronic Care Visit F/U (SCHCCCFU) - Signed

Signed By: Baumgartner-RN, Melissa at 7/11/2020 10:40:28 AM

**Toledo Correctional Institution**                                          8/8/2023
**2001 East Central Avenue**
**Toledo**, OH 43608                                                          Order Form

---

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Mark Bigler-MD | **Service Provider:** | |
| **Auth Provider NPI:** | 1205866530 | | |
| **Signing Provider:** | Melissa Baumgartner-RN | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| SCHCCCFU | Schedule Chronic Care Visit F/U | |

**Order Number:** 1175760-1                                    **Quantity:** 1
**Authorization #:**                                            **Priority:** N
**Start Date:**             07/16/2020                          **End Date:**
**Electronically signed by:** Melissa Baumgartner-RN           **Signed on:** 7/11/2020 10:40:17 AM
**Instructions:**          ccc f/u HTN, Liver

1 of 1

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                       MED HSR
Main: 4197267977                                 Date of Service: 6/16/2020

**BRIAN KEITH ALFORD**
Male DOB:  ████ , 1957      1871377715

**MED HSR**

*Imported By: Amanda Hayes-RN 6/16/2020 9:31:29 PM*

---

External Attachment:

  Type:      Image
  Comment:   External Document

Signed By: Centricity, Document Manag at 6/16/2020 9:32:02 PM

1 of 1

# Health Services Request

Petición Para Servicios de Salud

For Medical Use Only / Para Uso Medico Solamente

Reviewed by:

Date Received: 6/16/2020   Time Received: 6:12  a.m/p.m

Date Of Request:
Fecha: 6-15-20

Inmate Name:
Nombre: ALFORD

Number:
Numero: A196744

Housing Unit:
Unidad: A1-W14

Request for:
- [ ] Medical Care / Attención Medica
- [ ] Dental Care / Attención Dental
- [x] Medication Reorder / Reordenar Medicación
- [x] Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema:

RX# 8995879  A196744  0394
ALFORD, BRIAN  05/20/2020
AMLODIPINE BESYLATE 10MG TAB
Refills: 4   QTY: 30

RX# 8995880  A196744  0394
ALFORD, BRIAN  05/20/2020
HYDROCHLOROTHIAZIDE 25MG TA
Refills: 4   QTY: 30

RX# 8995878  A196744  0394
ALFORD, BRIAN  05/20/2020
ASPIRIN E.C. 81MG TBEC
Refills: 4   QTY: 30

RX# 8995881  A196744  0394
ALFORD, BRIAN  05/20/2020
POTASSIUM CHLORIDE ER 10MEQ
Refills: 4   QTY: 3

RX# 8995877  A196744  0394
ALFORD, BRIAN  05/20/2020
CARVEDILOL 12.5MG TABS
Refills: 4   QTY: 30

RX# 8995877  A196744  0394
ALFORD, BRIAN  05/20/2020
CARVEDILOL 12.5MG TABS
Refills: 4   QTY: 30

Rx # 8913131  A196744  0394
ALFORD, BRIAN  5/13/2020
MINERAL OIL/WHITE PETROLATUM 20%/E
Refills: 0   QTY: 3.5

Rx # 8913097  A196744  0394
ALFORD, BRIAN  5/13/2020
LATANOPROST 0.005% EYE SOLN
Refills: 3   QTY: 2.5

Needs New order

Filled 6/16/2020

*Place This Slip In Medical Request Box in Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

DRC000540

**Toledo Correctional Institution**                           8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                             MED HSR
Main: 4197267977                        Date of Service: 4/27/2020

**BRIAN KEITH ALFORD**
Male DOB: ████ 1957      1871377715

**MED HSR**


*Imported By: Amanda Hayes-RN 6/16/2020 9:04:22 PM*

_____

External Attachment:

  Type:      Image
  Comment:   External Document


Signed By: Centricity, Document Manag at 6/16/2020 9:04:30 PM

# Health Services Request

### Petición Para Servicios de Salud

| For Medical Use Only / Para Uso Medico Solamente |
| --- |
| Reviewed by: _(signature)_ |
| Date Received: 4/27/2020    Time Received: 248 (a.m./p.m.) |

**Date Of Request:**
Fecha: 4·24·20

**Inmate Name:** ALFORD
Nombre:

**Number:** A196744
Numero:

**Housing Unit:** AMW14
Unidad:

**Request for:** [X] Medical Care / Attención Medica   [ ] Dental Care / Attención Dental   [ ] Medication Reorder / Reordenar Medicación   [ ] Medication Refill / Rellenar la Medicación

**Nature of problem:**
Descripción del problema: I NEED TO BE EXAMINED BY THE FOOT DOCTOR FOR PROPALY FITTED FOOTWARE. PLEASE PLACE ME ON THE LIST.

Kite 6/15/2020

### *Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

DRC000542

**Toledo Correctional Institution**                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                        MED HSR
Main: 4197267977                        Date of Service: 6/13/2020

**BRIAN KEITH ALFORD**
Male DOB: ███████ , 1957      1871377715

**MED HSR**


*Imported By: Amanda Hayes-RN 6/16/2020 8:54:52 PM*

_____

```
External Attachment:

  Type:      Image
  Comment:   External Document
```


```
Signed By: Centricity, Document Manag at 6/16/2020 8:55:01 PM
```

DRC000543

# Health Services Request

Petición Para Servicios de Salud

| For Medical Use Only / Para Uso Medico Solamente |
| --- |
| Reviewed by: _(signature)_ |
| Date Received: 6/13/2020 | Time Received: 738 a.m./p.m. |

Date Of Request:
Fecha: 6-11-20

Inmate Name:
Nombre: ALFORD

Number:
Numero: A196-744

Housing Unit:
Unidad: A1-W14

Request for:
[X] Medical Care / Attención Medica
[ ] Dental Care / Attención Dental
[ ] Medication Reorder / Reordenar Medicación
[ ] Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema:
THIS IS MY SECOND REQUEST IN A WEEK. RUNNY NOSE, CONGESTED, SNEEZING, WATERY EYES, PRESSURE IN EARS. COMMISSARY DENIED OTC REQUEST FOR ZYRTEC. CHRONIC ALLERGIES.

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

Seen NSC
6/13/2020

DRC 5373 (Rev. 08/07)

DRC000544

**Toledo Correctional Institution**                                      8/8/2023
2001 East Central Avenue
Toledo, OH 43608                               ODRC Nurse Sick Call-chronic allergies
Main: 4197267977                                        Date of Service: 6/13/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

**Pre-Existing Clinical Summary**
**Allergies:**
* Synalgos-DC, * BACTRIM DS.
**Problems**
Acute bilateral otitis media (ICD-382.9) (ICD10-H66.93), Viral syndrome (ICD-079.99) (ICD10-B97.89),
Seasonal allergies (ICD-477.9) (ICD10-J30.2), IBS (ICD-564.1) (ICD10-K58.9), Lateral epicondylitis, left
(ICD-726.32) (ICD10-M77.12), Unspecified viral hepatitis C without hepatic coma    (ICD-070.70)
(ICD10-B19.20), Unspecified essential hypertension (ICD-401.9) (ICD10-I10), Other states following
surgery of eye and adnexa    (ICD-V45.69) (ICD10-Z98.83), Unspecified infective arthritis, site unspecified
(ICD-711.90) (ICD10-M01.x0), Other cataract    (ICD-366.8) (ICD10-H26.8), Spasm of muscle
(ICD-728.85), Cervical spondylosis with myelopathy    (ICD-721.1) (ICD10-M47.12), Benign localized
hyperplasia of prostate without urinary obstruction and other lower urinary tract symptoms [LUTS]
(ICD-600.20) (ICD10-N40.0), Intervertebral lumbar disc disorder with myelopathy, lumbar region
(ICD-722.73) (ICD10-M51.06), Allergic rhinitis, cause unspecified    (ICD-477.9), Unspecified
dermatomycosis    (ICD-111.9) (ICD10-B36.9), Lattice degeneration of peripheral retina    (ICD-362.63)
(ICD10-H35.419), Carpal tunnel syndrome    (ICD-354.0) (ICD10-G56.00), Injury to ulnar nerve
(ICD-955.2), Allergic rhinitis due to other allergen    (ICD-477.8), Unspecified subjective visual disturbance
(ICD-368.10) (ICD10-H53.10), Routine general medical examination at health care facility    (ICD-V70.0).
**Orders**
Schedule with Optometry [SCHOPT], Schedule Chronic Care Visit F/U [SCHCCCFU].

**Nurse Sick Call**
**Is this sick call for a dental complaint?** No
**Type of Sick Call:**        Illness
**Referral Source:**    Health Service Request
**Sick Call Request Type:**    Symptom Based Sick Call Request

**Subjective**

**Subjective**
**Patient's subjective statement:** states he has chronic allergies and usually take zyrtec to make it go
away but was unable to get it at commissary. pt states he just needs some allergies pill to get him by until
he can get some for his runny/stuffy nose, sneezing and watery eyes

**Significant Medical History**
Chronic Rhinitis
**Other Nursing Diagnosis:** alteration in comfort r/t allergy symptoms

**Objective Findings**

**Toledo Correctional Institution**                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    ODRC Nurse Sick Call-chronic allergies
Main: 4197267977                              Date of Service: 6/13/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

## Head, Eyes, ENT
**Vision Disturbance:**   No
**Hearing Difficulty:**   No
**Difficulty Swallowing:**   No
**Bleeding Gums:**   No
**Other HEENT** nose and throat are clear no swelling

## Neuro / Musculoskeletal
**Conscious:**   Yes
**Oriented x 3:**   Yes
**Pupils, PERLA:**   Yes
**Weakness of Extremities:**   No

## Peripheral Circulation
**Cyanosis:**   No
**Mottling:**   No
**Tingling in Hands:**   No
**Tingling in Feet:**   No

## Genital / Urinary
**Urination Frequency:**   No
**Incontinence:**   No
**Difficulty Urinating:**   No
**Urinary Catheter:**   No

## Skin
**Color:**   Normal
**Temp:**   Dry, Cool
**Turgor:**   Normal
**Bruises:**   No

## Cardiovascular
**Rhythm** Regular
**Hear Sounds:**   Normal
**Edema:**   No
**Pitting:**   No

## Respiratory
**Lung Sounds** Normal
**Cough:**   No

## Gastrointestinal
**Appetite:**   Good
**Vomiting:**   No
**Nausea:**   No
**Bowel Movements:**   Regular

**Toledo Correctional Institution**                                                8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                      ODRC Nurse Sick Call-chronic allergies
Main: 4197267977                                              Date of Service: 6/13/2020

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                          1871377715

**Bowel Sounds:**   Normal
**Abdomen:**   Soft

## Plan
**Other Nursing Interventions:** pt 6 packs of cholrphen and claritin
**Patient Education Provided:**    Hand Hygiene, Increase fluids

## Disposition
Return to clinic if no improvement
No restrictions on activity
Released to general population

## Current Vital Signs
**Date/Time Vitals were taken:**   June 13, 2020 8:04 PM
**Previous Height:** 74 (05/14/2020 6:56:16 PM)     **Previous Weight:** 218 (05/14/2020 6:56:16 PM)

**Does weight include shackles?**   Without Shackles
**Current Weight (lbs) with or without shackles:**   223      **Current Height (in.):**   74
   **BMI:** 28.73    **Sitting BP:**  142 / 90
**Temperature:**  97.7
**Pulse rate:** 67     **Pulse rhythm:**   Regular
**Respirations:**   16   **Respiration Type:**   Unlabored
    **Pulse Ox%**   100    **Room Air:**   Yes
**Skin Turgor:**   normal
**Capillary Refill:** < 3 sec

Signed By: Hayes-RN, Amanda at 6/13/2020 8:08:35 PM

DRC000547

**Toledo Correctional Institution**                                         8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                            HSR NSC
Main: 4197267977                                          Date of Service: 6/13/2020

**BRIAN KEITH ALFORD**
Male DOB: █████, 1957                       1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

## Clinical Lists Changes

**Orders:**
Added new Test order of Schedule for Nurse Sick Call (SCHNSC) - Signed

Signed By: Hayes-RN, Amanda at 6/13/2020 7:37:24 PM

1 of 1
DRC000548

**Toledo Correctional Institution**                                          8/8/2023
**2001 East Central Avenue**
**Toledo**, OH 43608                                                        Order Form

## TEST FORM

| | | | | |
|---|---|---|---|---|
| **Authorizing Provider:** | Amanda Hayes-RN | **Service Provider:** | | ODRC |
| **Auth Provider NPI:** | | | | |
| **Signing Provider:** | Amanda Hayes-RN | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | | **Secondary Ins:** |
| **Group:** | | **Group:** |
| **Policy:** | | **Policy:** |
| **Insured ID:** | | **Insured ID:** |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| SCHNSC | Schedule for Nurse Sick Call | |

**Order Number:** 1111873-1  **Quantity:** 1
**Authorization #:**  **Priority:** N
**Start Date:** 06/13/2020  **End Date:** 06/13/2020
**Electronically signed by:** Amanda Hayes-RN  **Signed on:** 6/13/2020 7:37:21 PM
**Instructions:** chronic allergies

1 of 1

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                            2020-05-11 HSR
Main: 4197267977                               Date of Service: 5/25/2020

**BRIAN KEITH ALFORD**
Male DOB: ███████ , 1957        1871377715

**2020-05-11 HSR**


*Imported By: Ginger Rogers-HIT 5/25/2020 7:30:18 AM*

---------------------------------------------------------------

External Attachment:

  Type:      Image
  Comment:   External Document



Signed By: Centricity, Document Manag at 5/25/2020 7:30:30 AM

# Health Services Request

Petición Para Servicios de Salud

For Medical Use Only / Para Uso Medico Solamente

Reviewed by: _(signature)_

Date Received: 5/11/2020   Time Received: 2300   a.m./p.m.

Date Of Request:
Fecha: 5-11-20

Inmate Name:
Nombre: ALFORD

Number:
Numero: A 196-744

Housing Unit:
Unidad: A1-W14

Request for:
Request for:

- [ ] Medical Care / Atención Medica
- [ ] Dental Care / Atención Dental
- [ ] Medication Reorder / Reordenar Medicación
- [x] Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema: NEED TO PURCHASE OTC ZYRTEK FROM COMMISSARY. PLEASE E-MAIL THEM TO PURCHASE ASAP. THANKS!

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

_(handwritten note, rotated)_ no response Kite 5-12-2020 A8

DRC000551

**Toledo Correctional Institution**                              8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                      2020-05-11 HSR
Main: 4197267977                          Date of Service: 5/25/2020

**BRIAN KEITH ALFORD**
Male DOB: ██████ 1957      1871377715

**2020-05-11 HSR**

*Imported By: Ginger Rogers-HIT 5/25/2020 7:28:17 AM*

---

External Attachment:

  Type:      Image
  Comment:   External Document

Signed By: Centricity, Document Manag at 5/25/2020 7:28:30 AM

# Health Services Request

Petición Para Servicios de Salud

| For Medical Use Only / Para Uso Medico Solamente | | |
|---|---|---|
| Reviewed by: | | |
| Date Received: 5/11/2020 | Time Received: 5300 | a.m./p.m. |

Date Of Request: 5-11-20
Fecha:

Inmate Name: ALFORD
Nombre:

Number: A196.744
Numero:

Housing Unit: A+W14
Unidad:

**Request for:**

☐ Medical Care
  Atención Medica

☐ Dental Care
  Atención Dental

☒ Medication Reorder
  Reordenar Medicación

☒ Medication Refill
  Rellenar la Medicación

**Nature of problem:**
Descripción del problema:

Rx # 8913097    A196744    0394
ALFORD, BRIAN    4/13/2020
LATANOPROST 0.005% EYE SBLN
Refills: 4    QTY: 2.5

Rx # 8913131    A196744    0394
ALFORD, BRIAN    4/13/2020
MINERAL OIL/WHITE PETROLATUM 20%E
Refills: 1    QTY: 3.5

5/1?

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

DRC000553

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                              2020-05-14 HSR
Main: 4197267977                                  Date of Service: 5/25/2020

**BRIAN KEITH ALFORD**
Male DOB: ██████, 1957       1871377715

**2020-05-14 HSR**


*Imported By: Ginger Rogers-HIT 5/25/2020 7:16:08 AM*

---

External Attachment:

  Type:      Image
  Comment:   External Document


Signed By: Centricity, Document Manag at 5/25/2020 7:16:31 AM

# Health Services Request

Petición Para Servicios de Salud

| For Medical Use Only / Para Uso Medico Solamente |
|---|
| Reviewed by: *R Schumacher RN* |
| Date Received: 5/14/20 | Time Received: 615 a.m./p.m. |

Date Of Request:
Fecha: 5·14·20

Inmate Name:
Nombre: ALFORD

Number:
Numero: A186744

Housing Unit:
Unidad: ArW14

Request for:  [X] Medical Care / Attención Medica   [ ] Dental Care / Attención Dental   [ ] Medication Reorder / Reordenar Medicación   [ ] Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema: ON 5-11-20 I WAS INFORMED BY RN SHOWMAN THAT COMMISSARY WOULD NOT ALLOW ME TO PURCHASE OTC ZYRTEC OUTSIDE OF MY TYPICAL COMMISSARY DAYS. COULD I OBTAIN ENOUGH ALLERGY MEDS FOR SEVEN DAYS UNTIL I SHOP NEXT WEEK? COUGHING, SNEEZING, EYES RUNNY, EAR PRESSURE, CONGESTED, HEADACHE.

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

Seen 6:30pm

DRC000555

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                            2020-05-18 HSR
Main: 4197267977                              Date of Service: 5/25/2020

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957      1871377715

**2020-05-18 HSR**


*Imported By: Ginger Rogers-HIT 5/25/2020 7:10:32 AM*

_____

External Attachment:

 Type:      Image
 Comment:   External Document



Signed By: Centricity, Document Manag at 5/25/2020 7:11:00 AM



# Health Services Request
### Petición Para Servicios de Salud

For Medical Use Only / Para Uso Medico Solamente

Reviewed by:

Date Received: 5/19/20    Time Received: 811    a.m./p.m.

Date Of Request:
Fecha: 5-18-20

Inmate Name:
Nombre: ALFORD

Number:
Numero: A196744

Housing Unit:
Unidad: A-W14

**Request for:**
- ☐ Medical Care / Atención Medica
- ☐ Dental Care / Atención Dental
- ☒ Medication Reorder / Reordenar Medicación
- ☒ Medication Refill / Rellenar la Medicación

**Nature of problem:**
Descripción del problema:

RX# 8819484   A196744   0384
ALFORD, BRIAN            04/21/2020
AMLODIPINE BESYLATE 10MG TABS
Refills: 0    QTY: 30

RX# 8819482   A196744   0394
ALFORD, BRIAN            04/21/2020
HYDROCHLOROTHIAZIDE 25MG TA
Refills: 0    QTY: 30

RX# 8819478   A196744   039-
ALFORD, BRIAN            04/21/202
POTASSIUM CHLORIDE ER 10MEQ
Refills: 0    QTY: 3

RX# 8819486   A196744   0394
ALFORD, BRIAN            04/21/2020
ASPIRIN E.C. 81MG TBEC
Refills: 0    QTY: 30

RX# 8820735   A196744   039-
ALFORD, BRIAN            04/21/202
CARVEDILOL 12.5MG TABS
Refills: 0    QTY: 3

RX# 8820735   A196744   039-
ALFORD, BRIAN            04/21/202
CARVEDILOL 12.5MG TABS
Refills: 0    QTY: 3

Refilled
5-19-2020

## Place This Slip In Medical Request Box Or Designated Area
### Ponga en la Caja de Peticiónes Medicas en Area Designada

DRC 5373 (Rev. 08/07)

DRC000557

**Toledo Correctional Institution**                                  8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          ODRC Nurse Sick Call- wants allergy meds
Main: 4197267977                                Date of Service: 5/14/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

**Pre-Existing Clinical Summary**
**Allergies:**
* Synalgos-DC, * BACTRIM DS.
**Problems**
Acute bilateral otitis media (ICD-382.9) (ICD10-H66.93), Viral syndrome (ICD-079.99) (ICD10-B97.89), Seasonal allergies (ICD-477.9) (ICD10-J30.2), IBS (ICD-564.1) (ICD10-K58.9), Lateral epicondylitis, left (ICD-726.32) (ICD10-M77.12), Unspecified viral hepatitis C without hepatic coma    (ICD-070.70) (ICD10-B19.20), Unspecified essential hypertension (ICD-401.9) (ICD10-I10), Other states following surgery of eye and adnexa   (ICD-V45.69) (ICD10-Z98.83), Unspecified infective arthritis, site unspecified (ICD-711.90) (ICD10-M01.x0), Other cataract    (ICD-366.8) (ICD10-H26.8), Spasm of muscle (ICD-728.85), Cervical spondylosis with myelopathy   (ICD-721.1) (ICD10-M47.12), Benign localized hyperplasia of prostate without urinary obstruction and other lower urinary tract symptoms [LUTS] (ICD-600.20) (ICD10-N40.0), Intervertebral lumbar disc disorder with myelopathy, lumbar region (ICD-722.73) (ICD10-M51.06), Allergic rhinitis, cause unspecified   (ICD-477.9), Unspecified dermatomycosis    (ICD-111.9) (ICD10-B36.9), Lattice degeneration of peripheral retina    (ICD-362.63) (ICD10-H35.419), Carpal tunnel syndrome    (ICD-354.0) (ICD10-G56.00), Injury to ulnar nerve (ICD-955.2), Allergic rhinitis due to other allergen   (ICD-477.8), Unspecified subjective visual disturbance (ICD-368.10) (ICD10-H53.10), Routine general medical examination at health care facility    (ICD-V70.0).
**Orders**
Schedule with Optometry [SCHOPT], Schedule Chronic Care Visit F/U [SCHCCCFU].

**Nurse Sick Call**
**Is this sick call for a dental complaint?** No
**Type of Sick Call:**        Illness
**Referral Source:**   Health Service Request
**Sick Call Request Type:**   Symptom Based Sick Call Request

**Subjective**

**Subjective**
**Patient's subjective statement:** states he has chronic allergies and ran out of zyrtec and cant get more from commissary for a week. States he was wanting more to get him by. states just has sinus congestion, runny nose.

**Significant Medical History**
**Other Nursing Diagnosis:** alteration in comfort r/t sinus symptoms

**Objective Findings**

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                              ODRC Nurse Sick Call- wants allergy meds
Main: 4197267977                                    Date of Service: 5/14/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                      1871377715


### Head, Eyes, ENT
**Vision Disturbance:**   No
**Hearing Difficulty:**   No
**Difficulty Swallowing:**   No
**Bleeding Gums:**   No
**Other HEENT** throat clear no redness, nose clear

### Neuro / Musculoskeletal
**Conscious:**   Yes
**Oriented x 3:**   Yes
**Pupils, PERLA:**   Yes
**Weakness of Extremities:**   No

### Peripheral Circulation
**Cyanosis:**   No
**Mottling:**   No
**Tingling in Hands:**   No
**Tingling in Feet:**   No

### Genital / Urinary
**Urination Frequency:**   No
**Incontinence:**   No
**Difficulty Urinating:**   No
**Urinary Catheter:**   No

### Skin
**Color:**   Normal
**Temp:**   Dry, Warm
**Turgor:**   Normal
**Bruises:**   No

### Cardiovascular
**Rhythm** Regular
**Hear Sounds:**   Normal
**Edema:**   No
**Pitting:**   No

### Respiratory
**Lung Sounds** Normal
**Cough:**   No

### Gastrointestinal
**Appetite:**   Good
**Vomiting:**   No
**Nausea:**   No
**Bowel Movements:**   Regular
**Bowel Sounds:**   Normal

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                      ODRC Nurse Sick Call- wants allergy meds
Main: 4197267977                                    Date of Service: 5/14/2020

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957              1871377715

**Abdomen:**   Soft

## Plan
**Other Nursing Interventions:** pt given 7 days of claritin and 7 packs chlorphen educated to get more from commissary
**Patient Education Provided:**     Hand Hygiene, Increase fluids

## Disposition
Return to clinic if no improvement
No restrictions on activity

## Current Vital Signs
**Date/Time Vitals were taken:**   May 14, 2020 7:07 PM
**Previous Height:** 74 (02/10/2020 6:29:10 AM)     **Previous Weight:** 241 (03/30/2020 9:49:49 AM)

**Does weight include shackles?**   Without Shackles
**Current Weight (lbs) with or without shackles:**   218        **Current Height (in.):**   74
    **BMI:** 28.09     **Sitting BP:**   137 / 84
**Temperature:**   98.1       **Temperature site:**   Oral
**Pulse rate:** 62        **Pulse rhythm:**   Regular
**Respirations:**   16    **Respiration Type:**   Unlabored
      **Pulse Ox%**   100     **Room Air:**   Yes
**Skin Turgor:**   normal
**Capillary Refill:** < 3 sec

Signed By: Hayes-RN, Amanda at 5/14/2020 7:12:45 PM

DRC000560

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                        HSR NSC
Main: 4197267977                                      Date of Service: 5/14/2020

**BRIAN KEITH ALFORD**
Male DOB: ▮▮▮▮, 1957                         1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 63 Years Old

## Clinical Lists Changes

**Orders:**
Added new Test order of Schedule for Nurse Sick Call (SCHNSC) - Signed

Signed By: Hayes-RN, Amanda at 5/14/2020 6:55:55 PM

**Toledo Correctional Institution**                                          8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                          Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Amanda Hayes-RN | **Service Provider:** ODRC |
| **Auth Provider NPI:** | |
| **Signing Provider:** Amanda Hayes-RN | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| Patient Name: | BRIAN KEITH ALFORD | DOB: | ███, 1957 | Age: | 66 |
|---|---|---|---|---|---|
| Home Phone: | | Sex: | Male | SSN: | ███ |
| Work Phone: | | Cell Phone: | | Patient ID: | 1871377715 |
| Resp. Provider: | | | | | |

| Primary Ins: | Secondary Ins: |
|---|---|
| Group: | Group: |
| Policy: | Policy: |
| Insured ID: | Insured ID: |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| SCHNSC | Schedule for Nurse Sick Call | |

**Order Number:** 1056923-1                    **Quantity:** 1
**Authorization #:**                           **Priority:** N
**Start Date:** 05/14/2020                      **End Date:** 05/14/2020
**Electronically signed by:** Amanda Hayes-RN   **Signed on:** 5/14/2020 6:55:52 PM
**Instructions:**          wants allergy meds

1 of 1

DRC000562

**Toledo Correctional Institution**                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                              MED HSR
Main: 4197267977                        Date of Service: 4/22/2020

**BRIAN KEITH ALFORD**
Male DOB: ███████, 1957      1871377715

**MED HSR**


*Imported By: Ashlyn Taylor-HIT 4/22/2020 11:04:16 AM*

_____

External Attachment:

  Type:      Image
  Comment:   External Document



Signed By: Centricity, Document Manag at 4/22/2020 11:04:30 AM

1 of 1

# Health Services Request

Petición Para Servicios de Salud

| For Medical Use Only / Para Uso Medico Solamente |
|---|
| Reviewed by: |
| Date Received: | Time Received: a.m./p.m. |

Date Of Request:
Fecha: 4-20-20

Inmate Name:
Nombre: ALFORD

Number:
Numero: A196 744

Housing Unit:
Unidad: A1-W14

Request for:
☐ Medical Care / Attención Medica
☐ Dental Care / Attención Dental
☑ Medication Reorder / Reordenar Medicación
☑ Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del —

RX# 8819486 A196744 0394 03/26/20X ALFORD, BRIAN ASPIRIN E.C. 81MG TBEC Refills 1 QTY: 30

RX# 8819484 A196744 0394 03/26/202 ALFORD, BRIAN AMLODIPINE BESYLATE 10MG TAB Refills 1 QTY: 30

RX# 8819478 A196744 0394 03/26/20X ALFORD, BRIAN POTASSIUM CHLORIDE ER 10MEQ Refills 1 QTY: 30

RX# 8820735 A196744 0394 03/26/2020 ALFORD, BRIAN CARVEDILOL 12.5MG TABS Refills 1 QTY: 30

RX# 8820735 A196744 0394 03/26/2020 ALFORD, BRIAN CARVEDILOL 12.5MG TABS Refills 1 QTY: 30

RX# 8819482 A196744 0394 03/26/20X ALFORD, BRIAN HYDROCHLOROTHIAZIDE 25MG TA Refills 1 QTY: 30

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

DRC000564

**Toledo Correctional Institution**                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                              MED HSR
Main: 4197267977                         Date of Service: 3/29/2020

**BRIAN KEITH ALFORD**
Male DOB: ███████ 1957      1871377715

**MED HSR**


*Imported By: Ashlyn Taylor-HIT 3/31/2020 12:43:42 PM*

_____

External Attachment:

  Type:     Image
  Comment:  External Document


Signed By: Centricity, Document Manag at 3/31/2020 12:44:01 PM

# Health Services Request

### Petición Para Servicios de Salud

For Medical Use Only / Para Uso Medico Solamente

Reviewed by: _M.M. Greene, RN_

Date Received: _3/29/2020_     Time Received: _2200_     a.m./p.m.

Date Of Request: / Fecha: _3-27-20_

Inmate Name: / Nombre: _ALFORD_

Number: / Numero: _19196-744_

Housing Unit: / Unidad: _A1-N14_

Request for:
- [X] Medical Care / Attención Medica
- [ ] Dental Care / Attención Dental
- [ ] Medication Reorder / Reordenar Medicación
- [ ] Medication Refill / Rellenar la Medicación

Nature of problem: / Descripción del problema: _COUGHING, SNEEZING, RUNNY NOSE, LEFT EAR PAIN, NKSEA_

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

_NSC 3/30/20_

DRC 5373 (Rev. 08/07)

DRC000566

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                              CCC- htn and liver
Main: 4197267977                                      Date of Service: 3/30/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

### Clinical Lists Changes

**Orders:**
Added new Test order of Schedule Chronic Care Visit F/U (SCHCCCFU) - Signed


Signed By: Hayes-RN, Amanda at 3/30/2020 8:55:29 PM

DRC000567

**Toledo Correctional Institution**                                    8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                   Order Form

---

# TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Candy Babb-CNP | **Service Provider:** | |
| **Auth Provider NPI:** | 1417950718 | | |
| **Signing Provider:** | Amanda Hayes-RN | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ██████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| SCHCCCFU | Schedule Chronic Care Visit F/U | |

**Order Number:** 974207-1                          **Quantity:** 1
**Authorization #:**                                **Priority:** N
**Start Date:** 07/15/2020                           **End Date:**
**Electronically signed by:** Amanda Hayes-RN        **Signed on:** 3/30/2020 8:55:26 PM
**Instructions:** CCC-HTN, Liver

1 of 1

**Toledo Correctional Institution**                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                         ODRC Nurse Sick Call-allergies
Main: 4197267977                         Date of Service: 3/30/2020

**BRIAN KEITH ALFORD**
Male DOB: ████ 1957              1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

**Pre-Existing Clinical Summary**
**Allergies:**
* Synalgos-DC, * BACTRIM DS.
**Problems**
Acute bilateral otitis media (ICD-382.9) (ICD10-H66.93), Viral syndrome (ICD-079.99) (ICD10-B97.89), Seasonal allergies (ICD-477.9) (ICD10-J30.2), IBS (ICD-564.1) (ICD10-K58.9), Lateral epicondylitis, left (ICD-726.32) (ICD10-M77.12), Unspecified viral hepatitis C without hepatic coma    (ICD-070.70) (ICD10-B19.20), Unspecified essential hypertension (ICD-401.9) (ICD10-I10), Other states following surgery of eye and adnexa    (ICD-V45.69) (ICD10-Z98.83), Unspecified infective arthritis, site unspecified (ICD-711.90) (ICD10-M01.x0), Other cataract    (ICD-366.8) (ICD10-H26.8), Spasm of muscle (ICD-728.85), Cervical spondylosis with myelopathy    (ICD-721.1) (ICD10-M47.12), Benign localized hyperplasia of prostate without urinary obstruction and other lower urinary tract symptoms [LUTS] (ICD-600.20) (ICD10-N40.0), Intervertebral lumbar disc disorder with myelopathy, lumbar region (ICD-722.73) (ICD10-M51.06), Allergic rhinitis, cause unspecified    (ICD-477.9), Unspecified dermatomycosis    (ICD-111.9) (ICD10-B36.9), Lattice degeneration of peripheral retina    (ICD-362.63) (ICD10-H35.419), Carpal tunnel syndrome    (ICD-354.0) (ICD10-G56.00), Injury to ulnar nerve (ICD-955.2), Allergic rhinitis due to other allergen    (ICD-477.8), Unspecified subjective visual disturbance (ICD-368.10) (ICD10-H53.10), Routine general medical examination at health care facility    (ICD-V70.0).
**Orders**
Schedule with Optometry [SCHOPT], Schedule Chronic Care Visit F/U [SCHCCCFU], Schedule with Advanced Level Provider [SCHMEDALP].

**Nurse Sick Call**
**Is this sick call for a dental complaint?** No
**Type of Sick Call:**       Illness
**Referral Source:**   Health Service Request
**Sick Call Request Type:**   Symptom Based Sick Call Request

**Subjective**

**Subjective**
**Patient's subjective statement:** Pt. c/o coughing sneezing and itchy water eyes.

**Significant Medical History**
Seasonal Allergies

**Objective Findings**

**Toledo Correctional Institution**                                8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                    ODRC Nurse Sick Call-allergies
Main: 4197267977                                     Date of Service: 3/30/2020

**BRIAN KEITH ALFORD**
Male DOB: ███ 1957                         1871377715


### Neuro / Musculoskeletal
**Conscious:**  Yes
**Oriented x 3:**  Yes
**Pupils, PERLA:**  Yes
**Weakness of Extremities:**  No

### Peripheral Circulation
**Cyanosis:**  No
**Mottling:**  No
**Tingling in Hands:**  No
**Tingling in Feet:**  No

### Genital / Urinary
**Urination Frequency:**  No
**Incontinence:**  No
**Difficulty Urinating:**  No
**Urinary Catheter:**  No

### Skin
**Color:**  Normal

### Cardiovascular
**Rhythm** Regular
**Hear Sounds:**  Normal
**Edema:**  No
**Pitting:**  No

### Respiratory
**Lung Sounds** Normal

### Gastrointestinal
**Appetite:**  Good
**Vomiting:**  No
**Nausea:**  No
**Bowel Movements:**  Regular
**Bowel Sounds:**  Normal
**Abdomen:**  Soft

### Plan
**Nursing Interventions:** CTM 1 tab twice daily for 3 days PO PRN for nasal
congestion/drainage/sneezing - 6 tabs given
**Other Nursing Interventions:** 2 clartin given
**Patient Education Provided:**  Hand Hygiene
**Other patient education:** Re educated pt. to buy allergy med on next shop date.

### Disposition
Return to clinic if no improvement

**Toledo Correctional Institution**                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                              ODRC Nurse Sick Call-allergies
Main: 4197267977                               Date of Service: 3/30/2020

**BRIAN KEITH ALFORD**
Male DOB: ███ 1957                    1871377715


**Current Vital Signs**
**Date/Time Vitals were taken:**  March 30, 2020 9:50 AM
**Previous Height:** 74 (02/10/2020 6:29:10 AM)    **Previous Weight:** 215 (03/24/2020 9:31:11 AM)

**Does weight include shackles?**  Without Shackles
**Current Weight (lbs) with or without shackles:**  241    **BMI:** 31.05    **Sitting BP:**  139 **/** 90
**Temperature:**  97.7    **Temperature site:**  Oral
**Pulse rate:** 77**Respirations:**  16  **Respiration Type:**  Unlabored
     **Pulse Ox%**  100    **Room Air:**  Yes


Signed By: Johnson-RN, Ciara at 3/30/2020 10:29:17 AM

DRC000571

**Toledo Correctional Institution**                                   8/8/2023
2001 East Central Avenue
Toledo, OH 43608                         NSC - Coughing, Sneezing, Runny Nose, L Ear Pain, Nau
Main: 4197267977                                    Date of Service: 3/30/2020

**BRIAN KEITH ALFORD**
Male DOB: ██████, 1957                  1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

## Clinical Lists Changes

**Orders:**
Added new Test order of Schedule for Nurse Sick Call (SCHNSC) - Signed


Signed By: Mathews-RN, Michael at 3/30/2020 3:50:20 AM

DRC000572

**Toledo Correctional Institution**                                          8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                     Order Form

| TEST FORM |
|---|

| | | | | | |
|---|---|---|---|---|---|
| **Authorizing Provider:** | Michael Mathews-RN | **Service Provider:** | | ODRC | |
| **Auth Provider NPI:** | | | | | |
| **Signing Provider:** | Michael Mathews-RN | | | | |
| **Phone:** | | **Phone:** | | | |
| **Fax:** | | **Fax:** | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ▪, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▪ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| Code | Description | Diagnoses |
|---|---|---|
| SCHNSC | Schedule for Nurse Sick Call | |

**Order Number:** 971074-1                              **Quantity:** 1
**Authorization #:**                                    **Priority:** N
**Start Date:** 03/30/2020                              **End Date:** 03/30/2020
**Electronically signed by:** Michael Mathews-RN        **Signed on:** 3/30/2020 3:50:11 AM
**Instructions:** Coughing, Sneezing, Runny Nose, L Ear Pain, Nausea

1 of 1

DRC000573

**Toledo Correctional Institution**                                      8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                         MED HSR
Main: 4197267977                                    Date of Service: 3/25/2020

**BRIAN KEITH ALFORD**
Male DOB: ████ 1957      1871377715

**MED HSR**


*Imported By: Ashlyn Taylor-HIT 3/27/2020 9:36:48 AM*

---

External Attachment:

  Type:      Image
  Comment:   External Document


Signed By: Centricity, Document Manag at 3/27/2020 9:37:02 AM

**DRC000574**

# Health Services Request

Petición Para Servicios de Salud

**For Medical Use Only / Para Uso Medico Solamente**

Reviewed by: _Schumacher CJ_

Date Received: 3/25/20   Time Received: 1030   a.m./p.m.

| Date Of Request: Fecha: | 3·25·20 |

| Inmate Name: Nombre: | ALFORD | Number: Numero: | A196744 | Housing Unit: Unidad: | A-W14 |

**Request for:** ☐ Medical Care / Attención Medica   ☐ Dental Care / Attención Dental   ☐ Medication Reorder / Reordenar Medicación   ☒ Medication Refill / Rellenar la Medicación

**Nature of problem:**
Descripción del problema:

RX# 8820735  A196744  0394
ALFORD, BRIAN          03/02/2020
CARVEDILOL 12.5MG TABS
Refills 2              QTY: 30

RX# 8820735  A196744  0394
ALFORD, BRIAN          03/02/2020
CARVEDILOL 12.5MG TABS
Refills 2              QTY: 30

RX# 8819486  A196744  0394
ALFORD, BRIAN          03/02/2020
ASPIRIN E.C 81MG TBEC
Refills 2              QTY: 30

RX# 8819478  A196744  0394
ALFORD, BRIAN          03/02/2020
POTASSIUM CHLORIDE ER 10MEQ
Refills 2             QTY: 30

RX# 8819484  A196744  0394
ALFORD, BRIAN          03/02/2020
AMLODIPINE BESYLATE 10MG TABS
Refills 2             QTY: 30

RX# 8819482  A196744  0394
ALFORD, BRIAN          03/02/2020
HYDROCHLOROTHIAZIDE 25MG TA
Refills 2             QTY: 30

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

DRC000575

**Toledo Correctional Institution**                                    8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                   Order Form

## TEST FORM

| | | | | |
|---|---|---|---|---|
| **Authorizing Provider:** | Philip Caravella-MD | **Service Provider:** | | |
| **Auth Provider NPI:** | 1336252931 | | | |
| **Signing Provider:** | Philip Caravella-MD | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | **Secondary Ins:** | |
| **Group:** | **Group:** | |
| **Policy:** | **Policy:** | |
| **Insured ID:** | **Insured ID:** | |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| NSG004 | NSG- Blood Pressure Checks | |

**Order Number:** 957942-1                          **Quantity:** 1
**Authorization #:**                                **Priority:** N
**Start Date:** 03/24/2020                          **End Date:**
**Electronically signed by:** Philip Caravella-MD   **Signed on:** 3/24/2020 11:11:48 AM
**Instructions:**       blood pressure checks once a week times 4. Please check the blood pressure twice at each
                       visit realizing that the second blood pressure is believed to be most accurate.

1 of 1

**Toledo Correctional Institution**                                        8/8/2023
**2001 East Central Avenue**
**Toledo**, **OH 43608**                                                    Order Form

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Philip Caravella-MD | **Service Provider:** | |
| **Auth Provider NPI:** | 1336252931 | | |
| **Signing Provider:** | Philip Caravella-MD | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ▇▇▇, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▇▇▇▇ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| SCHMEDALP | Schedule with Advanced Level Provider | |

| | | | |
|---|---|---|---|
| **Order Number:** | 957942-3 | **Quantity:** | 1 |
| **Authorization #:** | | **Priority:** | N |
| **Start Date:** | 04/24/2020 | **End Date:** | 04/24/2020 |
| **Electronically signed by:** | Philip Caravella-MD | **Signed on:** | 3/24/2020 11:11:48 AM |
| **Instructions:** | DSC in one month for BP checks and medication review. | | |

1 of 1

**Toledo Correctional Institution**                                        8/8/2023
**2001 East Central Avenue**
**Toledo**, OH **43608**                                                    Order Form

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Philip Caravella-MD | **Service Provider:** | |
| **Auth Provider NPI:** | 1336252931 | | |
| **Signing Provider:** | Philip Caravella-MD | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███ , 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ██████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| SCHCCCFU | Schedule Chronic Care Visit F/U | |

**Order Number:** 957942-2                      **Quantity:** 1
**Authorization #:**                            **Priority:** N
**Start Date:** 05/22/2020                       **End Date:** 05/22/2020
**Electronically signed by:** Philip Caravella-MD    **Signed on:** 3/24/2020 11:11:48 AM
**Instructions:**        two month CCC follow up- hypertension and liver - Hep C.

1 of 1

**Toledo Correctional Institution**                                8/8/2023
2001 East Central Avenue
Toledo, OH 43608                       ALP Chronic Care - Follow-Up-hypertension and liver
Main: 4197267977                                    Date of Service: 3/24/2020

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957              1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

**Current Vital Signs**
**Date/Time Vitals were taken:**  March 24, 2020 9:31 AM
**Previous Height:** 74 (02/10/2020 6:29:10 AM)     **Previous Weight:** 213 (02/16/2020 3:05:21 PM)

**Does weight include shackles?**   Without Shackles
**Current Weight (lbs) with or without shackles:**   215    **BMI:** 27.70    **Sitting BP:** 149 / 90
**Temperature:**  97.7    **Temperature site:**   Oral
**Pulse rate:** 78    **Pulse rhythm:**   Regular
**Respirations:**  16    **Respiration Type:**   Unlabored
        **Pulse Ox%**  98    **Room Air:** Yes

**Nursing Chronic Care Clinic Review**

**Chronic Care Clinics**
Cardiac-Hypertension
Liver
**Medication Compliance:**        Compliant
**Reports side effects?** No
**Treatment Plan Compliance:**        Yes
**Dietary Compliance:** Yes

**Education Provided**
Diet
Disease Process
Exercise
Tobacco Cessation
ETOH Cessation
Medication
**Handouts Given?** No

**Chronic Care Being Seen Today:**
Cardiac / HTN
Liver

**Clinics**
Liver Disease

**HPI**
**Edema** No

**Toledo Correctional Institution**                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                      ALP Chronic Care - Follow-Up-hypertension and liver
Main: 4197267977                              Date of Service: 3/24/2020

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                    1871377715

## Liver Disease
**Type:** Hepatitis C
**Is patient currently receiving hepatitis drug treatment?** No
Medication treatment not indicated at this time.

**Nausea** No
**Vomiting** No
**Diarrhea** No
**Edema** No
**Abdominal pain** No
**Drug use since last CC visit?** No
**History:** he has no significant complaints regarding his visit or other important issues.

## Cardiac / Hypertension
**History of hypertension** Yes
**Chest Pain** No
**Shortness of Breath** No
**Palpitations** Yes
**Comments:** can occur daily- lasting about 3-4 minutes- can have some dizziness when it happens
**Peripheral Edema** No
**Syncope / Dizziness** Yes
**Comments:** see above
**Orthopnea** No
**Headache** No
**Nocturia** Yes
**Comments:** up 10-20 times per night- naps during the day. Up more at night.
**Compliant with medication?** No
**Comments:** taking coreg only once a day
**Medication side effects** No
current meds include HCTZ 25 mg , coreg 12.5 twice daily, Amlodipine 10 mg each day, asa 81mg each
day, Kcl 10 meq each day, Only on coreg each day.

## Current Lab
**Weight:**
215
**Urine Microalbumin**
3.8 (05/09/2017 6:31:25 AM)
**LDL**
91 (04/03/2019 9:15:33 AM)
**HDL**
50 (04/03/2019 9:15:33 AM)
**AST (SGOT)**
47 (03/10/2020 1:16:00 AM)
**ALT (SGPT)**
50 (03/10/2020 1:17:00 AM)

DRC000580

**Toledo Correctional Institution**                     8/8/2023
2001 East Central Avenue
Toledo, OH 43608                     ALP Chronic Care - Follow-Up-hypertension and liver
Main: 4197267977                     Date of Service: 3/24/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957          1871377715

**APRI**
0.5 (03/10/2020 1:16:00 AM)
**Hemoglobin**
13.9 (08/29/2018 10:31:04 AM)
**Creatinine**
1.16 (03/10/2020 1:14:00 AM)


## Physical Examination
Extremeties

## General
**Obese**    No
**Diaphoretic** No
**Answers questions appropriately.** Yes
**Able to speak in full sentences.** Yes

## Cardiovascular
Regular rhythm, no murmurs or gallops.

## Respiratory
Lungs clear to auscultation with no wheezing, rales, or rhonchi
**Wheezing** No
**Rales** No
**Rhonchi** No
**Diminished breathsounds** No
**Use of accessory muscles** No

## Neck
**Adenopathy** No
**Carotid Bruits** No
**Enlarged Thyroid** No
**Nuchal Rigidity** No

## Extremeties
**Edema** No
**Heat** No
**Discoloration**    No
**Tenderness** No
**Ulceration(s)** No

## Eyes
Full extraocular motion, sclera clear, not icteric, pupils equal and round
**Sclera red**    No
**Discharge**    No
**PERRLA** No
**Sclera icterus** No

**Toledo Correctional Institution**                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    ALP Chronic Care - Follow-Up-hypertension and liver
Main: 4197267977                    Date of Service: 3/24/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957            1871377715

**Degree of Control**
Cardiac/HTN
Liver
Cardiac / HTN
**Degree of control** Fair
Liver
**Degree of control** Good

**Chronic Care Follow-Up Interval**
**Status:** Worsened
**Follow-Up Date** 60 Days
**Does the follow-up interval chosen deviate from protocol?** No

**Chronic Care Plan**
**Overall Plan Comments:** Hypertension:    Reduce HCTZ to 12.5 mg daily.
also with education he will take his coreg twice daily.
Also to improve BP and weight - he will begin brisk walking daily getting up to 45-60 minutes a day - to lower both BP and weight. Needs to lose 15 lbs over time.
He needs BP checks weekly for 30 days.
Liver: status- discusseed his lab results and he is stable and will follow at CCC at a regular basis- No treatment at this time is indicated.
He will be seen in one month for DSC to review    BP checks and medication status:    and in 60 days CCC.

Patient durring the visit he complained of exposure in past yeqrs to refrigerants and worry about the possible adverse effects from this. Patient should address his concern at sick call through a health service request. He was seen today for his CCC needs.

**Education Provided**
Disease process
Exercise
Medication management
Treatment plan
Test results
**New Orders**
NSG- Blood Pressure Checks [NSG004]
Schedule Chronic Care Visit F/U [SCHCCCFU]
Schedule with Advanced Level Provider [SCHMEDALP]

Signed By: Caravella-MD, Philip at 3/24/2020 11:11:50 AM

DRC000582

**Toledo Correctional Institution**                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608
Main: 4197267977                         Date of Service: 3/24/2020

**BRIAN KEITH ALFORD**
Male DOB: ███ 1957            1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

## Clinical Lists Changes

**Problems:**
Removed problem of Adverse effect of sulfonamides, initial encounter (ICD10-T37.0x5A)

Signed By: Caravella-MD, Philip at 3/24/2020 9:14:28 AM

**Toledo Correctional Institution**                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                ccc f/u HTN, HCV
Main: 4197267977                        Date of Service: 3/19/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957               1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

## Clinical Lists Changes

**Orders:**
Added new Test order of Schedule Chronic Care Visit F/U (SCHCCCFU) - Signed

Signed By: Baumgartner-RN, Melissa at 3/19/2020 3:52:47 PM

DRC000584

**Toledo Correctional Institution**                                    8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                   Order Form

| TEST FORM | |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **Authorizing Provider:** | Philip Caravella-MD | **Service Provider:** | | | |
| **Auth Provider NPI:** | 1336252931 | | | | |
| **Signing Provider:** | Melissa Baumgartner-RN | | | | |
| **Phone:** | | **Phone:** | | | |
| **Fax:** | | **Fax:** | | | |
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| SCHCCCFU | Schedule Chronic Care Visit F/U | |

**Order Number:** 947803-1                       **Quantity:** 1
**Authorization #:**                             **Priority:** N
**Start Date:** 03/23/2020                        **End Date:** 03/23/2020
**Electronically signed by:** Melissa Baumgartner-RN   **Signed on:** 3/19/2020 3:52:41 PM
**Instructions:**        ccc f/u HTN, HCV

1 of 1

**ODRC**                                                                    8/8/2023

,                                                                    CBC With Diffe
Panel (14),  ...
                                                          Date of Service: 3/9/2020

**BRIAN KEITH ALFORD**
Male DOB: ███ 1957                    1871377715

```
Patient: BRIAN  ALFORD
ID: 1100 06930502910
Note: All result statuses are Final unless otherwise noted.
Patient Note: PATIENT NOT FASTING
Tests: (1) CBC With Differential/Platelet (005009)
   WBC                         6.2 x10E3/uL              3.4-10.8
   RBC                         5.15 x10E6/uL             4.14-5.80
   Hemoglobin                  14.6 g/dL                 13.0-17.7
   Hematocrit                  46.0 %                    37.5-51.0
   MCV                         89 fL                     79-97
   MCH                         28.3 pg                   26.6-33.0
   MCHC                        31.7 g/dL                 31.5-35.7
   RDW                         12.7 %                    11.6-15.4
   Platelets                   244 x10E3/uL              150-450
   Neutrophils                 40 %                      Not Estab.
   Lymphs                      46 %                      Not Estab.
   Monocytes                   9 %                       Not Estab.
   Eos                         4 %                       Not Estab.
   Basos                       1 %                       Not Estab.
 Neutrophils (Absolute)
                               2.5 x10E3/uL              1.4-7.0
   Lymphs (Absolute)           2.8 x10E3/uL              0.7-3.1
   Monocytes(Absolute)         0.6 x10E3/uL              0.1-0.9
   Eos (Absolute)              0.2 x10E3/uL              0.0-0.4
   Baso (Absolute)             0.0 x10E3/uL              0.0-0.2
 Immature Granulocytes
                               0 %                       Not Estab.
   Immature Grans (Abs)        0.0 x10E3/uL              0.0-0.1
Tests: (2) Comp. Metabolic Panel (14) (322000)
   Glucose                     85 mg/dL                  65-99
   BUN                         13 mg/dL                  8-27
   Creatinine                  1.16 mg/dL                0.76-1.27
   BUN/Creatinine Ratio        11                        10-24
   Sodium                      141 mmol/L                134-144
   Potassium                   4.5 mmol/L                3.5-5.2
   Chloride                    100 mmol/L                96-106
 Carbon Dioxide, Total
                               28 mmol/L                 20-29
   Calcium            [H]      10.3 mg/dL                8.6-10.2
   Protein, Total              7.0 g/dL                  6.0-8.5
   Albumin                     4.3 g/dL                  3.8-4.8
   Globulin, Total             2.7 g/dL                  1.5-4.5
   A/G Ratio                   1.6                       1.2-2.2
   Bilirubin, Total            0.4 mg/dL                 0.0-1.2
   Alkaline Phosphatase        57 IU/L                   39-117
   AST (SGOT)         [H]      47 IU/L                   0-40
```

DRC000586

**ODRC**                                                                 8/8/2023

,                                                              CBC With Diffe
Panel (14),  ...

Date of Service: 3/9/2020

**BRIAN KEITH ALFORD**
Male DOB: ████ 1957                   1871377715

```
   ALT (SGPT)            [H]  50 IU/L                       0-44
Tests: (3) Lipid Panel With LDL/HDL Ratio (235010)
   Cholesterol, Total        162 mg/dL                     100-199
   Triglycerides             129 mg/dL                     0-149
   HDL Cholesterol           52 mg/dL                      >39
   VLDL Cholesterol Cal      26 mg/dL                      5-40
   LDL Cholesterol Calc      84 mg/dL                      0-99
   LDL/HDL Ratio             1.6 ratio                     0.0-3.6
                                                     LDL/HDL Ratio
                                                           Men
Women
                                       1/2 Avg.Risk  1.0
1.5
                                          Avg.Risk   3.6
3.2
                                       2X Avg.Risk   6.2
5.0
                                       3X Avg.Risk   8.0
6.1

Tests: (4) Albumin/Creatinine Ratio,Urine (140285)
   Creatinine, Urine         301.6 mg/dL                Not Estab.
   Albumin, Urine            11.9 ug/mL                 Not Estab.
   Alb/Creat Ratio           4 mg/g creat               0-29
                                           Normal:              0 -
29
                                   Moderately increased: 30 - 300
                                   Severely increased:       >300
                             **Please note reference interval
change**

Tests: (5) AST and Platelets with APRI (385375)
   APRI Index               0.5                          0.0-1.5
     AST to Platelets Ratio Index (APRI)
<0.6 - low risk for significant fibrosis (NPV 86%);
>1.5 - high risk for significant fibrosis (PPV 88%);
>2.0 - high risk for cirrhosis (PPV 93%)(1)
Reference: Wai C-T, et al. A simple Noninvasive Index Can Predict
Both
Significant Fibrosis and Cirrhosis in Patients With Chronic
Hepatitis C. Hepatology 2003;38(2):518-526

Note: An exclamation mark (!) indicates a result that was not
dispersed into the flowsheet.
Document Creation Date: 03/10/2020 1:32 PM
```

DRC000587

**ODRC**                                                              8/8/2023

,
                                                                    CBC With Diffe
Panel (14),  ...
                                              Date of Service: 3/9/2020

**BRIAN KEITH ALFORD**
Male DOB: ██████ 1957              1871377715

_____
____
(1) Order result status: Final
Collection or observation date-time: 03/09/2020 07:10
Requested date-time:
Receipt date-time: 03/09/2020 00:00
Reported date-time: 03/10/2020 13:06
Referring Physician:
Ordering Physician: M BIGLER-MD (10179930)
Specimen Source:
Source: 1100
Filler Order Number: 06930502910 LAB
Lab site: Performed At:  01, LabCorp Dublin 6370 Wilcox Road  Dublin,
OH 430161269 Vincent Ricchiuti PhD     Phone:  8002827300
(2) Order result status: Final
Collection or observation date-time: 03/09/2020 07:10
Requested date-time:
Receipt date-time: 03/09/2020 00:00
Reported date-time: 03/10/2020 13:06
Referring Physician:
Ordering Physician: M BIGLER-MD (10179930)
Specimen Source:
Source: 1100
Filler Order Number: 06930502910 LAB
Lab site: Performed At:  01, LabCorp Dublin 6370 Wilcox Road  Dublin,
OH 430161269 Vincent Ricchiuti PhD     Phone:  8002827300
(3) Order result status: Final
Collection or observation date-time: 03/09/2020 07:10
Requested date-time:
Receipt date-time: 03/09/2020 00:00
Reported date-time: 03/10/2020 13:06
Referring Physician:
Ordering Physician: M BIGLER-MD (10179930)
Specimen Source:
Source: 1100
Filler Order Number: 06930502910 LAB
Lab site: Performed At:  01, LabCorp Dublin 6370 Wilcox Road  Dublin,
OH 430161269 Vincent Ricchiuti PhD     Phone:  8002827300
(4) Order result status: Final
Collection or observation date-time: 03/09/2020 07:10
Requested date-time:
Receipt date-time: 03/09/2020 00:00
Reported date-time: 03/10/2020 13:06
Referring Physician:
Ordering Physician: M BIGLER-MD (10179930)
Specimen Source:

DRC000588

**ODRC**                                                                8/8/2023

,                                                                CBC With Diffe

Panel (14), ...

                                                Date of Service: 3/9/2020

**BRIAN KEITH ALFORD**
Male DOB: ███ 1957                    1871377715


Source: 1100
Filler Order Number: 06930502910 LAB
Lab site: Performed At:  01, LabCorp Dublin 6370 Wilcox Road  Dublin,
OH 430161269 Vincent Ricchiuti PhD      Phone:  8002827300
(5) Order result status: Final
Collection or observation date-time: 03/09/2020 07:10
Requested date-time:
Receipt date-time: 03/09/2020 00:00
Reported date-time: 03/10/2020 13:06
Referring Physician:
Ordering Physician: M BIGLER-MD (10179930)
Specimen Source:
Source: 1100
Filler Order Number: 06930502910 LAB
Lab site: Performed At:  01, LabCorp Dublin 6370 Wilcox Road  Dublin,
OH 430161269 Vincent Ricchiuti PhD      Phone:  8002827300
-----------------
The following lab values were dispersed to the flowsheet
with no units conversion:
  Creatinine, Urine, 301.6 MG/DL, (F)  expected units: mL/min
  Alb/Creat Ratio, 4 MG/G CREAT, (F)  expected units: mg/g (creat)
-----------------
The following results were not dispersed to the flowsheet:
  WBC, 6.2 x10E3/uL, (F)
  RBC, 5.15 x10E6/uL, (F)
  Hemoglobin, 14.6 g/dL, (F)
  MCV, 89 fL, (F)
  MCH, 28.3 pg, (F)
  MCHC, 31.7 g/dL, (F)
  RDW, 12.7 %, (F)
  Platelets, 244 x10E3/uL, (F)
  Neutrophils, 40 %, (F)
  Lymphs, 46 %, (F)
  Eos, 4 %, (F)
  Basos, 1 %, (F)
  Neutrophils (Absolute), 2.5 x10E3/uL, (F)
  Lymphs (Absolute), 2.8 x10E3/uL, (F)
  Monocytes(Absolute), 0.6 x10E3/uL, (F)
  Eos (Absolute), 0.2 x10E3/uL, (F)
  Baso (Absolute), 0.0 x10E3/uL, (F)
  Immature Granulocytes, 0 %, (F)
  Immature Grans (Abs), 0.0 x10E3/uL, (F)
  Glucose, 85 mg/dL, (F)
  BUN, 13 mg/dL, (F)
  Calcium, 10.3 mg/dL, (F)
  Alkaline Phosphatase, 57 IU/L, (F)

DRC000589

**ODRC**                                                                      8/8/2023

,                                                                 CBC With Diffe
Panel (14),  ...

Date of Service: 3/9/2020

**BRIAN KEITH ALFORD**
Male DOB: █████, 1957               1871377715

```
Triglycerides, 129 mg/dL, (F)
HDL Cholesterol, 52 mg/dL, (F)
LDL Cholesterol Calc, 84 mg/dL, (F)
Albumin, Urine, 11.9 ug/mL, (F)
```

Signed By: Bigler-MD, Mark at 3/10/2020 3:38:19 PM

5 of 5

**Toledo Correctional Institution**                         8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                              MED HSR
Main: 4197267977                        Date of Service: 3/1/2020

**BRIAN KEITH ALFORD**
Male DOB: ██████, 1957      1871377715

**MED HSR**


*Imported By: Ashlyn Taylor-HIT 3/4/2020 3:54:28 PM*

---

External Attachment:

  Type:      Image
  Comment:   External Document


Signed By: Centricity, Document Manag at 3/4/2020 3:55:00 PM

DRC000591

# Health Services Request

Petición Para Servicios de Salud

| For Medical Use Only / Para Uso Medico Solamente | | |
| --- | --- | --- |
| Reviewed by: _RSchumacher_ | | |
| Date Received: 3/1/20 | Time Received: 1030 | a.m./p.m. |

Date Of Request: **3-1-20**
Fecha:

Inmate Name: **ALFORD**
Nombre:

Number: **A196744**
Numero:

Housing Unit: **A1-W14**
Unidad:

**Request for:**

☐ Medical Care
Attención Medica

☐ Dental Care
Attención Dental

☐ Medication Reorder
Reordenar Medicación

☒ Medication Refill
Rellenar la Medicación

**Nature of problem:**
Descripción del problema:

*3-4-2020*
*-3-4-2020*

Rx # 8913131  A196744  0394
ALFORD, BRIAN  2/10/2020
MINERAL OR WHITE PETROLATUM 20%/E
Refills: 3  QTY: 3.5

Rx # 8913097  A196744  0394
ALFORD, BRIAN  2/10/2020
LATANOPROST 0.005% EYE SOLN
Refills: 5  QTY: 2.5

RX# 8819482  A196744  0394
ALFORD, BRIAN  02/03/2020
HYDROCHLOROTHIAZIDE 25MG TA
Refills: 3  QTY: 30

RX# 8819484  A196744  0394
ALFORD, BRIAN  02/03/2020
AMLODIPINE BESYLATE 10MG TAB:
Refills: 3  QTY: 30

RX# 8819486  A196744  0394
ALFORD, BRIAN  02/03/2020
ASPIRIN E.C. 81MG TBEC
Refills: 3  QTY: 30

RX# 8819478  A196744  0394
ALFORD, BRIAN  02/03/2020
POTASSIUM CHLORIDE ER 10MEQ
Refills: 3  QTY: 30

RX# 8820735  A196744  0394
ALFORD, BRIAN  02/03/2020
CARVEDILOL 12.5MG TABS
Refills: 3  QTY: 30

RX# 8820735  A196744  0394
ALFORD, BRIAN  02/03/2020
CARVEDILOL 12.5MG TABS
Refills: 3  QTY: 30

*Refilled meds*
*on 3-2-2020 MW*

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

DRC000592

**Toledo Correctional Institution**                                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                    MED Healthcare Debit
Main: 4197267977                          Date of Service: 2/16/2020

**BRIAN KEITH ALFORD**
Male DOB: ███████, 1957      1871377715

**MED Healthcare Debit**


*Imported By: Ashlyn Taylor-HIT 2/18/2020 3:14:10 PM*

_____

External Attachment:

  Type:     Image
  Comment:  External Document


Signed By: Centricity, Document Manag at 2/18/2020 3:14:31 PM

# Healthcare Debit

| Inmate Name: Alford | | Inmate Number A196744 | Date of Service: 2-16-2020 |
|---|---|---|---|
| Institution Name: TOCI | Housing Location: A1W 14 | | Date: 2-16-2020 |

The above-named inmate is to be charged ☐ $ 2.00 *(routine HSR)* ☐ $ 3.00 *(unscheduled non-emergent)* for medical service received, to be deducted from the inmate's institutional personal account. The charge is made pursuant to sec. 5120.56 O.R.C., Offender Financial Responsibility Program.

| Medical Staff (Print): C. Klocinski | Position: RN |
|---|---|

The above-named inmate is indigent as defined in DRC Policy 68-MED-15. No co-pay was deducted from the inmate's institutional personal account.

| Cashier/Designee: | Date: |
|---|---|

## Refunds

| ☐ Void Co-Pay | HCA/Inspector: | Date: |
|---|---|---|
| ☐ Void Processed | Cashier/Designee: | Date: |

DRC 5203 (Rev. 07/07)   DISTRIBUTION:   WHITE - Cashier          CANARY - Medical Services          PINK - Inmate          ACA 4-4400

DRC000594

**Toledo Correctional Institution**                                        8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                          Right eye redness
Main: 4197267977                              Date of Service: 2/16/2020

**BRIAN KEITH ALFORD**
Male DOB: ██████, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

**Clinical Lists Changes**

**Orders:**
Added new Test order of Schedule for Nurse Sick Call (SCHNSC) - Signed

Signed By: Klocinski-HCA, Cheryl at 2/16/2020 9:10:33 PM

1 of 1
DRC000595

**Toledo Correctional Institution**                                          8/8/2023
**2001 East Central Avenue**
**Toledo**, OH 43608                                                         Order Form

| TEST FORM |
|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Cheryl Klocinski-HCA | **Service Provider:** | ODRC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Cheryl Klocinski-HCA | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| SCHNSC | Schedule for Nurse Sick Call | |

**Order Number:** 835701-1                                **Quantity:** 1
**Authorization #:**                                       **Priority:** N
**Start Date:** 02/16/2020                                 **End Date:** 02/16/2020
**Electronically signed by:** Cheryl Klocinski-HCA         **Signed on:** 2/16/2020 9:08:41 PM
**Instructions:** Redness in right eye

1 of 1

**Toledo Correctional Institution**                                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                    ODRC Nurse Sick Call - Rt eye redness
Main: 4197267977                                         Date of Service: 2/16/2020

**BRIAN KEITH ALFORD**
Male DOB: ██████, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

## Pre-Existing Clinical Summary
**Allergies:**
* Synalgos-DC, * BACTRIM DS.
**Problems**
Acute bilateral otitis media (ICD-382.9) (ICD10-H66.93), Viral syndrome (ICD-079.99) (ICD10-B97.89),
Seasonal allergies (ICD-477.9) (ICD10-J30.2), Adverse effect of sulfonamides, initial encounter
(ICD10-T37.0x5A), IBS (ICD-564.1) (ICD10-K58.9), Lateral epicondylitis, left (ICD-726.32)
(ICD10-M77.12), Unspecified viral hepatitis C without hepatic coma    (ICD-070.70) (ICD10-B19.20),
Unspecified essential hypertension (ICD-401.9) (ICD10-I10), Other states following surgery of eye and
adnexa    (ICD-V45.69) (ICD10-Z98.83), Unspecified infective arthritis, site unspecified    (ICD-711.90)
(ICD10-M01.x0), Other cataract    (ICD-366.8) (ICD10-H26.8), Spasm of muscle    (ICD-728.85), Cervical
spondylosis with myelopathy    (ICD-721.1) (ICD10-M47.12), Benign localized hyperplasia of prostate
without urinary obstruction and other lower urinary tract symptoms [LUTS]    (ICD-600.20) (ICD10-N40.0),
Intervertebral lumbar disc disorder with myelopathy, lumbar region    (ICD-722.73) (ICD10-M51.06),
Allergic rhinitis, cause unspecified    (ICD-477.9), Unspecified dermatomycosis    (ICD-111.9)
(ICD10-B36.9), Lattice degeneration of peripheral retina    (ICD-362.63) (ICD10-H35.419), Carpal tunnel
syndrome    (ICD-354.0) (ICD10-G56.00), Injury to ulnar nerve    (ICD-955.2), Allergic rhinitis due to other
allergen    (ICD-477.8), Unspecified subjective visual disturbance    (ICD-368.10) (ICD10-H53.10),
Routine general medical examination at health care facility    (ICD-V70.0).
**Orders**
Schedule Chronic Care Visit F/U [SCHCCCFU], APRI Panel with Calculations [385375], CBC With
Differential [005009], Comprehensive Metabolic Panel (14) [322000], Lipid Panel With LDL/HDL Ratio
[235010], Microalb/Creat Ratio, Randm Ur [140285], Schedule with Optometry [SCHOPT].

## Nurse Sick Call
**Is this sick call for a dental complaint?** No
**Type of Sick Call:**      Illness
**Referral Source:**   Correctional Officer
**Sick Call Request Type:**   Symptom Based Sick Call Request

## Subjective

## Subjective
**Patient's subjective statement:** Pt stated that he noticed when he woke up today that his right eye was
red.   He stated that he has had a bad cold and has been coughing and blowing his nose really hard and
thinks he might have a broken blood vessel.   He also stated that he does not have blurred vision or pain
in his right eye.

## Significant Medical History

## Objective Findings

**Toledo Correctional Institution**                                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                ODRC Nurse Sick Call - Rt eye redness
Main: 4197267977                                         Date of Service: 2/16/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

## Head, Eyes, ENT
**Vision Disturbance:**   No
**Hearing Difficulty:**   No
**Difficulty Swallowing:**   No
**Bleeding Gums:**   No
**Other HEENT** Denies blurred vision or pain

## Neuro / Musculoskeletal
**Conscious:**   Yes
**Oriented x 3:**   Yes
**Pupils, PERLA:**   Yes
**Weakness of Extremities:**   No

## Peripheral Circulation
**Cyanosis:**   No
**Mottling:**   No
**Tingling in Hands:**   No
**Tingling in Feet:**   No

## Genital / Urinary
**Urination Frequency:**   No
**Incontinence:**   No
**Difficulty Urinating:**   No

## Skin
**Color:**   Normal
**Bruises:**   No

## Cardiovascular
**Rhythm** Regular
**Hear Sounds:**   Normal
**Edema:**   No
**Pitting:**   No

## Respiratory
**Lung Sounds** Normal
**Cough:**   Yes
**Other Respiratory:** Pt reports dry cough

## Gastrointestinal
**Appetite:**   Good
**Vomiting:**   No
**Nausea:**   No
**Bowel Movements:**   Regular

DRC000598

**Toledo Correctional Institution**                                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                              ODRC Nurse Sick Call - Rt eye redness
Main: 4197267977                                        Date of Service: 2/16/2020

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                    1871377715

**Bowel Sounds:**   Normal
**Abdomen:**   Soft

## Plan
**Other Nursing Interventions:** pt educated to return to medical if redness does not improve or if he has
any pain or blurred vision to notify medical immediately

## Disposition
Return to clinic if no improvement

## Current Vital Signs
**Date/Time Vitals were taken:**  February 16, 2020 3:05 PM
**Previous Height:** 74 (02/10/2020 6:29:10 AM)     **Previous Weight:** 211 (02/10/2020 6:29:10 AM)

**Does weight include shackles?**   Without Shackles
**Current Weight (lbs) with or without shackles:**   213     **BMI:** 27.45     **Sitting BP:**   143 **/** 92
**Temperature:**   97.7
**Pulse rate:** 60        **Pulse rhythm:**   Regular
**Respirations:**   16    **Respiration Type:**   Regular
     **Pulse Ox%**   100    **Room Air:**   Yes

Signed By: Klocinski-HCA, Cheryl at 2/16/2020 4:14:10 PM

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                    eye problem
Main: 4197267977                                         Date of Service: 2/16/2020

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

**Type of Call** Other
          **Name:**   CO Hoff
**Issue:**   Alford has an issue with his eye and wants to be seen. "I can send him with next movement on second shift."

**Actions/Follow Up**
**Additional Comments:**   send with next movement

**Situation**

**Background**
**Problems:**
Schedule Chronic Care Visit F/U [SCHCCCFU]
APRI Panel with Calculations [385375]
CBC With Differential [005009]
Comprehensive Metabolic Panel (14) [322000]
Lipid Panel With LDL/HDL Ratio [235010]
Microalb/Creat Ratio, Randm Ur [140285]
Schedule with Optometry [SCHOPT]
**Allergies:**
* Synalgos-DC (Moderate)
* BACTRIM DS (Moderate)

**Orders:**
Schedule Chronic Care Visit F/U [SCHCCCFU]
APRI Panel with Calculations [385375]
CBC With Differential [005009]
Comprehensive Metabolic Panel (14) [322000]
Lipid Panel With LDL/HDL Ratio [235010]
Microalb/Creat Ratio, Randm Ur [140285]
Schedule with Optometry [SCHOPT]

**Allergies:**
* Synalgos-DC (Moderate)
* BACTRIM DS (Moderate)

**Problems:**
Acute bilateral otitis media (ICD-382.9) (ICD10-H66.93)
Viral syndrome (ICD-079.99) (ICD10-B97.89)
Seasonal allergies (ICD-477.9) (ICD10-J30.2)
Adverse effect of sulfonamides, initial encounter (ICD10-T37.0x5A)
IBS (ICD-564.1) (ICD10-K58.9)
Lateral epicondylitis, left (ICD-726.32) (ICD10-M77.12)
Unspecified viral hepatitis C without hepatic coma    (ICD-070.70) (ICD10-B19.20)

**Toledo Correctional Institution**                                     8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                        eye problem
Main: 4197267977                                          Date of Service: 2/16/2020

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                          1871377715

Unspecified essential hypertension (ICD-401.9) (ICD10-I10)
Other states following surgery of eye and adnexa    (ICD-V45.69) (ICD10-Z98.83)
Unspecified infective arthritis, site unspecified    (ICD-711.90) (ICD10-M01.x0)
Other cataract    (ICD-366.8) (ICD10-H26.8)
Spasm of muscle    (ICD-728.85)
Cervical spondylosis with myelopathy    (ICD-721.1) (ICD10-M47.12)
Benign localized hyperplasia of prostate without urinary obstruction and other lower urinary tract
symptoms [LUTS]    (ICD-600.20) (ICD10-N40.0)
Intervertebral lumbar disc disorder with myelopathy, lumbar region    (ICD-722.73) (ICD10-M51.06)
Allergic rhinitis, cause unspecified    (ICD-477.9)
Unspecified dermatomycosis    (ICD-111.9) (ICD10-B36.9)
Lattice degeneration of peripheral retina    (ICD-362.63) (ICD10-H35.419)
Carpal tunnel syndrome    (ICD-354.0) (ICD10-G56.00)
Injury to ulnar nerve    (ICD-955.2)
Allergic rhinitis due to other allergen    (ICD-477.8)
Unspecified subjective visual disturbance    (ICD-368.10) (ICD10-H53.10)
Routine general medical examination at health care facility    (ICD-V70.0)

**Orders:**
Schedule Chronic Care Visit F/U [SCHCCCFU]
APRI Panel with Calculations [385375]
CBC With Differential [005009]
Comprehensive Metabolic Panel (14) [322000]
Lipid Panel With LDL/HDL Ratio [235010]
Microalb/Creat Ratio, Randm Ur [140285]
Schedule with Optometry [SCHOPT]

**Call:**

**Disposition**

Signed By: Baumgartner-RN, Melissa at 2/16/2020 1:35:24 PM

**Toledo Correctional Institution**                                    8/8/2023
**2001 East Central Avenue**
**Toledo**, **OH 43608**                                               Order Form

## WORK STATUS

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Candy Babb-CNP | **Service Provider:** | |
| **Auth Provider NPI:** | 1417950718 | | |
| **Signing Provider:** | Candy Babb-CNP | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ████, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| PTENCMU | CQM Patient Encounter | |
| **Order Number:** | 811798-1 | **Quantity:** 1 |
| **Authorization #:** | | **Priority:** |
| **Start Date:** | 02/10/2020 | **End Date:** |
| **Electronically signed by:** Candy Babb-CNP | | **Signed on:** 2/10/2020 8:31:40 AM |
| **Instructions:** | | |

1 of 1

DRC000602

**Toledo Correctional Institution**                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                     ALP Sick Call - f/u Viral Syndrome w/ Bilat OM
Main: 4197267977                               Date of Service: 2/10/2020

**BRIAN KEITH ALFORD**
Male DOB: ███████, 1957            1871377715

0

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

**Current Vital Signs**
**Date/Time Vitals were taken:**  February 10, 2020 8:08 AM
**Previous Height:** 74 (02/03/2020 6:39:11 AM)   **Previous Weight:** 209 (02/03/2020 6:39:11 AM)

**Does weight include shackles?**  Without Shackles
**Current Weight (lbs) with or without shackles:**  211    **Current Height (in.):**  74
   **BMI:** 27.19    **Sitting BP:**  145 **/** 89
**Temperature:**  97.7    **Temperature site:**  Oral
**Pulse rate:** 70    **Pulse rhythm:**  Regular
**Respirations:**  16    **Respiration Type:**  Regular
   **Pulse Ox%**  100    **Room Air:**  Yes

**HPI**
**Chief complaint:** "Feels alot better" Still has cough.
**History of presenting illness:** WD WN 62 year old AA male presents for F/U on Viral syndromeand Bilat
OM. Reports

**Review of Systems**

**General**
**Fevers** No
**Chills** No
**Sweats** No

**Eyes**
Denies and symptoms related to eyes.

**Ears/Nose/Throat**
Denies any symptoms related to ears, nose, throat.

**Cardiovascular**
**Chest Pains** No

**Respiratory**
**Cough** Yes
**Comments:** Mild dry healing cough

**Gastrointestinal**
Denies any gastrointestinal symptoms.

DRC000603

**Toledo Correctional Institution**                                8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          ALP Sick Call - f/u Viral Syndrome w/ Bilat OM
Main: 4197267977                                    Date of Service: 2/10/2020

**BRIAN KEITH ALFORD**
Male DOB: ███ 1957                      1871377715

## Musculoskeletal
Patient denies any musculoskeletal symptoms.

## Skin
Patient denies any skin related symptoms.

## Physical Examination
ENT

## General
Patient is alert and oriented and in no acute distress

## Cardiovascular
Regular rhythm, no murmurs or gallops.
Normal S1, S2

## Dental
**Loose or missing teeth** Yes
**Comments:** 1 Left upper, Bilat lower molars
**Dentures or partials** Yes
**Comments:** Permanent bridge
**Able to open mouth** Yes
**Able to extend neck** Yes
**Mallampati Oropharynx Score:** Class I - Complete visualization of the soft palate

## Gastrointestinal
Abdomen soft, non-tender, bowel sounds present, no masses, no hepatomegaly.

## Rectal
Deferred

## Respiratory
Lungs clear to auscultation with no wheezing, rales, or rhonchi

## Neck
Neck Supple
**Adenopathy** No
**Carotid Bruits** No
**Enlarged Thyroid** No
**Thyroid nodule(s):** No
**Nuchal Rigidity** No
**JVD / HJR** No

## Musculoskeletal
Full Range of motion of all 4 extremeties without obvious deformity.

## Gait

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                        ALP Sick Call - f/u Viral Syndrome w/ Bilat OM
Main: 4197267977                                    Date of Service: 2/10/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957              1871377715

Gait Steady and nonantag=lgic
Grossly intact and non focal, no tremors, no gait abnormalities, speech fluent.

## Reflexes
**Patellar** Normal

## Mental Status
Alert, oriented, answers questions appropriately

## Eyes
Full extraocular motion, sclera clear, not icteric, pupils equal and round

*External Ears:*
No obvious deformities

*Otoscopic:*
No obvious abnormalities
TM's clear pearly grey w/    normal light reflex bilat.

*Hearing:*
No obvious abnormalities.

## Nose
Nares open and clear bilaterally and without discharge.

## Mouth / Throat
**Oral mucosa normal** Yes
**Bleeding** No

## Tongue:
**Lesions** No

## Throat
**Hyperemia** No
**Exudate:** No
**Enlarged tonsils** No

## Integumentary
Skin is without obvious rashes or lesions.

## Assessment
**Active Problems:**   02/03/2020 Acute bilateral otitis media (ICD-382.9) (ICD10-H66.93), 02/03/2020
Viral syndrome (ICD-079.99) (ICD10-B97.89)

## Plan
Pt advised to rest and increase fluids 1-2 gallons of water daily.    Healing cough explained to pt. Pt, given
9 cough drops, 10 motrin pkts, 10 claritin tabs and 10 chlorphen pkts.Advised to purchase same meds

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          ALP Sick Call - f/u Viral Syndrome w/ Bilat OM
Main: 4197267977                                 Date of Service: 2/10/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                       1871377715

from commissary at next store day. Good handwashing encouraged. .Assessment and plan reviewed. Pt. voices understanding. Advised to return to medical for any new or worsening signs and symptoms. PT VERBALIZED UNDERSTANDING OF INSTRUCTIONS.
**Was a new Chronic Care Enrollment added this visit?** No
Return to Clinic PRN

**New Orders**
**New Orders:**
CQM Patient Encounter [PTENCMU]


Signed By: Babb-CNP, Candy at 2/10/2020 8:31:44 AM

**Toledo Correctional Institution**                                8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                    Optometry Comprehensive Exam
Main: 4197267977                                       Date of Service: 2/6/2020

**BRIAN KEITH ALFORD**
Male DOB: ▮▮▮▮, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

**Optometry - Ophthalmology Exam**
**PO Hx:** last eye exam here Dec 6, 2019.    pt states he woke up in the middle of the night about 2 weeks
ago and vision in the right eye was blurry and he was concerned that maybe it was like when he had the
retinal detachment of the left eye.    pt states that it did get better that morning.     pt states that he did
have a cold at about that same time.
**VA cc 20 <:**  25 rt, and 30 left (with same distortion as in past OS).
**GAT:**  11 rt, 12 left
**Diagnostic Drops:**   Fluress/equivalent
TAG tonopen values are in mmHg

**External**

**OD (Right Eye)**
**Cornea:**   nl; Normal
          **Comments:**   rare spk today
**Cornea & Conjuctiva:**   nl; Normal
**Blood Vessels of Conjuctiva:**   nl; Normal
**Conjuctiva:**   nl; Normal
**Anterior Chamber (AC):**   DQ (Deep and Quiet) aka Normal
**Angles:**   X
**Iris:**   nl; Normal
**Lens:**   nl; Normal

**OS (Left Eye)**
**Eyelids:**   nl; Normal
**Cornea:**   nl; Normal
          **Comments:**   grade 1+ spk
**Cornea & Conjuctiva:**   nl; Normal
**Blood Vessels of Conjuctiva:**   nl; Normal
**Conjuctiva:**   nl; Normal
**Anterior Chamber (AC):**   DQ (Deep and Quiet) aka Normal
**Angles:**   X
**Iris:**   nl; Normal
**Lens:**   nl; Normal

**Internal**

**OD (Right Eye)**
**Macula:**   nl; Normal
**Retina:**   nl; Normal
**Retina:**   nl; Normal
**Vessel:**   nl; Normal
**Vitreous:**   nl; Normal
**Periphery:**   nl; Normal
          **Comments:**   moderate scarring in far periph

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                          Optometry Comprehensive Exam
Main: 4197267977                                          Date of Service: 2/6/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                      1871377715

nl; Normal
**Optic Discs:**    nl; Normal
    **C/D Findings:**    0.65

**OS (Left Eye)**
**Macula:**    nl; Normal
**Retina:**    nl; Normal
**Retina:**    nl; Normal
**Vessel:**    nl; Normal
**Vitreous:**    nl; Normal
**Periphery:**    nl; Normal
    **Comments:**    extensive scarring in far periph
nl; Normal
**Optic Discs:**    nl; Normal
    **C/D Findings:**    0.60

**Assessment**
Refractive Error

**Plan**
**Comments:**    Pt ed that I would guess that the right eye was blurry that day from either mechanical refractive issues (possibly if had been sleeping with pressure on the eye), or from possible lots of SPK if slept with eye open or happened to have irritated cornea.    either way, appears all has cleared well and eyes are showing to be stable and healthy.    renewed Latanoprost for qPM OS x 7 months and Lacrilube for BID OS PRN x 4 months.    Monitor in 6 months with IOP check- order placed.

**Optical Services Physician Orders**
.

**Right Eye**

**Left Eye**
**Pupillary Distance or Decentration**
**Near PD**

**Decentration**

**Add Ons**

Signed By: Shoemaker-OD, Thomas at 2/6/2020 12:22:06 PM

**Toledo Correctional Institution**                         8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                              MED HSR
Main: 4197267977                          Date of Service: 2/4/2020

**BRIAN KEITH ALFORD**
Male DOB: ██████, 1957     1871377715


**MED HSR**


*Imported By: Teren Fields-MH HIT 2/6/2020 11:35:05 AM*

_____

External Attachment:

  Type:     Image
  Comment:  External Document


Signed By: Centricity, Document Manag at 2/6/2020 11:35:30 AM

# Health Services Request

Petición Para Servicios de Salud

**For Medical Use Only / Para Uso Medico Solamente**

Reviewed by: _____

Date Received: 2/4/2020   Time Received: 2245  a.m./p.m.

Date Of Request:
Fecha: 2·4·20

Inmate Name:
Nombre: ALFORD

Number:
Numero: A196744

Housing Unit:
Unidad: A1-W14

Request for:  ☒ Medical Care / Attención Medica  ☐ Dental Care / Attención Dental  ☐ Medication Reorder / Reordenar Medicación  ☐ Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema: SEVERAL DAYS AGO I WENT TO SLEEP AND WOKE UP LATER AND COULD NOT SEE CLEARLY OUT OF MY RIGHT EYE. PLEASE PUT ME ON TITE LIST TO SEE THE EYE DOCTOR ASAP.

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

DRC000610

**Toledo Correctional Institution**                                      8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                    Order Form

---

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Thomas Shoemaker-OD | **Service Provider:** | |
| **Auth Provider NPI:** | 1346318235 | | |
| **Signing Provider:** | Brian Weber-RN | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ████, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | **Secondary Ins:** | |
| **Group:** | **Group:** | |
| **Policy:** | **Policy:** | |
| **Insured ID:** | **Insured ID:** | |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| SCHOPT | Schedule with Optometry | |
| **Order Number:** | 797572-2 | **Quantity:** 1 |
| **Authorization #:** | | **Priority:** N |
| **Start Date:** | 02/06/2020 | **End Date:** 02/06/2020 |
| **Electronically signed by:** | Brian Weber-RN | **Signed on:** 2/5/2020 9:02:08 AM |
| **Instructions:** | intermittent vision changes to R eye | |

1 of 1

**Toledo Correctional Institution**                                8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          ODRC Nurse Sick Call-vision changes
Main: 4197267977                               Date of Service: 2/5/2020

**BRIAN KEITH ALFORD**
Male DOB: █████ 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

## Pre-Existing Clinical Summary
**Allergies:**
* Synalgos-DC, * BACTRIM DS.
**Problems**
Acute bilateral otitis media (ICD-382.9) (ICD10-H66.93), Viral syndrome (ICD-079.99) (ICD10-B97.89), Seasonal allergies (ICD-477.9) (ICD10-J30.2), Adverse effect of sulfonamides, initial encounter (ICD-T37.0x5A), IBS (ICD-564.1) (ICD10-K58.9), Lateral epicondylitis, left (ICD-726.32) (ICD10-M77.12), Unspecified viral hepatitis C without hepatic coma    (ICD-070.70) (ICD10-B19.20), Unspecified essential hypertension (ICD-401.9) (ICD10-I10), Other states following surgery of eye and adnexa    (ICD-V45.69) (ICD10-Z98.83), Unspecified infective arthritis, site unspecified    (ICD-711.90) (ICD10-M01.x0), Other cataract    (ICD-366.8) (ICD10-H26.8), Spasm of muscle    (ICD-728.85), Cervical spondylosis with myelopathy    (ICD-721.1) (ICD10-M47.12), Benign localized hyperplasia of prostate without urinary obstruction and other lower urinary tract symptoms [LUTS]    (ICD-600.20) (ICD10-N40.0), Intervertebral lumbar disc disorder with myelopathy, lumbar region    (ICD-722.73) (ICD10-M51.06), Allergic rhinitis, cause unspecified    (ICD-477.9), Unspecified dermatomycosis    (ICD-111.9) (ICD10-B36.9), Lattice degeneration of peripheral retina    (ICD-362.63) (ICD10-H35.419), Carpal tunnel syndrome    (ICD-354.0) (ICD10-G56.00), Injury to ulnar nerve    (ICD-955.2), Allergic rhinitis due to other allergen    (ICD-477.8), Unspecified subjective visual disturbance    (ICD-368.10) (ICD10-H53.10), Routine general medical examination at health care facility    (ICD-V70.0).
**Orders**
Schedule with Optometry [SCHOPT], Schedule Chronic Care Visit F/U [SCHCCCFU], APRI Panel with Calculations [385375], CBC With Differential [005009], Comprehensive Metabolic Panel (14) [322000], Lipid Panel With LDL/HDL Ratio [235010], Microalb/Creat Ratio, Randm Ur [140285], Schedule with Advanced Level Provider [SCHMEDALP], Schedule for Nurse Sick Call [SCHNSC].

## Nurse Sick Call
**Is this sick call for a dental complaint?** No
**Type of Sick Call:**    Illness
**Referral Source:**    Health Service Request
**Sick Call Request Type:**    Symptom Based Sick Call Request

## Subjective

## Subjective
**Patient's Subjective Statement:**    Pt reports to IHS reporting "a few days ago, I woke up and couldn't see out of my right eye." He reports he flushed it out and it did not improve the blurred vision. He does report the vision "eventually came back to normal later, but I was concerned that this is exactly what happened when my left retina detached." Pt denies any vision issues currently

## Significant Medical History:
Cardiac Disease

**Toledo Correctional Institution**                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    ODRC Nurse Sick Call-vision changes
Main: 4197267977                    Date of Service: 2/5/2020

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                    1871377715

**Objective Findings**

**Head, Eyes, ENT**
**Vision Disturbance:**   Yes
**Elaborate:**   None currently, but he does have chronic vision issues to his left eye
**Hearing Difficulty:**   No
**Difficulty Swallowing:**   No
**Bleeding Gums:**   No

**Assessment:**
**Nursing Diagnosis:**   risk for injury r/t poor vision

**Plan**
**Nursing Interventions:**   Pt educated on POC as below
**Patient Education:**   Pt to be added to optometry list for 2-6-2020. he is educated on this and directed to report any other changes to his vision

**Disposition**
Released to general population
Schedule with ALP

**Current Vital Signs**
Patient Refused Vital Signs
**Date/Time Vitals were taken:**   February   5, 2020 8:02 AM
**Previous Height:** 74 (02/03/2020 6:39:11 AM)      **Previous Weight:** 209 (02/03/2020 6:39:11 AM)
      **BMI:** 26.93

Signed By: Weber-RN, Brian at 2/5/2020 9:02:11 AM

DRC000613

**Toledo Correctional Institution**                                      8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                             NSC - Blurred Vision
Main: 4197267977                                        Date of Service: 2/5/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

## Clinical Lists Changes

**Orders:**
Added new Test order of Schedule for Nurse Sick Call (SCHNSC) - Signed

Signed By: Mathews-RN, Michael at 2/5/2020 5:47:08 AM

DRC000614

**Toledo Correctional Institution**                                    8/8/2023
**2001 East Central Avenue**
**Toledo**, **OH 43608**                                                Order Form

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Michael Mathews-RN | **Service Provider:** | ODRC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Michael Mathews-RN | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| SCHNSC | Schedule for Nurse Sick Call | |
| **Order Number:** | 796422-1 | **Quantity:** 1 |
| **Authorization #:** | | **Priority:** N |
| **Start Date:** | 02/05/2020 | **End Date:** 02/05/2020 |
| **Electronically signed by:** Michael Mathews-RN | | **Signed on:** 2/5/2020 5:46:55 AM |
| **Instructions:** | Blurred Vision - 0800 | |

1 of 1

**Toledo Correctional Institution**                                        8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                      Order Form

| WORK STATUS | | | |
|---|---|---|---|
| **Authorizing Provider:** | Candy Babb-CNP | **Service Provider:** | |
| **Auth Provider NPI:** | 1417950718 | | |
| **Signing Provider:** | Candy Babb-CNP | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | █████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| **Primary Ins:** | **Secondary Ins:** |
|---|---|
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| PTENCMU | CQM Patient Encounter | |

**Order Number:** 786737-1                                 **Quantity:** 1
**Authorization #:**                                        **Priority:**
**Start Date:** 02/03/2020                                  **End Date:** 02/03/2020
**Electronically signed by:** Candy Babb-CNP               **Signed on:** 2/3/2020 9:24:21 AM
**Instructions:**

DRC000616

**Toledo Correctional Institution**                                              8/8/2023
**2001 East Central Avenue**
**Toledo**, OH 43608                                                              Order Form

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Candy Babb-CNP | **Service Provider:** | |
| **Auth Provider NPI:** | 1417950718 | | |
| **Signing Provider:** | Candy Babb-CNP | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ████, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ██████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | **Secondary Ins:** | |
| **Group:** | **Group:** | |
| **Policy:** | **Policy:** | |
| **Insured ID:** | **Insured ID:** | |

| Code | Description | Diagnoses |
|---|---|---|
| SCHMEDALP | Schedule with Advanced Level Provider | VIRAL SYNDROME (ICD-B97.89) |

| | | | |
|---|---|---|---|
| **Order Number:** | 786737-2 | **Quantity:** | 1 |
| **Authorization #:** | | **Priority:** | N |
| **Start Date:** | 02/10/2020 | **End Date:** | 02/10/2020 |
| **Electronically signed by:** | Candy Babb-CNP | **Signed on:** | 2/3/2020 9:24:21 AM |
| **Instructions:** | F/U viral syndrome w/ Bilat OM in 1 week w/ALP | | |

1 of 1

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          ALP Sick Call - F/U URI/Flu symptoms
Main: 4197267977                                    Date of Service: 2/3/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                        1871377715

0

## Encounter Context
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

## Current Vital Signs
**Date/Time Vitals were taken:**  February   3, 2020 8:35 AM
**Previous Height:** 74 (01/08/2020 9:21:25 PM)    **Previous Weight:** 212 (01/08/2020 9:21:25 PM)

**Does weight include shackles?**  Without Shackles
**Current Weight (lbs) with or without shackles:**  209    **Current Height (in.):**  74
  **BMI:** 26.93   **Sitting BP:**  161 / 98
**Temperature:**  97.5    **Temperature site:**  Oral
**Pulse rate:**  75    **Pulse rhythm:**  Regular
**Respirations:**  16  **Respiration Type:**  Unlabored
  **Pulse Ox%**  100    **Room Air:**  Yes

## HPI
**Chief complaint:** "I still have cough and congestion, just no chills"
**History of presenting illness:** WD WN 62 year old AA male presents reporting ongoing concerns of
cough, cold and flulike syndrome ongoing.
"I still have cough and congestion, just no fever or chills" Cough with "thick congestion"    Has left ear
ache, and Left lateral chest wall discomfort w/ coughing.
Denies body aches.

**Is there another issue?** No

## Physical Examination
Oral Cavity

## General
Patient is alert and oriented and in no acute distress

## Cardiovascular
Regular rhythm, no murmurs or gallops.
Normal S1, S2

## Gastrointestinal
Abdomen soft, non-tender, bowel sounds present, no masses, no hepatomegaly.

## Rectal
Deferred

## Chest
**Chest wall tenderness** Yes

**Toledo Correctional Institution**                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          ALP Sick Call - F/U URI/Flu symptoms
Main: 4197267977                                 Date of Service: 2/3/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                 1871377715

**Comments:** Left side vosualized w/ deep cough

## Respiratory
**Diminished breathsounds** Yes
**Comments:** Right post mid lungfield to base
**Use of accessory muscles** No

## Head
**Normocephalic**     Yes
Tender to external percussion over fronatl amd maxillary sinus areas

## Neck
Neck Supple
**Adenopathy** Yes
**Comments:** shoddy ant cevical chain LAD
**Carotid Bruits** No
**Enlarged Thyroid** No
**Thyroid nodule(s):** No
**Nuchal Rigidity** No
**JVD / HJR** No

## Musculoskeletal
Full Range of motion of all 4 extremeties without obvious deformity.

## Gait
Gait steady
Grossly intact and non focal, no tremors, no gait abnormalities, speech fluent.

## Mental Status
Alert, oriented, answers questions appropriately

## Eyes
Full extraocular motion, sclera clear, not icteric, pupils equal and round

*External Ears:*
No obvious deformities

*Otoscopic:*
**Ear canal erythema:**   None
**Ear canal exudate:**   None
**TM erythema:**   Right
**TM effusion:**   Left
**Excessive cerumen:**   None
**Non-mobile TM:**   None

*Hearing:*
No obvious abnormalities.

## Nose

**Toledo Correctional Institution**                               8/8/2023
2001 East Central Avenue
Toledo, OH 43608                            ALP Sick Call - F/U URI/Flu symptoms
Main: 4197267977                                    Date of Service: 2/3/2020

**BRIAN KEITH ALFORD**
Male DOB: ██████, 1957                    1871377715

Nares open and clear bilaterally and without discharge.

### Mouth / Throat
**Oral mucosa normal** Yes
**Bleeding** No

### Tongue:
**Lesions** No

### Throat
**Hyperemia** No
**Exudate:** No
**Enlarged tonsils** No
Mild PNG w/ mild    post pharygeal cobbling

### Integumentary
Skin is without obvious rashes or lesions.

### Assessment
**Assessment(s):**
Acute bilateral otitis media (ICD-382.9) (ICD10-H66.93)
Viral syndrome (ICD-079.99) (ICD10-B97.89)

### Plan
Pt instructed to cough and deep breath every 2 hours. To drink atleast 1-2 gallons of water daily. Cover mouth w/ coughing.
Augmentin 875/125 mg 1 by mouth BID x 7 days Pefr x3 avg 513. Given Mediproxen, Acetaminophen, Claritin, and cough drops.
F/U in 1 week w/ALP. PT VERBALIZED UNDERSTANDING OF INSTRUCTIONS.
**Was a new Chronic Care Enrollment added this visit?** No

### New Orders
**New Orders:**
CQM Patient Encounter [PTENCMU]
Schedule with Advanced Level Provider [SCHMEDALP]

Signed By: Babb-CNP, Candy at 2/3/2020 9:24:25 AM

**Toledo Correctional Institution**                                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608
Main: 4197267977                                     Date of Service: 1/31/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

## Clinical Lists Changes

**Orders:**
Added new Test order of Schedule with Advanced Level Provider (SCHMEDALP) - Signed

Signed By: Seger- QIC, Dennis at 1/31/2020 12:20:47 PM

**Toledo Correctional Institution**                                    8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                   Order Form

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Candy Babb-CNP | **Service Provider:** | |
| **Auth Provider NPI:** | 1417950718 | | |
| **Signing Provider:** | Dennis Seger- QIC | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ▮▮▮, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▮▮▮▮ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| SCHMEDALP | Schedule with Advanced Level Provider | |

| | | | |
|---|---|---|---|
| **Order Number:** | 783336-1 | **Quantity:** | 1 |
| **Authorization #:** | | **Priority:** | N |
| **Start Date:** | 02/03/2020 | **End Date:** | 02/03/2020 |
| **Electronically signed by:** | Dennis Seger- QIC | **Signed on:** | 1/31/2020 12:20:42 PM |
| **Instructions:** | Follow up URI/Flu symptoms | | |

DRC000622

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                    MED HSR
Main: 4197267977                                    Date of Service: 1/2/2020

**BRIAN KEITH ALFORD**
Male DOB: ▇▇▇▇▇ 1957      1871377715

**MED HSR**


*Imported By: Teren Fields-MH HIT 1/30/2020 2:03:44 PM*

_____


External Attachment:

  Type:      Image
  Comment:   External Document



Signed By: Centricity, Document Manag at 1/30/2020 2:04:00 PM

1 of 1

DRC000623

# Health Services Request

Petición Para Servicios de Salud

**For Medical Use Only / Para Uso Medico Solamente**

Reviewed by: _R. Schumacher_

Date Received: 1/2/20

Time Received: 10 30 a.m. p.m.

Date Of Request:
Fecha: 1-2-20

Inmate Name:
Nombre: ALFORD

Number:
Numero: A196-744

Housing Unit:
Unidad: A1-W14

Request for:
- ☐ Medical Care / Attención Medica
- ☐ Dental Care / Attención Dental
- ☐ Medication Reorder / Reordenar Medicación
- ☒ Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema: NEEDS AN ORDER

Rx # 8763602  A196744  0394
ALFORD, BRIAN  12/9/2019
MINERAL OIL/WHITE PETROLATUM 20%/E
QTY: 3.5
Refills: 0

Rx # 8763597  A196744  0394
ALFORD, BRIAN  12/13/2019
LATANOPROST 0.005% EYE SOLN
QTY: 2.5
Refills: 4

RX# 8820735  A196744  0394
ALFORD, BRIAN  12/09/2019
CARVEDILOL 12.5MG TABS
Refills: 5  QTY: 30

RX# 8819484  A196744  0394
ALFORD, BRIAN  12/09/2019
AMLODIPINE BESYLATE 10MG TAB:
Refills: 5  QTY: 30

RX# 8819482  A196744  0394
ALFORD, BRIAN  12/09/2019
HYDROCHLOROTHIAZIDE 25MG TA
Refills: 5  QTY: 30

RX# 8819178  A196744  0394
ALFORD, BRIAN  12/09/2019
POTASSIUM CHLORIDE ER 10MEQ
Refills: 5  QTY: 30

RX# 8820735  A196744  0394
ALFORD, BRIAN  12/09/2019
CARVEDILOL 12.5MG TABS
Refills: 5  QTY: 30

RX# 8819486  A196744  0394
ALFORD, BRIAN  12/09/2019
ASPIRIN E.C. 81MG CBEC
Refills: 5  QTY: 30

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

**DRC000624**

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                      MED HSR
Main: 4197267977                              Date of Service: 1/20/2020

**BRIAN KEITH ALFORD**
Male DOB: ███████, 1957      1871377715

**MED HSR**


*Imported By: Teren Fields-MH HIT 1/24/2020 8:33:54 AM*

_____

External Attachment:

  Type:      Image
  Comment:   External Document


Signed By: Centricity, Document Manag at 1/24/2020 8:34:17 AM

# Health Services Request

Petición Para Servicios de Salud

**For Medical Use Only / Para Uso Medico Solamente**

Reviewed by:

Date Received: 1/20/2020    Time Received: 22:00    a.m./p.m.

| | |
|---|---|
| Date Of Request: Fecha: 1-20-20 | |
| Inmate Name: Nombre: ALFORD | Number: Numero: A196744 |  Housing Unit: Unidad: H-1-W14 |

Request for:  ☒ Medical Care / Attención Medica  ☐ Dental Care / Attención Dental  ☐ Medication Reorder / Reordenar Medicación  ☐ Medication Refill / Rellenar la Medicación

Nature of problem: Descripción del problema: STILL CONGESTED, COUGHING UP FLEM, LIGHT RED TINT, NOSE RUNNING, BLEW NOSE AND LEFT EAR POPPED.

Refused

JSC
1/21/2022

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

DRC000626

**Toledo Correctional Institution**                                     8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                        MED HSR
Main: 4197267977                                       Date of Service: 1/2/2020

**BRIAN KEITH ALFORD**
Male DOB: ███████ , 1957      1871377715

**MED HSR**


*Imported By: Teren Fields-MH HIT 1/23/2020 2:47:58 PM*

_____

External Attachment:

  Type:     Image
  Comment:  External Document


Signed By: Centricity, Document Manag at 1/23/2020 2:48:30 PM

# Health Services Request

Petición Para Servicios de Salud

**For Medical Use Only / Para Uso Medico Solamente**

Reviewed by: _Schumache_

Date Received: 1/2/20    Time Received: 10 30 a.m. (p.m.)

Date Of Request: / Fecha: 1-2-20

Inmate Name: / Nombre: ALFORD

Number: / Numero: A196-744

Housing Unit: / Unidad: A1·W14

Request for:
- ☐ Medical Care / Attención Medica
- ☐ Dental Care / Attención Dental
- ☐ Medication Reorder / Reordenar Medicación
- ☒ Medication Refill / Rellenar la Medicación

Nature of problem: / Descripción del problema: NEEDS AN ORDER



Rx # 8763602  A196744  0394
ALFORD, BRIAN  12/9/2019
MINERAL OIL/WHITE PETROLATUM 20%/E
QTY: 3.5
Refills: 0

RX# 8819484  A196744  0394
ALFORD, BRIAN  12/09/2019
AMLODIPINE BESYLATE 10MG TAB:
Refills: 6  QTY: 30

RX# 8819486  A196744  0394
ALFORD, BRIAN  12/09/2019
ASPIRIN E.C. 81MG DEC
Refills: 5  QTY: 30

RX# 8819482  A196744  0394
ALFORD, BRIAN  12/09/2019
HYDROCHLOROTHIAZIDE 25MG TA
Refills: 5  QTY: 30

Rx # 8763697  A196744  0394
ALFORD, BRIAN  12/13/2019
LATANOPROST 0.005% EYE SOLN
QTY: 2.5
Refills: 4

RX# 8819478  A196744  0394
ALFORD, BRIAN  12/09/2019
POTASSIUM CHLORIDE ER 10MEQ
Refills: 5  QTY: 30

RX# 8820735  A196744  0394
ALFORD, BRIAN  12/09/2019
CARVEDILOL 12.5MG TABS
Refills: 5  QTY: 30

RX# 8820735  A196744  0394
ALFORD, BRIAN  12/09/2019
CARVEDILOL 12.5MG TABS
Refills: 5  QTY: 30

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

DRC000628

**Toledo Correctional Institution**                                8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                    Nurse : NSC refusal
Main: 4197267977                              Date of Service: 1/21/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

**General Note Type:**   Nurse
**Subject:**   NSC refusal
**Note:**   Pt submitted HSR reporting continued sinus issues. Writer reviewed recent notes from nursing
and ALP since his last visit with writer. Pt was informed to purchase OTC sinus meds from commissary
(as he is not indigent) for his symptoms. He has been shopping twice since that visit and did not purchase
any OTC meds as directed. Pt reports he "bought only food to stay away from the chow hall and all the
sick guys." Pt has been seen by nursing as well (twice since ALP visit) and given OTC meds for sinus
symptoms. Writer informed pt he needs to follow the POC as directed by ALP. Pt then refused to
participate in NSC any longer. He left the clinic to housing unit.

Signed By: Weber-RN, Brian at 1/21/2020 9:17:42 AM

DRC000629

**Toledo Correctional Institution**                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                    NSC - Cold S&Sx
Main: 4197267977                          Date of Service: 1/21/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957          1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

## Clinical Lists Changes

**Orders:**
Added new Test order of Schedule for Nurse Sick Call (SCHNSC) - Signed

Signed By: Mathews-RN, Michael at 1/21/2020 3:01:12 AM

**Toledo Correctional Institution**                                          8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                          Order Form

| TEST FORM |
|---|

| | | | | |
|---|---|---|---|---|
| **Authorizing Provider:** | Michael Mathews-RN | **Service Provider:** | | ODRC |
| **Auth Provider NPI:** | | | | |
| **Signing Provider:** | Michael Mathews-RN | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ██████, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ██████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | | **Secondary Ins:** |
| **Group:** | | **Group:** |
| **Policy:** | | **Policy:** |
| **Insured ID:** | | **Insured ID:** |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| SCHNSC | Schedule for Nurse Sick Call | |

**Order Number:** 741653-1                         **Quantity:** 1
**Authorization #:**                                **Priority:** N
**Start Date:** 01/21/2020                          **End Date:** 01/21/2020
**Electronically signed by:** Michael Mathews-RN    **Signed on:** 1/21/2020 3:01:02 AM
**Instructions:** Cold S&Sx - 0900

DRC000631

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                       MED HSR
Main: 4197267977                              Date of Service: 12/8/2019

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957      1871377715

**MED HSR**


*Imported By: Teren Fields-MH HIT 1/15/2020 12:34:20 PM*

_____

External Attachment:

  Type:      Image
  Comment:   External Document


Signed By: Centricity, Document Manag at 1/15/2020 12:34:30 PM

DRC000632

# Health Services Request

Petición Para Servicios de Salud

| For Medical Use Only / Para Uso Medico Solamente |
| --- |
| Reviewed by: _emmenesa_ |
| Date Received: _2/8/a_ Time Received: _0945_ a.m./p.m. |

Date Of Request:
Fecha: 12-6-19

Inmate Name:
Nombre: ALFORD

Number:
Numero: A196744

Housing Unit:
Unidad: A1.W14

Request for: / Descripción del problema:

☐ Medical Care / Attención Medica
☐ Dental Care / Attención Dental
☐ Medication Reorder / Reordenar Medicación
☒ Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema:

Rx # 8763602  A196744  0394
ALFORD, BRIAN  11/4/2019
MINERAL OIL/WHITE PETROLATUM 20%/E
ORDER ENDS: 01/06/20  QTY: 3.5
Refill: 1

RX# 8819478  A196744  0394
ALFORD, BRIAN  11.05/2019
POTASSIUM CHLORIDE ER 10MEQ
Refills: 6  QTY: 30

RX# 8819482  A196744  0394
ALFORD, BRIAN  11/05/2019
HYDROCHLOROTHIAZIDE 25MG TA
Refills: 6  QTY: 30

RX# 8819486  A196744  0394
ALFORD, BRIAN  11/05/2019
ASPIRIN E.C. 81MG TBEC
Refills: 6  QTY: 30

RX# 8820735  A196744  0394
ALFORD, BRIAN  11/06/2019
CARVEDILOL 12.5MG TABS
Refills: 6  QTY: 30

RX# 8820735  A196744  0394
ALFORD, BRIAN  11/06/2019
CARVEDILOL 12.5MG TABS
Refills: 6  QTY: 30

RX# 8819484  A196744  0394
ALFORD, BRIAN  11/05/2019
AMLODIPINE BESYLATE 10MG TAB:
Refills: 6  QTY: 30

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

DRC000633

**Toledo Correctional Institution**                                        8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                    MED HSR
Main: 4197267977                                  Date of Service: 1/8/2020

**BRIAN KEITH ALFORD**
Male DOB: ███ 1957      1871377715

**MED HSR**


*Imported By: Teren Fields-MH HIT 1/13/2020 11:31:51 AM*

---------------------------------------------------------------------------

External Attachment:

  Type:      Image
  Comment:   External Document


Signed By: Centricity, Document Manag at 1/13/2020 11:32:22 AM

DRC000634

# Health Services Request

Petición Para Servicios de Salud

**For Medical Use Only / Para Uso Medico Solamente**

Reviewed by:

Date Received: 1 8 20    Time Received: 820   a.m/p.m.

Date Of Request:
Fecha: 1-8-20

Inmate Name:
Nombre: ALFORD

Number:
Numero: A196744

Housing Unit:
Unidad: A1-W14

Request for:
☒ Medical Care / Atención Medica
☐ Dental Care / Atención Dental
☐ Medication Reorder / Reordenar Medicación
☐ Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema:

1.) HERDACH, COUGHING, SNEEZING, SWEATING, CHILLS, THROAT BURN, CHEST BURNS, NOSE BURNS, RUNNY NOSE, STUPPY NOSE, NAUSEA

2.) URINE IS DARK, CANT HOLD URINE, BLADDER INFECTION LAST TIME THIS HAPPENED

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

DRC000635

**Toledo Correctional Institution**                                   8/8/2023
2001 East Central Avenue
Toledo, OH 43608                            ODRC Nurse Sick Call-flu like symptoms
Main: 4197267977                                   Date of Service: 1/8/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

**Pre-Existing Clinical Summary**
**Allergies:**
* Synalgos-DC, * BACTRIM DS.
**Problems**
Seasonal allergies (ICD-477.9) (ICD10-J30.2), Adverse effect of sulfonamides, initial encounter
(ICD10-T37.0x5A), IBS (ICD-564.1) (ICD10-K58.9), Lateral epicondylitis, left (ICD-726.32)
(ICD10-M77.12), Unspecified viral hepatitis C without hepatic coma    (ICD-070.70) (ICD10-B19.20),
Unspecified essential hypertension (ICD-401.9) (ICD10-I10), Other states following surgery of eye and
adnexa    (ICD-V45.69) (ICD10-Z98.83), Unspecified infective arthritis, site unspecified    (ICD-711.90)
(ICD10-M01.x0), Other cataract    (ICD-366.8) (ICD10-H26.8), Spasm of muscle    (ICD-728.85), Cervical
spondylosis with myelopathy    (ICD-721.1) (ICD10-M47.12), Benign localized hyperplasia of prostate
without urinary obstruction and other lower urinary tract symptoms [LUTS]    (ICD-600.20) (ICD10-N40.0),
Intervertebral lumbar disc disorder with myelopathy, lumbar region    (ICD-722.73) (ICD10-M51.06),
Allergic rhinitis, cause unspecified    (ICD-477.9), Unspecified dermatomycosis    (ICD-111.9)
(ICD10-B36.9), Lattice degeneration of peripheral retina    (ICD-362.63) (ICD10-H35.419), Carpal tunnel
syndrome    (ICD-354.0) (ICD10-G56.00), Injury to ulnar nerve    (ICD-955.2), Allergic rhinitis due to other
allergen    (ICD-477.8), Unspecified subjective visual disturbance    (ICD-368.10) (ICD10-H53.10),
Routine general medical examination at health care facility    (ICD-V70.0).
**Orders**
APRI Panel with Calculations [385375], Schedule with Optometry [SCHOPT], Schedule Chronic Care
Visit F/U [SCHCCCFU], APRI Panel with Calculations [385375], CBC With Differential [005009],
Comprehensive Metabolic Panel (14) [322000], Lipid Panel With LDL/HDL Ratio [235010], Microalb/Creat
Ratio, Randm Ur [140285].

**Nurse Sick Call**
**Is this sick call for a dental complaint?** No
**Type of Sick Call:**      Illness
**Referral Source:**   Health Service Request
**Sick Call Request Type:**   Symptom Based Sick Call Request

**Subjective**

**Patient complains of:** states for few days he has been peeing more often and his urine is dark. stateshe
has been taking ibuprofen and naproxen together since he has been sick
Females:
**Patient complains of pain?** No

**Significant Medical History**

**Objective Findings**

**Toledo Correctional Institution**                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          ODRC Nurse Sick Call-flu like symptoms
Main: 4197267977                                Date of Service: 1/8/2020

**BRIAN KEITH ALFORD**
Male DOB: ██████, 1957                    1871377715

## Genital / Urinary
**Urination Frequency:**  Yes
**Frequency:**  Increased
**Incontinence:**  No
**Difficulty Urinating:**  No
**Urinary Catheter:**  No
### Chemstrip Urine Dip Stick
**Color:**  dark yellow
**Clarity:**  Clear
**Odor:**  No
**Leukocytes 2 Minutes:**  Neg
**Nitrite 60 Seconds:**  Neg
**Urobilinogen 60 Seconds:**  1
**Protein 60 Seconds:**  neg
**pH 60 Seconds:**  6.5
**Blood 60 Seconds:**  Neg
**Specific Gravity 45 Seconds:**  1.030
**Ketones 40 Seconds:**  5 (Trace)
**Bilirubin 30 Seconds:**  Neg
**Glucose 30 Seconds:**  Neg
**Nursing Diagnosis** Other
**Other nursing diagnosis:** knowledge deficit r/t NSAID use
Refer to ALP or Gynecology ALP for temp > 101, recurrent UTI,,moderate to severe pain, large amount of
blood in urine, distended abdomen, both pain and hematuria present, or if patient presents with
symptoms of cystitis, urethritis, pyelonephritis, or if they are diabetic, have known kidney stones or has a
recurrent UTI.
**Other intervention(s):** educated
**Patient Education:** Medication actions side effects    dosage, Increase fluid intake, Long term use of
NSAIDS may counteract HTN medication and adversely affect kidney function
**Other education:** increase fluid intake never take ibuprofen and naproxen together. if after a few days
urine still dark and frequent urination return to medical

## Disposition
Return to clinic if no improvement
No restrictions on activity
Released to general population

## Subjective
**Patient's subjective statement:** states has had headache coughing but nothing come up, sore throat,
runny/stuffy nose. and the chills. states he was naseous but that went away
**Onset:**    5 days ago

## Significant Medical History
**Nursing Diagnosis:** Other
**Other Nursing Diagnosis:** alteration in comfort r/t flu like symptoms

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                              ODRC Nurse Sick Call-flu like symptoms
Main: 4197267977                                          Date of Service: 1/8/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715


**Objective Findings**




**Head, Eyes, ENT**
**Vision Disturbance:**   No
**Hearing Difficulty:**   No
**Difficulty Swallowing:**   No
**Bleeding Gums:**   No
**Other HEENT** throat slightly red. clear drainage seen at back of throat and nose.

**Neuro / Musculoskeletal**
**Conscious:**   Yes
**Oriented x 3:**   Yes
**Pupils, PERLA:**   Yes
**Weakness of Extremities:**   No

**Peripheral Circulation**
**Cyanosis:**   No
**Mottling:**   No
**Tingling in Hands:**   No
**Tingling in Feet:**   No

**Genital / Urinary**
**Urination Frequency:**   Yes
**Frequency:**   Increased
**Incontinence:**   No
**Difficulty Urinating:**   No
**Urinary Catheter:**   No

**Skin**
**Color:**   Normal
**Temp:**   Dry, Warm
**Turgor:**   Normal
**Bruises:**   No

**Cardiovascular**
**Rhythm** Regular
**Hear Sounds:**   Normal
**Edema:**   No
**Pitting:**   No

**Respiratory**
**Lung Sounds** Normal
**Cough:**   Yes

DRC000638

## Toledo Correctional Institution                                       8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          ODRC Nurse Sick Call-flu like symptoms
Main: 4197267977                                    Date of Service: 1/8/2020

## BRIAN KEITH ALFORD
Male DOB: ████, 1957                    1871377715

**Other Respiratory:** dry cough

## Gastrointestinal
**Appetite:**   Good
**Vomiting:**   No
**Nausea:**   No
**Bowel Movements:**   Regular
**Bowel Sounds:**   Normal
**Abdomen:**   Soft

## Plan
**Other Nursing Interventions:** pt given 9 packs of tylenol. half pack cepocal, cough syrup, 5 claritin
**Patient Education Provided:**     Hand Hygiene, Cough etiquette, Increase fluids, Medication side effects

## Disposition
Return to clinic if no improvement
No restrictions on activity
Released to general population

## Current Vital Signs
**Date/Time Vitals were taken:**   January   8, 2020 8:32 PM
**Previous Height:** 74 (09/09/2019 7:02:27 AM)     **Previous Weight:** 216 (12/30/2019 7:40:28 AM)

**Does weight include shackles?**   Without Shackles
**Current Weight (lbs) with or without shackles:**   212     **Current Height (in.):**   74
   **BMI:** 27.32     **Sitting BP:**   128 / 82
**Temperature:**   98.5
**Pulse rate:** 85       **Pulse rhythm:**   Regular
**Respirations:**   18   **Respiration Type:**   Unlabored
   **Pulse Ox%**   98   **Room Air:**   Yes
**Skin Turgor:**   normal
**Capillary Refill:** < 3 sec

Signed By: Hayes-RN, Amanda at 1/8/2020 9:31:41 PM

**Toledo Correctional Institution**                                         8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                            HSR NSC
Main: 4197267977                                             Date of Service: 1/8/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                        1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

**Clinical Lists Changes**

**Orders:**
Added new Test order of Schedule for Nurse Sick Call (SCHNSC) - Signed

Signed By: Hayes-RN, Amanda at 1/8/2020 8:19:30 PM

DRC000640

**Toledo Correctional Institution**                                             8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                            Order Form

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Amanda Hayes-RN | **Service Provider:** | ODRC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Amanda Hayes-RN | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| SCHNSC | Schedule for Nurse Sick Call | |

**Order Number:** 703890-1                                  **Quantity:** 1
**Authorization #:**                                          **Priority:** N
**Start Date:** 01/08/2020                                    **End Date:** 01/08/2020
**Electronically signed by:** Amanda Hayes-RN                 **Signed on:** 1/8/2020 8:19:27 PM
**Instructions:** flu like symptoms

1 of 1

DRC000641

**ODRC**                                                   8/8/2023

,                                                          CBC With Diffe
Panel (14),  ...
                                    Date of Service: 1/6/2020

**BRIAN KEITH ALFORD**
Male DOB: ████ 1957            1871377715

```
Patient: BRIAN  ALFORD
ID: 1100 00630503820
Note: All result statuses are Final unless otherwise noted.
Patient Note: PATIENT NOT FASTING
Tests: (1) CBC With Differential/Platelet (005009)
    WBC                        5.6 x10E3/uL              3.4-10.8
    RBC                        5.13 x10E6/uL             4.14-5.80
    Hemoglobin                 15.1 g/dL                 13.0-17.7
    Hematocrit                 45.1 %                    37.5-51.0
    MCV                        88 fL                     79-97
    MCH                        29.4 pg                   26.6-33.0
    MCHC                       33.5 g/dL                 31.5-35.7
    RDW                        13.8 %                    11.6-15.4
                            **Please note reference interval
change**

    Platelets                  250 x10E3/uL              150-450
    Neutrophils                61 %                      Not Estab.
    Lymphs                     24 %                      Not Estab.
    Monocytes                  11 %                      Not Estab.
    Eos                        3 %                       Not Estab.
    Basos                      1 %                       Not Estab.
  Neutrophils (Absolute)
                               3.5 x10E3/uL              1.4-7.0
    Lymphs (Absolute)          1.3 x10E3/uL              0.7-3.1
    Monocytes(Absolute)        0.6 x10E3/uL              0.1-0.9
    Eos (Absolute)             0.1 x10E3/uL              0.0-0.4
    Baso (Absolute)            0.0 x10E3/uL              0.0-0.2
  Immature Granulocytes
                               0 %                       Not Estab.
    Immature Grans (Abs)       0.0 x10E3/uL              0.0-0.1
Tests: (2) Comp. Metabolic Panel (14) (322000)
    Glucose                    83 mg/dL                  65-99
    BUN                        13 mg/dL                  8-27
    Creatinine                 1.22 mg/dL                0.76-1.27
    BUN/Creatinine Ratio       11                        10-24
    Sodium                     141 mmol/L                134-144
    Potassium                  4.6 mmol/L                3.5-5.2
    Chloride                   101 mmol/L                96-106
  Carbon Dioxide, Total
                               23 mmol/L                 20-29
    Calcium           [H]      10.4 mg/dL                8.6-10.2
    Protein, Total             7.3 g/dL                  6.0-8.5
    Albumin           [H]      5.0 g/dL                  3.6-4.8
                        **Effective January 20, 2020 Albumin
reference**
```

DRC000642

**ODRC**                                                              8/8/2023

,                                                                    CBC With Diffe
Panel (14),  ...

Date of Service: 1/6/2020

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                  1871377715

```
                        interval will be changing to:
                          Age                Male              Female
                          0 -   7 days     3.6 - 4.9         3.6 - 4.9
                          8 -  30 days     3.4 - 4.7         3.4 - 4.7
                          1 -   6 month    3.7 - 4.8         3.7 - 4.8
                  7 months -   2 years     3.9 - 5.0         3.9 - 5.0
                          3 -   5 years    4.0 - 5.0         4.0 - 5.0
                          6 -  12 years    4.1 - 5.0         4.0 - 5.0
                         13 -  30 years    4.1 - 5.2         3.9 - 5.0
                         31 -  50 years    4.0 - 5.0         3.8 - 4.8
                         51 -  60 years    3.8 - 4.9         3.8 - 4.9
                         61 -  70 years    3.8 - 4.8         3.8 - 4.8
                         71 -  80 years    3.7 - 4.7         3.7 - 4.7
                         81 -  89 years    3.6 - 4.6         3.6 - 4.6
                               >89 years   3.5 - 4.6         3.5 - 4.6
```

```
   Globulin, Total           2.3 g/dL                   1.5-4.5
   A/G Ratio                 2.2                        1.2-2.2
   Bilirubin, Total          0.8 mg/dL                  0.0-1.2
   Alkaline Phosphatase      62 IU/L                    39-117
   AST (SGOT)          [H]   61 IU/L                    0-40
   ALT (SGPT)          [H]   72 IU/L                    0-44
Tests: (3) Albumin/Creatinine Ratio,Urine (140285)
   Creatinine, Urine         101.4 mg/dL                Not Estab.
   Albumin, Urine            3.3 ug/mL                  Not Estab.
   Alb/Creat Ratio           3.3 mg/g creat             0.0-30.0
                                      Normal:              0.0 -
30.0
                             Albuminuria:            31.0 -
300.0
                             Clinical
albuminuria:       >300.0
                   **Effective January 20, 2020 the reference interval**
                   for Albumin/Creatinine Ratio will be changing to:
                             Normal:               0 -  29
                             Moderately increased: 30 - 300
                             Severely Increased:      >300
                   The result type will also be changing to 0.


Tests: (4) AST and Platelets with APRI (385375)
   APRI Index               0.6                         0.0-1.5
      AST to Platelets Ratio Index (APRI)
<0.6 - low risk for significant fibrosis (NPV 86%);
>1.5 - high risk for significant fibrosis (PPV 88%);
>2.0 - high risk for cirrhosis (PPV 93%)(1)
```

DRC000643

**ODRC**                                                                                       8/8/2023

,                                                                                              CBC With Diffe
Panel (14),  ...

                                                          Date of Service: 1/6/2020

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                          1871377715

Reference: Wai C-T, et al. A simple Noninvasive Index Can Predict
Both
Significant Fibrosis and Cirrhosis in Patients With Chronic
Hepatitis C. Hepatology 2003;38(2):518-526

Note: An exclamation mark (!) indicates a result that was not
dispersed into the flowsheet.
Document Creation Date: 01/07/2020 1:32 PM
_____

___
(1) Order result status: Final
Collection or observation date-time: 01/06/2020 07:37
Requested date-time:
Receipt date-time: 01/06/2020 00:00
Reported date-time: 01/07/2020 13:06
Referring Physician:
Ordering Physician: M BIGLER-MD (10179930)
Specimen Source:
Source: 1100
Filler Order Number: 00630503820 LAB
Lab site: Performed At:  01, LabCorp Dublin 6370 Wilcox Road  Dublin,
OH 430161269 Vincent Ricchiuti PhD     Phone:  8002827300
(2) Order result status: Final
Collection or observation date-time: 01/06/2020 07:37
Requested date-time:
Receipt date-time: 01/06/2020 00:00
Reported date-time: 01/07/2020 13:06
Referring Physician:
Ordering Physician: M BIGLER-MD (10179930)
Specimen Source:
Source: 1100
Filler Order Number: 00630503820 LAB
Lab site: Performed At:  01, LabCorp Dublin 6370 Wilcox Road  Dublin,
OH 430161269 Vincent Ricchiuti PhD     Phone:  8002827300
(3) Order result status: Final
Collection or observation date-time: 01/06/2020 07:37
Requested date-time:
Receipt date-time: 01/06/2020 00:00
Reported date-time: 01/07/2020 13:06
Referring Physician:
Ordering Physician: M BIGLER-MD (10179930)
Specimen Source:
Source: 1100
Filler Order Number: 00630503820 LAB
Lab site: Performed At:  01, LabCorp Dublin 6370 Wilcox Road  Dublin,
OH 430161269 Vincent Ricchiuti PhD     Phone:  8002827300

DRC000644

**ODRC**                                                                         8/8/2023

,                                                                    CBC With Diffe
Panel (14),  ...

                                                        Date of Service: 1/6/2020

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                          1871377715

```
(4) Order result status: Final
Collection or observation date-time: 01/06/2020 07:37
Requested date-time:
Receipt date-time: 01/06/2020 00:00
Reported date-time: 01/07/2020 13:06
Referring Physician:
Ordering Physician: M BIGLER-MD (10179930)
Specimen Source:
Source: 1100
Filler Order Number: 00630503820 LAB
Lab site: Performed At:  01, LabCorp Dublin 6370 Wilcox Road  Dublin,
OH 430161269 Vincent Ricchiuti PhD      Phone:  8002827300
-----------------
The following lab values were dispersed to the flowsheet
with no units conversion:
  Creatinine, Urine, 101.4 MG/DL, (F)  expected units: mL/min
  Alb/Creat Ratio, 3.3 MG/G CREAT, (F)  expected units: mg/g (creat)
-----------------
The following results were not dispersed to the flowsheet:
  WBC, 5.6 x10E3/uL, (F)
  RBC, 5.13 x10E6/uL, (F)
  Hemoglobin, 15.1 g/dL, (F)
  MCV, 88 fL, (F)
  MCH, 29.4 pg, (F)
  MCHC, 33.5 g/dL, (F)
  RDW, 13.8 %, (F)
  Platelets, 250 x10E3/uL, (F)
  Neutrophils, 61 %, (F)
  Lymphs, 24 %, (F)
  Eos, 3 %, (F)
  Basos, 1 %, (F)
  Neutrophils (Absolute), 3.5 x10E3/uL, (F)
  Lymphs (Absolute), 1.3 x10E3/uL, (F)
  Monocytes(Absolute), 0.6 x10E3/uL, (F)
  Eos (Absolute), 0.1 x10E3/uL, (F)
  Baso (Absolute), 0.0 x10E3/uL, (F)
  Immature Granulocytes, 0 %, (F)
  Immature Grans (Abs), 0.0 x10E3/uL, (F)
  Glucose, 83 mg/dL, (F)
  BUN, 13 mg/dL, (F)
  Calcium, 10.4 mg/dL, (F)
  Alkaline Phosphatase, 62 IU/L, (F)
  Albumin, Urine, 3.3 ug/mL, (F)
```

DRC000645

**ODRC**                                                                                      8/8/2023

,

CBC With Diffe

Panel (14),  ...

Date of Service: 1/6/2020

**BRIAN KEITH ALFORD**

Male DOB: ███ 1957                          1871377715

Signed By: Bigler-MD, Mark at 1/8/2020 11:26:53 AM

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                              Release Of Responsibility
Main: 4197267977                     Date of Service: 12/12/2019

**BRIAN KEITH ALFORD**
Male DOB: ████ 1957      1871377715

**Release Of Responsibility**


*Imported By: Teren Fields-MH HIT 12/31/2019 1:35:53 PM*

_____

External Attachment:

  Type:     Image
  Comment:  External Document


Signed By: Centricity, Document Manag at 12/31/2019 1:36:02 PM

DRC000647

Ohio Department of Rehabilitation and Correction
# RELEASE OF RESPONSIBILITY

I hereby acknowledge that I have been fully informed by the appropriate medical personnel as to my condition:

Mandatory Flu shot offering due to CCC or >50

Against the advice of said medical personnel; I desire to refuse this treatment for the below reasons:

I refuse the Flu shot

Any medical condition left untreated may lead to disability, death, temporary or chronic pain.  Specific risks for your condition include:

Flu, nausea and vomitting, death

Benefits of treatment:

Vaccinate against the Flu

I further acknowledge I have been informed of the risks involved, benefits and alternative treatments available. I accept full responsibility of this action and hereby release the attending physician and all other medical staff from all responsibility for any complications or undesirable results arising from such action.  Health care staff have informed me that to have the right to subsequent health care and may continue to access health care in the usual manner, regardless of past refusals.

| Inmate signature: | Blah A196740 | |
|---|---|---|
| Inmate Name: A LFord | | Inmate Number: A196740 |
| Witness signature: | | |
| Witness signature: Dawn LPN | | |
| Facility: TOCI:Toledo Correctional Inst. | | Date: 12/13/19 |

DRC 5025

DRC000648

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                              MED HSR
Main: 4197267977                          Date of Service: 12/26/2019

**BRIAN KEITH ALFORD**
Male DOB: ███████, 1957      1871377715

**MED HSR**


*Imported By: Teren Fields-MH HIT 12/30/2019 4:37:55 PM*

_____


External Attachment:

  Type:     Image
  Comment:  External Document


Signed By: Centricity, Document Manag at 12/30/2019 4:38:02 PM

# Health Services Request

Petición Para Servicios de Salud

**For Medical Use Only / Para Uso Medico Solamente**

Reviewed by: _____

Date Received: 12/26/19          Time Received: 1010  a.m./p.m.

Date Of Request:
Fecha: 12-26-19

Inmate Name:
Nombre: ALFORD

Number:
Numero: A196744

Housing Unit:
Unidad: A1-W14

Request for:   ☒ Medical Care / Atención Medica   ☐ Dental Care / Atención Dental   ☐ Medication Reorder / Reordenar Medicación   ☐ Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema: COUGHING, CONGESTION, STUFFY NOSE, RUNNY NOSE, EAR PRESSURE

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

**DRC000650**

**Toledo Correctional Institution**                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                MED Healthcare Debit
Main: 4197267977                          Date of Service: 12/27/2019

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957     1871377715

**MED Healthcare Debit**


*Imported By: Teren Fields-MH HIT 12/30/2019 4:37:36 PM*

_____

External Attachment:

  Type:      Image
  Comment:   External Document


Signed By: Centricity, Document Manag at 12/30/2019 4:38:00 PM

# Healthcare Debit

| Inmate Name: Alford | | Inmate Number A 196744 | Date of Service: 12 27 19 |
|---|---|---|---|
| Institution Name: TCI | Housing Location: A1W14 | | Date: 12 27 19 |

The above-named inmate is to be charged ☑ $ 2.00 *(routine HSR)* ☐ $ 3.00 *(unscheduled non-emergent)* for medical service received, to be deducted from the inmate's institutional personal account. The charge is made pursuant to sec. 5120.56 O.R.C., Offender Financial Responsibility Program.

| Medical Staff (Print): Daumgartner | Position: RN |
|---|---|

The above-named inmate is indigent as defined in DRC Policy 68-MED-15. No co-pay was deducted from the inmate's institutional personal account.

| Cashier/Designee: | Date: |
|---|---|

## Refunds

| ☐ Void Co-Pay | HCA/Inspector: | Date: |
|---|---|---|
| ☐ Void Processed | Cashier/Designee: | Date: |

DRC 5203 (Rev. 07/07)    DISTRIBUTION:    WHITE - Cashier    CANARY - Medical Services    PINK - Inmate    ACA 4-4400

DRC000652

**Toledo Correctional Institution**                                8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          ALP Chronic Care - Follow-Up/HTN,HCV
Main: 4197267977                              Date of Service: 12/30/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

```
 Patient was given Claritin 10 mg one each day as needed #1 sleeve,
chlorphen one three times daily as needed #10 , Urea Cream to apply
each day #1 tube.
```

Signed By: Bigler-MD, Mark at 12/30/2019 3:36:34 PM

1 of 1

**Toledo Correctional Institution**                                          8/8/2023
**2001 East Central Avenue**
**Toledo**, **OH 43608**                                                     Order Form

---

## WORK STATUS

---

| | | | | |
|---|---|---|---|---|
| **Authorizing Provider:** | Mark Bigler-MD | **Service Provider:** | | |
| **Auth Provider NPI:** | 1205866530 | | | |
| **Signing Provider:** | Mark Bigler-MD | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ▮ 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▮ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

<u>**Code**</u>                      <u>**Description**</u>                              <u>**Diagnoses**</u>
PTENCMU               CQM Patient Encounter
**Order Number:**      670577-1                              **Quantity:** 1
**Authorization #:**                                         **Priority:**
**Start Date:**        12/30/2019                            **End Date:** 12/30/2019
**Electronically signed by:** Mark Bigler-MD                 **Signed on:** 12/30/2019 2:46:08 PM
**Instructions:**

1 of 1

DRC000654

**Toledo Correctional Institution**                                    8/8/2023
**2001 East Central Avenue**
**Toledo**, **OH 43608**                                                Order Form

---

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Mark Bigler-MD | **Service Provider:** | |
| **Auth Provider NPI:** | 1205866530 | | |
| **Signing Provider:** | Mark Bigler-MD | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███ , 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | █████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

---

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| 385375 | APRI Panel with Calculations | UNSPECIFIED VIRAL HEPATITIS C WITHOUT HEPATIC COMA (ICD-B19.20) ,UNSPECIFIED ESSENTIAL HYPERTENSION (ICD-I10) |

**Order Number:** 670577-3          **Quantity:** 1
**Authorization #:**                **Priority:** N
**Start Date:** 03/09/2020          **End Date:** 03/09/2020
**Electronically signed by:** Mark Bigler-MD   **Signed on:** 12/30/2019 2:46:08 PM
**Instructions:**

DRC000655

**Toledo Correctional Institution**                                                        8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                                       Order Form

| TEST FORM |
|---|

| **Authorizing Provider:** | Mark Bigler-MD | **Service Provider:** | | |
|---|---|---|---|---|
| **Auth Provider NPI:** | 1205866530 | | | |
| **Signing Provider:** | Mark Bigler-MD | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |

| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███, 1957 | **Age:** | 66 |
|---|---|---|---|---|---|
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| **Primary Ins:** | | **Secondary Ins:** | |
|---|---|---|---|
| **Group:** | | **Group:** | |
| **Policy:** | | **Policy:** | |
| **Insured ID:** | | **Insured ID:** | |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| 005009 | CBC With Differential | UNSPECIFIED VIRAL HEPATITIS C WITHOUT HEPATIC COMA  (ICD-B19.20) ,UNSPECIFIED ESSENTIAL HYPERTENSION (ICD-I10) |

**Order Number:**           670577-4                              **Quantity:** 1
**Authorization #:**                                              **Priority:** N
**Start Date:**             03/09/2020                            **End Date:** 03/09/2020
**Electronically signed by:** Mark Bigler-MD                      **Signed on:** 12/30/2019 2:46:08 PM
**Instructions:**

DRC000656

**Toledo Correctional Institution**                                      8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                     Order Form

---

## TEST FORM

| | | | | |
|---|---|---|---|---|
| **Authorizing Provider:** | Mark Bigler-MD | **Service Provider:** | | |
| **Auth Provider NPI:** | 1205866530 | | | |
| **Signing Provider:** | Mark Bigler-MD | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ▇ 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▇ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| 322000 | Comprehensive Metabolic Panel (14) | UNSPECIFIED VIRAL HEPATITIS C WITHOUT HEPATIC COMA  (ICD-B19.20) ,UNSPECIFIED ESSENTIAL HYPERTENSION (ICD-I10) |

**Order Number:** 670577-5                                **Quantity:** 1
**Authorization #:**                                       **Priority:** N
**Start Date:** 03/09/2020                                 **End Date:** 03/09/2020
**Electronically signed by:** Mark Bigler-MD              **Signed on:** 12/30/2019 2:46:08 PM
**Instructions:**

DRC000657

**Toledo Correctional Institution**                                    8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                  Order Form

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Mark Bigler-MD | **Service Provider:** | |
| **Auth Provider NPI:** | 1205866530 | | |
| **Signing Provider:** | Mark Bigler-MD | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | | **Secondary Ins:** |
| **Group:** | | **Group:** |
| **Policy:** | | **Policy:** |
| **Insured ID:** | | **Insured ID:** |

| Code | Description | Diagnoses |
|---|---|---|
| 235010 | Lipid Panel With LDL/HDL Ratio | UNSPECIFIED VIRAL HEPATITIS C WITHOUT HEPATIC COMA  (ICD-B19.20) ,UNSPECIFIED ESSENTIAL HYPERTENSION (ICD-I10) |

**Order Number:** 670577-6                                 **Quantity:** 1
**Authorization #:**                                       **Priority:** N
**Start Date:** 03/09/2020                                 **End Date:** 03/09/2020
**Electronically signed by:** Mark Bigler-MD               **Signed on:** 12/30/2019 2:46:08 PM
**Instructions:**

1 of 1

DRC000658

**Toledo Correctional Institution**                                      8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                     Order Form

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Mark Bigler-MD | **Service Provider:** | |
| **Auth Provider NPI:** | 1205866530 | | |
| **Signing Provider:** | Mark Bigler-MD | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ████, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| Code | Description | Diagnoses |
|---|---|---|
| 140285 | Microalb/Creat Ratio, Randm Ur | UNSPECIFIED VIRAL HEPATITIS C WITHOUT HEPATIC COMA  (ICD-B19.20) ,UNSPECIFIED ESSENTIAL HYPERTENSION (ICD-I10) |

**Order Number:** 670577-7                          **Quantity:** 1
**Authorization #:**                                **Priority:** N
**Start Date:** 03/09/2020                           **End Date:** 03/09/2020
**Electronically signed by:** Mark Bigler-MD          **Signed on:** 12/30/2019 2:46:08 PM
**Instructions:**

1 of 1

DRC000659

**Toledo Correctional Institution**                                    8/8/2023
**2001 East Central Avenue**
**Toledo**, OH 43608                                                   Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Mark Bigler-MD | **Service Provider:** |
| **Auth Provider NPI:** 1205866530 | |
| **Signing Provider:** Mark Bigler-MD | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| | | | | |
|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** ███, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** Male | **SSN:** | ███ |
| **Work Phone:** | | **Cell Phone:** | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| SCHCCCFU | Schedule Chronic Care Visit F/U | UNSPECIFIED VIRAL HEPATITIS C WITHOUT HEPATIC COMA  (ICD-B19.20) ,UNSPECIFIED ESSENTIAL HYPERTENSION (ICD-I10) |

**Order Number:** 670577-2  **Quantity:** 1
**Authorization #:**  **Priority:** N
**Start Date:** 05/20/2020  **End Date:**
**Electronically signed by:** Mark Bigler-MD  **Signed on:** 12/30/2019 2:46:08 PM
**Instructions:** follow up CCC HTN, HCV in 90 days

DRC000660

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                              ALP Chronic Care - Follow-Up/HTN,HCV
Main: 4197267977                                 Date of Service: 12/30/2019

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                    1871377715

0

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

**Current Vital Signs**
**Date/Time Vitals were taken:**   December 30, 2019 2:22 PM
**Previous Height:** 74 (09/09/2019 7:02:27 AM)     **Previous Weight:** 215 (12/27/2019 9:16:41 AM)

**Does weight include shackles?**   Without Shackles
**Current Weight (lbs) with or without shackles:**   216     **BMI:** 27.83   **Sitting BP:**   124 **/** 72
**Temperature:**   98.3     **Temperature site:**   Oral
**Pulse rate:** 82**Respirations:**   16     **Pulse Ox%**   96     **Room Air:**   Yes

**Nursing Chronic Care Clinic Review**

**Chronic Care Clinics**
Cardiac-Hypertension
Liver
**Medication Compliance:**      Compliant
**Percent Compliant** 99
**Reports side effects?** No
**Treatment Plan Compliance:**      Yes
**Dietary Compliance:** Yes

**Education Provided**
Diet
Disease Process
Exercise
Medication

**Chronic Care Being Seen Today:**
Cardiac / HTN
Liver

**Clinics**
Liver Disease

**HPI**

**COPD**
**Edema** No

**Toledo Correctional Institution**                                      8/8/2023
2001 East Central Avenue
Toledo, OH 43608                              ALP Chronic Care - Follow-Up/HTN,HCV
Main: 4197267977                                    Date of Service: 12/30/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

## Liver Disease
**Type:** Hepatitis C
**Is patient currently receiving hepatitis drug treatment?** No
Medication treatment not indicated at this time.
**Has Patient received treatment in the past?** No


**Nausea** Yes
**Vomiting** No
**Diarrhea** No
**Edema** No
**Abdominal pain** Yes
**Comments:** some sharp pains on left, upper abdomen, just happens, no blood in stool noted, denies a
lot of heartburn, "couple of times"
**Other Symptoms** Yes
**New tattoos since last CC visit?** No
**Drug use since last CC visit?** No
**Drug or Alcohol use since last CC visit?** No

## Cardiac / Hypertension
**History of coronary artery disease** No
**History of hypertension** Yes
**History of other cardiovascular issues** No
**Chest Pain** No
**Shortness of Breath** No
**Palpitations** Yes
**Peripheral Edema** No
**Syncope / Dizziness** Yes
**Comments:** lightheaded sometimes
**Orthopnea** No
**Headache** Yes
**Comments:** occasional
**Nocturia** No
**Compliant with medication?** Yes
CURRENT MEDICATIONS:
2019-11-05 POTASSIUM CHLORIDE ER 10MEQ TABLET
(S)
1QD 12/9/2019 6/1/2020
2019-11-05 HYDROCHLOROTHIAZIDE 25MG TABLET
(S)
1QD 12/9/2019 6/1/2020
2019-11-05 AMLODIPINE BESYLATE 10MG TABLET
(S)
1QD 12/9/2019 6/1/2020
2019-11-05 ASPIRIN E.C. 81MG TABLET

**Toledo Correctional Institution**                                         8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                    ALP Chronic Care - Follow-Up/HTN,HCV
Main: 4197267977                                         Date of Service: 12/30/2019

**BRIAN KEITH ALFORD**
Male DOB: ████ 1957                    1871377715

(S)
1QD 12/9/2019 6/1/2020
2019-11-05 CARVEDILOL 12.5MG TABLET
(S)
1BID 12/9/2019 6/1/2020
2019-09-09 LATANOPROST 0.005% DROP(S) 1GTT INTO OS QHS (EYE DROPS
GOOD 42 DAYS OUT OF FRIDGE)
12/13/2019 4/5/2020
2019-09-09 MINERAL OIL/WHITE
PET/LANOLIN
3%-94% OINTMEN
T
APPLY 1/4 INCH STRIP TO OS BID

would also like some artificial tears for left eye, helps the lacrilube

would also like some allergy meds, lot of sneezing, runny nose, sometimes stuffy, sneezing, watery eyes

**Current Lab**
**Urine Microalbumin**
3.8 (05/09/2017 6:31:25 AM)
**LDL**
91 (04/03/2019 9:15:33 AM)
**HDL**
50 (04/03/2019 9:15:33 AM)
**AST (SGOT)**
41 (05/02/2019 6:12:22 AM)
**ALT (SGPT)**
65 (08/29/2018 10:30:48 AM)
**APRI**
0.4 (05/02/2019 6:12:22 AM)
**Hemoglobin**
13.9 (08/29/2018 10:31:04 AM)
**Creatinine**
1.17 (08/29/2018 10:30:48 AM)

**Degree of Control**
Cardiac/HTN
Liver
Cardiac / HTN
**Degree of control** Good
Liver
**Degree of control** Good

**Chronic Care Follow-Up Interval**
**Follow-Up Date** 90 Days
**Does the follow-up interval chosen deviate from protocol?** No

**Toledo Correctional Institution**                                 8/8/2023
2001 East Central Avenue
Toledo, OH 43608                         ALP Chronic Care - Follow-Up/HTN,HCV
Main: 4197267977                               Date of Service: 12/30/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957            1871377715

**Assessment Comments:** Will continue in CCC HTN and HCV with above meds without changes.
Patient counseled on diet, exercise, and maintaining a healthy weight. Increasing fruits and vegetables,
limiting sodium.
Continue in CCC HCV. APRI panel and meaning discussed.    Indications for treatment while incarcerated
reviewed. Continue to avoid hepatotoxic acitivies such as IV drugs, prison tatoos and excess tylenol
doses.    WIll follow up in 90 days with labs prior to visit.

## Education Provided
**New Orders**
CQM Patient Encounter [PTENCMU]
Schedule Chronic Care Visit F/U [SCHCCCFU]
APRI Panel with Calculations [385375]
CBC With Differential [005009]
Comprehensive Metabolic Panel (14) [322000]
Lipid Panel With LDL/HDL Ratio [235010]
Microalb/Creat Ratio, Randm Ur [140285]

## Physical Examination

### General
The patient is well nourished, well developed, alert and oriented and in no acute distress.

### Integumentary
Skin without obvious rashes or lesions; hair and nails without obvious abnormalities.

### Neck
Neck: Supple, no bruits, thyromegaly, masses or adenopathy.

### Respiratory
Unlabored by view. Breath sounds clear to auscultation and percussion; no rales, rhonchi or wheezes.

### Cardiovascular
Regular rate and rhythm, positive S1/S2; No S3/S4; no murmurs or rubs; No clubbing, cyanosis or
edema; no jugular venous distension; peripheral pulses normal.

### Gastrointestinal
Soft, non-tender. Bowel sounds present. No pulsatile mass or masses. No hepatosplenomegaly.

### Lymphatic

### Neck
**Posterior Nodes:**   No
**Cervical Adenopathy:**   No
**Supraclavicular:**   No

### Neurological
Grossly intact and non-focal; no tremors, no gait abnormalities, speech fluent.

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                              ALP Chronic Care - Follow-Up/HTN,HCV
Main: 4197267977                                  Date of Service: 12/30/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957              1871377715


Signed By: Bigler-MD, Mark at 12/30/2019 2:46:12 PM

DRC000665

**Toledo Correctional Institution**                                      8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                    ODRC Nurse Sick Call cold sx
Main: 4197267977                                      Date of Service: 12/27/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

## Encounter Context
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

## Pre-Existing Clinical Summary
**Allergies:**
* Synalgos-DC, * BACTRIM DS.
**Problems**
Seasonal allergies (ICD-477.9) (ICD10-J30.2), Adverse effect of sulfonamides, initial encounter
(ICD10-T37.0x5A), IBS (ICD-564.1) (ICD10-K58.9), Lateral epicondylitis, left (ICD-726.32)
(ICD10-M77.12), Liver Disease , Cardiac / Hypertension , Unspecified viral hepatitis C without hepatic
coma    (ICD-070.70) (ICD10-B19.20), Unspecified essential hypertension (ICD-401.9) (ICD10-I10), Other
states following surgery of eye and adnexa    (ICD-V45.69) (ICD10-Z98.83), Unspecified infective arthritis,
site unspecified    (ICD-711.90) (ICD10-M01.x0), Other cataract    (ICD-366.8) (ICD10-H26.8), Spasm of
muscle    (ICD-728.85), Cervical spondylosis with myelopathy    (ICD-721.1) (ICD10-M47.12), Benign
localized hyperplasia of prostate without urinary obstruction and other lower urinary tract symptoms
[LUTS]    (ICD-600.20) (ICD10-N40.0), Intervertebral lumbar disc disorder with myelopathy, lumbar region
(ICD-722.73) (ICD10-M51.06), Allergic rhinitis, cause unspecified    (ICD-477.9), Unspecified
dermatomycosis    (ICD-111.9) (ICD10-B36.9), Lattice degeneration of peripheral retina    (ICD-362.63)
(ICD10-H35.419), Carpal tunnel syndrome    (ICD-354.0) (ICD10-G56.00), Injury to ulnar nerve
(ICD-955.2), Allergic rhinitis due to other allergen    (ICD-477.8), Unspecified subjective visual disturbance
(ICD-368.10) (ICD10-H53.10), Routine general medical examination at health care facility    (ICD-V70.0).
**Orders**
APRI Panel with Calculations [385375], Schedule Chronic Care Visit F/U [SCHCCCFU], APRI Panel with
Calculations [385375], CBC With Differential [005009], Comprehensive Metabolic Panel (14) [322000],
Microalb/Creat Ratio, Randm Ur [140285], Schedule with Optometry [SCHOPT].

## Nurse Sick Call
**Is this sick call for a dental complaint?** No
**Type of Sick Call:**     Illness
**Referral Source:**    Health Service Request
**Sick Call Request Type:**   Symptom Based Sick Call Request

## Subjective

## Subjective
**Patient's subjective statement:** "I have the same thing going on as usual. Coughing, congestion,
sneezing, stuffy and runny nose, and ear pressure."
**Onset:**    3 days

## Significant Medical History
Chronic Rhinitis
**Nursing Diagnosis:** Alteration in comfort related to acute pain

## Objective Findings

**Toledo Correctional Institution**                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    ODRC Nurse Sick Call cold sx
Main: 4197267977                    Date of Service: 12/27/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

### Head, Eyes, ENT
**Vision Disturbance:**   No
**Hearing Difficulty:**   No
**Difficulty Swallowing:**   No
**Bleeding Gums:**   No
**Other HEENT** post nasal drip, red throat, ears are clear

### Neuro / Musculoskeletal
**Conscious:**   Yes
**Oriented x 3:**   Yes
**Pupils, PERLA:**   Yes
**Weakness of Extremities:**   No

### Peripheral Circulation
**Cyanosis:**   No
**Mottling:**   No
**Tingling in Hands:**   No
**Tingling in Feet:**   No

### Genital / Urinary
**Urination Frequency:**   Yes
**Frequency:**   Normal
**Incontinence:**   No
**Difficulty Urinating:**   No
**Urinary Catheter:**   No

### Skin
**Color:**   Normal
**Turgor:**   Normal
**Bruises:**   No

### Cardiovascular
**Rhythm** Regular
**Hear Sounds:**   Normal
**Edema:**   No
**Pitting:**   No

### Respiratory
**Lung Sounds** Normal
**Cough:**   Yes

### Gastrointestinal
**Appetite:**   Good
**Vomiting:**   No

**Toledo Correctional Institution**                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          ODRC Nurse Sick Call cold sx
Main: 4197267977                          Date of Service: 12/27/2019

**BRIAN KEITH ALFORD**
Male DOB: ██████, 1957                    1871377715

**Nausea:**  No
**Bowel Movements:**  Regular
**Bowel Sounds:**  Normal
**Abdomen:**  Soft

## Plan
**Nursing Interventions:** CTM 1 tab twice daily for 3 days PO PRN for nasal
congestion/drainage/sneezing - 6 tabs given, Patient referred to commissary for OTC comfort medication,
Gargle with 1/2 teaspoon salt dissolved in an 8-ounce glass of warm water as needed for sore throat -
salt packet given
**Other Nursing Interventions:** gave 1 sleeve cepachol and 9 pks Iprin
**Patient Education Provided:**    Hand Hygiene, Cough etiquette, Increase fluids, Smoking cessation,
importance of smoking cessation, Medication side effects

## Disposition
Return to clinic if no improvement

## Current Vital Signs
**Date/Time Vitals were taken:**   December 27, 2019 8:00 AM
**Previous Height:** 74 (09/09/2019 7:02:27 AM)     **Previous Weight:** 217 (12/11/2019 8:05:26 AM)

**Does weight include shackles?**   Without Shackles
**Current Weight (lbs) with or without shackles:**   215     **BMI:** 27.70   **Sitting BP:** 140 **/** 82
**Temperature:**   97.7     **Temperature site:**   Oral
**Pulse rate:** 82     **Pulse rhythm:**   Regular
**Respirations:**   16   **Respiration Type:**   Regular
      **Pulse Ox%**   98   **Room Air:**   Yes
**Capillary Refill:** brisk

Signed By: Baumgartner-RN, Melissa at 12/27/2019 9:20:48 AM

DRC000668

**Toledo Correctional Institution**                                            8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                              HSR NSC- cold symptoms
Main: 4197267977                                           Date of Service: 12/26/2019

**BRIAN KEITH ALFORD**
Male DOB: ███ , 1957                          1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

**Clinical Lists Changes**

**Orders:**
Added new Test order of Schedule for Nurse Sick Call (SCHNSC) - Signed


Signed By: Hayes-RN, Amanda at 12/26/2019 10:09:17 PM

**Toledo Correctional Institution**                                        8/8/2023
**2001 East Central Avenue**
**Toledo**, **OH 43608**                                                    Order Form

---

## TEST FORM

| | | | | |
|---|---|---|---|---|
| **Authorizing Provider:** | Amanda Hayes-RN | **Service Provider:** | | ODRC |
| **Auth Provider NPI:** | | | | |
| **Signing Provider:** | Amanda Hayes-RN | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ██ , 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ██ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | **Secondary Ins:** | |
| **Group:** | **Group:** | |
| **Policy:** | **Policy:** | |
| **Insured ID:** | **Insured ID:** | |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| SCHNSC | Schedule for Nurse Sick Call | |

**Order Number:** 665413-1                        **Quantity:** 1
**Authorization #:**                               **Priority:** N
**Start Date:** 12/27/2019                         **End Date:** 12/27/2019
**Electronically signed by:** Amanda Hayes-RN      **Signed on:** 12/26/2019 10:09:14 PM
**Instructions:** cold symptoms

1 of 1

**Toledo Correctional Institution**                                   8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                    MED Healthcare Debit
Main: 4197267977                           Date of Service: 12/9/2019

**BRIAN KEITH ALFORD**
Male DOB: ████████, 1957      1871377715

**MED Healthcare Debit**


*Imported By: Teren Fields-MH HIT 12/11/2019 4:04:28 PM*

_____

External Attachment:

  Type:     Image
  Comment:  External Document


Signed By: Centricity, Document Manag at 12/11/2019 4:05:01 PM

1 of 1

# Healthcare Debit

| Inmate Name: | Alford, B. | Inmate Number | 196744 | Date of Service: | 12/9/19 |
|---|---|---|---|---|---|
| Institution Name: | TOCI | Housing Location: | A,W,14 | Date: | 12/9/19 |

The above-named inmate is to be charged ☒ $ 2.00 *(routine HSR)* ☐ $ 3.00 *(unscheduled non-emergent)* for medical service received, to be deducted from the inmate's institutional personal account. The charge is made pursuant to sec. 5120.56 O.R.C., Offender Financial Responsibility Program.

| Medical Staff (Print): | Weber | Position: | RN |
|---|---|---|---|

The above-named inmate is indigent as defined in DRC Policy 68-MED-15. No co-pay was deducted from the inmate's institutional personal account.

| Cashier/Designee: | | Date: |
|---|---|---|

---

## Refunds

| ☐ Void Co-Pay | HCA/Inspector: | Date: |
|---|---|---|
| ☐ Void Processed | Cashier/Designee: | Date: |

DRC 5203 (Rev. 07/07)     DISTRIBUTION:     WHITE - Cashier          CANARY - Medical Services          PINK - Inmate          ACA 4-4400

DRC000672

**Toledo Correctional Institution**                        8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                              MED HSR
Main: 4197267977                        Date of Service: 12/8/2019

**BRIAN KEITH ALFORD**
Male DOB: ███████, 1957      1871377715

**MED HSR**


*Imported By: Teren Fields-MH HIT 12/11/2019 4:02:07 PM*

---

External Attachment:

  Type:      Image
  Comment:   External Document


Signed By: Centricity, Document Manag at 12/11/2019 4:02:31 PM

# Health Services Request

Petición Para Servicios de Salud

**For Medical Use Only / Para Uso Medico Solamente**

Reviewed by: _____

Date Received: _12/8/19_    Time Received: _3:15_    a.m./p.m.

Date Of Request:
Fecha: _12-6-19_

Inmate Name:
Nombre: _ALFBD_

Number:
Numero: _A196744_

Housing Unit:
Unidad: _#1-W14_

Request for:  ☒ Medical Care / Attención Medica   ☐ Dental Care / Attención Dental   ☐ Medication Reorder / Reordenar Medicación   ☐ Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema: _COUGHING, SNEEZING, UPSET STOMACH, HEADACHE, NAUSEA, CONGESTED._

_NSC (-)_

_OSC_

_12/6/19_

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

DRC000674

**Toledo Correctional Institution**                                     8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                    Order Form

## WORK STATUS

| | | | | |
|---|---|---|---|---|
| **Authorizing Provider:** | Candy Babb-CNP | **Service Provider:** | | |
| **Auth Provider NPI:** | 1417950718 | | | |
| **Signing Provider:** | Candy Babb-CNP | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | **Secondary Ins:** | |
| **Group:** | **Group:** | |
| **Policy:** | **Policy:** | |
| **Insured ID:** | **Insured ID:** | |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| PTENCMU | CQM Patient Encounter | |

**Order Number:** 616270-1                          **Quantity:** 1
**Authorization #:**                                **Priority:**
**Start Date:** 12/11/2019                           **End Date:**
**Electronically signed by:** Candy Babb-CNP        **Signed on:** 12/11/2019 11:37:28 AM
**Instructions:**

1 of 1

DRC000675

**Toledo Correctional Institution**                                      8/8/2023
2001 East Central Avenue
Toledo, OH 43608                        ALP Sick Call ** long term allergy treatment/ nausea
Main: 4197267977                                    Date of Service: 12/11/2019

**BRIAN KEITH ALFORD**
Male DOB: ███████, 1957              1871377715

0

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

**Current Vital Signs**
**Date/Time Vitals were taken:** December 11, 2019 8:05 AM
**Previous Height:** 74 (09/09/2019 7:02:27 AM)     **Previous Weight:** 216 (12/09/2019 9:27:37 AM)

**Does weight include shackles?** Without Shackles
**Current Weight (lbs) with or without shackles:** 217     **BMI:** 27.96     **Sitting BP:** 134 / 87
**Temperature:** 97.7     **Temperature site:** Oral
**Pulse rate:** 82     **Pulse rhythm:** Regular
**Respirations:** 16     **Respiration Type:** Regular
      **Pulse Ox%** 98     **Room Air:** Yes

**HPI**
**Chief complaint:** Longterm Allergy Med chronic tx request
**History of presenting illness:** WD WN 62 year old AA male presents w/ chronic allergy hx requesting
long term allergy tx. Pt frequently has allergies which results in bilat ear and sinus pressure and
HA.AGGRAVATING SYMPTOMS- DRY AIR AND SEASONAL CHANGES. ALLEVIAITNG SYMPTOMS -
DENIED. DENIES F+C. or NV.

**Is there another issue?** Yes
**Second Complaint:** Pt. reports stomach discomfort and questionable diarrhea x 1 week. Denies any
particular cause of diarrhea. Pt noted be vague with reporting of symptoms. Pt unsure "How diarrhea" the
BM was " I didn't look"     Denies F+C,    NV.

**Physical Examination**
ENT

**General**
Patient is alert and oriented and in no acute distress

**Cardiovascular**
Regular rhythm, no murmurs or gallops.
Normal S1, S2

**Gastrointestinal**
Abdomen soft, non-tender, bowel sounds present, no masses, no hepatomegaly.

**Rectal**
Deferred

1 of 3

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    ALP Sick Call ** long term allergy treatment/ nausea
Main: 4197267977                               Date of Service: 12/11/2019

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                    1871377715

## Respiratory
Lungs clear to auscultation with no wheezing, rales, or rhonchi

## Neck
Neck Supple
**Adenopathy** No
**Carotid Bruits** No
**Enlarged Thyroid** No
**Thyroid nodule(s):** No
**Nuchal Rigidity** No
**JVD / HJR** No

## Musculoskeletal
Full Range of motion of all 4 extremeties without obvious deformity.

## Gait
Gait steady
Grossly intact and non focal, no tremors, no gait abnormalities, speech fluent.

### *External Ears:*
No obvious deformities

### *Otoscopic:*
No obvious abnormalities
**Ear canal erythema:**   None
**Ear canal exudate:**   None
**TM erythema:**   None
**TM effusion:**   None
**Excessive cerumen:**   None

### *Hearing:*
No obvious abnormalities.

## Nose
Nares open and clear bilaterally and without discharge.

## Mouth / Throat
**Oral mucosa normal** Yes
**Bleeding** No

## Tongue:
**Lesions** No

## Throat
**Hyperemia** No
**Exudate:** No
**Enlarged tonsils** No

DRC000677

**Toledo Correctional Institution**                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    ALP Sick Call ** long term allergy treatment/ nausea
Main: 4197267977                              Date of Service: 12/11/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**Integumentary**
Skin is without obvious rashes or lesions.

**Assessment**
**Assessment(s):**
Seasonal allergies (ICD-477.9) (ICD10-J30.2)

**Plan**
SEASONAL ALLERGIES- PT ADVISED TO OBTAIN ZYRTEC FROM COMMISSARY. "COMMISSARY
DAY IS IN 1 WEEK. WILL GET IT THEN" STATES ADVISED TO RETURN TO MEDICAL AS NEEDED
PRN. FREQUENT GOOD HANDWASHING ENCOURAGED.    ADVISED TO DRINK ATLEAST 1 1.2
GALLONS OF WATER DAILY. PT VERBALIZED UNDERSTANDING OF INSTRUCTIONS.      ADVISED
TO NOT TOUCH AREA.

ADVISED TO RETURN TO MEDICAL IN 5 DAYS FOR REMOVAL OF SUTURES X 5 FROM RIGHT EYE
BROW SUPRA ORBITAL RIDGE LAC. SKIN CARE REVIEWED. FREQUENT GOOD HANDWASHING
ENCOURAGED. ADVISED TO DRINK ATLEAST 1 1.2 GALLONS OF WATER DAILY. PT VERBALIZED
UNDERSTANDING OF INSTRUCTIONS.      ADVISED TO NOT TOUCH AREA. PT VERBALIZED
UNDERSTANDING OF INSTRUCTIONS.
PT. GIVEN MEDIPROXEN AND TYLENOL BID X 7 DAYS, CLARITIN X 6 TABS AND CHLORPHEN X 6
TABS. PRN AS NEEDED. PT VERBALIZED UNDERSTANDING OF INSTRUCTIONS.

UPSET STOMACH DIARRHEA CONCERNS- PT ENCOURAGEDTO LET DIARRHEA RUN ITS
COURSE. PT EXPLAINED THAT DIARRHEA IS THE BODY'S WAY OF GETTING RID OF HARMFUL
AGENTS IN THE BODY. ADVISED TO RETURN TO MEDICAL IN 5 DAYS FOR REMOVAL OF
SUTURES X 5 FROM RIGHT EYE BROW SUPRA ORBITAL RIDGE LAC. SKIN CARE REVIEWED.
FREQUENT GOOD HANDWASHING ENCOURAGED. ADVISED TO DRINK ATLEAST 1 1.2 GALLONS
OF WATER DAILY. PT VERBALIZED UNDERSTANDING OF INSTRUCTIONS.

**Was a new Chronic Care Enrollment added this visit?** No
Return to Clinic PRN

**New Orders**
**New Orders:**
CQM Patient Encounter [PTENCMU]

Signed By: Babb-CNP, Candy at 12/11/2019 11:37:29 AM

DRC000678

**Toledo Correctional Institution**                                8/8/2023
**2001 East Central Avenue**
**Toledo**, OH 43608                                              Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Candy Babb-CNP | **Service Provider:** |
| **Auth Provider NPI:** 1417950718 | |
| **Signing Provider:** Brian Weber-RN | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| | | | | |
|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** ███, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** Male | **SSN:** | ████ |
| **Work Phone:** | | **Cell Phone:** | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | |

| **Primary Ins:** | **Secondary Ins:** |
|---|---|
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| SCHMEDALP | Schedule with Advanced Level Provider | |

**Order Number:** 607556-1                    **Quantity:** 1
**Authorization #:**                          **Priority:** N
**Start Date:** 12/11/2019                     **End Date:** 12/11/2019
**Electronically signed by:** Brian Weber-RN   **Signed on:** 12/9/2019 9:41:04 AM
**Instructions:** long term allergy treatment

1 of 1

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                              ODRC Nurse Sick Call-sinus complaints
Main: 4197267977                                    Date of Service: 12/9/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

## Pre-Existing Clinical Summary
**Allergies:**
* Synalgos-DC, * BACTRIM DS.
**Problems**
Adverse effect of sulfonamides, initial encounter (ICD10-T37.0x5A), IBS (ICD-564.1) (ICD10-K58.9),
Lateral epicondylitis, left (ICD-726.32) (ICD10-M77.12), Liver Disease , Cardiac / Hypertension ,
Unspecified viral hepatitis C without hepatic coma    (ICD-070.70) (ICD10-B19.20), Unspecified essential
hypertension (ICD-401.9) (ICD10-I10), Other states following surgery of eye and adnexa    (ICD-V45.69)
(ICD10-Z98.83), Unspecified infective arthritis, site unspecified    (ICD-711.90) (ICD10-M01.x0), Other
cataract    (ICD-366.8) (ICD10-H26.8), Spasm of muscle    (ICD-728.85), Cervical spondylosis with
myelopathy    (ICD-721.1) (ICD10-M47.12), Benign localized hyperplasia of prostate without urinary
obstruction and other lower urinary tract symptoms [LUTS]    (ICD-600.20) (ICD10-N40.0), Intervertebral
lumbar disc disorder with myelopathy, lumbar region    (ICD-722.73) (ICD10-M51.06), Allergic rhinitis,
cause unspecified    (ICD-477.9), Unspecified dermatomycosis    (ICD-111.9) (ICD10-B36.9), Lattice
degeneration of peripheral retina    (ICD-362.63) (ICD10-H35.419), Carpal tunnel syndrome    (ICD-354.0)
(ICD10-G56.00), Injury to ulnar nerve    (ICD-955.2), Allergic rhinitis due to other allergen    (ICD-477.8),
Unspecified subjective visual disturbance    (ICD-368.10) (ICD10-H53.10), Routine general medical
examination at health care facility    (ICD-V70.0).
**Orders**
APRI Panel with Calculations [385375], Schedule Chronic Care Visit F/U [SCHCCCFU], APRI Panel with
Calculations [385375], CBC With Differential [005009], Comprehensive Metabolic Panel (14) [322000],
Microalb/Creat Ratio, Randm Ur [140285], Schedule with Optometry [SCHOPT], Schedule for Nurse Sick
Call [SCHNSC].

## Nurse Sick Call
**Is this sick call for a dental complaint?** No
**Type of Sick Call:**      Illness
**Referral Source:**   Health Service Request
**Sick Call Request Type:**   Symptom Based Sick Call Request

## Subjective

## Subjective
**Patient's subjective statement:** Pt seen several times for thism issue, most recently at NSC on 11-21-19.
He is reporting sinus pressure, drainage, sinus HA, sore throat, sour stomach that has been going on for
"a while now."

## Significant Medical History
Cardiac Disease
Chronic Rhinitis
Chronic Sore Throat
Chronic Sinusitits

**Toledo Correctional Institution**                               8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          ODRC Nurse Sick Call-sinus complaints
Main: 4197267977                              Date of Service: 12/9/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

Seasonal Allergies
**Nursing Diagnosis:** Ineffective airway clearance R/T inflammation, Potential for infection R/ T retained
secretions

## Objective Findings

### Head, Eyes, ENT
**Vision Disturbance:**  Yes
**Elaborate:**  chronic eye concerns, wears corrective lenses
**Hearing Difficulty:**  No
**Difficulty Swallowing:**  No
**Bleeding Gums:**  No
**Other HEENT** red nasal passages, red throat, TM free of S/Sx of infection

### Neuro / Musculoskeletal
**Conscious:**  Yes
**Oriented x 3:**  Yes
**Pupils, PERLA:**  Yes
**Weakness of Extremities:**  No

### Peripheral Circulation
**Cyanosis:**  No
**Mottling:**  No
**Tingling in Hands:**  No
**Tingling in Feet:**  No

### Genital / Urinary
**Urination Frequency:**  No
**Incontinence:**  No
**Difficulty Urinating:**  No
**Urinary Catheter:**  No

### Skin
**Color:**  Normal
**Temp:**  Dry, Warm
**Turgor:**  Normal
**Bruises:**  No

### Cardiovascular
**Rhythm** Regular
**Hear Sounds:**  Normal
**Edema:**  No
**Pitting:**  No

**Toledo Correctional Institution**                         8/8/2023
2001 East Central Avenue
Toledo, OH 43608                      ODRC Nurse Sick Call-sinus complaints
Main: 4197267977                           Date of Service: 12/9/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957              1871377715

**Respiratory**
**Lung Sounds** Normal
**Cough:**  No

**Gastrointestinal**
**Appetite:**  Good
**Vomiting:**  No
**Nausea:**  Yes
**Elaborate:**  no emesis, just reporting "sour" stomach
**Bowel Movements:**  Regular
**Bowel Sounds:**  Normal
**Abdomen:**  Soft

**Plan**
**Nursing Interventions:** Acetaminophen 325mg 1-2 tabs PO every 4 hours PRN for fever >101 - 10 tabs
given, CTM 1 tab twice daily for 3 days PO PRN for nasal congestion/drainage/sneezing - 6 tabs given,
Patient referred to commissary for OTC comfort medication, Gargle with 1/2 teaspoon salt dissolved in an
8-ounce glass of warm water as needed for sore throat - salt packet given
**Other Nursing Interventions:** Pt given OTC claratin (5 tabs) to use with CTM as well as cepacol
lozenges for comfort. He is given 6 pkgs diatome to assist with stomach symptoms until sinus congestion
dries out
**Patient Education Provided:**   Hand Hygiene, Cough etiquette, Increase fluids, Medication side effects,
Other
**Other patient education:** Pt to see ALP for long term allergy treatment

**Disposition**
Released to general population
Schedule with ALP

**Current Vital Signs**
**Date/Time Vitals were taken:**   December   9, 2019 9:28 AM
**Previous Height:** 74 (09/09/2019 7:02:27 AM)     **Previous Weight:** 212 (11/21/2019 11:40:32 AM)

**Does weight include shackles?**   Without Shackles
**Current Weight (lbs) with or without shackles:**   216     **BMI:** 27.83     **Sitting BP:**   129 **/** 86
**Temperature:**   98.1     **Temperature site:**   Oral
**Pulse rate:** 74     **Pulse rhythm:**   Regular
**Respirations:**   16   **Respiration Type:**   Unlabored
     **Pulse Ox%**   99   **Room Air:**   Yes

Signed By: Weber-RN, Brian at 12/9/2019 9:41:09 AM

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                    NSC - Cold S&Sx/Upset Stomach
Main: 4197267977                                    Date of Service: 12/9/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

## Clinical Lists Changes

**Orders:**
Added new Test order of Schedule for Nurse Sick Call (SCHNSC) - Signed

Signed By: Mathews-RN, Michael at 12/9/2019 2:20:06 AM

**Toledo Correctional Institution**                                      8/8/2023
**2001 East Central Avenue**
**Toledo**, OH 43608                                                     Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Michael Mathews-RN | **Service Provider:** ODRC |
| **Auth Provider NPI:** | |
| **Signing Provider:** Michael Mathews-RN | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| | | | |
|---|---|---|---|
| **Patient Name:** BRIAN KEITH ALFORD | **DOB:** ████, 1957 | **Age:** | 66 |
| **Home Phone:** | **Sex:** Male | **SSN:** ████ |
| **Work Phone:** | **Cell Phone:** | **Patient ID:** 1871377715 |
| **Resp. Provider:** | | | |

| **Primary Ins:** | **Secondary Ins:** |
|---|---|
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| SCHNSC | Schedule for Nurse Sick Call | |

**Order Number:** 606111-1                       **Quantity:** 1
**Authorization #:**                              **Priority:** N
**Start Date:** 12/09/2019                        **End Date:** 12/09/2019
**Electronically signed by:** Michael Mathews-RN  **Signed on:** 12/9/2019 2:19:36 AM
**Instructions:** Cold S&Sx/Upset Stomach - 0930

DRC000684

**Toledo Correctional Institution**                                                                                8/8/2023
**2001 East Central Avenue**
**Toledo**, OH 43608                                                                                                Order Form

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Thomas Shoemaker-OD | **Service Provider:** | |
| **Auth Provider NPI:** | 1346318235 | | |
| **Signing Provider:** | Thomas Shoemaker-OD | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ▮▮▮, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▮▮▮▮▮▮ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| Code | Description | Diagnoses |
|---|---|---|
| SCHOPT | Schedule with Optometry | UNSPECIFIED SUBJECTIVE VISUAL DISTURBANCE  (ICD-H53.10) |

| | | | |
|---|---|---|---|
| **Order Number:** | 600856-1 | **Quantity:** | 1 |
| **Authorization #:** | | **Priority:** | N |
| **Start Date:** | 08/03/2020 | **End Date:** | |
| **Electronically signed by:** | Thomas Shoemaker-OD | **Signed on:** | 12/6/2019 8:40:17 AM |
| **Instructions:** | Extensive left eye ocular history.  IOP check in 6 months. | | |

1 of 1

**Toledo Correctional Institution**                                8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                Optometry Comprehensive Exam
Main: 4197267977                                Date of Service: 12/6/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

**Optometry - Ophthalmology Exam**
**PO Hx:** pt states going to pursue glasses from non-DRC and thought maybe I left some numbers off the RX form.   history of cataracts surgery OS around May 2015 and then YAG.   Pt   had corneal ulcer and RD OS both in 2014???
**VA cc 20 <:**  25 rt, 40- left
**GAT:**  12 rt, 11 left

**Pupils:**   Round and Reactive OU
TAG tonopen values are in mmHg

**External**

**OD (Right Eye)**
**Cornea:**   nl; Normal
          **Comments:**   Grade 2- diffuse spk

**OS (Left Eye)**
**Cornea:**   nl; Normal
          **Comments:**   grade 3 central SPK with keel-shaped scar that is more faint than I recall. (surprised patient could read 20/40- given level of SPK).

**Internal**

**OD (Right Eye)**
**Optic Discs:**   Size/Appear/NFL C/D
          **C/D Findings:**   0.65

**OS (Left Eye)**
**Optic Discs:**   Size/Appear/NFL C/D
          **C/D Findings:**   0.60

**Assessment**
Refractive Error
**Comments:**   past elevated IOP with good IOP's now on Latanoprost therapy.
Dry eye OS. (despite patient states he used Lacrilube this morning- but not last night).

**Plan**
**Orders Added/Modified**
Added new Test order of Schedule with Optometry (SCHOPT) - Signed
**Comments:**   PT ed that the glasses RX that I already gave him does have the needed RX info- (as he confirms he only wants DVO- and not a bifocal; pt had seen that didn't have a near pd and nothing in the "add" portion when comparing to past RX).   PT ed needs to use Lacrilube qHS and qAM OS.   should continue with Latanoprost OS qPM.     Pt also requesting Artificial Tears- ed I will try to ordwer 1 bottle but mostly will need to get via commissary.     Monitor in 6 months- order placed.   (SB:   pt also spoke of ocular migraine type symptoms OS though only lasts few minutes).

**Toledo Correctional Institution**                                   8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                   Optometry Comprehensive Exam
Main: 4197267977                                   Date of Service: 12/6/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715


**Optical Services Physician Orders**
.

**Right Eye**

**Left Eye**
**Pupillary Distance or Decentration**
**Near PD**

**Decentration**

**Add Ons**


Signed By: Shoemaker-OD, Thomas at 12/6/2019 8:40:21 AM

**Toledo Correctional Institution**                               8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                              MED HSR
Main: 4197267977                        Date of Service: 12/2/2019

**BRIAN KEITH ALFORD**
Male DOB: ███████ , 1957      1871377715

**MED HSR**


*Imported By: Teren Fields-MH HIT 12/5/2019 10:21:29 AM*

---

External Attachment:

  Type:      Image
  Comment:   External Document


Signed By: Centricity, Document Manag at 12/5/2019 10:22:01 AM

# Health Services Request

Petición Para Servicios de Salud

**For Medical Use Only / Para Uso Medico Solamente**

Reviewed by: _____

Date Received: 12/9/19    Time Received: 2200    a.m./p.m.

Date Of Request: / Fecha: 11·1·19

Inmate Name: / Nombre: ALFord

Number: / Numero: A198744

Housing Unit: / Unidad: A1·W14

**Request for:**
- [X] Medical Care / Attención Medica
- [ ] Dental Care / Atención Dental
- [ ] Medication Reorder / Reordenar Medicación
- [ ] Medication Refill / Rellenar la Medicación

Nature of problem: / Descripción del problema: I NEED TO BE PLACED ON THE LIST TO SEE THE EYE DOCTOR. MY LEFT EYE IS CREATING MAJOR PROBLEMS.

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

DRC000689

**Toledo Correctional Institution**                                      8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                    ODRC Nurse Sick Call-optometry request
Main: 4197267977                                          Date of Service: 12/3/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                          1871377715

## Encounter Context
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

## Pre-Existing Clinical Summary
**Allergies:**
* Synalgos-DC, * BACTRIM DS.
**Problems**
Adverse effect of sulfonamides, initial encounter (ICD10-T37.0x5A), IBS (ICD-564.1) (ICD10-K58.9),
Lateral epicondylitis, left (ICD-726.32) (ICD10-M77.12), Liver Disease , Cardiac / Hypertension ,
Unspecified viral hepatitis C without hepatic coma    (ICD-070.70) (ICD10-B19.20), Unspecified essential
hypertension (ICD-401.9) (ICD10-I10), Other states following surgery of eye and adnexa    (ICD-V45.69)
(ICD10-Z98.83), Unspecified infective arthritis, site unspecified    (ICD-711.90) (ICD10-M01.x0), Other
cataract    (ICD-366.8) (ICD10-H26.8), Spasm of muscle    (ICD-728.85), Cervical spondylosis with
myelopathy    (ICD-721.1) (ICD10-M47.12), Benign localized hyperplasia of prostate without urinary
obstruction and other lower urinary tract symptoms [LUTS]    (ICD-600.20) (ICD10-N40.0), Intervertebral
lumbar disc disorder with myelopathy, lumbar region    (ICD-722.73) (ICD10-M51.06), Allergic rhinitis,
cause unspecified    (ICD-477.9), Unspecified dermatomycosis    (ICD-111.9) (ICD10-B36.9), Lattice
degeneration of peripheral retina    (ICD-362.63) (ICD10-H35.419), Carpal tunnel syndrome    (ICD-354.0)
(ICD10-G56.00), Injury to ulnar nerve    (ICD-955.2), Allergic rhinitis due to other allergen    (ICD-477.8),
Unspecified subjective visual disturbance    (ICD-368.10) (ICD10-H53.10), Routine general medical
examination at health care facility    (ICD-V70.0).
**Orders**
APRI Panel with Calculations [385375], Schedule with Optometry [SCHOPT], Schedule Chronic Care
Visit F/U [SCHCCCFU], APRI Panel with Calculations [385375], CBC With Differential [005009],
Comprehensive Metabolic Panel (14) [322000], Microalb/Creat Ratio, Randm Ur [140285], Schedule for
Nurse Sick Call [SCHNSC].

## Nurse Sick Call
**Is this sick call for a dental complaint?** No

**Referral Source:**    Health Service Request
**Sick Call Request Type:**    Non Symptom Sick Call Request

## Non Symptom Sick Call Request
**Sick Call Type:**    Medical
**Request Type:**    Eyeglasses
**Elaboration of Non Symptom Request:**    Pt contiunes to report difficulty with his left eye (post cataract
surgery) He reports "floaters and vision changes" and feels he needs to see optometry sooner than the
March ordered F/U. He continues to wear existing glasses and use drops/oinment per last optometry visit
**Outcome and Plan:**    Writer to adjust existing optometry appointment to next available. Pt updated on
POC.

## Current Vital Signs
Patient Refused Vital Signs
**Date/Time Vitals were taken:**    December    3, 2019 8:37 AM

**Toledo Correctional Institution**                                             8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                  ODRC Nurse Sick Call-optometry request
Main: 4197267977                                        Date of Service: 12/3/2019

**BRIAN KEITH ALFORD**
Male DOB: ██████ 1957                    1871377715

**Previous Height:** 74 (09/09/2019 7:02:27 AM)      **Previous Weight:** 212 (11/21/2019 11:40:32 AM)
   **BMI:** 27.32


Signed By: Weber-RN, Brian at 12/3/2019 8:42:46 AM

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                               NSC - Eye Exam
Main: 4197267977                              Date of Service: 12/3/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

## Clinical Lists Changes

**Orders:**
Added new Test order of Schedule for Nurse Sick Call (SCHNSC) - Signed


Signed By: Mathews-RN, Michael at 12/3/2019 6:09:21 AM

**Toledo Correctional Institution**                                                    8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                                   Order Form

| TEST FORM |
|---|

| Authorizing Provider: | Michael Mathews-RN | Service Provider: | | ODRC |
|---|---|---|---|---|
| Auth Provider NPI: | | | | |
| Signing Provider: | Michael Mathews-RN | | | |
| Phone: | | Phone: | | |
| Fax: | | Fax: | | |

| Patient Name: | BRIAN KEITH ALFORD | DOB: | ████ , 1957 | Age: | 66 |
|---|---|---|---|---|---|
| Home Phone: | | Sex: | Male | SSN: | ████ |
| Work Phone: | | Cell Phone: | | Patient ID: | 1871377715 |
| Resp. Provider: | | | | | |

| Primary Ins: | | Secondary Ins: |
|---|---|---|
| Group: | | Group: |
| Policy: | | Policy: |
| Insured ID: | | Insured ID: |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| SCHNSC | Schedule for Nurse Sick Call | |

**Order Number:** 585345-1                                 **Quantity:** 1
**Authorization #:**                                       **Priority:** N
**Start Date:**        12/03/2019                           **End Date:** 12/03/2019
**Electronically signed by:** Michael Mathews-RN           **Signed on:** 12/3/2019 6:08:53 AM
**Instructions:**     Eye Exam - 0800

DRC000693

**Toledo Correctional Institution**                                     8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                        MED HSR
Main: 4197267977                               Date of Service: 11/20/2019

**BRIAN KEITH ALFORD**
Male DOB: ███████ , 1957      1871377715

**MED HSR**


*Imported By: Teren Fields-MH HIT 11/26/2019 10:42:07 AM*

_____

External Attachment:

  Type:      Image
  Comment:   External Document


Signed By: Centricity, Document Manag at 11/26/2019 10:42:55 AM

DRC000694

# Health Services Request

Petición Para Servicios de Salud

| For Medical Use Only / Para Uso Medico Solamente | | |
|---|---|---|
| Reviewed by: | | |
| Date Received: 11 20 19 | Time Received: 929 | a.m./p.m. |

Date Of Request:
Fecha: 11·20·19

Inmate Name:
Nombre: RLFORD

Number:
Numero: A196744

Housing Unit:
Unidad: A1-W14

Request for:  ☒ Medical Care / Attención Medica   ☐ Dental Care / Attención Dental   ☐ Medication Reorder / Reordenar Medicación   ☐ Medication Refill / Rellenar la Medicación

Nature of problem: NAUSEATED, UPSET STOMACH, HEADACHE, DIZZY,
Descripción del problema: CAUGHING, SNEEZING, CONGESTED

11 21 19

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

DRC000695

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                            ODRC Nurse Sick Call
Main: 4197267977                                    Date of Service: 11/21/2019

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                    1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

## Pre-Existing Clinical Summary
**Allergies:**
* Synalgos-DC, * BACTRIM DS.
**Problems**
Adverse effect of sulfonamides, initial encounter (ICD10-T37.0x5A), IBS (ICD-564.1) (ICD10-K58.9),
Lateral epicondylitis, left (ICD-726.32) (ICD10-M77.12), Liver Disease , Cardiac / Hypertension ,
Unspecified viral hepatitis C without hepatic coma    (ICD-070.70) (ICD10-B19.20), Unspecified essential
hypertension (ICD-401.9) (ICD10-I10), Other states following surgery of eye and adnexa    (ICD-V45.69)
(ICD10-Z98.83), Unspecified infective arthritis, site unspecified    (ICD-711.90) (ICD10-M01.x0), Other
cataract    (ICD-366.8) (ICD10-H26.8), Spasm of muscle    (ICD-728.85), Cervical spondylosis with
myelopathy    (ICD-721.1) (ICD10-M47.12), Benign localized hyperplasia of prostate without urinary
obstruction and other lower urinary tract symptoms [LUTS]    (ICD-600.20) (ICD10-N40.0), Intervertebral
lumbar disc disorder with myelopathy, lumbar region    (ICD-722.73) (ICD10-M51.06), Allergic rhinitis,
cause unspecified    (ICD-477.9), Unspecified dermatomycosis    (ICD-111.9) (ICD10-B36.9), Lattice
degeneration of peripheral retina    (ICD-362.63) (ICD10-H35.419), Carpal tunnel syndrome    (ICD-354.0)
(ICD10-G56.00), Injury to ulnar nerve    (ICD-955.2), Allergic rhinitis due to other allergen    (ICD-477.8),
Unspecified subjective visual disturbance    (ICD-368.10) (ICD10-H53.10), Routine general medical
examination at health care facility    (ICD-V70.0).
**Orders**
APRI Panel with Calculations [385375], Schedule with Optometry [SCHOPT], Schedule Chronic Care
Visit F/U [SCHCCCFU], APRI Panel with Calculations [385375], CBC With Differential [005009],
Comprehensive Metabolic Panel (14) [322000], Microalb/Creat Ratio, Randm Ur [140285], Schedule for
Nurse Sick Call [SCHNSC].

## Nurse Sick Call
**Is this sick call for a dental complaint?** No
**Type of Sick Call:**      Illness
**Referral Source:**   Health Service Request
**Sick Call Request Type:**   Symptom Based Sick Call Request

## Subjective

## Subjective
**Patient's Subjective Statement:**      Pt complains of headache, sinus pressure dizziness, sneezing

## Significant Medical History:

## Objective Findings

**Toledo Correctional Institution**                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                              ODRC Nurse Sick Call
Main: 4197267977                         Date of Service: 11/21/2019

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                    1871377715

**Head, Eyes, ENT**
**Vision Disturbance:**  No
**Hearing Difficulty:**  No
**Difficulty Swallowing:**  No
**Bleeding Gums:**  No
**Other HEENT** Pt complains of what seems to be a chronic complaint of "seasonal allergies"

**Assessment:**
**Nursing Diagnosis:**    alteration in comfort r/t "seasonal allergies"

**Plan**
**Nursing Interventions:**   Chlorphen PRN x 3 days, Naproxen 220 mg BID PRN x 3 days
**Patient Education:**    increase water intake, purchase OTC remedies from comissary

**Disposition**
Return to clinic if no improvement
No restrictions on activity

**Current Vital Signs**
**Date/Time Vitals were taken:**   November 21, 2019 8:55 AM
**Previous Height:** 74 (09/09/2019 7:02:27 AM)    **Previous Weight:** 213 (11/05/2019 7:36:24 AM)

**Does weight include shackles?**   Without Shackles
**Current Weight (lbs) with or without shackles:**   212    **BMI:** 27.32    **Sitting BP:**   130 / 85
**Temperature:**   97.8    **Temperature site:**   Oral
**Pulse rate:** 78    **Pulse rhythm:**   Regular
**Respirations:**   14   **Respiration Type:**   Regular
     **Pulse Ox%**   98

Signed By: Seger- QIC, Dennis at 11/21/2019 11:56:34 AM

**Toledo Correctional Institution**                                      8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                         HSR NSC
Main: 4197267977                                        Date of Service: 11/20/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                        1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

**Clinical Lists Changes**

**Orders:**
Added new Test order of Schedule for Nurse Sick Call (SCHNSC) - Signed

Signed By: Hayes-RN, Amanda at 11/20/2019 9:27:42 PM

1 of 1

**Toledo Correctional Institution**                                              8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                              Order Form

| TEST FORM |
|---|

| | | | | | |
|---|---|---|---|---|---|
| **Authorizing Provider:** | Amanda Hayes-RN | **Service Provider:** | | ODRC | |
| **Auth Provider NPI:** | | | | | |
| **Signing Provider:** | Amanda Hayes-RN | | | | |
| **Phone:** | | **Phone:** | | | |
| **Fax:** | | **Fax:** | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | | | |
|---|---|---|---|
| **Primary Ins:** | | **Secondary Ins:** | |
| **Group:** | | **Group:** | |
| **Policy:** | | **Policy:** | |
| **Insured ID:** | | **Insured ID:** | |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| SCHNSC | Schedule for Nurse Sick Call | |

**Order Number:** 550758-1                **Quantity:** 1
**Authorization #:**                       **Priority:** N
**Start Date:** 11/21/2019                 **End Date:** 11/21/2019
**Electronically signed by:** Amanda Hayes-RN    **Signed on:** 11/20/2019 9:27:40 PM
**Instructions:** feeling sick

1 of 1

**Toledo Correctional Institution**                               8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                          MH KITE
Main: 4197267977                    Date of Service: 11/6/2019

**BRIAN KEITH ALFORD**
Male DOB: ███████, 1957     1871377715

**MH KITE**


*Imported By: Teren Fields-MH HIT 11/14/2019 12:39:34 PM*

---

External Attachment:

  Type:     Image
  Comment:  External Document


Signed By: Centricity, Document Manag at 11/14/2019 12:40:02 PM

_Redone_

| Number: | Name: | Date: |
|---|---|---|
| A196744 | ALFORD | 11-5-19 |

| Unit: | Lock: | Assignment: |
|---|---|---|
| A1 | A-W14 | LAUNDRY MACH OPER |

To: Ms JALENSKI

NOV 0 6 2019

KITE PROCEDURE

1. Check with your Sergeant or Case Manager to see if this communication can be handled without a kite.
2. Write only to the Department that handles the problem you have. Others will merely forward your kite.
3. State your problems clearly and completely and thereby get immediate attention.
4. Avoid duplication of Kites, Writing to more than one office about the same thing will not obtain any faster attention.
5. Kites are to be used only for communication between inmates and Institutional Staff and not for any other purpose.

———————————— FOLD HERE ————————————

CASE MANAGER

CLASSIFICATION

COMMISSARY

DENTAL
**USE HEALTH SERVICES
REQUEST FORM, DRC5373
TO ACCESS DENTAL CARE**

MEDICAL
**USE HEALTH SERVICES
REQUEST FORM, DRC5373
TO ACCESS MEDICAL
CARE**

MAJOR MENTAL
HEALTH

WARDEN

DEPUTY WARDEN
ADMINISTRATION/
SPECIAL SERVICES/
PROGRAMS

DEPUTY WARDEN
OPERATIONS

INST. INSPECTOR

INVESTIGATOR

JOB COORDINATOR

LIBRARY

MAIL ROOM

QUARTERMASTER

RECORDS

RECOVERY SERVICES

RECREATION

RELIGIOUS SERVICES

UNIT MANAGER  _____

EDUCATION

FOOD SERVICE

OTHER  _____

DRC 2005 (Rev. 08/2014)

KITE PROCEDURE

1. Check with your Sergeant or Case Manager to see if this communication can be handled without a kite.
2. Write only to the Department that handles the problem you have. Others will merely forward your kite.
3. State your problems clearly and completely and thereby get immediate attention.
4. Avoid duplication of Kites, Writing to more than one office about the same thing will not obtain any faster attention.
5. Kites are to be used only for communication between inmates and Institutional Staff and not for any other purpose.

DRC000701

Ma'am I wish to attend the yoga classes on every other Tuesday,

Respectfully,

QM 196744

Al.W14

Mr. Alviol — You have been advised.

Thanks,

Me. Joo

DRC000702

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                      MED HSR
Main: 4197267977                                     Date of Service: 11/3/2019

**BRIAN KEITH ALFORD**
Male DOB: ███████, 1957      1871377715

**MED HSR**


*Imported By: Teren Fields-MH HIT 11/8/2019 2:12:37 PM*

_____

External Attachment:

  Type:      Image
  Comment:   External Document


Signed By: Centricity, Document Manag at 11/8/2019 2:13:02 PM

1 of 1

\* New orders written on 11/6/19

# Health Services Request

Petición Para Servicios de Salud

| For Medical Use Only / Para Uso Medico Solamente |
|---|
| Reviewed by: _emushisRN_ |
| Date Received: 11/3/19  Time Received: 0700  a.m./p.m. |

Date Of Request:
Fecha: 11-1-19

Inmate Name:
Nombre: ALFORD

Number:
Numero: A196-744

Housing Unit:
Unidad: A1-W14

Request for:
- [ ] Medical Care / Atención Medica
- [ ] Dental Care / Attención Dental
- [ ] Medication Reorder / Reordenar Medicación
- [x] Medication Refill / Rellenar la Medicación

Rx # 8763602  A196744  0394
ALFORD, BRIAN  10/3/2019
MINERAL OIL-WHITE PETROLATUM 20%/E
ORDER ENDS: 01/06/20  QTY: 3.5
Refills: 2

Rx # 8763597  A196744  0394
FORD, BRIAN  10/15/2019
TANOPROST 0.005% EYE SOLN
QTY: 2.5
Refills: 5

RX# 8641511  A196744  0394
ALFORD, BRIAN  10/15/2019
CARVEDILOL 6.25MG TABS  QTY: 30
Refills: 0

RX# 8641511  A196744  0394
ALFORD, BRIAN  10/15/2019
CARVEDILOL 6.25MG TABS  QTY: 30
Refills: 0

RX# 8665682  A196744  0394
ALFORD, BRIAN  10/15/2019
ASPIRIN E.C. 81MG TBEC  QTY: 30
Refills: 1

RX# 8665681  A196744  0394
ALFORD, BRIAN  10/15/2019
AMLODIPINE BESYLATE 10MG TAB  QTY: 30
Refills: 1

RX# 8665680  A196744  0394
ALFORD, BRIAN  10/15/2019
HYDROCHLOROTHIAZIDE 25MG TA  QTY: 30
Refills: 1

RX# 8665679  A196744  0394
ALFORD, BRIAN  10/15/2019
POTASSIUM CHLORIDE ER 10MEQ  QTY: 30
Refills: 1

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

new order Obtained \* 11/4/19

**Toledo Correctional Institution**                                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                  ALP Chronic Care - Follow-Up/htn, hcv
Main: 4197267977                                       Date of Service: 11/5/2019

**BRIAN KEITH ALFORD**
Male DOB: ▮▮▮▮ 1957                           1871377715

 Patient was given Naproxen one twice daily #14 and two sleeves of
claritin one each day as needed.


Signed By: Bigler-MD, Mark at 11/5/2019 2:59:43 PM

**Toledo Correctional Institution**                                    8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                   Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Mark Bigler-MD | **Service Provider:** |
| **Auth Provider NPI:** 1205866530 | |
| **Signing Provider:** Mark Bigler-MD | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| Patient Name: | BRIAN KEITH ALFORD | DOB: | ███ , 1957 | Age: | 66 |
|---|---|---|---|---|---|
| Home Phone: | | Sex: | Male | SSN: | ███ |
| Work Phone: | | Cell Phone: | | Patient ID: | 1871377715 |
| Resp. Provider: | | | | | |

| Primary Ins: | Secondary Ins: |
|---|---|
| Group: | Group: |
| Policy: | Policy: |
| Insured ID: | Insured ID: |

| Code | Description | Diagnoses |
|---|---|---|
| 385375 | APRI Panel with Calculations | UNSPECIFIED VIRAL HEPATITIS C WITHOUT HEPATIC COMA (ICD-B19.20) ,UNSPECIFIED ESSENTIAL HYPERTENSION (ICD-I10) |

**Order Number:** 499433-2                     **Quantity:** 1
**Authorization #:**                            **Priority:** N
**Start Date:** 12/23/2019                      **End Date:** 12/23/2019
**Electronically signed by:** Mark Bigler-MD    **Signed on:** 11/5/2019 2:58:59 PM
**Instructions:**

1 of 1

DRC000706

**Toledo Correctional Institution**                                      8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                     Order Form

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Mark Bigler-MD | **Service Provider:** | |
| **Auth Provider NPI:** | 1205866530 | | |
| **Signing Provider:** | Mark Bigler-MD | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███ 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | | **Secondary Ins:** |
| **Group:** | | **Group:** |
| **Policy:** | | **Policy:** |
| **Insured ID:** | | **Insured ID:** |

| Code | Description | Diagnoses |
|---|---|---|
| 005009 | CBC With Differential | UNSPECIFIED VIRAL HEPATITIS C WITHOUT HEPATIC COMA  (ICD-B19.20) ,UNSPECIFIED ESSENTIAL HYPERTENSION (ICD-I10) |

**Order Number:**          499433-3                              **Quantity:** 1
**Authorization #:**                                             **Priority:** N
**Start Date:**            12/23/2019                            **End Date:** 12/23/2019
**Electronically signed by:** Mark Bigler-MD                     **Signed on:** 11/5/2019 2:58:59 PM
**Instructions:**

1 of 1

**Toledo Correctional Institution**                                          8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                          Order Form

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Mark Bigler-MD | **Service Provider:** | |
| **Auth Provider NPI:** | 1205866530 | | |
| **Signing Provider:** | Mark Bigler-MD | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| Code | Description | Diagnoses |
|---|---|---|
| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
| 322000 | Comprehensive Metabolic Panel (14) | UNSPECIFIED VIRAL HEPATITIS C WITHOUT HEPATIC COMA  (ICD-B19.20) ,UNSPECIFIED ESSENTIAL HYPERTENSION (ICD-I10) |

**Order Number:** 499433-4                        **Quantity:** 1
**Authorization #:**                               **Priority:** N
**Start Date:** 12/23/2019                         **End Date:** 12/23/2019
**Electronically signed by:** Mark Bigler-MD       **Signed on:** 11/5/2019 2:58:59 PM
**Instructions:**

1 of 1

**Toledo Correctional Institution**                                            8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                          Order Form

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Mark Bigler-MD | **Service Provider:** | |
| **Auth Provider NPI:** | 1205866530 | | |
| **Signing Provider:** | Mark Bigler-MD | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ██████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| 140285 | Microalb/Creat Ratio, Randm Ur | UNSPECIFIED VIRAL HEPATITIS C WITHOUT HEPATIC COMA  (ICD-B19.20) ,UNSPECIFIED ESSENTIAL HYPERTENSION (ICD-I10) |

**Order Number:**          499433-5                    **Quantity:** 1
**Authorization #:**                                   **Priority:** N
**Start Date:**            12/23/2019                   **End Date:** 12/23/2019
**Electronically signed by:** Mark Bigler-MD           **Signed on:** 11/5/2019 2:58:59 PM
**Instructions:**

DRC000709

**Toledo Correctional Institution**                                              8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                             Order Form

| TEST FORM |
|---|

| | | | | |
|---|---|---|---|---|
| **Authorizing Provider:** | Mark Bigler-MD | **Service Provider:** | | |
| **Auth Provider NPI:** | 1205866530 | | | |
| **Signing Provider:** | Mark Bigler-MD | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ████, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | **Secondary Ins:** | |
| **Group:** | **Group:** | |
| **Policy:** | **Policy:** | |
| **Insured ID:** | **Insured ID:** | |

| Code | Description | Diagnoses |
|---|---|---|
| SCHCCCFU | Schedule Chronic Care Visit F/U | UNSPECIFIED VIRAL HEPATITIS C WITHOUT HEPATIC COMA  (ICD-B19.20) ,UNSPECIFIED ESSENTIAL HYPERTENSION (ICD-I10) |

**Order Number:** 499433-1                                   **Quantity:** 1
**Authorization #:**                                          **Priority:** N
**Start Date:**           12/30/2019                          **End Date:** 12/30/2019
**Electronically signed by:** Mark Bigler-MD                  **Signed on:** 11/5/2019 2:58:59 PM
**Instructions:**          follow up CCC HTN, HCV in 60 days

1 of 1

**Toledo Correctional Institution**                                      8/8/2023
2001 East Central Avenue
Toledo, OH 43608                        ALP Chronic Care - Follow-Up/htn, hcv
Main: 4197267977                                Date of Service: 11/5/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

-3

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

**Current Vital Signs**
**Date/Time Vitals were taken:**   November   5, 2019 12:05 PM
**Previous Height:** 74 (09/09/2019 7:02:27 AM)     **Previous Weight:** 214 (10/18/2019 9:53:52 AM)

**Does weight include shackles?**   Without Shackles
**Current Weight (lbs) with or without shackles:**   213    **BMI:** 27.45    **Sitting BP:**   144 **/** 94
**Temperature:**   97.7    **Temperature site:**   Oral
**Pulse rate:** 70**Respirations:**   16    **Pulse Ox%**   100    **Room Air:**   Yes

**Nursing Chronic Care Clinic Review**

**Chronic Care Clinics**
Cardiac-Hypertension
**Reports side effects?** No
**Treatment Plan Compliance:**      Yes
**Dietary Compliance:** Yes

**Education Provided**
Diet
Disease Process
Exercise
Medication
**Handouts Given?** Yes
**List Handouts given:**    LSD

**Chronic Care Being Seen Today:**
Cardiac / HTN
Liver

**Clinics**
Cardiac/Hypertension

**HPI**

**COPD**
**Edema** No

**Toledo Correctional Institution**                                8/8/2023
2001 East Central Avenue
Toledo, OH 43608                         ALP Chronic Care - Follow-Up/htn, hcv
Main: 4197267977                                 Date of Service: 11/5/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957              1871377715

## Liver Disease
**Type:** Hepatitis C
**Is patient currently receiving hepatitis drug treatment?** No
Medication treatment not indicated at this time.
**Has Patient received treatment in the past?** No

**Nausea** Yes
**Vomiting** No
**Diarrhea** No
**Edema** No
**Abdominal pain** Yes
**Other Symptoms** Yes
**Comments:** pain on left side, since last year, at one time treated for diverticulitis with antibiotics, is having sharo pain on left side
**New tattoos since last CC visit?** No
**Drug use since last CC visit?** No
**Drug or Alcohol use since last CC visit?** No
**History:** Last APRI panel 0.4 in 4/2019

## Cardiac / Hypertension
**History of coronary artery disease** No
**History of hypertension** Yes
**History of other cardiovascular issues** No
**Chest Pain** No
**Shortness of Breath** No
**Palpitations** No
**Peripheral Edema** No
**Syncope / Dizziness** No
**Orthopnea** No
**Headache** No
**Nocturia** No
**Compliant with medication?** Yes
**Medication side effects** No
CURRENT MEDICATIONS:
2019-11-05 CARVEDILOL 6.25MG TABLET
(S)
1BID 11/5/2019 6/1/2020
2019-11-05 POTASSIUM CHLORIDE ER 10MEQ TABLET
(S)
1QD 11/5/2019 6/1/2020
2019-11-05 HYDROCHLOROTHIAZIDE 25MG TABLET
(S)
1QD 11/5/2019 6/1/2020
2019-11-05 AMLODIPINE BESYLATE 10MG TABLET
(S)

**Toledo Correctional Institution**                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    ALP Chronic Care - Follow-Up/htn, hcv
Main: 4197267977                    Date of Service: 11/5/2019

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957          1871377715

1QD 11/5/2019 6/1/2020
2019-11-05 ASPIRIN E.C. 81MG TABLET
(S)
1QD 11/5/2019 6/1/2020
2019-09-09 LATANOPROST 0.005% DROP(S) 1GTT INTO OS QHS (EYE DROPS
GOOD 42 DAYS OUT OF FRIDGE)
10/15/2019 4/5/2020
2019-09-09 MINERAL OIL/WHITE
PET/LANOLIN
3%-94% OINTMEN
T
APPLY 1/4 INCH STRIP TO OS BID
PRN
**Patient has other acute complaints?** Yes
is complaining of chronic neck pain, has "cervicak nerve damage in 1992: has muscle twitching in both
arms, muscle twitching in both arms, had an EMG around last August, also says has nerve damage in left
arm at elbow, from being cuffed

## Current Lab
**Urine Microalbumin**
3.8 (05/09/2017 6:31:25 AM)
**LDL**
91 (04/03/2019 9:15:33 AM)
**HDL**
50 (04/03/2019 9:15:33 AM)
**AST (SGOT)**
41 (05/02/2019 6:12:22 AM)
**ALT (SGPT)**
65 (08/29/2018 10:30:48 AM)
**APRI**
0.4 (05/02/2019 6:12:22 AM)
**Hemoglobin**
13.9 (08/29/2018 10:31:04 AM)
**Creatinine**
1.17 (08/29/2018 10:30:48 AM)

## Degree of Control
Cardiac/HTN
Liver
Cardiac / HTN
**Degree of control** Fair
Liver
**Degree of control** Good

## Chronic Care Follow-Up Interval
**Follow-Up Date** 60 Days
**Does the follow-up interval chosen deviate from protocol?** No

**Toledo Correctional Institution**                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                        ALP Chronic Care - Follow-Up/htn, hcv
Main: 4197267977                                 Date of Service: 11/5/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                      1871377715

**Assessment Comments:** Will continue in CCC HTN, HCV with follow up in 60 days with labs, increase
Coreg to 12.5 mg twice daily
Patient counseled on diet, exercise, and maintaining a healthy weight. Increasing fruits and vegetables,
limiting sodium.
Continue in CCC HCV. APRI panel and meaning discussed.    Indications for treatment while incarcerated
reviewed. Continue to avoid hepatotoxic acitivies such as IV drugs, prison tatoos and excess tylenol
doses.

**Chronic Care Plan**
**New Problems:**
Unspecified essential hypertension (ICD-401.9) (ICD10-I10).

**Education Provided**
**New Orders**
Schedule Chronic Care Visit F/U [SCHCCCFU]
APRI Panel with Calculations [385375]
CBC With Differential [005009]
Comprehensive Metabolic Panel (14) [322000]
Microalb/Creat Ratio, Randm Ur [140285]

**Physical Examination**

*General*
The patient is well nourished, well developed, alert and oriented and in no acute distress.

*Integumentary*
Skin without obvious rashes or lesions; hair and nails without obvious abnormalities.

*Neck*
Neck: Supple, no bruits, thyromegaly, masses or adenopathy.

*Respiratory*
Unlabored by view. Breath sounds clear to auscultation and percussion; no rales, rhonchi or wheezes.

*Cardiovascular*
Regular rate and rhythm, positive S1/S2; No S3/S4; no murmurs or rubs; No clubbing, cyanosis or
edema; no jugular venous distension; peripheral pulses normal.

*Gastrointestinal*
Soft, non-tender. Bowel sounds present. No pulsatile mass or masses. No hepatosplenomegaly.

*Lymphatic*

*Neck*
**Posterior Nodes:**   No
**Cervical Adenopathy:**   No
**Supraclavicular:**   No

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                              ALP Chronic Care - Follow-Up/htn, hcv
Main: 4197267977                                    Date of Service: 11/5/2019

**BRIAN KEITH ALFORD**
Male DOB: ████ 1957                    1871377715

*Neurological*
Grossly intact and non-focal; no tremors, no gait abnormalities, speech fluent.



Signed By: Bigler-MD, Mark at 11/5/2019 2:59:03 PM

**Toledo Correctional Institution**                                              8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                          CCC-HTN, HCV
Main: 4197267977                                               Date of Service: 11/4/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                          1871377715

**Encounter Context**
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

**Clinical Lists Changes**

**Orders:**
Added new Test order of Schedule Chronic Care Visit F/U (SCHCCCFU) - Signed

Signed By: Hughes-RN, Elizabeth at 11/4/2019 8:57:48 AM

1 of 1
DRC000716

**Toledo Correctional Institution**                                           8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                          Order Form

## TEST FORM

| | | | | |
|---|---|---|---|---|
| **Authorizing Provider:** | Mark Bigler-MD | **Service Provider:** | | |
| **Auth Provider NPI:** | 1205866530 | | | |
| **Signing Provider:** | Elizabeth Hughes-RN | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ████ , 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ████████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | **Secondary Ins:** | |
| **Group:** | **Group:** | |
| **Policy:** | **Policy:** | |
| **Insured ID:** | **Insured ID:** | |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| SCHCCCFU | Schedule Chronic Care Visit F/U | |

**Order Number:** 491808-1

**Authorization #:**                                          **Quantity:** 1

**Priority:** N

**Start Date:**            11/05/2019                          **End Date:** 11/05/2019

**Electronically signed by:** Elizabeth Hughes-RN            **Signed on:** 11/4/2019 8:57:38 AM

**Instructions:**          CCC-HTN, HCV

1 of 1

DRC000717

**Toledo Correctional Institution**                               8/8/2023
2001 East Central Avenue
Toledo, OH 43608                              ALP Sick Call- cold like symptoms
Main: 4197267977                                 Date of Service: 10/18/2019

**BRIAN KEITH ALFORD**
Male DOB: ███ 1957                    1871377715

-3

## Encounter Context
**Parent Institution at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

## Current Vital Signs
**Date/Time Vitals were taken:**  October 18, 2019 9:54 AM
**Previous Height:** 74 (09/09/2019 7:02:27 AM)     **Previous Weight:** 214 (10/16/2019 8:35:32 AM)

**Does weight include shackles?**  Without Shackles
**Current Weight (lbs) with or without shackles:**  214     **BMI:** 27.58     **Sitting BP:**  143 **/** 83
**Temperature:**  97.7     **Temperature site:**  Oral
**Pulse rate:** 74     **Pulse rhythm:**  Regular
**Respirations:**  16   **Respiration Type:**  Regular
        **Pulse Ox%**  99   **Room Air:**  Yes

## HPI
**Chief complaint:** COLD LIKE SYMPTOMS FAILING CONVENTIONAL TX
**History of presenting illness:** WD WN 62 YO AA MALE PRESENTS W/ 1 MONTH OF COLD LIKE
SYMPTOMS, THAT STARTED IN "AUGUST OF 2019". REPORTS TAKING 1 MONTH OF ZYRTEC,
SHORTLY AFTER COLD SYMPTOMS RETURNED. AGGRAVATING FACTORS SEASONAL CHANGES.
ALLEVIATING FACTORS -ZYRTEC AND MUCINEX HELPED SOME. DENIES F/C, NVD AND
DIZZINESS.
**Is there another issue?** No

## Physical Examination
Mental Status

## General
Patient is alert and oriented and in no acute distress

## Cardiovascular
Regular rhythm, no murmurs or gallops.
Normal S1, S2

## Gastrointestinal
Abdomen soft, non-tender, bowel sounds present, no masses, no hepatomegaly.

## Rectal
Deferred

## Respiratory
Lungs clear to auscultation with no wheezing, rales, or rhonchi

**Toledo Correctional Institution**                8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          ALP Sick Call- cold like symptoms
Main: 4197267977                          Date of Service: 10/18/2019

**BRIAN KEITH ALFORD**
Male DOB: ████ 1957                  1871377715

## Head
**Normocephalic**    Yes

## Neck
Neck Supple
**Adenopathy** Yes
**Comments:** SHODDY ANT. CERVICAL CHAIN LAD W/PALPATION
**Carotid Bruits** No
**Enlarged Thyroid** No
**Thyroid nodule(s):** No
**Nuchal Rigidity** No
**JVD / HJR** No

## Musculoskeletal
Full Range of motion of all 4 extremeties without obvious deformity.

## Gait
GAIT STEADY AND NON ANTALGIC
Grossly intact and non focal, no tremors, no gait abnormalities, speech fluent.

## Mental Status
Alert, oriented, answers questions appropriately

## Eyes
Full extraocular motion, sclera clear, not icteric, pupils equal and round

*External Ears:*
No obvious deformities

*Otoscopic:*
No obvious abnormalities

*Hearing:*
No obvious abnormalities.

## Nose
**Swollen mucosa** Yes
**Comments:**  BILATERAL BOGGY NASAL PASSAGES W/ CLEAR MUCUS.

## Mouth / Throat
**Oral mucosa normal** Yes
**Bleeding** No

## Tongue:
**Lesions** No

## Throat
**Hyperemia** No

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                    ALP Sick Call- cold like symptoms
Main: 4197267977                                    Date of Service: 10/18/2019

**BRIAN KEITH ALFORD**
Male DOB: ███ 1957                          1871377715

**Exudate:** Yes
**Comments:**   MODERATE PND W/ LIGHT COBBLING
**Enlarged tonsils** No

## Integumentary
Skin is without obvious rashes or lesions.

## Assessment
**Problem List**
Adverse effect of sulfonamides, initial encounter (ICD10-T37.0x5A)
IBS (ICD-564.1) (ICD10-K58.9)
Lateral epicondylitis, left (ICD-726.32) (ICD10-M77.12)
Liver Disease
Cardiac / Hypertension
Unspecified viral hepatitis C without hepatic coma    (ICD-070.70) (ICD10-B19.20)
Unspecified essential hypertension    (ICD-401.9)
Other states following surgery of eye and adnexa    (ICD-V45.69) (ICD10-Z98.83)
Unspecified infective arthritis, site unspecified    (ICD-711.90) (ICD10-M01.x0)
Other cataract    (ICD-366.8) (ICD10-H26.8)
Spasm of muscle    (ICD-728.85)
Cervical spondylosis with myelopathy    (ICD-721.1) (ICD10-M47.12)
Benign localized hyperplasia of prostate without urinary obstruction and other lower urinary tract
symptoms [LUTS]    (ICD-600.20) (ICD10-N40.0)
Intervertebral lumbar disc disorder with myelopathy, lumbar region    (ICD-722.73) (ICD10-M51.06)
Allergic rhinitis, cause unspecified    (ICD-477.9)
Unspecified dermatomycosis    (ICD-111.9) (ICD10-B36.9)
Lattice degeneration of peripheral retina    (ICD-362.63) (ICD10-H35.419)
Carpal tunnel syndrome    (ICD-354.0) (ICD10-G56.00)
Injury to ulnar nerve    (ICD-955.2)
Allergic rhinitis due to other allergen    (ICD-477.8)
Unspecified subjective visual disturbance    (ICD-368.10) (ICD10-H53.10)
Routine general medical examination at health care facility    (ICD-V70.0)

## Plan
ALLERGY RESPONSE TO SEASONAL CHANGES DISCUSSED. PT. REPORTS HX OF PREVIOUS
REPONSES TO SEASONAL CHANGES RESULTED IN SIMILAR SYMPTOMOLOGY. ADVISED TO
COVER MOUTH W/ COUGHING. GOOD HANDWASHING ENCOURAGED.   ADVISED TO DRINK AT
LEAST 1 GALLON TO 1 &1/2 GALLONS OF WATER DAILY. PT. GIVEN ONE 4 OZ BOTTLE OF
GUIAFENINSEN TO TAKE 20 ML EVERY 6 HOURS PRN AS NEEDED, AND 1 WEEK OF CLARITIN, 1
WEEK OF CHLORPHEN . ONE WEEK OF MEDIPROXEN AND TYLENOL, W/ 7 COUGH DROPS.    PT
VERBALIZED UNDERSTANDING OF INSTRUCTIONS.
**Was a new Chronic Care Enrollment added this visit?** No
Return to Clinic PRN

## New Orders

**Toledo Correctional Institution**                     8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          ALP Sick Call- cold like symptoms
Main: 4197267977                          Date of Service: 10/18/2019

**BRIAN KEITH ALFORD**
Male DOB: ████ , 1957              1871377715


Signed By: Babb-CNP, Candy at 10/18/2019 11:21:52 AM

**Toledo Correctional Institution**                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                    MED HSR
Main: 4197267977                    Date of Service: 10/12/2019

**BRIAN KEITH ALFORD**
Male DOB: ▮▮▮▮▮, 1957      1871377715

**MED HSR**


*Imported By: Teren Fields-MH HIT 10/16/2019 5:00:07 PM*

---------------------------------------------------------------

External Attachment:

  Type:     Image
  Comment:  External Document



Signed By: Centricity, Document Manag at 10/16/2019 5:00:30 PM

1 of 1
**DRC000722**



Health Services Request
Petición Para Servicios de Salud

Reviewed by: _____ Time Received: _____
Date Received: 0/3/19

Housing Unit:
Unidad: A1-WL4

Date Of Request: 10·12-19
Fecha:

Number: 4196.744
Numero:

Medication Refill
Rellenar la Medicación

Inmate Name: ALFORD
Nombre:

Request for:
☐ Medical Care
   Atención Medica
☐ Dental Care
   Attención Dental
☐ Medication Reorder
   Reordenar Medicación
☐ Medication Refill

Nature of problem:
Descripción del problema:

Rx # 8763597   A196744   0394
ALFORD, BRIAN        9/10/2019
LATANOPROST 0.005% EYE SOLN
ORDER ENDS: 04/05/20   QTY: 2.5
Refills: 6

RX# 8665679   A196744   0394
ALFORD, BRIAN        09/17/2019
POTASSIUM CHLORIDE ER 10MEQ
                     QTY: 30
Refills: 2

RX# 8665682   A196744   0394
ALFORD, BRIAN        09/17/2019
ASPIRIN E.C. 81MG TBEC   QTY: 30
Refills: 2

RX# 8665681   A196744   0394
ALFORD, BRIAN        09/17/2019
AMLODIPINE BESYLATE 10MG TAB:
                     QTY: 30
Refills: 2

RX# 8665680   A196744   0394
ALFORD, BRIAN        09/17/2011
HYDROCHLOROTHIAZIDE 25MG TA
                     QTY: 30
Refills: 2

RX# 8641511   A196744   0394
ALFORD, BRIAN        09/17/2019
CARVEDILOL 6.25MG TABS   QTY: 30
Refills: 1

RX# 8641511   A196744   0394
ALFORD, BRIAN        09/17/2019
CARVEDILOL 6.25MG TABS   QTY: 30
Refills: 1

Rx # 8763602   A196744   0394
ALFORD, BRIAN        9/10/2019
MINERAL OIL/WHITE PET/LANOLIN 3%-94
                     QTY: 3.5
Refills: 3

Place This Slip In Medical Request Box Or Designated Area
Ponga en la Caja de Peticiónes Medicas en Area Designada

Reordered 10/14/19

DRC 5373 (Rev. 08/07)

DRC000723

# Health Services Request

Petición Para Servicios de Salud

For Medical Use Only / Para uso Médico Solamente

Reviewed by:

Date Received: 9-16-19    Time Received: 2230    a.m./p.

A,w.

Date Of Request
Fecha: 9-13-19

Inmate Name:
Nombre: R. Ford

Number:
Numero: A 196-748

Housing Unit
Unidad: H1-W12

Request for:   ☐ Medical Care     ☐ Dental Care     ☐ Medication Reorder     ☒ Medication Refill
              Atención Medica     Atención Dental      Reordenar Medicación      Rellenar la Medicación

Nature of problem:
Descripcion del problema:

RX# 8665679  A196744      0394/X# 8665656  A196744  0394        RX# 8665651  A196744      0394
ALFORD, BRIAN             08/16/2019 FORD, BRIAN    08/16/2019   ALFORD, BRIAN              08/16/2019
POTASSIUM CHLORIDE ER 10MEQ  HYDROCHLOROTHIAZIDE 25MG TA        AMLODIPINE BESYLATE 10MG TAB
Refills: 3    QTY: 30        Refills: 3    QTY: 30              Refills: 3    QTY: 30

Rx # 8611641  A196744  0394    RX # 8716140  A196744  0394    RX# 8665682  A196744  0394
ALFORD, BRIAN    3/18/2019     ALFORD, BRIAN    3/16/2019     ALFORD, BRIAN    03/15/2019
LATANOPROST 0.005% EYE SOLN   MINERAL OIL/WHITE PETR/ANOLIN 3%-84  ASPIRIN E C. 81MG TBEC
QTY: 2.5                      QTY: /3.5                       QTY: 30
Refills: 1                    Refills: 4                      Refills: 3

Place This Slip In Medical Request Box Or Designated Area
Ponga en la Caja de Peticiónes Medicas en Area Designada

DRC 6373 (Rev. 08/07)

DRC000724

**Toledo Correctional Institution**                               8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                              MED HSR
Main: 4197267977                          Date of Service: 10/15/2019

**BRIAN KEITH ALFORD**
Male DOB: ███████, 1957      1871377715

**MED HSR**


*Imported By: Teren Fields-MH HIT 10/16/2019 4:14:31 PM*

_____


External Attachment:

  Type:      Image
  Comment:   External Document



Signed By: Centricity, Document Manag at 10/16/2019 4:15:03 PM

# Health Services Request

Petición Para Servicios de Salud

| For Medical Use Only / Para Uso Medico Solamente | | |
|---|---|---|
| Reviewed by: _M.Matthews, RN_ | | |
| Date Received: _10/15/19_ | Time Received: _2200_ | a.m./p.m. |

Date Of Request:
Fecha: _18-14-19_

Inmate Name:
Nombre: _ALFORD_

Number:
Numero: _A196-744_

Housing Unit:
Unidad: _4I-W14_

Request for:
☒ Medical Care / Attención Medica
☐ Dental Care / Attención Dental
☐ Medication Reorder / Reordenar Medicación
☐ Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema: _COUGHING, SNEEZING, RUNNY NOSE, STUFFY NOSE, CONGESTED_

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

_NSL 10/16/19_

DRC000726

**Toledo Correctional Institution**          8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                              Order Form

## TEST FORM

| | | | | |
|---|---|---|---|---|
| **Authorizing Provider:** | Candy Babb-CNP | **Service Provider:** | | |
| **Auth Provider NPI:** | 1417950718 | | | |
| **Signing Provider:** | Amber Showman-RN | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███ 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ██████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| SCHMEDALP | Schedule with Advanced Level Provider | |

| | | | |
|---|---|---|---|
| **Order Number:** | 432007-1 | **Quantity:** | 1 |
| **Authorization #:** | | **Priority:** | N |
| **Start Date:** | 10/18/2019 | **End Date:** | 10/18/2019 |
| **Electronically signed by:** | Amber Showman-RN | **Signed on:** | 10/16/2019 8:43:02 AM |
| **Instructions:** | cold like symptoms failing conventional treatment | | |

1 of 1

DRC000727

**Toledo Correctional Institution**                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    ODRC Nurse Sick Call- cold like symptoms
Main: 4197267977                    Date of Service: 10/16/2019

**BRIAN KEITH ALFORD**
Male DOB: ███ 1957                    1871377715

**Encounter Context**
**Facility at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

**Pre-Existing Clinical Summary**
**Allergies:**
* Synalgos-DC, * BACTRIM DS.
**Problems**
Adverse effect of sulfonamides, initial encounter (ICD10-T37.0x5A), IBS (ICD-564.1) (ICD10-K58.9), Lateral epicondylitis, left (ICD-726.32) (ICD10-M77.12), Liver Disease , Cardiac / Hypertension , Unspecified viral hepatitis C without hepatic coma    (ICD-070.70) (ICD10-B19.20), Unspecified essential hypertension    (ICD-401.9), Other states following surgery of eye and adnexa    (ICD-V45.69) (ICD10-Z98.83), Unspecified infective arthritis, site unspecified    (ICD-711.90) (ICD10-M01.x0), Other cataract    (ICD-366.8) (ICD10-H26.8), Spasm of muscle    (ICD-728.85), Cervical spondylosis with myelopathy    (ICD-721.1) (ICD10-M47.12), Benign localized hyperplasia of prostate without urinary obstruction and other lower urinary tract symptoms [LUTS]    (ICD-600.20) (ICD10-N40.0), Intervertebral lumbar disc disorder with myelopathy, lumbar region    (ICD-722.73) (ICD10-M51.06), Allergic rhinitis, cause unspecified    (ICD-477.9), Unspecified dermatomycosis    (ICD-111.9) (ICD10-B36.9), Lattice degeneration of peripheral retina    (ICD-362.63) (ICD10-H35.419), Carpal tunnel syndrome    (ICD-354.0) (ICD10-G56.00), Injury to ulnar nerve    (ICD-955.2), Allergic rhinitis due to other allergen    (ICD-477.8), Unspecified subjective visual disturbance    (ICD-368.10) (ICD10-H53.10), Routine general medical examination at health care facility    (ICD-V70.0).
**Orders**
APRI Panel with Calculations [385375], Schedule Chronic Care Visit F/U [SCHCCCFU], Schedule with Optometry [SCHOPT], Schedule for Nurse Sick Call [SCHNSC].

**Nurse Sick Call**
**Is this sick call for a dental complaint?** No
**Type of Sick Call:**    Illness
**Referral Source:**   Health Service Request
**Sick Call Request Type:**   Symptom Based Sick Call Request

**Subjective**

**Subjective**
**Patient's subjective statement:** pt continues to complain about cough, sneezing, runny/stuffy nose headaches and just overall not feeling well.    Pt states that symptoms have been persisting have been greater thean a month.    Pt has not made any attempts to purchase anything to help with his symptoms but has been provided medications on several occasions from NSC

**Significant Medical History**
**Other Nursing Diagnosis:** Alteration in comfort related to long term cold like symptoms

**Objective Findings**

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          ODRC Nurse Sick Call- cold like symptoms
Main: 4197267977                                    Date of Service: 10/16/2019

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                    1871377715

### Head, Eyes, ENT
**Vision Disturbance:** No
**Hearing Difficulty:** No
**Difficulty Swallowing:** No
**Bleeding Gums:** No

### Plan
**Nursing Interventions:** Patient referred to commissary for OTC comfort medication
**Patient Education Provided:** Hand Hygiene, Cough etiquette, Increase fluids

### Disposition
Return to clinic if no improvement
No restrictions on activity
Released to general population
Schedule with ALP

### Current Vital Signs
**Date/Time Vitals were taken:** October 16, 2019 8:41 AM
**Previous Height:** 74 (09/09/2019 7:02:27 AM)    **Previous Weight:** 214 (10/02/2019 8:44:55 AM)

**Does weight include shackles?** Without Shackles
**Current Weight (lbs) with or without shackles:** 214    **BMI:** 27.58    **Sitting BP:** 146 / 94
**Temperature:** 98.1    **Temperature site:** Oral
**Pulse rate:** 90    **Pulse rhythm:** Regular
**Respirations:** 16    **Respiration Type:** Regular
    **Pulse Ox%** 97    **Room Air:** Yes

Signed By: Showman-RN, Amber at 10/16/2019 8:43:06 AM

**Toledo Correctional Institution**                              8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                          NSC - Cold S&Sx
Main: 4197267977                              Date of Service: 10/16/2019

**BRIAN KEITH ALFORD**
Male DOB: ▮▮▮▮, 1957                    1871377715

**Encounter Context**
**Facility at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

## Clinical Lists Changes

**Orders:**
Added new Test order of Schedule for Nurse Sick Call (SCHNSC) - Signed

Signed By: Mathews-RN, Michael at 10/16/2019 5:00:17 AM

**Toledo Correctional Institution**                                          8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                        Order Form

| TEST FORM |
|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Michael Mathews-RN | **Service Provider:** | ODRC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Michael Mathews-RN | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ██████ 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ██████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | **Secondary Ins:** | |
| **Group:** | **Group:** | |
| **Policy:** | **Policy:** | |
| **Insured ID:** | **Insured ID:** | |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| SCHNSC | Schedule for Nurse Sick Call | |

**Order Number:** 431443-1            **Quantity:** 1
**Authorization #:**                   **Priority:** N
**Start Date:** 10/16/2019             **End Date:** 10/16/2019
**Electronically signed by:** Michael Mathews-RN   **Signed on:** 10/16/2019 4:59:56 AM
**Instructions:** Cold S&Sx - 0830

DRC000731

**Toledo Correctional Institution**                              8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                  MED HSR
Main: 4197267977                          Date of Service: 9/16/2019

**BRIAN KEITH ALFORD**
Male DOB: ███████, 1957      1871377715

**MED HSR**


*Imported By: Teren Fields-MH HIT 10/9/2019 2:45:12 PM*

_____

External Attachment:

  Type:     Image
  Comment:  External Document


Signed By: Centricity, Document Manag at 10/9/2019 2:45:31 PM

# Health Services Request

Petición Para Servicios de Salud

| For Medical Use Only / Para Uso Medico Solamente | | |
|---|---|---|
| Reviewed by: | | |
| Date Received: | 9-16-19 | Time Received: 2230   a.m./p.m. |

| | | |
|---|---|---|
| Date Of Request: Fecha: | 9-13-19 | A/W14 |
| Inmate Name: Nombre: | RLFORD | Number: Numero: A196-744 | Housing Unit: Unidad: A1-W1V |

Request for:   ☐ Medical Care / Attención Medica   ☐ Dental Care / Attención Dental   ☐ Medication Reorder / Reordenar Medicación   ☒ Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema:

RX# 8665679  A196744  0394
ALFORD, BRIAN            08/16/2019
POTASSIUM CHLORIDE ER 10MEQ
Refills: 3      QTY: 30

RX# 8665680  A196744  0394
ALFORD, BRIAN            08/16/2019
HYDROCHLOROTHIAZIDE 25MG TA
Refills: 3      QTY: 30

RX# 8665681  A196744  0394
ALFORD, BRIAN            08/16/2019
AMLODIPINE BESYLATE 10MG TAB
Refills: 3      QTY: 30

Rx # 8611641  A196744  0394
ALFORD, BRIAN            8/16/2019
LATANOPROST 0.005% EYE SOLN
QTY: 2.5
Refills: 1

Rx # 8715140  A196744  0394
ALFORD, BRIAN            8/16/2019
MINERAL OIL/WHITE PET/LANOLIN 3%-94
QTY: 3.5
Refills: 4

RX# 8665682  A196744  0394
ALFORD, BRIAN            08/16/2019
ASPIRIN E.C. 81MG TBEC
Refills: 3      QTY: 30

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

DRC000733

**Toledo Correctional Institution**                              8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                              MED HSR
Main: 4197267977                        Date of Service: 10/1/2019

**BRIAN KEITH ALFORD**
Male DOB: ███████ , 1957      1871377715

**MED HSR**


*Imported By: Teren Fields-MH HIT 10/3/2019 1:08:31 PM*

_____


External Attachment:

  Type:     Image
  Comment:  External Document



Signed By: Centricity, Document Manag at 10/3/2019 1:09:01 PM

DRC000734

# Health Services Request

Petición Para Servicios de Salud

| For Medical Use Only / Para Uso Medico Solamente | |
|---|---|
| Reviewed by: | _(signature)_ |
| Date Received: 10/1/19 | Time Received: 0830 a.m./p.m. |

Date Of Request:
Fecha: 12-1-19

Inmate Name:
Nombre: ALFORD

Number:
Numero: A196744

Housing Unit:
Unidad: A1-W14

Request for:
[X] Medical Care / Attención Medica
[ ] Dental Care / Attención Dental
[ ] Medication Reorder / Reordenar Medicación
[ ] Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema: STILL CONGESTED, STUFFY-RUNNY NOSE, COUGHING

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

DRC000735

**Toledo Correctional Institution**                                 8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                ODRC Nurse Sick Call-sinus issues
Main: 4197267977                                    Date of Service: 10/2/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                     1871377715

**Encounter Context**
**Facility at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

## Pre-Existing Clinical Summary
**Allergies:**
* Synalgos-DC, * BACTRIM DS.
**Problems**
Adverse effect of sulfonamides, initial encounter (ICD10-T37.0x5A), IBS (ICD-564.1) (ICD10-K58.9), Lateral epicondylitis, left (ICD-726.32) (ICD10-M77.12), Liver Disease , Cardiac / Hypertension , Unspecified viral hepatitis C without hepatic coma    (ICD-070.70) (ICD10-B19.20), Unspecified essential hypertension    (ICD-401.9), Other states following surgery of eye and adnexa    (ICD-V45.69) (ICD10-Z98.83), Unspecified infective arthritis, site unspecified    (ICD-711.90) (ICD10-M01.x0), Other cataract    (ICD-366.8) (ICD10-H26.8), Spasm of muscle    (ICD-728.85), Cervical spondylosis with myelopathy    (ICD-721.1) (ICD10-M47.12), Benign localized hyperplasia of prostate without urinary obstruction and other lower urinary tract symptoms [LUTS]    (ICD-600.20) (ICD10-N40.0), Intervertebral lumbar disc disorder with myelopathy, lumbar region    (ICD-722.73) (ICD10-M51.06), Allergic rhinitis, cause unspecified    (ICD-477.9), Unspecified dermatomycosis    (ICD-111.9) (ICD10-B36.9), Lattice degeneration of peripheral retina    (ICD-362.63) (ICD10-H35.419), Carpal tunnel syndrome    (ICD-354.0) (ICD10-G56.00), Injury to ulnar nerve    (ICD-955.2), Allergic rhinitis due to other allergen    (ICD-477.8), Unspecified subjective visual disturbance    (ICD-368.10) (ICD10-H53.10), Routine general medical examination at health care facility    (ICD-V70.0).
**Orders**
APRI Panel with Calculations [385375], Schedule Chronic Care Visit F/U [SCHCCCFU], Schedule with Optometry [SCHOPT], Schedule for Nurse Sick Call [SCHNSC].

## Nurse Sick Call
**Is this sick call for a dental complaint?** No
**Type of Sick Call:**    Illness
**Referral Source:**   Health Service Request
**Sick Call Request Type:**   Symptom Based Sick Call Request

## Subjective

## Subjective
**Patient's subjective statement:** Pt reports the meds provided at last NSC "helped, but I ran out and don't get any more money or able to shop until next wednesday."
**Onset:**    Nearly 2 weeks ago

## Significant Medical History
Asthma / COPD
Cardiac Disease
Chronic Rhinitis
Chronic Sore Throat
Chronic Sinusitits
Seasonal Allergies

**Toledo Correctional Institution**                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    ODRC Nurse Sick Call-sinus issues
Main: 4197267977                    Date of Service: 10/2/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**Nursing Diagnosis:** Potential for infection R/ T retained secretions

**Objective Findings**

**Head, Eyes, ENT**
**Vision Disturbance:**   No
**Hearing Difficulty:**   No
**Difficulty Swallowing:**   Yes
**Elaborate:**   minor redness noted to back of throat
**Bleeding Gums:**   No
**Other HEENT** TM clear/visualized, nasal passages slightly red

**Neuro / Musculoskeletal**
**Conscious:**   Yes
**Oriented x 3:**   Yes
**Pupils, PERLA:**   Yes
**Weakness of Extremities:**   No

**Peripheral Circulation**
**Cyanosis:**   No
**Mottling:**   No
**Tingling in Hands:**   No
**Tingling in Feet:**   No

**Genital / Urinary**
**Urination Frequency:**   No
**Incontinence:**   No
**Difficulty Urinating:**   No
**Urinary Catheter:**   No

**Skin**
**Color:**   Normal
**Temp:**   Dry
**Turgor:**   Normal
**Bruises:**   No

**Cardiovascular**
**Rhythm** Regular
**Hear Sounds:**   Normal
**Edema:**   No
**Pitting:**   No

**Respiratory**
**Lung Sounds** Normal

**Toledo Correctional Institution**                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                       ODRC Nurse Sick Call-sinus issues
Main: 4197267977                           Date of Service: 10/2/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957            1871377715

**Cough:**   No
**Other Respiratory:** Pt reports occ cough, not seen during assessment

## Gastrointestinal
**Appetite:**   Good
**Vomiting:**   No
**Nausea:**   No
**Bowel Movements:**   Regular
**Bowel Sounds:**   Normal
**Abdomen:**   Soft

## Plan
**Nursing Interventions:** Acetaminophen 325mg 1-2 tabs PO every 4 hours PRN for fever >101 - 10 tabs given, CTM 1 tab twice daily for 3 days PO PRN for nasal congestion/drainage/sneezing - 6 tabs given, Patient referred to commissary for OTC comfort medication, Other
**Other Nursing Interventions:** Pt provided with 7 days of OTC claratin to use with the CTM tabs
**Patient Education Provided:**   Hand Hygiene, Cough etiquette, Increase fluids, Medication side effects, Other
**Other patient education:** pt educated to purchase these meds from commissary when he is able, as he indicated that he will on Wednesday 10-9-19. Pt advised per policy, he is to purchase from commissary

## Disposition
Return to clinic if no improvement
Released to general population

## Current Vital Signs
**Date/Time Vitals were taken:**   October   2, 2019 8:45 AM
**Previous Height:** 74 (09/09/2019 7:02:27 AM)   **Previous Weight:** 214 (09/25/2019 8:01:10 AM)

**Does weight include shackles?**   Without Shackles
**Current Weight (lbs) with or without shackles:**   214   **BMI:** 27.58   **Sitting BP:**   128 **/** 87
**Temperature:**   98.1   **Temperature site:**   Oral
**Pulse rate:** 72   **Pulse rhythm:**   Regular
**Respirations:**   16   **Respiration Type:**   Regular
   **Pulse Ox%**   97   **Room Air:**   Yes

Signed By: Weber-RN, Brian at 10/2/2019 8:54:32 AM

**Toledo Correctional Institution**                                  8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    NSC - Sinus Congestion, Runny Nose, Coughing
Main: 4197267977                                Date of Service: 10/2/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957             1871377715

**Encounter Context**
**Facility at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

## Clinical Lists Changes

**Orders:**
Added new Test order of Schedule for Nurse Sick Call (SCHNSC) - Signed


Signed By: Mathews-RN, Michael at 10/2/2019 2:39:54 AM

DRC000739

**Toledo Correctional Institution**                                        8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                      Order Form

| | |
|---|---|
| **TEST FORM** | |

| | | | | | |
|---|---|---|---|---|---|
| **Authorizing Provider:** | Michael Mathews-RN | **Service Provider:** | ODRC | | |
| **Auth Provider NPI:** | | | | | |
| **Signing Provider:** | Michael Mathews-RN | | | | |
| **Phone:** | | **Phone:** | | | |
| **Fax:** | | **Fax:** | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | **Secondary Ins:** | |
| **Group:** | **Group:** | |
| **Policy:** | **Policy:** | |
| **Insured ID:** | **Insured ID:** | |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| SCHNSC | Schedule for Nurse Sick Call | |

**Order Number:** 386866-1                                **Quantity:** 1
**Authorization #:**                                       **Priority:** N
**Start Date:** 10/02/2019                                 **End Date:** 10/02/2019
**Electronically signed by:** Michael Mathews-RN           **Signed on:** 10/2/2019 2:39:25 AM
**Instructions:**          Sinus Congestion, Runny Nose, Coughing - 0830

1 of 1

**Toledo Correctional Institution**                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                              MED Healthcare Debit
Main: 4197267977                      Date of Service: 9/25/2019

**BRIAN KEITH ALFORD**
Male DOB: ██████, 1957      1871377715

**MED Healthcare Debit**

*Imported By: Teren Fields-MH HIT 9/27/2019 8:39:41 AM*

_____

External Attachment:

  Type:      Image
  Comment:   External Document


Signed By: Centricity, Document Manag at 9/27/2019 8:40:02 AM

# Healthcare Debit

| Inmate Name: Alford | Inmate Number: A196744 | Date of Service: 9.25.19 |
|---|---|---|
| Institution Name: TOCI | Housing Location: A1W14 | Date: 9.25.19 |

The above-named inmate is to be charged  ☑ $ 2.00 *(routine HSR)* ☐ $ 3.00 *(unscheduled non-emergent)* for medical service received, to be deducted from the inmate's institutional personal account. The charge is made pursuant to sec. 5120.56 O.R.C., Offender Financial Responsibility Program.

| Medical Staff (Print): Baumgartner | Position: RW |
|---|---|

The above-named inmate is indigent as defined in DRC Policy 68-MED-15. No co-pay was deducted from the inmate's institutional personal account.

| Cashier/Designee: | Date: |
|---|---|

## Refunds

| ☐ Void Co-Pay | HCA/Inspector: | Date: |
|---|---|---|
| ☐ Void Processed | Cashier/Designee: | Date: |

DRC 5203 (Rev. 07/07)   DISTRIBUTION:   WHITE - Cashier       CANARY - Medical Services       PINK - Inmate       ACA 4-4400

DRC000742

**Toledo Correctional Institution**                                8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                   MED HSR
Main: 4197267977                              Date of Service: 9/24/2019

**BRIAN KEITH ALFORD**
Male DOB: ███████ 1957      1871377715

**MED HSR**


*Imported By: Teren Fields-MH HIT 9/27/2019 8:39:11 AM*

_____


External Attachment:

  Type:     Image
  Comment:  External Document



Signed By: Centricity, Document Manag at 9/27/2019 8:39:31 AM

# Health Services Request

Petición Para Servicios de Salud

**For Medical Use Only / Para Uso Medico Solamente**

Reviewed by: _Mathews_

Date Received: _9-24-19_    Time Received: _2345_ a.m./p.m.

Date Of Request:
Fecha: _9-25-19_

Inmate Name:
Nombre: _ALFORD_

Number:
Numero: _A196-744_

Housing Unit:
Unidad: _A1-LW14_

Request for:  ☒ Medical Care / Atención Medica   ☐ Dental Care / Atención Dental   ☐ Medication Reorder / Reordenar Medicación   ☐ Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema:

(1) COUGHING, CONGESTION, NAUSDATED, UPSET STOMACHE
(2) PAIN IN LOWER LEFT ABDOMAN STILL PERSISTS

_Alford A196-744  9/25/19_

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

DRC000744

**Toledo Correctional Institution**                                       8/8/2023
2001 East Central Avenue
Toledo, OH 43608                              ODRC Nurse Sick Call-ill - abd discomfort
Main: 4197267977                                       Date of Service: 9/25/2019

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                          1871377715

**Encounter Context**
**Facility at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

**Pre-Existing Clinical Summary**
**Allergies:**
* Synalgos-DC, * BACTRIM DS.
**Problems**
Adverse effect of sulfonamides, initial encounter (ICD10-T37.0x5A), IBS (ICD-564.1) (ICD10-K58.9),
Lateral epicondylitis, left (ICD-726.32) (ICD10-M77.12), Liver Disease , Cardiac / Hypertension ,
Unspecified viral hepatitis C without hepatic coma    (ICD-070.70) (ICD10-B19.20), Unspecified essential
hypertension    (ICD-401.9), Other states following surgery of eye and adnexa    (ICD-V45.69)
(ICD10-Z98.83), Unspecified infective arthritis, site unspecified    (ICD-711.90) (ICD10-M01.x0), Other
cataract    (ICD-366.8) (ICD10-H26.8), Spasm of muscle    (ICD-728.85), Cervical spondylosis with
myelopathy    (ICD-721.1) (ICD10-M47.12), Benign localized hyperplasia of prostate without urinary
obstruction and other lower urinary tract symptoms [LUTS]    (ICD-600.20) (ICD10-N40.0), Intervertebral
lumbar disc disorder with myelopathy, lumbar region    (ICD-722.73) (ICD10-M51.06), Allergic rhinitis,
cause unspecified    (ICD-477.9), Unspecified dermatomycosis    (ICD-111.9) (ICD10-B36.9), Lattice
degeneration of peripheral retina    (ICD-362.63) (ICD10-H35.419), Carpal tunnel syndrome    (ICD-354.0)
(ICD10-G56.00), Injury to ulnar nerve    (ICD-955.2), Allergic rhinitis due to other allergen    (ICD-477.8),
Unspecified subjective visual disturbance    (ICD-368.10) (ICD10-H53.10), Routine general medical
examination at health care facility    (ICD-V70.0).
**Orders**
APRI Panel with Calculations [385375], Schedule Chronic Care Visit F/U [SCHCCCFU], Optometry
Schedul with Optometry [SCHOPT], Schedule with Optometry [SCHOPT].

**Nurse Sick Call**
**Is this sick call for a dental complaint?** No
**Type of Sick Call:**      Illness
**Referral Source:**   Health Service Request
**Sick Call Request Type:**   Symptom Based Sick Call Request


**Subjective**


**NSG-NSC Abdominal Complaints Subjective and Objective**
**Patient Complaint:**      "I just caught something. I am coughing, congested, nauseated and an upset
stomach."

**Significant Medical History**
Nausea / Vomiting
**Other / Comments:** Pt stated that the CNP diagnosed him with diverticulitis. It doesn't hurt as bad as it
did last time that I saw her.
**Last Bowel Movement** 09/24/2019
**Are you in pain?** Yes

**Objective Findings**

**Toledo Correctional Institution**                        8/8/2023
2001 East Central Avenue
Toledo, OH 43608                        ODRC Nurse Sick Call-ill - abd discomfort
Main: 4197267977                        Date of Service: 9/25/2019

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957            1871377715

## Head, Eyes, ENT
**Vision Disturbance:**   No
**Hearing Difficulty:**   No
**Difficulty Swallowing:**   No
**Bleeding Gums:**   No
**Other HEENT** Throat is red and irritated. Nasal congestion. Ears are clear

## Neuro / Musculoskeletal
**Conscious:**   Yes
**Oriented x 3:**   Yes
**Pupils, PERLA:**   Yes
**Weakness of Extremities:**   No

## Peripheral Circulation
**Cyanosis:**   No
**Mottling:**   No
**Tingling in Hands:**   No
**Tingling in Feet:**   No

## Genital / Urinary
**Urination Frequency:**   Yes
**Frequency:**   Normal
**Incontinence:**   No
**Difficulty Urinating:**   No
**Urinary Catheter:**   No

## Skin
**Color:**   Normal
**Turgor:**   Normal
**Bruises:**   No

## Cardiovascular
**Rhythm** Regular
**Hear Sounds:**   Normal
**Edema:**   No
**Pitting:**   No

## Respiratory
**Lung Sounds** Normal
**Cough:**   Yes
**Other Respiratory:** No sputum

## Gastrointestinal

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                        ODRC Nurse Sick Call-ill - abd discomfort
Main: 4197267977                              Date of Service: 9/25/2019

**BRIAN KEITH ALFORD**
Male DOB: ▮▮▮▮, 1957                    1871377715

**Appetite:**   Good
**Vomiting:**   No
**Nausea:**   Yes
**Elaborate:**   "Just upset stomach - sometimes feels like I wanna throw up but I can't"
**Bowel Movements:**   Regular
**Bowel Sounds:**   Normal
**Abdomen:**   Soft

## Assessment:
**Nursing Diagnosis:** Other
**Nursing Interventions:** No food while nausea and vomiting, Reintroduce food slowly beginning with clear liquids, Increase fluid intake, Referred to commissary for OTC medication, OTC Medication given at sick call with instructions
**Other Interventions:**   gave 3 tabs loratadine QD, 9 pks Cloraphen, cough drops and 1 sleeve Cepachol
**Patient Education provided:** Medication side effects, Avoid lying down 4 hours after eating, Exercise to improve bowel regularity, Increase fluids, Han hygiene, OTC medications available at commissary
**Other education:**   Pt re educated to avoid foods with seeds and skin

## Disposition
Return to clinic if no improvement

## Subjective
**Patient's subjective statement:** "I just caught something. I am coughing, congested, nauseated and an upset stomach."
**Onset:**   2 days

## Significant Medical History
Chronic Rhinitis
Chronic Sinusitits
Seasonal Allergies
**Nursing Diagnosis:** Ineffective airway clearance R/T inflammation

## Objective Findings

## Head, Eyes, ENT
**Vision Disturbance:**   No
**Hearing Difficulty:**   No
**Difficulty Swallowing:**   No
**Bleeding Gums:**   No
**Other HEENT** throat red and irritated, ears clear

## Neuro / Musculoskeletal

**Toledo Correctional Institution**                              8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    ODRC Nurse Sick Call-ill - abd discomfort
Main: 4197267977                              Date of Service: 9/25/2019

**BRIAN KEITH ALFORD**
Male DOB: ███ 1957                    1871377715

**Conscious:**  Yes
**Oriented x 3:**  Yes
**Weakness of Extremities:**  No

**Peripheral Circulation**
**Cyanosis:**  No
**Mottling:**  No
**Tingling in Hands:**  No
**Tingling in Feet:**  No

**Genital / Urinary**
**Urination Frequency:**  Yes
**Frequency:**  Normal
**Incontinence:**  No
**Difficulty Urinating:**  No
**Urinary Catheter:**  No

**Skin**
**Color:**  Normal
**Turgor:**  Normal
**Bruises:**  No

**Cardiovascular**
**Rhythm** Regular
**Hear Sounds:**  Normal
**Edema:**  No
**Pitting:**  No

**Respiratory**
**Lung Sounds** Normal
**Cough:**  Yes

**Gastrointestinal**
**Appetite:**  Good
**Vomiting:**  No
**Nausea:**  Yes
**Bowel Movements:**  Regular
**Bowel Sounds:**  Normal
**Abdomen:**  Soft

**Plan**
**Nursing Interventions:** CTM 1 tab twice daily for 3 days PO PRN for nasal
congestion/drainage/sneezing - 6 tabs given, Patient referred to commissary for OTC comfort medication
**Other Nursing Interventions:** gave 3 tabs loratadine QD, 9 pks Cloraphen, cough drops and 1 sleeve
Cepachol
**Patient Education Provided:**     Hand Hygiene, Cough etiquette, Increase fluids, Medication side effects

**Disposition**
Return to clinic if no improvement

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    ODRC Nurse Sick Call-ill - abd discomfort
Main: 4197267977                              Date of Service: 9/25/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957              1871377715


**Current Vital Signs**
**Date/Time Vitals were taken:**   September 25, 2019 8:23 AM
**Previous Height:** 74 (09/09/2019 7:02:27 AM)    **Previous Weight:** 216 (09/09/2019 7:02:27 AM)

**Does weight include shackles?**   Without Shackles
**Current Weight (lbs) with or without shackles:**   214    **BMI:** 27.58    **Sitting BP:**   141 **/** 82
**Temperature:**  97.5
**Pulse rate:** 68        **Pulse rhythm:**   Regular
**Respirations:**   16    **Respiration Type:**   Regular
    **Pulse Ox%**   97    **Room Air:**   Yes
**Capillary Refill:** brisk


Signed By: Baumgartner-RN, Melissa at 9/25/2019 8:24:46 AM

DRC000749

**Toledo Correctional Institution**                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          NSC - Cold S&Sx and Abdominal Pain
Main: 4197267977                          Date of Service: 9/25/2019

**BRIAN KEITH ALFORD**
Male DOB: ███ 1957              1871377715

**Encounter Context**
**Facility at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

## Clinical Lists Changes

**Orders:**
Added new Test order of Schedule for Nurse Sick Call (SCHNSC) - Signed

Signed By: Mathews-RN, Michael at 9/25/2019 1:44:28 AM

1 of 1

**Toledo Correctional Institution**                                           8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                          Order Form

<div align="center">

## TEST FORM

</div>

| | | | | |
|---|---|---|---|---|
| **Authorizing Provider:** | Michael Mathews-RN | **Service Provider:** | | ODRC |
| **Auth Provider NPI:** | | | | |
| **Signing Provider:** | Michael Mathews-RN | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ▉, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▉ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

**Code**            **Description**                          **Diagnoses**
SCHNSC             Schedule for Nurse Sick Call
**Order Number:**   363560-1                                 **Quantity:** 1
**Authorization #:**                                         **Priority:** N
**Start Date:**     09/25/2019                               **End Date:** 09/25/2019
**Electronically signed by:** Michael Mathews-RN             **Signed on:** 9/25/2019 1:43:48 AM
**Instructions:**   Cold S&Sx and Abdominal Pain - 0800

DRC000751

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608
Main: 4197267977                                    Date of Service: 9/9/2019

**BRIAN KEITH ALFORD**
Male DOB: ███ 1957              1871377715

**Encounter Context**
**Facility at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

## Clinical Lists Changes

**Orders:**
Added new Test order of Schedule with Optometry (SCHOPT) - Signed


Signed By: Shoemaker-OD, Thomas at 9/9/2019 8:37:31 AM

DRC000752

**Toledo Correctional Institution**                                        8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                       Order Form

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Thomas Shoemaker-OD | **Service Provider:** | |
| **Auth Provider NPI:** | 1346318235 | | |
| **Signing Provider:** | Thomas Shoemaker-OD | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ▇▇▇, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▇▇▇▇ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| Code | Description | Diagnoses |
|---|---|---|
| SCHOPT | Schedule with Optometry | OTHER CATARACT  (ICD-H26.8) |

**Order Number:** 309078-1                  **Quantity:** 1
**Authorization #:**                        **Priority:** N
**Start Date:**    12/02/2019               **End Date:**
**Electronically signed by:** Thomas Shoemaker-OD   **Signed on:** 9/9/2019 8:37:28 AM
**Instructions:**    IOP check. cataract/corneal evaluation.

1 of 1

DRC000753

**Toledo Correctional Institution**                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          Optometry Comprehensive Exam
Main: 4197267977                          Date of Service: 9/9/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                          1871377715

**Encounter Context**
**Facility at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

**Optometry - Ophthalmology Exam**
**PO Hx:** other same-day encounter locked in error.    PT with complaints of left eye imbalance.    multiple eye checks over the past 1-2 years. pt reports good compliance with Latanoprost qPM OS and Lacrilube qPM OS which he states he needs because the latanoprost dries out his eyes.
**VA cc 20 <:**    30rt, 40 left
**GAT:**   15 OD & OS

**Refraction:**
**MR OS:**   -0.50-2.25x006
**OS Acuity:**   20/30
TAG tonopen values are in mmHg

**External**

**OD (Right Eye)**
**Cornea:**   nl; Normal
**Cornea & Conjuctiva:**   nl; Normal
**Blood Vessels of Conjuctiva:**   nl; Normal
**Conjuctiva:**   nl; Normal
**Anterior Chamber (AC):**   DQ (Deep and Quiet) aka Normal
**Angles:**   X
**Iris:**   nl; Normal
**Lens:**   nl; Normal
          **Comments:**   grade 1+ ns

**OS (Left Eye)**
**Eyelids:**   nl; Normal
**Cornea:**   nl; Normal
          **Comments:**   large keel- shaped heme in inferior central cornea. Grade 2+ SPK with grade 2++ endo pigment flecking.
**Cornea & Conjuctiva:**   nl; Normal
**Blood Vessels of Conjuctiva:**   nl; Normal
**Conjuctiva:**   nl; Normal
**Anterior Chamber (AC):**   DQ (Deep and Quiet) aka Normal
**Angles:**   X
**Iris:**   nl; Normal
**Lens:**   PCIOL;clr
          **Comments:**   well-centered and clear though pigment flecking

**Internal**

**OD (Right Eye)**
**Macula:**   nl; Normal
**Retina:**   nl; Normal
**Retina:**   nl; Normal

**Toledo Correctional Institution**                              8/8/2023
2001 East Central Avenue
Toledo, OH 43608                              Optometry Comprehensive Exam
Main: 4197267977                              Date of Service: 9/9/2019

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                    1871377715

**Vessel:**  nl; Normal
**Vitreous:**  nl; Normal
**Periphery:**  nl; Normal
    **Comments:**  scars in far periphery nearly 360.     all flat
nl; Normal
**Optic Discs:**  nl; Normal
    **C/D Findings:**  0.65

**OS (Left Eye)**
**Macula:**  nl; Normal
**Retina:**  nl; Normal
**Retina:**  nl; Normal
**Vessel:**  nl; Normal
**Vitreous:**  nl; Normal
**Periphery:**  nl; Normal
    **Comments:**  scars in far periphery nearly 360.     all flat
nl; Normal
**Optic Discs:**  nl; Normal
    **C/D Findings:**  0.60

**Assessment**
Refractive Error
**Glaucoma:**   with Controlled IOP
**Comments:**   stable ocular heath.   s/p successful cataract surgery OS; mild cataract of the right eye.

**Plan**
**Comments:**  Pt to continue with Latanoprost qPM OS and Lacrilube qPM OS.   Pt had requested art tears but ed he would have to pursue on his own via commissary. pt to continue wtih past apollo glasses. pt ed that floaters is natural part of aging.

**Optical Services Physician Orders**
.

**Right Eye**

**Left Eye**
**Pupillary Distance or Decentration**
**Near PD**

**Decentration**

**Add Ons**

Signed By: Shoemaker-OD, Thomas at 9/9/2019 8:34:26 AM

DRC000755

**Toledo Correctional Institution**                                                8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                          Optometry Comprehensive Exam
Main: 4197267977                                            Date of Service: 9/9/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**Toledo Correctional Institution**                                        8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                       Optometry Comprehensive Exam
Main: 4197267977                                          Date of Service: 9/9/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**Encounter Context**
**Facility at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

**Optometry - Ophthalmology Exam**
**PO Hx:** PT here for FU.    multiple encounter over the past year.    pt reports he has been getting the
Latanoprost and Lacrilube (both OS only).    some c/o of different flashes.
**VA cc 20 <:**   30rt, 40 left
TAG tonopen values are in mmHg

**Optical Services Physician Orders**
.
**Right Eye**

**Left Eye**
**Pupillary Distance or Decentration**
**Near PD**

**Decentration**

**Add Ons**

Signed By: Shoemaker-OD, Thomas at 9/9/2019 7:56:26 AM

1 of 1
DRC000757

**Toledo Correctional Institution**                                      8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                       ALP Sick Call-F/U IBS
Main: 4197267977                                   Date of Service: 9/9/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

-3
**Encounter Context**
**Facility at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old


**Current Vital Signs**
**Date/Time Vitals were taken:**   September   9, 2019 7:58 AM
**Previous Height:** 74 (08/26/2019 6:53:15 AM)    **Previous Weight:** 212 (09/06/2019 7:49:51 AM)

**Does weight include shackles?**   Without Shackles
**Current Weight (lbs) with or without shackles:**   216     **Current Height (in.):**   74
   **BMI:** 27.83    **Sitting BP:**  137 / 87
**Temperature:**  98.3
**Pulse rate:** 67        **Pulse rhythm:**   Regular
**Respirations:**  16    **Respiration Type:**   Unlabored
      **Pulse Ox%**  98    **Room Air:**  Yes
**Skin Turgor:**   good
**Capillary Refill:** , 3


**HPI**
**Chief complaint:** WD WN 62 YO AA MALE PRESENTS FOR F/U ON IBS. PT REPORTS SYMPTOMS
HAVE IMPROVED AND LLQ DISCOMFORT HAS SUBSIDED.
PT. DENIES ANY CONCERNS AT THIS PRESENT TIME.

**Physical Examination**
Gastrointestinal

**General**
Patient is alert and oriented and in no acute distress

**Cardiovascular**
Regular rhythm, no murmurs or gallops.

**Gastrointestinal**
Abdomen soft, non-tender, bowel sounds present, no masses, no hepatomegaly.

**Rectal**
Deferred

**Respiratory**
Lungs clear to auscultation with no wheezing, rales, or rhonchi

**Head**
**Normocephalic**     Yes

**Integumentary**

**Toledo Correctional Institution**                     8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          ALP Sick Call-F/U IBS
Main: 4197267977                      Date of Service: 9/9/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957              1871377715


Skin is without obvious rashes or lesions.

## Assessment
**Prior Problem List:**
Adverse effect of sulfonamides, initial encounter (ICD10-T37.0x5A)
IBS (ICD-564.1) (ICD10-K58.9)
Lateral epicondylitis, left (ICD-726.32) (ICD10-M77.12)
Liver Disease
Cardiac / Hypertension
Unspecified viral hepatitis C without hepatic coma    (ICD-070.70) (ICD10-B19.20)
Unspecified essential hypertension    (ICD-401.9)
Other states following surgery of eye and adnexa    (ICD-V45.69) (ICD10-Z98.83)
Unspecified infective arthritis, site unspecified    (ICD-711.90) (ICD10-M01.x0)
Other cataract    (ICD-366.8) (ICD10-H26.8)
Spasm of muscle    (ICD-728.85)
Cervical spondylosis with myelopathy    (ICD-721.1) (ICD10-M47.12)
Benign localized hyperplasia of prostate without urinary obstruction and other lower urinary tract
symptoms [LUTS]    (ICD-600.20) (ICD10-N40.0)
Intervertebral lumbar disc disorder with myelopathy, lumbar region    (ICD-722.73) (ICD10-M51.06)
Allergic rhinitis, cause unspecified    (ICD-477.9)
Unspecified dermatomycosis    (ICD-111.9) (ICD10-B36.9)
Lattice degeneration of peripheral retina    (ICD-362.63) (ICD10-H35.419)
Carpal tunnel syndrome    (ICD-354.0) (ICD10-G56.00)
Injury to ulnar nerve    (ICD-955.2)
Allergic rhinitis due to other allergen    (ICD-477.8)
Unspecified subjective visual disturbance    (ICD-368.10) (ICD10-H53.10)
Routine general medical examination at health care facility    (ICD-V70.0)

IBS EXACERBATION RESOLVING

## Plan
IBS DISCUSSED. NO CHANGES TO TREATMENT PLAN ORDERED. PT VERBALIZED
UNDERSTANDING OF INSTRUCTIONS.
Return to Clinic PRN

## New Orders


Signed By: Babb-CNP, Candy at 9/9/2019 12:45:47 PM

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                              appt from ECW
Main: 4197267977                                      Date of Service: 9/6/2019

**BRIAN KEITH ALFORD**
Male DOB: ███ , 1957                    1871377715

**Encounter Context**
**Facility at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

## Clinical Lists Changes

**Orders:**
Added new Test order of Schedule with Optometry (SCHOPT) - Signed

Signed By: Baumgartner-RN, Melissa at 9/6/2019 12:05:35 PM

1 of 1
DRC000760

**Toledo Correctional Institution**                                  8/8/2023
**2001 East Central Avenue**
**Toledo**, **OH 43608**                                             Order Form

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Thomas Shoemaker-OD | **Service Provider:** | |
| **Auth Provider NPI:** | 1346318235 | | |
| **Signing Provider:** | Melissa Baumgartner-RN | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ████, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| SCHOPT | Schedule with Optometry | |
| **Order Number:** | 304906-1 | **Quantity:** 1 |
| **Authorization #:** | | **Priority:** N |
| **Start Date:** | 09/09/2019 | **End Date:** 09/09/2019 |
| **Electronically signed by:** | Melissa Baumgartner-RN | **Signed on:** 9/6/2019 12:04:07 PM |
| **Instructions:** | appt from ECW | |

1 of 1

DRC000761

**Toledo Correctional Institution**                                  8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          ODRC Nurse Sick Call- sore throat and headache
Main: 4197267977                                   Date of Service: 9/6/2019

**BRIAN KEITH ALFORD**
Male DOB: ███ 1957                    1871377715

**Encounter Context**
**Facility at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

**Pre-Existing Clinical Summary**
**Allergies:**
* Synalgos-DC, * BACTRIM DS.
**Problems**
Adverse effect of sulfonamides, initial encounter (ICD10-T37.0x5A), IBS (ICD-564.1) (ICD10-K58.9),
Lateral epicondylitis, left (ICD-726.32) (ICD10-M77.12), Liver Disease , Cardiac / Hypertension ,
Unspecified viral hepatitis C without hepatic coma    (ICD-070.70) (ICD10-B19.20), Unspecified essential
hypertension    (ICD-401.9), Other states following surgery of eye and adnexa    (ICD-V45.69)
(ICD10-Z98.83), Unspecified infective arthritis, site unspecified    (ICD-711.90) (ICD10-M01.x0), Other
cataract    (ICD-366.8) (ICD10-H26.8), Spasm of muscle    (ICD-728.85), Cervical spondolysis with
myelopathy    (ICD-721.1) (ICD10-M47.12), Benign localized hyperplasia of prostate without urinary
obstruction and other lower urinary tract symptoms [LUTS]    (ICD-600.20) (ICD10-N40.0), Intervertebral
lumbar disc disorder with myelopathy, lumbar region    (ICD-722.73) (ICD10-M51.06), Allergic rhinitis,
cause unspecified    (ICD-477.9), Unspecified dermatomycosis    (ICD-111.9) (ICD10-B36.9), Lattice
degeneration of peripheral retina    (ICD-362.63) (ICD10-H35.419), Carpal tunnel syndrome    (ICD-354.0)
(ICD10-G56.00), Injury to ulnar nerve    (ICD-955.2), Allergic rhinitis due to other allergen    (ICD-477.8),
Unspecified subjective visual disturbance    (ICD-368.10) (ICD10-H53.10), Routine general medical
examination at health care facility    (ICD-V70.0).
**Orders**
Optometry Schedul with Optometry [SCHOPT], APRI Panel with Calculations [385375], Schedule Chronic
Care Visit F/U [SCHCCCFU], Schedule with Advanced Level Provider [SCHMEDALP].

**Nurse Sick Call**
**Is this sick call for a dental complaint?** No
**Type of Sick Call:**     Illness
**Referral Source:**    Nurse
**Sick Call Request Type:**    Symptom Based Sick Call Request

**Subjective**

**Subjective**
**Patient's subjective statement:** I have been having a headache, sore throat and just general cough for
a couple days    I have been taking Zyrtec but it just doesn't seem to be helping.

**Significant Medical History**
**Nursing Diagnosis:** Alteration in comfort related to acute pain

**Objective Findings**

**Toledo Correctional Institution**                                            8/8/2023
2001 East Central Avenue
Toledo, OH 43608                            ODRC Nurse Sick Call- sore throat and headache
Main: 4197267977                                      Date of Service: 9/6/2019

**BRIAN KEITH ALFORD**
Male DOB: ██████, 1957            1871377715

## Head, Eyes, ENT
**Vision Disturbance:**   No
**Hearing Difficulty:**   No
**Difficulty Swallowing:**   No
**Bleeding Gums:**   No
**Other HEENT** slightly reddened throat with nasal drainage in throat.    Headache to the right frontal area

## Cardiovascular
**Rhythm** Regular
**Hear Sounds:**   Normal
**Edema:**   No
**Pitting:**   No

## Respiratory
**Lung Sounds** Normal
**Cough:**   Yes
**Other Respiratory:** dry cough

## Plan
**Nursing Interventions:** Acetaminophen 325mg 1-2 tabs PO every 4 hours PRN for fever >101 - 10 tabs given, CTM 1 tab twice daily for 3 days PO PRN for nasal congestion/drainage/sneezing - 6 tabs given, Patient referred to commissary for OTC comfort medication, Gargle with 1/2 teaspoon salt dissolved in an 8-ounce glass of warm water as needed for sore throat - salt packet given
**Patient Education Provided:**     Hand Hygiene, Cough etiquette, Increase fluids, Medication side effects

## Disposition
Return to clinic if no improvement
No restrictions on activity
Released to general population

## Current Vital Signs
**Date/Time Vitals were taken:**   September   6, 2019 7:52 AM
**Previous Height:** 74 (08/26/2019 6:53:15 AM)     **Previous Weight:** 212 (08/26/2019 6:53:15 AM)

**Does weight include shackles?**   Without Shackles
**Current Weight (lbs) with or without shackles:**   212     **BMI:** 27.32     **Sitting BP:**   128 / 87
**Temperature:**   98.3     **Temperature site:**   Oral
**Pulse rate:** 63     **Pulse rhythm:**   Regular
**Respirations:**   16   **Respiration Type:**   Clear
     **Pulse Ox%**   98     **Room Air:**   Yes

Signed By: Showman-RN, Amber at 9/6/2019 7:53:33 AM

**Toledo Correctional Institution**                                                8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          ODRC Nurse Sick Call- sore throat and headache
Main: 4197267977                                     Date of Service: 9/6/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957              1871377715

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                          sinus - sore throat
Main: 4197267977                                      Date of Service: 9/6/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**Encounter Context**
**Facility at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

## Clinical Lists Changes

**Orders:**
Added new Test order of Schedule Nursing Visit (SCHNV) - Signed

Signed By: Baumgartner-RN, Melissa at 9/6/2019 7:08:45 AM

**Toledo Correctional Institution**                                        8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                       Order Form

| TEST FORM |
|---|

| | | | | |
|---|---|---|---|---|
| **Authorizing Provider:** | Melissa Baumgartner-RN | **Service Provider:** | ODRC | |
| **Auth Provider NPI:** | | | | |
| **Signing Provider:** | Melissa Baumgartner-RN | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | | | |
|---|---|---|---|
| **Primary Ins:** | | **Secondary Ins:** | |
| **Group:** | | **Group:** | |
| **Policy:** | | **Policy:** | |
| **Insured ID:** | | **Insured ID:** | |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| SCHNV | Schedule Nursing Visit | |

**Order Number:** 303065-1                                    **Quantity:** 1
**Authorization #:**                                          **Priority:** N
**Start Date:** 09/06/2019                                    **End Date:** 09/06/2019
**Electronically signed by:** Melissa Baumgartner-RN          **Signed on:** 9/6/2019 7:08:27 AM
**Instructions:** sinues issues - sore throat

DRC000766

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                              phone - sinus issues wants NSC
Main: 4197267977                                 Date of Service: 9/6/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**Encounter Context**
**Facility at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

**Type of Call** Other
        **Name:**   CO Ridgeway
**Issue:**   sinuses issues and sore throat

**Actions/Follow Up**
**Additional Comments:**   created NSC




**Situation**


**Background**
**Problems:**
Optometry Schedul with Optometry [SCHOPT]
APRI Panel with Calculations [385375]
Schedule Chronic Care Visit F/U [SCHCCCFU]
Schedule with Advanced Level Provider [SCHMEDALP]
**Allergies:**
* Synalgos-DC (Moderate)
* BACTRIM DS (Moderate)

**Orders:**
Optometry Schedul with Optometry [SCHOPT]
APRI Panel with Calculations [385375]
Schedule Chronic Care Visit F/U [SCHCCCFU]
Schedule with Advanced Level Provider [SCHMEDALP]

**Allergies:**
* Synalgos-DC (Moderate)
* BACTRIM DS (Moderate)

**Problems:**
Adverse effect of sulfonamides, initial encounter (ICD10-T37.0x5A)
IBS (ICD-564.1) (ICD10-K58.9)
Lateral epicondylitis, left (ICD-726.32) (ICD10-M77.12)
Liver Disease
Cardiac / Hypertension
Unspecified viral hepatitis C without hepatic coma    (ICD-070.70) (ICD10-B19.20)
Unspecified essential hypertension    (ICD-401.9)
Other states following surgery of eye and adnexa    (ICD-V45.69) (ICD10-Z98.83)
Unspecified infective arthritis, site unspecified    (ICD-711.90) (ICD10-M01.x0)
Other cataract    (ICD-366.8) (ICD10-H26.8)
Spasm of muscle    (ICD-728.85)
Cervical spondylosis with myelopathy    (ICD-721.1) (ICD10-M47.12)
Benign localized hyperplasia of prostate without urinary obstruction and other lower urinary tract
symptoms [LUTS]    (ICD-600.20) (ICD10-N40.0)

**Toledo Correctional Institution**                         8/8/2023
2001 East Central Avenue
Toledo, OH 43608                         phone - sinus issues wants NSC
Main: 4197267977                         Date of Service: 9/6/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

Intervertebral lumbar disc disorder with myelopathy, lumbar region    (ICD-722.73) (ICD10-M51.06)
Allergic rhinitis, cause unspecified    (ICD-477.9)
Unspecified dermatomycosis    (ICD-111.9) (ICD10-B36.9)
Lattice degeneration of peripheral retina    (ICD-362.63) (ICD10-H35.419)
Carpal tunnel syndrome    (ICD-354.0) (ICD10-G56.00)
Injury to ulnar nerve    (ICD-955.2)
Allergic rhinitis due to other allergen    (ICD-477.8)
Unspecified subjective visual disturbance    (ICD-368.10) (ICD10-H53.10)
Routine general medical examination at health care facility    (ICD-V70.0)

**Orders:**
Optometry Schedul with Optometry [SCHOPT]
APRI Panel with Calculations [385375]
Schedule Chronic Care Visit F/U [SCHCCCFU]
Schedule with Advanced Level Provider [SCHMEDALP]

**Call:**

**Disposition**

Signed By: Baumgartner-RN, Melissa at 9/6/2019 7:07:52 AM

DRC000768

**Toledo Correctional Institution**                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          MED Healthcare Debit
Main: 4197267977                  Date of Service: 8/23/2019

**BRIAN KEITH ALFORD**
Male DOB: ██████, 1957      1871377715

**MED Healthcare Debit**


*Imported By: Kimberly Sievert-HIT 8/26/2019 10:24:24 AM*

_____

External Attachment:

  Type:      Image
  Comment:   External Document


Signed By: Centricity, Document Manag at 8/26/2019 10:24:31 AM

# Healthcare Debit

| Inmate Name: Alford, Brian | Inmate Number: A196744 | Date of Service: 8/23/19 |
|---|---|---|
| Institution Name: TOCI | Housing Location: A1W-14 | Date: 8/23/19 |

The above-named inmate is to be charged ☐ $ 2.00 *(routine HSR)* ☒ $ 3.00 *(unscheduled non-emergent)* for medical service received, to be deducted from the inmate's institutional personal account. The charge is made pursuant to sec. 5120.56 O.R.C., Offender Financial Responsibility Program.

| Medical Staff (Print): Johnson | Position: RN |
|---|---|

The above-named inmate is indigent as defined in DRC Policy 68-MED-15. No co-pay was deducted from the inmate's institutional personal account.

| Cashier/Designee: | Date: |
|---|---|

## Refunds

| ☐ Void Co-Pay | HCA/Inspector: | Date: |
|---|---|---|
| ☐ Void Processed | Cashier/Designee: | Date: |

DRC 5203 (Rev. 07/07)   DISTRIBUTION:   WHITE - Cashier       CANARY - Medical Services       PINK - Inmate        ACA 4-4400

DRC000770

**Toledo Correctional Institution**                                      8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                   Follow Up F/U PRN AS NEEDED
Main: 4197267977                                        Date of Service: 8/26/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**Encounter Context**
**Facility at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

## Current Vital Signs
**Date/Time Vitals were taken:**  August 26, 2019 8:36 AM
**Previous Height:** 74 (08/23/2019 4:52:12 PM)    **Previous Weight:** 211 (08/23/2019 4:52:12 PM)

**Does weight include shackles?**  Without Shackles
**Current Weight (lbs) with or without shackles:**  212    **Current Height (in.):**  74
  **BMI:** 27.32    **Sitting BP:**  144 **/** 86
**Temperature:**  97.7
**Pulse rate:** 78    **Pulse rhythm:**  Regular
**Respirations:**  16  **Respiration Type:**  Unlabored
  **Pulse Ox%**  98   **Room Air:**  Yes
**Skin Turgor:**  good
**Capillary Refill:** < 3

**Visit Type:**   Inpatient
**Follow Up, Specialty** Follow Up
**Source:**   Medical Staff
**Problem List**
IBS (ICD-564.1) (ICD10-K58.9)
Lateral epicondylitis, left (ICD-726.32) (ICD10-M77.12)
Liver Disease
Cardiac / Hypertension
Unspecified viral hepatitis C without hepatic coma    (ICD-070.70) (ICD10-B19.20)
Unspecified essential hypertension    (ICD-401.9)
Other states following surgery of eye and adnexa    (ICD-V45.69) (ICD10-Z98.83)
Unspecified infective arthritis, site unspecified    (ICD-711.90) (ICD10-M01.x0)
Other cataract    (ICD-366.8) (ICD10-H26.8)
Spasm of muscle    (ICD-728.85)
Cervical spondylosis with myelopathy    (ICD-721.1) (ICD10-M47.12)
Benign localized hyperplasia of prostate without urinary obstruction and other lower urinary tract
symptoms [LUTS]    (ICD-600.20) (ICD10-N40.0)
Intervertebral lumbar disc disorder with myelopathy, lumbar region    (ICD-722.73) (ICD10-M51.06)
Allergic rhinitis, cause unspecified    (ICD-477.9)
Unspecified dermatomycosis    (ICD-111.9) (ICD10-B36.9)
Lattice degeneration of peripheral retina    (ICD-362.63) (ICD10-H35.419)
Carpal tunnel syndrome    (ICD-354.0) (ICD10-G56.00)
Injury to ulnar nerve    (ICD-955.2)
Allergic rhinitis due to other allergen    (ICD-477.8)
Unspecified subjective visual disturbance    (ICD-368.10) (ICD10-H53.10)
Routine general medical examination at health care facility    (ICD-V70.0)

**Allergies List**
* Synalgos-DC (Moderate)

**Orders List**

**Toledo Correctional Institution**                                            8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                    Follow Up F/U PRN AS NEEDED
Main: 4197267977                                    Date of Service: 8/26/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                      1871377715

Optometry Schedul with Optometry [SCHOPT]
APRI Panel with Calculations [385375]
Schedule Chronic Care Visit F/U [SCHCCCFU]
Schedule with Advanced Level Provider [SCHMEDALP]
**History of Present Illness: with details regarding duration, frequency, relieving and worsening factors, etc.** WD WN 62 YO AA MALE PRESENTS REPORTING ALLERGY TO BACTRIM DS. REPORTS ITCHY SKIN ON BOTH INNER WRISTS, RIGHT FOREARM AND LEFT ANKLE. PT STOPPED BACTRIM DS AND ITCHING IN THOSE AREAS STOPPED. IN ADDITION PT REPORTED DISCOMFORT IN LLQ ALSO STOPPED WHEN BACTRIM DS WAS STARTED. DENIES ANY DYSPNEA, F/C, OR NVD.


## Physical Examination

### General
The patient is well nourished, well developed, alert and oriented and in no acute distress.

### Integumentary
Skin without obvious rashes or lesions; hair and nails without obvious abnormalities.
          **Inspection:** Rash
- BILATERAL INNER WRISTS, RIGHT FOREARM SINGULAR HIVE 2 CM IN SIZE RIGHT FOREARM AND LEFT ANT. ANKLE 1.5 CM EXCORIATED AREA.
### MS - Extremities
Full range of motion of all four extremities without obvious weakness.

### Respiratory
Unlabored by view. Breath sounds clear to auscultation and percussion; no rales, rhonchi or wheezes.

### Cardiovascular
Regular rate and rhythm, positive S1/S2; No S3/S4; no murmurs or rubs; No clubbing, cyanosis or edema; no jugular venous distension; peripheral pulses normal.

### Gastrointestinal
Soft, non-tender. Bowel sounds present. No pulsatile mass or masses. No hepatosplenomegaly. Rectal Deferred

### Musculoskeletal
Full range of motion of all four extremities without obvious weakness.

### Neurological
Grossly intact and non-focal; no tremors, no gait abnormalities, speech fluent.

### Mental Status
Alert and oriented. No acute distress.


**Education Provided:**
**The individual has been educated regarding the individual's diagnosis and diagnostic results. The individual verbalizes understanding of current health status and expresses verbal consent to**

**Toledo Correctional Institution**                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          Follow Up F/U PRN AS NEEDED
Main: 4197267977                          Date of Service: 8/26/2019

**BRIAN KEITH ALFORD**
Male DOB: ██████, 1957               1871377715

**current management** Yes

**Interpreter:**
**Does the individual need an interpreter?** No

**Practitioner Assessment & Plan**
**New Problems:**
Adverse effect of sulfonamides, initial encounter (ICD10-T37.0x5A).
**New Allergies:**
* BACTRIM DS.
**Assessment Comments:** ADVERSE DRUG REACTION
**Disposition:** General Population

**Plan Comments:** BACTRIM D'CD. AMOXICILLIN 500 MG PO TID X 7 DAYS. SKIN CARE REVIEWED.
LEFT ANT ANKLE TRIPLE ATB   COVERED WITH LARGE BANDAID. BANDAIDS AND TRIPLE ATB
UNG PKTS GIVEN. PT VERBALIZED UNDERSTANDING OF INSTRUCTIONS.

**Practitioner Orders:** Yes
        Comments: F/U as needed PRN w/ALP

Signed By: Babb-CNP, Candy at 8/26/2019 11:37:50 AM

**Toledo Correctional Institution**                                               8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                             Order Form

| TEST FORM |
|---|

| Authorizing Provider: | Candy Babb-CNP | Service Provider: | | |
|---|---|---|---|---|
| **Auth Provider NPI:** | 1417950718 | | | |
| **Signing Provider:** | Amber Showman-RN | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |

| Patient Name: | BRIAN KEITH ALFORD | DOB: | ███, 1957 | Age: | 66 |
|---|---|---|---|---|---|
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ██████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| Primary Ins: | | Secondary Ins: | |
|---|---|---|---|
| **Group:** | | **Group:** | |
| **Policy:** | | **Policy:** | |
| **Insured ID:** | | **Insured ID:** | |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| SCHMEDALP | Schedule with Advanced Level Provider | |

| **Order Number:** | 263377-1 | **Quantity:** 1 |
|---|---|---|
| **Authorization #:** | | **Priority:** N |
| **Start Date:** | 08/26/2019 | **End Date:** 08/26/2019 |
| **Electronically signed by:** | Amber Showman-RN | **Signed on:** 8/24/2019 1:26:53 PM |
| **Instructions:** | rash that he thinks is from Bactrim | |

**Toledo Correctional Institution**                                8/8/2023
2001 East Central Avenue
Toledo, OH 43608                        ODRC Nurse Sick Call- medication reaction
Main: 4197267977                              Date of Service: 8/24/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                        1871377715

**Encounter Context**
**Facility at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

**Pre-Existing Clinical Summary**
**Allergies:**
* Synalgos-DC.
**Problems**
IBS (ICD-564.1) (ICD10-K58.9), Lateral epicondylitis, left (ICD-726.32) (ICD10-M77.12), Liver Disease ,
Cardiac / Hypertension , Unspecified viral hepatitis C without hepatic coma    (ICD-070.70)
(ICD10-B19.20), Unspecified essential hypertension    (ICD-401.9), Other states following surgery of eye
and adnexa    (ICD-V45.69) (ICD10-Z98.83), Unspecified infective arthritis, site unspecified    (ICD-711.90)
(ICD10-M01.x0), Other cataract    (ICD-366.8) (ICD10-H26.8), Spasm of muscle    (ICD-728.85), Cervical
spondylosis with myelopathy    (ICD-721.1) (ICD10-M47.12), Benign localized hyperplasia of prostate
without urinary obstruction and other lower urinary tract symptoms [LUTS]    (ICD-600.20) (ICD10-N40.0),
Intervertebral lumbar disc disorder with myelopathy, lumbar region    (ICD-722.73) (ICD10-M51.06),
Allergic rhinitis, cause unspecified    (ICD-477.9), Unspecified dermatomycosis    (ICD-111.9)
(ICD10-B36.9), Lattice degeneration of peripheral retina    (ICD-362.63) (ICD10-H35.419), Carpal tunnel
syndrome    (ICD-354.0) (ICD10-G56.00), Injury to ulnar nerve    (ICD-955.2), Allergic rhinitis due to other
allergen    (ICD-477.8), Unspecified subjective visual disturbance    (ICD-368.10) (ICD10-H53.10),
Routine general medical examination at health care facility    (ICD-V70.0).
**Orders**
Optometry Schedul with Optometry [SCHOPT], APRI Panel with Calculations [385375], Schedule Chronic
Care Visit F/U [SCHCCCFU], Schedule with Advanced Level Provider [SCHMEDALP].

**Nurse Sick Call**
**Is this sick call for a dental complaint?** No
**Type of Sick Call:**      Illness
**Referral Source:**    Correctional Officer
**Sick Call Request Type:**   Symptom Based Sick Call Request


**Subjective**


**Subjective**
**Patient Subjective Statement:** Pt states that he has taken 2 doses now of Bactrim and he feels that he
is having an allergic reaction.    Pt states that he has a rash to his left foot/ankle that has gotten worse
and to his bilateral wrists and to the right forearm that he feels is all getting worse.

**Significant Medical History**


**Objective Findings**

**Toledo Correctional Institution**                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    ODRC Nurse Sick Call- medication reaction
Main: 4197267977                    Date of Service: 8/24/2019

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                    1871377715


## Skin
**Color:**  Normal
**Temp:** Dry
**Elaborate:**  redness noted to the bilateral wrists that is not raised and has no bumps as well as to the left foot/ankle and the right forearm.    Pt states that area itches and that it got worse after he took his second dose.    Pt chose not to use Hydrocortisone cream until the skin was reevaluated.    Pt elected to turn in the Bactrim and wanted the medication DC'd
**Turgor:**  Normal
**Bruises:**  No


## Assessment
**Nursing Diagnosis** Impaired skin integrity R/T contact allergy or allergic reaction


## Plan
**Nursing Interventions** Keep affected area clean using mild soap and water, 1% hydrocortisone cream 4-6 times a day for up to 3 days - one tube given
**Patient Education Provided:**    Maintanence of good hygiene and handwashing, Medication Side effects, Importance of following medical regimen, Signs and symptoms of infection

## Disposition
Return to clinic if no improvement
No restrictions on activity
Released to general population
Schedule with ALP


## Current Vital Signs
**Date/Time Vitals were taken:**  August 24, 2019 1:27 PM
**Previous Height:** 74 (08/23/2019 4:52:12 PM)    **Previous Weight:** 211 (08/23/2019 4:52:12 PM)

**Does weight include shackles?**    Without Shackles
**BMI:** 27.19    **Sitting BP:**  129 **/** 89
**Temperature:**  98.0    **Temperature site:**  Oral
**Pulse rate:** 65    **Pulse rhythm:**  Regular
**Respirations:**  16    **Respiration Type:**  Clear
**Pulse Ox%**  99    **Room Air:**  Yes



Signed By: Showman-RN, Amber at 8/24/2019 1:28:43 PM

**Toledo Correctional Institution**                                      8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          ODRC Nurse Sick Call-Possible medication reaction
Main: 4197267977                                    Date of Service: 8/23/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                     1871377715

**Encounter Context**
**Facility at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

## Pre-Existing Clinical Summary
**Allergies:**
* Synalgos-DC.
**Problems**
IBS (ICD-564.1) (ICD10-K58.9), Lateral epicondylitis, left (ICD-726.32) (ICD10-M77.12), Liver Disease , Cardiac / Hypertension , Unspecified viral hepatitis C without hepatic coma    (ICD-070.70) (ICD10-B19.20), Unspecified essential hypertension    (ICD-401.9), Other states following surgery of eye and adnexa    (ICD-V45.69) (ICD10-Z98.83), Unspecified infective arthritis, site unspecified    (ICD-711.90) (ICD10-M01.x0), Other cataract    (ICD-366.8) (ICD10-H26.8), Spasm of muscle    (ICD-728.85), Cervical spondylosis with myelopathy    (ICD-721.1) (ICD10-M47.12), Benign localized hyperplasia of prostate without urinary obstruction and other lower urinary tract symptoms [LUTS]    (ICD-600.20) (ICD10-N40.0), Intervertebral lumbar disc disorder with myelopathy, lumbar region    (ICD-722.73) (ICD10-M51.06), Allergic rhinitis, cause unspecified    (ICD-477.9), Unspecified dermatomycosis    (ICD-111.9) (ICD10-B36.9), Lattice degeneration of peripheral retina    (ICD-362.63) (ICD10-H35.419), Carpal tunnel syndrome    (ICD-354.0) (ICD10-G56.00), Injury to ulnar nerve    (ICD-955.2), Allergic rhinitis due to other allergen    (ICD-477.8), Unspecified subjective visual disturbance    (ICD-368.10) (ICD10-H53.10), Routine general medical examination at health care facility    (ICD-V70.0).
**Orders**
Optometry Schedul with Optometry [SCHOPT], APRI Panel with Calculations [385375], Schedule Chronic Care Visit F/U [SCHCCCFU], Schedule with Advanced Level Provider [SCHMEDALP].

## Nurse Sick Call
**Is this sick call for a dental complaint?** No
**Type of Sick Call:**      Illness
**Referral Source:**    Correctional Officer
**Sick Call Request Type:**    Symptom Based Sick Call Request

## Subjective

### Subjective
**Patient Subjective Statement:** Patient states "They started me on this antibiotic and I think that I am having an allergic reaction to it because I am itching on my left ankle and my right wrist."Patient denies any difficulty swallowing, breathing, or rash anywhere else.

### Significant Medical History
**Does the patient have open wound(s)?** No

## Objective Findings

**Toledo Correctional Institution**                                         8/8/2023

2001 East Central Avenue
Toledo, OH 43608                          ODRC Nurse Sick Call-Possible medication reaction
Main: 4197267977                                        Date of Service: 8/23/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957              1871377715


## Head, Eyes, ENT
**Vision Disturbance:**   No
**Hearing Difficulty:**   No
**Difficulty Swallowing:**   No
**Bleeding Gums:**   No

## Neuro / Musculoskeletal
**Conscious:**   Yes
**Oriented x 3:**   Yes
**Pupils, PERLA:**   Yes
**Weakness of Extremities:**   No

## Peripheral Circulation
**Cyanosis:**   No
**Mottling:**   No
**Tingling in Hands:**   No
**Tingling in Feet:**   No

## Genital / Urinary
**Urination Frequency:**   No
**Incontinence:**   No
**Difficulty Urinating:**   No
**Urinary Catheter:**   No

## Skin
**Color:**   Normal
**Temp:**   Dry
**Turgor:**   Normal
**Bruises:**   No

## Cardiovascular
**Rhythm** Regular
**Hear Sounds:**   Normal
**Edema:**   No
**Pitting:**   No

## Respiratory
**Lung Sounds** Normal
**Cough:**   No

## Gastrointestinal
**Appetite:**   Good
**Vomiting:**   No
**Nausea:**   No
**Bowel Movements:**   Regular
**Bowel Sounds:**   Normal

**Toledo Correctional Institution**                     8/8/2023
2001 East Central Avenue
Toledo, OH 43608                ODRC Nurse Sick Call-Possible medication reaction
Main: 4197267977                        Date of Service: 8/23/2019

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957          1871377715

**Abdomen:**  Soft

## Assessment
**Other Nursing Diagnosis** Knowledge deficit related to s/sx of allergic reaction

## Plan
**Nursing Interventions** 1% hydrocortisone cream 4-6 times a day for up to 3 days - one tube given
**Patient Education Provided:**    Medication Side effects, Importance of following medical regimen, Medication side effects, Avoid harsh soaps, Do not pick or scratch affected area
**Other patient education:** Patient to notify staff immediately if he has a blotched raised rash on his body, or has any difficulty breathing, and or swallowing. Patient verbalizes understanding. Patient Educated to continue medication at this time. Patient verbalizes understanding.

## Disposition
Return to clinic if no improvement
No restrictions on activity
Released to general population

## Current Vital Signs
**Date/Time Vitals were taken:**  August 23, 2019 5:07 PM
**Previous Height:** 74 (08/23/2019 7:23:18 AM)    **Previous Weight:** 209 (08/23/2019 7:23:18 AM)

**Does weight include shackles?**  Without Shackles
**Current Weight (lbs) with or without shackles:**  211    **Current Height (in.):**  74
   **BMI:** 27.19    **Sitting BP:**  154 / 93
**Temperature:**  98.0    **Temperature site:**  Oral
**Pulse rate:** 71    **Pulse rhythm:**  Regular
**Respirations:**  18  **Respiration Type:**  Regular
   **Pulse Ox%**  99  **Room Air:**  Yes
**Skin Turgor:**  Normal
**Capillary Refill:** less than 2

Signed By: Johnson-RN, Lasha at 8/23/2019 5:08:01 PM

**Toledo Correctional Institution**                                      8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                              urgent nsc request
Main: 4197267977                                        Date of Service: 8/23/2019

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                    1871377715

**Encounter Context**
**Facility at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

**Actions/Follow Up**
**Added Orders:**
Added new Test order of Schedule for Nurse Sick Call (SCHNSC) - Signed

**Orders:**
Added new Test order of Schedule for Nurse Sick Call (SCHNSC) - Signed

**Situation**

**Background**
**Problems:**
Optometry Schedul with Optometry [SCHOPT]
APRI Panel with Calculations [385375]
Schedule Chronic Care Visit F/U [SCHCCCFU]
Schedule with Advanced Level Provider [SCHMEDALP]
**Allergies:**
* Synalgos-DC (Moderate)

**Orders:**
Optometry Schedul with Optometry [SCHOPT]
APRI Panel with Calculations [385375]
Schedule Chronic Care Visit F/U [SCHCCCFU]
Schedule with Advanced Level Provider [SCHMEDALP]

**Allergies:**
* Synalgos-DC (Moderate)

**Problems:**
IBS (ICD-564.1) (ICD10-K58.9)
Lateral epicondylitis, left (ICD-726.32) (ICD10-M77.12)
Liver Disease
Cardiac / Hypertension
Unspecified viral hepatitis C without hepatic coma    (ICD-070.70) (ICD10-B19.20)
Unspecified essential hypertension    (ICD-401.9)
Other states following surgery of eye and adnexa    (ICD-V45.69) (ICD10-Z98.83)
Unspecified infective arthritis, site unspecified    (ICD-711.90) (ICD10-M01.x0)
Other cataract    (ICD-366.8) (ICD10-H26.8)
Spasm of muscle    (ICD-728.85)
Cervical spondylosis with myelopathy    (ICD-721.1) (ICD10-M47.12)
Benign localized hyperplasia of prostate without urinary obstruction and other lower urinary tract
symptoms [LUTS]    (ICD-600.20) (ICD10-N40.0)
Intervertebral lumbar disc disorder with myelopathy, lumbar region    (ICD-722.73) (ICD10-M51.06)
Allergic rhinitis, cause unspecified    (ICD-477.9)

**Toledo Correctional Institution**                           8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                    urgent nsc request
Main: 4197267977                            Date of Service: 8/23/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

Unspecified dermatomycosis    (ICD-111.9) (ICD10-B36.9)
Lattice degeneration of peripheral retina    (ICD-362.63) (ICD10-H35.419)
Carpal tunnel syndrome    (ICD-354.0) (ICD10-G56.00)
Injury to ulnar nerve    (ICD-955.2)
Allergic rhinitis due to other allergen    (ICD-477.8)
Unspecified subjective visual disturbance    (ICD-368.10) (ICD10-H53.10)
Routine general medical examination at health care facility    (ICD-V70.0)

**Orders:**
Optometry Schedul with Optometry [SCHOPT]
APRI Panel with Calculations [385375]
Schedule Chronic Care Visit F/U [SCHCCCFU]
Schedule with Advanced Level Provider [SCHMEDALP]

**Call:**
**Caller:** CO
**Caller Location:** A1W
**Patient Issue / Purpose of Call:**    co called stated pt just started taking a new med today and now he has rash. denies any issues with facilal sweling or issues swallowing. stated to send pt to medical after count

**Disposition**

Signed By: Hayes-RN, Amanda at 8/23/2019 3:54:57 PM

**Toledo Correctional Institution**                                     8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                    Order Form

| TEST FORM | |
|---|---|

| Authorizing Provider: | Amanda Hayes-RN | Service Provider: | ODRC |
|---|---|---|---|
| Auth Provider NPI: | | | |
| Signing Provider: | Amanda Hayes-RN | | |
| Phone: | | Phone: | |
| Fax: | | Fax: | |

| Patient Name: | BRIAN KEITH ALFORD | DOB: | ███, 1957 | Age: | 66 |
|---|---|---|---|---|---|
| Home Phone: | | Sex: | Male | SSN: | ███ |
| Work Phone: | | Cell Phone: | | Patient ID: | 1871377715 |
| Resp. Provider: | | | | | |

| Primary Ins: | | Secondary Ins: | |
|---|---|---|---|
| Group: | | Group: | |
| Policy: | | Policy: | |
| Insured ID: | | Insured ID: | |

**Code**              **Description**                        **Diagnoses**
SCHNSC              Schedule for Nurse Sick Call
**Order Number:**    262492-1                               **Quantity:** 1
**Authorization #:**                                        **Priority:** N
**Start Date:**      08/23/2019                             **End Date:** 08/23/2019
**Electronically signed by:** Amanda Hayes-RN               **Signed on:** 8/23/2019 3:54:54 PM
**Instructions:**    rash

1 of 1

DRC000782

**Toledo Correctional Institution**                                    8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                   Order Form

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Candy Babb-CNP | **Service Provider:** | |
| **Auth Provider NPI:** | 1417950718 | | |
| **Signing Provider:** | Candy Babb-CNP | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ████, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | **Secondary Ins:** | |
| **Group:** | **Group:** | |
| **Policy:** | **Policy:** | |
| **Insured ID:** | **Insured ID:** | |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| SCHMEDALP | Schedule with Advanced Level Provider | IBS (ICD-K58.9) |

**Order Number:** 261126-3                 **Quantity:** 1
**Authorization #:**                        **Priority:** N
**Start Date:** 09/09/2019                  **End Date:** 09/09/2019
**Electronically signed by:** Candy Babb-CNP   **Signed on:** 8/23/2019 12:49:26 PM
**Instructions:** F/U IBS IN 2 WEEKS W/ALP

1 of 1

DRC000783

**Toledo Correctional Institution**                                    8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                   Order Form

---

## TEST FORM

| | | | | |
|---|---|---|---|---|
| **Authorizing Provider:** | Candy Babb-CNP | **Service Provider:** | | |
| **Auth Provider NPI:** | 1417950718 | | | |
| **Signing Provider:** | Candy Babb-CNP | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** ███ 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** Male | **SSN:** | ████ |
| **Work Phone:** | | **Cell Phone:** | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | |

| **Primary Ins:** | **Secondary Ins:** |
|---|---|
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| SCHCCCFU | Schedule Chronic Care Visit F/U | LIVER DISEASE  () ,UNSPECIFIED VIRAL HEPATITIS C WITHOUT HEPATIC COMA  (ICD-B19.20) ,CARDIAC / HYPERTENSION  () |

| | | | |
|---|---|---|---|
| **Order Number:** | 261126-2 | **Quantity:** 1 | |
| **Authorization #:** | | **Priority:** N | |
| **Start Date:** | 11/08/2019 | **End Date:** | |
| **Electronically signed by:** | Candy Babb-CNP | **Signed on:** 8/23/2019 12:49:25 PM | |
| **Instructions:** | CCC HTN HCV  Clincal Status Stable, Degree of Control Good, 90 days F/U w/ ALP | | |

1 of 1

**Toledo Correctional Institution**                        8/8/2023
2001 East Central Avenue
Toledo, OH 43608                        ALP Chronic Care - Follow-Up HTN, Hep C - Follow-Up
Main: 4197267977                        Date of Service: 8/23/2019

**BRIAN KEITH ALFORD**
Male DOB: █████, 1957                1871377715

**Encounter Context**
**Facility at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

**Current Vital Signs**
**Date/Time Vitals were taken:**  August 23, 2019 9:43 AM
**Previous Height:** 74 (06/04/2019 12:10:07 PM)   **Previous Weight:** 211 (08/08/2019 8:39:22 AM)

**Does weight include shackles?**  Without Shackles
**Current Weight (lbs) with or without shackles:**  209   **Current Height (in.):**  74
   **BMI:** 26.93   **Sitting BP:**  139 **/** 89
**Temperature:**  98.2   **Temperature site:**  Oral
**Pulse rate:**  69   **Pulse rhythm:**  Regular
**Respirations:**  16   **Respiration Type:**  Regular
   **Pulse Ox%**  97   **Room Air:**  Yes

***Cardiac/Hypertension Symptoms***
Denies any Coronary Artery Disease Related Symptoms

***Cardiac/Hypertension Risk Factors***
**Hypertension**

***Chronic Care Liver Disease Symptoms***
**Nausea**
      PT. ALSO REPORTS N&D, NO EMESIS LLQ BOWEL TENDER
**Other**
      NO FEVER OR CHILLS. HAS IBS HX
Denies any End Stage Liverl Disease Related Symptoms

***Liver Disease Risk Factors***
**Viral Infection (Hep A,B,C)**
      HCV

   **BMI:** 27.19
**Nursing Chronic Care Clinic Review**

**Chronic Care Clinics**
Cardiac-Hypertension
Liver
**Medication Compliance:**      Compliant
**Percent Compliant** 100
**Reports side effects?** No
**Treatment Plan Compliance:**      Yes
**Dietary Compliance:** Yes

**Education Provided**
Diet

1 of 4

**Toledo Correctional Institution**                                              8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          ALP Chronic Care - Follow-Up HTN, Hep C - Follow-Up
Main: 4197267977                                      Date of Service: 8/23/2019

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                    1871377715

Disease Process
Exercise
Tobacco Cessation
ETOH Cessation
Medication
**Handouts Given?** No


**Overview**
**Problems:**
Lateral epicondylitis, left (ICD-726.32) (ICD10-M77.12)
Liver Disease
Cardiac / Hypertension
Unspecified viral hepatitis C without hepatic coma    (ICD-070.70) (ICD10-B19.20)
Unspecified essential hypertension    (ICD-401.9)
Other states following surgery of eye and adnexa    (ICD-V45.69) (ICD10-Z98.83)
Unspecified infective arthritis, site unspecified    (ICD-711.90) (ICD10-M01.x0)
Other cataract    (ICD-366.8) (ICD10-H26.8)
Spasm of muscle    (ICD-728.85)
Cervical spondylosis with myelopathy    (ICD-721.1) (ICD10-M47.12)
Benign localized hyperplasia of prostate without urinary obstruction and other lower urinary tract
symptoms [LUTS]    (ICD-600.20) (ICD10-N40.0)
Intervertebral lumbar disc disorder with myelopathy, lumbar region    (ICD-722.73) (ICD10-M51.06)
Allergic rhinitis, cause unspecified    (ICD-477.9)
Unspecified dermatomycosis    (ICD-111.9) (ICD10-B36.9)
Lattice degeneration of peripheral retina    (ICD-362.63) (ICD10-H35.419)
Carpal tunnel syndrome    (ICD-354.0) (ICD10-G56.00)
Injury to ulnar nerve    (ICD-955.2)
Allergic rhinitis due to other allergen    (ICD-477.8)
Unspecified subjective visual disturbance    (ICD-368.10) (ICD10-H53.10)
Routine general medical examination at health care facility    (ICD-V70.0)

**Allergies:**
* Synalgos-DC (Moderate)

**Orders:**
Optometry Schedul with Optometry [SCHOPT]
APRI Panel with Calculations [385375]
CCC F/U Schedule Chronic Care Visit F/U [SCHCCCFU]


**Review of Systems**

GENERAL SYSTEM: Denies Fevers, Chills, Sweats.
CARDIAC: Denies Chest Pains, Palpitations, Dizziness.
PULMONARY: Denies Cough, Dyspnea.
GASTROINTESTINAL: Complains of Nausea, Diarrhea. Denies Vomiting, Jaundice.
SKIN: Denies Rash, Itching, Dryness, Open Sores/Wounds, Suspicious Lesions, Lesions, Jaundice,
Infestations, Bruises, Scars, Tattoos, Needle Marks, Indications of Drug Use, Any Sx Related to System.

DRC000786

**Toledo Correctional Institution**                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    ALP Chronic Care - Follow-Up HTN, Hep C - Follow-Up
Main: 4197267977                              Date of Service: 8/23/2019

**BRIAN KEITH ALFORD**
Male DOB:████, 1957            1871377715


## Physical Examination

### General
The patient is well nourished, well developed, alert and oriented and in no acute distress.

### Integumentary
Skin without obvious rashes or lesions; hair and nails without obvious abnormalities.

### MS - Extremities
Full range of motion of all four extremities without obvious weakness.

### Neck
Neck: Supple, no bruits, thyromegaly, masses or adenopathy.

### Respiratory
Unlabored by view. Breath sounds clear to auscultation and percussion; no rales, rhonchi or wheezes.

### Cardiovascular
Regular rate and rhythm, positive S1/S2; No S3/S4; no murmurs or rubs; No clubbing, cyanosis or edema; no jugular venous distension; peripheral pulses normal.

### Gastrointestinal
Soft, non-tender. Bowel sounds present. No pulsatile mass or masses. No hepatosplenomegaly. Rectal Deferred

### Musculoskeletal
Full range of motion of all four extremities without obvious weakness.

### Neurological
Grossly intact and non-focal; no tremors, no gait abnormalities, speech fluent.

### Mental Status
Alert and oriented. No acute distress.

**New Problems:**
IBS (ICD-564.1) (ICD10-K58.9).
**New Orders:**
Schedule Chronic Care Visit F/U [SCHCCCFU], Schedule with Advanced Level Provider [SCHMEDALP].

## Chronic Care Assessment

**Cardiac/HTN**
    **Degree:    of Disease Control** G (Good)

**Liver**
    **Degree of Disease Control** G (Good)
    **Degree of Disease Control** N/A (Not Addressed)

DRC000787

**Toledo Correctional Institution**                                      8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    ALP Chronic Care - Follow-Up HTN, Hep C - Follow-Up
Main: 4197267977                                         Date of Service: 8/23/2019

**BRIAN KEITH ALFORD**
Male DOB: ████ 1957                    1871377715

**Follow-Up Date:**   11/04/2019

**Create order for follow-up date 5-7 days prior to date due.**
**Assessment Comments:** CCC HTN HCV Clincal Status Stable, Degree of Control Good, 90 days F/U w/
ALP
IBS

**Chronic Care Plan**
**Disposition:**   General Population
**Overall Plan Comments:** HTN -PT. EDUCATED ON HTN EFFECTS ON END ORGAN SYSTEMS OF
CVA, MI, ESRD, AND ED. PT. ENCOURAGED TO TAKE HTN MEDS AS DIRECTED. ADVISED TO DO
CARDIO-EXERCISE DAILY AND TO LOSE WEIGHT IF NEEDED. LABS REVIEWED. PT VERBALIZED
UNDERSTANDING OF INSTRUCTIONS.

HCV -   Liver Disease Education discussed . Encouraged to continue coming for CCC HCV appointments
and Allowing lab work. Explained this how we know HCV tx like Harvoni is needed.    LABS REVIEWED.
PT VERBALIZED UNDERSTANDING OF INSTRUCTIONS.

IBS AND DIVERTCULITIS DISCUSSED WITH PT. BACTRIM DS 1 PO BID X 7 DAYS . ADVISED TO
LIMIT SPICY IRRITATING FOODS. PT VERBALIZED UNDERSTANDING OF INSTRUCTIONS.

Signed By: Babb-CNP, Candy at 8/23/2019 12:49:32 PM

**Toledo Correctional Institution**                8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                    MED HSR
Main: 4197267977                    Date of Service: 8/17/2019

**BRIAN KEITH ALFORD**
Male DOB: ███████, 1957      1871377715

**MED HSR**


*Imported By: Kimberly Sievert-HIT 8/20/2019 10:33:42 AM*

_____

External Attachment:

  Type:     Image
  Comment:  External Document


Signed By: Centricity, Document Manag at 8/20/2019 10:34:01 AM

# Health Services Request

Petición Para Servicios de Salud

| For Medical Use Only / Para Uso Medico Solamente | |
|---|---|
| Reviewed by: | |
| Date Received: 8/15/19 | Time Received: 9ᴬ a.m./p.m. |

Date Of Request:
Fecha: 5-17-19

Inmate Name:
Nombre: ALFORD

Number:
Numero: A196-744

Housing Unit:
Unidad: A1-W14

Request for:
☐ Medical Care / Attención Medica
☐ Dental Care / Attención Dental
☐ Medication Reorder / Reordenar Medicación
☒ Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema:

Rx # 8715140  A196744  0394
ALFORD, BRIAN  7/23/2019
MINERAL OIL/WHITE PET/LANOLIN 3%-94
QTY: 3.5  Refills: 5

RX# 8665679 A196744  0394
ALFORD, BRIAN  07/23/2019  Refills 4
POTASSIUM CHLORIDE ER 10MEQ  QTY: 30

HA# 000000?  ...
ALFORD, BRIAN  07/23/2019
ASPIRIN E.C. 81MG TB EC
Refills 4  QTY: 30

RX# 8665681  A196744  0394
ALFORD, BRIAN  07/23/2011
AMLODIPINE BESYLATE 10MG TAB
Refills 4  QTY: 30

RX# 8665680  A196744  0394
ALFORD, BRIAN  07/23/2019
HYDROCHLOROTHIAZIDE 25MG TA
Refills 4  QTY: 30

RX# 8641511  A196744  0394
ALFORD, BRIAN  07/23/2019
CARVEDILOL 6.25MG TABS
Refills 3  QTY: 30

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

DRC000790

**Toledo Correctional Institution**                                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                          CCC HTN, Hep C due 09/02
Main: 4197267977                                          Date of Service: 8/15/2019

**BRIAN KEITH ALFORD**
Male DOB: ███ 1957                    1871377715

**Encounter Context**
**Facility at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

## Clinical Lists Changes

**Orders:**
Added new Test order of Schedule Chronic Care Visit F/U (SCHCCCFU) - Signed

Signed By: Baumgartner-RN, Melissa at 8/15/2019 3:17:56 PM

DRC000791

**Toledo Correctional Institution**                                  8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                 Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** Candy Babb-CNP | **Service Provider:** |
| **Auth Provider NPI:** 1417950718 | |
| **Signing Provider:** Melissa Baumgartner-RN | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| Patient Name: | BRIAN KEITH ALFORD | DOB: | ▮ 1957 | Age: | 66 |
|---|---|---|---|---|---|
| Home Phone: | | Sex: | Male | SSN: | ▮ |
| Work Phone: | | Cell Phone: | | Patient ID: | 1871377715 |
| Resp. Provider: | | | | | |

| Primary Ins: | Secondary Ins: |
|---|---|
| Group: | Group: |
| Policy: | Policy: |
| Insured ID: | Insured ID: |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| SCHCCCFU | Schedule Chronic Care Visit F/U | |
| **Order Number:** | 234228-1 | **Quantity:** 1 |
| **Authorization #:** | | **Priority:** N |
| **Start Date:** | 08/23/2019 | **End Date:** 08/23/2019 |
| **Electronically signed by:** Melissa Baumgartner-RN | | **Signed on:** 8/15/2019 3:17:48 PM |
| **Instructions:** | CCC HTN, Hep C due 09/02 | |

DRC000792

**Toledo Correctional Institution**                8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                         Debit
Main: 4197267977                      Date of Service: 8/8/2019

**BRIAN KEITH ALFORD**
Male DOB: ▮▮▮▮, 1957      1871377715

**Debit**


*Imported By: Kimberly Sievert-HIT 8/14/2019 1:33:27 PM*

---

External Attachment:

  Type:      Image
  Comment:   External Document


Signed By: Centricity, Document Manag at 8/14/2019 1:34:50 PM

1 of 1

# Healthcare Debit

| Inmate Name: Alford | Inmate Number A196744 | Date of Service: 8.8.19 |
| Institution Name: TOCI | Housing Location: AIWI4 | Date: 8.8.19 |

The above-named inmate is to be charged ☑ $ 2.00 *(routine HSR)* ☐ $ 3.00 *(unscheduled non-emergent)* for medical service received, to be deducted from the inmate's institutional personal account. The charge is made pursuant to sec. 5120.56 O.R.C., Offender Financial Responsibility Program.

| Medical Staff (Print): Baumgartner | Position: RU |

The above-named inmate is indigent as defined in DRC Policy 68-MED-15. No co-pay was deducted from the inmate's institutional personal account.

| Cashier/Designee: | Date: |

## Refunds

| ☐ Void Co-Pay | HCA/Inspector: | Date: |
| ☐ Void Processed | Cashier/Designee: | Date: |

DRC 5203 (Rev. 07/07)   DISTRIBUTION:   WHITE - Cashier      CANARY - Medical Services      PINK - Inmate      ACA 4-4400

DRC000794

**Toledo Correctional Institution**                                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                    MED HSR
Main: 4197267977                                    Date of Service: 8/7/2019

**BRIAN KEITH ALFORD**
Male DOB: ███ 1957        1871377715

**MED HSR**


*Imported By: Kimberly Sievert-HIT 8/14/2019 11:38:27 AM*

_____

External Attachment:

  Type:      Image
  Comment:   External Document


Signed By: Centricity, Document Manag at 8/14/2019 11:38:32 AM

1 of 1

# Health Services Request

Petición Para Servicios de Salud

| For Medical Use Only / Para Uso Medico Solamente | | |
|---|---|---|
| Reviewed by: | P. Schumacker RN | |
| Date Received: 8|7|19 | | Time Received: 1035 a.m./p.m. |

Date Of Request:
Fecha: 8-7-19

Inmate Name:
Nombre: ALFORD

Number:
Numero: A196 744

Housing Unit:
Unidad: A1-W14

Request for: [X] Medical Care / Attención Medica  [ ] Dental Care / Attención Dental  [ ] Medication Reorder / Reordenar Medicación  [ ] Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema:  NEEZING, COUGHING, RUNNY NOSE, PRESSURE IN EARS, HEADACHE, CHRONIC ALLERGIES.

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

DRC000796

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                    ODRC Nurse Sick Call-allergies
Main: 4197267977                                    Date of Service: 8/8/2019

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                    1871377715

**Encounter Context**
**Facility at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

## Pre-Existing Clinical Summary
**Allergies:**
* Synalgos-DC.
**Problems**
Lateral epicondylitis, left (ICD-726.32) (ICD10-M77.12), Liver Disease , Cardiac / Hypertension ,
Unspecified viral hepatitis C without hepatic coma    (ICD-070.70) (ICD10-B19.20), Unspecified essential
hypertension    (ICD-401.9), Other states following surgery of eye and adnexa    (ICD-V45.69)
(ICD10-Z98.83), Unspecified infective arthritis, site unspecified    (ICD-711.90) (ICD10-M01.x0), Other
cataract    (ICD-366.8) (ICD10-H26.8), Spasm of muscle    (ICD-728.85), Cervical spondylosis with
myelopathy    (ICD-721.1) (ICD10-M47.12), Benign localized hyperplasia of prostate without urinary
obstruction and other lower urinary tract symptoms [LUTS]    (ICD-600.20) (ICD10-N40.0), Intervertebral
lumbar disc disorder with myelopathy, lumbar region    (ICD-722.73) (ICD10-M51.06), Allergic rhinitis,
cause unspecified    (ICD-477.9), Unspecified dermatomycosis    (ICD-111.9) (ICD10-B36.9), Lattice
degeneration of peripheral retina    (ICD-362.63) (ICD10-H35.419), Carpal tunnel syndrome    (ICD-354.0)
(ICD10-G56.00), Injury to ulnar nerve    (ICD-955.2), Allergic rhinitis due to other allergen    (ICD-477.8),
Unspecified subjective visual disturbance    (ICD-368.10) (ICD10-H53.10), Routine general medical
examination at health care facility    (ICD-V70.0).
**Orders**
Optometry Schedul with Optometry [SCHOPT], CCC F/U Schedule Chronic Care Visit F/U [SCHCCCFU],
APRI Panel with Calculations [385375].

## Nurse Sick Call
**Is this sick call for a dental complaint?** No
**Type of Sick Call:**      Illness
**Referral Source:**    Health Service Request
**Sick Call Request Type:**    Symptom Based Sick Call Request

## Subjective

### Subjective
**Patient's subjective statement:** "sneezing, coughing, runny nose, pressure in ears, headache and
chronic allergies."
**Onset:**    "always have them"

### Significant Medical History
Chronic Rhinitis
Seasonal Allergies
**Other Nursing Diagnosis:** Alteration in Comfort R/T allergic rhinitis

## Objective Findings

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                              ODRC Nurse Sick Call-allergies
Main: 4197267977                              Date of Service: 8/8/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

### Head, Eyes, ENT
**Vision Disturbance:** No
**Hearing Difficulty:** No
**Difficulty Swallowing:** No
**Bleeding Gums:** No
**Other HEENT** ears clear - throat red and swollen with drainage

### Neuro / Musculoskeletal
**Conscious:** Yes
**Oriented x 3:** Yes
**Pupils, PERLA:** Yes
**Weakness of Extremities:** No

### Peripheral Circulation
**Cyanosis:** No
**Mottling:** No
**Tingling in Hands:** No
**Tingling in Feet:** No

### Genital / Urinary
**Urination Frequency:** No
**Incontinence:** No
**Difficulty Urinating:** No
**Urinary Catheter:** No

### Skin
**Color:** Normal
**Turgor:** Normal
**Bruises:** No

### Cardiovascular
**Rhythm** Regular
**Hear Sounds:** Normal
**Edema:** No
**Pitting:** No

### Respiratory
**Lung Sounds** Normal
**Cough:** Yes

### Gastrointestinal
**Appetite:** Good
**Vomiting:** No
**Nausea:** No
**Bowel Movements:** Regular

DRC000798

**Toledo Correctional Institution**                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    ODRC Nurse Sick Call-allergies
Main: 4197267977                    Date of Service: 8/8/2019

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957          1871377715

**Bowel Sounds:**  Normal
**Abdomen:**  Soft

## Plan
**Nursing Interventions:** CTM 1 tab twice daily for 3 days PO PRN for nasal congestion/drainage/sneezing - 6 tabs given, Patient referred to commissary for OTC comfort medication, Gargle with 1/2 teaspoon salt dissolved in an 8-ounce glass of warm water as needed for sore throat - salt packet given
**Patient Education Provided:**    Hand Hygiene, Cough etiquette, Increase fluids, Smoking cessation, importance of smoking cessation, Medication side effects

## Disposition
Return to clinic if no improvement

## Current Vital Signs
**Date/Time Vitals were taken:**  August  8, 2019 8:43 AM
**Previous Height:** 74 (06/04/2019 12:10:07 PM)     **Previous Weight:** 213 (07/16/2019 8:11:48 AM)

**Does weight include shackles?**  Without Shackles
**Current Weight (lbs) with or without shackles:**  211     **BMI:** 27.19     **Sitting BP:**  148 / 90
**Temperature:**  98.1     **Temperature site:**  Oral
**Pulse rate:** 75     **Pulse rhythm:**  Regular
**Respirations:**  16   **Respiration Type:**  Regular
       **Pulse Ox%**  97     **Room Air:**  Yes

Signed By: Baumgartner-RN, Melissa at 8/8/2019 8:44:50 AM

**Toledo Correctional Institution**                                      8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                   NSC - allergy sx.
Main: 4197267977                                         Date of Service: 8/7/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                     1871377715

**Encounter Context**
**Facility at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

**Clinical Lists Changes**

**Orders:**
Added new Test order of Schedule for Nurse Sick Call (SCHNSC) - Signed

Signed By: Schumacker-RN, Patricia at 8/7/2019 11:35:45 PM

DRC000800

**Toledo Correctional Institution**                                        8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                      Order Form

<table>
<tr><td colspan="2" align="center">TEST FORM</td></tr>
</table>

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Patricia Schumacker-RN | **Service Provider:** | ODRC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Patricia Schumacker-RN | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ▓ 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▓ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | | **Secondary Ins:** |
| **Group:** | | **Group:** |
| **Policy:** | | **Policy:** |
| **Insured ID:** | | **Insured ID:** |

**Code**           **Description**                        **Diagnoses**
SCHNSC             Schedule for Nurse Sick Call
**Order Number:**   206744-1                              **Quantity:** 1
**Authorization #:**                                      **Priority:** N
**Start Date:**     08/08/2019                            **End Date:** 08/08/2019
**Electronically signed by:** Patricia Schumacker-RN      **Signed on:** 8/7/2019 11:35:43 PM
**Instructions:**   NSC - allergy sx.

1 of 1

DRC000801

**Toledo Correctional Institution**                                         8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                              MED HSR
Main: 4197267977                                   Date of Service: 7/28/2019

**BRIAN KEITH ALFORD**
Male DOB: ███████ 1957      1871377715

**MED HSR**


*Imported By: Kimberly Sievert-HIT 8/1/2019 1:57:57 PM*

_____

External Attachment:

  Type:     Image
  Comment:  External Document



Signed By: Centricity, Document Manag at 8/1/2019 1:58:03 PM

1 of 1

# Health Services Request

Petición Para Servicios de Salud

**For Medical Use Only / Para Uso Medico Solamente**

Reviewed by: _Schumacher_

Date Received: 7/29/19    Time Received: 1050 a.m./p.m.

Date Of Request:
Fecha: 7-28-19

Inmate Name:
Nombre: ALFORD

Number:
Numero: A198-744

Housing Unit:
Unidad: Ar W14

Request for: ☒ Medical Care / Atención Medica  ☐ Dental Care / Atención Dental  ☐ Medication Reorder / Reordenar Medicación  ☐ Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema: COUGHING, SORE THROAT, STUFFY NOSE, CONGESTED PRESSURE IN EARS

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

DRC000803

**Toledo Correctional Institution**                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                              ODRC Nurse Sick Call
Main: 4197267977                          Date of Service: 7/30/2019

**BRIAN KEITH ALFORD**
Male DOB: ███ 1957                    1871377715

### Encounter Context
**Facility at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

### Pre-Existing Clinical Summary
**Allergies:**
* Synalgos-DC.
**Problems**
Lateral epicondylitis, left (ICD-726.32) (ICD10-M77.12), Liver Disease , Cardiac / Hypertension ,
Unspecified viral hepatitis C without hepatic coma    (ICD-070.70) (ICD10-B19.20), Unspecified essential
hypertension    (ICD-401.9), Other states following surgery of eye and adnexa    (ICD-V45.69)
(ICD10-Z98.83), Unspecified infective arthritis, site unspecified    (ICD-711.90) (ICD10-M01.x0), Other
cataract    (ICD-366.8) (ICD10-H26.8), Spasm of muscle    (ICD-728.85), Cervical spondylosis with
myelopathy    (ICD-721.1) (ICD10-M47.12), Benign localized hyperplasia of prostate without urinary
obstruction and other lower urinary tract symptoms [LUTS]    (ICD-600.20) (ICD10-N40.0), Intervertebral
lumbar disc disorder with myelopathy, lumbar region    (ICD-722.73) (ICD10-M51.06), Allergic rhinitis,
cause unspecified    (ICD-477.9), Unspecified dermatomycosis    (ICD-111.9) (ICD10-B36.9), Lattice
degeneration of peripheral retina    (ICD-362.63) (ICD10-H35.419), Carpal tunnel syndrome    (ICD-354.0)
(ICD10-G56.00), Injury to ulnar nerve    (ICD-955.2), Allergic rhinitis due to other allergen    (ICD-477.8),
Unspecified subjective visual disturbance    (ICD-368.10) (ICD10-H53.10), Routine general medical
examination at health care facility    (ICD-V70.0).
**Orders**
Optometry Schedul with Optometry [SCHOPT], CCC F/U Schedule Chronic Care Visit F/U [SCHCCCFU],
APRI Panel with Calculations [385375].

### Nurse Sick Call
**Is this sick call for a dental complaint?** No
**Type of Sick Call:**    Illness
**Referral Source:**    Health Service Request
**Sick Call Request Type:**    Non Symptom Sick Call Request

### Non Symptom Sick Call Request
**Sick Call Type:**    Medical
**Request Type:**    Information Request
**Elaboration of Non Symptom Request:**    Patient requesting medical staff to email commissary so that
he can purchase Zyrtec for his allergies since he can not get to the store for another couple of weeks.
**Outcome and Plan:**    Email sent to commissary. Patient provided with Chlorphen x4 packs and Claritin
X3 until Zyrtec can be available. Patient denies further needs at this time

### Current Vital Signs
Patient Refused Vital Signs
**Previous Height:** 74 (06/04/2019 12:10:07 PM)    **Previous Weight:** 213 (07/16/2019 8:11:48 AM)
    **BMI:** 27.45

**Toledo Correctional Institution**                                        8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                         ODRC Nurse Sick Call
Main: 4197267977                                   Date of Service: 7/30/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

Signed By: Hughes-RN, Elizabeth at 7/30/2019 9:02:59 AM

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                              NSC - Cold Sx
Main: 4197267977                                    Date of Service: 7/29/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

### Encounter Context
**Facility at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

### Clinical Lists Changes

**Orders:**
Added new Test order of Schedule for Nurse Sick Call (SCHNSC) - Signed


Signed By: Schumacker-RN, Patricia at 7/29/2019 11:25:17 PM

**Toledo Correctional Institution**                                                8/8/2023
**2001 East Central Avenue**
**Toledo, OH 43608**                                                              Order Form

---

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Patricia Schumacker-RN | **Service Provider:** | ODRC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Patricia Schumacker-RN | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ▇ 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▇ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

**Code**        **Description**        **Diagnoses**
SCHNSC        Schedule for Nurse Sick Call

**Order Number:** 173931-1        **Quantity:** 1
**Authorization #:**        **Priority:** N
**Start Date:** 07/30/2019        **End Date:** 07/30/2019
**Electronically signed by:** Patricia Schumacker-RN        **Signed on:** 7/29/2019 11:25:14 PM
**Instructions:** NSC - Cold Sx

1 of 1

**Toledo Correctional Institution**                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                          MED HSR
Main: 4197267977                      Date of Service: 7/18/2019

**BRIAN KEITH ALFORD**
Male DOB: ███████, 1957      1871377715

**MED HSR**


*Imported By: Kimberly Sievert-HIT 7/23/2019 8:19:46 AM*

_____

External Attachment:

  Type:     Image
  Comment:  External Document


Signed By: Centricity, Document Manag at 7/23/2019 8:20:05 AM


1 of 1
DRC000808

# Health Services Request

Petición Para Servicios de Salud

**For Medical Use Only / Para Uso Medico Solamente**

Reviewed by: P. Schumacker

Date Received: 7/18/19    Time Received: 1045 a.m/p.m

Date Of Request / Fecha: 7-18-19

Inmate Name / Nombre: ALFORD

Number / Numero: A196744

Housing Unit / Unidad: A1-W14

Request for:
- [ ] Medical Care / Attención Medica
- [ ] Dental Care / Atención Dental
- [x] Medication Reorder / Reordenar Medicación
- [x] Medication Refill / Rellenar la Medicación

Nature of problem / Descripción del problema:

Rx# 8665682 A196744 0294
ALFORD, BRIAN 06/26/2019
ASPIRIN E.C. 81MG TBEC
Refills 5 QTY: 30

Rx # 8611643 A196744 0394
ALFORD, BRIAN 6/26/2019
MINERAL OIL/WHITE PETROLATUM 15%/E
Refills: 0 QTY: 3.5

Rx # 8611641 A196744 0394
ALFORD, BRIAN 6/26/2019
LATANOPROST 0.005% EYE SOLN
Refills: 3 QTY: 2.5

RX# 8641511 A196744 0394
ALFORD, BRIAN 06/26/2019
CARVEDILOL 6.25MG TABS
Refills QTY: 30

RX# 8665679 A196744 0394
ALFORD, BRIAN 06/26/2019
POTASSIUM CHLORIDE ER 10MEQ
Refills 5 QTY: 30

RX# 8665680 A196744 039-
ALFORD, BRIAN 06/26/201
HYDROCHLOROTHIAZIDE 25MG T
Refills 5 QTY: 30

RX# 8665681 A196744 0394
ALFORD, BRIAN 06/26/201
AMLODIPINE BESYLATE 10MG TAB
Refills 5 QTY: 30

RX# 8641511 A196744 0394
ALFORD, BRIAN 06/26/2019
CARVEDILOL 6.25MG TABS
Refills 4 QTY: 30

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

**DRC000809**

**Toledo Correctional Institution**                                 8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                  ALP Sick Call-Lt forearm pain
Main: 4197267977                                  Date of Service: 7/16/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**Encounter Context**
**Facility at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

## Current Vital Signs
**Date/Time Vitals were taken:**  July 16, 2019 8:15 AM
**Previous Height:** 74 (06/04/2019 12:10:07 PM)   **Previous Weight:** 213 (07/12/2019 9:05:41 AM)

**Does weight include shackles?**  Without Shackles
**Current Weight (lbs) with or without shackles:**  213    **BMI:** 27.45    **Sitting BP:**  150 **/** 88
**Temperature:**  98.1    **Temperature site:**  Oral
**Pulse rate:** 67    **Pulse rhythm:**  Regular
**Respirations:**  16   **Respiration Type:**  Regular
   **Pulse Ox%**  96    **Room Air:**  Yes

**Problem List**
Liver Disease
Cardiac / Hypertension
Unspecified viral hepatitis C without hepatic coma    (ICD-070.70) (ICD10-B19.20)
Unspecified essential hypertension    (ICD-401.9)
Other states following surgery of eye and adnexa    (ICD-V45.69) (ICD10-Z98.83)
Unspecified infective arthritis, site unspecified    (ICD-711.90) (ICD10-M01.x0)
Other cataract    (ICD-366.8) (ICD10-H26.8)
Spasm of muscle    (ICD-728.85)
Cervical spondylosis with myelopathy    (ICD-721.1) (ICD10-M47.12)
Benign localized hyperplasia of prostate with urinary obstruction and other lower urinary tract
symptoms [LUTS]    (ICD-600.20) (ICD10-N40.0)
Intervertebral lumbar disc disorder with myelopathy, lumbar region    (ICD-722.73) (ICD10-M51.06)
Allergic rhinitis, cause unspecified    (ICD-477.9)
Unspecified dermatomycosis    (ICD-111.9) (ICD10-B36.9)
Lattice degeneration of peripheral retina    (ICD-362.63) (ICD10-H35.419)
Carpal tunnel syndrome    (ICD-354.0) (ICD10-G56.00)
Injury to ulnar nerve    (ICD-955.2)
Allergic rhinitis due to other allergen    (ICD-477.8)
Unspecified subjective visual disturbance    (ICD-368.10) (ICD10-H53.10)
Routine general medical examination at health care facility    (ICD-V70.0)

**Allergies List**
* Synalgos-DC (Moderate)

**Orders List**
Optometry Schedul with Optometry [SCHOPT]
CCC F/U Schedule Chronic Care Visit F/U [SCHCCCFU]
APRI Panel with Calculations [385375]
Schedule with Advanced Level Provider [SCHMEDALP]
**Chief Complaint:**    left forearm pain,
**History of Present Illness: with details regarding duration, frequency, relieving and worsening
factors, etc.** The stuff "you gave me worked", was prednisone for 5 days, worked good, only se was a
little upset stomach. The pain in forearm went away for the most part, was at least bearable.    Was good

**Toledo Correctional Institution**                        8/8/2023
2001 East Central Avenue
Toledo, OH 43608                              ALP Sick Call-Lt forearm pain
Main: 4197267977                              Date of Service: 7/16/2019

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957              1871377715

for a couple days after stopped, then got worse.
    PAIN: mostly in left forearm, deep inside, numbness in three fingers(1-30, nothing seems to make it worse, just hurts constantly. The numbness didn't really get better.
    Had an EMG around 8/2018.


## Physical Examination

### *General*
The patient is well nourished, well developed, alert and oriented and in no acute distress.

### *MS - Extremities*
LUE

### *Hand/Wrist*
- decreased sensation in fingers 1 - 3
### *Elbow*
**ROM:**   Full
**Epicondyle Tenderness - Lateral:**   Yes


## Practitioner Assessment & Plan
**Active Problems:**   08/17/2018 Carpal tunnel syndrome    (ICD-354.0) (ICD10-G56.00)
**New Problems:**
Lateral epicondylitis, left (ICD-726.32) (ICD10-M77.12).
**Assessment Comments:** Patient had EMG 8/15/18 that showed: moderate left median nerve neuropathy at the wrist(carpal tunnel syndrome), MIld lef tulnar neuropathy at the elbow, but no evidence of polyneuropathy    and no evidence of left cervical radiculopathy, will give him a week of naproxen 500 mg twice daily, given samples of two twice daily #12 packets given,      He declined possible kenalog injection at elbow and wrist at this time. Will follow up at next CCC or as needed.


Signed By: Bigler-MD, Mark at 7/16/2019 10:48:24 AM

**Toledo Correctional Institution**                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                              MED HSR
Main: 4197267977                          Date of Service: 7/11/2019

**BRIAN KEITH ALFORD**
Male DOB: ███████, 1957      1871377715

**MED HSR**


*Imported By: Kimberly Sievert-HIT 7/15/2019 8:51:20 AM*

_____

External Attachment:

  Type:     Image
  Comment:  External Document


Signed By: Centricity, Document Manag at 7/15/2019 8:51:31 AM

1 of 1

# Health Services Request

Petición Para Servicios de Salud

**For Medical Use Only / Para Uso Medico Solamente**

Reviewed by:

Date Received: 7/11/19   Time Received: 10 ___ a.m./p.m.

Date Of Request:
Fecha: 7-11-19

Inmate Name:
Nombre: ALFORD

Number:
Numero: A196-744

Housing Unit:
Unidad: A1·W14

Request for:  ☒ Medical Care / Attención Medica   ☐ Dental Care / Attención Dental   ☐ Medication Reorder / Reordenar Medicación   ☐ Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema:
I AM IN CONSTANT, SEVERE PAIN SINCE MY 5 DAY TREATMENT WITH STERIOD TABS AND HAVE NOT BEEN PASSED FOR A FOLLOW-UP WITH DR. BIGLER. THE TREATMENT HELPED A GREAT DEAL, BUT NOW THE PAIN IS WORSE THAN BEFORE TREATMENT WAS ADVISED FOLLOW-UP WOULD BE AUTOMATIC.

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

NSC AB 7/12/19

**DRC000813**

**Toledo Correctional Institution**                                      8/8/2023
**2001 East Central Avenue**
**Toledo**, **OH 43608**                                                 Order Form

| | |
|---|---|
| | TEST FORM |

| | | | | | |
|---|---|---|---|---|---|
| **Authorizing Provider:** | Mark Bigler-MD | **Service Provider:** | | | |
| **Auth Provider NPI:** | 1205866530 | | | | |
| **Signing Provider:** | Amber Showman-RN | | | | |
| **Phone:** | | **Phone:** | | | |
| **Fax:** | | **Fax:** | | | |
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ██████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | **Secondary Ins:** | |
| **Group:** | **Group:** | |
| **Policy:** | **Policy:** | |
| **Insured ID:** | **Insured ID:** | |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| SCHMEDALP | Schedule with Advanced Level Provider | |

**Order Number:** 113262-1                                **Quantity:** 1
**Authorization #:**                                       **Priority:** N
**Start Date:** 07/16/2019                                 **End Date:** 07/16/2019
**Electronically signed by:** Amber Showman-RN             **Signed on:** 7/12/2019 10:07:37 AM
**Instructions:**            left forearm pain, failed previous

1 of 1

**Toledo Correctional Institution**                                     8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          ODRC Nurse Sick Call-left arm pain
Main: 4197267977                            Date of Service: 7/12/2019

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                    1871377715

**Encounter Context**
**Facility at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

**Pre-Existing Clinical Summary**
**Allergies:**
* Synalgos-DC.
**Problems**
Liver Disease , Cardiac / Hypertension , Unspecified viral hepatitis C without hepatic coma    (ICD-070.70)
(ICD10-B19.20), Unspecified essential hypertension    (ICD-401.9), Other states following surgery of eye
and adnexa    (ICD-V45.69) (ICD10-Z98.83), Unspecified infective arthritis, site unspecified    (ICD-711.90)
(ICD10-M01.x0), Other cataract    (ICD-366.8) (ICD10-H26.8), Spasm of muscle    (ICD-728.85), Cervical
spondylosis with myelopathy    (ICD-721.1) (ICD10-M47.12), Benign localized hyperplasia of prostate
without urinary obstruction and other lower urinary tract symptoms [LUTS]    (ICD-600.20) (ICD10-N40.0),
Intervertebral lumbar disc disorder with myelopathy, lumbar region    (ICD-722.73) (ICD10-M51.06),
Allergic rhinitis, cause unspecified    (ICD-477.9), Unspecified dermatomycosis    (ICD-111.9)
(ICD10-B36.9), Lattice degeneration of peripheral retina    (ICD-362.63) (ICD10-H35.419), Carpal tunnel
syndrome    (ICD-354.0) (ICD10-G56.00), Injury to ulnar nerve    (ICD-955.2), Allergic rhinitis due to other
allergen    (ICD-477.8), Unspecified subjective visual disturbance    (ICD-368.10) (ICD10-H53.10),
Routine general medical examination at health care facility    (ICD-V70.0).
**Orders**
Optometry Schedul with Optometry [SCHOPT], CCC F/U Schedule Chronic Care Visit F/U [SCHCCCFU],
APRI Panel with Calculations [385375], Schedule for Nurse Sick Call [SCHNSC].

**Nurse Sick Call**
**Is this sick call for a dental complaint?** No
**Type of Sick Call:**    Illness
**Referral Source:**   Health Service Request
**Sick Call Request Type:**   Symptom Based Sick Call Request


**Subjective**


**Subjective**
**Patient's subjective statement:**    I saw Dr Bigler and he gave me some steroids that helped for a
little while and since they are done the pain in my left arm has actually gotten worse
**Are you currently experiencing any pain?**    Yes

**Location #1**
**Location of pain:** left forearm pain

**Significant Medical History**
**Other / Additional comments:** unknown injury

**Objective Findings**

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          ODRC Nurse Sick Call-left arm pain
Main: 4197267977                               Date of Service: 7/12/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957            1871377715

## Neuro / Musculoskeletal
**Conscious:**  Yes
**Oriented x 3:**  Yes
**Pupils, PERLA:**  Yes
**Weakness of Extremities:**  No

## Skin
**Color:**  Normal

## Assessment
**Nursing    Diagnosis:**   Alteration in comfort R/T chronic pain

## Plan
**Other nursing interventions:**    Pt provided with Naproxen packets until ALP appt

## Disposition
Return to clinic if no improvement
No restrictions on activity
Released to general population
Schedule with ALP

## Current Vital Signs
**Date/Time Vitals were taken:**   July 12, 2019 10:07 AM
**Previous Height:** 74 (06/04/2019 12:10:07 PM)    **Previous Weight:** 215 (06/27/2019 12:31:40 PM)

**Does weight include shackles?**  Without Shackles
**Current Weight (lbs) with or without shackles:**   213    **BMI:** 27.45    **Sitting BP:**  154 **/** 93
**Temperature:**  97.8    **Temperature site:**  Oral
**Pulse rate:** 62    **Pulse rhythm:**  Regular
**Respirations:**  16   **Respiration Type:**  Regular
      **Pulse Ox%**  97   **Room Air:**  Yes

Signed By: Showman-RN, Amber at 7/12/2019 10:10:38 AM

**Toledo Correctional Institution**                                        8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                               NSC-neck/arm pain
Main: 4197267977                                        Date of Service: 7/11/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**Encounter Context**
**Facility at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

## Clinical Lists Changes

**Orders:**
Added new Test order of Schedule for Nurse Sick Call (SCHNSC) - Signed

Signed By: Hayes-RN, Amanda at 7/11/2019 10:03:23 PM

**Toledo Correctional Institution**                                                          8/8/2023
**2001 East Central Avenue**
**Toledo**, **OH 43608**                                                                    Order Form

| TEST FORM | | |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| **Authorizing Provider:** | Amanda Hayes-RN | **Service Provider:** | | ODRC |
| **Auth Provider NPI:** | | | | |
| **Signing Provider:** | Amanda Hayes-RN | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

<u>**Code**</u>            <u>**Description**</u>                          <u>**Diagnoses**</u>
SCHNSC          Schedule for Nurse Sick Call
**Order Number:**      111863-1                    **Quantity:** 1
**Authorization #:**                               **Priority:** N
**Start Date:**        07/12/2019                   **End Date:** 07/12/2019
**Electronically signed by:** Amanda Hayes-RN       **Signed on:** 7/11/2019 10:03:20 PM
**Instructions:**      continued neck/arm pain

DRC000818

**Toledo Correctional Institution**                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                          MED HSR
Main: 4197267977                        Date of Service: 6/24/2019

**BRIAN KEITH ALFORD**
Male DOB: ██████, 1957      1871377715

**MED HSR**


*Imported By: Kimberly Sievert-HIT 7/2/2019 8:22:35 AM*

_____

External Attachment:

  Type:     Image
  Comment:  External Document


Signed By: Showman-RN, Amber at 1/16/2020 12:58:51 PM

1 of 1

# Health Services Request

Petición Para Servicios de Salud

**For Medical Use Only / Para Uso Medico Solamente**

Reviewed by: _____

Date Received: _6/21/19_   Time Received: _3:15_ a.m./p.m.

Date Of Request:
Fecha: _6·24·19_

Inmate Name:
Nombre: _ALFORD_

Number:
Numero: _A196-744_

Housing Unit:
Unidad: _A1-W14_

Request for: ☒ Medical Care / Attención Medica  ☐ Dental Care / Attención Dental  ☐ Medication Reorder / Reordenar Medicación  ☐ Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema: _STIFF NECK · CERV SPL SPINE INJURY_
_CHRONIC ALLERGIES_

_NSC_
_6/25/19_

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

**DRC000820**

**Toledo Correctional Institution**                                8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                    MED HSR
Main: 4197267977                               Date of Service: 6/25/2019

**BRIAN KEITH ALFORD**
Male DOB: ███████, 1957      1871377715

**MED HSR**


*Imported By: Kimberly Sievert-HIT 7/1/2019 1:47:14 PM*

_____

External Attachment:

  Type:      Image
  Comment:   External Document


Signed By: Showman-RN, Amber at 1/16/2020 12:58:46 PM

# Health Services Request

Petición Para Servicios de Salud

**For Medical Use Only / Para Uso Medico Solamente**

Reviewed by:

Date Received: 6/25/19     Time Received: 2345     a.m./p.m.

Date Of Request:
Fecha: 6·25·19

Inmate Name:
Nombre: ALFORD

Number:
Numero: A196744

Housing Unit:
Unidad: A1-N14

Request for:
Petición:

☐ Medical Care / Atención Medica
☐ Dental Care / Atención Dental
☑ Medication Reorder / Reordenar Medicación
☑ Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema:  REORDER X

Rx # 8611643     A196744     0394
ALFORD, BRIAN     8/3/2019
MINERAL OIL/WHITE PETROLATUM 15%/E
QTY: 3.5
Refills: 1

REORDER

Rx # 8611641     A196744     0394
ALFORD, BRIAN     6/3/2019
.ATANOPROST 0.005% EYE SOLN
QTY: 2.5
Refills: 4

REORDER

RX# 8665682  A196744     0394
ALFORD, BRIAN     06/03/2019
ASPIRIN E.C. 81MG TABS
Refills 6     QTY: 30

RX# 8665681  A196744     0394
ALFORD, BRIAN     06/03/2019
AMLODIPINE BESYLATE 10MG TAB
Refills 6     QTY: 30

RX# 8665680  A196744     0394
ALFORD, BRIAN     06/03/2019
HYDROCHLOROTHIAZIDE 25MG TA
Refills 6     QTY: 30

RX# 8665679  A196744     0394
ALFORD, BRIAN     06/03/201
POTASSIUM CHLORIDE ER 10MEQ
Refills 6     QTY: 30

RX# 8641511  A196744     0394
ALFORD, BRIAN     06/03/2019
CARVEDILOL 6.25MG TABS
Refills 5     QTY: 30

*Place This Slip In Medical Request Box Or Designa*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

* All Reordered for Refill     06/26/19

**DRC000822**

**Toledo Correctional Institution**                                      8/8/2023
2001 East Central Avenue
Toledo, OH 43608                            ALP Sick Call-allergies, left arm hand and neck pain
Main: 4197267977                                    Date of Service: 6/27/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                          1871377715

**Encounter Context**
**Facility at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

**Current Vital Signs**
**Date/Time Vitals were taken:**  June 27, 2019 12:32 PM
**Previous Height:** 74 (06/04/2019 12:10:07 PM)    **Previous Weight:** 212.4 (06/04/2019 12:10:07 PM)

**Does weight include shackles?**  Without Shackles
**Current Weight (lbs) with or without shackles:**  215    **BMI:** 27.70    **Sitting BP:**  132 **/** 78
**Temperature:**  97.5
**Pulse rate:** 66    **Pulse rhythm:**  Regular
**Respirations:**  16   **Respiration Type:**  Unlabored
     **Pulse Ox%**  96    **Room Air:**  Yes

**Problem List**
Liver Disease
Cardiac / Hypertension
Unspecified viral hepatitis C without hepatic coma    (ICD-070.70) (ICD10-B19.20)
Unspecified essential hypertension    (ICD-401.9)
Other states following surgery of eye and adnexa    (ICD-V45.69) (ICD10-Z98.83)
Unspecified infective arthritis, site unspecified    (ICD-711.90) (ICD10-M01.x0)
Other cataract    (ICD-366.8) (ICD10-H26.8)
Spasm of muscle    (ICD-728.85)
Cervical spondylosis with myelopathy    (ICD-721.1) (ICD10-M47.12)
Benign localized hyperplasia of prostate without urinary obstruction and other lower urinary tract
symptoms [LUTS]    (ICD-600.20) (ICD10-N40.0)
Intervertebral lumbar disc disorder with myelopathy, lumbar region    (ICD-722.73) (ICD10-M51.06)
Allergic rhinitis, cause unspecified    (ICD-477.9)
Unspecified dermatomycosis    (ICD-111.9) (ICD10-B36.9)
Lattice degeneration of peripheral retina    (ICD-362.63) (ICD10-H35.419)
Carpal tunnel syndrome    (ICD-354.0) (ICD10-G56.00)
Injury to ulnar nerve    (ICD-955.2)
Allergic rhinitis due to other allergen    (ICD-477.8)
Unspecified subjective visual disturbance    (ICD-368.10) (ICD10-H53.10)
Routine general medical examination at health care facility    (ICD-V70.0)

**Orders List**
Optometry Schedul with Optometry [SCHOPT]
CCC F/U Schedule Chronic Care Visit F/U [SCHCCCFU]
APRI Panel with Calculations [385375]
Schedule with Advanced Level Provider [SCHMEDALP]
**Chief Complaint:**   chronic allergies and arm, hand and neck pain
**History of Present Illness: with details regarding duration, frequency, relieving and worsening
factors, etc.** "having problems with my nerve and allegies", paini in middle of left forearm, mid upper arm
and in neck, neck feels stiff, better than two days ago.   Had woke up with stiff neck and the arm pains,
started in arms, always has some in the forearm.   Got some naproxen, helps some. Never had any
prednisone for it.

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    ALP Sick Call-allergies, left arm hand and neck pain
Main: 4197267977                              Date of Service: 6/27/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957              1871377715

   Allergies: runny/stuffy nose, sneezing, got some claritin in NSC other day. Usually takes claritin and little yelloiw one , alternates. USe to get allergy shots.


## Physical Examination

### General
The patient is well nourished, well developed, alert and oriented and in no acute distress.

### ENT
No obvious abnormalities or discharge.

### Neck
Neck: Supple, no bruits, thyromegaly, masses or adenopathy.

### Respiratory
Unlabored by view. Breath sounds clear to auscultation and percussion; no rales, rhonchi or wheezes.

### Cardiovascular
Regular rate and rhythm, positive S1/S2; No S3/S4; no murmurs or rubs; No clubbing, cyanosis or edema; no jugular venous distension; peripheral pulses normal.

### Lymphatic

### Neck
**Posterior Nodes:**   No
**Cervical Adenopathy:**   No
**Supraclavicular:**   No


## Practitioner Assessment & Plan
**Active Problems:**   12/04/2018 Allergic rhinitis
**Assessment Comments:** Patient given loratadine 10 mg each day as needed ,#2 sleeves given, can alternate with chlorphen #10 given, also given some naproxen one to two twice daily #5 packets




Signed By: Bigler-MD, Mark at 6/27/2019 12:47:28 PM

DRC000824

**Toledo Correctional Institution**                                    8/8/2023
**2001 East Central Avenue**
**Toledo**, **OH 43608**                                               Order Form

---

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Mark Bigler-MD | **Service Provider:** | |
| **Auth Provider NPI:** | 1205866530 | | |
| **Signing Provider:** | Brian Weber-RN | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███ 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ███ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

---

| Code | Description | Diagnoses |
|---|---|---|
| SCHMEDALP | Schedule with Advanced Level Provider | |

**Order Number:** 48834-1                       **Quantity:** 1
**Authorization #:**                             **Priority:** N
**Start Date:**            06/27/2019            **End Date:** 06/27/2019
**Electronically signed by:** Brian Weber-RN     **Signed on:** 6/25/2019 9:36:37 AM
**Instructions:**          Chronic seasonal allergies and continued cervical pain (left arm, hand. and neck)

1 of 1

**Toledo Correctional Institution**                                8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          ODRC Nurse Sick Call - cervical pain, seasonal allergies
Main: 4197267977                                    Date of Service: 6/25/2019

**BRIAN KEITH ALFORD**
Male DOB: ███ 1957              1871377715

**Encounter Context**
**Facility at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

## Pre-Existing Clinical Summary
**Problems**
Liver Disease , Cardiac / Hypertension , Unspecified viral hepatitis C without hepatic coma   (ICD-070.70)
(ICD10-B19.20), Unspecified essential hypertension    (ICD-401.9), Other states following surgery of eye
and adnexa    (ICD-V45.69) (ICD10-Z98.83), Unspecified infective arthritis, site unspecified    (ICD-711.90)
(ICD10-M01.x0), Other cataract    (ICD-366.8) (ICD10-H26.8), Spasm of muscle    (ICD-728.85), Cervical
spondylosis with myelopathy    (ICD-721.1) (ICD10-M47.12), Benign localized hyperplasia of prostate
without urinary obstruction and other lower urinary tract symptoms [LUTS]    (ICD-600.20) (ICD10-N40.0),
Intervertebral lumbar disc disorder with myelopathy, lumbar region    (ICD-722.73) (ICD10-M51.06),
Allergic rhinitis, cause unspecified    (ICD-477.9), Unspecified dermatomycosis    (ICD-111.9)
(ICD10-B36.9), Lattice degeneration of peripheral retina    (ICD-362.63) (ICD10-H35.419), Carpal tunnel
syndrome    (ICD-354.0) (ICD10-G56.00), Injury to ulnar nerve    (ICD-955.2), Allergic rhinitis due to other
allergen    (ICD-477.8), Unspecified subjective visual disturbance    (ICD-368.10) (ICD10-H53.10),
Routine general medical examination at health care facility    (ICD-V70.0).
**Orders**
Optometry Schedul with Optometry [SCHOPT], CCC F/U Schedule Chronic Care Visit F/U [SCHCCCFU],
APRI Panel with Calculations [385375], Schedule for Nurse Sick Call [SCHNSC].

## Nurse Sick Call
**Is this sick call for a dental complaint?** No
**Type of Sick Call:**      Illness
**Referral Source:**    Health Service Request
**Sick Call Request Type:**    Symptom Based Sick Call Request


## Subjective


## Subjective
**Patient's subjective statement:** Pt submitted HSR reporting continued seasonal allergies and left
shoulder/arm pain secondary to his known cervical nerve injury
**Onset:**    chronic (allergies and cervical pain)

## Significant Medical History
Chronic Sinusitits
Seasonal Allergies

## Objective Findings

**Toledo Correctional Institution**                                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          ODRC Nurse Sick Call - cervical pain, seasonal allergies
Main: 4197267977                                         Date of Service: 6/25/2019

**BRIAN KEITH ALFORD**
Male DOB: ████ 1957                    1871377715

## Head, Eyes, ENT
**Vision Disturbance:**  Yes
**Elaborate:**  Pt wears glasses
**Hearing Difficulty:**  No
**Difficulty Swallowing:**  No
**Bleeding Gums:**  No

## Neuro / Musculoskeletal
**Conscious:**  Yes
**Oriented x 3:**  Yes
**Pupils, PERLA:**  Yes
**Weakness of Extremities:**  No

## Peripheral Circulation
**Cyanosis:**  No
**Mottling:**  No
**Tingling in Hands:**  Yes
**Elaborate:**  Pt reports Left arm and hand are experiencing numbness and tingling pain

## Genital / Urinary
**Urination Frequency:**  No
**Incontinence:**  No
**Difficulty Urinating:**  No
**Urinary Catheter:**  No

## Skin
**Color:**  Normal
**Temp:**  Dry
**Turgor:**  Normal
**Bruises:**  No

## Cardiovascular
**Rhythm** Regular
**Hear Sounds:**  Normal
**Edema:**  No
**Pitting:**  No

## Respiratory
**Lung Sounds** Normal
**Cough:**  No

## Gastrointestinal
**Appetite:**  Good
**Vomiting:**  No
**Nausea:**  No
**Bowel Movements:**  Regular
**Bowel Sounds:**  Normal
**Abdomen:**  Soft
**Nursing Diagnosis:** Alteration in comfort related to acute pain, Potential for infection R/ T retained

DRC000827

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    ODRC Nurse Sick Call - cervical pain, seasonal allergies
Main: 4197267977                                    Date of Service: 6/25/2019

**BRIAN KEITH ALFORD**
Male DOB: ███████, 1957                    1871377715

secretions

## Plan
**Nursing Interventions:** CTM 1 tab twice daily for 3 days PO PRN for nasal
congestion/drainage/sneezing - 6 tabs given, Patient referred to commissary for OTC comfort medication,
Other
**Other Nursing Interventions:** Pt porvided with 3 days of naproxen (OTC strength) to be taken BID
**Patient Education Provided:**    Hand Hygiene, Cough etiquette, Increase fluids, Medication side effects

## Disposition
Schedule with ALP

## Current Vital Signs
**Date/Time Vitals were taken:**   June 25, 2019 9:24 AM
**Previous Height:** 74 (06/04/2019 12:10:07 PM)    **Previous Weight:** 212.4 (06/04/2019 12:10:07 PM)

**Does weight include shackles?**   Without Shackles
    **BMI:** 27.37    **Sitting BP:**  126 **/** 80
**Temperature:**   98.2    **Temperature site:**   Oral
**Pulse rate:** 62    **Pulse rhythm:**   Regular
**Respirations:**   16   **Respiration Type:**   Regular
    **Pulse Ox%**   98    **Room Air:**   Yes


Signed By: Weber-RN, Brian at 6/25/2019 9:36:40 AM

**Toledo Correctional Institution**                                8/8/2023
2001 East Central Avenue
Toledo, OH 43608                    NSC - Stiff Neck/Cervical spine injury, Chronic Allergies
Main: 4197267977                                Date of Service: 6/25/2019

**BRIAN KEITH ALFORD**
Male DOB: ███████ 1957            1871377715

## Encounter Context
**Facility at time of evaluation:** Toledo Correctional Institution
**Age at Time:** 62 Years Old

## Clinical Lists Changes

**Orders:**
Added new Test order of Schedule for Nurse Sick Call (SCHNSC) - Signed

Signed By: Mathews-RN, Michael at 6/25/2019 1:01:17 AM

DRC000829

**Toledo Correctional Institution**                                      8/8/2023
**2001 East Central Avenue**
**Toledo**, **OH 43608**                                                Order Form

---

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Michael Mathews-RN | **Service Provider:** | ODRC |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Michael Mathews-RN | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ██████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

<u>**Code**</u>          <u>**Description**</u>                        <u>**Diagnoses**</u>
SCHNSC        Schedule for Nurse Sick Call
**Order Number:**    47420-1                            **Quantity:** 1
**Authorization #:**                                   **Priority:** N
**Start Date:**      06/25/2019                         **End Date:** 06/25/2019
**Electronically signed by:** Michael Mathews-RN        **Signed on:** 6/25/2019 1:00:24 AM
**Instructions:**         Stiff Neck/Cervical Spine Injury, Chronic Allergies - 0830

1 of 1

**Toledo Correctional Institution**                                        8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                    Location Set: (TOCI A1 W 0014)
Main: 4197267977                                        Date of Service: 6/12/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                          1871377715

```
Location has been set to TOCI A1 W 0014
```

DRC000831

**Toledo Correctional Institution**                            8/8/2023
2001 East Central Avenue
Toledo, OH 43608                              Booking Number: A196744
Main: 4197267977                          Date of Service: 6/12/2019

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                1871377715

**Toledo Correctional Institution**                                8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                Location Set: (TOCI A1 W 0014)
Main: 4197267977                                   Date of Service: 6/9/2019

**BRIAN KEITH ALFORD**
Male DOB: ███ , 1957                    1871377715

```
Location has been set to TOCI A1 W 0014
```

1 of 1

DRC000833

**Toledo Correctional Institution**                                                      8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                   Booking Number: A196744
Main: 4197267977                                                   Date of Service: 6/9/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                         1871377715

**Toledo Correctional Institution**                                     8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                    Location Set: (TOCI A1 W 0014)
Main: 4197267977                                       Date of Service: 6/7/2019

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                    1871377715

```
Location has been set to TOCI A1 W 0014
```

1 of 1

DRC000835

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                   Booking Number: A196744
Main: 4197267977                                    Date of Service: 6/7/2019

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                1871377715

DRC000836

**Toledo Correctional Institution**                                      8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                          Location Set: (TOCI A1 W 0014)
Main: 4197267977                                            Date of Service: 5/13/2019

**BRIAN KEITH ALFORD**
Male DOB: ▓▓▓▓, 1957                        1871377715

```
Location has been set to TOCI A1 W 0014
```

DRC000837

**Toledo Correctional Institution**                                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                    Booking Number: A196744
Main: 4197267977                                   Date of Service: 5/13/2019

**BRIAN KEITH ALFORD**
Male DOB: ▮▮▮▮, 1957                    1871377715

DRC000838

8/8/2023

,

Lab Result
Date of Service: 3/28/2019

**BRIAN KEITH ALFORD**
Male DOB: ███ 1957                1871377715

DRC000839

| FINAL RESULT |
|---|

**Toledo Correctional Inst.**

**2001 E. Central Avenue**

**Toledo, OH 43608**

**419-729-0516**

| PHYSICIAN INFORMATION | | PATIENT INFORMATION | |
|---|---|---|---|
| Requesting: | Bigler-MD, Mark | Name: | ALFORD, BRIAN KEITH |
| Ordering: | Bigler-MD, Mark | DOB: | ███ 1957 |
| | | Sex: | male |
| | | Tel: | 419-726-7977 |

| REPORT DETAILS | | REPORT DATES | |
|---|---|---|---|
| Name: | **Glucose, Serum** | Order: | 03/28/2019 |
| Accession ID: | 09230501230 | Collection: | 04/02/2019 06:52:00 |
| Lab Ref Id: | 1FUT10853254 | Report: | 04/03/2019 09:15:33 |
| | | Result: | 04/03/2019 09:13:00 |

| | NAME | VALUE | REF RANGE | LAB |
|---|---|---|---|---|
| F | Glucose | 80 | 65-99 mg/dL | 01 |

**ADDITIONAL NOTES**

PERFORMING LAB: LabCorp Dublin, 6370 Wilcox Road, Dublin, OH - 430161269, Phone - 8002827300, Director - PhDRicchiuti

Patient:  ALFORD, BRIAN KEITH    DOB: ███ 1957

DRC000840

8/8/2023

Lab Result
Date of Service: 3/28/2019

,

**BRIAN KEITH ALFORD**
Male DOB:████, 1957                    1871377715

| **FINAL RESULT** |
|---|

**Toledo Correctional Inst.**

**2001 E. Central Avenue**

**Toledo, OH 43608**

**419-729-0516**

| PHYSICIAN INFORMATION | | PATIENT INFORMATION | |
|---|---|---|---|
| **Requesting:** | Bigler-MD, Mark | **Name:** | ALFORD, BRIAN KEITH |
| **Ordering:** | Bigler-MD, Mark | **DOB:** | ▮▮▮/1957 |
| | | **Sex:** | male |
| | | **Tel:** | 419-726-7977 |

| REPORT DETAILS | | REPORT DATES | |
|---|---|---|---|
| **Name:** | **Lipid Panel With LDL/HDL Ratio** | **Order:** | 03/28/2019 |
| **Accession ID:** | 09230501230 | **Collection:** | 04/02/2019 06:52:00 |
| **Lab Ref Id:** | 1FUT10853254 | **Report:** | 04/03/2019 09:15:33 |
| | | **Result:** | 04/03/2019 09:13:00 |

| | NAME | VALUE | REF RANGE | LAB |
|---|---|---|---|---|
| F | Cholesterol, Total | 155 | 100-199 mg/dL | 01 |
| F | Triglycerides | 72 | 0-149 mg/dL | 01 |
| F | HDL Cholesterol | 50 | >39 mg/dL | 01 |
| F | VLDL Cholesterol Cal | 14 | 5-40 mg/dL | 01 |
| F | LDL Cholesterol Calc | 91 | 0-99 mg/dL | 01 |
| | Comment: | | | 01 |
| F | LDL/HDL Ratio | 1.8 | 0.0-3.6 ratio | 01 |
| | - LDL/HDL Ratio | | | |
| | - Men Women | | | |
| | - 1/2 Avg.Risk 1.0 1.5 | | | |
| | - Avg.Risk 3.6 3.2 | | | |
| | - 2X Avg.Risk 6.2 5.0 | | | |
| | - 3X Avg.Risk 8.0 6.1 | | | |

**ADDITIONAL NOTES**

PERFORMING LAB: LabCorp Dublin, 6370 Wilcox Road, Dublin, OH - 430161269, Phone - 8002827300, Director - PhDRicchiuti

Patient:  ALFORD, BRIAN KEITH     DOB: ▮▮▮/1957

DRC000842

8/8/2023

,

Lab Result
Date of Service: 4/29/2019

**BRIAN KEITH ALFORD**
Male DOB: ████ 1957                    1871377715

| | FINAL RESULT |
|---|---|

**Toledo Correctional Inst.**

**2001 E. Central Avenue**

**Toledo, OH 43608**

**419-729-0516**

| PHYSICIAN INFORMATION | | PATIENT INFORMATION | |
|---|---|---|---|
| **Requesting:** | Bigler-MD, Mark | **Name:** | ALFORD, BRIAN KEITH |
| **Ordering:** | Bigler-MD, Mark | **DOB:** | ▇/1957 |
| | | **Sex:** | male |
| | | **Tel:** | 419-726-7977 |

| REPORT DETAILS | | REPORT DATES | |
|---|---|---|---|
| **Name:** | **APRI Panel with Calculations** | **Order:** | 04/29/2019 |
| **Accession ID:** | 12130501420 | **Collection:** | 05/01/2019 06:56:00 |
| **Lab Ref Id:** | 1FUT10838966 | **Report:** | 05/02/2019 06:12:22 |
| | | **Result:** | 05/02/2019 06:11:00 |

| | NAME | VALUE | | REF RANGE | LAB |
|---|---|---|---|---|---|
| F | AST (SGOT) | 41 | H | 0-40 IU/L | 01 |
| F | Platelets | 247 | | 150-379 x10E3/uL | 01 |
| F | APRI Index | 0.4 | | 0.0-1.5 | 01 |

```
- AST to Platelets Ratio Index (APRI)
- <0.6 - low risk for significant fibrosis (NPV 86%);
- >1.5 - high risk for significant fibrosis (PPV 88%);
- >2.0 - high risk for cirrhosis (PPV 93%)(1)
- .
- Reference: Wai C-T, et al. A simple Noninvasive Index Can Predict Both
- Significant Fibrosis and Cirrhosis in Patients With Chronic
- Hepatitis C. Hepatology 2003;38(2):518-526
```

**ADDITIONAL NOTES**

PERFORMING LAB: LabCorp Dublin, 6370 Wilcox Road, Dublin, OH - 430161269, Phone - 8002827300, Director - PhDRicchiuti

Patient:  ALFORD, BRIAN KEITH    DOB:  ▇/1957

**ODRC**                                                                8/8/2023

,                                                          2018-12-28 HSR
                                                    Date of Service: 1/9/2019

**BRIAN KEITH ALFORD**
Male DOB: ██████, 1957                    1871377715

<u>**SCANNED DOCUMENT(S)**</u>

---------------------------------------

**FileName:** 395275_146DBC05-3A2A-F84A-8CD0-739271FAE248.pdf
**Scanned By:** Sievert-HIT, Kimberly F

# Health Services Request

Petición Para Servicios de Salud

| For Medical Use Only / Para Uso Medico Solamente |
|---|
| Reviewed by: _chnugnes RN_ |
| Date Received: 12/30/18    Time Received: 1100   (a.m./p.m.) |

Date Of Request:
Fecha: 12-28-18

Inmate Name:
Nombre: Alford

Number:
Numero: A196-744

Housing Unit:
Unidad: A1W14

Request for:
- ☐ Medical Care / Attención Medica
- ☐ Dental Care / Attención Dental
- ☐ Medication Reorder / Reordenar Medicación
- ☐ Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema:

RX# 8480714  A196744  0394
ALFORD, BRIAN  12/05/2018
ASPIRIN E-C 81MG TBEC
Refills 4  QTY: 30

RX# 8480719  A196744  0394
ALFORD, BRIAN  12/05/2018
AMLODIPINE BESYLATE 10MG TAB
Refills 4  QTY: 30

RX# 8480713  A196744  0394
ALFORD, BRIAN  12/05/2018
HYDROCHLOROTHIAZIDE 25MG TA
Refills 4  QTY: 30

RX# 8480710  A196744  0394
ALFORD, BRIAN  12/05/2018
POTASSIUM CHLORIDE ER 10MEQ
Refills 4  QTY: 30

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

**DRC000846**

**ODRC**                                                                8/8/2023

,                                                          2019-01-02 HSR
                                                    Date of Service: 1/11/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

**SCANNED DOCUMENT(S)**

----------------------------------------

**FileName:**  395275_942EFB4D-7947-AA4E-8CA7-2405C80AC7EA.pdf
**Scanned By:**  Sievert-HIT, Kimberly F

1 of 1

# Health Services Request

Petición Para Servicios de Salud

**For Medical Use Only / Para Uso Medico Solamente**

Reviewed by: _RSchumacher RN_

Date Received: _1/2/19_    Time Received: _11_    a.m. (p.m.)

Date Of Request:
Fecha: _1·2·19_

Inmate Name:
Nombre: _ALTON_

Number:
Numero: _A196744_

Housing Unit:
Unidad: _A1-W14_

Request for:
- ☒ Medical Care / Attención Medica
- ☐ Dental Care / Attención Dental
- ☐ Medication Reorder / Reordenar Medicación
- ☐ Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema: _RUNNY - STUFFY NOSE, PRESSURE IN EARS, DIZZY, COUGHING_

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

DRC000848

**ODRC**                                                                            8/8/2023

,                                                                              2019-01-10 HSR
                                                                    Date of Service: 1/21/2019

**BRIAN KEITH ALFORD**
Male DOB: ███ , 1957                         1871377715

<u>**SCANNED DOCUMENT(S)**</u>

----------------------------------------

**FileName:**  395275_E9225897-A502-A645-8442-80F543CCA943.pdf
**Scanned By:**  Sievert-HIT, Kimberly F

1 of 1

# Health Services Request

Petición Para Servicios de Salud

For Medical Use Only / Para Uso Medico Solamente

Reviewed by:

Date Received: /-15-19   Time Received: a.m./p.m.

Date Of Request:
Fecha: 1-10-19

Inmate Name:
Nombre: ALFORD

Number:
Número: 196744

Housing Unit:
Unidad: A/×N/14

Request for: ☐ Medical Care / Attención Medica ☐ Dental Care / Attención Dental ☒ Medication Reorder / Reordenar Medicación ☒ Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema:

Rx # 8441463   A196744   0394
ALFORD, BRIAN   12/18/2018
LATANOPROST 0.005% EYE SOLN
QTY: 2.5
Refills: 5

REORDER

Rx # 8417258   A196744   0394
ALFORD, BRIAN   12/18/2018
MINERAL OIL/WHITE PET/LANOLIN 3%-94
QTY: 3.5
Refills: 0

REORDER

new order requested from MD

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

DRC000850

**ODRC**                                                                          8/8/2023

,                                                                        2019-01-26 HSR
                                                                Date of Service: 1/29/2019

**BRIAN KEITH ALFORD**
Male DOB: ███ , 1957                          1871377715

<u>**SCANNED DOCUMENT(S)**</u>

----------------------------------------

**FileName:**  395275_88B9D0DA-32F1-7E4F-AC3B-91A70496A428.pdf
**Scanned By:**  Sievert-HIT, Kimberly F

1 of 1

DRC000851

# Health Services Request

Petición Para Servicios de Salud

**For Medical Use Only / Para Uso Medico Solamente**

Reviewed by:

Date Received: _1-37/9_     Time Received: _234/5_ a.m./p.m.

Date Of Request:
Fecha: _1-26-19_

Inmate Name:
Nombre: _ALFORD_

Number:
Numero: _A196744_

Housing Unit:
Unidad: _A1-W/4_

Request for: ☐ Medical Care      ☐ Dental Care      ☐ Medication Reorder      ☒ Medication Refill
Attención Medica        Attención Dental         Reordenar Medicación          Rellenar la Medicación

Nature of problem:
Descripción del problema:

RX# 8480710 A196744 0394
ALFORD, BRIAN       01/01/2019
POTASSIUM CHLORIDE ER 10MEQ
Refills 3      QTY: 30

RX# 8480712 A196744 0394
ALFORD, BRIAN       01/01/2019
AMLODIPINE BESYLATE 10MG TAB:
Refills 3      QTY: 30

RX# 8480713 A196744 0394
ALFORD, BRIAN       01/01/2019
HYDROCHLOROTHIAZIDE 25MG TA
Refills 3      QTY: 30

RX# 8480714 A196744 0394
ALFORD, BRIAN       01/01/2019
ASPIRIN E.C. 81MG TBEC
Refills 3      QTY: 30

Reordered  01/28/19

*Place This Slip In Medical Request Box Or Designated Area*

*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

**DRC000852**

**ODRC**                                                                        8/8/2023

,                                                                    2019-01-30 HSR
                                                            Date of Service: 1/31/2019

**BRIAN KEITH ALFORD**
Male DOB: �involved ▮ 1957                          1871377715

<u>**SCANNED DOCUMENT(S)**</u>

----------------------------------------

**FileName:**  395275_CB74A5F2-F5C4-BD47-A4B0-44AC7D453048.pdf
**Scanned By:**  Sievert-HIT, Kimberly F

1 of 1

# Health Services Request

Petición Para Servicios de Salud

**For Medical Use Only / Para Uso Medico Solamente**

Reviewed by: _Schumacher Q_

Date Received: 1|30|19   Time Received: 1|50   a.m/p.m

Date Of Request:
Fecha: 1-30-19

Inmate Name:
Nombre: HLFORD

Number:
Numero: A 196 744

Housing Unit:
Unidad: H 1-KV 14

Request for:  ☒ Medical Care / Attención Medica   ☐ Dental Care / Attención Dental   ☐ Medication Reorder / Reordenar Medicación   ☐ Medication Refill / Rellenar la Medicación

Nature of problem: STUFFY/RUNNY NOSE, SNEEZING, HEADACHE, PRESSURE
Descripción del problema: IN EARS, COUGHING

1/31/19

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

**DRC000854**

**ODRC**                                                                          8/8/2023

,                                                                        2019-01-31 Debit
                                                               Date of Service: 1/31/2019

**BRIAN KEITH ALFORD**
Male DOB: ███ , 1957                        1871377715

**SCANNED DOCUMENT(S)**

----------------------------------------

**FileName:** 395275_8BA113A9-0A94-E246-9897-9E5A6874E6EB.pdf
**Scanned By:** Sievert-HIT, Kimberly F

1 of 1

# Healthcare Debit

| Inmate Name: ALFORD | Inmate Number 196744 | Date of Service: 1/31/19 |
|---|---|---|
| Institution Name: TOCI | Housing Location: A1W14 | Date: 1/31/19 |

The above-named inmate is to be charged  ☒ $ 2.00 *(routine HSR)*  ☐ $ 3.00 *(unscheduled non-emergent)* for medical service received, to be deducted from the inmate's institutional personal account. The charge is made pursuant to sec. 5120.56 O.R.C., Offender Financial Responsibility Program.

| Medical Staff (Print): D. Segur | Position: RN |
|---|---|

The above-named inmate is indigent as defined in DRC Policy 68-MED-15. No co-pay was deducted from the inmate's institutional personal account.

| Cashier/Designee: | Date: |
|---|---|

## Refunds

| ☐ Void Co-Pay | HCA/Inspector: | Date: |
|---|---|---|
| ☐ Void Processed | Cashier/Designee: | Date: |

DRC 5203 (Rev. 07/07)    DISTRIBUTION:    WHITE - Cashier        CANARY - Medical Services        PINK - Inmate        ACA 4-4400

DRC000856

**ODRC**                                                                                8/8/2023

,                                                                          2019-02-07 HSR
                                                              Date of Service: 2/18/2019

**BRIAN KEITH ALFORD**
Male DOB: ▬▬▬ , 1957                           1871377715

<u>**SCANNED DOCUMENT(S)**</u>

----------------------------------------

**FileName:**  395275_7CE63A30-933F-D648-AE52-5E7266AB4AD2.pdf
**Scanned By:**  Sievert-HIT, Kimberly F

1 of 1

DRC000857

# Health Services Request

Petición Para Servicios de Salud

**For Medical Use Only / Para Uso Medico Solamente**

Reviewed by:

Date Received: 2-7-19

Time Received: 9 a.m./p.m.

Date Of Request:
Fecha: 2-7-19

Inmate Name:
Nombre: ALFORD

Number:
Numero: A196-744

Housing Unit:
Unidad: A1-W14

Request for:
☒ Medical Care / Attención Medica
☐ Dental Care / Attención Dental
☐ Medication Reorder / Reordenar Medicación
☐ Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema: HEADACHE, SNEEZING, RUNNY NOSE

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

DRC000858

**ODRC**                                                                        8/8/2023

,                                                                    2019-02-21 HSR
                                                            Date of Service: 2/22/2019

**BRIAN KEITH ALFORD**
Male DOB: ██████, 1957                        1871377715

<u>**SCANNED DOCUMENT(S)**</u>

---------------------------------------

**FileName:** 395275_42F96BCB-73D9-FC4E-93F0-EF22737A2E89.pdf
**Scanned By:** Sievert-HIT, Kimberly F

1 of 1

# Health Services Request

## Petición Para Servicios de Salud

| | |
|---|---|
| **For Medical Use Only / Para Uso Medico Solamente** | |
| Reviewed by: | |
| Date Received: 2/21/19 | Time Received: 9  a.m./p.m. |

Date Of Request:
Fecha: 2·21·19

Inmate Name:
Nombre: ALFORD

Number:
Numero: 196744

Housing Unit:
Unidad: A1-W14

**Request for:**
- [ ] Medical Care / Attención Medica
- [ ] Dental Care / Attención Dental
- [ ] Medication Reorder / Reordenar Medicación
- [x] Medication Refill / Rellenar la Medicación

**Nature of problem:**
Descripción del problema:

RX# 8480714  A196744  0394
ALFORD, BRIAN
ASPIRIN E.C. 81MG TBEC
01/28/2019
Refills 2   QTY: 30

RX# 8480710  A196744  0394
ALFORD, BRIAN
POTASSIUM CHLORIDE ER 10MEQ
01/28/2019
Refills 2   QTY: 30

RX# 8480712  A196744  0394
ALFORD, BRIAN
AMLODIPINE BESYLATE 10MG TAB
01/28/2019
Refills 2   QTY: 30

RX# 8480713  A196744  0394
ALFORD, BRIAN
HYDROCHLOROTHIAZIDE 25MG TA
01/28/2019
Refills 2   QTY: 30

Reordered 01/21/19

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

**DRC000860**

**ODRC**                                                                                      8/8/2023

,                                                                                   2019-02-21 HSR
                                                                        Date of Service: 2/22/2019

**BRIAN KEITH ALFORD**
Male DOB: ██████, 1957                          1871377715

<u>SCANNED DOCUMENT(S)</u>

----------------------------------------

**FileName:** 395275_23FD257D-367F-904B-98B7-7CAAF772E902.pdf
**Scanned By:** Sievert-HIT, Kimberly F

1 of 1

DRC000861

# Health Services Request

Petición Para Servicios de Salud

For Medical Use Only / Para Uso Medico Solamente

Reviewed by:

Date Received: 2/21/19

Time Received: 4 pm  a.m./p.m.

Date Of Request:
Fecha: 2·21·19

Inmate Name:
Nombre: ALFORD

Number:
Numero: A196744

Housing Unit:
Unidad: ALC-W14

Request for:
- [ ] Medical Care / Attención Medica
- [ ] Dental Care / Attención Dental
- [ ] Medication Reorder / Reordenar Medicación
- [X] Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema:

Rx # 8524861  A196744  0394
ALFORD, BRIAN  1/17/2019
MINERAL OIL/WHITE PET/LANOLIN 3%-94
QTY: 3.5
Refills: 2

Rx # 8441463  A196744  0394
ALFORD, BRIAN  1/16/2019
LATANOPROST 0.005% EYE SOLN
QTY: 2.5
Refills: 4

REORDER

Reordered 02/21/19

Place This Slip In Medical Request Box Or Designated Area
Ponga en la Caja de Peticiónes Medicas en Area Designada

DRC 5373 (Rev. 08/07)

DRC000862

**ODRC**                                                                    8/8/2023

,                                                                  2019-02-26 Debit
                                                          Date of Service: 2/26/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                         1871377715

**SCANNED DOCUMENT(S)**

----------------------------------------

**FileName:**  395275_035D051D-877A-FE45-9AAD-82402E59C40E.pdf
**Scanned By:**  Sievert-HIT, Kimberly F

1 of 1

# Healthcare Debit

| Inmate Name: alford | Inmate Number 96744 | Date of Service: 2/26/19 |
|---|---|---|
| Institution Name: TOCI | Housing Location: A1W14 | Date: 2/26/19 |

The above-named inmate is to be charged  ☐ $ 2.00 *(routine HSR)*  ☑ $ 3.00 *(unscheduled non-emergent)* for medical service received, to be deducted from the inmate's institutional personal account. The charge is made pursuant to sec. 5120.56 O.R.C., Offender Financial Responsibility Program.

| Medical Staff (Print): eMughes | Position: RN |
|---|---|

The above-named inmate is indigent as defined in DRC Policy 68-MED-15. No co-pay was deducted from the inmate's institutional personal account.

| Cashier/Designee: | Date: |
|---|---|

## Refunds

| ☐ Void Co-Pay | HCA/Inspector: | Date: |
|---|---|---|
| ☐ Void Processed | Cashier/Designee: | Date: |

DRC 5203 (Rev. 07/07)   DISTRIBUTION:   WHITE - Cashier        CANARY - Medical Services        PINK - Inmate        ACA 4-4400

DRC000864

**ODRC**                                                                                          8/8/2023

,                                                                                          2019-03-14 HSR
                                                                           Date of Service: 3/18/2019

**BRIAN KEITH ALFORD**
Male DOB: ████ , 1957                              1871377715

<u>**SCANNED DOCUMENT(S)**</u>

----------------------------------------

**FileName:**  395275_EB41389A-F1E4-3049-B8B5-BE84C9E65242.pdf
**Scanned By:**  Sievert-HIT, Kimberly F

1 of 1

# Health Services Request

Petición Para Servicios de Salud

**For Medical Use Only / Para Uso Medico Solamente**

Reviewed by: P. Schumacher RN

Date Received: 3/13/19    Time Received: 1040 a.m/p.m

Date Of Request:
Fecha: 3-14-19

Inmate Name:
Nombre: ALFORD

Number:
Numero: A198-744

Housing Unit:
Unidad: A1-W14

Request for:
☐ Medical Care / Atención Medica
☐ Dental Care / Atención Dental
☐ Medication Reorder / Reordenar Medicación
☒ Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema:

3/17

RX# 8480714 A196744 0394
ALFORD, BRIAN 02/22/2019
ASPIRIN E.C. 81MG TBEC
Refills: 1 QTY: 30

Rx # 8441463 A196744 0394
ALFORD, BRIAN 2/22/2019
LATANOPROST 0.006% EYE SOLN
QTY: 2.5
Refills: 3

RX# 8480712 A196744 039-
ALFORD, BRIAN 02/22/201
AMLODIPINE BESYLATE 10MG TAB
Refills: 1 QTY: 3

3/17

RX# 8480710 A196744 0394
ALFORD, BRIAN 02/22/201
POTASSIUM CHLORIDE ER 10MEQ
Refills: 1 QTY: 30

RX# 8480713 A196744 0394
ALFORD, BRIAN 02/22/2019
HYDROCHLOROTHIAZIDE 25MG TA
Refills: QTY: 30

Rx # 8524861 A196744 0394
ALFORD, BRIAN 2/22/2019
MINERAL OIL/WHITE PETROLATUM 15%/6
QTY: 3.5
Refills: 1

3/17

ordued 3.18.19 po

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

DRC000866

**ODRC**                                                                                        8/8/2023

'                                                                                        2019-03-19 HSR
                                                                         Date of Service: 3/21/2019

**BRIAN KEITH ALFORD**
Male DOB: ███ , 1957                              1871377715

**SCANNED DOCUMENT(S)**

----------------------------------------

**FileName:**  395275_1FB4DE12-CD32-3B44-9325-42CB3881155A.pdf
**Scanned By:**  Sievert-HIT, Kimberly F

1 of 1

DRC000867

# Health Services Request

Petición Para Servicios de Salud

**For Medical Use Only / Para Uso Medico Solamente**

Reviewed by: _Schumacker_

Date Received: 3|20|19     Time Received: 1040 a.m. (p.m.)

Date Of Request:
Fecha: 3·19·19

Inmate Name:
Nombre: ALFARO

Number:
Numero: A198744

Housing Unit:
Unidad: A1·W14

Request for:
[X] Medical Care / Atención Medica
[ ] Dental Care / Atención Dental
[ ] Medication Reorder / Reordenar Medicación
[ ] Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema:
(1) SOAR THROAT, COUGHING, CHEST BURNS, RUNNY NOSE, STUFFY NOSE AT TIME, LEFT MID AND LEG PAIN, TROUBLE WITH MOVEMENT. (3) RIGHT EYE VISION MUCH WORSE, FLOATER IN MIDDLE OF LEFT EYE.

DS
3/21/19

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

DRC000868

**ODRC**                                                                    8/8/2023

,                                                                   2019-03-21 Debit
                                                              Date of Service: 3/22/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                      1871377715

<u>**SCANNED DOCUMENT(S)**</u>

----------------------------------------

**FileName:** 395275_DEBC93D0-0C22-8A40-A243-81989B99F536.pdf
**Scanned By:** Sievert-HIT, Kimberly F

1 of 1

# Healthcare Debit

| Inmate Name: | | Inmate Number | Date of Service: |
|---|---|---|---|
| ALFORD | | 196744 | 3/21/19 |

| Institution Name: | Housing Location: | Date: |
|---|---|---|
| TOCI | AIW14 | 3/21/19 |

The above-named inmate is to be charged  ☒ $ 2.00 *(routine HSR)* ☐ $ 3.00 *(unscheduled non-emergent)* for medical service received, to be deducted from the inmate's institutional personal account. The charge is made pursuant to sec. 5120.56 O.R.C., Offender Financial Responsibility Program.

| Medical Staff (Print): | Position: |
|---|---|
| D. Seger | RN |

The above-named inmate is indigent as defined in DRC Policy 68-MED-15. No co-pay was deducted from the inmate's institutional personal account.

| Cashier/Designee: | Date: |
|---|---|
| | |

## Refunds

| ☐ Void Co-Pay | HCA/Inspector: | Date: |
|---|---|---|
| ☐ Void Processed | Cashier/Designee: | Date: |

DRC 5203 (Rev. 07/07)   DISTRIBUTION:   WHITE - Cashier     CANARY - Medical Services     PINK - Inmate     ACA 4-4400

DRC000870

**ODRC**                                                                                      8/8/2023

'                                                                 2019-3-25-DENTAL MEDICAL HIST
                                                                 Date of Service: 3/25/2019

**BRIAN KEITH ALFORD**
Male DOB: ████ , 1957                          1871377715

<u>**SCANNED DOCUMENT(S)**</u>

----------------------------------------

**FileName:** Letter_395275_03252019_115CFC3B-5E0C-FD4D-AE65-4B00AEE21F6F.PDF
**Scanned By:** Omar-DDS, Abdulkawi

1 of 1

DRC000871

# Medical History
## To be Completed Prior to Treatment

**Inmate Name:**  BRIAN ALFORD

**Inmate ID:**  A196744

**Institution:**  TOCI:Toledo Correctional Inst.

**Today's Date:**  3/25/2019

| YES | NO | CONDITION | COMMENTS |
|:---:|:---:|---|---|
| X | | Allergies: | codeine |
| x | | Medications: | |
| | x | Heart Problems: | |
| | x | Congenital Heart Defect: | |
| | x | Prosthetic Heart Valve: | |
| | x | Bacterial Endocarditis: | |
| | x | Heart Palpitations: | |
| | x | Heart Attack: | |
| | x | Heart Transplant: | |
| | xx | Stroke: | |
| x | | Blood Pressure Problems: | |
| | x | Cancer: | |
| | x | Asthma: | |
| | x | Emphysema: | |
| | x | Tuberculosis: | |
| x | | Diabetes: | |
| | xx | Hepatitis: | |
| | x | Seizures: | |
| | x | Epilepsy: | |
| | x | Kidney Problems: | |
| | x | Artificial Hip/Joint: | |
| | x | Bleeding Problems / Hemophilia: | |
| | x | HIV/AIDS: | |
| | xx | Pregnant: | |

| | | |
|---|:---:|---|
| **Medical History Additionally Reviewed in Electronic Medical Summary** | x | |
| **Serious Illness/Hospitalization:** | | |

| **Comments:** | |
|---|---|
| **Provider's Name:** | **omar dds** |
| **Provider's Signature:** | **omar dds** |

DRC000873

**ODRC**                                                                                    8/8/2023

,                                                         DentalNote_20190325094345_010809374.PDF
                                                                      Date of Service: 3/25/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                          1871377715

<u>**SCANNED DOCUMENT(S)**</u>

-----------------------------------------

**FileName:** DentalNote_20190325094345_010809374.PDF
**Scanned By:** eclinicalworks, support
**Description:** Electronic document received from opendental

**PROCEDURES**
**BRIAN KEITH ALFORD**
**03/25/2019**

| Date | Th | Surf | Dx | Description | Stat | Prov | Amount | ADA Code |
|------|----|------|----|-------------|------|------|--------|----------|
| 03/25/2019 | | | 0 | periodic oral evaluation - established patient | C | OMARA | 0.00 | D0120 |
| 03/25/2019 | | | 0 | bitewings - four radiographic images | C | OMARA | 0.00 | D0274 |
| 03/25/2019 | | | 0 | prophylaxis - adult | TP | OMARA | 0.00 | D1110 |
| 03/25/2019 | | | 0 | Group Note | EC | OMARA | 0.00 | ~GRP~ |
| | | | | S: Patient presents for Triage Exam, intermittent pain left TMJ<br>Patient presents for Periodic Exam<br>O: spontaneous pain, intermittent pain, root exposure, TMJ pain; Pain level 3;<br>A: Gingivitis, Generalized Moderate Chronic Periodontitis, TMJ dysfunction<br>P: RMH; exam completed; BW X-ray taken, 4; X-Ray(s) reviewed; ,,Intra/Extra Oral Exam completed;<br><br>NV: Hygiene | | | | |

DRC000875

**ODRC**                                                                                 8/8/2023

,                                                                      2019/03/26 Physical
                                                                Date of Service: 3/26/2019

**BRIAN KEITH ALFORD**
Male DOB: ██████, 1957                                1871377715

<u>**SCANNED DOCUMENT(S)**</u>

----------------------------------------

**FileName:** Letter_395275_03262019_4ECA4D3D-F120-4A4A-8D0C-F98D87147354.PDF
**Scanned By:** Weber-RN, Brian

1 of 1

# Physical Exam Authorization

The Department of Rehabilitation and Correction has a policy/protocol of providing a physical exam to each inmate on a regular basis.

The Physical consists of lab work (appropriate to gender and age bracket) and an exam by the physician on staff.

If you want a physical exam, check the box marked "Yes".
If you DO NOT want a physical exam check the box marked "No".

I understand that if I mark "No" my next physical exam will be according to my gender and age bracket or as specified by the Institution Medical Director.

<div align="center">

___X Yes, I want a Physical Exam

___ No, I **do not** want a Physical Exam

</div>

| | |
|---|---|
| Inmate Signature: | |
| Inmate Number:<br>A196744 | |
| Date:<br>3/26/2019 | |
| Time:0900 am | |

<div align="center">

**Note** - Return completed form to medical services immediately.
Your cooperation is expected.

</div>

Print Information

| Name:<br>BRIAN ALFORD | Number:<br>A196744 | Lock:A1W14 |
|---|---|---|

DRC000877

**ODRC**                                                                          8/8/2023

,                                                                      2019-04-11 HSR
                                                              Date of Service: 4/15/2019

**BRIAN KEITH ALFORD**
Male DOB: ███ , 1957                          1871377715

<u>**SCANNED DOCUMENT(S)**</u>

----------------------------------------

**FileName:**  395275_7ECF89A9-8680-C140-84BF-F009B7F24156.pdf
**Scanned By:**  Sievert-HIT, Kimberly F

1 of 1

# Health Services Request

Petición Para Servicios de Salud

**For Medical Use Only / Para Uso Medico Solamente**

Reviewed by: _Schumach_

Date Received: _4-11-19_   Time Received: _1050_ a.m./p.m

Date Of Request:
Fecha: _4-11-19_

Inmate Name:
Nombre: _ALFORD_

Number:
Numero: _A196744_

Housing Unit:
Unidad: _A1-W14_

Request for:
- ☐ Medical Care / Attención Medica
- ☐ Dental Care / Attención Dental
- ☒ Medication Reorder / Reordenar Medicación
- ☒ Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema:

_filled 4/11/19_

_filled 4/10/19_

| Rx # 8441463   A196744   0394 | Rx # 8524861   A196744   0304 |
| ALFORD, BRIAN   3/18/2019 | ALFORD, BRIAN   3/18/2019 |
| LATANOPROST 0.005% EYE SOLN | MINERAL OIL/WHITE PETROLATUM 15%/E |
| QTY: 2.5 | QTY: 3.5 |
| Refills: 2 | Refills: 0 |

REORDER

REORDER

| RX# 8480714  A196744   0394 | RX# 8480710  A196744   U.S. | RX# 8480713  A196744   0394 | RX# 8480712  A196744   0394 |
| ALFORD, BRIAN   03/18/2019 | ALFORD, BRIAN   03/18/2019 | ALFORD, BRIAN   03/18/2019 | ALFORD, BRIAN   03/18/2019 |
| ASPIRIN E.C. 81MG TBEC | POTASSIUM CHLORIDE ER 10MEQ | HYDROCHLOROTHIAZIDE 25MG T | AMLODIPINE BESYLATE 10MG TAB: |
| Refills: 2   QTY: 30 | Refills: 2   QTY: 30 | Refills: 2   QTY: 30 | Refills: 2   QTY: 30 |

*Place This Slip In Medical Request Box Or Designated Area*

*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

_Reordered  04/12/19_

DRC000879

**ODRC**                                                                                      8/8/2023

ˌ                                                                                      2019-4-25 PSR
                                                                              Date of Service: 4/25/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                              1871377715

<u>**SCANNED DOCUMENT(S)**</u>

----------------------------------------

**FileName:**  Letter_395275_04252019_DAB0ACFB-CB71-1640-8B64-9ADDC1D5119D.PDF
**Scanned By:**  Armstrong-Hyg, Miriam

1 of 1

**Inmate Name:**  BRIAN ALFORD

**Inmate ID:**  A196744

**Institution:**  TOCI:Toledo Correctional Inst.

**Today's Date:**  4/25/2019

---

## PSR SCORES (BY SEXTANT)

| 2 | 1 | 1 |
|---|---|---|
| 1 | 2 | 2 |

**Provider's Name: Miriam J. Armstrong, RDH**

**Provider's Signature:**

**ODRC**                                                                8/8/2023

,                                                    DentalNote_20190425133135_010826444.PDF
                                                           Date of Service: 4/25/2019

**BRIAN KEITH ALFORD**
Male DOB: ███ , 1957                    1871377715

<u>**SCANNED DOCUMENT(S)**</u>

-----------------------------------------

**FileName:** DentalNote_20190425133135_010826444.PDF
**Scanned By:** eclinicalworks, support
**Description:** Electronic document received from opendental

**PROCEDURES**
**BRIAN KEITH ALFORD**
**04/25/2019**

| Date | Th | Surf | Dx | Description | Stat | Prov | Amount | ADA Code |
|------|----|----|----|-------------|------|------|--------|----------|
| 04/25/2019 | | | 0 | prophylaxis - adult | C | OMARA | 0.00 | D1110 |
| | | | | S: Pt. presents for Prophy, Dentist present<br>O: Moderate calculus, Poor OH, generalized BOP and gingivitis, missing porcelain on bridge abutment #10.<br>A: PSR scores recorded<br>P: RMH, BP not taken, (), (), Cavitron, Hand Scale, Polish, OHI-pt states he flosses daily but hasn't had teeth cleaned in over 2 years, recommended pt brush along U/L B/F/L gumline better to reduce plaque/gingivitis, Hygiene Treatment Plan complete, no X-rays taken (), X-ray(s) reviewed<br>E: Pt understood and agreed to tx.<br><br>NV: 1 year recall or HSR, Hygiene and Treatment Plan Completed | | | | |

DRC000883

**ODRC**                                                                            8/8/2023

,                                                                      2019-05-02 HSR
                                                              Date of Service: 5/8/2019

**BRIAN KEITH ALFORD**
Male DOB: █████, 1957                          1871377715

<u>**SCANNED DOCUMENT(S)**</u>

----------------------------------------

**FileName:**  395275_7CA80AE7-8163-534B-B215-A00C2A261BC5.pdf
**Scanned By:**  Sievert-HIT, Kimberly F

DRC000884

# Health Services Request

Petición Para Servicios de Salud

**For Medical Use Only / Para Uso Medico Solamente**

Reviewed by: _emughesku_

Date Received: _5/5/19_     Time Received _0825_     a.m./p.m.

Date Of Request:
Fecha: _5-2-19_

Inmate Name:
Nombre: _ALFORD_

Number:
Numero: _A196-744_

Housing Unit:
Unidad: _A1-W14_

**Request for:**

☐ Medical Care / Attención Medica
☐ Dental Care / Attención Dental
☐ Medication Reorder / Reordenar Medicación
☑ Medication Refill / Rellenar la Medicación

**Nature of problem:**
Descripción del problema:

Rx # 8611641  A196744  0394
ALFORD, BRIAN  4/10/2019
LATANOPROST 0.005% EYE SOLN
QTY: 2.5
Refills: 6

Rx # 8611643  A196744  0394
ALFORD, BRIAN  4/10/2019
MINERAL OIL/WHITE PETROLATUM 15%/E
QTY: 3.5
Refills: 3

_ordered_
_5-6-19_

RX# 8480712  A196744  0394
ALFORD, BRIAN  04/12/2019
AMLODIPINE BESYLATE 10MG TAB
Refills: 1  QTY: 30

RX# 8480713  A196744  039
ALFORD, BRIAN  04/12/201
HYDROCHLOROTHIAZIDE 25MG
Refills: 1  QTY: 30

RX# 8480710  A196744  0394
ALFORD, BRIAN  04/12/2019
POTASSIUM CHLORIDE ER 10MEQ
Refills: 1  QTY: 30

RX# 8480714  A196744  0394
ALFORD, BRIAN  04/12/2019
ASPIRIN E.C. 81MG TABS
Refills: 1  QTY: 30

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

**DRC000885**

**ODRC**                                                                      8/8/2023

,                                                                    2019-05-21 HSR
                                                            Date of Service: 5/28/2019

**BRIAN KEITH ALFORD**
Male DOB: ███ 1957                        1871377715

<u>**SCANNED DOCUMENT(S)**</u>

----------------------------------------

**FileName:** 395275_BF9D37D4-4276-5C4C-835B-DBBA5D467DE6.pdf
**Scanned By:** Sievert-HIT, Kimberly F

DRC000886

# Health Services Request

Petición Para Servicios de Salud

**For Medical Use Only / Para Uso Medico Solamente**

Reviewed by: _____

Date Received: 5/21/19     Time Received: 2345  a.m./p.m.

Date Of Request:
Fecha: 5-21-19

Inmate Name:
Nombre: ALESO

Number:
Numero: A196-744

Housing Unit:
Unidad: A1-W14

Request for:  ☒ Medical Care / Attención Medica   ☐ Dental Care / Attención Dental   ☐ Medication Reorder / Reordenar Medicación   ☐ Medication Refill / Rellenar la Medicación

Nature of problem:
Descripción del problema:
(1) RIGHT EYE VISION (BLUIGH SOLID YELLOWISH-WHITE OBJECT IN CENTER OF VISION) WHEN EYE IS CLOSED, AND OPEN

(2) LEFT EYE DISCHARGE, VISION DISTURTED

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

**DRC000887**

**ODRC**                                                                  8/8/2023

,                                                                   2019-05-31 HSR
                                                           Date of Service: 6/3/2019

**BRIAN KEITH ALFORD**
Male DOB: ██████ , 1957                          1871377715

<u>**SCANNED DOCUMENT(S)**</u>

-----------------------------------------

**FileName:** 395275_21C21F8D-DE83-434A-85DE-A2882CE94A31.pdf
**Scanned By:** Sievert-HIT, Kimberly F

1 of 1

# Health Services Request

Petición Para Servicios de Salud

**For Medical Use Only / Para Uso Medico Solamente**

Reviewed by: _____

Date Received: 5/30/19    Time Received: 9 5° a.m./p.m.

Date Of Request:
Fecha: 5-31-19

Inmate Name:
Nombre: ALFORD

Number:
Numero: A 196-744

Housing Unit:
Unidad: R/-N/14

Request for:
- ☐ Medical Care / Attención Medica
- ☐ Dental Care / Attención Dental
- ☒ Medication Reorder / Reordenar Medicación
- ☒ Medication Refill / Rellenar la Medicación

Nature of problem:
Descripc

RX# 8480710  A196744  0394
ALFORD, BRIAN         05/06/2019
POTASSIUM CHLORIDE ER 10MEQ
Refills 0    QTY: 30

RX# 8480713  A196744  0394
ALFORD, BRIAN         05/06/2019
HYDROCHLOROTHIAZIDE 25MG TA
Refills 0    QTY: 30

RX# 8480712  A196744  0394
ALFORD, BRIAN         05/06/2019
AMLODIPINE BESYLATE 10MG TAB
Refills 0    QTY: 30

Rx # 8611643    A196744  0394
ALFORD, BRIAN         5/6/2019
MINERAL OIL/WHITE PETROLATUM 15%/E
Refills: 2    QTY: 3.5

RX# 8480714  A196744  0394
ALFORD, BRIAN         05/06/2019
ASPIRIN E.C. 81MG TBEC
Refills 0    QTY: 30

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

DRC000889

**ODRC**                                                                          8/8/2023

,                                                                    2019-06-02 HSR
                                                              Date of Service: 6/4/2019

**BRIAN KEITH ALFORD**
Male DOB: ████ , 1957                         1871377715

<u>**SCANNED DOCUMENT(S)**</u>

-----------------------------------------

**FileName:** 395275_8F5F4949-6D58-734F-A691-3C224812B71E.pdf
**Scanned By:** Sievert-HIT, Kimberly F

1 of 1

DRC000890

Has DSC 6/4/19. - not indigent!

# Health Services Request

Petición Para Servicios de Salud

| For Medical Use Only / Para Uso Medico Solamente | |
|---|---|
| Reviewed by: _Matthews_ | |
| Date Received: 6/2/19 | Time Received: 2345 a.m./p.m. |

Date Of Request:
Fecha: 8·2·19

| Inmate Name:<br>Nombre: ALFORD | Number:<br>Numero: A196·244 | Housing Unit:<br>Unidad: A1·W14 |
|---|---|---|

Request for: ☒ Medical Care / Attención Medica  ☐ Dental Care / Attención Dental  ☐ Medication Reorder / Reordenar Medicación  ☐ Medication Refill / Rellenar la Medicación

Nature of problem: (1) ATHLETES FOOT
Descripción del problema:

(2) SEVERE ALLERGY PROBLEMS
STUFF HEAD, PRESSURE IN EARS,
RUNNY EYES, SNEEZING, COUGHING

*Place This Slip In Medical Request Box Or Designated Area*
*Ponga en la Caja de Peticiónes Medicas en Area Designada*

DRC 5373 (Rev. 08/07)

6/3/19

**DRC000891**

**ODRC**                                                                    8/8/2023

,                                                            2019-06-07 Eye Glass Script
                                                             Date of Service: 6/10/2019

**BRIAN KEITH ALFORD**
Male DOB: ██████ , 1957                      1871377715

**SCANNED DOCUMENT(S)**

----------------------------------------

**FileName:** 395275_5D87959D-64D4-C747-A977-DEA62036FFA1.pdf
**Scanned By:** Sievert-HIT, Kimberly F

Date Rec'd:_____  Date Shipped:_____

**OHIO REFORMATORY FOR WOMEN**
**OPTICAL LAB**
1479 Collins Avenue
Marysville, Ohio 43040

№ 156235

Date: 6-7-19
Exp 6-7-2021

Patients Name:

Alford, Brian    A196-744

| | SPHERE | CYLINDER | AXIS | DEC. | PRISM | BASE |
|---|---|---|---|---|---|---|
| R | +0.75 | -0.75 | 170 | | | |
| L | -0.50 | -2.00 | 006 | | | |

| | SEG.HGT | SEG.INSET | TOTAL | PD.FAR R | PD.NEAR R | EYE | BRIDGE |
|---|---|---|---|---|---|---|---|
| A D | | | | 68 | | | |
| D | | | | PD.FAR L | PD.NEAR L | VERT | ED |

| FRAME-NAME & COLOR | TEMPLE LENGTH | SUPPLY FRAME | POLY |
|---|---|---|---|
| | | FRAME ENCLOSED | PLASTIC |

| (SV) | ROUND | FT.-25 | FT.-28 | FT.-35 | | | |
|---|---|---|---|---|---|---|---|

SPECIAL INSTRUCTIONS:
Must follow rules sheet he received.

INVOICE#_____ Approximate Total Width of 145-150mm
P.O.#
✗ This Patient allowed mild tint or Transitions

O.P.I. OPTICAL LAB RESERVES THE RIGHT TO
SUBSTITUTE LIKE FRAMES AND LENSES TO
PROVIDE A FUNCTIONAL HIGH QUALITY, COST
EFFICIENT PRODUCT WITH A MINIMUM TURN
AROUND TIME.

WE THANK YOU FOR YOUR BUSINESS

TOCI

LENSES ___ $ _____
FRAME ___ $ _____
COLOR ___ $ _____
CASE ___ $ _____
OTHER ___ $ _____

TOTAL ___ $_____

DR:_____
INSTITUTION:
DRC 6302 (REV 2/04)          Shoemaker  OHS156

**Toledo Correctional Institution**                                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                 CHK Dental TRIAGE
Main: 4197267977                                          Date of Service: 3/25/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

# ALFORD, BRIAN KEIT

**BCI:** **InmateID:** A1967

**Facility Code:** TOCI **Housing Area:** A1W 0

61 Y old Male, DOB: 1

2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTION, TOLE

OH-43

Home: 419-726-797

Guarantor: ALFORD, BRIAN KEITH

Appointment Facility: Toledo Correctional I

03/25/2019                                                      Progress Note:  Abdulkawi M Omar-

## Chief Complaint
1. Dental TRIAGE

## Procedure Codes
D0120 PERIODIC ORAL EXAMINATION
D0274 BITEWINGS - FOUR FILMS

## Follow Up
prophy

### Current Medications
None

### Mental/Medical History
Corneal Ulcer L eye (8/28/14)
HTN
Retinal Detachment O.S. (8/19/2014)
Cataracts O.S. (5/2015)
HCV (+VL) 2011-1-18
Cataract ext.
Unspecified infective arthritis, site
unspecified (resolved 02/02/2017)
Unspecified infective arthritis, site
unspecified (resolved 02/02/2017)
Hep B Surface Ab, Qual Reactive (2013-1-2)
Hep A Ab, Total Positive (2011-2-16)

### Allergies/Intolerance
Synalgos-DC: unknown: Allergy
Codeine Phosphate: unknown : Allergy

Electronically signed by Abdulkawi Omar-DDS on 03/25/2019 at 09:43 AM EDT

Sign off status: Completed

Toledo Correctional Inst.
2001 E. Central Avenue
Toledo, OH 43608
Tel: 419-729-0516
Fax:

Patient: ALFORD, BRIAN KEITH    DOB: 1957    Progress Note: Abdulkawi M Omar-DDS    03/25/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Toledo Correctional Institution**                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                    CHK Dental CLEANING
Main: 4197267977                           Date of Service: 4/25/2019

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                    1871377715

# ALFORD, BRIAN KEIT

**BCI:** [REDACTED]  **InmateID:** A1967
**Facility Code:** TOCI **Housing Area:** A1W 0
62 Y old Male, DOB: [REDACTED] 1
2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTION, TOLE
OH-43
Home: 419-726-79

Guarantor: ALFORD, BRIAN KEITH

Appointment Facility: Toledo Correctional I

04/25/2019                                           Progress Note: Abdulkawi M Omar-1

### Current Medications
None

### Mental/Medical History
Corneal Ulcer L eye (8/28/14)
HTN
Retinal Detachment O.S. (8/19/2014)
Cataracts O.S. (5/2015)
HCV (+VL) 2011-1-18
Cataract ext.
Unspecified infective arthritis, site
unspecified (resolved 02/02/2017)
Unspecified infective arthritis, site
unspecified (resolved 02/02/2017)
Hep B Surface Ab, Qual Reactive (2013-1-2)
Hep A Ab, Total Positive (2011-2-16)
State he was exposed to hazardous
refrigerants, on the job, 2/5/2013 to
10/8/2013,

### Allergies/Intolerance
Synalgos-DC: unknown: Allergy

### Chief Complaint
1. Dental CLEANING

### Procedure Codes
D1110 PROPHYLAXIS - ADULT

### Follow Up
1 year recall or HSR (Reason: Hygiene and treatment plan completed.)

Electronically signed by Miriam Armstrong-Hyg , MJA on 04/25/2019 at 01:32
PM EDT

Sign off status: Completed

Toledo Correctional Inst.
2001 E. Central Avenue
Toledo, OH 43608
Tel: 419-729-0516
Fax:

Patient: ALFORD, BRIAN KEITH    DOB: [REDACTED] 1957    Progress Note: Abdulkawi M Omar-DDS    04/25/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

DRC000897

**Toledo Correctional Institution**                                          8/8/2023
**2001 East Central Avenue**
**Toledo**, **OH 43608**                                                     Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** | **Service Provider:** |
| **Auth Provider NPI:** | |
| **Signing Provider:** | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ▇ 1957 | **Age:** | 66 |
|---|---|---|---|---|---|
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ▇ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| **Primary Ins:** | **Secondary Ins:** |
|---|---|
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| | Stool for Occult blood | |
| **Order Number:** | ECWILO-1949671 | **Quantity:** 1 |
| **Authorization #:** | | **Priority:** N |
| **Start Date:** | 03/26/2019 | **End Date:** 03/26/2019 |
| **Electronically signed by:** | | **Signed on:** 3/26/2019 12:00:00 AM |
| **Instructions:** | Seger-TWL QIC,Dennis J 04/02/2019 10:10:12 AM EDT > States will turn in todayBaumgartner-RN,Melissa R 04/03/2019 10:52:08 AM EDT > negative x 3 cards | |

1 of 1

**ODRC**                                                                              8/8/2023

Order Form

## TEST FORM

| Authorizing Provider: | | Service Provider: | | |
|---|---|---|---|---|
| Auth Provider NPI: | | | | |
| Signing Provider: | | | | |
| Phone: | | Phone: | | |
| Fax: | | Fax: | | |
| Patient Name: | BRIAN KEITH ALFORD | DOB: | ▮ 1957 | Age: | 66 |
| Home Phone: | | Sex: | Male | SSN: | ▮ |
| Work Phone: | | Cell Phone: | | Patient ID: | 1871377715 |
| Resp. Provider: | | | | |

| Primary Ins: | | Secondary Ins: |
|---|---|---|
| Group: | | Group: |
| Policy: | | Policy: |
| Insured ID: | | Insured ID: |

| Code | Description | Diagnoses |
|---|---|---|
| 235010 | Lipid Panel With LDL/HDL Ratio | |
| **Order Number:** | ECWLCO-1951453 | **Quantity:** 1 |
| **Authorization #:** | | **Priority:** N |
| **Start Date:** | 03/28/2019 | **End Date:** 03/28/2019 |
| **Electronically signed by:** | | **Signed on:** 3/28/2019 12:00:00 AM |
| **Instructions:** | | |

DRC000899

**ODRC**                                                                              8/8/2023

,                                                                                  Order Form

| TEST FORM |
|---|

| **Authorizing Provider:** | | **Service Provider:** | |
|---|---|---|---|
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███, 1957 | **Age:** | 66 |
|---|---|---|---|---|---|
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| **Primary Ins:** | | **Secondary Ins:** | |
|---|---|---|---|
| **Group:** | | **Group:** | |
| **Policy:** | | **Policy:** | |
| **Insured ID:** | | **Insured ID:** | |

**Code**               **Description**                    **Diagnoses**
001032                 Glucose, Serum

**Order Number:**      ECWLCO-1951452            **Quantity:** 1
**Authorization #:**                            **Priority:** N
**Start Date:**        03/28/2019               **End Date:** 03/28/2019
**Electronically signed by:**                   **Signed on:** 3/28/2019 12:00:00 AM
**Instructions:**

1 of 1

**ODRC**                                                                8/8/2023

,                                                                        Order Form

## TEST FORM

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | | **Service Provider:** | |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ██ 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ██ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | | **Secondary Ins:** |
| **Group:** | | **Group:** |
| **Policy:** | | **Policy:** |
| **Insured ID:** | | **Insured ID:** |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| 385375 | APRI Panel with Calculations | |

**Order Number:** ECWLCO-1999326

**Authorization #:**                                    **Quantity:** 1

**Start Date:** 04/29/2019                        **Priority:** N

**Electronically signed by:**                     **End Date:** 04/29/2019

**Instructions:**                                        **Signed on:** 4/29/2019 12:00:00 AM

DRC000901

**ODRC**                                                          8/8/2023

,                                                              Order Form

## TEST FORM

| | | | | |
|---|---|---|---|---|
| **Authorizing Provider:** | | **Service Provider:** | | |
| **Auth Provider NPI:** | | | | |
| **Signing Provider:** | | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ████, 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | ████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | **Secondary Ins:** | |
| **Group:** | **Group:** | |
| **Policy:** | **Policy:** | |
| **Insured ID:** | **Insured ID:** | |

| Code | Description | Diagnoses |
|---|---|---|
| SCHCCCFU | CCC F/U Schedule Chronic Care Visit F/U | |

**Order Number:** ECWENCO-11420829          **Quantity:** 1
**Authorization #:**                          **Priority:** N
**Start Date:**        08/23/2019             **End Date:** 08/23/2019
**Electronically signed by:**                 **Signed on:** 8/23/2019 8:00:00 AM
**Instructions:**        CCC-HTN, Hep C

DRC000902

**ODRC**                                                                    8/8/2023

Order Form

| TEST FORM | |
|---|---|
| **Authorizing Provider:** | **Service Provider:** |
| **Auth Provider NPI:** | |
| **Signing Provider:** | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** | ███ 1957 | **Age:** | 66 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | █████ |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| SCHOPT | Optometry Schedul with Optometry | |

**Order Number:** ECWENCO-10983697     **Quantity:** 1
**Authorization #:**                     **Priority:** N
**Start Date:** 09/27/2019              **End Date:** 09/27/2019
**Electronically signed by:**           **Signed on:** 9/27/2019 7:30:00 AM
**Instructions:**

1 of 1

**ODRC**                                                                   8/8/2023

,                                                                    Order Form

## TEST FORM

| | | | | |
|---|---|---|---|---|
| **Authorizing Provider:** | | **Service Provider:** | | |
| **Auth Provider NPI:** | | | | |
| **Signing Provider:** | | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |

| | | | | |
|---|---|---|---|---|
| **Patient Name:** | BRIAN KEITH ALFORD | **DOB:** ▮▮ 1957 | **Age:** | 66 ▮▮ |
| **Home Phone:** | | **Sex:** Male | **SSN:** | ▮▮▮ |
| **Work Phone:** | | **Cell Phone:** | **Patient ID:** | 1871377715 |
| **Resp. Provider:** | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| | | |
|---|---|---|
| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
| 385375 | APRI Panel with Calculations | |
| **Order Number:** | ECWLCO-2017580 | **Quantity:** 1 |
| **Authorization #:** | | **Priority:** N |
| **Start Date:** | 10/24/2019 | **End Date:** 10/24/2019 |
| **Electronically signed by:** | | **Signed on:** 10/24/2019 12:00:00 AM |
| **Instructions:** | | |

DRC000904

## PATIENT INFORMATION

**Name:**        BRIAN KEITH ALFORD

**Preferred:**                                                    **Patient ID#:**   1871377715        **Sex:**   M

**Address:**                                                      **Date of Birth:**  ▮/1957 12:00:00 AM   **SSN:**

                                                                  **Marital Status:**

**City, State:**  ,                                               **Referring Physician:**

**Alt Address:**  VH                                              **Primary Physician:**

            VIDEOCONFERENCE HEARING                               **Preferred Language:**

**Alt City, State:** ,                                            **Ethnicity:**

**Phone:**              **Type:**                                 **Race:**        Black or African American

**Phone:**              **Type:**

**Phone:**              **Type:**                                 **Email:**       2026-07-01 00:00:00

**Contact By:**

### Problems:
Unspecified viral hepatitis C without hepatic coma  (IDC-723376) (IDC10-410470)
Unspecified essential hypertension  (IDC-729112) (IDC10-7540)
Other cataract  (IDC-737276) (IDC10-350511)
Lattice degeneration of peripheral retina  (IDC-724876) (IDC10-329038)
Carpal tunnel syndrome  (IDC-740270) (IDC10-276214)
IBS (IDC-731288) (IDC10-326352)
Glaucoma suspect, left (IDC-730018) (IDC10-360969)
B12 deficiency (IDC-740818) (IDC10-283984)
Peripheral neuropathy (IDC-735092) (IDC10-317374)
Perennial allergic rhinitis (IDC-731165) (IDC10-344454)

### Immunizations:
COVID-19, Series 1, 09/29/2021
COVID-19, Series 2, 10/26/2021
COVID-19, Series 3, 04/26/2022
COVID-19, Series 4, 08/25/2022
COVID-19, Series 5, 12/15/2022
INFLUENZA, Series 1, 12/10/2021
INFLUENZA, Series 2, 10/17/2022

### Directives:
Medical Classification - Med Class II Routine Follow-Up Care
Dental - In/Out Date
MH CLASSIFICATION - N

### Allergies and Adverse Reactions:
Synalgos-DC ( Moderate)

# Patient Profile

**_PATIENT INFORMATION_**

**Name:**              BRIAN KEITH ALFORD

**Preferred:**                                      **Patient ID#:**    1871377715        **Sex:**   M

**Address:**                                        **Date of Birth:**   ███ 1957 12:00:00 AM      **SSN:**   ████████

                                                    **Marital Status:**

**City, State:**       ,                            **Referring Physician:**

**Alt Address:**       VH                           **Primary Physician:**

                       VIDEOCONFERENCE HEARING      **Preferred Language:**

**Alt City, State:**   ,                            **Ethnicity:**

**Phone:**                          **Type:**       **Race:**              Black or African American

**Phone:**                          **Type:**

**Phone:**                          **Type:**       **Email:**             2026-07-01 00:00:00

**_Patient Employment_**                            **Contact By:**

**[ ]Employed [ ]Retired [ ]Unemployed [X]Other**   **CONTACTS**

**Phone:**

**Employer:**

**_Guarantor_**

**[ ]Same as Patient**                              **_Employment_**

**Name:**                                           **Employer:**

**Address:**                                        **Phone:**

                                                    **Alt Phone:**

**City, State:**       ,                            **Social Security #:**

**_PRIMARY INSURANCE_**                             **Date of Birth:**

**[ ]Same as Patient [ ]Same as Guarantor [X]Other**

**Insured Party:**                                  **Copay Amount:**

**Insured Phone:**                                  **Relationship to Primary**
                                                    **Insured/Guarantor:**

**Company:**                                        **Social Security #:**

**Address:**                                        **Insured ID:**

                                                    **Policy Group:**

**City, State:**       ,                            **Date of Birth:**

**_SECONDARY INSURANCE_**

**[ ]Same as Patient [ ]Same as Guarantor [X]Other**

**Insured Party:**

**Insured Phone:**                                  **Relationship to Secondary**
                                                    **Insured/Guarantor:**

**Company:**                                        **Social Security #:**

**Address:**                                        **Insured ID:**

                                                    **Policy Group:**

**City, State:**       ,                            **Date of Birth:**

DRC000906

**ODRC**                                                          8/8/2023

,                                                        eCw Encounter: 790770
                                                    Date of Service: 11/16/2015

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

<u>**THIS WAS AN UNLOCKED ENCOUNTER IN eCw**</u>
**Patient Name:** BRIAN KEITH ALFORD        **DOB:** ███/1957
**Patient ID:** 395275 **Book And Case No:** A196744 **Encounter ID:** 790770
**Facility Name:** Toledo Correctional Inst.
**Encounter Reason:**
**Encounter Type:** LAB        **Encounter Staus:**
**Scheduled For:** 2015-11-16 07:58:00 AM - 07:58:00 AM
**Date:** 2015-11-16 **Time In:** 12:00:00 AM **Time Out:** 12:00:00 AM
<u>**Provider:**</u> Brenda D Tilton-CNP **Provider ID:** 465308
-----------------------------------------------------------------------
<u>**Assessments**</u>
-----------------------------------------------------------------------
1. Urinary tract infection, site not specified - 599.0
2. Other states following surgery of eye and adnexa - V45.69
3. Retinal detachment with retinal defect, unspecified - 361.00
-----------------------------------------------------------------------
 undefined ---------------------------------------
**Lab Data**
**Type:**  X Rays - Ophthalmology Follow Up

This data has been migrated from eCw

**ODRC**                                                                    8/8/2023

,                                                          eCw Encounter: 820548
                                                          Date of Service: 1/4/2016

**BRIAN KEITH ALFORD**
Male DOB: ███ , 1957                    1871377715

**THIS WAS AN UNLOCKED ENCOUNTER IN eCw**

**Patient Name:** BRIAN KEITH ALFORD          **DOB:** ███/1957

**Patient ID:** 395275 **Book And Case No:** A196744 **Encounter ID:** 820548

**Facility Name:** Toledo Correctional Inst.

**Encounter Reason:**

**Encounter Type:** LAB          **Encounter Staus:**

**Scheduled For:** 2016-01-04 01:47:00 PM - 01:47:00 PM

**Date:** 2016-01-04 **Time In:** 12:00:00 AM **Time Out:** 12:00:00 AM

**Provider:** Brenda D Tilton-CNP **Provider ID:** 465308

--------------------------------------------------------------------------

undefined --------------------------------------

**Lab Data**

**Type:** Labs - Liver Profile

**Reason:** Received-LabcorpOG

This data has been migrated from eCw

1 of 1

DRC000908

**ODRC**                                                                 8/8/2023

'                                                        eCw Encounter: 820549
                                                        Date of Service: 1/4/2016

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                        1871377715

<u>**THIS WAS AN UNLOCKED ENCOUNTER IN eCw**</u>
**Patient Name:** BRIAN KEITH ALFORD          **DOB:** ████/1957
**Patient ID:** 395275 **Book And Case No:** A196744 **Encounter ID:** 820549
**Facility Name:** Toledo Correctional Inst.
**Encounter Reason:**
**Encounter Type:** LAB          **Encounter Staus:**
**Scheduled For:** 2016-01-04 01:47:00 PM - 01:47:00 PM
**Date:** 2016-01-04 **Time In:** 12:00:00 AM **Time Out:** 12:00:00 AM
<u>**Provider:**</u> Brenda D Tilton-CNP **Provider ID:** 465308
-------------------------------------------------------------------------
undefined --------------------------------------
**Lab Data**
**Type:** Labs - CMP14
**Reason:** Received-LabcorpOG

This data has been migrated from eCw

1 of 1

DRC000909

**ODRC**                                                                    8/8/2023

,                                                          eCw Encounter: 820550
                                                          Date of Service: 1/4/2016

**BRIAN KEITH ALFORD**
Male DOB: ███ , 1957                        1871377715

<u>**THIS WAS AN UNLOCKED ENCOUNTER IN eCw**</u>
**Patient Name:** BRIAN KEITH ALFORD          **DOB:** ███ 1957
**Patient ID:** 395275 **Book And Case No:**  A196744 **Encounter ID:** 820550
**Facility Name:** Toledo Correctional Inst.
**Encounter Reason:**
**Encounter Type:** LAB          **Encounter Staus:**
**Scheduled For:** 2016-01-04 01:47:00 PM - 01:47:00 PM
**Date:** 2016-01-04 **Time In:** 12:00:00 AM **Time Out:** 12:00:00 AM
<u>**Provider:**</u> Brenda D Tilton-CNP **Provider ID:** 465308
-------------------------------------------------------------------------
undefined ---------------------------------------
**Lab Data**
**Type:** Labs - CBC With Differential
**Reason:** Received-LabcorpOG

This data has been migrated from eCw

                                                                          1 of 1

**ODRC**                                                                                      8/8/2023

,                                                                              eCw Encounter: 862188
                                                                         Date of Service: 11/16/2016

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                          1871377715

<u>**THIS WAS AN UNLOCKED ENCOUNTER IN eCw**</u>
**Patient Name:** BRIAN KEITH ALFORD          **DOB:** ████/1957
**Patient ID:** 395275 **Book And Case No:** A196744 **Encounter ID:** 862188
**Facility Name:** Toledo Correctional Inst.
**Encounter Reason:**
**Encounter Type:** LAB          **Encounter Staus:**
**Scheduled For:** 2016-11-16 09:54:00 AM - 09:54:00 AM
**Date:** 2016-11-16 **Time In:** 12:00:00 AM **Time Out:** 12:00:00 AM
<u>**Provider:**</u> Timothy J Heyd-CMO **Provider ID:** 465314
--------------------------------------------------------------------------
undefined ---------------------------------------
**Lab Data**
**Type:** X Rays - Ophthalmology Follow Up
**Reason:** Ophtho F/u
**Notes:** Heyd-CMO,Timothy J 10/29/2015 09:56:14 AM EDT > Pt s/p yag 10/13/15. Dx
PEM IOL o.s., needs MB then DFE o.u. Ophtho req 1 month f/u.

This data has been migrated from eCw

1 of 1

**ODRC**                                                                 8/8/2023

,                                                          eCw Encounter: 4244139
                                                           Date of Service: 2/2/2017

**BRIAN KEITH ALFORD**
Male DOB: ▮▮▮▮ , 1957                    1871377715

<u>**THIS WAS AN UNLOCKED ENCOUNTER IN eCw**</u>
**Patient Name:**  BRIAN KEITH ALFORD          **DOB:**  ▮▮▮▮/1957
**Patient ID:**  395275 **Book And Case No:**  A196744 **Encounter ID:**  4244139
**Facility Name:**  Toledo Correctional Inst.
**Encounter Reason:**
**Encounter Type:**  LAB          **Encounter Staus:**
**Scheduled For:** 2017-02-02 07:54:00 AM - 07:54:00 AM
**Date:** 2017-02-02 **Time In:**  12:00:00 AM **Time Out:**  12:00:00 AM
<u>**Provider:**</u> Trina M Bottorff-CNP**Provider ID:**  463106
--------------------------------------------------------------------------
undefinedundefined --------------------------------------
**Lab Data**
**Type:**  Labs - APRI Panel
**Reason:** Received-LabcorpOG

This data has been migrated from eCw

1 of 1

DRC000912

**ODRC**

8/8/2023

,

eCw Encounter: 4247701
Date of Service: 5/2/2017

**BRIAN KEITH ALFORD**
Male DOB: ███ , 1957                    1871377715

<u>**THIS WAS AN UNLOCKED ENCOUNTER IN eCw**</u>
**Patient Name:** BRIAN KEITH ALFORD          **DOB:** ███/1957
**Patient ID:** 395275 **Book And Case No:** A196744 **Encounter ID:** 4247701
**Facility Name:** Toledo Correctional Inst.
**Encounter Reason:**
**Encounter Type:** LAB          **Encounter Staus:**
**Scheduled For:** 2017-05-02 10:45:00 AM - 10:45:00 AM
**Date:** 2017-05-02 **Time In:** 12:00:00 AM **Time Out:** 12:00:00 AM
<u>**Provider:**</u> Trina M Bottorff-CNP **Provider ID:** 463106
------------------------------------------------------------------
undefined **Assessments**
------------------------------------------------------------------
1. Cardiac / Hypertension - CLI1   Clinical Status - Unchanged,Clinical
Status-Stable,Degree of Control-Good F/U 180 Days
2. Liver Disease - CLI9   Clinical Status - Unchanged,Clinical Status-Stable
------------------------------------------------------------------
 undefined ---------------------------------------
**Lab Data**
**Type:** Labs - BMP8+Anion Gap
**Reason:** Received-LabcorpOG

This data has been migrated from eCw

ODRC                                                                  8/8/2023

,                                                      eCw Encounter: 4247702
                                                      Date of Service: 5/2/2017

**BRIAN KEITH ALFORD**
Male DOB: ███ , 1957                    1871377715

<u>**THIS WAS AN UNLOCKED ENCOUNTER IN eCw**</u>
**Patient Name:**  BRIAN KEITH ALFORD          **DOB:** ███ /1957
**Patient ID:** 395275 **Book And Case No:**  A196744 **Encounter ID:**  4247702
**Facility Name:**  Toledo Correctional Inst.
**Encounter Reason:**
**Encounter Type:**  LAB          **Encounter Staus:**
**Scheduled For:** 2017-05-02 10:45:00 AM - 10:45:00 AM
**Date:** 2017-05-02 **Time In:**  12:00:00 AM **Time Out:**  12:00:00 AM
<u>**Provider:**</u> Trina M Bottorff-CNP**Provider ID:**  463106
-------------------------------------------------------------------------
undefined **Assessments**
-------------------------------------------------------------------------
1. Cardiac / Hypertension - CLI1    Clinical Status - Unchanged,Clinical
Status-Stable,Degree of Control-Good F/U 180 Days
2. Liver Disease - CLI9    Clinical Status - Unchanged,Clinical Status-Stable
-------------------------------------------------------------------------
 undefined ---------------------------------------
**Lab Data**
**Type:**  Labs - Lipid Panel With LDL/HDL Ratio
**Reason:** Received-LabcorpOG

This data has been migrated from eCw

DRC000914

ODRC                                                                        8/8/2023

,                                                         eCw Encounter: 4247703
                                                          Date of Service: 5/2/2017

**BRIAN KEITH ALFORD**
Male DOB: ██████, 1957                        1871377715

<u>**THIS WAS AN UNLOCKED ENCOUNTER IN eCw**</u>
**Patient Name:**  BRIAN KEITH ALFORD          **DOB:** ██████/1957
**Patient ID:** 395275 **Book And Case No:**  A196744 **Encounter ID:**  4247703
**Facility Name:**  Toledo Correctional Inst.
**Encounter Reason:**
**Encounter Type:**  LAB            **Encounter Staus:**
**Scheduled For:** 2017-05-02 10:45:00 AM - 10:45:00 AM
**Date:** 2017-05-02 **Time In:**  12:00:00 AM **Time Out:**  12:00:00 AM
<u>**Provider:**</u> Trina M Bottorff-CNP**Provider ID:**  463106
-------------------------------------------------------------------------
undefined **Assessments**
-------------------------------------------------------------------------
1. Cardiac / Hypertension - CLI1    Clinical Status - Unchanged,Clinical
Status-Stable,Degree of Control-Good F/U 180 Days
2. Liver Disease - CLI9    Clinical Status - Unchanged,Clinical Status-Stable
-------------------------------------------------------------------------
 undefined ----------------------------------------
**Lab Data**
**Type:**  Labs - Microalb/Creat Ratio, Randm Ur
**Reason:** Received-LabcorpOG


This data has been migrated from eCw

DRC000915

ODRC                                                                    8/8/2023

,                                                          eCw Encounter: 6388779
                                                           Date of Service: 3/5/2018

**BRIAN KEITH ALFORD**
Male DOB: ███ , 1957                          1871377715

**THIS WAS AN UNLOCKED ENCOUNTER IN eCw**
**Patient Name:** BRIAN KEITH ALFORD        **DOB:** ███/1957
**Patient ID:** 395275 **Book And Case No:** A196744 **Encounter ID:** 6388779
**Facility Name:** Toledo Correctional Inst.
**Encounter Reason:**
**Encounter Type:** LAB            **Encounter Staus:**
**Scheduled For:** 2018-03-05 12:28:00 PM - 12:28:00 PM
**Date:** 2018-03-05 **Time In:** 12:00:00 AM **Time Out:** 12:00:00 AM
**Provider:** David C Conley-CNP **Provider ID:** 470221
-----------------------------------------------------------------------
undefined **Assessments**
-----------------------------------------------------------------------
1. Liver Disease - CLI9
2. Cardiac / Hypertension - CLI1
3. Unspecified viral hepatitis without mention of hepatic coma - 070.9
4. Unspecified essential hypertension - 401.9
-----------------------------------------------------------------------
 undefined ---------------------------------------
**Lab Data**
**Type:** Labs - APRI Panel

This data has been migrated from eCw

1 of 1

DRC000916

**ODRC**                                                                                    8/8/2023

,                                                                                    eCw Encounter: 6388780
                                                                                     Date of Service: 3/5/2018

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                          1871377715

<u>**THIS WAS AN UNLOCKED ENCOUNTER IN eCw**</u>
**Patient Name:**  BRIAN KEITH ALFORD          **DOB:**  ████/1957
**Patient ID:**  395275 **Book And Case No:**  A196744 **Encounter ID:**  6388780
**Facility Name:**  Toledo Correctional Inst.
**Encounter Reason:**
**Encounter Type:**  LAB          **Encounter Staus:**
**Scheduled For:** 2018-03-05 12:28:00 PM - 12:28:00 PM
**Date:** 2018-03-05 **Time In:**  12:00:00 AM **Time Out:**  12:00:00 AM
<u>**Provider:**</u> David C Conley-CNP **Provider ID:**  470221
------------------------------------------------------------------------
undefined **Assessments**
------------------------------------------------------------------------
1. Liver Disease - CLI9
2. Cardiac / Hypertension - CLI1
3. Unspecified viral hepatitis without mention of hepatic coma - 070.9
4. Unspecified essential hypertension - 401.9
------------------------------------------------------------------------
 undefined ---------------------------------------
**Lab Data**
**Type:**  Labs - Hepatic Function Panel (7)


This data has been migrated from eCw

DRC000917

**ODRC**                                                                     8/8/2023

,                                                                eCw Encounter: 8932038
                                                                  Date of Service: 8/21/2018

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                        1871377715

<u>**THIS WAS AN UNLOCKED ENCOUNTER IN eCw**</u>
**Patient Name:** BRIAN KEITH ALFORD          **DOB:** ███/1957
**Patient ID:** 395275 **Book And Case No:** A196744 **Encounter ID:** 8932038
**Facility Name:** Toledo Correctional Inst.
**Encounter Reason:**
**Encounter Type:** LAB          **Encounter Staus:**
**Scheduled For:** 2018-08-21 02:57:00 PM - 02:57:00 PM
**Date:** 2018-08-21 **Time In:** 12:00:00 AM **Time Out:** 12:00:00 AM
<u>**Provider:**</u> Mark A Bigler, MD **Provider ID:** 517238
-----------------------------------------------------------------------
undefinedundefined <u>**Assessments**</u>
-----------------------------------------------------------------------
1. Cough - 786.2
2. Other states following surgery of eye and adnexa - V45.69
3. Lattice degeneration of peripheral retina - 362.63
4. Carpal tunnel syndrome - 354.0
5. Injury to ulnar nerve - 955.2
-----------------------------------------------------------------------
 undefined --------------------------------------
**Lab Data**
**Type:** Labs - Histoplasma Urinary Antigen
**Reason:** Received-LabcorpOG

This data has been migrated from eCw

1 of 1

DRC000918

**ODRC**                                                                      8/8/2023

,                                                                    eCw Encounter: 8932103
Date of Service: 8/21/2018

**BRIAN KEITH ALFORD**
Male DOB: ███ , 1957                          1871377715

<u>**THIS WAS AN UNLOCKED ENCOUNTER IN eCw**</u>
**Patient Name:** BRIAN KEITH ALFORD          **DOB:** ███ /1957
**Patient ID:** 395275 **Book And Case No:** A196744 **Encounter ID:** 8932103
**Facility Name:** Toledo Correctional Inst.
**Encounter Reason:**
**Encounter Type:** LAB          **Encounter Staus:**
**Scheduled For:** 2018-08-21 03:00:00 PM - 03:00:00 PM
**Date:** 2018-08-21 **Time In:** 12:00:00 AM **Time Out:** 12:00:00 AM
<u>**Provider:**</u> Mark A Bigler, MD **Provider ID:** 517238
-------------------------------------------------------------------------
undefinedundefined **Assessments**
-------------------------------------------------------------------------
1. Cough - 786.2
2. Other states following surgery of eye and adnexa - V45.69
3. Lattice degeneration of peripheral retina - 362.63
4. Carpal tunnel syndrome - 354.0
5. Injury to ulnar nerve - 955.2
-------------------------------------------------------------------------
 undefined ---------------------------------------
**Lab Data**
**Type:** X Rays - CHEST 2 VWS
**Reason:** Received -Radiology

This data has been migrated from eCw

DRC000919

**ODRC**                                                              8/8/2023

,                                                          eCw Encounter: 7724692
                                                      Date of Service: 8/29/2018

**BRIAN KEITH ALFORD**
Male DOB: ███ , 1957                    1871377715

<u>**THIS WAS AN UNLOCKED ENCOUNTER IN eCw**</u>
**Patient Name:**  BRIAN KEITH ALFORD          **DOB:** ███ /1957
**Patient ID:** 395275 **Book And Case No:**  A196744 **Encounter ID:**  7724692
**Facility Name:**  Toledo Correctional Inst.
**Encounter Reason:**
**Encounter Type:**  LAB          **Encounter Staus:**
**Scheduled For:** 2018-08-29 02:02:00 PM - 02:02:00 PM
**Date:** 2018-08-29 **Time In:**  12:00:00 AM **Time Out:**  12:00:00 AM
<u>**Provider:**</u> Candy M Babb, CNP **Provider ID:**  511061
------------------------------------------------------------------------
undefinedundefined <u>**Assessments**</u>
------------------------------------------------------------------------
1. Cough - 786.2
2. Cardiac / Hypertension - CLI1    Clinical Status-Stable,Degree of Control-Good F/U 180 Days
3. Unspecified essential hypertension - 401.9
4. Other states following surgery of eye and adnexa - V45.69
5. Lattice degeneration of peripheral retina - 362.63
6. Liver Disease - CLI9    Clinical Status-Stable,Degree of Control-Good F/U 180 Days
7. Carpal tunnel syndrome - 354.0
8. Unspecified viral hepatitis without mention of hepatic coma - 070.9
9. Injury to ulnar nerve - 955.2
------------------------------------------------------------------------
 undefined ---------------------------------------
**Lab Data**
**Type:** Labs - CBC With Differential
**Reason:** Manually Reconciled - LabcorpOG

This data has been migrated from eCw

1 of 2

DRC000920

**ODRC**                                                                        8/8/2023

'                                                                   eCw Encounter: 7724692
                                                          Date of Service: 8/29/2018

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                 1871377715

DRC000921

**ODRC**                                                                                    8/8/2023

,                                                                          eCw Encounter: 7724695
                                                                      Date of Service: 8/29/2018

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                              1871377715

<u>**THIS WAS AN UNLOCKED ENCOUNTER IN eCw**</u>

**Patient Name:**  BRIAN KEITH ALFORD          **DOB:** ███/1957

**Patient ID:**  395275 **Book And Case No:**  A196744 **Encounter ID:**  7724695

**Facility Name:**  Toledo Correctional Inst.

**Encounter Reason:**

**Encounter Type:**  LAB          **Encounter Staus:**

**Scheduled For:** 2018-08-29 02:02:00 PM - 02:02:00 PM

**Date:** 2018-08-29 **Time In:**  12:00:00 AM **Time Out:**  12:00:00 AM

<u>**Provider:**</u> Candy M Babb, CNP **Provider ID:**  511061

-------------------------------------------------------------------------

undefinedundefined **Assessments**

-------------------------------------------------------------------------

1. Cough - 786.2

2. Cardiac / Hypertension - CLI1    Clinical Status-Stable,Degree of Control-Good F/U 180 Days

3. Unspecified essential hypertension - 401.9

4. Other states following surgery of eye and adnexa - V45.69

5. Lattice degeneration of peripheral retina - 362.63

6. Liver Disease - CLI9    Clinical Status-Stable,Degree of Control-Good F/U 180 Days

7. Carpal tunnel syndrome - 354.0

8. Unspecified viral hepatitis without mention of hepatic coma - 070.9

9. Injury to ulnar nerve - 955.2

-------------------------------------------------------------------------

 undefined --------------------------------------

**Lab Data**

**Type:**  Labs - Comprehensive Metabolic Panel (14)

**Reason:** Manually Reconciled - LabcorpOG

This data has been migrated from eCw

**ODRC**                                                                          8/8/2023

,                                                              eCw Encounter: 7724695
                                                              Date of Service: 8/29/2018

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                  1871377715

**ODRC**                                                                      8/8/2023

,                                                               eCw Encounter: 7724698
                                                               Date of Service: 8/29/2018

**BRIAN KEITH ALFORD**
Male DOB: ▆▆▆ , 1957                         1871377715

<u>**THIS WAS AN UNLOCKED ENCOUNTER IN eCw**</u>
**Patient Name:** BRIAN KEITH ALFORD          **DOB:** ▆▆▆/1957
**Patient ID:** 395275 **Book And Case No:**  A196744 **Encounter ID:** 7724698
**Facility Name:** Toledo Correctional Inst.
**Encounter Reason:**
**Encounter Type:** LAB           **Encounter Staus:**
**Scheduled For:** 2018-08-29 02:02:00 PM - 02:02:00 PM
**Date:** 2018-08-29 **Time In:** 12:00:00 AM **Time Out:** 12:00:00 AM
<u>**Provider:**</u> Candy M Babb, CNP **Provider ID:** 511061
-------------------------------------------------------------------------
undefinedundefined **Assessments**
-------------------------------------------------------------------------
1. Cough - 786.2
2. Cardiac / Hypertension - CLI1    Clinical Status-Stable,Degree of Control-Good F/U 180
Days
3. Unspecified essential hypertension - 401.9
4. Other states following surgery of eye and adnexa - V45.69
5. Lattice degeneration of peripheral retina - 362.63
6. Liver Disease - CLI9    Clinical Status-Stable,Degree of Control-Good F/U 180 Days
7. Carpal tunnel syndrome - 354.0
8. Unspecified viral hepatitis without mention of hepatic coma - 070.9
9. Injury to ulnar nerve - 955.2
-------------------------------------------------------------------------
 undefined ---------------------------------------
**Lab Data**
**Type:** Labs - Hepatic Function Panel (7)
**Reason:** Manually Reconciled - LabcorpOG

This data has been migrated from eCw

DRC000924

**ODRC**

8/8/2023

,

eCw Encounter: 7724698
Date of Service: 8/29/2018

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                1871377715

DRC000925

**ODRC**                                                                                          8/8/2023

,                                                                       eCw Encounter: 7724701
                                                                        Date of Service: 8/29/2018

**BRIAN KEITH ALFORD**
Male DOB: ███ , 1957                              1871377715

<u>**THIS WAS AN UNLOCKED ENCOUNTER IN eCw**</u>
**Patient Name:**  BRIAN KEITH ALFORD              **DOB:** ███/1957
**Patient ID:** 395275 **Book And Case No:** A196744 **Encounter ID:** 7724701
**Facility Name:**  Toledo Correctional Inst.
**Encounter Reason:**
**Encounter Type:**  LAB              **Encounter Staus:**
**Scheduled For:** 2018-08-29 02:02:00 PM - 02:02:00 PM
**Date:** 2018-08-29 **Time In:**  12:00:00 AM **Time Out:**  12:00:00 AM
<u>**Provider:**</u> Candy M Babb, CNP **Provider ID:**  511061
------------------------------------------------------------------------
undefinedundefined <u>**Assessments**</u>
------------------------------------------------------------------------
1. Cough - 786.2
2. Cardiac / Hypertension - CLI1    Clinical Status-Stable,Degree of Control-Good F/U 180 Days
3. Unspecified essential hypertension - 401.9
4. Other states following surgery of eye and adnexa - V45.69
5. Lattice degeneration of peripheral retina - 362.63
6. Liver Disease - CLI9    Clinical Status-Stable,Degree of Control-Good F/U 180 Days
7. Carpal tunnel syndrome - 354.0
8. Unspecified viral hepatitis without mention of hepatic coma - 070.9
9. Injury to ulnar nerve - 955.2
------------------------------------------------------------------------
 undefined ---------------------------------------
**Lab Data**
**Type:** Labs - Lipid Panel With LDL/HDL Ratio
**Reason:** Manually Reconciled - LabcorpOG

This data has been migrated from eCw

**ODRC**                                                                                      8/8/2023

,                                                                          eCw Encounter: 7724701
                                                                    Date of Service: 8/29/2018

**BRIAN KEITH ALFORD**
Male DOB: ███ , 1957                          1871377715

DRC000927

**ODRC**                                                                    8/8/2023

,                                                          eCw Encounter: 10853260
                                                          Date of Service: 3/28/2019

**BRIAN KEITH ALFORD**
Male DOB: ███ , 1957                              1871377715

<u>**THIS WAS AN UNLOCKED ENCOUNTER IN eCw**</u>
**Patient Name:** BRIAN KEITH ALFORD          **DOB:** ███/1957
**Patient ID:** 395275 **Book And Case No:** A196744 **Encounter ID:** 10853260
**Facility Name:** Toledo Correctional Inst.
**Encounter Reason:**
**Encounter Type:** LAB          **Encounter Staus:**
**Scheduled For:** 2019-03-28 03:25:00 PM - 03:25:00 PM
**Date:** 2019-03-28 **Time In:** 12:00:00 AM **Time Out:** 12:00:00 AM
<u>**Provider:**</u> Mark A Bigler, MD **Provider ID:** 517238
-------------------------------------------------------------------------
undefinedundefinedundefined <u>**Assessments**</u>
-------------------------------------------------------------------------

1. Routine general medical examination at health care facility - V70.0
-------------------------------------------------------------------------

 undefined --------------------------------------
**Lab Data**
**Type:** Labs - Glucose, Serum
**Reason:** Received-LabcorpOG

This data has been migrated from eCw

1 of 1

**ODRC**                                                                        8/8/2023

,                                                              eCw Encounter: 10853261
                                                              Date of Service: 3/28/2019

**BRIAN KEITH ALFORD**
Male DOB: ██████ 1957                          1871377715

<u>**THIS WAS AN UNLOCKED ENCOUNTER IN eCw**</u>
**Patient Name:** BRIAN KEITH ALFORD        **DOB:** ██████/1957
**Patient ID:** 395275 **Book And Case No:** A196744 **Encounter ID:** 10853261
**Facility Name:** Toledo Correctional Inst.
**Encounter Reason:**
**Encounter Type:** LAB          **Encounter Staus:**
**Scheduled For:** 2019-03-28 03:25:00 PM - 03:25:00 PM
**Date:** 2019-03-28 **Time In:** 12:00:00 AM **Time Out:** 12:00:00 AM
<u>**Provider:**</u> Mark A Bigler, MD **Provider ID:** 517238
--------------------------------------------------------------------------
undefinedundefinedundefined **Assessments**
--------------------------------------------------------------------------

1. Routine general medical examination at health care facility - V70.0
--------------------------------------------------------------------------
 undefined ---------------------------------------
**Lab Data**
**Type:** Labs - Lipid Panel With LDL/HDL Ratio
**Reason:** Received-LabcorpOG

This data has been migrated from eCw

1 of 1

ODRC                                                                    8/8/2023

,                                                          eCw Encounter: 11120390
                                                           Date of Service: 4/29/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                        1871377715

<u>**THIS WAS AN UNLOCKED ENCOUNTER IN eCw**</u>
**Patient Name:** BRIAN KEITH ALFORD          **DOB:** ███/1957
**Patient ID:** 395275 **Book And Case No:**  A196744 **Encounter ID:**  11120390
**Facility Name:**  Toledo Correctional Inst.
**Encounter Reason:**
**Encounter Type:** LAB          **Encounter Staus:**
**Scheduled For:** 2019-04-29 10:30:00 AM - 10:30:00 AM
**Date:** 2019-04-29 **Time In:**  12:00:00 AM **Time Out:**  12:00:00 AM
<u>**Provider:**</u> Mark A Bigler, MD **Provider ID:**  517238
------------------------------------------------------------------------
undefinedundefinedundefined **<u>Assessments</u>**
------------------------------------------------------------------------

1. Routine general medical examination at health care facility - V70.0
------------------------------------------------------------------------

 undefined --------------------------------------
**Lab Data**
**Type:**  Labs - APRI Panel with Calculations
**Reason:** Received-LabcorpOG

This data has been migrated from eCw

1 of 1

**ODRC**                                                                8/8/2023

,                                                        eCw Encounter: 11219901
                                                    Date of Service: 10/24/2019

**BRIAN KEITH ALFORD**
Male DOB: ███ , 1957                     1871377715

<u>**THIS WAS AN UNLOCKED ENCOUNTER IN eCw**</u>
**Patient Name:** BRIAN KEITH ALFORD          **DOB:** ███/1957
**Patient ID:** 395275 **Book And Case No:** A196744 **Encounter ID:** 11219901
**Facility Name:** Toledo Correctional Inst.
**Encounter Reason:**
**Encounter Type:** LAB          **Encounter Staus:**
**Scheduled For:** 2019-10-24 02:13:00 PM - 02:13:00 PM
**Date:** 2019-10-24 **Time In:** 02:13:00 PM **Time Out:** 02:13:00 PM
<u>**Provider:**</u> Mark A Bigler, MD **Provider ID:** 517238
------------------------------------------------------------------------
undefinedundefinedundefined <u>**Assessments**</u>
------------------------------------------------------------------------
1. Liver Disease - CLI9    Clinical Status-Worse,Degree of Control-Poor F/U 30 days, HTN,
Hep C
2. Cardiac / Hypertension - CLI1    Clinical Status-Worse,Degree of Control-Poor F/U 30
days, HTN, Hep C
3. Unspecified viral hepatitis C without hepatic coma - 070.70
4. Unspecified essential hypertension - 401.9
------------------------------------------------------------------------
 undefined ---------------------------------------
**Lab Data**
**Type:** Labs - APRI Panel with Calculations

This data has been migrated from eCw

1 of 1

DRC000931

**Toledo Correctional Institution**                                        8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                      "ear pain"
Main: 4197267977                                          Date of Service: 2/26/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

DRC000932

# ALFORD, BRIAN KEIT

**BCI:** ▮▮▮▮  **InmateID:** A1967
**Facility Code:** TOCI  **Housing Area:** A1W 0
61 Y old  Male, DOB▮▮▮▮/1
2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTION, TOLE
OH 43
Home: 419-726-79
Provider: A-Nursing, Default Provid

Telephone Encounter

| | | |
|---|---|---|
| **Answered by** | Hughes-RN, Elizabeth A | Date: 02/26/2 |
| | | Time: 10:24 A |

| | |
|---|---|
| **Caller** | Quartermaster |
| **Reason** | "ear pain" |
| **Message** | Received call that patient is having experiencing extreme ear pain and wants to be seen for emergent sick call |
| **Action Taken** | Hughes-RN,Elizabeth A 02/26/2019 10:26:18 AM EST > pass for 1200 movement for emergent sick call |

Patient: ALFORD, BRIAN KEITH    DOB: ▮▮▮▮1957    Provider: A-Nursing, Default Provider    02/26/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                    OVER 50 PHYSICAL LABS
Main: 4197267977                                    Date of Service: 3/26/2019

**BRIAN KEITH ALFORD**
Male DOB: ███ 1957                    1871377715

1 of 1

DRC000934

# ALFORD, BRIAN KEIT

**BCI:** ▓▓▓ **InmateID:** A1967
**Facility Code:** TOCI  **Housing Area:** A1W 0
61 Y old Male, DOB: ▓▓▓1
2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTION, TOLE
OH 43▓
Home: 419-726-79▓
Provider: Bigler-MD, Mark

Telephone Encounter

**Answered by**    Bigler-MD, Mark A

Date: 03/26/2
Time: 03:24 P

**Reason**    OVER 50 PHYSICAL LABS

## Chief Complaint
1. OVER 50 PHYSICAL LABS

## Current Medications
None

## Mental/Medical History
Corneal Ulcer L eye (8/28/14)
HTN
Retinal Detachment O.S. (8/19/2014)
Cataracts O.S. (5/2015)
HCV (+VL) 2011-1-18
Cataract ext.
Unspecified infective arthritis, site unspecified (resolved 02/02/2017)
Unspecified infective arthritis, site unspecified (resolved 02/02/2017)
Hep B Surface Ab, Qual Reactive (2013-1-2)
Hep A Ab, Total Positive (2011-2-16)

## Allergies/Intolerance
Synalgos-DC: unknown: Allergy
Codeine Phosphate: unknown : Allergy

## Assessments
1. Routine general medical examination at health care facility - V70.0 (Primary)

## Treatment
**1. Routine general medical examination at health care facility**
    LAB: Glucose, Serum (Ordered for 03/28/2019)
    LAB: Lipid Panel With LDL/HDL Ratio (Ordered for 03/28/2019)

Patient: ALFORD, BRIAN KEITH   DOB: ▓▓▓/1957   Provider: Bigler-MD, Mark A   03/26/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

DRC000935

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                  CHK cold symptoms
Main: 4197267977                                           Date of Service: 1/3/2019

**BRIAN KEITH ALFORD**
Male DOB: ███ 1957                    1871377715

DRC000936

# ALFORD, BRIAN KEITH

**BCI:** ▉▉▉▉  **InmateID:** A196744
**Facility Code:** TOCI  **Housing Area:** A1W 0014
61 Y old Male, DOB: ▉▉▉/1957
2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTION, TOLEDO, OH-43608
Home: 419-726-7977

Guarantor: ALFORD, BRIAN KEITH

Appointment Facility: Toledo Correctional Inst.

---

01/03/2019 | Progress Note: Default Provider A-Nursing

## Chief Complaint
1. Cold symptoms

## History of Present Illness
NAF - Respiratory Complaints:
   History of Presenting Illness:  , Onset:  off and on for about a month, Symptoms:  pressure in ears, runny/stuffy nose, cough. Significant Medical History:   , Recent inhaler use  No, Number of nighttime awakenings with asthma  2, Documented weight loss  No, Tobacco use  No, Asthma/COPD  No, History of TB infection  No, Diabetes  No, Cardiac disease  No, HIV disease  No, Splenectomy  No, Allergic rhinitis  No. Objective/Physical Assessment: , Respiratory assessment:  pulse oximeter within normal limits, General Appearance:  WNL, Chest/Lungs:  clear, no rales/rhonchi. Nursing Assessment: , Nursing Diagnosis:  altration in comfort r/t upper airway irritation, Additional Assessment notes:  Pt complais of ongoing cold/uri complaints. Pt denies sputum, describes cough with sore throat runny/stuffy nose pressure in ears.. Nursing Care Plan:   , Nursing Interventions-  Respiratory and heart rate determined, Temperature, blood pressure, pulse oximeter reading checked, Patient referred to commissary for OTC comfort medications Pt given Chlorphen 1 tab Q 4-6hours as needed X 3 days, Medproxen 220mg BID X 3 days, 1 bottle of Tussin cough syrup 2TSP Q4 hours as needed for cough.. Patient Education: , Patient verbalizes understanding of-  Importance of fluid intake to keep secretions liquified, Cough hygiene (turn head, use tissue, disposal of tissue, Importance of good hygiene, hand washing, Rest/avoid fatigue. Disposition: , Action taken-  No restrictions on activities, Advanced provider appointment: 01/03/2019.

## Vital Signs

| Temp | | |
|---|---|---|
| 97.9 | 01/03/2019 09:33:29 AM | Shiloh Schwab-LPN |
| **Pulse Radial** | | |
| 82 | 01/03/2019 09:33:29 AM | Shiloh Schwab-LPN |
| **RR** | | |
| 15 | 01/03/2019 09:33:29 AM | Shiloh Schwab-LPN |
| **BP Check** | | |
| 137/92 | 01/03/2019 09:33:29 AM | Shiloh Schwab-LPN |
| **SpO2** | | |
| 97 | 01/03/2019 09:33:29 AM | Shiloh Schwab-LPN |
| **Ht** | | |
| 74 | 01/03/2019 09:33:29 AM | Shiloh Schwab-LPN |
| **Wt** | | |

## Current Medications
None

## Mental/Medical History
Corneal Ulcer L eye (8/28/14)
HTN
Retinal Detachment O.S. (8/19/2014)
Cataracts O.S. (5/2015)
HCV (+VL) 2011-1-18
Cataract ext.
Unspecified infective arthritis, site unspecified (resolved 02/02/2017)
Unspecified infective arthritis, site unspecified (resolved 02/02/2017)
Hep B Surface Ab, Qual Reactive (2013-1-2)
Hep A Ab, Total Positive (2011-2-16)

## Allergies/Intolerance
Synalgos-DC: unknown: Allergy
Codeine Phosphate: unknown : Allergy

DRC000937

| | | |
|---|---|---|
| 214.4 | 01/03/2019 09:33:29 AM | Shiloh Schwa<br>LPN |
| **BMI** | | |
| 27.52 | 01/03/2019 09:33:29 AM | Shiloh Schwa<br>LPN |

Electronically signed by Dennis Seger-TWL QIC , DJS on 01/03/2019 at 10:16 A
EST

Sign off status: Completed

Toledo Correctional Inst.
2001 E. Central Avenue
Toledo, OH 43608
Tel: 419-729-0516
Fax:

Patient: ALFORD, BRIAN KEITH    DOB: ████ 1957    Progress Note: Default Provider A-Nursing    01/03/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

DRC000938

**Toledo Correctional Institution**                                        8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                    CHK cold sx
Main: 4197267977                                     Date of Service: 1/31/2019

**BRIAN KEITH ALFORD**
Male DOB: ████ 1957                    1871377715

DRC000939

# ALFORD, BRIAN KEITH

**BCI:** ▮▮▮▮  **InmateID:** A196744
**Facility Code:** TOCI  **Housing Area:** A1W 0014
61 Y old Male, DOB: ▮▮▮▮ 1957
2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTION, TOLEDO, OH-43608
Home: 419-726-7977

Guarantor: ALFORD, BRIAN KEITH

Appointment Facility: Toledo Correctional Inst.

---

01/31/2019                                    Progress Note: Default Provider A-Nursing

## Chief Complaint
1. Cold sx

## History of Present Illness
NSG/RT/PT- SOAP:

Subjective Pt complains of cough and congestion. States that he was on ABX earlier this month for URI.. Objective Pt does not appear to be in any distress, lungs are clear on auscultation. No cough noted during exam.. Nursing Assessment alteration in comfort r/t cold symptoms.. Plan Naproxen 220mg BID as needed, Tussin Syrup q 4-6 hours as needed for cough, Chlorphen q 4-6 hours as needed, pt voiced ynderstanding to increase fluids and rest. Pt advised to purchase OTC cold remedies from comissary as needed.

## Vital Signs

| Temp | | |
|---|---|---|
| 97.5 | 01/31/2019 08:48:42 AM | Dennis Seger-TWL QIC |
| **Pulse Radial** | | |
| 81 | 01/31/2019 08:48:42 AM | Dennis Seger-TWL QIC |
| **RR** | | |
| 16 | 01/31/2019 08:48:42 AM | Dennis Seger-TWL QIC |
| **BP Check** | | |
| 132/85 | 01/31/2019 08:48:42 AM | Dennis Seger-TWL QIC |
| **SpO2** | | |
| 97 | 01/31/2019 08:48:42 AM | Dennis Seger-TWL QIC |
| **Ht** | | |
| 74 | 01/31/2019 08:48:42 AM | Dennis Seger-TWL QIC |
| **Wt** | | |
| 217.0 | 01/31/2019 08:48:42 AM | Dennis Seger-TWL QIC |
| **BMI** | | |
| 27.86 | 01/31/2019 08:48:42 AM | Dennis Seger-TWL QIC |

## Current Medications
None

## Mental/Medical History
Corneal Ulcer L eye (8/28/14)
HTN
Retinal Detachment O.S. (8/19/2014)
Cataracts O.S. (5/2015)
HCV (+VL) 2011-1-18
Cataract ext.
Unspecified infective arthritis, site unspecified (resolved 02/02/2017)
Unspecified infective arthritis, site unspecified (resolved 02/02/2017)
Hep B Surface Ab, Qual Reactive (2013-1-2)
Hep A Ab, Total Positive (2011-2-16)

## Allergies/Intolerance

Synalgos-DC: unknown: Allergy
Codeine Phosphate: unknown : Allergy

Electronically signed by Dennis Seger-TWL QIC , DJS on 01/31/2019 at 08:57 A
EST

Sign off status: Completed

Toledo Correctional Inst.
2001 E. Central Avenue
Toledo, OH 43608
Tel: 419-729-0516
Fax:

Patient: ALFORD, BRIAN KEITH    DOB:███/1957    Progress Note: Default Provider A-Nursing    01/31/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

DRC000941

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                    CANC headache, runny nose
Main: 4197267977                                    Date of Service: 2/8/2019

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                    1871377715

1 of 1

DRC000942

# ALFORD, BRIAN KEIT

**BCI:** ▮  **InmateID:** A1967
**Facility Code:** TOCI **Housing Area:** A1W 0
61 Y old Male, DOB: ▮ 1
2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTION, TOLE
OH-43
Home: 419-726-79

Guarantor: ALFORD, BRIAN KEITH

Appointment Facility: Toledo Correctional I

---

02/08/2019                                                    Progress Note: Default Provider A-Nurs

## Chief Complaint

1. Headache, runny nose
2. Pt came to medical and refused appt

**Current Medications**
None

**Mental/Medical History**
Corneal Ulcer L eye (8/28/14)
HTN
Retinal Detachment O.S. (8/19/2014)
Cataracts O.S. (5/2015)
HCV (+VL) 2011-1-18
Cataract ext.
Unspecified infective arthritis, site
unspecified (resolved 02/02/2017)
Unspecified infective arthritis, site
unspecified (resolved 02/02/2017)
Hep B Surface Ab, Qual Reactive (2013-1-2)
Hep A Ab, Total Positive (2011-2-16)

**Allergies/Intolerance**
Synalgos-DC: unknown: Allergy
Codeine Phosphate: unknown : Allergy

Electronically signed by Melissa Baumgartner-RN , MRB on 02/08/2019 at 08:
AM EST

Sign off status: Completed

---

Toledo Correctional Inst.
2001 E. Central Avenue
Toledo, OH 43608
Tel: 419-729-0516
Fax:

---

**Toledo Correctional Institution**                                     8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                      CHK ear pain
Main: 4197267977                                       Date of Service: 2/26/2019

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                    1871377715

DRC000944

# ALFORD, BRIAN KEITH

**BCI:** ████  **InmateID:** A196744
**Facility Code:** TOCI  **Housing Area:** A1W 0014
61 Y old Male, DOB: ████ 1957
2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTION, TOLEDO, OH-43608
Home: 419-726-7977

Guarantor: ALFORD, BRIAN KEITH

Appointment Facility: Toledo Correctional Inst.

---

02/26/2019

Progress Note: Default Provider A-Nursing

## Chief Complaint
1. Ear pain

## History of Present Illness
NAF - HEENT Complaints:

History of Presenting Illness: , Onset  States last night he noticed that he was having some sinus issues and his left ear and throat were beginning to feel sore. As the day and night went on he was feeling jaw pain while eating and some dizziness every once in a while. States he feels like his blood pressure is up from the pain he is in. Has not tried any over the counter medication or remedies. . Significant Medical History: , Documented weight loss  No, Tobacco use  No, Asthma/COPD No, History of TB infection  No, Diabetes  No, Cardiac disease  Yes, HIV/splenectomy  No, Seasonal allergies  Yes. Objective/Physical Assessment: , Neck: supple; mild or no cervical lymphadenopathy, Throat: slightly reddened, Lungs: Breath sounds clear throughout, Ears: normal, Nose: clear, thin nasal drainage. Nursing Assessment: , Nursing Diagnosis Alteration in comfort R/T cold S/S. Nursing Care Plan: , Referred to ALP-patient has tonsils reddened/ left ear slightly swollen, Nursing Interventions-  patient encouraged to purchase OTC medications from commissary as this is an ongoing issue for him. . Patient Education: , Patient verbalizes understanding of- increasing fluid intake, getting rest. Disposition: , Action taken- No restrictions on activities, Physician/ALP notified: 02/26/2019, Advanced provider appointment: 02/26/2019.

## Vital Signs

| Temp | | |
|---|---|---|
| 98.0 | 02/26/2019 01:01:59 PM | Elizabeth Hughes-RN |
| **Pulse Radial** | | |
| 67 | 02/26/2019 01:01:59 PM | Elizabeth Hughes-RN |
| **RR** | | |
| 16 | 02/26/2019 01:01:59 PM | Elizabeth Hughes-RN |
| **BP Check** | | |
| 147/91 | 02/26/2019 01:01:59 PM | Elizabeth Hughes-RN |
| **SpO2** | | |
| 97 | 02/26/2019 01:01:59 PM | Elizabeth Hughes-RN |
| **Ht** | | |
| 74 | 02/26/2019 01:01:59 PM | Elizabeth Hughes-RN |
| **Wt** | | |
| 215.8 | 02/26/2019 01:01:59 PM | Elizabeth Hughes-RN |
| **BMI** | | |

## Current Medications
None

## Mental/Medical History
Corneal Ulcer L eye (8/28/14)
HTN
Retinal Detachment O.S. (8/19/2014)
Cataracts O.S. (5/2015)
HCV (+VL) 2011-1-18
Cataract ext.
Unspecified infective arthritis, site unspecified (resolved 02/02/2017)
Unspecified infective arthritis, site unspecified (resolved 02/02/2017)

Hep B Surface Ab, Qual Reactive (2013-1-2)
Hep A Ab, Total Positive (2011-2-16)

## Allergies/Intolerance
Synalgos-DC: unknown: Allergy
Codeine Phosphate: unknown : Allergy

DRC000945

| 27.70 | 02/26/2019 01:01:59 PM | Elizabeth Hughes RN |

Electronically signed by Elizabeth Hughes-RN , EAP on 02/26/2019 at 01:16 PM EST

Sign off status: Completed

Toledo Correctional Inst.
2001 E. Central Avenue
Toledo, OH 43608
Tel: 419-729-0516
Fax:

Patient: ALFORD, BRIAN KEITH   DOB:████1957   Progress Note: Default Provider A-Nursing   02/26/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

DRC000946

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                      CHK cold sx
Main: 4197267977                                          Date of Service: 3/21/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                          1871377715

DRC000947

# ALFORD, BRIAN KEITH

**BCI:** ▮▮▮▮  **InmateID:** A196744
**Facility Code:** TOCI  **Housing Area:** A1W 0014
61 Y old Male, DOB: ▮▮▮▮/1957
2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTION, TOLEDO, OH-43608
Home: 419-726-7977

Guarantor: ALFORD, BRIAN KEITH

Appointment Facility: Toledo Correctional Inst.

03/21/2019     Progress Note: Default Provider A-Nursing

## Chief Complaint
1. Cold sx
2. Leg/hip pain, jaw pain. loss of vision in his right eye

## History of Present Illness
NSG/RT/PT- SOAP:

Subjective Pt has a variety of complaints at sick call today including sore throat, heartburn, runny nose, stuffy nose, left hip and leg pain causing pain when ambulating, worsening of vision in his right eye, "floater in left eye" and possible cavity, complains of ear pain/jaw pain . Objective pt does not appear to be in any distress, walks with a slight limp, states that he cannot afford to buy OTC medications. Pt left ear checked no signs of infection note, pt has a filling in the upper left that appears to have new decay noted.. Nursing Assessment Risk for activity intolerance related to multiple complaints. Plan will refer to ALPs.

## Vital Signs

| Temp | | |
|---|---|---|
| 98.0 | 03/21/2019 08:35:49 AM | Dennis Seger-TWL QIC |
| **Pulse Radial** | | |
| 74 | 03/21/2019 08:35:49 AM | Dennis Seger-TWL QIC |
| **RR** | | |
| 16 | 03/21/2019 08:35:49 AM | Dennis Seger-TWL QIC |
| **BP Check** | | |
| 131/91 | 03/21/2019 08:35:49 AM | Dennis Seger-TWL QIC |
| **SpO2** | | |
| 97 | 03/21/2019 08:35:49 AM | Dennis Seger-TWL QIC |
| **Ht** | | |
| 74 | 03/21/2019 08:35:49 AM | Dennis Seger-TWL QIC |
| **Wt** | | |
| 210.6 | 03/21/2019 08:35:49 AM | Dennis Seger-TWL QIC |
| **BMI** | | |
| 27.04 | 03/21/2019 08:35:49 AM | Dennis Seger-TWL QIC |

## Current Medications
None

## Mental/Medical History
Corneal Ulcer L eye (8/28/14)
HTN
Retinal Detachment O.S. (8/19/2014)
Cataracts O.S. (5/2015)
HCV (+VL) 2011-1-18
Cataract ext.
Unspecified infective arthritis, site unspecified (resolved 02/02/2017)
Unspecified infective arthritis, site unspecified (resolved 02/02/2017)
Hep B Surface Ab, Qual Reactive (2013-1-2)
Hep A Ab, Total Positive (2011-2-16)

## Allergies/Intolerance
Synalgos-DC: unknown: Allergy
Codeine Phosphate: unknown : Allergy

DRC000948

Electronically signed by Dennis Seger-TWL QIC , DJS on 03/21/2019 at 02:01 F
EDT

Sign off status: Completed

Toledo Correctional Inst.
2001 E. Central Avenue
Toledo, OH 43608
Tel: 419-729-0516
Fax:

Patient: ALFORD, BRIAN KEITH     DOB: ███ 1957     Progress Note: Default Provider A-Nursing     03/21/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

DRC000949

**Toledo Correctional Institution**                                              8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                              CHK     Offer > 50 Physical
Main: 4197267977                                              Date of Service: 3/26/2019

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                    1871377715

1 of 1

DRC000950

# ALFORD, BRIAN KEITH

**BCI:** ▮▮▮▮▮▮  **InmateID:** A196744
**Facility Code:** TOCI  **Housing Area:** A1W 0014
61 Y old Male, DOB: ▮▮▮▮ 1957
2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTION, TOLEDO, OH-43608
Home: 419-726-7977

Guarantor: ALFORD, BRIAN KEITH

Appointment Facility : Toledo Correctional Inst.

03/26/2019        Progress Note: Default Provider A-Nursing

## Chief Complaint
1. Offer > 50 Physical
2. Consent signed, Occult cards given, action to CMO for labs, DSC appt made for physical

## Vital Signs

| Temp | | |
|---|---|---|
| 97.9 | 03/26/2019 09:03:26 AM | Brian Weber-RN |
| **Pulse Radial** | | |
| 65 | 03/26/2019 09:03:26 AM | Brian Weber-RN |
| **RR** | | |
| 18 | 03/26/2019 09:03:26 AM | Brian Weber-RN |
| **BP Check** | | |
| 132/86 | 03/26/2019 09:03:26 AM | Brian Weber-RN |
| **SpO2** | | |
| 99% | 03/26/2019 09:03:26 AM | Brian Weber-RN |
| **Ht** | | |
| 74 | 03/26/2019 09:03:26 AM | Brian Weber-RN |
| **Wt** | | |
| 215.6 | 03/26/2019 09:03:26 AM | Brian Weber-RN |
| **BMI** | | |
| 27.68 | 03/26/2019 09:03:26 AM | Brian Weber-RN |

## Current Medications
None

## Mental/Medical History
Corneal Ulcer L eye (8/28/14)
HTN
Retinal Detachment O.S. (8/19/2014)
Cataracts O.S. (5/2015)
HCV (+VL) 2011-1-18
Cataract ext.
Unspecified infective arthritis, site unspecified (resolved 02/02/2017)
Unspecified infective arthritis, site unspecified (resolved 02/02/2017)
Hep B Surface Ab, Qual Reactive (2013-1-2)
Hep A Ab, Total Positive (2011-2-16)

## Allergies/Intolerance
Synalgos-DC: unknown: Allergy
Codeine Phosphate: unknown : Allergy

## Labs
Lab: Stool for Occult blood

Electronically signed by Brian Weber-RN , BPW on 03/26/2019 at 09:04 AM E
Sign off status: Completed

Toledo Correctional Inst.
2001 E. Central Avenue
Toledo, OH 43608
Tel: 419-729-0516
Fax:

Patient: ALFORD, BRIAN KEITH   DOB:███1957   Progress Note: Default Provider A-Nursing   03/26/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

DRC000952

**Toledo Correctional Institution**                                      8/8/2023
2001 East Central Avenue
Toledo, OH 43608                            CHK      Eye Exam/Distorted vision
Main: 4197267977                                     Date of Service: 5/22/2019

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                 1871377715

DRC000953

# ALFORD, BRIAN KEITH

**BCI:** ▬▬▬  **InmateID:** A196744
**Facility Code:** TOCI **Housing Area:** A1W 0014
62 Y old Male, DOB: ▬▬▬ 1957
2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTION, TOLEDO, OH-43608
Home: 419-726-7977

Guarantor: ALFORD, BRIAN KEITH

Appointment Facility: Toledo Correctional Inst.

---

05/22/2019 | Progress Note: Default Provider A-Nursing

## Chief Complaint
1. Eye Exam/Distorted vision

## History of Present Illness
NSG/RT/PT- SOAP:

Subjective Per HSR, pt reports bright, solid, yellow object in the right field of vision (new), whether eye is open or closed. Also, he reports minor discharge/drainage from left eye that is altering his vision. Pt relates the spot in the right eye "like I was looking into a bright light and then see a spot in the middle of my eye when I look away or close my eyes.". Objective Per optometry notes last visit (April 2019), pt has an extensive eye history including cataract surgery to both eyes. He is currently on several drops per optometry and scheduled to return to see Dr Shoemaker in September. No active drainage or redness noted to left eye at time of assessment. Nursing Assessment Risk for injury r/t poor vision. Plan Per new reports of symptoms and last optometry notes, pt will be scheduled to see Dr Shoemaker at his next appointment to the institution, and not wait until Sept. Action sent to HIT Sievert to schedule pt for June visit by optometry.

## Vital Signs

| Temp | | |
|---|---|---|
| 97.9 | 05/22/2019 08:36:24 AM | Brian Weber-RN |
| **Pulse Radial** | | |
| 64 | 05/22/2019 08:36:24 AM | Brian Weber-RN |
| **RR** | | |
| 16 | 05/22/2019 08:36:24 AM | Brian Weber-RN |
| **BP Check** | | |
| 128/77 | 05/22/2019 08:36:24 AM | Brian Weber-RN |
| **SpO2** | | |
| 97% | 05/22/2019 08:36:24 AM | Brian Weber-RN |
| **Ht** | | |
| 74 | 05/22/2019 08:36:24 AM | Brian Weber-RN |
| **Wt** | | |
| 210.6 | 05/22/2019 08:36:24 AM | Brian Weber-RN |
| **BMI** | | |
| 27.04 | 05/22/2019 08:36:24 AM | Brian Weber-RN |

## Current Medications
None

## Mental/Medical History
Corneal Ulcer L eye (8/28/14)
HTN
Retinal Detachment O.S. (8/19/2014)
Cataracts O.S. (5/2015)
HCV (+VL) 2011-1-18
Cataract ext.
Unspecified infective arthritis, site unspecified (resolved 02/02/2017)
Unspecified infective arthritis, site unspecified (resolved 02/02/2017)
Hep B Surface Ab, Qual Reactive (2013-1-2)
Hep A Ab, Total Positive (2011-2-16)
State he was exposed to hazardous refrigerants, on the job, 2/5/2013 to 10/8/2013,
Unspecified viral hepatitis without mention of hepatic coma
Unspecified viral hepatitis without mention of hepatic coma

Unspecified infective arthritis, site unspecified (resolved 02/02/2017)

## Allergies/Intolerance
Synalgos-DC: unknown: Allergy

DRC000954

Electronically signed by Brian Weber-RN , BPW on 05/22/2019 at 08:38 AM EI

Sign off status: Completed

Toledo Correctional Inst.
2001 E. Central Avenue
Toledo, OH 43608
Tel: 419-729-0516
Fax:

Patient: ALFORD, BRIAN KEITH    DOB: ███ 1957    Progress Note: Default Provider A-Nursing    05/22/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

DRC000955

**Toledo Correctional Institution**                                        8/8/2023
2001 East Central Avenue
Toledo, OH 43608                        CHK      Athlete's foot/Severe Allergy problems
Main: 4197267977                                      Date of Service: 6/3/2019

**BRIAN KEITH ALFORD**
Male DOB: ▮▮▮▮ 1957                      1871377715

DRC000956

# ALFORD, BRIAN KEITH

**BCI:** [redacted]  **InmateID:** A196744
**Facility Code:** TOCI  **Housing Area:** A1W 0014
62 Y old  Male, DOB: [redacted] 1957
2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTION, TOLEDO, OH-43608
Home: 419-726-7977

Guarantor: ALFORD, BRIAN KEITH

Appointment Facility: Toledo Correctional Inst.

---

06/03/2019 | Progress Note: Default Provider A-Nursing

## Chief Complaint
1. Athlete's foot/Severe Allergy problems

## History of Present Illness
NAF - Skin Complaints:

    History of Presenting Illness:   , Onset -add other notes Pt has noted a dry, cracking type rash to bilat feet for the past few weeks, since he has been volunteering in food service for Ramadan coverage, Location  both feet, toes, Relieved by  Pt has not tried to use any meds for relief, Symptoms  dry scaly patches. Significant Medical History:   , Allergies  Yes, Asthma  No, Diabetes  No, Chemical exposure  No, Exposure to parasites  No, Eczema  No, Medications  Yes, Peripheral vascular disease  No, Psoriasis  No, Recent tattoos  No, Hives / Rashes  Yes, Staph Infection  No. Objective/Physical Assessment: , Appearance/Skin: red, dry flaky skin visualized between toes, on heels of feet, under toes on both feet, Respiratory/ Lungs: lungs clear to auscultation. Nursing Assessment:   , Nursing Diagnosis:  Impaired Skin Integrity R/T: fungal infection. Nursing Care Plan:   , Nursing Interventions-  affected area soaked in cold water for several minutes (if <45 minutes since burn injury), cleansed with mild soap and water, aloe gel applied for pain relief, patient referred to commissary for OTC comfort medications Pt provided with OTC anti-fungal infection and is reminded to purchase allergy meds from commissary or discuss long term plan with ALP at next CCC visit. Patient Education:   , Patient verbalizes understanding of- signs and symptoms of infection, returning to clinic if signs and symptoms of infection appear, maintaining good hygiene/handwashing, returning to sick call if symptoms do not improve in 14 days, do not pick at affected area, take/apply medications as prescribed, avoid irritating soaps and detergents, keep affected area warm and dry, apply cool compresses to reduce itching. Disposition:   , Action taken-  No restrictions on activities, Return to clinic if no improvement by:  06/11/2019.

## Current Medications
None

## Mental/Medical History
Corneal Ulcer L eye (8/28/14)
HTN
Retinal Detachment O.S. (8/19/2014)
Cataracts O.S. (5/2015)

HCV (+VL) 2011-1-18

Cataract ext.
Unspecified infective arthritis, site unspecified (resolved 02/02/2017)
Unspecified infective arthritis, site unspecified (resolved 02/02/2017)
Hep B Surface Ab, Qual Reactive (2013-1-2)
Hep A Ab, Total Positive (2011-2-16)
State he was exposed to hazardous refrigerants, on the job, 2/5/2013 to 10/8/2013,
Unspecified viral hepatitis without mention of hepatic coma
Unspecified viral hepatitis without mention of hepatic coma

## Vital Signs

| Temp | | |
|---|---|---|
| 98.1 | 06/03/2019 10:07:03 AM | Brian Weber-RN |
| **Pulse Radial** | | |
| 68 | 06/03/2019 10:07:03 AM | Brian Weber-RN |
| **RR** | | |
| 16 | 06/03/2019 10:07:03 AM | Brian Weber-RN |
| **BP Check** | | |
| 118/80 | 06/03/2019 10:07:03 AM | Brian Weber-RN |
| **SpO2** | | |
| 97% | 06/03/2019 10:07:03 AM | Brian Weber-RN |
| **Ht** | | |
| 74 | 06/03/2019 10:07:03 AM | Brian Weber- |

Unspecified infective arthritis, site
unspecified (resolved 02/02/2017)

**Allergies/Intolerance**
Synalgos-DC: unknown: Allergy

| | | RN |
|---|---|---|
| **Wt** | | |
| 210.8 | 06/03/2019 10:07:03 AM | Brian Weber RN |
| **BMI** | | |
| 27.06 | 06/03/2019 10:07:03 AM | Brian Weber RN |

Electronically signed by Brian Weber-RN , BPW on 06/03/2019 at 10:29 AM EI

Sign off status: Completed

Toledo Correctional Inst.
2001 E. Central Avenue
Toledo, OH 43608
Tel: 419-729-0516
Fax:

Patient: ALFORD, BRIAN KEITH    DOB: ████ 1957    Progress Note: Default Provider A-Nursing    06/03/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

DRC000958

**ODRC**                                                                    8/8/2023

,                                          Estimated Release Date: 2022-09-01 00:00:00
                                                  Date of Service: 9/14/2020

**BRIAN KEITH ALFORD**
Male DOB: ████ , 1957                        1871377715

DRC000959

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                              CHK CCC HTN HCV
Main: 4197267977                                        Date of Service: 3/8/2019

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                    1871377715

DRC000960

# ALFORD, BRIAN KEITH

**BCI:** ▉▉▉ **InmateID:** A196744
**Facility Code:** TOCI **Housing Area:** A1W 0014
61 Y old Male, DOB: ▉▉▉ 1957
2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTION, TOLEDO, OH-43608
Home: 419-726-7977

Guarantor: ALFORD, BRIAN KEITH

Appointment Facility: Toledo Correctional Inst.

03/08/2019                                      Progress Notes: Candy M Babb, CNP

### Chief Complaint
1. CCC HTN HCV

### History of Present Illness
<u>NSG-CCC Nursing Questions:</u>
   Medication Compliance: 100% - never misses a dose.
   Dietary Compliance: Compliant-patient statess he is eatting state trays.
Appetite is fair to good. .
   Education: Diet-- no restrictions. State Trays.
   , Disease Process complains of ULQ pain. and muscle cramps. Educated on
compliance with medications and medical appts. , Exercise - patient complains of
left hip pain. denies exercise , Tobacco Cessation, ETOH Cessation .
   Medication: No adverse effects.
<u>MED  CCC F/U Liver Disease :</u>
   Interval History:
      New symptoms- *none*
      Is the patient recieving Hep C treatment? *No*
      APRI Score- *0.6*
      Adherence to medical treatment plan- *yes*
      Depression or suicidal thoughts- *no*
      Adherence to dietary plan- *n/a*
      Smoking- *no*
      Exercise- *none*
   Patient Education:
      HCV CCC education provided to patient- *HCV disease process, Treatment
planning and patient responsibilities, Diet and exercise, Tobacco cessation,
Prevention and risk factors, Complications of HCV, Continuity of Care-
Release/Returning to home*
      Advanced directives discussed at this visit? *Yes*
      Action: *Patient does not want an advanced directive.*
<u>MED  CCC F/U Cardiovascular/Hypertension :</u>
   Interval History:
      Chest pain- *no*
      Shortness of Breath- *no*
      Palpitations- *yes*
      Peripheral edema- *no*
      Syncope/dizziness- *yes reported with walking fast*
      Orthopnea- *no*
      Headache- *no*
      Nocturia- *once or twice per night*
      Medication compliance- *good*
      Side effects or problems with medications- *none*
   Patient Education:
      Cardiac/HTN CCC patient education provided- *High blood pressure disease
process/diagnosis, Treatment planning and patient responsibilities, Diet (DASH)
and exercise, Tobacco cessation, Prevention and risk factors, Complications of
Hypertension, Continuity of Care-Release/Returning to home*
      Advanced directives discussed at this visit? *Yes*
      Action: *Patient does not want an advanced directive.*

### Vital Signs

| Temp |
| --- |

DRC000961

| 97.6 | 03/08/2019 12:20:04 PM | Christina Duncan-LPN |
| --- | --- | --- |
| **Pulse Radial** | | |
| 78 | 03/08/2019 12:20:04 PM | Christina Duncan-LPN |
| **RR** | | |
| 16 | 03/08/2019 12:20:04 PM | Christina Duncan-LPN |
| **BP Check** | | |
| 127/81 | 03/08/2019 12:20:04 PM | Christina Duncan-LPN |
| **SpO2** | | |
| 96 | 03/08/2019 12:20:04 PM | Christina Duncan-LPN |
| **Ht** | | |
| 74 | 03/08/2019 12:20:04 PM | Christina Duncan-LPN |
| **Wt** | | |
| 209.6 | 03/08/2019 12:20:04 PM | Christina Duncan-LPN |
| **BMI** | | |
| 26.91 | 03/08/2019 12:20:04 PM | Christina Duncan-LPN |

## Current Medications
None

## Mental/Medical History
Corneal Ulcer L eye (8/28/14)
HTN
Retinal Detachment O.S. (8/19/2014)
Cataracts O.S. (5/2015)
HCV (+VL) 2011-1-18
Cataract ext.
Unspecified infective arthritis, site unspecified (resolved 02/02/2017)
Unspecified infective arthritis, site unspecified (resolved 02/02/2017)
Hep B Surface Ab, Qual Reactive (2013-1-2)
Hep A Ab, Total Positive (2011-2-16)

## Allergies/Intolerance
Synalgos-DC: unknown: Allergy
Codeine Phosphate: unknown : Allergy

Complains of Bilateral ear pain and Left jaw pain ongoing for approx 1 week.

## Examination
General Examination:
    GENERAL APPEARANCE: alert NAD, Gait Steady, Body posture Non antalgic.
    EYES: conjunctiva clear, extra ocular muscles intact (EOMI) bilaterally.
    ORAL CAVITY: moist mucous membranes.
    NECK/THYROID: no carotid bruit, no lymphadenopathy, supple, thyroid normal.
    CARDIOVASCULAR: normal S1 and S2, regular rate and rhythm, no murmur or gallop.
    RESPIRATORY: clear to auscultation bilaterally, no wheezes, rhonchi, rales.
    GASTROINTESTINAL: normal bowels sounds, no guarding, no masses palpated, no tenderness No hepatosplenomegaly.
    NEUROLOGIC EXAM: non-focal exam.
    SKIN: no rash or skin lesions.
    EXTREMITIES: no edema.
    PERIPHERAL PULSES: radial and post tib pulses normal (2+) bilaterally.

## Assessments
1. Liver Disease - CLI9 (Primary), Clinical Status-Stable,Degree of Control-Good F/U 180 Days
2. Unspecified viral hepatitis C without hepatic coma - 070.70
3. Cardiac / Hypertension - CLI1, Clinical Status-Stable,Degree of Control-Good F/U 180 Days
4. Unspecified essential hypertension - 401.9

## Treatment
### 1. Liver Disease
Encouraged to continue coming to CCC HCV appts and allowing lab work. Explained this is how we know when HCV Tx like Harvoni is needed. Continue to avoid hepatotoxic behaviors including drugs and alcohol and tattooing. Education as above and labs reviewed Encouraged to increase oral fluids. Good handwashing promoted .Pt verbalizes understanding of instructions.

### 2. Others
Action Started- NSG - Schedule with ALP

DRC000962

**Follow Up**

6 Months (Reason: CCC HTN HCV Clinical Status-Stable,Degree of Control-Good
F/U 180 Days)

Disposition: General Population

Electronically signed by Candy Babb-CNP on 03/08/2019 at 12:40 PM EST

Sign off status: Completed

Toledo Correctional Inst.
2001 E. Central Avenue
Toledo, OH 43608
Tel: 419-729-0516
Fax:

Patient: ALFORD, BRIAN KEITH    DOB:█████1957    Progress Note: Candy M Babb, CNP    03/08/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

DRC000963

**Toledo Correctional Institution**                                     8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                  CHK CCC HTN HCV
Main: 4197267977                                            Date of Service: 5/7/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

DRC000964

# ALFORD, BRIAN KEITH

**BCI:** ▮▮▮▮▮  **InmateID:** A196744
**Facility Code:** TOCI  **Housing Area:** A1W 0014
62 Y old Male, DOB: ▮▮▮▮ 1957
2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTION, TOLEDO, OH 43608
Home: 419-726-7977

Guarantor: ALFORD, BRIAN KEITH

Appointment Facility: Toledo Correctional Inst.

---

05/07/2019                                    Progress Notes: Mark A Bigler, MD

**Chief Complaint**
1. CCC HTN HCV

**History of Present Illness**
NSG-CCC Nursing Questions:
    Medication Compliance: 100% - never misses a dose also uses Zytrec OTC PRN.
    Dietary Compliance: Compliant with state trays and commissary. ** participating in Ramadan.
    Education: Diet state trays and commissary. Appetite is good. Participating in commissary.
    , Disease Process encouraged compliance with medications and medical appts.
    cardio and Strength training.
    , Tobacco Cessation.
    , ETOH Cessation.
    Medication: No adverse effects.
MED  CCC F/U Liver Disease :
    Interval History:
    New symptoms- *abdominal pain/swelling SHARp pain, LUQ, has some every day*
        Is the patient recieving Hep C treatment? *No*
        APRI Score- *0.4*
        Adherence to medical treatment plan- *yes*
        Depression or suicidal thoughts- *no*
        Adherence to dietary plan- *n/a*
        Smoking- *no*
MED  CCC F/U Cardiovascular/Hypertension :
    CURRENT MEDICATION:
    2019-04-09 LATANOPROST 0.005% DROP(S) 1 GTT INTO OS QHS 5/6/2019 11/4/2019
        2019-04-09 MINERAL OIL/WHITE PETROLATUM 15%/83% OINTMENT APPLY 1/4 INCH STRIP TO OS BID PRN 5/6/2019 8/6/2019
        2018-12-04 POTASSIUM CHLORIDE ER 10 MEQ TABLET(S) 1 QD 5/6/2019 7/1/2019
        2018-12-04 AMLODIPINE BESYLATE 10 MG TABLET(S) 1 QD 5/6/2019 7/1/2019
        2018-12-04 HYDROCHLOROTHIAZIDE 25 MG TABLET(S) 1 QD 5/6/2019 7/1/2019
        2018-12-04 ASPIRIN E.C. 81 MG TABLET(S) 1 QD.
    Interval History:
        Chest pain- *yes, substernal*
        Shortness of Breath- *no*
        Palpitations- *yes feels al little lightheaded when it happens, chest feels a little "lite, no pain, just a weird feeling"*
        Peripheral edema- *no*
        Syncope/dizziness- *yes sometimes aassociated with ear pressure*
        Orthopnea- *no*
        Headache- *infrequent*
        Nocturia- *more than twice per night*
        Medication compliance- *excellent*
        Side effects or problems with medications- *none*

DRC000965

**Current Medications**
None

**Mental/Medical History**
Corneal Ulcer L eye (8/28/14)
HTN
Retinal Detachment O.S. (8/19/2014)
Cataracts O.S. (5/2015)
HCV (+VL) 2011-1-18
Cataract ext.
Unspecified infective arthritis, site
unspecified (resolved 02/02/2017)
Unspecified infective arthritis, site
unspecified (resolved 02/02/2017)
Hep B Surface Ab, Qual Reactive (2013-1-2)
Hep A Ab, Total Positive (2011-2-16)
State he was exposed to hazardous
refrigerants, on the job, 2/5/2013 to
10/8/2013,
Unspecified viral hepatitis without mention
of hepatic coma
Unspecified infective arthritis, site
unspecified (resolved 02/02/2017)

**Allergies/Intolerance**
Synalgos-DC: unknown: Allergy

## Vital Signs

| Temp | | |
|---|---|---|
| 98.6 | 05/07/2019 12:18:59 PM | Christina Duncan-LPN |
| **Pulse Radial** | | |
| 56 | 05/07/2019 12:18:59 PM | Christina Duncan-LPN |
| **RR** | | |
| 16 | 05/07/2019 12:18:59 PM | Christina Duncan-LPN |
| **BP Check** | | |
| 157/92 | 05/07/2019 12:18:59 PM | Christina Duncan-LPN |
| **SpO2** | | |
| 98 | 05/07/2019 12:18:59 PM | Christina Duncan-LPN |
| **Ht** | | |
| 74 | 05/07/2019 12:18:59 PM | Christina Duncan-LPN |
| **Wt** | | |
| 212.4 | 05/07/2019 12:18:59 PM | Christina Duncan-LPN |
| **BMI** | | |
| 27.27 | 05/07/2019 12:18:59 PM | Christina Duncan-LPN |
| **Pain scale** | | |
| 4 | 05/07/2019 12:18:59 PM | Christina Duncan-LPN |

Complains of OS pain.

## Past Orders
APRI Panel with Calculations (Order Date - 04/29/2019)
(Collection Date - 05/01/2019)

| | | | |
|---|---|---|---|
| APRI Index | 0.4 | 0.0-1.5 - | |
| AST (SGOT) | 41 | 0-40 - IU/L H | |
| Platelets | 247 | 150-379 - x10E3/uL | |

## Examination
General Examination:
 GENERAL APPEARANCE: in no acute distress, ambulatory without aids.
 FACE: Within Normal Limits.
 EYES: eyes normal, no discharge, no scleral icterus, extra ocular muscles intact (EOMI) bilaterally.
 NECK/THYROID: no carotid bruit, no lymphadenopathy, supple.
 CARDIOVASCULAR: normal S1 and S2, regular rate and rhythm, no murmur or gallop.
 RESPIRATORY: clear to auscultation bilaterally, no wheezes, rhonchi, rales.
 GASTROINTESTINAL: normal bowels sounds, no guarding, no hepatosplenomegaly, no masses palpated, no tenderness.
 NEUROLOGIC EXAM: non-focal exam.
 EXTREMITIES: no clubbing, no edema.
 LYMPH NODES: normal, supraclavicular node, no cervical adenopathy.

## Assessments
1. Liver Disease - CLI9, Clinical Status-Worse,Degree of Control-Poor F/U 30 days, HTN, Hep C
2. Cardiac / Hypertension - CLI1, Clinical Status-Worse,Degree of Control-Poor F/U 30 days, HTN, Hep C
3. Unspecified viral hepatitis C without hepatic coma - 070.70
4. Unspecified essential hypertension - 401.9

DRC000966

**Treatment**
**1. Unspecified viral hepatitis C without hepatic coma**
　LAB: APRI Panel with Calculations (Ordered for 10/24/2019)
Continue to follow in CCC, f/u 30 days due to poor bp control, repeat APRI in 6
months.
Continue to avoid hepatotoxic behaviors including drugs and alcohol and tattoo
Avoid large doses of tylenol. Patient also educated on new or treatments for
hepatitis C and qualifications for such treatments while in the Department of
Rehabilitation and Correction. Educated on importance of continuity of care an
seeking hepatitis C treatment after release. Pt verbalized understanding and all
questions were answered.

**2. Unspecified essential hypertension**
Will add coreg 6.25 mg bid to regimen, he declined lisinopril due to past cough
and cozaar, will get bp check q week x 3 then f/u.

**3. Others**
Action Started- NSG- Blood Pressure Check
Frequency: Every 1 Weeks until 3 occurences
Action Started- NSG - Schedule with ALP

**Follow Up**
Clinical Status-Worse,Degree of Control-Poor F/U 30 days, HTN, Hep C

Electronically signed by Mark Bigler-MD on 05/07/2019 at 02:17 PM EDT

Sign off status: Completed

Toledo Correctional Inst.
2001 E. Central Avenue
Toledo, OH 43608
Tel: 419-729-0516
Fax:

Patient: ALFORD, BRIAN KEITH　　DOB:████1957　　Progress Note: Mark A Bigler, MD　05/07/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

DRC000967

**Toledo Correctional Institution**                                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                       CHK CCC-HTN, Hep C
Main: 4197267977                                                   Date of Service: 6/4/2019

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                          1871377715

DRC000968

# ALFORD, BRIAN KEITH

**BCI:** ████  **InmateID:** A196744
**Facility Code:** TOCI  **Housing Area:** A1W 0014
62 Y old Male, DOB: ████ 1957
2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTION, TOLEDO, OH-43608
Home: 419-726-7977

Guarantor: ALFORD, BRIAN KEITH

Appointment Facility: Toledo Correctional Inst.

---

06/04/2019                                          Progress Notes: Candy M Babb, CNP

### Chief Complaint
1. CCC-HTN, Hep C

### History of Present Illness
NSG-CCC Nursing Questions:
   Medication Compliance: 100% - never misses a dose medications are KOP.
   Dietary Compliance: Compliant- state trays. .
   Education: Diet encouraged healthy food choices.

   Disease Process encouraged medication compliance and compliance with ALL CCC appts.
   Exercise walks a lot. works as a porter. Will be starting Cardio workout class soon.
   Tobacco Cessation
   ETOH Cessation.
   Medication: No adverse effects.
MED  CCC F/U Liver Disease :
   Interval History:
     New symptoms- *none*
     Is the patient recieving Hep C treatment? *No*
     APRI Score- *0.4*
     Adherence to medical treatment plan- *yes*
     Depression or suicidal thoughts- *no*
     Adherence to dietary plan- *n/a*
     Smoking- *no*
     Exercise- *none*
   Patient Education:
     HCV CCC education provided to patient- *HCV disease process, Treatment planning and patient responsibilities, Diet and exercise, Tobacco cessation, Prevention and risk factors, Complications of HCV, Continuity of Care-Release/Returning to home*
     Advanced directives discussed at this visit? *Yes*
     Action: *Patient does not want an advanced directive.*
MED  CCC F/U Cardiovascular/Hypertension :
   Interval History:
     Chest pain- *no*
     Shortness of Breath- *no*
     Palpitations- *no*
     Peripheral edema- *no*
     Syncope/dizziness- *no*
     Orthopnea- *no*
     Headache- *no*
     Nocturia- *once or twice per night*
     Medication compliance- *good*
     Side effects or problems with medications- *none*
   Patient Education:
     Cardiac/HTN CCC patient education provided- *High blood pressure disease process/diagnosis, Treatment planning and patient responsibilities, Diet (DASH) and exercise, Tobacco cessation, Prevention and risk factors, Complications of Hypertension, Continuity of Care-Release/Returning to home*
     Advanced directives discussed at this visit? *Yes*
     Action: *Patient does not want an advanced directive.*

DRC000969

## Current Medications
None

## Mental/Medical History
Corneal Ulcer L ey e (8/28/14)
HTN
Retinal Detachment O.S. (8/19/2014)
Cataracts O.S. (5/2015)
HCV (+VL) 2011-1-18
Cataract ext.
Unspecified infective arthritis, site
unspecified (resolved 02/02/2017)
Unspecified infective arthritis, site
unspecified (resolved 02/02/2017)
Hep B Surface Ab, Qual Reactive (2013-1-2)
Hep A Ab, Total Positive (2011-2-16)
State he was exposed to hazardous
refrigerants, on the job, 2/5/2013 to
10/8/2013,
Unspecified viral hepatitis without mention
of hepatic coma
Unspecified viral hepatitis without mention
of hepatic coma
Unspecified infective arthritis, site
unspecified (resolved 02/02/2017)

## Allergies/Intolerance
Synalgos-DC: unknown: Allergy

## Vital Signs

| Temp | | |
|---|---|---|
| 97.9 | 06/04/2019 12:10:08 PM | Christina Duncan-LPN |
| **Pulse Radial** | | |
| 67 | 06/04/2019 12:10:08 PM | Christina Duncan-LPN |
| **RR** | | |
| 16 | 06/04/2019 12:10:08 PM | Christina Duncan-LPN |
| **BP Check** | | |
| 125/83 | 06/04/2019 12:10:08 PM | Christina Duncan-LPN |
| **SpO2** | | |
| 97 | 06/04/2019 12:10:08 PM | Christina Duncan-LPN |
| **Ht** | | |
| 74 | 06/04/2019 12:10:08 PM | Christina Duncan-LPN |
| **Wt** | | |
| 212.4 | 06/04/2019 12:10:08 PM | Christina Duncan-LPN |
| **BMI** | | |
| 27.27 | 06/04/2019 12:10:08 PM | Christina Duncan-LPN |
| **Pain scale** | | |
| 0 | 06/04/2019 12:10:08 PM | Christina Duncan-LPN |

## Examination
General Examination:
    GENERAL APPEARANCE: alert NAD Gait Steady, Body Posture non antalgic .
    EYES: conjunctiva clear, extra ocular muscles intact (EOMI) bilaterally.
    ORAL CAVITY: moist mucous membranes.
    NECK/THYROID: no carotid bruit, no lymphadenopathy, supple, thyroid normal .
    CARDIOVASCULAR: normal S1 and S2, regular rate and rhythm, no murmur or gallop.
    RESPIRATORY: clear to auscultation bilaterally, no wheezes, rhonchi, rales.
    GASTROINTESTINAL: normal bowels sounds, no guarding, no masses palpated, no tenderness No hepatosplenomegaly.
    NEUROLOGIC EXAM: CN's II-XII grossly intact.
    SKIN: no rash or skin lesions.
    EXTREMITIES: no edema.
    PERIPHERAL PULSES: Post tib pulses normal (2+) bilaterally.

## Assessments
1. Cardiac / Hypertension - CLI1, Clinical Status-Improved,Degree of Control-Good F/U 90 days
2. Unspecified essential hypertension - 401.9
3. Liver Disease - CLI9, Clinical Status - Unchanged,Degree of Control-Good F/U 90 days
4. Unspecified viral hepatitis C without hepatic coma - 070.70

## Treatment
### 1. Cardiac / Hypertension
Education as above and labs reviewed Encouraged to increase oral fluids. Good handwashing promoted .Pt verbalizes understanding of instructions Reminded pt to refill medications in a timely manner. Reinforced education r/t disease process and risk factors for end organ damage. Continue same medication plan. Labs to

DRC000970

follow PRN. Counseled regarding diet, exercise, weight management and medication compliance. Plan was discussed with pt and all questions answered. Patient verbalizes understanding of education provided.

**2. Liver Disease**
Education as above and labs reviewed Encouraged to increase oral fluids. Good handwashing promoted . Advised ODRC does Tx HCV. Encouraged to continue coming to CCC HCV appts and allowing lab work. Explained this is how we know when HCV Tx like Harvoni is needed. Pt verbalizes understanding of instructions.

**3. Others**
Action Started- NSG - Schedule with ALP

**Follow Up**
3 Months (Reason: CCC HTN, HCV Clinical Status-Improved,Degree of Control-Good F/U 90 days w/ALP)

Disposition: General Population

Electronically signed by Candy Babb-CNP on 06/04/2019 at 12:36 PM EDT

Sign off status: Completed

Toledo Correctional Inst.
2001 E. Central Avenue
Toledo, OH 43608
Tel: 419-729-0516
Fax:

Patient: ALFORD, BRIAN KEITH    DOB:██████1957    Progress Note: Candy M Babb, CNP   06/04/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

DRC000971

**ODRC**                                                                    8/8/2023

,                                                          PEN -    CCC-HTN, Hep C
                                                          Date of Service: 8/23/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                        1871377715

<u>**THIS WAS AN UNLOCKED ENCOUNTER IN eCw**</u>
**Patient Name:** BRIAN KEITH ALFORD          **DOB:** ███/1957
**Patient ID:** 395275 **Book And Case No:** A196744 **Encounter ID:** 11420829
**Facility Name:** Toledo Correctional Inst.
**Encounter Reason:** CCC-HTN, Hep C
**Encounter Type:** CCC F/U     **Encounter Staus:** PEN
**Scheduled For:** 2019-08-23 08:00:00 AM - 08:20:00 AM
**Date:** 2019-08-23 **Time In:** 08:00:00 AM **Time Out:** 08:20:00 AM
<u>**Provider:**</u> Default Group A-Medical **Provider ID:** 225424
-------------------------------------------------------------------------
undefinedundefinedundefinedundefined

This data has been migrated from eCw

1 of 1

**Toledo Correctional Institution**                                          8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                     CHK cold symptoms
Main: 4197267977                                               Date of Service: 1/4/2019

**BRIAN KEITH ALFORD**
Male DOB: ██████ 1957                        1871377715

# ALFORD, BRIAN KEITH

**BCI:** ▮▮▮ **InmateID:** A196744
**Facility Code:** TOCI **Housing Area:** A1W 0014
61 Y old Male, DOB: ▮▮▮ 1957
2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTION, TOLEDO, OH-43608
Home: 419-726-7977

Guarantor: ALFORD, BRIAN KEITH

Appointment Facility: Toledo Correctional Inst.

---

01/04/2019　　　　　　　　　　　　　　　　　　　Progress Notes: Mark A Bigler, MD

## Chief Complaint
1. Cold symptoms

## History of Present Illness
_:
　Little dizziness, pressure in ears, little light headed, little imbalance, last week had right sided ha, c/o some congestion, runny nose, some cough, some tooth pain in front, been going on couple weeks altogether, the pain in the teeth earlier this week or late last week, in front on the left.

## Vital Signs

| Temp | | |
|---|---|---|
| 98.1 | 01/04/2019 01:03:21 PM | Melissa Baumgartner-RN |
| **Pulse Radial** | | |
| 75 | 01/04/2019 01:03:21 PM | Melissa Baumgartner-RN |
| **RR** | | |
| 16 | 01/04/2019 01:03:21 PM | Melissa Baumgartner-RN |
| **BP Check** | | |
| 135/84 | 01/04/2019 01:03:21 PM | Melissa Baumgartner-RN |
| **SpO2** | | |
| 98 | 01/04/2019 01:03:21 PM | Melissa Baumgartner-RN |
| **Ht** | | |
| 74 | 01/04/2019 01:03:21 PM | Melissa Baumgartner-RN |
| **Wt** | | |
| 216.0 | 01/04/2019 01:03:21 PM | Melissa Baumgartner-RN |
| **BMI** | | |
| 27.73 | 01/04/2019 01:03:21 PM | Melissa Baumgartner-RN |

## Current Medications
None

## Mental/Medical History
Corneal Ulcer L eye (8/28/14)
HTN
Retinal Detachment O.S. (8/19/2014)
Cataracts O.S. (5/2015)
HCV (+VL) 2011-1-18
Cataract ext.
Unspecified infective arthritis, site unspecified (resolved 02/02/2017)
Unspecified infective arthritis, site unspecified (resolved 02/02/2017)
Hep B Surface Ab, Qual Reactive (2013-1-2)
Hep A Ab, Total Positive (2011-2-16)

## Allergies/Intolerance
Synalgos-DC: unknown: Allergy
Codeine Phosphate: unknown : Allergy

## Examination
General Examination:
　GENERAL APPEARANCE: in no acute distress, pleasant.
　HEENT: face, non-tender to palpation.

## Assessments
1. Acute maxillary sinusitis - 461.0 (Primary)

## Treatment
### 1. Acute maxillary sinusitis
Since been going on for couple weeks and now reporting tooth tenderness, will give him some Augmentin 875 bid for 7 days, from stock.

DRC000974

**Follow Up**
prn

Electronically signed by Mark Bigler-MD on 01/04/2019 at 01:23 PM EST

Sign off status: Completed

Toledo Correctional Inst.
2001 E. Central Avenue
Toledo, OH 43608
Tel: 419-729-0516
Fax:

Patient: ALFORD, BRIAN KEITH    DOB: █████ 1957    Progress Note: Mark A Bigler, MD   01/04/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

DRC000975

**Toledo Correctional Institution**                                      8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                    CHK left ear pain/sore throat
Main: 4197267977                                      Date of Service: 2/26/2019

**BRIAN KEITH ALFORD**
Male DOB: ▮▮▮▮, 1957                    1871377715

DRC000976

# ALFORD, BRIAN KEITH

**BCI:** ▮▮▮▮▮  **InmateID:** A196744
**Facility Code:** TOCI  **Housing Area:** A1W 0014
61 Y old Male, DOB: ▮▮▮▮ 1957
2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTION, TOLEDO, OH-43608
Home: 419-726-7977

Guarantor: ALFORD, BRIAN KEITH

Appointment Facility: Toledo Correctional Inst.

---

02/26/2019                                          Progress Notes: Candy M Babb, CNP

## Chief Complaint
1. Left ear pain/sore throat

## History of Present Illness
-:
  WD WN 61 yo AA male presents w/ hx of left ear and left throat area discomfort most noted w/swallowing, which started last evening. Pt. brought to Medical emergently due to pt. feeling "BP was up from the pain" Denies NVD, F/C, HA, CP, SOB or Productive cough.

## Vital Signs

| Temp | | |
|---|---|---|
| 98.0 | 02/26/2019 01:02:47 PM | Elizabeth Hughes-RN |
| **Pulse Radial** | | |
| 67 | 02/26/2019 01:02:47 PM | Elizabeth Hughes-RN |
| **RR** | | |
| 16 | 02/26/2019 01:02:47 PM | Elizabeth Hughes-RN |
| **BP Check** | | |
| 147/91 | 02/26/2019 01:02:47 PM | Elizabeth Hughes-RN |
| **SpO2** | | |
| 97 | 02/26/2019 01:02:47 PM | Elizabeth Hughes-RN |
| **Ht** | | |
| 74 | 02/26/2019 01:02:47 PM | Elizabeth Hughes-RN |
| **Wt** | | |
| 215.8 | 02/26/2019 01:02:47 PM | Elizabeth Hughes-RN |
| **BMI** | | |
| 27.70 | 02/26/2019 01:02:47 PM | Elizabeth Hughes-RN |

## Current Medications
None

## Mental/Medical History
Corneal Ulcer L eye (8/28/14)
HTN
Retinal Detachment O.S. (8/19/2014)
Cataracts O.S. (5/2015)
HCV (+VL) 2011-1-18
Cataract ext.
Unspecified infective arthritis, site unspecified (resolved 02/02/2017)

## Examination

General Examination:
  GENERAL APPEARANCE: alert NAD, Gait Steady, body posture non antalgic..
  EYES: conjunctiva clear, extra ocular muscles intact (EOMI) bilaterally, pupils, equal, round, reactive to light and accomodation (PERRLA) BILAT, no nystagmus.
  HEENT: tympanic membranes normal bilat. Left ear canal mildly irritated at the 10 o'clock position. Minimal edema and erythema noted. No drainage noted. +PND w/ mild cobbling..
  ORAL CAVITY: moist mucous membranes.

DRC000977

Unspecified infective arthritis, site unspecified (resolved 02/02/2017)
Hep B Surface Ab, Qual Reactive (2013-1-2)
Hep A Ab, Total Positive (2011-2-16)

**Allergies/Intolerance**
Synalgos-DC: unknown: Allergy
Codeine Phosphate: unknown : Allergy

NECK/THYROID: no carotid bruit, no lymphadenopathy, supple, thyroid normal .
CARDIOVASCULAR: normal S1 and S2, regular rate and rhythm, no murmur or gallop.
RESPIRATORY: clear to auscultation bilaterally, no wheezes, rhonchi, rales.
GASTROINTESTINAL: normal bowels sounds, no guarding, no masses palpated, no tenderness No hepatosplenomegaly.
NEUROLOGIC EXAM: non-focal exam.
SKIN: no rash or skin lesions.
EXTREMITIES: no edema.

### Assessments

1. Acute upper respiratory infections of unspecified site - 465.9 (Primary)

### Treatment

**1. Acute upper respiratory infections of unspecified site**
Pt. instructed on "common cold" care of increasing fluids and rest. Chlorophen, Motrin and Tylenol given from stock. , Encouraged to increase oral fluids. Good handwashing promoted .Pt verbalizes understanding of instructions,.

### Follow Up

prn (Reason: as needed)

Disposition: General Population

Electronically signed by Candy Babb-CNP on 02/26/2019 at 02:37 PM EST

Sign off status: Completed

Toledo Correctional Inst.
2001 E. Central Avenue
Toledo, OH 43608
Tel: 419-729-0516
Fax:

Patient: ALFORD, BRIAN KEITH    DOB: ████ 1957    Progress Note: Candy M Babb, CNP    02/26/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

DRC000978

**Toledo Correctional Institution**                                   8/8/2023
2001 East Central Avenue
Toledo, OH 43608                          CHK multiple complaints  NSC 03/21/19
Main: 4197267977                              Date of Service: 3/26/2019

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                    1871377715

DRC000979

# ALFORD, BRIAN KEITH

**BCI:** ▓▓▓▓▓  **InmateID:** A196744

**Facility Code:** TOCI  **Housing Area:** A1W 0014

61 Y old Male, DOB:▓▓▓▓/1957

2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTION, TOLEDO, OH-43608

Home: 419-726-7977

Guarantor: ALFORD, BRIAN KEITH

Appointment Facility: Toledo Correctional Inst.

---

03/26/2019　　　　　　　　　　　　　　　　　　　　　Progress Notes: Mark A Bigler, MD

## Chief Complaint
1. multiple complaints NSC 03/21/19

## History of Present Illness
-:

HIp is not too bad, for about a week, on and off, had trouble walking due to pain in hip down to knee, on the left. "not bothering me now", other thing, been having pain from left ear down to jaw, seems a little tight in that TMJ, sometimes feels like it's in ear, not as bad today. Been taking some naproxen, seems to help.

Maybe allergies, runny nose, stuffy nose, burning in chest, eyes water at times, other time irritated, some ha's. sneezing, had been given a few little pills, last time saw him gave him some chlorphen and claritin, that combo worked pretty good.

Right eye seems to be having more floaters, membrane in left eye that they lasererd on the back of a lens they put in, seems to be in his vision.

Would like to see podiatrist.

## Vital Signs

| Temp | | |
|---|---|---|
| 97.9 | 03/26/2019 12:29:33 PM | Shiloh Schwab-LPN |
| **Pulse Radial** | | |
| 76 | 03/26/2019 12:29:33 PM | Shiloh Schwab-LPN |
| **RR** | | |
| 14 | 03/26/2019 12:29:33 PM | Shiloh Schwab-LPN |
| **BP Check** | | |
| 131/79 | 03/26/2019 12:29:33 PM | Shiloh Schwab-LPN |
| **SpO2** | | |
| 96 | 03/26/2019 12:29:33 PM | Shiloh Schwab-LPN |
| **Ht** | | |
| 74 | 03/26/2019 12:29:33 PM | Shiloh Schwab-LPN |
| **Wt** | | |
| 215.0 | 03/26/2019 12:29:33 PM | Shiloh Schwab-LPN |
| **BMI** | | |
| 27.60 | 03/26/2019 12:29:33 PM | Shiloh Schwab-LPN |

## Current Medications
None

## Mental/Medical History
Corneal Ulcer L eye (8/28/14)
HTN
Retinal Detachment O.S. (8/19/2014)
Cataracts O.S. (5/2015)

## Examination
General Examination:

GENERAL APPEARANCE: in no acute distress, ambulatory without aids.

DRC000980

HCV (+VL) 2011-1-18
Cataract ext.
Unspecified infective arthritis, site
unspecified (resolved 02/02/2017)
Unspecified infective arthritis, site
unspecified (resolved 02/02/2017)
Hep B Surface Ab, Qual Reactive (2013-1-2)
Hep A Ab, Total Positive (2011-2-16)

**Allergies/Intolerance**
Synalgos-DC: unknown: Allergy
Codeine Phosphate: unknown : Allergy

FACE: Within Normal Limits.
EYES: eyes normal, no discharge, no scleral icterus, extra ocular muscles intact (EOMI) bilaterally.
NECK/THYROID: no carotid bruit, no lymphadenopathy, supple.
CARDIOVASCULAR: normal S1 and S2, regular rate and rhythm, no murmur or gallop.
RESPIRATORY: clear to auscultation bilaterally, no wheezes, rhonchi, rales.
GASTROINTESTINAL: normal bowels sounds, no guarding, no hepatosplenomegaly, no masses palpated, no tenderness.
NEUROLOGIC EXAM: non-focal exam.
EXTREMITIES: no clubbing, no edema.
LYMPH NODES: normal, supraclavicular node, no cervical adenopathy.

**Assessments**
1. Allergic rhinitis due to other allergen - 477.8 (Primary)
2. Unspecified subjective visual disturbance - 368.10

**Treatment**
**1. Allergic rhinitis due to other allergen**
GIVEN one sleeve of claritin 10 mg qd prn and chlorphen one tid prn, #10.

**2. Unspecified subjective visual disturbance**
Will request optometry evaluation.

**3. Others**
Action Started- NSG- Schedule Optometry Consult

**Follow Up**
prn

Electronically signed by Mark Bigler-MD on 03/26/2019 at 02:14 PM EDT

Sign off status: Completed

Toledo Correctional Inst.
2001 E. Central Avenue
Toledo, OH 43608
Tel: 419-729-0516
Fax:

Patient: ALFORD, BRIAN KEITH    DOB: ███ 1957    Progress Note: Mark A Bigler, MD    03/26/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

DRC000981

**Toledo Correctional Institution**                                      8/8/2023
2001 East Central Avenue
Toledo, OH 43608                                                 CHK >50 physical
Main: 4197267977                                        Date of Service: 4/25/2019

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                          1871377715

# ALFORD, BRIAN KEITH

**BCI:** [redacted]  **InmateID:** A196744
**Facility Code:** TOCI  **Housing Area:** A1W 0014
62 Y old Male, DOB: [redacted] 1957
2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTION, TOLEDO, OH-43608
Home: 419-726-7977

Guarantor: ALFORD, BRIAN KEITH

Appointment Facility: Toledo Correctional Inst.

---

04/25/2019

Progress Notes: Mark A Bigler, MD

## Chief Complaint
1. >50 physical

## History of Present Illness
-:
    hERE FOR over 50 physical, no new concerns.

## Vital Signs

| Temp | | |
|---|---|---|
| 97.9 | 04/25/2019 08:03:04 AM | Shiloh Schwab-LPN |
| **Pulse Radial** | | |
| 64 | 04/25/2019 08:03:04 AM | Shiloh Schwab-LPN |
| **RR** | | |
| 14 | 04/25/2019 08:03:04 AM | Shiloh Schwab-LPN |
| **BP Check** | | |
| 161/84 | 04/25/2019 08:03:04 AM | Shiloh Schwab-LPN |
| **SpO2** | | |
| 97 | 04/25/2019 08:03:04 AM | Shiloh Schwab-LPN |
| **Ht** | | |
| 74 | 04/25/2019 08:03:04 AM | Shiloh Schwab-LPN |
| **Wt** | | |
| 213.2 | 04/25/2019 08:03:04 AM | Shiloh Schwab-LPN |
| **BMI** | | |
| 27.37 | 04/25/2019 08:03:04 AM | Shiloh Schwab-LPN |

## Current Medications
None

## Mental/Medical History
Corneal Ulcer L eye (8/28/14)
HTN
Retinal Detachment O.S. (8/19/2014)
Cataracts O.S. (5/2015)
HCV (+VL) 2011-1-18
Cataract ext.
Unspecified infective arthritis, site unspecified (resolved 02/02/2017)
Unspecified infective arthritis, site unspecified (resolved 02/02/2017)
Hep B Surface Ab, Qual Reactive (2013-1-2)
Hep A Ab, Total Positive (2011-2-16)
State he was exposed to hazardous refrigerants, on the job, 2/5/2013 to 10/8/2013,

## Family History
Mother: DM, Stroke, may be a defective heart valve
Paternal Grand Father: Colon cancer in his

## Past Orders
Lipid Panel With LDL/HDL Ratio (Order Date - 03/28/2019) (Collection Date - 04/02/2019)

| | | |
|---|---|---|
| Triglycerides | 72 | 0-149 - mg/dL |
| HDL Cholesterol | 50 | >39 - mg/dL |
| VLDL Cholesterol Cal | 14 | 5-40 - mg/dL |
| LDL Cholesterol Calc | 91 | 0-99 - mg/dL |
| LDL/HDL Ratio | 1.8 | 0.0-3.6 - ratio |
| Cholesterol, Total | 155 | 100-199 - mg/dL |

Glucose, Serum (Order Date - 03/28/2019) (Collection Date - 04/02/2019)

| | | |
|---|---|---|
| Glucose, Serum | 80 | 65-99 - mg/dL |

## Examination

DRC000983

60's
Maternal Grand Mother: Died of stroke
Siblings: Sister with DM

**Allergies/Intolerance**

Synalgos-DC: unknown: Allergy

**Review of Systems**

MED-A-ROS:

General Symptoms weight up and down. Eyes chronic problems. Ears, nose, mouth and throat sore throat, runny/stuffy nose, pressure in ears. Cardiovascular palpitations, doesn't matter if stiting, lyiing, just occurs. Respiratory some cough. Gastrointestinal abdominal pain, left side, sometimes sharp, not sure what makes it worse. Genitourinary nocturia, depends on wether drinks fluids after 2000. Skin Denies skin issues. Neurological numbness and tingling in left hand, fingers 1 to 3. Musculoskeletal some funny sensation in right shoulder down arm. Psychiatric Denies psychiatric symptoms. Endocrine No. Hematologic No, Denies brusing or bleeding tendencies.. Allergic chronic allergies.

**Brief normal exam:**

GENERAL APPEARANCE: well nourished and hydrated.
HEENT: pharynx and tonsils normal, TM's normal.
ORAL CAVITY: no lesions.
NECK: supple, no lymphadenopathy, no carotid bruit.
CHEST: normal shape and expansion.
HEART: regular sinus rhythm, no murmurs.
LUNGS: clear to auscultation.
ABDOMEN: soft, NT/ND, BS present, no masses felt, no hepatosplenomegaly.
NEUROLOGIC EXAM: no meningeal signs, no focal signs.
SKIN: normal.
PERIPHERAL PULSES: normal .
BACK: normal.
EXTREMITIES: unremarkable.
GENITALIA: deferred.
ANORECTAL/PERINEUM: digital exam-deferred.

**Assessments**

1. Routine general medical examination at health care facility - V70.0 (Primary)

**Treatment**

**1. Routine general medical examination at health care facility**

LAB: APRI Panel with Calculations (Ordered for 04/29/2019)

Family and medical history updated, lipids, glucose and hemoccult results reviewed, will order his APRI panel with calculation and ask for his CCC to be sooner as he had some concerns.

**2. Others**

Action Started- NSG - Schedule with ALP

**Follow Up**

next CCC or prn

Electronically signed by Mark Bigler-MD on 04/25/2019 at 10:31 AM EDT

Sign off status: Completed

Toledo Correctional Inst.
2001 E. Central Avenue
Toledo, OH 43608
Tel: 419-729-0516
Fax:

---

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                              CHK eCw Encounter: 10858257
Main: 4197267977                                  Date of Service: 4/9/2019

**BRIAN KEITH ALFORD**
Male DOB: ███, 1957                    1871377715

DRC000985

**progress note**

**BCI:** ▇▇▇▇  **InmateID:** A196744
**Facility Code:** TOCI  **Housing Area:** A1W 0014
**Patient:** ALFORD, BRIAN KEITH                                    **Provider:** Thomas J Shoemaker-OD
**DOB:** ▇▇/1957  **Age:** 61 Y  **Sex:** Male                          **Date:** 04/09/2019
**Phone:** 419-726-7977
**Address:** 2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTION, TOLEDO, OH-43608

## Subjective:

**HPI:**
    ::
    Pt last seen by me in Sept 2018 and appears may have gone to ophthalmology in November but no report found from that date. Pt here today with c/o spots (large floaters still) in the right eye. history of bilateral laser. Pt on Latanoprost qhs OS and Lacrilube OS.

**Medical History:** Corneal Ulcer L eye (8/28/14), HTN, Retinal Detachment O.S. (8/19/2014), Cataracts O.S. (5/2015), HCV (+VL) 2011-1-18, Cataract ext., Unspecified infective arthritis, site unspecified (resolved 02/02/2017), Unspecified infective arthritis, site unspecified (resolved 02/02/2017), Hep B Surface Ab, Qual Reactive (2013-1-2), Hep A Ab, Total Positive (2011-2-16).

**Medications:** None

**Allergies:** Synalgos-DC: unknown: Allergy, Codeine Phosphate: unknown : Allergy.

## Objective:

**Vitals:**

**Past Orders:**

**Vision Examination:**

IOP

| IOP | OD | OS | Adj OD | Adj OS | Test | Time | Category |
|-----|----|----|--------|--------|------|------|----------|
| 1 | 15 | 18 | | | | 01:28 PM | |

CD Ratio

| | Horz | Vert |
|---|------|------|
| **OD** | .55 | .55 |
| **OS** | .55 | .55 |

**Examination:**

General Examination:

Manifest

 Sph Cyl Axis H Prism V Prism Add DVA NVA PH

OD +0.75 -0.75 170 +2.50 20/25

OS -0.75 -2.25 004 +2.50 20/30-

 L/L-clear ou, K-clear od & INF keel shaped SCAR OS (Left cornea also with grade 2+ SPK and grade 2++corneal endo pigment flecking (NO WBC in AC seen), Conj-clear ou, Iris-clear ou, lens- NICELY PLACED clear PCIOL OS with quite a bit of pigment flecking,

 retina LATTICE REPAIR LASER SCARS OD mostly temporally (New laser scars superiorly OD), PERIPHERAL RD REPAIR SCARS OS 360., macula clear od. dilated well OU. OU flat and intact 360 other than past laser scars in periphery OU. Rt lens with grade 1 NS. PVD seen OD.

 Left AC clear. Left eye macula with area of dropout but no apparent edema or thickening.

## Assessment:

**Assessment:**

Pigment on endo OS as well as ongoing corneal thinning/inflamation. (PT confirms already compliant with Lacrilube).

Regular astigmatism - 367.21 (Primary)

Presbyopia - 367.4

Refractive error.

PVD longstanding OD.

s/p cataract surgery with IOL OS. Rt eye with only very mild cataract at this point.

## Plan:

**Immunizations:**

**Therapeuti**
**Injections:**

**Labs:**
**Follow**
**Up:** Sept 20
(Reason: co
and pressur
check)

**Disposition:**

Notes: Pt to continue with Latanoprost qhs OS indefinitely (renewed X 7 months.) Pt to continue with Lacrilube ophthalmic ointment OS BID PRN (renewed X 4 months). Pt to start 1% PRed Forte ophthalmic suspension. Rx'd for 1 drop OS TIDx 4days, BID x 4 days, QD x 4 days. New action sent to HIT Sievert: "Please schedule this patient back to see Optometry in September 2019" My working theory on Mr Alford is that he mostly has blurred vision OS from the amount of pigment on his IOL and his cornea as well as the mild SPK...the pigment I would guess would be from the surgery for his cataract and quite a bit of Laser.

**Provider:** Thomas J Shoemaker-OD
**Patient:** ALFORD, BRIAN KEITH  **DOB:** ███/1957  **Date:** 04/09/2019

Electronically signed by Thomas Shoemaker-OD on 04/09/2019 at 01:30 PM EDT
Sign off status: Completed

**Toledo Correctional Institution**                                    8/8/2023
2001 East Central Avenue
Toledo, OH 43608                         CHK . Pt is experiencing new and worsening
symptoms since his la
Main: 4197267977                                        Date of Service: 6/7/2019

**BRIAN KEITH ALFORD**
Male DOB: ██████ 1957                    1871377715

1 of 1

**DRC000988**

progress note

**BCI:** ███  **InmateID:** A196744
**Facility Code:** TOCI  **Housing Area:** A1W 0014
**Patient:** ALFORD, BRIAN KEITH
**DOB:** ██/1957  **Age:** 62 Y  **Sex:** Male                                    **Provider:** Thomas J Shoemaker-OD
**Phone:** 419-726-7977                                                          **Date:** 06/07/2019
**Address:** 2001 EAST CENTRAL AVENUE, TOLEDO CORRECTIONAL INSTITUTION, TOLEDO, OH-43608

---

### Subjective:

1. . Pt is experiencing new and worsening symptoms since his last visit in April.

**HPI:**

::

    Pt last seen by me in Sept 2018 and then April 2019 and appears may have gone to ophthalmology in November but no report found from that date. Pt here today with c/o spots (large floaters still and after image) in the right and left eye. history of bilateral laser. Pt on Latanoprost qhs OS and Lacrilube OS......However, sounds as though patient largely here because wanting copy of RX with re-check of MRx to pursue non-DRC glasses.

**Medical History:** Corneal Ulcer L eye (8/28/14), HTN, Retinal Detachment O.S. (8/19/2014), Cataracts O.S. (5/2015), HCV (+VL) 2011-1-18, Cataract ext., Unspecified infective arthritis, site unspecified (resolved 02/02/2017), Unspecified infective arthritis, site unspecified (resolved 02/02/2017), Hep B Surface Ab, Qual Reactive (2013-1-2), Hep A Ab, Total Positive (2011-2-16), State he was exposed to hazardous refrigerants, on the job, 2/5/2013 to 10/8/2013, , Unspecified viral hepatitis without mention of hepatic coma, Unspecified viral hepatitis without mention of hepatic coma, Unspecified infective arthritis, site unspecified (resolved 02/02/2017).

**Medications:** None

**Allergies:** Synalgos-DC: unknown: Allergy.

### Objective:

**Vitals:**

**Past Orders:**

**Vision Examination:**

IOP

| IOP | OD | OS | Adj OD | Adj OS | Test | Time | Category |
|-----|-----|-----|--------|--------|------|---------|----------|
| 1 | 14 | 19 | | | | 09:47 AM | |

CD Ratio

| | Horz | Vert |
|-----|------|------|
| **OD** | .55 | .55 |
| **OS** | .55 | .55 |

Spectacle

Presenting

| | Sph | Cyl | Axis | H Prism | V Prism | Add | DVA | NVA | PH |
|-----|------|-------|------|---------|---------|-------|-------|-----|-----|
| **OD** | +1.00 | -0.75 | 170 | | | +2.50 | 20/30 | | |
| **OS** | -0.75 | -2.25 | 004 | | | +2.50 | 20/60 | | |
| **OU** | | | | | | | | | |

Manifest

| | Sph | Cyl | Axis | H Prism | V Prism | Add | DVA | NVA | PH |
|-----|------|-------|------|---------|---------|-------|-------|-----|-----|
| **OD** | +0.75 | -0.75 | 170 | | | +2.50 | 20/15 | | |
| **OS** | -0.50 | -2.00 | 006 | | | +2.50 | 20/30+ | | |

Final

| | Sph | Cyl | Axis | H Prism | V Prism | Add | DVA | NVA | PH |
|-----|------|-------|------|---------|---------|-------|-------|-----|-----|
| **OD** | +0.75 | -0.75 | 170 | | | +2.50 | 20/15 | | |
| **OS** | -0.50 | -2.00 | 006 | | | +2.50 | 20/30+ | | |
| **OU** | | | | | | | | | |

### Examination:

General Examination:

L/L-clear ou, K-clear od & INF keel shaped SCAR OS (Left cornea also with grade 2+ SPK and grade 2++corneal endo pigment flecking (NO WBC in AC seen), Conj-clear ou, Iris-clear ou, lens- NICELY PLACED clear PCIOL OS with quite a bit of pigment flecking,
    retina LATTICE REPAIR LASER SCARS OD mostly temporally (New laser scars superiorly OD), PERIPHERAL RD REPAIR SCARS OS 360., macula clear od. dilated well OU. OU flat and intact 360 other than past laser scars in periphery OU. Rt lens with grade 1 NS. PVD seen OD.

Left AC clear. Left eye macula with area of dropout but no apparent edema or thickening and noo bullseye appearance (as patient mentions today some after image-like appearance OU that is transient and fairly infrequent.

## Assessment:

**Assessment:**

Pigment on endo OS as well as ongoing corneal thinning/inflamation. (PT confirms already compliant with Lacrilube).
Regular astigmatism - 367.21 (Primary)
Presbyopia - 367.4
Refractive error.
PVD longstanding OD.
s/p cataract surgery with IOL OS. Rt eye with only very mild cataract at this point.

## Plan:

**Immunization**

**Therapeuti**
**Injections:**

**Labs:**
**Follow**
**Up:** Sept 20
(Reason: cor
and pressure
check)

**Disposition:**

Notes: Pt to continue with Latanoprost qhs OS indefinitely. Pt to continue with Lacrilube ophthalmic ointment OS BID PRN.... My working theory on Mr Alford is that he mostly has blurred vision OS from the amount of pigment on his IOL and his cornea as well as the mild SPK AND THE CORNEAL SCAR from past ulcer...the pigment I would guess would be from the surgery for his cataract and quite a bit of Laser.....Copy of Rx issued today.. PT CHOOSING DVO...YES, DVO. "Must follow rules sheet he received. Approximate total width of 145-150mm. this patient allowed mild tint or transitions." PT currently with DRC lenses/glasses with mild tint but told not to expect DRC to ever order transitions lenses. 68 pd.

**Provider:** Thomas J Shoemaker-OD
**Patient:** ALFORD, BRIAN KEITH  **DOB:** ███/1957  **Date:** 06/07/2019

Electronically signed by Thomas Shoemaker-OD on 06/07/2019 at 11:04 AM EDT
Sign off status: Completed

DRC000990

**ODRC**                                                                8/8/2023

,                                                        PEN - eCw Encounter: 10983697
                                                         Date of Service: 9/27/2019

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                           1871377715

<u>**THIS WAS AN UNLOCKED ENCOUNTER IN eCw**</u>
**Patient Name:** BRIAN KEITH ALFORD          **DOB:** ████/1957
**Patient ID:** 395275 **Book And Case No:** A196744 **Encounter ID:** 10983697
**Facility Name:** Toledo Correctional Inst.
**Encounter Reason:**
**Encounter Type:** Optometry          **Encounter Staus:** PEN
**Scheduled For:** 2019-09-27 07:30:00 AM - 07:50:00 AM
**Date:** 2019-09-27 **Time In:** 07:30:00 AM **Time Out:** 07:50:00 AM
<u>**Provider:**</u> Thomas J Shoemaker-OD **Provider ID:** 449942
-------------------------------------------------------------------------
undefinedundefinedundefinedundefined

This data has been migrated from eCw

1 of 1

**ODRC**                                                                          8/8/2023

,                                                                    Orphan SDID Restore
                                                         Date of Service: 10/23/2019

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                      1871377715

DRC000992

**ODRC**                                                                              8/8/2023

,                                                                        Orphan SDID Restore
                                                                Date of Service: 10/22/2020

**BRIAN KEITH ALFORD**
Male DOB: ████, 1957                          1871377715

DRC000993

**ODRC**

8/8/2023

,

Orphan SDID Restore
Date of Service: 9/23/2021

**BRIAN KEITH ALFORD**
Male DOB: ██████ 1957             1871377715

DRC000994

**ODRC**                                                                    8/8/2023

,                                                              Orphan SDID Restore
                                                      Date of Service: 10/20/2021

**BRIAN KEITH ALFORD**
Male DOB: ████ 1957                          1871377715

**ODRC**                                                                8/8/2023

,                                                          Orphan SDID Restore
                                                     Date of Service: 10/20/2021

**BRIAN KEITH ALFORD**
Male DOB: ███████ 1957                    1871377715

**ODRC**

8/8/2023

,

Demographic Updates
Date of Service: 5/27/2021

**BRIAN KEITH ALFORD**
Male DOB: ██████ 1957                    1871377715

1 of 1

**ODRC**                                                                  8/8/2023

,                                                        Demographic Updates
                                                    Date of Service: 5/27/2021

**BRIAN KEITH ALFORD**
Male DOB: ███ , 1957                          1871377715

DRC000998

**ODRC**                                                                                    8/8/2023

Order Form

# TEST FORM

| Authorizing Provider: | | Service Provider: | |
|---|---|---|---|
| Auth Provider NPI: | | | |
| Signing Provider: | | | |
| Phone: | | Phone: | |
| Fax: | | Fax: | |

| Patient Name: | BRIAN KEITH ALFORD | DOB: | ███, 1957 | Age: | 66 |
|---|---|---|---|---|---|
| Home Phone: | | Sex: | Male | SSN: | ██████ |
| Work Phone: | | Cell Phone: | | Patient ID: | 1871377715 |
| Resp. Provider: | | | | | |

| Primary Ins: | | Secondary Ins: | |
|---|---|---|---|
| Group: | | Group: | |
| Policy: | | Policy: | |
| Insured ID: | | Insured ID: | |

| Code | Description | | Diagnoses |
|---|---|---|---|
| MHTXFR | MH Trans | | |
| Order Number: | MHTRANS-1609517 | | Quantity: 1 |
| Authorization #: | | | Priority: N |
| Start Date: | 09/23/2021 | | End Date: 09/23/2021 |
| Electronically signed by: | | | Signed on: 9/23/2021 3:31:17 PM |
| Instructions: | | | |

1 of 1

DRC000999

THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Brian Keith Alford,                    :
                                       :        Case No. 3:21-cv-01123
              Plaintiff,               :
                                       :
       v.                              :        Judge James G. Carr
                                       :
Robert Zilles, *et al.,*               :        Magistrate Judge Darrell A. Clay
                                       :
              Defendants.              :


DECLARATION OF DEREK BURKHART
CORRECTION WARDEN ASSISTANT 2
TOLEDO CORRECTIONAL INSTITUTION


I, **Derek Burkhart,** pursuant to 28 U.S.C. 1746, make this unsworn declaration, under the penalty of perjury and declare that the statements made below are true:

1. I am a Correction Warden Assistant 2 at Toledo Correctional Institution ("ToCI").

2. That I am competent to testify and have personal knowledge of the facts stated herein.

3. I have been employed by the Ohio Department of Rehabilitation and Correction ("ODRC") since June 10, 2010.

4. In the course of my duties as a Correction Warden Assistant 2, I have been tasked with reviewing whether the boots requested by Brian Keith Alford, Inmate No. A196-744, would constitute contraband pursuant to ODRC policy and procedure.

5. While housed at ToCI, Inmate Alford had a level IV security rating.

6. As of April 6, 2018, Inmate Alford was advised, by me, that he would not be allowed to order boots from the company of his choice. (See Ref# TOCI●318000369, Bates Stamp DRC001014). Rather, he could order tennis shoes which would meet his medical needs. Inmate Alford continued to attempt to order boots which would be considered contraband.

1

Exhibit 2

DRC001066

7. The boots which Inmate Alford ordered from Hitchcock Shoes are considered contraband.  Therefore, Inmate Alford was not allowed to have the same in his possession.  (See Ref# TOCI0621001903, Bates Stamp DRC001024).

8. A true and accurate copy of Inmate Alford's movement history has been attached hereto and incorporated herein.  (See Movement History, Bates Stamp DRC001056).

9. I did not provide medical care to Inmate Alford.


I, **Derek Burkhart**, pursuant to 28 U.S.C. § 1746, make this unsworn declaration under penalty of perjury and declare that the foregoing statements are true.


_____
**Derek Burkhart**
Correction Warden Assistant 2

2

DRC001067

| Ref# RCI0523000215 | Housing:H2A257B | Date Created:05/02/2023 |
|---|---|---|
| ID#: A196744 | Name:ALFORD,BRIAN | |
| Form:Kite | Subject:Health Care | Description:Health Care |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*5/2/2023 7:48:40 AM : ( a196744 ) wrote*
YES: I AM STILL HAVING SERIOUS PROBLEMS WITH MY CHRONIC ALLERGIES AND UNABLE TO SHOP THIS
STORE DAY. PLEASE PASS ME ASAP TO BE SEEN REGARDING THIS CHRONIC ISSUE WHICH IS
DOCUMENTED IN MY MEDICAL FILE. THANK YOU!

Communications / Case Actions
*5/2/2023 7:48:40 AM : ( a196744 ) wrote*
Form has been submitted

*5/4/2023 2:00:58 PM : ( Mike Scott ) wrote*
Mr Alford you are scheduled for tomorrow. Thank you sir.

*5/4/2023 2:01:02 PM : ( Mike Scott ) wrote*
Closed incarcerated individual form

Admin Log
*5/4/2023 1:13:04 PM : ( Mike Scott ) wrote*
Form was viewed by Mike Scott and the status was changed to Pending.

*5/4/2023 2:00:58 PM : ( Mike Scott ) wrote*
Responded to incarcerated individual

Manual Fill-In
_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Exhibit 2-A

| Ref# RCI0523000993 | Housing:H2A257B | Date Created:05/06/2023 |
|---|---|---|
| ID#: A196744 | Name:ALFORD,BRIAN | |
| Form:Kite | Subject:Health Care | Description:Health Care |
| Urgent:No | Time left:n/a | Status:Closed |

## Original Form
*5/6/2023 7:55:57 AM : ( a196744 ) wrote*
MS. SCOTT: THE LAST TWO VISITS TO HEALTH SERVICES WAS FOR ISSUES RELATING TO CHRONIC ALLERGIES. ALTHOUGH I HAVE HAD TO PAY FOR MEDICATIONS BECAUSE I AM NOT INDIGENT, I THE LAST 30 DAYS I FALL WITHIN THAT CATEGORY. TWO DEDUCTIONS WERE MADE FOR THOSE VISITS WHICH LEFT ME WITHOUT FUNDS TO COVER POSTAGE FOR LEGAL MAIL DUE ON 5-10-23. MY FILE REVEALS THAT I HAVE BEEN TREATED FOR CHRONIC ALLERGIES SINCE 1984, COMPLETED THE RASTS TEST FOR NINE DIFFERENT ALLERGINS (DUST, MOLD, MILDEW, POLLEN, RAGWEED, TOBACCO,TOBACCO SMOKE, GRASS, AND WOOL) HAD USED GET INJECTIONS FOR SAME AS WELL AS BEING TREATED FOR SINUS INFECTIONS AND UPPER RESPIRATORY INFECTIONS. PLEASE REVERSE TASK FOR APRIL AND MAY TO ENSURE MY ELGAL MAL GETS OT FOR 5-10-23 DEADLINE? YOUR ASSISTANCE IS GREATLY APPRECIATED.

## Communications / Case Actions
*5/6/2023 7:55:57 AM : ( a196744 ) wrote*
Form has been submitted

*5/9/2023 11:34:41 AM : ( Mike Scott ) wrote*
Mr Alford, I just sent this months charge to the cashiers office to reverse. They have already processed the one from April and I was told it can't be reversed. Aprils should show back on your books after they see it. Thank you. If you have that issue in the future always send it to me the month of and I will look into it. Thank you.

*5/9/2023 11:34:47 AM : ( Mike Scott ) wrote*
Closed incarcerated individual form

## Admin Notes
*5/12/2023 7:37:20 AM : ( Todd Diehl ) wrote*
Copy sent

## Admin Log
*5/9/2023 11:27:25 AM : ( Mike Scott ) wrote*
Form was viewed by Mike Scott and the status was changed to Pending.

*5/9/2023 11:34:41 AM : ( Mike Scott ) wrote*
Responded to incarcerated individual

*5/12/2023 7:37:20 AM : ( Todd Diehl ) wrote*
New entry into admin log

## Manual Fill-In

_____

_____

_____

_____

_____

_____

_____

_____

Page: 2

| Ref# RCI0523000993 | Housing:H2A257B | Date Created:05/06/2023 |

DRC001004

| Ref# RCI0523001502 | Housing:H2A257B | Date Created:05/09/2023 |
|---|---|---|
| ID#: A196744 | Name:ALFORD,BRIAN | |
| Form:Kite | Subject:Health Care | Description:Health Care |
| Urgent:No | Time left:n/a | Status:Closed |

<u>Original Form</u>
*5/9/2023 7:55:45 PM : ( a196744 ) wrote*
THANKS SO MUCH MR. SCOTT!!

<u>Communications / Case Actions</u>
*5/9/2023 7:55:45 PM : ( a196744 ) wrote*
Form has been submitted

*5/10/2023 1:36:40 PM : ( Mike Scott ) wrote*
No problem!

*5/10/2023 1:36:45 PM : ( Mike Scott ) wrote*
Closed incarcerated individual form

<u>Admin Notes</u>
*5/12/2023 7:35:30 AM : ( Todd Diehl ) wrote*
Copy sent

<u>Admin Log</u>
*5/10/2023 1:36:29 PM : ( Mike Scott ) wrote*
Form was viewed by Mike Scott and the status was changed to Pending.

*5/10/2023 1:36:40 PM : ( Mike Scott ) wrote*
Responded to incarcerated individual

*5/12/2023 7:35:30 AM : ( Todd Diehl ) wrote*
New entry into admin log

<u>Manual Fill-In</u>

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

| Ref# TOCI0118000273 | Housing:A1E0014 | Date Created:01/17/2018 |
|---|---|---|
| ID#: a196744 | Name:ALFORD,BRIAN | |
| Form:Informal Complaint Main | Subject:Health Care | Description:Health Care |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form

*1/17/2018 8:17:19 AM : ( a196744 ) wrote*

LAST WEEK I PUT IN A HEALTH SERVICES REQUEST FOR TREATMENT OF: COUGHING, SNEEZING, FATIQUE, UPSET STOMACHE, HEADACHE, COLD CHILLS, ETC. HOWEVER, AS OF TODAY I NEVER RECEIVED A PASS. WITH FLU SEASON AT IT'S WORSE, I REQUEST TO BE SEEN DUE TO BEING 60 YEARS OF AGE WITH EXISTING HEALTH PROBLEMS.

Communications / Case Actions

*1/17/2018 8:17:19 AM : ( a196744 ) wrote*

Form has been submitted

*1/23/2018 12:42:24 PM : ( Robert Zilles ) wrote*

As discussed if you are not seen within 48 hours of submitting an HSR please submitted another HSR. Med 68-01 you will get seen faster. Submitting an informal could delay the process in care due to the time frames.

*1/23/2018 12:42:33 PM : ( Robert Zilles ) wrote*

Closed incarcerated individual form

Admin Log

*1/17/2018 10:56:29 AM : ( Derek Burkhart ) wrote*

Form was viewed by Derek Burkhart and the status was changed to Pending.

*1/23/2018 12:42:24 PM : ( Robert Zilles ) wrote*

Responded to incarcerated individual

Manual Fill-In

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

DRC001006

| Ref# TOCI0120001924 | Housing:A1W0014 | Date Created:01/21/2020 |
|---|---|---|
| ID#: a196744 | Name:ALFORD,BRIAN | |
| Form:Appeal | Subject:Health Care | Description:Improper/inadequate medical care |
| Urgent:No | Time left:n/a | Status:Closed |

<u>Original Form</u>
*1/21/2020 8:52:01 PM : ( a196744 ) wrote*
ON 1-21-20 I WAS SEEN AT NURSES SICK CALL DUE TO CONTINUED CONGESTION, COUGHING, RUNNY NOSE, POSSIBLE BLOOD IN SALIVA, AND A LOUD NOSE WHICH WAS EXHIBITED IN MY LEFT EAR FOLLOWING BLOWING OF MY NOSE. THE NURSE REFUSED TO TREAT ME AND ADVISED "I HAVE NOTING FOR YOU TODAY BUT YOU WON'T BE CHARGED" ON 1-8-20 I WAS SEEN AT NURSES SICK CALL FOR THE FLU AND ADVISED THAT IF I HAD A TEMPERATURE I WOULD BE ADMITTED. FORTNATELY MY TEMPERATURE WAS 98 DEGREES. HOWEVER, I WAS GIVEN MEDICATION FOR THE FLU AND ADVISED IF SYMPTOMS CONTINUE TO SIGN UP FOR NURSES SICK CALL, WHICH I DID TODAY BUT WAS REFUSED TREATMENT. MY COUGHING CONTINUES TO BE A PROBLEM, AND MAY REQUIRE ANTIBIOTICS TO CLEAR UP. REQUEST T OBE SEN BY DR.

<u>Communications / Case Actions</u>
*1/21/2020 8:52:01 PM : ( a196744 ) wrote*
Form has been submitted

*1/28/2020 2:56:45 PM : ( Dennis Seger ) wrote*
Per our conversation, I do not know why you were not seen at your last Nurse Sick call. Since you are still having some of the same symptoms I will have you seen by an ALP very soon. 68 Med 01

*1/28/2020 2:56:54 PM : ( Dennis Seger ) wrote*
Closed incarcerated individual form

*1/28/2020 6:42:51 PM : ( a196744 ) wrote*
Escalated to Grievance

*1/28/2020 6:42:51 PM : ( a196744 ) wrote*
NURSE WEBBER'S REFUSAL TO TREAT HAS WORSENED MY CONDITION AND PROLONGED TREATMENT FOR POSSIBLE UPPER RESPIRATORY INFECTION, WHICH HAS NOW RESULTED I N CHEST PAIN, HEADACHE, BURNING IN LUNGS. REQUEST THAT NURSE WEBBER EB REMOVED FROM ODRC AS THIS IS THE SECOND INCIDENT OF UNPROFESSIONAL ACTIONS BY NURSE WEBBER.

*2/11/2020 9:36:50 PM : ( System ) wrote*
Closed incarcerated individual form

*2/11/2020 10:47:25 PM : ( Michael Jenkins ) wrote*
Re-Opened incarcerated individual form

*2/11/2020 10:47:48 PM : ( Michael Jenkins ) wrote*
Extend-Inspector needs additional time to investigate

*2/14/2020 9:41:09 PM : ( System ) wrote*
Closed incarcerated individual form

*2/15/2020 9:36:20 PM : ( Michael Jenkins ) wrote*
Re-Opened incarcerated individual form

*2/15/2020 9:36:34 PM : ( Michael Jenkins ) wrote*
Inspector-Needs additional time to investigate

*2/19/2020 9:48:50 PM : ( System ) wrote*
Closed incarcerated individual form

*2/20/2020 9:28:44 AM : ( Michael Jenkins ) wrote*
Re-Opened incarcerated individual form

*2/20/2020 9:28:52 AM : ( Michael Jenkins ) wrote*
Inspector needs additional time to investigate

*2/21/2020 9:50:09 PM : ( System ) wrote*
Closed incarcerated individual form

*2/21/2020 11:55:58 PM : ( Michael Jenkins ) wrote*
Re-Opened incarcerated individual form

*2/21/2020 11:56:19 PM : ( Michael Jenkins ) wrote*
Extend-Inspector needs additional tie to review

| Ref# TOCI0120001924 | Housing:A1W0014 | Date Created:01/21/2020 |
|---|---|---|

*2/23/2020 7:09:02 PM : ( Michael Jenkins ) wrote*
Extend-Inspector needs additional time to review

*2/24/2020 9:53:13 PM : ( System ) wrote*
Closed incarcerated individual form

*2/25/2020 6:46:27 AM : ( a196744 ) wrote*
Escalated to Appeal

*2/25/2020 6:46:27 AM : ( a196744 ) wrote*
For the reasons stated in my ICR and grievance, request that Nurse Webber be removed from ODRC.

*2/25/2020 12:55:46 PM : ( Michael Jenkins ) wrote*
This office is in receipt of Notification of Grievance Case TOCI0120001924 submitted by Inmate Alford A196744. In your grievance, you say that you have symptoms of a cold and was refused treatment as of 01-21-2020.
During my investigation I have review your complaint. I have spoken to UM Mendoza. I have reviewed policy 07-ORD-11 - Confidentiality of Medical, Mental Health, and Recovery Services Information and Administrative Rule 5120-9-31 – The inmate Grievance Procedure.
First of all, you Offender Alford A196744 is a regular offender in medical. On 01-21-2020 were in medical regarding sinus issues. You were informed to purchase OTC sinus medications.  Medical has informed you of this twice in the past and you refused to follow medical plan provided but instead purchased other items from commissary such as food. When the ALP saw you twice in the past and were given the OTC sinus medication but explained too you to follow the POC plan and purchase your OTC meds from commissary. It is important to understand that you are not an indigent inmate thus you were informed to purchase the OTC sinus medications from commissary. You have since been seen in medical on 2-3-2020 NSC and lastly 2-10-2020 with directions to return to clinic as needed. Please follow the medical plans when provided to you. Please focus on prosocial development. Please feel free to file viable complaints when they arise.
Your Grievance is Denied-No violation or policy procedure or law
This office will take no further action concerning this matter.
This ends Disposition of Grievance   TOCI0120001924

*2/25/2020 12:56:07 PM : ( Michael Jenkins ) wrote*
Closed incarcerated individual form

*2/25/2020 12:58:46 PM : ( Michael Jenkins ) wrote*
Re-Opened incarcerated individual form

*2/26/2020 1:03:18 PM : ( Holly Stanley ) wrote*
Please be advised that additional time will be required before a decision can be made concerning your appeal.  This extension is needed by this writer in order to render a fair and proper resolution.

*3/25/2020 8:11:57 AM : ( karen stanforth ) wrote*
The Office of the Chief Inspector is in receipt of your Appeal; a thorough review of your appeal has been completed that included the application of the following factors:
• Procedural requirements
• Proper investigation of your grievance
• Applicable policies, procedures, administrative rules, directives and ODRC operating manuals
• Documentation and related evidence
• Information presented in your appeal
Based on the aforementioned review, the decision rendered by the Inspector is hereby:   AFFIRMED
Karen Stanforth, Assistant Chief Inspector, Medical

*3/25/2020 8:12:08 AM : ( karen stanforth ) wrote*
Closed incarcerated individual form - Disposition: Affirmed with comments

*3/25/2020 8:12:19 AM : ( karen stanforth ) wrote*
Closed incarcerated individual form - Disposition: Affirmed with comments

Admin Log

| Ref# TOCI0120001924 | Housing:A1W0014 | Date Created:01/21/2020 |
|---|---|---|

*1/22/2020 7:56:27 AM : ( Michael Jenkins ) wrote*
Form was viewed by Michael Jenkins and the status was changed to Pending.

*1/28/2020 2:56:45 PM : ( Dennis Seger ) wrote*
Responded to incarcerated individual

*1/29/2020 9:36:45 AM : ( Michael Jenkins ) wrote*
Form was viewed by Michael Jenkins and the status was changed to Pending.

*2/11/2020 10:47:48 PM : ( Michael Jenkins ) wrote*
Responded to incarcerated individual

*2/11/2020 10:48:07 PM : ( Michael Jenkins ) wrote*
Extended form expiration date: 2/12/2020

*2/13/2020 6:56:36 PM : ( Michael Jenkins ) wrote*
Extended form expiration date: 2/14/2020

*2/15/2020 9:36:34 PM : ( Michael Jenkins ) wrote*
Responded to incarcerated individual

*2/15/2020 9:36:56 PM : ( Michael Jenkins ) wrote*
Extended form expiration date: 2/18/2020

*2/18/2020 8:31:40 PM : ( Michael Jenkins ) wrote*
Extended form expiration date: 2/19/2020

*2/20/2020 9:28:52 AM : ( Michael Jenkins ) wrote*
Responded to incarcerated individual

*2/20/2020 9:28:59 AM : ( Michael Jenkins ) wrote*
Extended form expiration date: 2/21/2020

*2/21/2020 11:56:19 PM : ( Michael Jenkins ) wrote*
Responded to incarcerated individual

*2/21/2020 11:56:37 PM : ( Michael Jenkins ) wrote*
Extended form expiration date: 2/22/2020

*2/23/2020 7:09:02 PM : ( Michael Jenkins ) wrote*
Responded to incarcerated individual

*2/23/2020 7:09:19 PM : ( Michael Jenkins ) wrote*
Extended form expiration date: 2/24/2020

*2/25/2020 7:20:51 AM : ( Michael Jenkins ) wrote*
Form was viewed by Michael Jenkins and the status was changed to Pending.

*2/25/2020 12:55:25 PM : ( Michael Jenkins ) wrote*
Changed form to: Grievance

*2/25/2020 12:55:46 PM : ( Michael Jenkins ) wrote*
Responded to incarcerated individual

*2/25/2020 12:59:17 PM : ( Michael Jenkins ) wrote*
Changed form to: Appeal

*2/26/2020 1:03:18 PM : ( Holly Stanley ) wrote*
Responded to incarcerated individual

*3/25/2020 8:11:57 AM : ( karen stanforth ) wrote*
Responded to incarcerated individual

Manual Fill-In

DRC001009

Page: 4

| Ref# TOCI0120001924 | Housing:A1W0014 | Date Created:01/21/2020 |
|---|---|---|

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

DRC001010

| Ref# TOCI0221000945 | Housing:A2W0001 | Date Created:02/11/2021 |
| ID#: a196744 | Name:ALFORD,BRIAN | |
| Form:Appeal | Subject:Health Care | Description:Medication |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*2/11/2021 1:37:50 PM : ( a196744 ) wrote*
DOCTOR PORTER WROTE AN ORDER FOR NASACORT AND ITWAS DENIED BECAUSE THEY NOW SELL IT IN COMMISSARY FOR 11.29. I HAVE CHRONIC ALLERGIES TO :RAGWEED, POLLEN, DUST, MOLD, MILDEW, GRASS, TOBACCO, TOBACCO SMOKE, WOOL FOLOWING TESTING IN COLUMBUS WHICH REQUIRED ACTUAL SHOTS MONTHLY. BECAUSE THIS IS A CHRONIC ILLNESS WHICH IS LEFT UNTREATED CAN RESULT IN UPPER-RESPIRATORY INFECTIONS, SINUS INFECTIONS, EAR INFECTIONS REQURING ANTIBIOTICS/PENNISILIM, WHY MUST I BE REQUIRED TO PAY FOR MEDICATION TO TREAT? I DON'T PAY FOR MEDICATION FOR CHRONIC HYPERTENSION!! THIS IS IN CLEAR VIOLATION OF THE EIGHTH AMENDMENT OF THE UNTIED STATES CONSTITUTION AND MUST BE CORRECTED. SPICIFICALLY IN LIGHT OF THE COVID-19 EPIDEMIC.

Communications / Case Actions
*2/11/2021 1:37:50 PM : ( a196744 ) wrote*
Form has been submitted

*2/18/2021 3:12:34 PM : ( Robert Zilles ) wrote*
Your request was sent to Columbus and was denied. You are can buy this medication from commissary. Please purchase the following medication from commissary.

*2/18/2021 3:12:39 PM : ( Robert Zilles ) wrote*
Closed incarcerated individual form

*2/18/2021 7:04:03 PM : ( a196744 ) wrote*
Escalated to Grievance

*2/18/2021 7:04:03 PM : ( a196744 ) wrote*
THIS IS A CLEAR VIOLATION OF THE EIGHTH AMENDMENT TO THE UNTIED STATES CONSTITUTION. MY ALLERGIES ARE CHRONIC CARE TREATMENT AND I SHOULD NOT BE REQUIRED TO PAY 11.29 FOR NASAL MEDICATION FOR A CHRONIC ISSUE.

*3/4/2021 11:57:50 AM : ( Michael Jenkins ) wrote*
This office is in receipt of Notification of Grievance Case TOCI0221000945 submitted by Alford A196-744 In your grievance, you Dr.Porter wrote an order for Nasacort and now you have to pay for medication which is wrong and violation of your rights.
During my investigation I have review your complaint. I have reviewed the response from PA3 Zilles. I have reviewed policy 68-Med-01 Medical Services and Administrative Rule 5120-9-31 – The inmate Grievance Procedure. AlfordA196744 I have reviewed the complaint. I have reviewed your response from PA3 Zilles and when you were last seen in medical regarding the above mentioned complaint. Well Columbus has reviewed the request and made a decision  for this medication and since it is an over the counter it has been decided to purchase from commissary. So I have reviewed the commissary listing and it appears the medicine Trimcinolone Nasacort is currently $11.29 so make sure that you mange your funds accordingly. I see that you spent $30.00 on 02-10-2021 and then $31.00 on 02-17-2021. You also receive $18.00 monthly in state pay.
Your Grievance is Denied-No violation of policy, procedure or law
This office will take no further action concerning this matter.
This ends Disposition of Grievance TOCI0221000945

*3/4/2021 11:57:57 AM : ( Michael Jenkins ) wrote*
Closed incarcerated individual form - Disposition: Denied

*3/4/2021 6:14:19 PM : ( a196744 ) wrote*
Escalated to Appeal

*3/4/2021 6:14:19 PM : ( a196744 ) wrote*
REGARDLES OF THE AMOUNT I SPENT IN THE PAST, I HAVE FEDERAL FILING DEDUCTIONS ADND CHILD DEDUCTIONS. IN ADDITION, MY ALLERGIES ARE A CHRONIC-CARE ISSUE ADN THE STATE MUST PROVIDE ADEQUATE TREATMENT FOR CHRONIC-CARE ISSUES. THIS IS IN CLEAR VIOLATION OF THE EIGHT AMENDMENT TO THE UNITED STATES CONSTITUTION

*3/18/2021 12:50:12 PM : ( karen stanforth ) wrote*
Affirmed.
The Office of the Chief Inspector has reviewed your concern and the Nascort can be purchased over-the-counter while your blood pressure medication is a prescribed drug that can only be dispensed through a licensed pharmacy. Only offenders who are classified as indigent are assisted with such OTC medications. The staff have followed the ODRC guidelines set forth in 68-MED-01, 68-MED-11 and Medical Protocol B-1. Therefore, there will be no further action concerning this appeal at this time.

| Ref# TOCI0221000945 | Housing:A2W0001 | Date Created:02/11/2021 |
|---|---|---|

Karen Stanforth, Assistant Chief Inspector, Medical

*3/18/2021 12:50:20 PM : ( karen stanforth ) wrote*
Closed incarcerated individual form - Disposition: Affirmed with comments

Admin Log
*2/12/2021 8:47:02 AM : ( Michael Jenkins ) wrote*
Form was viewed by Michael Jenkins and the status was changed to Pending.

*2/18/2021 3:12:34 PM : ( Robert Zilles ) wrote*
Responded to incarcerated individual

*2/19/2021 10:21:44 AM : ( Michael Jenkins ) wrote*
Form was viewed by Michael Jenkins and the status was changed to Pending.

*3/4/2021 11:57:50 AM : ( Michael Jenkins ) wrote*
Responded to incarcerated individual

*3/4/2021 12:14:06 PM : ( Michael Jenkins ) wrote*
File: Alford A196744-001.pdf has been attached.

*3/5/2021 8:25:27 AM : ( Michael Jenkins ) wrote*
Form was viewed by Michael Jenkins and the status was changed to Pending.

*3/11/2021 1:24:16 PM : ( Roger Wilson ) wrote*
Extended form expiration date: 3/25/2021

*3/11/2021 1:24:16 PM : ( Roger Wilson ) wrote*
Assigned To stanforth, karen.

*3/18/2021 12:50:12 PM : ( karen stanforth ) wrote*
Responded to incarcerated individual

Manual Fill-In
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

| Ref# TOCI0318000368 | Housing:A1E0014 | Date Created:03/22/2018 |
|---|---|---|
| ID#: a196744 | Name:ALFORD,BRIAN | |
| Form:Informal Complaint Main | Subject:Health Care | Description:Health Care |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*3/22/2018 9:32:27 AM : ( a196744 ) wrote*
VIOLATION OF 5120-4-04 AND 31-SEM-01. ON 3-21-18 WHILE AWAITING TO BE EXAMINED AT NSC A TALL MALE NURSE, POSIBLY WEBER, YELELD "MR. ALFORD, COME ON IN". UPON RAISING OUT OF MY SEAT TO ENTER THE NURSES AREA I HEARD THE SAME VOICE SAY "THIS MOTHERFUCKER". HE AGAIN STATED :MR. ALFORD, COME ON IN". UPON ENTERING, THE SAME NURSE STATED "SHE IS GOING TO BE SEING YOU" POINTING TO A TAL FEMALE NURSE, WHO IN OPOISITION SHAKED HER HEAD FROM SIDE TO SIDE. NURSE WEBER THEN RELATED HOW MANY SICK CALL VISITS I'VE HAD IN A SHORT PERIOD OF TIME, AND WANTING TO PROVIDE THE BEST CARE POSSIBLE, YET BASED ON THE SILENCE OF THE OTHER EMPLOYEES IN THE AREA WAS MOCKERY. THIS IS UNPROFESSIONAL BEHAVIOR THAT ONLY FURTHER EXACERBATED MY REASONS FOR SICK CALL VISIT. TIS TYPE FO BEHAVIOR IS STRICKLY PROHIBITED BY DRC POLICY.

Communications / Case Actions
*3/22/2018 9:32:27 AM : ( a196744 ) wrote*
Form has been submitted

*3/29/2018 8:56:34 AM : ( Robert Zilles ) wrote*
As discussed I will address with the appropriate staff that is listed above and address the employee standard of conduct.

*3/29/2018 8:56:38 AM : ( Robert Zilles ) wrote*
Closed incarcerated individual form

Admin Log
*3/22/2018 9:32:52 AM : ( Derek Burkhart ) wrote*
Form was viewed by Derek Burkhart and the status was changed to Pending.

*3/29/2018 8:56:34 AM : ( Robert Zilles ) wrote*
Responded to incarcerated individual

Manual Fill-In
_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

DRC001013

| Ref# TOCI0318000369 | Housing:A1E0014 | Date Created:03/22/2018 |
|---|---|---|
| ID#: a196744 | Name:ALFORD,BRIAN | |
| Form:Appeal | Subject:Health Care | Description:Health Care |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*3/22/2018 9:38:54 AM : ( a196744 ) wrote*
AFTER COMMUNICATION WITH WARDEN COLEMAN, UNIT MANAGER HERNANDEZ, AND MS BARKER I STILL NEED APPROVAL TO ORDER PROPERLY FITTED BOOTS. MR. HERNANDEZ ADVISED THAT THE INSTITUTION WOULD HAVE TO PROVIDE THEM, YET THE RESPONSE FROM MS. BARKER AFTER BEING ISSUED SIZE 12-2E BOOTS - ONE WIDTH TOO NARROW- I AM BACK IN THE SAME POSITION I WAS ORIGINALLY PRIOR TO BEING TOLD BY MS. BARKER ON 1-6-18 THAT THE BOOTS WOULD BE MADE TO ORDER FOR MY SIZE (12-3E WIDTH). REQUEST PERMISSION TO ORDER THROUGH HITCHCOCK SHOES, THE ONLY VENDOR THAT OFFERS 12-3E BOOTS/FOOTWEAR, AT MY EXPENSE. THIS APPROVAL HAS TO COME FROM MEDICAL ACCORDING TO WARDEN COLEMAN AND SPECIAL DUTY CAPTAIN.

Communications / Case Actions
*3/22/2018 9:38:54 AM : ( a196744 ) wrote*
Form has been submitted

*3/29/2018 7:20:02 AM : ( Robert Zilles ) wrote*
As discussed on 3/28/18 with Miss. Barker, Unit manager Hernandez and myself you will be able to purchase a pair of athletic shoes. Mr. Hernandez will gather some information and options and get with you to decide what you can order. 68 Med 01.

*3/29/2018 7:20:12 AM : ( Robert Zilles ) wrote*
Closed incarcerated individual form

*3/29/2018 1:39:12 PM : ( a196744 ) wrote*
Escalated to Grievance

*3/29/2018 1:39:12 PM : ( a196744 ) wrote*
WAS INTERVIEWED 3-28-18 BY FORMER HCA KROGGEL, AHCA BARKER, UNIT MANAGER HERNANDEZ AND THE CURRENT HCA WHO REMAINED MUTE DURING THE INTERVIEW, REGARDING THE FAILURE OF ODRC TO PROVIDE PROPERLY FITTED BOOTS(12EEE) AND REQUEST TO PURCHASE THEM  AT MY EXPENSE. MR. HERNANDEZ ADVISED I WOULD NOT BE ABLE TO PURCHASE MEDICALLY APPROVED BOOTS FROM HITCHCOCK SHOES BECAUSE I MIGHT HAVE SOMEONE AT HITCHCOCK MAIL DRUGS OR CONTRABAND INTO THE INSTITITUTION, AND BECAUSE MEDICAL HAD PROVIDED BOOTS. THE BOOTS ISSUED WERE 12EE NOT 12EEE AS PROMISED BY AHCA BARKE ON 1-8-18 WHO HAD ADVISED THAT THE BOOTS WERE MADE TO ORDER TRIPLE E WIDTH AND NOT A COMMON SIZE. WHEN I PICKED UP THE BOOTS THE SECOND TIME THEY WERE ORDERED (12EEEE THE FIRST TIME), I LEARNED THEY WERE ACTUALLY 12EE BOOTS. I MADE AHCA BARKER AWARE OF THIS FACT AS WELL AS THE NURSE WHO ISSUED THEM, AND AHCA BARKERS' REPONSE WAS "WHATEVER SIZE THEY WERE SUPPOSED TO BE, THAT'S WHAT THEY ARE". FORMER HCA KROGGEL WAS ABLE TO LOCATE 12EEE GYMS SHOES WITHIN 15 SECONDS AT AMAZON.COM. DURING THE INTERVIEW, YET FAILED TO LOCATE 12EEE BOOTS AS PROMSIED. THE ORTHOFEET COMPANY IS SOLD THRU HITCHCOCK SHOES AND THEY DO NOT HAVE 12EEE. PURSUANT TO R.C. 149.43 et seq AND DRC POLICY 07-ORD-02 REQEUST COPIES OF ALL INTEROFFICE COMMUNICATIONS AND EMAILS REGARDING THE PURCHASE AND ORDERING OF 12EEE BOOTS FOR BRIAN KEITH ALFORD A196-744 OR ODRC IS LIABLE FOR STATUTORY DAMAGES.

*4/6/2018 3:05:54 PM : ( Derek Burkhart ) wrote*
This office is in receipt of Notification of Grievance Case TOCI 03-18-000369 submitted by Inmate Alford A-196744. In your grievance you state you still need approval to order properly fitted boots. You state medical ordered you the wrong size and you request to order through Hitchcock Shoes which you claim is the only company that makes this size. During my investigation, I have reviewed your complaint. I have spoken to HCA Zilles and AHCA Barker.  I have reviewed policy 68-MED-01-Medical Services, policy 68-MED-14 – Specialty Health Care Services, and Administrative Rule 5120-9-31-Inmate Grievance Procedure.
I have found that you were ordered boots by medical in your appropriate size of 12 EEE which came in and you tried on. You claimed these boots to be too big so they were returned for a size smaller. This company claims their boots run big so the appropriate size would likely be the size smaller. When these boots arrived in size 12 EE, you tried them on and through communication with AHCA Barker and the nurse, claimed these boots fit well and you signed for them. You then complaint a few weeks later saying that you didn't want the boots. Since you had already accepted them and wore them, these boots were yours. A meeting was then held with you to discuss properly fitted shoes and to this meeting you wore the boots in question that you claimed to not like. You were informed you could order a pair of tennis shoes at your expense but you would not be permitted to order boots from the company of your choice. You have been property treated by medical at ToCI in accordance with policy 68-MED-01 and 68-MED-14.
Your grievance is denied – no violation of rule, policy, or law.  This office will take no further action concerning this matter.
This ends Disposition of Grievance TOCI 03-18000369.

*4/6/2018 3:05:57 PM : ( Derek Burkhart ) wrote*
Closed incarcerated individual form - Disposition: Denied

DRC001014

| Ref# TOCI0318000369 | Housing:A1E0014 | Date Created:03/22/2018 |
| --- | --- | --- |

*4/6/2018 8:37:57 PM : ( a196744 ) wrote*
THE INSPECTOR'S PERSPECTIVE OF THE RELEVANT FACTS ARE INCORRECT, AND IS AN ATEMPT TO
CONCEAL A VIOLATION OF POLICY.I WAS NEVER RECEIVED SIZE 12EEE BOOTS. THE ORIGINAL BOOTS
ORDERED WERE A SIZE 12EEE(4E), NOT 3E AS ALLEGED. THEY WERE I N FACT TOO WIDE.I TRIED THOSE
BOOTS ON BECAUSE AHCA BARKER ALLEGED THE BOOTS RUN SMALLER, BUT 124E WAS I N FACT TO WIDE.
UPON REORDERING BOOTS, WHEN I WENT TO PICK THEM UP I WAS GIVEN A SIZE 12EE(2E) AND I EXPLAINED
THIS ERROR TO AHCA BARKER AND THE NURSE WHO ISSUED THEM. I TOLD MS BARKER THEY WERE
BETTER THAN WHAT I HAD, MEANING THE STATE ISSUED SHOES I'VE BEEN WEARING, BUT THAT THEY
WERE STILL TOO NARROW. I NEVER STATED THE BOOTS FIT WELL. I COMPLAINED ABOUT THE BOOTS
WHEN I SIGNED FOR THEM, AND MS. BARKER ADVSIED "WHATEVER SIZE THEY ARE SUPPOSED TO BE,
TAHT'S WHAT THEY ARE". I WEAR THE BOOTS BECAUSE THEY ARE ALL THAT I HAVE TO WEAR, BUT THIS
DOES NOT EXCUSE THE DECEPTIVE MEASURES USED TO ISSUE THE WRONG SIZE BOOTS BY HEALTH
SERVICES OR THE ATTEMPT MADE TO CONCEAL THIS DECEPTION. THIS IS A COMMON PRACTICE BY ODRC
STAFF IN GENERAL. REQUEST COPIES FO ALL INTEROFFICE COMUNICATIONS AND EMAILS REGARDING THE
ORDERING OS SIZE 12EEE BOOTS FOR BRIAN KEITH ALFORD A196-744 FROM ORTHOFEET AND THE COSTS
ATTRIBUTED TO SAME PURSUANT TO R.C. 149-43 et seq AND POLICY 07-ORD-02 AND REMOVAL OF MS.
BARKER FROM ODRC AS WELL AS HCA ZILLES.

*6/14/2018 3:11:33 PM : ( karen stanforth ) wrote*
The Office of the Chief Inspector is in receipt of your Appeal; a thorough review of your appeal has been completed that
included the application of the following factors:
• Procedural requirements
• Proper investigation of your grievance
• Applicable policies, procedures, administrative rules, directives and ODRC operating manuals
• Documentation and related evidence
• Information presented in your appeal
Based on the aforementioned review, the decision rendered by the Inspector is hereby:   AFFIRMED
Karen Stanforth, Assistant Chief Inspector, Medical

*6/14/2018 3:12:06 PM : ( karen stanforth ) wrote*
Closed incarcerated individual form - Disposition: Affirmed with comments

Admin Notes
*4/2/2018 1:35:28 PM : ( Derek Burkhart ) wrote*
Inmate requested printout.

*4/23/2018 3:35:21 PM : ( Derek Burkhart ) wrote*
Inmate Requested printout

Admin Log
*3/26/2018 9:12:39 AM : ( Derek Burkhart ) wrote*
Form was viewed by Derek Burkhart and the status was changed to Pending.

*3/29/2018 7:20:02 AM : ( Robert Zilles ) wrote*
Responded to incarcerated individual

*3/29/2018 1:50:26 PM : ( Derek Burkhart ) wrote*
Form was viewed by Derek Burkhart and the status was changed to Pending.

*4/2/2018 1:35:28 PM : ( Derek Burkhart ) wrote*
New entry into admin log

*4/6/2018 3:05:54 PM : ( Derek Burkhart ) wrote*
Responded to incarcerated individual

*4/9/2018 9:33:21 AM : ( Derek Burkhart ) wrote*
Form was viewed by Derek Burkhart and the status was changed to Pending.

*4/9/2018 1:23:10 PM : ( Derek Burkhart ) wrote*
File: Kites.pdf has been attached.

*4/9/2018 1:23:33 PM : ( Derek Burkhart ) wrote*
File: Additional Docs.pdf has been attached.

| Ref# TOCI0318000369 | Housing:A1E0014 | Date Created:03/22/2018 |
|---|---|---|

*4/23/2018 3:35:21 PM : ( Derek Burkhart ) wrote*
New entry into admin log

*6/14/2018 3:11:33 PM : ( karen stanforth ) wrote*
Responded to incarcerated individual

Manual Fill-In

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

DRC001016

| Ref# TOCI0320002009 | Housing:A1W0014 | Date Created:03/24/2020 |
|---|---|---|
| ID#: a196744 | Name:ALFORD,BRIAN | |
| Form:Appeal | Subject:Health Care | Description:Unprofessional conduct |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*3/24/2020 10:51:27 AM : ( a196744 ) wrote*
TODAY 3-24-20 WHIEL BEING EXAIMINED BY DR VENTOSA AND CARAVELLA, FOR CHRONIC CARE AND
ISSUES RELATED TO NO DOCMENTATION I N  BEING PRESENT IN MY MEDICAL FILE REGARDIGN EXPOSURE
TO HAZARDOUS WASTE SINCE 2013,  IT WAS REQUESTED THAT MY BLOOD PRESSURE BE TAKEN AGAIN
DUE TO ELIVATION. HOWEVER,  SEVERAL STAFF NURSES WERE SNIKERING AND SHAKING THEIR HEADS
REGARDING DR. CARAVELLA'S REQUEST. UPON EXITING MEDICAL, A MALE STAFF PERSON IN THE OFFICE
LAUGHED AND YELLED OUT "FOURTEEN MORE TIMES, HEY ALFORD, HOLD UP". DEALING WITH SUCH
NPROFESSIONAL BEAVIOR ONLY EXACTERBATES MY MEDICAL ISSUES. PEASE ADDRESS THIS IMPORTANT
ISSUE.

Communications / Case Actions
*3/24/2020 10:51:27 AM : ( a196744 ) wrote*
Form has been submitted

*3/30/2020 6:12:04 PM : ( Dennis Seger ) wrote*
I will look into this and once I find out the details I will get back to you

*3/31/2020 10:21:38 PM : ( System ) wrote*
Closed incarcerated individual form

*4/1/2020 4:36:01 AM : ( Michael Jenkins ) wrote*
Re-Opened incarcerated individual form

*4/1/2020 4:36:19 AM : ( Michael Jenkins ) wrote*
Closed incarcerated individual form

*4/5/2020 1:43:12 PM : ( a196744 ) wrote*
Escalated to Grievance

*4/5/2020 1:43:12 PM : ( a196744 ) wrote*
DUE TO NO DOCUMENTATION IN MY OSU MEDICAL FILES REGARDING EXPOSURE TO REFRIGERANTS WHILE
AT LEBANON CORRECTIONAL. I WANT VERIFICATION THAT THIS INFORMATION IN LOCATED IN MY ODRC
MEDICAL FILES. ALSO, IN THINKING BACK ONE OF THE FOUR INDIVIDUALS IN THE OFFICE MAKING SNIDE
REMARKS WAS IN FACT D. SEGER. REQUEST THAT THIS INFORMATION BE THOUGHLY INVESTIGATED AND
APPROPRIATE ACTION TAKEN.

*4/20/2020 5:42:12 AM : ( System ) wrote*
Closed incarcerated individual form

*4/20/2020 6:36:52 AM : ( Michael Jenkins ) wrote*
Re-Opened incarcerated individual form

*5/1/2020 10:01:49 AM : ( System ) wrote*
Closed incarcerated individual form

*5/1/2020 11:32:10 AM : ( Michael Jenkins ) wrote*
Re-Opened incarcerated individual form

*5/3/2020 10:07:27 AM : ( Michael Jenkins ) wrote*
Extend-Inspector needs additional time to investigate

*5/4/2020 10:10:20 AM : ( System ) wrote*
Closed incarcerated individual form

*5/4/2020 10:14:03 AM : ( Michael Jenkins ) wrote*
Re-Opened incarcerated individual form

*5/4/2020 10:14:09 AM : ( Michael Jenkins ) wrote*
Extend-Inspector needs additional time to review

*5/5/2020 10:42:47 PM : ( Michael Jenkins ) wrote*
Extend-Inspector needs additional time to review

| Ref# TOCI0320002009 | Housing:A1W0014 | Date Created:03/24/2020 |
|---|---|---|

*5/7/2020 4:02:22 AM : ( Michael Jenkins ) wrote*
Extend-Inspector needs additional time to review

*5/8/2020 10:16:52 AM : ( System ) wrote*
Closed incarcerated individual form

*5/8/2020 12:46:48 PM : ( Michael Jenkins ) wrote*
Re-Opened incarcerated individual form

*5/8/2020 12:47:16 PM : ( Michael Jenkins ) wrote*
Extend-Inspector needs additional time to investigate

*5/11/2020 10:24:33 AM : ( System ) wrote*
Closed incarcerated individual form

*5/11/2020 12:22:38 PM : ( Michael Jenkins ) wrote*
Re-Opened incarcerated individual form

*5/11/2020 12:22:45 PM : ( Michael Jenkins ) wrote*
Extend-Inspector needs additional time to investigate

*5/11/2020 4:19:27 PM : ( Michael Jenkins ) wrote*
Extend-Inspector needs additional time to investigate

*5/18/2020 3:17:51 AM : ( Michael Jenkins ) wrote*
Extend-Inspector needs additional time to investigate

*5/19/2020 10:41:37 AM : ( System ) wrote*
Closed incarcerated individual form

*5/19/2020 11:25:55 AM : ( Michael Jenkins ) wrote*
Re-Opened incarcerated individual form

*5/19/2020 11:26:02 AM : ( Michael Jenkins ) wrote*
Extend-Inspector needs additional time to investigate

*5/21/2020 10:46:20 AM : ( System ) wrote*
Closed incarcerated individual form

*5/21/2020 12:00:14 PM : ( Michael Jenkins ) wrote*
Re-Opened incarcerated individual form

*5/30/2020 9:35:54 PM : ( Michael Jenkins ) wrote*
Extend-Inspector needs additional time to investigate

*6/2/2020 6:55:44 AM : ( Michael Jenkins ) wrote*
Extend-Inspector needs additional time to investigate

*6/3/2020 11:15:11 AM : ( System ) wrote*
Closed incarcerated individual form

*6/3/2020 11:59:23 AM : ( Michael Jenkins ) wrote*
Re-Opened incarcerated individual form

*6/17/2020 3:41:20 PM : ( Michael Jenkins ) wrote*
This office received your grievance TOCI03200002009 submitted by Inmate Alford A196744. In your grievance, you state that there is no documentation in your file regarding exposure to hazardous waste since 2013 and that medical staff were snickering and laughing and saying 14 more times hold up Alford.
During my investigation, I have reviewed your complaint, Medical file, I have reviewed HCA Segar response spoke to have review Administrative Rule 5120-9-31 – the inmate grievance procedure.

DRC001018

| Ref# TOCI0320002009 | Housing:A1W0014 | Date Created:03/24/2020 |
|---|---|---|

Offender Alford you clearly state that their is nothing in your medical file regarding exposure to hazardous exposure back in 2013 at Lebanon. You later go on to say if there is anything in your file back in 2013 regarding exposure in Lebanon. This is clearly an issue where you need to kite medical to review your file. As far as medical staff snickering I have informed the HCA supervisor  and the allegations simply cannot be substantiated. Understand that medical staff may mention your name as you are in the area and their medical duties require them to to both inquire and research medical information. Please Kite HCA Segar as he has informed you to do so.Please follow the medical plan of action you have been provided.

Your grievance is denied - no violation of rule, policy, or law.

This office will take no further action regarding this matter.

This ends disposition of Grievance TOCI03200002009

*6/17/2020 3:42:25 PM : ( Michael Jenkins ) wrote*
Closed incarcerated individual form - Disposition: Denied

*6/17/2020 4:58:20 PM : ( a196744 ) wrote*
Escalated to Appeal

*6/17/2020 4:58:20 PM : ( a196744 ) wrote*
THE INSPECTOR'S CNOCLUSION CLEARLY IS OFF POINT. I STATED THAT DUE TO THE FACT MY OSU MEDICAL FILES DO NOT SHOW EXPOSURE TO HAZARDOUS WASTE, THAT I NEED VERIFICATION THAT IN FACT THIS INFORMATION IS CONTAINED WITHIN MY ODRC MEDICAL FILES. IN ADDITION, THE ISSUES RELATING TO UNPROFESSIONAL BEHAVIOR BY MEDICAL STAFF DID INFACT INVOLVE  HCA D. SEGAR. AND RELATED TO MEDICAL STAFF TRYING TO SECOND GUESS THE DOCTORS REQUEST TO RETAKE MY BOOD PRESSURE, AND DMAIGN A MOCERY OF THE DOCTOR'S REQUEST. MY BLOOD PERSSURE WAS VERY HIGH THAT DAY, UNDOUBTEDLY DUE TO MEDICA L STAFFS UNPROFESSIONAL ACTIONS. REQUEST A THROUGH INVESTIGATION INTO THESE ISSUES IN A TIMELY MANNER.

*6/25/2020 8:30:45 AM : ( karen stanforth ) wrote*
Modified with Additional Response Required.

A review of your concern shows that your initial IFC was not addressed by the HCA or designee which demonstrates non-compliance with Ohio Administrative Rule 5120-9-31. Therefore I am Modifying this appeal with a request for Inspector Jenkins to contact Dennis Seger for an IFC complaint response, followed by his review and investigation no later than July 10, 2020. The findings of this request should be forwarded to the Office of the Chief Inspector for inclusion with this appeal.

Karen Stanforth, Assistant Chief Inspector, Medical

*6/25/2020 8:31:08 AM : ( karen stanforth ) wrote*
Closed incarcerated individual form - Disposition: Modified with additional response required

Admin Log
*3/24/2020 11:17:35 AM : ( Michael Jenkins ) wrote*
Form was viewed by Michael Jenkins and the status was changed to Pending.

*3/24/2020 11:18:44 AM : ( Michael Jenkins ) wrote*
Changed subject to: Health Care, Changed description to: Unprofessional conduct

*3/24/2020 2:17:07 PM : ( Michael Jenkins ) wrote*
Form was viewed by Michael Jenkins and the status was changed to Pending.

*3/30/2020 6:12:04 PM : ( Dennis Seger ) wrote*
Responded to incarcerated individual

*4/6/2020 10:11:44 AM : ( Michael Jenkins ) wrote*
Form was viewed by Michael Jenkins and the status was changed to Pending.

*4/20/2020 6:37:33 AM : ( Michael Jenkins ) wrote*
Extended form expiration date: 5/1/2020

*5/1/2020 11:32:18 AM : ( Michael Jenkins ) wrote*
Extended form expiration date: 5/2/2020

*5/3/2020 10:07:27 AM : ( Michael Jenkins ) wrote*
Responded to incarcerated individual

| Ref# TOCI0320002009 | Housing:A1W0014 | Date Created:03/24/2020 |

*5/3/2020 10:07:35 AM : ( Michael Jenkins ) wrote*
Extended form expiration date: 5/4/2020

*5/4/2020 10:14:09 AM : ( Michael Jenkins ) wrote*
Responded to incarcerated individual

*5/4/2020 10:14:15 AM : ( Michael Jenkins ) wrote*
Extended form expiration date: 5/5/2020

*5/5/2020 10:44:05 PM : ( Michael Jenkins ) wrote*
Responded to incarcerated individual

*5/5/2020 10:44:05 PM : ( Michael Jenkins ) wrote*
Extended form expiration date: 5/6/2020

*5/7/2020 4:02:22 AM : ( Michael Jenkins ) wrote*
Responded to incarcerated individual

*5/7/2020 4:02:30 AM : ( Michael Jenkins ) wrote*
Extended form expiration date: 5/8/2020

*5/8/2020 12:47:16 PM : ( Michael Jenkins ) wrote*
Responded to incarcerated individual

*5/8/2020 12:47:40 PM : ( Michael Jenkins ) wrote*
Extended form expiration date: 5/9/2020

*5/9/2020 1:22:04 PM : ( Michael Jenkins ) wrote*
Extended form expiration date: 5/10/2020

*5/11/2020 12:22:45 PM : ( Michael Jenkins ) wrote*
Responded to incarcerated individual

*5/11/2020 12:22:52 PM : ( Michael Jenkins ) wrote*
Extended form expiration date: 5/12/2020

*5/11/2020 4:19:27 PM : ( Michael Jenkins ) wrote*
Responded to incarcerated individual

*5/11/2020 4:19:59 PM : ( Michael Jenkins ) wrote*
Extended form expiration date: 5/17/2020

*5/18/2020 3:17:53 AM : ( Michael Jenkins ) wrote*
Responded to incarcerated individual

*5/18/2020 3:18:01 AM : ( Michael Jenkins ) wrote*
Extended form expiration date: 5/19/2020

*5/19/2020 11:26:02 AM : ( Michael Jenkins ) wrote*
Responded to incarcerated individual

*5/19/2020 11:26:11 AM : ( Michael Jenkins ) wrote*
Extended form expiration date: 5/20/2020

*5/21/2020 12:00:31 PM : ( Michael Jenkins ) wrote*
Extended form expiration date: 5/22/2020

*5/23/2020 2:53:52 AM : ( Michael Jenkins ) wrote*
Extended form expiration date: 5/31/2020

*5/30/2020 9:35:54 PM : ( Michael Jenkins ) wrote*
Responded to incarcerated individual

| Ref# TOCI0320002009 | Housing:A1W0014 | Date Created:03/24/2020 |
|---|---|---|

*5/30/2020 9:36:12 PM : ( Michael Jenkins ) wrote*
Extended form expiration date: 6/1/2020

*6/2/2020 6:55:44 AM : ( Michael Jenkins ) wrote*
Responded to incarcerated individual

*6/2/2020 6:56:49 AM : ( Michael Jenkins ) wrote*
Extended form expiration date: 6/3/2020

*6/3/2020 11:59:33 AM : ( Michael Jenkins ) wrote*
Extended form expiration date: 6/17/2020

*6/17/2020 3:41:20 PM : ( Michael Jenkins ) wrote*
Responded to incarcerated individual

*6/18/2020 8:36:10 AM : ( Michael Jenkins ) wrote*
Form was viewed by Michael Jenkins and the status was changed to Pending.

*6/25/2020 8:30:45 AM : ( karen stanforth ) wrote*
Responded to incarcerated individual

<u>Manual Fill-In</u>

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

DRC001021

| Ref# TOCI0418000266 | Housing:A1E0014 | Date Created:04/18/2018 |
| ID#: a196744 | Name:ALFORD,BRIAN | |
| Form:Informal Complaint | Subject:Health Care | Description:Health Care |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*4/18/2018 6:52:38 AM : ( a196744 ) wrote*
VIOLATION OF 5120-9-04 AND 31-SEM-01. ON 2-19-18 I SUBMITTED A HEALTH SERVICES REQUEST FOR NUMBNESS IN MY LEFT ARM SINCE 2015 AND IN THREE FINGERS. ON 3-1-18 WAS EXAMINED BY DR. DA LA CRUZ WHO ADVISED AN EMG WOULD BE PERFORMED. ON 4-9-18 I SIGNED FOR ROUND TRIP FOR EMG AND AT THAT TIME NOR ANY OTHER TIME WAS I ADVISED THAT IF I REFUSED I WOULD BE CHARGED A 20.00 FEE, OR THAT I WOULD BE REQUIRED TO PACKUP ALL OF MY PERSONAL PROPERTY PRIOR TO GOING ON ROUND TRIP. ON 4-17-18 I WAS ADVISED BY THIRD SHIFT OFFICER I WAS GOING ON ROUND TRIP AND WOULD HAVE TO PACK UP MY PROPERTY. I ADVISED NO ONE INFORMED ME OF THIS BEFORE, AND THAT I WOULD SIGN AN AMA. AT 3:30A.M. I WAS TAKEN TO MEDICAL ON 4-18-18 TO SIGN AN AMA, AND AFTER SIGNING THE AMA NURSE MATTHEWS ADVISED THAT I WOULD BE CHARGED A TICKET FOR 20.00 FOR REFUSING TO GO ON ROUND TRIP. THIS IS A CLEAR VIOLATION OF 5120-9-04 AND 31-SEM-01 SINCE I NEVER AGREED TO THESE TERMS IN WRITING OR OTHERWISE, AND WAS NEVER ALLOWED TO READ THE DOCUMENTS I SIGNED ON 4-9-18 OR 4-18-18. I OBJECT TO THESE TERMS.

Communications / Case Actions
*4/18/2018 6:52:38 AM : ( a196744 ) wrote*
Form has been submitted

*4/23/2018 10:05:41 AM : ( Robert Zilles ) wrote*
As discussed today your charge stand in accordance with policy 68-Med 14. It states the Rules infraction board shall consider discipline, and a 20 dollar administrative fee may be charged for the late cancellation. You also signed the Notification of Medical Appointment form  that also states failure to follow through with your test will result in disciplinary action. Such disciplinary action may include charges by the RIB for class II violation. It also states that you understand the RIB may order restitution for any cost that may result from my failure to attend this appointment.

*4/23/2018 10:05:49 AM : ( Robert Zilles ) wrote*
Closed incarcerated individual form

*4/23/2018 4:30:58 PM : ( a196744 ) wrote*
Escalated to Grievance

*4/23/2018 4:30:58 PM : ( a196744 ) wrote*
THE FINDINGS OF THE RIB AND HCA  ARE UNFOUNDED. ON 4-9-18 WHEN I SIGNED THE FORM 5028 I WAS NEVER ALLOWED TO READ IT PRIOR TO SIGNING, AND THE ONLY THING I WAS TOLD IS TO TRY TO SCHEDULE ANY VISITS AFTER THE FOLLOWING TWO WEEKS UNTIL AFTER MY ROUND TRIP. DUE TO PENDNG LITIGATION IN CASE NO 1:15-CV-00645 DUE 4-30-18 I DID NOT WANT TO MISS A LAW LIBRARY PASS TO COMPLETE MY OBJECTIONS TO REPORT AND RECOMMENDATIONS DUE 4-30-18 (SEE ORDER 3-27-18 PASS 4-2-18, KITE 3-13-18, 3-15-18 AND 3-27-18).  I OBJECT TO A TWENTY ($20) DOLLAR RESTITUTION FOR REFUSING TO GO ROUND TRIP FOR FAILURE OF ODRC TO READ OR ALLOW ME TO READ THE FORM 5028 PRIOR TO AND AFTER SIGINING. SINCE JULY 2014 I HAVE NEVER READ, BEEN GIVEN A COPY OF, OR BEEN ADVISED THAT FAILURE TO ATTEND A ROUND TRIP COULD RESULT IN A VIOLATION OF RULES AND 20.00 DEDUCTION.

*5/7/2018 10:12:40 AM : ( Derek Burkhart ) wrote*
This office is in receipt of Notification of Grievance Case TOCI 04-18-000266 submitted by Inmate Alford A-196744. In your grievance you state on 4/9/18 you signed a round trip form for an EMG to which you claim you were not informed you could be charged $20.00 to refuse. On 4/17/18, you state you were advised of the round trip and to pack up all your property to which you signed an AMA. You claim Nurse Matthews informed you that you would be charged $20.00 to which you disagree.
During my investigation, I have reviewed your complaint. I have spoken to HCA Zilles and reviewed your signed Notification of Medical Appointment.  I have reviewed policy 68-MED-01 - Medical Services, policy 68-MED-14 – Specialty Health Care Services, and Administrative Rule 5120-9-31-Inmate Grievance Procedure.
I have found that on the Notification of Medical Appointment, it states that failure to follow through will result in disciplinary action. This action may order restitution for any costs due to failure to attend. Policy 68-MED-01 (J) (3) (b) (iv) (2) states:
"The Rules Infraction Board (RIB) shall consider discipline, and a $20.00 administrative fee may be charged for the late cancellation."
Your grievance is denied – no violation of rule, policy, or law.  This office will take no further action concerning this matter.
This ends Disposition of Grievance TOCI 04-18-000266.

*5/7/2018 10:12:45 AM : ( Derek Burkhart ) wrote*
Closed incarcerated individual form - Disposition: Denied

Admin Log
*4/18/2018 9:53:26 AM : ( Derek Burkhart ) wrote*
Form was viewed by Derek Burkhart and the status was changed to Pending.

DRC001022

| Ref# TOCI0418000266 | Housing:A1E0014 | Date Created:04/18/2018 |
|---|---|---|

*4/23/2018 10:05:41 AM : ( Robert Zilles ) wrote*
Responded to incarcerated individual

*4/24/2018 8:54:20 AM : ( Derek Burkhart ) wrote*
Form was viewed by Derek Burkhart and the status was changed to Pending.

*5/7/2018 10:06:59 AM : ( Derek Burkhart ) wrote*
File: Notification of Medical Appointment.pdf has been attached.

*5/7/2018 10:12:40 AM : ( Derek Burkhart ) wrote*
Responded to incarcerated individual

<u>Manual Fill-In</u>

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

| Ref# TOCI0621001903 | Housing:A2W0001 | Date Created:06/22/2021 |
|---|---|---|
| ID#: a196744 | Name:ALFORD,BRIAN | |
| Form:Appeal | Subject:Health Care | Description:Other |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*6/22/2021 10:06:55 AM : ( a196744 ) wrote*
MS. ABBOTT:IN 2020 I CONTACTED YOU REGARDING INFORMING MAILROOM THAT I WOULD BE ORDERING MEDICALLY APPROVED FOOTWEAR FROM HITCHCOCK SHOES, AND A CD PLAYER FROM ACCESS DIRECT, AND YOU ADVISED IT WAS DONE. HOWEVER, IT WAS NOT UNTIL THIS YEAR THAT I WAS ACTUALLY ABLE TO PURCHASE THE FOOTWEAR, AND IN MARCH 2021 I CONTACTED YOU REGARDING MEDICALY FOOTWEAR, THE TYPE FOOTWEAR IT WOULD BE, AND YOUR REPONSE WAS I COULD ONLY ORDER SHOES, BOOTS ARE NOT APPROVED, AND IN MARCH 9, 2021 YOU ADVISED AGAIN THAT BOOTS ARE NOT APPROVED, IF I NEEDED BOOTS I NEED TO ORDER THROUGH MEDICAL TOCI03210000974. I THEN WENT TO MEDICAL ON MARCH 30TH 2021 AND DR .BABB APPROVED THE PRIOR ORDER BY THE FOOT DOCTOR AND DR. PORTER FOR MEDICALY APPROVED BOOTS PER TOCI0321001132 3-10-21, AND I SUBMITED A CASH SLIP WITH THE APPROVAL FROM MEDICAL WITH MY ENVELOPE THE ORDER WAS PROCESSED YET, ON 6-21-21 MY BOOTS WERE DENIED APPARENTLY DUE TO YOUR ADVISING MAILROOM TO DENY THEM. IF THEY ARE MEDICALLY APPROVED, IN SPITE OF MEDICAL SENDING ME BACK AND FORTH PLACING THE BURDEN UPON YOU, BUT ULTIMATELY APPROVING THEM, WHY WOULD YOU REQUEST THEY BE DENIED WHEN I SUFFER FROM NEUROPOTHY AND MEDICAL NEED FOR THE BOOTS?

Communications / Case Actions
*6/22/2021 10:06:55 AM : ( a196744 ) wrote*
Form has been submitted

*6/25/2021 9:21:03 AM : ( Penney Abbott ) wrote*
You have been told several times that boots are not permitted.  Medical Segar got with DWO Walters and reiterated that you were not to get boots at this Level.  According to medical you can get shoes to address your medical issues.

*6/25/2021 9:21:09 AM : ( Penney Abbott ) wrote*
Closed incarcerated individual form

*6/25/2021 12:41:14 PM : ( a196744 ) wrote*
Escalated to Grievance

*6/25/2021 12:41:14 PM : ( a196744 ) wrote*
THERE IS AN OBVIOUS CONSORTED, CONSPIRATORIAL ATTEMPT TO DENY MY RIGHTS UNDER THE EIGHTH AMEND TO THE US. CONSTITUTION. THIS ISSUE IS FULLY DOCMENTED IN TOCI0620001218 6-15-20, TOCI 0720002604 7-30-20, TOCI0321000974 3-9-21, ADA REQUEST AND RESPONSE FROM WARDEN BOWERMAN 10-16-18 AND 12-16-18, TOCI1218000168 12-10-18 I HAVE DONE EVERTHING REQUIRED OF ME PURSUANT TO ADVISEMENT OF TOCI STAFF, AND DENNIS SEGER HAS NEVER PLAYED ANY PART THE ISSUE REGARDING APPROVAL FOR MEDICALLY APPROVED BOOTS AND FAILED TO FULLY INVESTIGATE TOCI0320002009 3-24-20. CIVIL ACTION NO 2:21-CV-01878 WHICH WAS TRANSFERRED TO N.D. OF OHIO ON 6-3-21 NAMES 5 DEFENDANTS SEEKING 1,000,000.00 IN PUNATIVE DAMAGES FOR DELAYING IN PROVIDING PROPERY FITTED BOOTS CAUSING DAMAGE TO THE NERVES IN MY FEET, AND MAY ERQUIRE AMENDMENT TO INCLUDE ADDITIONAL DEFENDANTS. ALSO SEE OBJECTIONS TO DESTRUCTION OF BOOTS TO MAIL ROOM SUPERVISOR 6-23-21 AND ATTACHMENTS.

*7/9/2021 10:05:52 AM : ( Michael Jenkins ) wrote*
The Office of the Inspector of Institutional Service is in receipt of your grievanceTOCI0621001903 case number Mr. Alford A196744. Where you were disapproved medical boots through Toledo. still have neuropathy and still require medical need for the boots.
The following were conducted to investigate your grievance. Spoke to Rn Kolinski Reviewed AR 5120-9-31 Offender Grievance Process, Reviewed ODRC Policies 68-MED-01, and 68-MED-19
Mr. Alford you have been medically and security wise disapproved of medical boots while at Toledo Correctional. Boots may have been ordered by someone inadvertently but but because of the security level and a decision has been determined they are not authorized at Toledo. Please kite medical to determine a replacement option that is available concerning the issues that you say your having.
Based off the above there is no violation of ODRC policies or Administrative Rules.
Your grievance is denied- No violation of procedure , policy, law
This office will take no further action regarding this matter.
TOCI0621001903  is closed

*7/9/2021 10:06:01 AM : ( Michael Jenkins ) wrote*
Closed incarcerated individual form - Disposition: Denied

*7/9/2021 3:38:26 PM : ( a196744 ) wrote*
Escalated to Appeal

| Ref# TOCI0621001903 | Housing:A2W0001 | Date Created:06/22/2021 |

*7/9/2021 3:38:26 PM : ( a196744 ) wrote*
BASED UPON AUTHORIZED APROVAL FOR MEDICALL Y APPROVED BOOTS SIZE 12 3E PURCHASED AT MY EXPENSE AND APPROVED BY MEDICAL STAFF ON 3-31-21, AND BASED UPON AWAITING APPROVAL FOR ADA REASONABLE ACCOMODATION FOR THIS MEDICAL NEED, REQUEST ISSUANCE OF THE BOOTS ONCE ADA ACCOMMODATION IS APPROVED.

*7/28/2021 8:07:39 AM : ( Marc Bratton ) wrote*
The office of the Chief Inspector is in receipt of your informal complaint, disposition of grievance and your appeal to this office.  The subject and description of your appeal has been redirected to Health Care Services for analysis and final decision.

*8/4/2021 12:29:57 PM : ( karen stanforth ) wrote*
Affirmed.
The Office of the Chief Inspector has reviewed your grievance concerning boots for your peripheral neuropathy. You were seen by Dr. Porter and HCA Seger and they also discussed your case with Mr. Gardner of the Collegial Review Committee. During your DSC visit on 7/16/21 your feet were evaluated for callus formation, neuropathy and also there were no pre-ulcer callus or ulcer findings. At this time you were advised that you would not qualify for anything other than a double depth shoe and orthotic inserts. Your gait was stable and you do not have any signs of instability. Therefore high ankle tennis shoes are indicated for you. Please follow-up with the medical staff for assistance if you feel the need and they can help you secure these shoes.
The medical staff have followed the ODRC guidelines set forth in 68-MED-14. Therefore, there will be no further action concerning this appeal at this time.
Karen Stanforth, Assistant Chief Inspector, Medical

*8/4/2021 12:30:07 PM : ( karen stanforth ) wrote*
Closed incarcerated individual form - Disposition: Affirmed with comments

Admin Log
*6/23/2021 8:48:43 AM : ( Michael Jenkins ) wrote*
Form was viewed by Michael Jenkins and the status was changed to Pending.

*6/25/2021 9:21:03 AM : ( Penney Abbott ) wrote*
Responded to incarcerated individual

*6/25/2021 2:54:57 PM : ( Michael Jenkins ) wrote*
Form was viewed by Michael Jenkins and the status was changed to Pending.

*7/9/2021 10:05:52 AM : ( Michael Jenkins ) wrote*
Responded to incarcerated individual

*7/12/2021 4:02:28 PM : ( Michael Jenkins ) wrote*
Form was viewed by Michael Jenkins and the status was changed to Pending.

*7/28/2021 8:07:39 AM : ( Marc Bratton ) wrote*
Responded to incarcerated individual

*7/28/2021 8:08:05 AM : ( Marc Bratton ) wrote*
Changed subject to: Health Care, Changed description to: Other

*7/28/2021 8:08:05 AM : ( Marc Bratton ) wrote*
Assigned To stanforth, karen.

*7/28/2021 8:27:21 AM : ( Michael Jenkins ) wrote*
Form was viewed by Michael Jenkins and the status was changed to Pending.

*8/4/2021 12:29:57 PM : ( karen stanforth ) wrote*
Responded to incarcerated individual

Manual Fill-In
_____

_____

| Ref# TOCI0621001903 | Housing:A2W0001 | Date Created:06/22/2021 |
| --- | --- | --- |

_____

_____

_____

_____

_____

_____

_____

_____

DRC001026

| Ref# TOCI0621002639 | Housing:A2W0001 | Date Created:06/29/2021 |
|---|---|---|
| ID#: a196744 | Name:ALFORD,BRIAN | |
| Form:Kite | Subject:ADA | Description:ADA |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*6/29/2021 3:03:36 PM : ( a196744 ) wrote*
MR. GAJEWSKI: MEDICALL APPROVED AN ORDER FOR MEDICALLY APPROVED SIZE 12 3E BOOTS FROM
HITCHCOCK SHOES INC. ON 3-31-21 AND ON 6-21-21 MAILROOM DENIED MY BOOTS BECAUSE THEY ARE
CLAIMING THEY ARE NOT ADA APPROVED. THI IS BECAUSE ON 10-16-18 I SUBMITTED AN INMATE
REASONABLE ACCOMMODATION REQUEST FOR MEDICALY APPROVED BOOTS DUE TO SCOLYOSIS,
DEGENERATIVE SPINE DISORDER, LATTICE (HOLTES) IN MY RETINAS, IMPARIED VISION SPINAL DISORDER
AND INJURIES IN MY MEDICAL FILE WHICH CAUSES INSTABILITY, LACK OF SUPPORT, AND FOR
CIRCULATORY PROBLEMS IN MY FEET WHICH HAE PROGRESSED TO NEUROPATHY IN MY TOES AND YET
YOU FAILED TO VERIFY THIS INFORMATION IN MY MEDICAL FILE AND I AM BEING MADE TO RETURN THE
BOOTS AT COST TO ME DUE TO YOUR FAILURE TO PROPERLY VERIFY THE NEED. WARDEN BAUERMAN DID
NOT APPROVE MY REQUEST FOR THIS REASON, BUT RECOMMENDED I ADDRESS THIS WITH MEDICAL
STAFF WHICH I DID NI MARCH 2021, AND APPROVAL WAS GIVEN. THEREFORE I REQUEST THAT YOU VERIFY
THIS NEED, AND ENSURE THAT MEDICAL, COLUMBUS, AND THE WARDEN, TO INCLUDE DWO WALTERS, AND
MAILROOM ARE MADE AWARE OF THIS VERIFICATION BEFORE THE BOOTS ARE RETURNED AT MY EXPENSE
CAUSING FURTHER DELAY OF THIS VITAL MEDICAL NEED ASAP! OTHERWISE, YOU WILL BE AMENDED INTO
CIVIL COMPLAINT NO 2:21-CV-01878 ALFORD V. ZILLES, ALONG WITH DENNIS SEGER SEEKING $1,000,000.00
IN PUNITIVE DAMAGES.

Communications / Case Actions
*6/29/2021 3:03:36 PM : ( a196744 ) wrote*
Form has been submitted

*7/6/2021 10:51:19 AM : ( Troy Reed ) wrote*
I have issued you an ADA accommodations request last week.  I have also received your communication that you turned
in your information to your Sgt.  Thank you.

*7/6/2021 10:51:23 AM : ( Troy Reed ) wrote*
Closed incarcerated individual form

Admin Log
*6/30/2021 10:50:07 AM : ( Troy Reed ) wrote*
Form was viewed by Troy Reed and the status was changed to Pending.

*7/6/2021 10:51:19 AM : ( Troy Reed ) wrote*
Responded to incarcerated individual

Manual Fill-In
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

DRC001027

| Ref# TOCI0621002639 | Housing:A2W0001 | Date Created:06/29/2021 |

DRC001028

Page: 1

| Ref# TOCI0621002646 | Housing:A2W0001 | Date Created:06/29/2021 |
| ID#: a196744 | Name:ALFORD,BRIAN | |
| Form:Kite | Subject:ADA | Description:ADA |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*6/29/2021 4:39:32 PM : ( a196744 ) wrote*
MR. REED I NEED TO RESUBMIT AN INMATE REASONABLE ACCOMMODATION REQUEST FOR SIZE 12 3E
BOOTS. ALTHOUGH MEDICAL APPROVED PURCHASE ON 3-31-21 AND THE BOOTS ARRIVED ON 6-21-21, THE
OTHER PART OF APPROVAL AT LEVEL 4 IS ADA APPROVAL, AND ON 10-16-18 JOSHUA GEJEWSKI FAILED TO
VERIFY THIS NEED IN MY MEDICAL FILE. THEREFORE, THE BOOTS WILL BE HELD UNTIL ADA APPROVAL.
THANK YOU!

Communications / Case Actions
*6/29/2021 4:39:32 PM : ( a196744 ) wrote*
Form has been submitted

*6/30/2021 11:06:28 AM : ( Troy Reed ) wrote*
I will bring you a ADA accommodation request shortly.  Thank you.

*6/30/2021 11:06:35 AM : ( Troy Reed ) wrote*
Closed incarcerated individual form

Admin Log
*6/30/2021 11:04:43 AM : ( Troy Reed ) wrote*
Form was viewed by Troy Reed and the status was changed to Pending.

*6/30/2021 11:06:28 AM : ( Troy Reed ) wrote*
Responded to incarcerated individual

Manual Fill-In

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

DRC001029

| Ref# TOCI0721000024 | Housing:A2W0001 | Date Created:07/01/2021 |
|---|---|---|
| ID#: a196744 | Name:ALFORD,BRIAN | |
| Form:Kite | Subject:ADA | Description:ADA |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*7/1/2021 10:58:39 AM : ( a196744 ) wrote*
MR. REED: I JUST SUBMITTED MY REASONABLE ADA ACCOMMODATION WITH 36 PAGES OF
DOCUMENTATION AND A KITE TO THE ACTING UNIT SGT. THANKS!

Communications / Case Actions
*7/1/2021 10:58:39 AM : ( a196744 ) wrote*
Form has been submitted

*7/6/2021 10:45:30 AM : ( Troy Reed ) wrote*
Thank you.

*7/6/2021 10:48:22 AM : ( Troy Reed ) wrote*
Closed incarcerated individual form

Admin Log
*7/6/2021 10:44:36 AM : ( Troy Reed ) wrote*
Form was viewed by Troy Reed and the status was changed to Pending.

*7/6/2021 10:45:30 AM : ( Troy Reed ) wrote*
Responded to incarcerated individual

Manual Fill-In
_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

DRC001030

| Ref# TOCI0721002161 | Housing:A2W0001 | Date Created:07/24/2021 |
|---|---|---|
| ID#: a196744 | Name:ALFORD,BRIAN | |
| Form:Appeal | Subject:Health Care | Description:Other |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*7/24/2021 10:29:16 AM : ( a196744 ) wrote*
MR. WALTERS: ON 7-14-21 I WAS RECOMMENDED FOR DECREASE TO LEVEL 3 AND FILED AN APPEAL. ON 7-23-21 APPEAL WAS DENIED, AND APPEAL GIVEN FOR OPERATIONS SUPPORT ON 7-23-21 WITH MY APPEAL BEING DUE ON 8-6-21, FIFTEEN DAYS FROM THE WARDEN'S DENIAL. HOWEVER, I LEARNED TODAY VIA JPAY THAT MY STATUS IS LEVEL 3 AND TRANSFER IS APPROVED FOR WCI?? HOW IS THIS POSSIBLE, WHEN THE FINAL APPEAL PROCESS IS NOT COMPLETE, AND MY REASON REQUESTING TO REMAIN LEVEL 4 IS DUE TO BEING EXPOSED TO COVID-19 TWICE IN 2020, STILL SUFFERING FROM THE LONG TERM EFFECTS, SUFFER FROM LIFE-THREATENING ILLNESSES (HEP-C HYPERTENSION, RESPIRATORY AILMENTS), AM NOT IMMUNIZED AND THE DELTA VARIANT IS REPIDLY RISING IN INFECTIONS FOR PERSONS IN MY POSITION. IN ADDITION, I AM STILL AWAITING A DECISION ON ADA APPROVAL FOR MY MEDICALLY APPROVED BOOTS BY MR. REED AND LITIGATION IS PENDING REGARDING FAILURE TO TREAT FOR LIFE-THREATENING ILLNESSES, AMONG OTHER RELATED ISSUES.

Communications / Case Actions
*7/24/2021 10:29:16 AM : ( a196744 ) wrote*
Form has been submitted

*7/26/2021 6:23:44 PM : ( Dennis Seger ) wrote*
I will only be addressing your concerns over COVID and other life threatening illnesses that you have made reference to. I have reviewed your encounters over Medical over the last year and I do not see that you were ever seen for anything other than Chronic Care follow ups, ear pain, chronic sinus complaints and several encounters about your request for boots. I note that you were offered and refused both the Flu vaccine and the Covid vaccine. It is too late to receive the Flu vaccine at this point but if you would like to receive the Covid vaccine please send me a kite so I can add you to the list.

*7/26/2021 6:23:50 PM : ( Dennis Seger ) wrote*
Closed incarcerated individual form

*7/26/2021 7:56:15 PM : ( a196744 ) wrote*
Escalated to Grievance

*7/26/2021 7:56:15 PM : ( a196744 ) wrote*
MT CONCERN INVOLVES POSSIBLE EXPOSURE TO DELTA VARIANT IF A TRANSFER IS MADE TO AN ENVIRONMENT WITH TWICE THE NUMBER OF PEOPLE. I HAVE DOCUMENTATION OUTSIDE OF MEDICAL ENCOUNTERS, AND REQUESTED TESTING FOR COVID-19 AFTER BEING EXPOSED TWICE LAST YEAR - ONCE IN JANUARY-FEBRUARY AND THE SECOND TIME LATE LAST YEAR WHEN THE FOOD SERVICE WORKERS WERE EXPOSED. THIS ISSUE IS THOROUGHLY OUTLINED IN CIVIL COMPLAINT NO 2:20-CV-03879 CURRENTLY ON APPEAL IN SIXTH CIRCUIT COURT OF APPEALS. IN ADDITION, MEDICAL HAS FAILED TO TREAT ME FOR LIFE-THREATENING ILLNESSES (HEP-C) SINCE 2018 WHICH PLACES ME AT GREATER RISK OF CONTRACTING COVID-19 AND THE DELTA VARIANT AND THOROUGHLY OUTLINED IN 2:21-CV-01878 WHICH HAS BEEN TRANSFERRED TO NORTHERN DISTRICT OF OHIO AS OF 6-3-21. MY CONCERN IS MY IMMEDIATE HEALTH AND RIGHT TO LIFE, TO BE FREE FROM CRUEL AND INHUMANE CONDITIONS BY PLACING ME IN IMMINENT THREAT OF THE DANGER OF DEATH OR SERIOUS BODILY HARM BY DECREASING MY SECURITY AND APPROVING TRANSFER DURING THE VARIANT SURGE, BEFORE MY FINAL APPEAL IS COMPLETED WHICH WAS MAILED TODAY CERTIFIED MAIL AND DUE 8-6-21. YOU WILL BE AMENDED INTO CURRENT LITIGATION PENDING IN CASE NO 2:21-CV-01878.

*8/4/2021 9:36:08 AM : ( Michael Jenkins ) wrote*
This complaint is as  following CaseTOCI0721002161: where you Mr. Alford A196744 you are recommended to level 3. You bring up delta variant and boots again
Understand I have read HCA Segar response and  reviewed 68-med-01, 5120-9-31 grievance process
Mr. Alford A196744 I read your complaint.  you have been approved for reduction to level 3. The institution that you will probably be reporting to is WCI. as far as Delta variant  You were provided a thorough response from HCA Segar which will not be repeated. You are scheduled for a visit 50 over physical in 08172021. I will not answer any questions about boots because it has already been addressed in complaints TOCI0621002162,toci0621002151 and TOCI0621001903
Your concern has been previously addressed and therefore, will not be responded to in accordance with AR 5120-9-31 (E). Please be advised that your improper use of the grievance procedure may result in restricted access in accordance with AR 5120-9-31(E).
Mr. Alford please follow all medical plans that have been addressed with you in the future. Good Luck at WCI.
Your Grievance is Denied-(No violation of law, policy or procedure by staff)
This office considers this complaint closed
This ends Disposition of Grievance TOCI0721002161

| Ref# TOCI0721002161 | Housing:A2W0001 | Date Created:07/24/2021 |

*8/4/2021 9:36:14 AM : ( Michael Jenkins ) wrote*
Closed incarcerated individual form - Disposition: Denied

*8/4/2021 2:04:59 PM : ( a196744 ) wrote*
Escalated to Appeal

*8/4/2021 2:04:59 PM : ( a196744 ) wrote*
ALTHOUGH A SEPARATE APPEAL HAS BEEN MAILED 7-29-21 ON THIS ISSUE, 5120-9-31 IS DESIGNED TO ADDRESS INMATE COMPLAINTS RELATED TO ANY ASPECT OF INSTITUTIONAL LIFE THAT DIRECTLY AND PERSONALLY AFFECTS THE GRIEVANT. 5120-9-31(A). BECAUSE THE PROCEDURAL VIOLATION AFFECTS MY HEALTH AND SAEFTY BY DECREASING MY SECURITY AND APPROVING TRANSFER TO ANOTHER FACILITY WITH TWICE THE NUMBER OF INMATES DURING THE DELTA VARIANT SURGE PLACING ME IN IMMINENT THREAT OF DEATH OR SERIOUS BODILY HARM DUE TO MY LIFE-THREATENING ILLNESS AND FAILURE TO TREAT FOR SAME, I NEEDED TO ADDRESS THE VIOLATION IMMEDIATELY. IN DOING SO, I NOTIFIED DWO WALTERS, UMC ROBINSON'S SUPERVISOR. HOWEVER, DENNIS SEGER HAS ONCE AGAIN ATTEMPTED TO FALSIFY INFORMATION IN MY MEDICAL FILE, AS ON 7-20-20 I REQUESTED ACTIVE AND ANITI-BODY TESTING FOR COVID-19 AFTER EXPOSURE IN JAN OR FEB 2020 AND THIS DOCUMENT IS AN EXHIBIT IN CIVIL COMPLAINT NO. 2:20CV-03879 CURRENTLY ON APPEAL IN CASE NO 21-3662. OF WHICH UMC ROBINSON AND WARDEN MAY BE DEFENDANTS AT.5120-9-31(H) STRICTLY PROHIBITS RETALIATION OR THE THREATENED RETALIATION FOR USE OF THE INMATE GRIEVANCE PROCEDURE. R.C. 2945(A) PROHIBITS PUBLIC SERVANTS UNDER COLOR OF LAW TO DEPRIVE AN Y PERSON OF A CONSTITUTIONAL OF STATUTORY RIGHT.

*8/30/2021 4:01:47 PM : ( karen stanforth ) wrote*
Affirmed.
The Office of the Chief Inspector has reviewed your grievance concerning the your potential exposure to the Delta Variant if you are moved to a different institution. While you do have the right to refuse the Covid vaccine which you did on 3/11/21 and were counseled for as well, you are placing yourself at increased risk for contracting Covid and any variants. With your age and your chronic illnesses you should definitely take the vaccine however your still maintain your refusal. As stated, this is your choice however you do not have a choice for housing placements/security assignments, therefore I truly hope you will reconsider this decision.
This appeal is closed with the knowledge the staff have followed the ODRC guidelines set forth in 68-MED-01 and 68-MED-24. Hopefully, you will reconsider your decision and work to maintain your optimal level of health during incarceration.
Karen Stanforth, Assistant Chief Inspector, Medical

*8/30/2021 4:01:55 PM : ( karen stanforth ) wrote*
Closed incarcerated individual form - Disposition: Affirmed with comments

Admin Log
*7/26/2021 7:35:41 AM : ( Ryan Walters ) wrote*
Form was viewed by Ryan Walters and the status was changed to Pending.

*7/26/2021 9:07:04 AM : ( Michael Jenkins ) wrote*
Changed subject to: Health Care, Changed description to: Other

*7/26/2021 9:07:13 AM : ( Michael Jenkins ) wrote*
Form was viewed by Michael Jenkins and the status was changed to Pending.

*7/26/2021 6:23:44 PM : ( Dennis Seger ) wrote*
Responded to incarcerated individual

*7/27/2021 8:39:05 AM : ( Michael Jenkins ) wrote*
Form was viewed by Michael Jenkins and the status was changed to Pending.

*8/4/2021 9:36:08 AM : ( Michael Jenkins ) wrote*
Responded to incarcerated individual

*8/5/2021 12:54:53 PM : ( Michael Jenkins ) wrote*
Form was viewed by Michael Jenkins and the status was changed to Pending.

*8/12/2021 12:29:33 PM : ( Roger Wilson ) wrote*
Assigned To stanforth, karen.

*8/30/2021 4:01:47 PM : ( karen stanforth ) wrote*
Responded to incarcerated individual

Manual Fill-In

Page: 3

| Ref# TOCI0721002161 | Housing:A2W0001 | Date Created:07/24/2021 |

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

DRC001033

| Ref# TOCl0818000556 | Housing:A1W0014 | Date Created:08/31/2018 |
| ID#: a196744 | Name:ALFORD,BRIAN | |
| Form:Informal Complaint | Subject:Health Care | Description:Health Care |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*8/31/2018 7:34:19 AM : ( a196744 ) wrote*
THERE HAS BEEN A SERIOUS PROBLEM WITH HEPATITIS A INFECTIONS I OHIO SINEC THE BEGINNING OF
2018. SINCE AROUND THAT TIME I HAVE BEEN EXPERIENCING TWO FO THE SYMPTOMS - NAUSEA AND
STOMCHE PAIN, AND HAVE BEEN SEEN BY MEDICALSTAFF FOR THESE CONDITIONS YET AHVE NOT BEEN
IMMUNIZED AGAINST THIS DESEASE IN SPITE OF BEING AFFECTED WITH HEPITIS C SINCE 2003. REQUEST
TESTING ASAP THIS DESEASE IN SPITE OF MEETING NONE OF THE RISK FACTORS, EXCEPT BEING
INCARCERATED.

Communications / Case Actions
*8/31/2018 7:34:19 AM : ( a196744 ) wrote*
Form has been submitted

*9/5/2018 3:19:07 PM : ( Robert Zilles ) wrote*
You have been previously vaccinated with the Hep A vaccine on 9/28/12 and 4/12/13. You are currently up to date and
have no need at this time for another vaccination. Please follow up with medical if you are still having issues. 68 Med 01.

*9/5/2018 3:19:12 PM : ( Robert Zilles ) wrote*
Closed incarcerated individual form

*9/8/2018 5:47:54 PM : ( a196744 ) wrote*
Escalated to Grievance

*9/8/2018 5:47:54 PM : ( a196744 ) wrote*
DUE TO THE OUTBREAK OF HEPITITIS A IN THE AREA IT IS IMPORTANT TO BE TESTED FOR THIS DISEASE
BECAUSE OF MY EXPOSURE TO HEPITITIS C. REQUEST TO BE TESTED FOR HEP-A.

*9/22/2018 7:42:42 AM : ( Derek Burkhart ) wrote*
This office is in receipt of Notification of Grievance Case TOCI 08-18-000556 submitted by Inmate Alford A-196744. In
your grievance, you state due to the alleged amount of Hepatitis A in the institution, you are requesting to be tested.
During my investigation, I have reviewed your complaint. I have spoken to HCA Zilles. I have reviewed policy 68-MED-01
- Medical Services and Administrative Rule 5120-9-31-Inmate Grievance Procedure.
I have found that as HCA Zilles stated, you have been previously vaccinated with the Hep A vaccine on 9/28/12 and
4/12/13. At this time, there is not a need for additional vaccination or testing. You may submit a health service request if
you have a concern that you feel needs addressed.
Your grievance is denied – no violation of rule, policy, or law.  This office will take no further action concerning this
matter.
This ends Disposition of Grievance TOCI 08-18-000556.

*9/22/2018 7:42:48 AM : ( Derek Burkhart ) wrote*
Closed incarcerated individual form - Disposition: Denied

Admin Log
*9/4/2018 8:29:26 AM : ( Derek Burkhart ) wrote*
Form was viewed by Derek Burkhart and the status was changed to Pending.

*9/5/2018 3:19:07 PM : ( Robert Zilles ) wrote*
Responded to incarcerated individual

*9/10/2018 10:07:20 AM : ( Derek Burkhart ) wrote*
Form was viewed by Derek Burkhart and the status was changed to Pending.

*9/22/2018 7:42:42 AM : ( Derek Burkhart ) wrote*
Responded to incarcerated individual

Manual Fill-In
_____

_____

_____

Page: 2

| Ref# TOCI0818000556 | Housing:A1W0014 | Date Created:08/31/2018 |
|---|---|---|

DRC001035

| Ref# TOCI0919000294 | Housing:A1W0014 | Date Created:09/05/2019 |
|---|---|---|
| ID#: a196744 | Name:ALFORD,BRIAN | |
| Form:Kite | Subject:Health Care | Description:Health Care |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*9/5/2019 5:50:59 PM : ( a196744 ) wrote*
PLEASE PLACE ME ON THE LIST TO SEE THE EYE DOCTOR. STILL HAVING PROBEMS WITH MY VISION AND RELATED ISSUES.

Communications / Case Actions
*9/5/2019 5:50:59 PM : ( a196744 ) wrote*
Form has been submitted

*9/12/2019 4:41:53 PM : ( Robert Zilles ) wrote*
Please submit a health service request to be seen by medical.

*9/12/2019 4:41:58 PM : ( Robert Zilles ) wrote*
Closed incarcerated individual form

Admin Log
*9/12/2019 4:41:21 PM : ( Robert Zilles ) wrote*
Form was viewed by Robert Zilles and the status was changed to Pending.

*9/12/2019 4:41:53 PM : ( Robert Zilles ) wrote*
Responded to incarcerated individual

Manual Fill-In

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

DRC001036

| Ref# TOCI1019002801 | Housing:A1W0014 | Date Created:10/30/2019 |
|---|---|---|
| ID#: a196744 | Name:ALFORD,BRIAN | |
| Form:Kite | Subject:Health Care | Description:Health Care |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*10/30/2019 7:12:27 AM : ( a196744 ) wrote*
DR. BABB: COULD YOU SEND AN E-MAIL TO COMMISSARY TO PURCHASE OVER THE COUNTER ZYRTEK PLEASE?

Communications / Case Actions
*10/30/2019 7:12:27 AM : ( a196744 ) wrote*
Form has been submitted

*11/1/2019 9:22:53 AM : ( Robert Zilles ) wrote*
You can purchase on Wednesday November 6th on your commissary day.

*11/1/2019 9:23:05 AM : ( Robert Zilles ) wrote*
Closed incarcerated individual form

Admin Log
*11/1/2019 8:04:09 AM : ( Robert Zilles ) wrote*
Form was viewed by Robert Zilles and the status was changed to Pending.

*11/1/2019 9:22:53 AM : ( Robert Zilles ) wrote*
Responded to incarcerated individual

Manual Fill-In
_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

DRC001037

| Ref# TOCI1117000291 | Housing:A1E0014 | Date Created:11/25/2017 |
|---|---|---|
| ID#: a196744 | Name:ALFORD,BRIAN | |
| Form:Appeal | Subject:Health Care | Description:Health Care |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*11/25/2017 8:32:54 PM : ( a196744 ) wrote*
SINCE 2015 I HAVE BEEN EXPERIENCING PROBLEMS WITH MY EYES (FLASHING PULSE IN LEFT EYE, PAIN
AND DISCOMFORT IN LEFT EYE, FLOATING OBSTRUCTION IN LEFT EYE, DRYNESS AND DISCHARGE IN LEFT
EYE, DOUBLE VISION IN LEFT EYE, AND PROBLEMS WITH LOSS OF PERIFFERAL VISION IN LEFT EYE. ALSO
HAVING VISION PROBLEMS WITH RIGHT EYE SINCE 2015, AND ON 7-12-17 I EXPERIENCED A TEAR IN LASER
SURGERY ALREADY PERFORMED ON THE RIGHT EYE TO PREVENT RETINAL DETACHMENT IN RIGHT EYE.
WAS SEEN AT NURSES SICK CALL HERE, AND WAITING TO SEE EYE DOCTER SOON. HOWEVER, I AM
NIFORMED THAT THE EYE DOCTER HERE AT TOCI IS THE SAME AS THE ONE WHO TREATED ME AT
LEBANON, WARREN, AND S.O.C.F. WHO HAS REFUSED TO PROVIDE AN UPDATED PRESCRIPTION FOR NEW
GLASSES WITH TENT, AND HAS AS OF YET NOT RECOMMENDED I BE SEEN BY A SPECIALIST AT OUTSIDE
HOSPITAL FOR FURTHER TERATMENT REGARDING REGARDING THESE PROBLEMS.

Communications / Case Actions
*11/25/2017 8:32:54 PM : ( a196744 ) wrote*
Form has been submitted

*11/30/2017 1:30:04 PM : ( Hannah Kroggel ) wrote*
As discussed you were seen by the eye doctor on 11-29-17. He ordered new glasses with tint. Per his assessment your
condition is stable and no consult is needed at this time. Care has been provided per 68-med-14.

*11/30/2017 1:30:11 PM : ( Hannah Kroggel ) wrote*
Closed incarcerated individual form

*12/2/2017 5:14:47 PM : ( a196744 ) wrote*
Escalated to Grievance

*12/2/2017 5:14:47 PM : ( a196744 ) wrote*
THE OPTOMETRISTS ACCESSMENT IS NOT APPROPRIATE. ON 7-12-17 I SUFFERED A TEAR TO THE LASERED
AREA OF MY RIGHT EYE CREATING EVEN MORE OBSTRUCTIONS IN MY RIGHT EYE, ALOGNWITH THE
EXISTING CATARACT IN MY RIGHT EYE. A NWE RX FOR GLASSES WAS ISSUED 9-11-17 WHIEL AT S.O.C.F.
BY THE SAME DR. SINCE THAT TIME, A SECOND RX HAS BEEN ORDERED WITH TENTED LENS, AND THE
OBSTRUCTIONS CONTINUE TO BECOME LARGER AND DARKER JUST LIKE SITUATION IN 2014 WHEN I
EXPERIENCED A RETINAL TEAR TO MY RIGHT EYE. IN ADDITION, I'VE EXPERIENCED GREATER PAIN
BEHIDNMY RIGHT EYE, MY LEFT TEMPLE AREA, AS WELL AS AHVING BEEN EXPERIENCING DIZZINESS
WHICH I ASSUMED WAS ASSOCIATED WITH AN INNER INFECTION (8-8-17, 9-24-17, 10-4-17, 10-11-1 AND
10-28-17) AS WELL AS DOUBLE VISION IN MY LEFT EYE, A FLASHING PULSE IN MY LEFT EYE, DISCHARGE, A
FLOATING OBSTRUCTION SINCE 2015, DRYNESS, (COURT OF CLAIMS OF OHIO CASE NO. 2017-00592).
REQUEST A CNOSULT TO DETERMIEN THE BEST COURSE FO TREATMENT FOR PREVENTIVE CARE RATER
THAN AWAIT ANOTHER DISASTER LIKE 2014 WHICH COULD HAVE PERMENANT EFFECTS.

*12/27/2017 3:23:55 PM : ( Derek Burkhart ) wrote*
This office is in receipt of Notification of Grievance Case TOCI 11-17-000291 submitted by Inmate Alford A-196744. In
your grievance you state you have been having problems with your eye since 2015. You experience a tear on 7/12/17 to
your right eye. You state you are waiting to be seen by the eye doctor but you believe the results will be the same and
you will be refused glasses with tint and not recommended to see a specialist.
During my investigation, I have reviewed your complaint. I have spoken with Mrs. Kroggel, Health Care Administrator and
reviewed the notes from your visit on 11/29/17. I have reviewed Policy 68-MED-01-Medical Services, 68-MED-14 –
Specialty Health Care Services, and Administrative Rule 5120-9-31-Inmate Grievance Procedure.
I have found that your complaint was a speculation of what you expected but not a legitimate complaint regarding a
violation of policy or procedure. You were seen 4 days after your initial informal complaint on 11/29/17 and glasses with
tint were ordered. Per the Doctor, you eye health is very stable and a follow up in 6 months was recommended. If you
feel you need to be seen soon than the recommended appointment, you may submit a health service request.
Your Grievance is denied – no violation of rule, policy, or law. This office will take no further action concerning this
matter.
This ends Disposition of Grievance TOCI 11-17-000291.

*12/27/2017 3:24:02 PM : ( Derek Burkhart ) wrote*
Closed incarcerated individual form - Disposition: Denied

*12/29/2017 9:09:51 AM : ( a196744 ) wrote*
Escalated to Appeal

*12/29/2017 9:09:51 AM : ( a196744 ) wrote*
ALTHOUGH THE EYE DOCTOR DID AUTHORIZATION TINTED LENSES AND NEW GLASSES, EXPERT
DIAGNOSIS IS REQUIRED TO DETERMINE THE BEST COURSE OF TREATMENT FOR TO PREVENT ADDITIONAL
DAMAGE TO MY EYES.

*1/26/2018 12:50:36 PM : ( karen stanforth ) wrote*

| Ref# TOCI1117000291 | Housing:A1E0014 | Date Created:11/25/2017 |
|---|---|---|

In your appeal you state the institutional optometrist's assessment is not appropriate concerning your current vision status and you are requesting to be seen by an outside specialist due to your past recent history of vision issues. You further state you are experiencing visual obstructions that are becoming larger and darker and need to see a specialist for preventative care in order to prevent a disaster like 2014 that could have permanent effects on your vision.

A review of your medical file indicates you were last seen by Dr. Shoemaker, the institutional Optometrist on 11/29/17 at which time he noted you continued to use your eye drops appropriately and your eye health was stable. He also changed your eyeglass prescription for distance only correction per your request.

While you claim you are in need of further outside evaluation, you have not submitted any recent HSR's about your vision in the past several months. Additionally, you are being followed by Dr. Shoemaker every six months and your next appointment is set for 5/4/18. Should you experience a change in your current visual status, I encourage you to complete an HSR for immediate evaluation or have your dorm officer contact medical, depending on the nature of your problem.

In conclusion, the medical and optometry staff are following the ODRC guidelines set forth in 68-MED-01 and 68-MED-14. There will be no further action concerning this appeal at this time.

Karen Stanforth, Assistant Chief Inspector, Medical

*1/26/2018 12:58:29 PM : ( karen stanforth ) wrote*
Closed incarcerated individual form - Disposition: Affirmed with comments

Admin Log
*11/27/2017 7:34:04 AM : ( Derek Burkhart ) wrote*
Form was viewed by Derek Burkhart and the status was changed to Pending.

*11/30/2017 1:30:04 PM : ( Hannah Kroggel ) wrote*
Responded to incarcerated individual

*12/4/2017 7:46:39 AM : ( Derek Burkhart ) wrote*
Form was viewed by Derek Burkhart and the status was changed to Pending.

*12/15/2017 2:33:37 PM : ( Derek Burkhart ) wrote*
Extended form expiration date: 12/22/2017

*12/22/2017 11:55:09 AM : ( Derek Burkhart ) wrote*
Extended form expiration date: 12/30/2017

*12/27/2017 3:23:48 PM : ( Derek Burkhart ) wrote*
File: image2017-12-27-131431.pdf has been attached.

*12/27/2017 3:23:55 PM : ( Derek Burkhart ) wrote*
Responded to incarcerated individual

*1/10/2018 11:15:34 AM : ( karen stanforth ) wrote*
Form was viewed by karen stanforth and the status was changed to Pending.

*1/26/2018 12:58:20 PM : ( karen stanforth ) wrote*
Responded to incarcerated individual

Manual Fill-In
_____

_____

_____

_____

_____

| Ref# TOCI1117000291 | Housing:A1E0014 | Date Created:11/25/2017 |
|---|---|---|

_____

_____

_____

_____

_____

DRC001040

| Ref# TOCI1117000295 | Housing:A1E0014 | Date Created:11/26/2017 |
| ID#: a196744 | Name:ALFORD,BRIAN | |
| Form:Appeal | Subject:Health Care | Description:Health Care |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*11/26/2017 9:01:01 AM : ( a196744 ) wrote*
SINCE 2012 I HAVE BEEN TRYING TO OBTAIN MEDICALLY APPROVED PROPERLY FITTED SHOES. MY LAST PAIR PURCHASED WAS 2007 WHILE IN FEDERAL CUSTODY, WHICH CAN BE VERIFIED FROM MY MEDICAL FILE. I WAS SEEN AS NURSES SICK CALL HERE AT TOCI, AND AM WAITING  TO SEE THE FOOT DOCTER. HOWEVER, I CURRENTLY HAVE CIVIL LITIGATION IN CASE NO. 1:15-CV-00645 AGAINST ODRC FOR FAILING TO PROVIDE PROPERLY FITTED SHOES. I ONLY NEED PERMISION TO ORDER FROM HITCHCOCK SHOES, WHO HAS SIZE 12EEE WIDTH, AT MY EXPENSE. YOUR COOPERATION IN THIS IMPORTANT MATTER IS GREATLY APPRECIATED.

Communications / Case Actions
*11/26/2017 9:01:01 AM : ( a196744 ) wrote*
Form has been submitted

*11/30/2017 1:34:00 PM : ( Hannah Kroggel ) wrote*
As discussed after reviewing your medical files, there has been no podiatry assessments since 2015. You are scheduled to see the podiatrist in December to be assessed. Care provided per 68-med-14.

*11/30/2017 1:34:35 PM : ( Hannah Kroggel ) wrote*
Closed incarcerated individual form

*12/9/2017 8:31:29 PM : ( a196744 ) wrote*
Escalated to Grievance

*12/9/2017 8:31:29 PM : ( a196744 ) wrote*
ON  12-8-17 WAS SEEN BY THE PODIARTRIST AND ADVISED THAT SPECIAL DUTY CAPTAIN INFOREMD ME THAT PERMISION TO PURCHASE THROUGH SPECIAL VENDOR FOR PROPERLY FITTED SHOES WOULD HAVE TO BE APPROVED THROUGH MEDICAL. WAS EXAMINED BY PODIARTRIST WHO ADVISED THAT HE WOULD SUBMIT REQUEST TO HEALTH SERVICES ADINISTRATOR FOR AUTHORIZATION TO ORDER PROPERLY FITED SHOES (12EEE) THROUGH HITCHCOCK SHOES. AWAITING AUTHORIZATION TO PURCHASE.

*12/28/2017 3:25:06 PM : ( Derek Burkhart ) wrote*
This office is in receipt of Notification of Grievance Case TOCI 11-17-000295 submitted by Inmate Alford A-196744. In your grievance you state since 2012 you have been trying to obtain medically approved shoes. You state you were seen at Nurse sick call and are waiting to see the foot doctor. You claim you have a case against ODRC in court. You would like permission to order shoes at your expense.
During my investigation, I have reviewed your complaint.  I have reviewed your complaint. I have spoken to HCA Kroggel.  I have reviewed policy 68-MED-01-Medical Services, policy 68-MED-14 – Specialty Health Care Services, and Administrative Rule 5120-9-31-Inmate Grievance Procedure.
I have found you are not addressing a complaint but are rather making a request to order shoes. You were seen by medical on 12/8/17 and this matter was discussed and approved.
Your grievance is denied – not within the scope of the grievance procedure.  This office will take no further action concerning this matter.
This ends Disposition of Grievance TOCI 11-17-000295.

*12/28/2017 3:25:11 PM : ( Derek Burkhart ) wrote*
Closed incarcerated individual form - Disposition: Denied

*12/29/2017 9:13:14 AM : ( a196744 ) wrote*
Escalated to Appeal

*12/29/2017 9:13:14 AM : ( a196744 ) wrote*
ALTHOUGH MY REQUEST WAS ALLEGEDLY APPROVED  TO ORDER SHOES AT MY EXPENSE, I HAVE YET TO RECEIVE WRITTEN AUTHORIZATION FOR SAME AND WAS NEVER NOTIFIED UNTIL MY GRIEVANCE WAS ANSWERED.

*1/31/2018 9:19:00 AM : ( karen stanforth ) wrote*
Affirmed.
In your appeal you state you have been attempting to obtain medically approved properly fitting shoes and your last pain was purchased in 2007 while in federal custody.
A review of all relevant information concerning your appeal shows this submission is not considered a grievance and not within the scope of practice for this process. Additionally, it appears that your issue has been addressed. If for some reason you experience difficulty with obtaining this footwear, this would be considered a grievable situation and you may submit the appropriate paperwork for consideration should this occur.
There have been no policy or procedure violations and therefore there will be no further action concerning this appeal.
Karen Stanforth, Assistant Chief Inspector, Medical

DRC001041

| Ref# TOCI1117000295 | Housing:A1E0014 | Date Created:11/26/2017 |
|---|---|---|

*1/31/2018 9:19:11 AM : ( karen stanforth ) wrote*
Closed incarcerated individual form - Disposition: Affirmed with comments

Admin Log
*11/27/2017 7:33:01 AM : ( Derek Burkhart ) wrote*
Form was viewed by Derek Burkhart and the status was changed to Pending.

*11/30/2017 1:34:00 PM : ( Hannah Kroggel ) wrote*
Responded to incarcerated individual

*12/11/2017 7:39:17 AM : ( Derek Burkhart ) wrote*
Form was viewed by Derek Burkhart and the status was changed to Pending.

*12/22/2017 11:58:46 AM : ( Derek Burkhart ) wrote*
Extended form expiration date: 12/30/2017

*12/28/2017 3:25:06 PM : ( Derek Burkhart ) wrote*
Responded to incarcerated individual

*1/10/2018 11:15:19 AM : ( karen stanforth ) wrote*
Form was viewed by karen stanforth and the status was changed to Pending.

*1/31/2018 9:19:00 AM : ( karen stanforth ) wrote*
Responded to incarcerated individual

Manual Fill-In
_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

DRC001042

| Ref# TOCI1119002585 | Housing:A1W0014 | Date Created:11/27/2019 |
|---|---|---|
| ID#: a196744 | Name:ALFORD,BRIAN | |
| Form:Kite | Subject:Health Care | Description:Health Care |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*11/27/2019 7:53:43 PM : ( a196744 ) wrote*
I NEED T SEE THE EYE DOCTOR TO HAVE MY LEFT EYE CHECKED BECAUSE MY NEWEST TINTED LENSES ARE CREATING A PROBLEM WITH VISION IN MY LEFT EYE.

Communications / Case Actions
*11/27/2019 7:53:43 PM : ( a196744 ) wrote*
Form has been submitted

*11/29/2019 10:08:54 AM : ( Robert Zilles ) wrote*
Please submit a health service request to medical for evaluation and scheduling.

*11/29/2019 10:08:58 AM : ( Robert Zilles ) wrote*
Closed incarcerated individual form

Admin Log
*11/29/2019 10:08:17 AM : ( Robert Zilles ) wrote*
Form was viewed by Robert Zilles and the status was changed to Pending.

*11/29/2019 10:08:54 AM : ( Robert Zilles ) wrote*
Responded to incarcerated individual

Manual Fill-In

DRC001043

| Ref# TOCI1120002422 | Housing:A1W0011 | Date Created:11/19/2020 |
|---|---|---|
| ID#: a196744 | Name:ALFORD,BRIAN | |
| Form:Kite | Subject:Health Care | Description:Health Care |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*11/19/2020 8:59:56 AM : ( a196744 ) wrote*
MS. BARKER: AFTER MY VISIT WITH DR. PORTER YESTERDAY AND BEING ADVISED THAT YOU WERE
ATTEMPTING TO PROVIDE 13E BOOTS THROUGH OPI, I WOULD LIKE TO REQUEST IF YOU COULD KINDLY
SEND THE MAIL ROOM AN E-MAIL VERIFYING APPROVAL FOR ME TO PURCHASE MEDICALLY APPROVED
BOOTS/GYM SHOES THROUGH AMAZON.COM. I PURCHASED A PAIR OF GYM SHOES IN NOVEMBER FROM
HITCHCOCK SHOES AND THEY SENT THE WRONG SIZE (124E) AND THEY WERE TO WIDE. AMAZON.COM
COULD MEET MY NEEDS AND I WILL SIMPLY PURCHASE THEM SINCE THE INSTITUTION IS EXPERIENCING
BUDGET CUTS. THANKS!

Communications / Case Actions
*11/19/2020 8:59:56 AM : ( a196744 ) wrote*
Form has been submitted

*11/25/2020 10:46:24 AM : ( Robert Zilles ) wrote*
Mr. Alford after speaking to Ms. Barker if you would like to buy your own shoes and not have them provided through
medical please get in contact with your unit staff. They will be able to assist you with that. Also make sure that you are
purchasing shoes and not boots so they don't get sent back.

*11/25/2020 10:46:31 AM : ( Robert Zilles ) wrote*
Closed incarcerated individual form

Admin Log
*11/24/2020 1:43:26 PM : ( Hannah Kroggel ) wrote*
Form was viewed by Hannah Kroggel and the status was changed to Pending.

*11/25/2020 10:46:24 AM : ( Robert Zilles ) wrote*
Responded to incarcerated individual

Manual Fill-In
_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

| Ref# TOCI1120003098 | Housing:A1W0011 | Date Created:11/25/2020 |
|---|---|---|
| ID#: a196744 | Name:ALFORD,BRIAN | |
| Form:Kite | Subject:Health Care | Description:Health Care |
| Urgent:No | Time left:n/a | Status:Closed |

<u>Original Form</u>
*11/25/2020 2:10:58 PM : ( a196744 ) wrote*
MS ZILLES: I DO WANT MEDICAL TO ORDER MY BOOTS IF ITIS POSSIBLE? I WILL KNOW THAT OPI DOES NOT HAVE 123E BOOTS THOUGH, WHICH IS WHERE MS. BARKER WAS ATTEMPTING TO ORDER THEM FROM.

<u>Communications / Case Actions</u>
*11/25/2020 2:10:58 PM : ( a196744 ) wrote*
Form has been submitted

*12/1/2020 4:23:44 PM : ( Hannah Kroggel ) wrote*
MS. BARKER: AFTER MY VISIT WITH DR. PORTER YESTERDAY AND BEING ADVISED THAT YOU WERE ATTEMPTING TO PROVIDE 13E BOOTS THROUGH OPI, I WOULD LIKE TO REQUEST IF YOU COULD KINDLY SEND THE MAIL ROOM AN E-MAIL VERIFYING APPROVAL FOR ME TO PURCHASE MEDICALLY APPROVED BOOTS/GYM SHOES THROUGH AMAZON.COM. I PURCHASED A PAIR OF GYM SHOES IN NOVEMBER FROM HITCHCOCK SHOES AND THEY SENT THE WRONG SIZE (124E) AND THEY WERE TO WIDE. AMAZON.COM COULD MEET MY NEEDS AND I WILL SIMPLY PURCHASE THEM SINCE THE INSTITUTION IS EXPERIENCING BUDGET CUTS. THANKS!

  (Kite) Robert Zilles wrote: 11/25/2020 10:46 AM
Mr. Alford after speaking to Ms. Barker if you would like to buy your own shoes and not have them provided through medical please get in contact with your unit staff. They will be able to assist you with that. Also make sure that you are purchasing shoes and not boots so they don't get sent back.
SO you no longer want to order your own boots through Amazon?

*12/2/2020 10:27:10 AM : ( Hannah Kroggel ) wrote*
Closed incarcerated individual form

<u>Admin Log</u>
*12/1/2020 4:17:07 PM : ( Hannah Kroggel ) wrote*
Form was viewed by Hannah Kroggel and the status was changed to Pending.

*12/1/2020 4:23:44 PM : ( Hannah Kroggel ) wrote*
Responded to incarcerated individual

<u>Manual Fill-In</u>
_____

_____

_____

_____

_____

_____

_____

_____

_____

Page: 2

| Ref# TOCI1120003098 | Housing:A1W0011 | Date Created:11/25/2020 |

DRC001046

| Ref# TOCI1217000326 | Housing:A1E0014 | Date Created:12/28/2017 |
| ID#: a196744 | Name:ALFORD,BRIAN | |
| Form:Appeal | Subject:Health Care | Description:Health Care |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*12/28/2017 9:42:17 AM : ( a196744 ) wrote*
ON 12-27-17 I WAS SEEN AT NSC FOR POSSIBLE DVT IN MY LEG. THE TALL MALE NURSE CHECKED MY LEG, AND DECIDED THAT IT WAS A VERICOSE VEIN BUT ADMITED THAT THIS WAS THE WAY DVT FORMS. REQUEST EXPERT DIAGNOSIS BY A PHYSICIAN AND AN ULTRA SOUND.

Communications / Case Actions
*12/28/2017 9:42:17 AM : ( a196744 ) wrote*
Form has been submitted

*1/3/2018 1:18:51 PM : ( Hannah Kroggel ) wrote*
As discussed proper assessment was given at you NSC on 12-27-17.  You showed no signs of a DVT at that time. Follow up care is not needed at this time. Please follow the plan of care and follow up with medical as needed. Care provided per 68-med-01.

*1/3/2018 1:18:56 PM : ( Hannah Kroggel ) wrote*
Closed incarcerated individual form

*1/3/2018 4:51:46 PM : ( a196744 ) wrote*
Escalated to Grievance

*1/3/2018 4:51:46 PM : ( a196744 ) wrote*
DUE TO MY HISTORY WITH ESSENTIAL BENIGN HYPERTENSION AND CIRCULATORY PROBLEMS WITH MY FEET, BROKEN VEINS IN MY ANKLES, AND BECAUSE THIS PROBLEM HAS WORSENED WITH MY LEG IN THE LAST YEAR, IT IS UNETHICAL TO WAIT FOR A SERIOUS PROBLEM TO ARISE RATHER THAN PROVIDE FURTHER TESTING FOR DVT. REQUEST ADDITION TESTING AND ULTRA SOUND TO RULE OUT COMPLETELY DVT.

*1/22/2018 1:32:24 PM : ( Derek Burkhart ) wrote*
Additional time is needed to investigate your complaint.

*1/25/2018 4:25:41 PM : ( Derek Burkhart ) wrote*
This office is in receipt of Notification of Grievance Case TOCI 12-17-000326 submitted by Inmate Alford A-196744. In your grievance you state you were seen by medical on 12/27/17 at NSC for possible DVT in your leg. You state the nurse examined you and claimed is was a Varicose Vein but stated this is how DVT forms. You are requesting an Ultra Sound and Diagnosis by a Physician.
During my investigation, I have reviewed your complaint. I have spoken to HCA Zilles and went over your notes from visits.  I have reviewed policy 68-MED-01-Medical Services, policy 68-MED-14 – Specialty Health Care Services, and Administrative Rule 5120-9-31-Inmate Grievance Procedure.
I have found you were seen on 12/27/17 for NSC. The Nurse that completed your assessment noted no signs of DVT thus follow up care was not needed. You were then seen on 1/17/18 and 1/24/18 for flue like symptoms and made no mention of any leg issue. If you have other issues or feel a follow up is necessary, you may submit a Health Service Request. Care was provided per 68-MED-01.
Your grievance is denied – no violation of rule, policy, or law.  This office will take no further action concerning this matter.
This ends Disposition of Grievance TOCI 12-17-000326.

*1/25/2018 4:25:45 PM : ( Derek Burkhart ) wrote*
Closed incarcerated individual form - Disposition: Denied

*1/25/2018 4:51:45 PM : ( a196744 ) wrote*
Escalated to Appeal

*1/25/2018 4:51:45 PM : ( a196744 ) wrote*
MY VISIT TO NURSE SICK CALL ON 1-17-18 AND 1-24-18 WERE FOR FLU AND NOT PROBLEMS WITH MY LEG, WHICH STILL EXIST, THEREFORE, ONLY THE ISSUE LISTED IN MY HEATLH SERVICES REQEUST COULD BE DISCUSSED. THE PROBLEMS WITH MY LEFT LEG CONTINUE, AND I AM STARTING TO SHOW CLEAR SIGNS THAT DAMAGE IS BEING DONE ON THE SURFACE OF MY LEFT LEG. I CAN NOT AFFORD TO KEEP GOING BACK AND FORTH FOR HEALTH SERVICE VISITS WITH A SUR CHARGE OF 2.00 PER VISITS WHEN THIS IS A CONTINUING AND ONGOING PROBLEM. THEREFORE, I REQUEST ADDITIONAL TESTING/ULTRA SOUND TO DETERMINE THE DAMAGE TO MY LEG AND HEALTH RISKS ASSOCIATED WITH SAME.

*3/9/2018 3:24:21 PM : ( Candace Henry ) wrote*
March 9, 2018
Alford , Brian - 196744
Dear Mr. Alford:

DRC001047

| Ref# TOCI1217000326 | Housing:A1E0014 | Date Created:12/28/2017 |

Please be advised that additional time will be required before a decision can be made concerning your appeal. This extension is needed by the writer in order to affect a fair and proper resolution.
Sincerely,
Candace Henry
Chief Inspector's Office

*4/12/2018 5:48:12 PM : ( karen stanforth ) wrote*
Affirmed.
A review of your medical file indicates you were last seen on 3/22/18 and shared your concerns about your leg pain and possible DVT with the ALP. While I understand you concern and fear of a DVT, please know the symptoms you were reporting do not correlate with this issue but instead are related to your lumbar disc disorder which was confirmed on x-ray and which is part of the aging process for many of us.
Based on my review of your treatment plan, the medical staff at TOCI have followed the appropriate ODRC guidelines as set forth in 68-MED-01. I do encourage you to keep in contact with medical so they can monitor for any changes with your CCC illnesses. There will be no further action concerning this appeal at this time.
Karen Stanforth, Assistant Chief Inspector, Medical
 Intervertebral lumbar disc disorder with myelopathy, lumbar region
lumbar x-ray showed some degenerative changes without any fractures, discussed that seems to be a chronic, non-progressive problem and not a DVT which he continues to worry about and has been counseled about before, patient voices understanding of all plans, continue otc meds per instructions, exercises previously discussed at prior visit suggested if he has several problems, to try and come in and discuss one at a time
LUMBAR SPINE AP and LAT FINDINGS: There are degenerative changes of the spine. No fracture or subluxation seen. There is osseous demineralization. Soft tissues are grossly unremarkable.
CONCLUSION: Degenerative changes. No fracture.

*4/12/2018 5:48:53 PM : ( karen stanforth ) wrote*
Closed incarcerated individual form - Disposition: Affirmed with comments

Admin Log
*12/28/2017 10:30:13 AM : ( Derek Burkhart ) wrote*
Form was viewed by Derek Burkhart and the status was changed to Pending.

*1/3/2018 1:18:51 PM : ( Hannah Kroggel ) wrote*
Responded to incarcerated individual

*1/4/2018 8:08:35 AM : ( Derek Burkhart ) wrote*
Form was viewed by Derek Burkhart and the status was changed to Pending.

*1/17/2018 10:54:35 AM : ( Derek Burkhart ) wrote*
Extended form expiration date: 1/26/2018

*1/22/2018 1:32:24 PM : ( Derek Burkhart ) wrote*
Responded to incarcerated individual

*1/25/2018 4:25:41 PM : ( Derek Burkhart ) wrote*
Responded to incarcerated individual

*1/26/2018 6:45:16 PM : ( karen stanforth ) wrote*
Form was viewed by karen stanforth and the status was changed to Pending.

*3/9/2018 3:24:21 PM : ( Candace Henry ) wrote*
Responded to incarcerated individual

*4/12/2018 5:48:12 PM : ( karen stanforth ) wrote*
Responded to incarcerated individual

Manual Fill-In

Page: 3

| Ref# TOCl1217000326 | Housing:A1E0014 | Date Created:12/28/2017 |
|---|---|---|

DRC001049

Page: 1

| Ref# TOCI1220000242 | Housing:A1W0011 | Date Created:12/02/2020 |
|---|---|---|
| ID#: a196744 | Name:ALFORD,BRIAN | |
| Form:Kite | Subject:Health Care | Description:Health Care |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*12/2/2020 3:26:57 PM : ( a196744 ) wrote*
YES MS. ZILLES I DO STILL WANT TO ORDER MY OWN BOOTS/TENNIS SHOES THROUGH AMAZON.COM AS I KNOW OPI CAN NOT PROVIDE 123E BOOTS. THANKS!

Communications / Case Actions
*12/2/2020 3:26:57 PM : ( a196744 ) wrote*
Form has been submitted

*12/9/2020 8:53:40 AM : ( Hannah Kroggel ) wrote*
Please get with unit management as previously discussed

*12/9/2020 8:53:45 AM : ( Hannah Kroggel ) wrote*
Closed incarcerated individual form

Admin Log
*12/4/2020 2:04:15 PM : ( Hannah Kroggel ) wrote*
Form was viewed by Hannah Kroggel and the status was changed to Pending.

*12/9/2020 8:53:40 AM : ( Hannah Kroggel ) wrote*
Responded to incarcerated individual

Manual Fill-In

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

DRC001050

Page: 1

| Ref# TOCI1220000254 | Housing:A1W0011 | Date Created:12/02/2020 |
|---|---|---|
| ID#: a196744 | Name:ALFORD,BRIAN | |
| Form:Kite | Subject:Health Care | Description:Health Care |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*12/2/2020 5:25:08 PM : ( a196744 ) wrote*
MS BARKER: IN RESPONSE TO MY KITE 12-2-02 YES, I WOULD RATHER ORDER BOOTS/TENNIS SHOES THROUGH AMAZON.COM AS OPI CAN NOT PROVIDE 12 3E BOOTS. THANKS!

Communications / Case Actions
*12/2/2020 5:25:08 PM : ( a196744 ) wrote*
Form has been submitted

*12/9/2020 8:54:05 AM : ( Hannah Kroggel ) wrote*
Please see previous kite response

*12/9/2020 8:54:10 AM : ( Hannah Kroggel ) wrote*
Closed incarcerated individual form

Admin Log
*12/4/2020 2:04:01 PM : ( Hannah Kroggel ) wrote*
Form was viewed by Hannah Kroggel and the status was changed to Pending.

*12/9/2020 8:54:05 AM : ( Hannah Kroggel ) wrote*
Responded to incarcerated individual

Manual Fill-In
_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

| Ref# TOCI1220000901 | Housing:A1W0011 | Date Created:12/09/2020 |
|---|---|---|
| ID#: a196744 | Name:ALFORD,BRIAN | |
| Form:Appeal | Subject:Health Care | Description:Disagree with diagnosis/treatment |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*12/9/2020 9:31:14 AM : ( a196744 ) wrote*
ON 12-08-20 I WAS EXAMINED AT NURSES SICK CALL FOR THE SECOND HSR I SUMBITTED SINCE 11-24-20 REGARDING SINUS INFECTION, UPPER-RESPIRATORY INFECTION, AND BLADDER INFECTION. NURSE WEBBER WAS NOT CONCERNED WITH THE SINUS ADN UPPER-RESPIRATORY INFECTIONS, NEVER EXAMINED MY NOSE, THROAT, OR LUNGS, HAD ME ANSER A BARAGE OF QUESTIONS, DROP A URINE TO CHECK FOR BLADDER INFECTION, AND GAVE ME ALLERGY MEDS AND TYLENOL AND SAID I COULD LEAVE. HE NIFORMED IF THE URINE TEST WAS POSITVE HE WOULD CONSULT WITH DR PORTER FOR ANTIBIOTICS. HOWEVER, WHAT ABOUT MY OTHER SYMTOMS WHICH WILL ONLY GET WORSE IF DR. PORTER DOES NOT ORDER ANTI-BIOTICS AS EARLIER THIS YEAR.?

Communications / Case Actions
*12/9/2020 9:31:14 AM : ( a196744 ) wrote*
Form has been submitted

*12/15/2020 9:51:12 AM : ( Robert Zilles ) wrote*
You were evaluated by Nurse Weber and a plan of care was provided to you. If you are still having symptoms or issues as stated please follow the process and submit a health service request for evaluation/ follow up. 68 Med-01.

*12/15/2020 9:51:20 AM : ( Robert Zilles ) wrote*
Closed incarcerated individual form

*12/16/2020 9:44:03 AM : ( a196744 ) wrote*
Escalated to Grievance

*12/16/2020 9:44:03 AM : ( a196744 ) wrote*
NURSE  WEBER'S ACTIONS VIOLATE THE EIGHTTH AMENDMENT TO THE UNITED STATES CONSTITUTION. MY MEDICAL HISTORY WITH KNOWN ALLERGINS: DUST, MOLD, MILDEW, RAGWEED, POLLEN, TOBACO, TOBACO SMOKE, GRASS, WOOL:. THEREFORE, DUE TO PROBLEMS WITH SINUS, EARS, AND UPPER-RESPIRATORY INFECTIONS AT LEAST ONCE PER YEAR, I SHOULD HAVE BEN REFERRED TO DR PORTER AUTOMATICALY FOR FURTHER ASSESMENT. REQUEST THAT NURSE WEBER BE REMOVED FROM  ODRC AS THIS IS THE THIRD INCIDENCE OF DELIBERATE INDIFFERENCE TO MY SERIOUS MEDICAL NEEDS.

*12/16/2020 10:32:17 AM : ( Michael Jenkins ) wrote*
This office is in receipt of Notification of Grievance Case TOCI1220000901 submitted by Inmate Alford A196744. In your grievance you state that Nurse Webber wasn't concerned with Sinus, respiratory issues, bladder infection. your nose,throat, lungs,Urine test and wouldn't consult with Dr.Porter.
During my investigation I have review your complaint. I have reviewed the response from Monitor Zilles. I have reviewed policy 68-Med-01 Medical Services and Administrative Rule 5120-9-31 – The inmate Grievance Procedure.
Offender Alford A196744 I have reviewed your complaint. You were seen by medical Rn.Weber on 12-08-2020.You were assessed amid a variety of concerns which you have listed above Sinus, upper respiratory infections, and many more concerns. Answering questions is part of the assessment process. You were given a urine test which has a negative result thus ruling out a bladder infection. You were issued Tylenol and Claritin. All evidence I see shows a thorough medical assessment and addressing multiple concerns. You were provided a Plan of Care and directed to follow-up with an  HSR for further evaluation. Offender Alford with RN being a registered nurses they are trained and experienced when medical  consult in necessary with other ALP. Understand that with the Covid-19 pandemic medical visits are limited specifically to  what would be considered matters of a emergency nature. Please follow the medical plan provided.
Your Grievance is Denied-No violation of law, procedure or process
This office will take no further action concerning this matter.
TOCI11220000901 is closed

*12/16/2020 10:32:24 AM : ( Michael Jenkins ) wrote*
Closed incarcerated individual form - Disposition: Denied

*12/16/2020 10:36:36 AM : ( Michael Jenkins ) wrote*
Re-Opened incarcerated individual form

*12/16/2020 10:37:39 AM : ( Michael Jenkins ) wrote*
This office is in receipt of Notification of Grievance Case TOCI1220000901 submitted by Inmate Alford A196744. In your grievance you state that Nurse Webber wasn't concerned with Sinus, respiratory issues, bladder infection. your nose,throat, lungs,Urine test and wouldn't consult with Dr.Porter.
During my investigation I have review your complaint. I have reviewed the response from Monitor Zilles. I have reviewed policy 68-Med-01 Medical Services and Administrative Rule 5120-9-31 – The inmate Grievance Procedure.

| Ref# TOCI1220000901 | Housing:A1W0011 | Date Created:12/09/2020 |
|---|---|---|

Offender Alford A196744 I have reviewed your complaint. You were seen by medical Rn.Weber on 12-08-2020.You were assessed amid a variety of concerns which you have listed above Sinus, upper respiratory infections, and many more concerns. Answering questions is part of the assessment process. You were given a urine test which has a negative result thus ruling out a bladder infection. You reported no Covid-19 symptoms. You were issued Tylenol and Claritin. All evidence I see shows a thorough medical assessment and addressing multiple concerns. You were provided a Plan of Care and directed to follow-up with an HSR for further evaluation. Offender Alford with RN being a registered nurses they are trained and experienced when medical consult in necessary with other ALP. Understand that with the Covid-19 pandemic medical visits are limited specifically to what would be considered matters of a emergency nature. Please follow the medical plan provided.
Your Grievance is Denied-No violation of law, procedure or process
This office will take no further action concerning this matter.
TOCI11220000901 is closed

*12/16/2020 10:37:45 AM : ( Michael Jenkins ) wrote*
Closed incarcerated individual form - Disposition: Denied

*12/17/2020 9:20:49 AM : ( a196744 ) wrote*
Escalated to Appeal

*12/17/2020 9:20:49 AM : ( a196744 ) wrote*
DO DATE, I STILL SUFFER FROM THE DELIBERATE INFIFFERENCE TO MY SERIOUS MEDICAL NEEDS BY NURSE WEBER THE SYMPTOMS REMAIN THE SAME, THIS IS MERELY TO EXHAUST ADMIN REMEDIES.

*1/17/2021 10:35:57 AM : ( Roger Wilson ) wrote*
This case is being extended to permit time for an adequate response by this office.

*2/9/2021 1:58:12 PM : ( karen stanforth ) wrote*
Affirmed.
A review of your medical file confirms you were seen by Nurse Weber on 12/8/20 and you reported concerns about a sinus infection and also a bladder infection. Your vital signs were normal, you demonstrated no additional signs of fever or acute illness and your urine test was negative for infection.
You expressed concern over an exacerbation of your chronic sinusitis and denied ay covid-like symptoms of sore throat chills, cough, N/V or loss of taste/smell. You also had no urinary symptoms that would indicate a urinary tract infection. Your plan of care included Acetaminophen 325mg 1-2 tabs PO every 4 hours PRN for fever >101 - 10 tabs given, CTM 1 tab twice daily for 3 days PO PRN for nasal congestion/drainage/sneezing - 6 tabs given, and you were referred to the commissary for OTC comfort medication. You were also given OTC Claratin/Zyrtec for sinus drainage to use with CTM tabs and instructed on Hand Hygiene, Cough etiquette, Increase fluids, Medication side effects. You were also advised to report to the clinic if no improvement and you did submit another HSR and were seen on 12/21/20 by a different nurse and provided the same plan of care along with an appointment to DSC since you experienced no improvement..
Two days later on 12/23/20 you were seen by a physician who reported that you feel that you have an exacerbation of chronic allergic rhinitis. Your pulse ox was normal today at 97% as it was on 12/8/20. Since your illness is allergic in nature the physician stated he would not use antibiotic at this time, but felt you would benefit from continuous nasal steroid spray, (Nasacort 55 mcg per spray, start 2 sprays each nostril QD total 220 mcg daily, back off if improved). Since Nasacort continues to be unavailable at commissary, the doctor made a prior authorization request and you were given chlorpheniramine 8 tabs, Loratidine package of 10 tabs, and the doctor reported that he will email commissary to allow refill of Zyrtec at this time while waiting for the Nasacort approval. You were also advised to report fever/purulent coryza/worse sinus pain to the clinic if you notice deterioration of your condition with these issues..
Based on this review there will be no further action concerning your treatment as there are no indications you have been treated with deliberate indifference or negligence concerning this issue. The staff have followed the ODRC guidelines set forth in 68-MED-01.
Karen Stanforth, Assistant Chief Inspector, Medical

*2/9/2021 1:58:25 PM : ( karen stanforth ) wrote*
Closed incarcerated individual form - Disposition: Affirmed with comments

Admin Log
*12/10/2020 11:35:49 AM : ( Hannah Kroggel ) wrote*
Form was viewed by Hannah Kroggel and the status was changed to Pending.

*12/15/2020 9:51:12 AM : ( Robert Zilles ) wrote*
Responded to incarcerated individual

| Ref# TOCI1220000901 | Housing:A1W0011 | Date Created:12/09/2020 |
|---|---|---|

*12/16/2020 9:49:02 AM : ( Michael Jenkins ) wrote*
Form was viewed by Michael Jenkins and the status was changed to Pending.

*12/16/2020 10:32:17 AM : ( Michael Jenkins ) wrote*
Responded to incarcerated individual

*12/16/2020 10:37:39 AM : ( Michael Jenkins ) wrote*
Responded to incarcerated individual

*12/17/2020 2:02:44 PM : ( Michael Jenkins ) wrote*
Form was viewed by Michael Jenkins and the status was changed to Pending.

*1/17/2021 10:34:51 AM : ( Roger Wilson ) wrote*
Extended form expiration date: 2/14/2021

*1/17/2021 10:34:51 AM : ( Roger Wilson ) wrote*
Assigned To stanforth, karen.

*1/17/2021 10:35:57 AM : ( Roger Wilson ) wrote*
Responded to incarcerated individual

*2/9/2021 1:58:13 PM : ( karen stanforth ) wrote*
Responded to incarcerated individual

Manual Fill-In

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

DRC001054

| Ref# TOCI1220001280 | Housing:A1W0011 | Date Created:12/12/2020 |
|---|---|---|
| ID#: a196744 | Name:ALFORD,BRIAN | |
| Form:Kite | Subject:Health Care | Description:Health Care |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*12/12/2020 3:25:02 PM : ( a196744 ) wrote*
DR. PORTER: I COMPLETED TWO HEALTH CARE REQUESTS FOR UPPER RESPIRATORY, SINUS INFECTIONS, AND BLADDER INFECTION. THE FIRST WAS SENT 11-24-20 AND MY APPOINT WITH YOU WAS PURPORTEDLY CANCELLED. MY SECOND HSR WAS PASSED FOR 12-8-20 HOEVER, NURSE WEBBER NEVER EXAMINED MY SINUSES, LUNGS, AND STATED IT WAS NOT A GREAT CONCERN TO HIM. YOU ARE WELL AWARE OF MY HISTORY WITH SUNUS, EAR, AND UPPPER-RESPIRATORY AILMENTS THAT HAVE ONLY BEEN OVERCOME WITH ANTIBIOTICS/PENICILLIN TREATMENT, AS RECENTLY AS JANUARY OR FEBRUARY OF THIS YEAR. WHY MUST I HAVE TO SUFFER FROM DDELIBERATE INDIFFERENCE TO MY SERIOUS MEDICAL NEEDS? I WAS ONLY GIVEN ALLERGY MEDICATION AND TYLINOL, AND INFORMED THAT IF MY URINE SAMPLE WAS POSITIVE I WOULD HEAR FROM MEDICAL LATER. THIS IS IN CLEAR VIOLATION OF THE UNITED STATES CONSTITUTION. PLEASE CORRECT IT.

Communications / Case Actions
*12/12/2020 3:25:02 PM : ( a196744 ) wrote*
Form has been submitted

*12/15/2020 9:58:22 AM : ( Robert Zilles ) wrote*
Please see previous response.

*12/15/2020 9:58:27 AM : ( Robert Zilles ) wrote*
Closed incarcerated individual form

Admin Log
*12/14/2020 12:40:08 PM : ( Hannah Kroggel ) wrote*
Form was viewed by Hannah Kroggel and the status was changed to Pending.

*12/15/2020 9:58:22 AM : ( Robert Zilles ) wrote*
Responded to incarcerated individual

Manual Fill-In

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

DRC001055

# DOTS Portal



## ☰ Offender Movement History - MOVES

**Search:**

A

→

**Offender Information**                                                          −

**Offender Number**
A196744
**Name**
ALFORD, BRIAN KEITH
**Institution**
RCI
**Flag**
-
**Lock**
H2/A/132B
**Race**
BLACK
**HB/SB**
N/N
**Expected Release**
07/01/2026
**Job**
PORTER 2
**Department**
UNIT
**Location**
H2

**INCARCERATED - 12/27/2024 - RETURNED AWL**

**Rows Per Page**

200

Exhibit 2-B

DRC001056

| | MM/DD/YY | INSTITUTION | LOCK |
|---|---|---|---|
| | 01/13/2025 | RCI | H2/A/132B |
| | 01/13/2025 | RCI | H1/A/271T |
| | 01/02/2025 | RCI | H2/A/132B |
| ✪ | 12/27/2024 | RCI | IH/IHS/173 |
| ✪ | 12/24/2024 | RCI | Z/OSU/2 |
| | 11/11/2024 | RCI | H1/A/139B |
| ✪ | 10/15/2024 | RCI | H3/B/123T |
| | 10/15/2024 | RCI | H3/B/103T |
| | 08/28/2024 | RCI | H3/B/123T |
| | 08/27/2024 | RCI | IH/IHS/184W/1 |
| ✪ | 07/17/2024 | RCI | H3/B/123T |
| | 02/28/2024 | RCI | H3/B/123B |
| | 02/28/2024 | RCI | Z/MIS/30 |
| | 02/26/2024 | RCI | H3/B/111B |
| | 02/15/2024 | RCI | H5/A/253T |
| | 02/02/2024 | RCI | H1/A/129B |
| | 11/28/2023 | RCI | H3/B/123B |
| | 11/28/2023 | RCI | Z/MIS/31 |
| | 11/20/2023 | RCI | H3/B/114B |
| | 11/13/2023 | RCI | H5/B/222B |
| | 07/19/2023 | RCI | H2/A/144T |
| | 07/08/2023 | RCI | H5/B/203B |
| ✪ | 10/11/2022 | RCI | H2/A/257B |
| ✪ | 08/05/2022 | RCI | H2/B/122T |

DRC001057

| | | | |
|---|---|---|---|
| ✚ | 04/27/2022 | RCI | H6/B/122T |
| ✚ | 01/19/2022 | RCI | H6/B/221T |
| | 01/19/2022 | RCI | - |
| ✚ | 09/23/2021 | MACI | A/D/211L |
| | 09/23/2021 | MACI | - |
| | 01/05/2021 | TOCI | A2/W/0001 |
| | 10/09/2020 | TOCI | A1/W/0011 |
| | 08/16/2018 | TOCI | A1/W/0014 |
| | 08/16/2018 | TOCI | Z/OSU/1 |
| | 08/15/2018 | TOCI | A1/W/0014 |
| | 08/15/2018 | TOCI | Z/MIS/2 |
| | 07/16/2018 | TOCI | A1/W/0014 |
| | 06/12/2018 | TOCI | A1/E/0014 |
| | 06/12/2018 | TOCI | Z/CMC/2 |
| ✚ | 11/01/2017 | TOCI | A1/E/0014 |
| | 11/01/2017 | TOCI | - |
| | 08/04/2017 | SOCF | C/L2/60 |
| | 08/04/2017 | SOCF | Z/MIS/03 |
| ✚ | 07/11/2017 | SOCF | B/K7/17 |
| | 07/11/2017 | SOCF | - |
| | 07/08/2017 | LOCI | SH/C/166T |
| | 06/08/2017 | LOCI | SH/C/165T |
| | 06/05/2017 | LOCI | SH/C/160L |
| ✚ | 02/24/2016 | LOCI | D/1/164L |
| | 02/24/2016 | LOCI | - |
| | 09/23/2015 | WCI | 1/B/146U/B |

DRC001058

| | | | |
|---|---|---|---|
| ✪ | 06/04/2015 | WCI | 1/B/158L/B |
| ✪ | 06/01/2015 | WCI | Z/CMC/2 |
| | 05/31/2015 | WCI | MD/INF/53 |
| | 05/21/2015 | WCI | 1/B/158L/B |
| | 04/29/2015 | WCI | 2/C/230L/C |
| | 12/03/2014 | WCI | 2/C/230U/C |
| | 10/29/2014 | WCI | 2/C/211L/C |
| | 09/17/2014 | WCI | 2/C/230U/C |
| | 09/17/2014 | WCI | Z/MIS/5 |
| | 09/08/2014 | WCI | 2/B/180L/B |
| ✪ | 09/05/2014 | WCI | 3/D/253L/D |
| ✪ | 08/27/2014 | WCI | Z/OSU/13 |
| | 08/07/2014 | WCI | 2/C/230U/C |
| | 08/05/2014 | WCI | 3/A/228L/A |
| | 07/30/2014 | WCI | Z/CMC/4 |
| | 03/31/2014 | WCI | 2/C/230U/C |
| | 03/28/2014 | WCI | 2/C/129L/C/L |
| | 03/26/2014 | WCI | 1/C/201U/C |
| | 03/26/2014 | WCI | S/SEG/209/U |
| | 03/17/2014 | WCI | 2/C/212L/C |
| ✪ | 03/10/2014 | WCI | 2/C/129L/C/L |
| | 03/10/2014 | WCI | - |
| | 12/06/2013 | LECI | 5/L/04U/2 |
| | 12/06/2013 | LECI | 2/B/15L/2 |
| | 11/26/2013 | LECI | 5/L/04U/2 |
| | 11/26/2013 | LECI | 3/D/04U/1 |

DRC001059

|  | 11/19/2013 | LECI | 5/L/04U/2 |
|---|---|---|---|
|  | 11/19/2013 | LECI | 3/D/22L/2 |
|  | 10/08/2013 | LECI | 5/L/04U/2 |
|  | 05/22/2013 | LECI | 3/D/26L/2 |
|  | 02/29/2012 | LECI | 2/B/26U/3 |
|  | 01/21/2012 | LECI | 5/R/02U/2 |
| ✪ | 03/31/2011 | LECI | 2/B/16U/2 |
|  | 03/31/2011 | LECI | - |
| ✪ | 03/18/2011 | CRC | B/03/1038/B |
|  | 02/04/2011 | CRC | B/03/2026/A |
|  | 01/12/2011 | CRC | B/02/1078/B |
| ✪ | 01/07/2011 | CRC | R/02/1073/B |
|  | 01/07/2011 | CRC | - |
|  | 01/07/2011 | CRC | - |
|  | 10/29/1999 | CRC | 2/A/105/A/2 |
|  | 10/14/1999 | MANCI | 2/D/128/A/2 |
|  | 10/07/1999 | MANCI | 52/A/111/2 |
|  | 07/09/1999 | MANCI | 2/A/127/B/2 |
|  | 06/23/1999 | MANCI | 2/A/114/A |
|  | 04/01/1999 | MANCI | 2/B/248/2 |
|  | 03/07/1999 | MANCI | 51/A/202/1 |
|  | 01/21/1999 | MANCI | 1/B/134/A/1 |
|  | 06/17/1998 | MANCI | 1/B/240/A/1 |
|  | 12/04/1997 | MANCI | 1/B/132/A/1 |
|  | 12/02/1997 | MANCI | 1/B/129/A/1 |
| ✪ | 11/19/1997 | MANCI | 1/B/133/A/1 |

DRC001060

| | | |
|---|---|---|
| 11/19/1997 | MANCI | - |
| 09/17/1997 | CCI | F/3H |
| 09/03/1997 | CCI | F/3H |
| 09/02/1997 | CCI | F/2H |
| 07/28/1997 | CCI | F/F2/145/B |
| 05/02/1997 | CCI | F/2H |
| 04/07/1997 | CCI | F/2H |
| 04/02/1997 | CCI | F/2H |
| 03/24/1997 | CCI | F/F2/99/B |
| 12/24/1996 | CCI | F/3H |
| 12/11/1996 | CCI | F/3H |
| 12/09/1996 | CCI | F/3H |
| 11/01/1996 | CCI | F/E1/27/B |
| 07/30/1996 | CCI | F/3H |
| 07/23/1996 | CCI | F/3H |
| 07/14/1996 | CCI | F/2H |
| ✪ 05/23/1996 | CCI | F/F1/72/B |
| 05/23/1996 | CCI | - |
| 01/08/1996 | BECI | B/3/0097/B |
| 01/08/1996 | BECI | D/3/0097/B |
| 01/05/1996 | BECI | B/IHS/117 |
| 11/28/1995 | BECI | B/3/0097/B |
| ✪ 11/22/1995 | BECI | D/8/0049/A |
| 11/22/1995 | BECI | - |
| ✪ 11/17/1995 | SOCF | O/D2/09 |
| 11/17/1995 | SOCF | O/D2/09 |

DRC001061

| | | | |
|---|---|---|---|
| | 11/17/1995 | SOCF | - |
| ✚ | 11/08/1995 | BECI | D/8/0086/B |
| | 11/08/1995 | BECI | - |
| | 10/05/1995 | RCI | H2/B/110 |
| | 08/04/1995 | RCI | H2/B/306 |
| | 08/02/1995 | RCI | H2/B/221 |
| | 07/27/1995 | RCI | H5/A/136 |
| | 12/19/1994 | RCI | H1/A/135 |
| | 04/19/1994 | RCI | H2/B/206 |
| ✚ | 03/17/1994 | RCI | H2/B/316 |
| | 03/17/1994 | RCI | - |
| | 12/28/1993 | MACI | BA/I/184U/A |
| | 12/16/1992 | MACI | W/D/142U/C |
| ✚ | 03/20/1992 | MACI | W/D/142U/C |
| ✚ | 05/26/1987 | LECI | - |
| ✚ | 05/18/1987 | LECI | - |

**Ohio Department of Rehabilitation and Correction**                           DOTS Portal v2.0.0

### Donato Borrillo, MD, JD, MS

*Board Certified American Board of Preventive Medicine*
*Licensed to practice medicine in Ohio, South Carolina, Florida, Michigan, New York,*
*Hawaii, Illinois, Indiana, and Nevada*
*Licensed to practice law in Ohio and Michigan.*

*6800 W. Central Ave., Bldg. E*
*Toledo, Ohio 43617*

---

<u>INDEPENDENT MEDICAL REVIEW</u>

October 18, 2024

Pat Horner, Esq.
Federal Court Appointed Attorney

Re: Medical Record Review of Mr. Brian Keith Alford

Dear Attorney Horner,

I am writing to provide an expert medical evaluation regarding Mr. Brian Keith Alford, specifically addressing the inquiry into whether the use of incorrect shoes contributed to the development of his peripheral neuropathy. After a thorough review of Mr. Alford's medical history, it is my professional opinion that his peripheral neuropathy is attributable to a vitamin B12 deficiency, most likely stemming from his longstanding hepato-intestinal disease, rather than any issues related to footwear.

Mr. Alford, born in 1957, has a complex medical history that includes hypertension, eye disease, hepatitis/liver disease, carpal tunnel syndrome, cervical spondylosis, benign prostatic hyperplasia (BPH), lumbar disc disorder, and ulnar nerve injury. His medical records reveal a series of health concerns over the years, which I have reviewed in detail.

On January 17, 2018, Mr. Alford visited for headache and congestion, with follow-ups on January 24 and January 29, 2018, where he expressed concerns about deep vein thrombosis (DVT), though no abnormalities were noted. He returned in January 2019 with upper respiratory symptoms, which persisted into March 2019. In May 2019, he reported abdominal pain, and on June 3, 2019, he experienced cracking dry feet with a rash after volunteering for food service during Ramadan, which was treated with over-the-counter measures. On August 23, 2019, he was provided with topical hydrocortisone for lateral epicondylitis. On September 6, 2019, he had respiratory

Exhibit 3

symptoms with adverse effects from sulfonamides, and on September 9, 2019, he followed up for irritable bowel but denied any concerns.

On November 5, 2019, his blood pressure medication, Coreg, was adjusted. On December 9, 2019, he was given an antacid and seen again on December 30, 2019, for a general medical visit. He denied skin concerns on February 10, 2020, but complained of upper respiratory symptoms. On March 9, 2020, his glucose was 85, and AST was mildly elevated at 47. His blood work and blood pressure were re-evaluated on March 24, 2020. He complained of abdominal pain on August 6, 2020.

Significantly, on August 31, 2020, Mr. Alford's B12 level was found to be low at 229, below the normal range of 232 to 1245. On September 2, 2020, he was diagnosed with vitamin B12 deficiency by Dr. Porter, who attributed his bilateral feet numbness to this deficiency. B12 injections were initiated, and by the end of the same month, he had suffered multiple musculoskeletal injuries. By March 19, 2021, he was requesting special boots for his peripheral neuropathy.

To a reasonable degree of medical certainty, Mr. Alford's peripheral neuropathy is due to his B12 deficiency. A lack of B12 damages the myelin sheath that surrounds and protects nerves. Without this protection, nerves cease to function properly, leading to conditions such as peripheral neuropathy. Even mild B12 deficiency can affect the nervous system.

Mr. Alford's B12 deficiency may be attributed to several factors, including his hepatitis and irritable bowel syndrome. Dietary factors, such as insufficient intake of vitamin B12-rich foods, and the use of certain antacids, may also contribute. Conditions affecting the stomach or intestines, such as pernicious anemia, Crohn's disease, celiac disease, or ulcerative colitis, are known to impact B12 absorption.

Based on the available medical evidence and to a reasonable degree of medical certainty, it is my professional opinion that Mr. Alford's peripheral neuropathy is due to his B12 deficiency rather than the use of incorrect shoes. There is no indication in the medical records that shoe wear contributed to his condition.

Please feel free to contact me if you require further clarification or additional information.

Grace be unto you,

Donato J. Borrillo, M.D., J.D., M.S.
DJB/jms

DRC001001

## THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Brian Keith Alford,                          :

       Plaintiff,                          :     Case No. 3:21-cv-01123

                      :

       v.                                :     Judge James G. Carr

                      :

Robert Zilles, *et al.*,                      :     Magistrate Judge Darrell A. Clay

                      :

       Defendants.                          :

---

## DECLARATION OF ANITRA BARKER, ASSISTANT HEALTH CARE ADMINISTRATOR

---

I, Anitra Barker, pursuant to 28 U.S.C. 1746, make this unsworn declaration, under the penalty of perjury and declare that the statements made below are true:

1. I have personal knowledge of the information set forth in this unsworn declaration, and I am competent to testify as to the matters stated herein.

2. I am currently employed by the Ohio Department of Rehabilitation and Correction ( "ODRC") as the Assistant Health Care Administrator of Toledo Correctional Institution (ToCI).  I have worked for ODRC since August 1, 1994.  I have been the Assistant Health Care Administrator for approximately 8 years.

3. As part of my job duties as the Assistant Health Care Administrator, I am the Nursing Scheduler-timekeeping, I schedule, monitor, and approve overtime, I order medical supplies, and items for Advanced Licensed Practitioners as needed, I collate monthly statistics for the medical unit, handle investigations, and am the institutional Medicaid Coordinator.  A true and accurate copy of my official job description is attached hereto.

4. In 2018, IP Alford was provided with boots which, per the manufacturer, would have been the correct size for IP Alford.  IP Alford rejected those boots, claiming that they were too big.

5. Thereafter, new boots, which were one width smaller, were ordered for IP Alford.  IP Alford accepted those boots as the correct size. A few weeks later, IP Alford attempted to return the

Exhibit 4

boots, claiming that they were too narrow.  Due to institution policy, the boots could not be returned after they were accepted.

I, Anitra Barker, pursuant to 28 U.S.C. § 1746, make this unsworn declaration under penalty of perjury and declare that the foregoing statements are true.

Executed on this 12th day of March, 2025.

Anitra Barker
Assistant Health Care Administrator
Toledo Correctional Institution

DRC001069