THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED

MAR 27 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

BRIAN KEITH ALFORD,
        PLAINTIFF,                    CASE NO: 3:21-CV-01123

        V.                            JUDGE JAMES G. CARR

ROBERT ZILLES et al,        MAGISTRATE JUDGE
        DEFENDANTS.         DARRELL A. CLAY

MOTION FOR 60 DAY
EXTENSION TO FILE
MOTION IN OPPOSITION
TO SUMMARY JUDGMENT

COMES NOW PLAINTIFF BRIAN KEITH ALFORD,

PRO SE, AND RESPECTFULLY REQUEST

THE COURT GRANT A 60 DAY EXTENSION

TO FILE HIS MOTION IN OPPOSITION TO

DEFENDANT'S MOTION FOR SUMMARY

JUDGMENT (DOC. 62) FILED ON MARCH

12TH, 2025 AND RECEIVED BY PLAINTIFF'S

ON MARCH 18TH, 2025. A MEMORANDUM

IN SUPPORT IS ATTACHED IN SUPPORT OF

THIS REQUEST.

MEMORANDUM IN SUPPORT

PLAINTIFF REQUEST AN ADDITIONAL

60 DAY'S TO PERFECT HIS MOTION IN

OPPOSITION TO SUMMARY JUDGMENT

DUE TO SEVERAL KEY FACTORS. DEFENDANT"

MOTION FOR SUMMARY JUDGMENT CONTAINS

A HIGH VOLUME OF EXHIBITS, WHICH

REQUIRES A LENGTHY, IN-DEPTH REVIEW

BY PLAINTIFF. PLAINTIFF IS HOUSED AT

A FACILITY WITH VERY LIMITED MOVEMENT,

(2.)

FURTHER COMPLICATED BY THE DEATH OF AN EMPLOYED CORRECTIONAL OFFICER ON DECEMBER 25TH, 2024, AND PLAINTIFF' SEVERE ILLNESS REQUIRING TRANSFER TO OHIO STATE UNIVERSITY ON DECEMBER 23RD, 2024 TO JANUARY 2ND, 2025. PLAINTIFF WAS THEN HOUSED IN INMATE HEALTH SERVICES FROM DECEMBER 27TH, 2024 UNTIL JANUARY 2ND, 2025 WITHOUT ACCESS TO LAW LIBRARY OR HIS CASE FILE. IN ADDITION, THE LAW LIBRARY IS WITH A LIBRARIAN OR STAFF TO PRINT TYPED MATERIAL

(3)

UNTIL RECENTLY, WITH PASSES ISSUED
BUT NO STAFF TO OPEN THE LAW
LIBRARY, LASTLY, PLAINTIFF'S HEALTH
CRISIS IS ONGOING AS HE HAS HAD A
CATHETER IN PLACE TO RELIEVE HIMSELF
SINCE DECEMBER 23, 2024 AND IS
AWAITING A ROUNDTRIP TO OHIO STATE
IN THE NEXT WEEK TO HAVE AN ENDOSCOPE
INSERTED TO DETERMINE A DIAGNOSIS FOR
HIS AILMENT. THEREFORE, THE EXTENSION
IS NEEDED IN THE INTEREST OF JUSTICE.

RESPECTFULLY SUBMITTED,

(4)

*[signature]* A196744
BRIAN KEITH ALFORD A196744
ROSS CORRECTIONAL INSTITUTION
P.O. BOX 7010
CHILLICOTHE, OHIO
                    4560

VERIFICATION:
    I SWEAR UNDER PENALTY OF PERJURY
THE INFORMATION CONTAINED HEREIN
IS TRUE AND ACCURATE PURSUANT TO
28 U.S.C. 1746.

                    *[signature]* A196744
                    BRIAN KEITH ALFORD A196744


            CERTIFICATE OF SERVICE


I CERTIFY A TRUE COPY OF THE FOREGOING DOCUMENT
WAS SENT VIA REGULAR U.S. MAIL POSTAGE PRE-PAID
THIS 22ND DAY OF MARCH, 2025 TO:
    MARCY A. VONDERWELL (0078311)
    ANDREW T. GATTI (0086854)
    SENIOR ASSISTANT ATTORNEY GENERAL
    CRIMINAL JUSTICE SECTION - CORRECTIONS LITIGATION UNIT
    30 EAST BROAD STREET, 23RD FLOOR
    COLUMBUS, OHIO   (5) 4325-3428

Brian C A196 744
BRIAN KEITH ALFORD A196744
PLAINTIFF, PRO SE

(6)