**INSIDE PASS ONLY**   RCI

**Report Time:** 08:30 AM     **Pass Date:** 19-MAR-25

**Last Name:** ALFORD     **Id:** A196744

**Lock:** H2/A/132B     **Job:** PORTER 2

**Destination:** MAIL ROOM - Legal mail

**Issued By:** Administration - VAULT

_____
**Issued By**          **Time**

_____
**Dismissed By**       **Time**
Goldsberry              8:06

_____
**Inmate Signature**    **Time**