Brian Keith Alberd A746 744
Ross Correctional Institution
P.O. Box 7010
Chillicothe, Ohio
45601

(Legal)

Clerk - United States District Court
Northern District of Ohio
Western Division (Toledo)
114 U.S. Courthouse
1716 Spielbusch Ave.
Toledo, Ohio
43604

**INMATE FREE LETTER**
DRC 4052 (8/98)
ACA 3-4431, 3-4262-4263

Columbus OH 430
25 MAR 2025 PM 6 L
INMATE MAIL
FIRST-CLASS
US POSTAGE PITNEY BOWES
ZIP 45601 $ 000.69
02 7W
0008036187 MAR 08 2025