# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **Brian Keith Alford,** | : | |
| | : | Case No. 3:21-cv-01123 |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Judge James G. Carr** |
| | : | |
| **Robert Zilles, *et al.*,** | : | **Magistrate Judge Darrell A. Clay** |
| | : | |
| **Defendants.** | : | |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR SIXTY DAY EXTENSION

Now comes the Defendants, Candy Babb, Anitra Barker, Derek Burkhart, and Dr. Dela Cruz, by and through counsel, and note that they have no objection to [Doc. 63] Plaintiff's Motion for a sixty (60) day extension to file his motion in position to Defendants' motion for summary judgment [Doc. 62]. If granted, Plaintiff's response, which is currently due on Monday, April 7, 2025, would be due on approximately Friday, June 6, 2025.

Respectfully submitted,

DAVE YOST
Ohio Attorney General


*s/Marcy A. Vonderwell*
**MARCY A. VONDERWELL (0078311)**
Senior Assistant Attorney General
Criminal Justice Section
Corrections Litigation Unit
30 E. Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
P: (6l4) 644-7233/F: (866) 521-9902
Marcy.Vonderwell@OhioAGO.gov

Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Defendant's Response to Plaintiff's Motion for Extension of Time* has been electronically filed on this 28th day of March, 2025, and served via US Mail, postage prepaid upon pro se Plaintiff at the address below:

Brian Keith Alford, #A196-744
Ross Correctional Institution
P.O. Box 7010
Chillicothe, Ohio 45601

                                              *s/ Marcy A. Vonderwell*
                                              **MARCY A. VONDERWELL (078311)**
                                              Senior Assistant Attorney General