BRIAN KEITH ALFORD A196-794
ROSS CORRECTIONAL INSTITUTION
P.O. BOX 7010
CHILLICOTHE, OHIO
45601

[LEGAL]

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
114 U.S. COURTHOUSE
1716 SPIELBUSCH AVE.
TOLEDO, OHIO
43604

COLUMBUS OH 430
7 APR 2025 PM 4 L
FIRST-CLASS
INMATE MAIL
ZIP 45601 $000.69⁰
02 7W
0008036187 FEB 05 2025

**INMATE FREE LETTER**
DRC 4052 (8/98)
ACA 3-4431, 3-4262-4263