# EXHIBIT A

EXHIBIT A-1

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**AUTHORIZATION TO RECEIVE PACKAGE OR PROPERTY**

| Name and Address of Person Sending Package | EXPIRATION DATE |
|---|---|
| (Name) _Willie C. Hilton_ | 4-15-04 |
| (Address) _____ | This Authorization Is Not Valid After The Date Shown. Enter Inmate Name, Register No., and Institution Address Here: |
| ___ Wood Dr. _ | John K. Hilton |
| (City) _____ (State) OH (Zip Code) 45105 | 43111-061 LB F.C.I. Box 4000 Manchester KY |

THE NAMED INMATE IS AUTHORIZED TO RECEIVE (specify below):

You are authorized to send the following personal property. PLEASE NOTE: Including unauthorized materials in the package will result in the entire package being returned undelivered.

| QUANTITY | ITEM AND DESCRIPTION (INCLUDED STATED VALUE) | DISPOSITION |
|---|---|---|
| One | Pro City Hoodie Black Large | |
| | To Replace One Hooded | |
| | | |
| | | |
| | | |
| | | |

SPECIAL INSTRUCTIONS: The inmate will mail the pink and goldenrod copy to addressee. The addressee may retain the copy but must include the GOLDENROD IN THE PACKAGE. The material must also be received prior to the Expiration shown above.

DISPOSITION: S = Storage; D = Donated; K = Keep in Possession; M = Mail; C = Contraband

ENTER SIGNATURE, TITLE AND DATE OF APPROVING OFFICIAL - APPROVING OFFICIAL ALSO ENTERS EXPIRATION DATE, above.

_____ (Date Approved)
(Signature and Title)

**INSPECTION AND RECEIPT**

Completed by Inspecting Staff ___

Status/Condition of Property Received: _____

Inspected and cleared for issue: _____ _____
(Staff Signature) (Date)

_____ _____
(Inmate Signature Upon Receipt) (Date)

The whi...

A-2

## U.S. DEPARTMENT OF JUSTICE
### Federal Bureau of Prisons

## AUTHORIZATION TO RECEIVE PACKAGE OR PROPERTY

**Name and Address of Person Sending Package**

(Name) RED WING SHOE

(Address) 2012 WOODMAN DRIVE

(City) KETTERING  (State) OHIO  (Zip Code) 45420

**EXPIRATION DATE:** 11-14-07

This Authorization Is Not Valid After The Date Shown.

Enter Inmate Name, Register No., and Institution Address Here:

BRIAN KEITH ALLEN #43177-061
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 4000
MANCHESTER, KY 40962-4000

THE NAMED INMATE IS AUTHORIZED TO RECEIVE (specify below):

You are authorized to send the following personal property. PLEASE NOTE: Including unauthorized materials in the package will result in the entire package being returned undelivered.

| QUANTITY | ITEM AND DESCRIPTION (INCLUDED STATED VALUE) | DISPOSITION |
|---|---|---|
| 1 Pair | MEDICALLY APPROVED GIVEN POST (PINK) COMPOSITE TOE — SIZE 12 EEE | |
| | | |
| | | |
| | | |

SPECIAL INSTRUCTIONS: The inmate will mail the pink and goldenrod copy to addressee. The addressee may retain the pink copy but must include the GOLDENROD IN THE PACKAGE. The material must also be received prior to the Expiration Date shown above.

DISPOSITION: S = Storage; D = Donated; K = Keep in Possession; M = Mail; C = Contraband

ENTER SIGNATURE, TITLE AND DATE OF APPROVING OFFICIAL - APPROVING OFFICIAL ALSO ENTERS EXPIRATION DATE above.

_____ (Signature and Title)   7-14-07 (Date Approved)

### INSPECTION AND RECEIPT

Completed by Inspecting Staff

Status/Condition of Property Received:

Inspected and cleared for issue: _____ (Staff Signature)  (Date)

_____ (Inmate Signature Upon Receipt)  (Date)

The white, green and canary copy remain together until fully completed.

## MEDICAL REPORT OF DUTY STATUS

**NAME:** Brian Alford
**HOSPITAL REGISTRATION NO.:** 43177-061
**ADDRESS:**

| INPATIENT | INCLUSIVE DATES OF TREATMENT From: / Through: |
|---|---|
| OUTPATIENT | DATE / TIME ARRIVED A.M./P.M. / TIME DEPARTED A.M./P.M. |
| DISPOSITION | Can resume usual occupation — DATE / Can perform limited duties as specified under REMARKS — DATE |
|  | To return to clinic — DATE / To be hospitalized — DATE |
|  | OTHER (Specify) |

**REMARKS:** I/m requires EEG [illegible]

**NAME AND LOCATION OF HOSPITAL OR CLINIC:** FCI MAN
**SIGNATURE OF MEDICAL OFFICER OR MEDICAL RECORD LIBRARIAN:** [signature]
**DATE:** 09-23-03

IHS-131 (1/89)

---

## MEDICAL REPORT OF DUTY STATUS

**NAME:** Alford Brian
**HOSPITAL REGISTRATION NO.:** 43177-061
**ADDRESS:**

| INPATIENT | INCLUSIVE DATES OF TREATMENT From: 00 Jun 03 / Through: T.D. |
|---|---|
| OUTPATIENT | DATE 20 Jun 03 / TIME ARRIVED A.M./P.M. / TIME DEPARTED A.M./P.M. |
| DISPOSITION | Can resume usual occupation — DATE / Can perform limited duties as specified under REMARKS — DATE |
|  | To return to clinic — DATE / To be hospitalized — DATE |
|  | OTHER (Specify) |

**REMARKS:** I/m requires EEG [illegible] tennis shoe. Please allow him [illegible] [illegible] braces

**NAME AND LOCATION OF HOSPITAL OR CLINIC:** FCI MAN
**SIGNATURE OF MEDICAL OFFICER OR MEDICAL RECORD LIBRARIAN:** [signature] D. Weskamp, ARNP
**DATE:** 20 Jun 03

IHS-131 (1/89)

A-4

```
              YOUR RECEIPT
               THANK YOU

            Red Wing Shoe Store
            3012 Woodman Drive
            Kettering OH  45420
              (937) 294-6188

      SP CR!
    1  06680                    $170.00
       06680
     ITEM # 2020068      E 2120

   SUBTOTAL                     $170.00
           TAX                   $11.00
   TOTAL                        $181.00
           CASH                 $200.00

         CHANGE                  $18.10


   CUST ALF007 BRIAN K ALFORD
            FEDERAL CORRECTIONAL INST
            MANCHESTER KY  40962-4000

         THANK YOU FOR SHOPPING AT THE
         KETTERING RED WING SHOE STORE
              Please keep receipt
   **************GIFT**************
      SAVE $10.00 ON YOUR NEXT SHOE OR
      BOOT PURCHASE IF USED WITHIN THIRTY D

   TRX 011029 TIME 10:40am 07/02/07 SP
```

A-5

```
ELKEA 535*08 *          FEDERAL BUREAU OF PRISONS              *    10-29-2010
PAGE 001 OF 001 *           IN-TRANSIT DATA FORM                *    13:07:57

NAME.......: ALFORD, BRIAN K
REGISTER NO: 43177-061
RACE / SEX.: BLACK / MALE              DOB (AGE): 04-10-1957 (53)
RESIDENCE..: DAYTON, OH 45408          ETHNIC...: OTHER THAN HISP
                                       RSP OF...: ELK A-DES
DESTINATION:
                                       LEVEL/CUSTODY: LOW      /IN
                                       PROJ REL DATE: 01-07-2011
ESCAPE.....: NONE                      DETAINERS....: YES        1
VIOLENCE...: > 15 YRS SERIOUS          NOTIFICATIONS: NO
HGT.: 602       HAIR: BN               PSYCH ALERT..: NO
WGT.: 190       EYES: HL
OFFN/CHG RMKS: ARMED BANK ROBBERY; USE OF A FIREARM IN CRIME OF VIOLENCE
              18:2113(A) & (D), 18:924(C), 144 MOS, 5 YR SRT, CR 3-00-65(1)

DETAINER SOH : PAROLE VIOLATION (ORIGAINL: AGGRAVATED ROBBERY AND ROBBERY)
```

KRamey 01-07-11

*********************************************

GENERAL PHYSICAL APPEARANCE (COMMENTS):

~~Black Male, 6' 2", 190 lbs., Brown Hair, Hazel Eyes~~

LIST ANY NON-ROUTINE SECURITY NEEDS:
Use standard security procedures for a Low /IN custody inmate.
Inmate Alford is not a CIM case.

05-20-2006
Last Name
ALFORD
First Name
BRIAN
Middle Name   Suffix
K
Ht. 6' 2"   Wt. 190
Hr. BRO    Ey. HAZ
REG# 43177-061  ELK
43177-061 ALFORD

NAME OF NEAREST RELATIVE OF INMATE:        Willie Alford, Father

CITY AND STATE OF RELATIVE........:        Dayton, OH

ADDITIONAL COMMENTS:    No history of escape. History of violence - 1984, Aggravated
                        Robbery with Firearms Specification.
                        Detainer: Ohio Adult Parole Authority
                        Columbus, OH

***********************************************************************

NOTE:  STATEMENT TO TRANSPORTING OFFICER:
"SENSITIVE - LIMITED OFFICIAL USE DOCUMENT - SECURITY MUST BE MAINTAINED."

TRANSPORTING OFFICER: _____ AGENCY: _____

PREPARED BY: Nicole Morse    TITLE: CSW    DATE: 11-23-10

Ohio Department of Rehabilitation and Correction

# Revocation Order

| Offender Name: Brian Alford | | Number: A-196744 |
|---|---|---|
| Unit: A0209 | Where Confined: CRC | Date of Birth: Apr 10, 1957 |
| Reception Center: CRC | Availability Date: 1/7/2011 | Status: ☒ Par   ☐ T. Control |

Whereas, Brian Alford _____ No. A-196744 _____, was serving a sentence of confinement in a state correctional institution operated by the Department of Rehabilitation and Correction and was released on _____ 12/23/1999 _____ to the supervision of the Adult Parole Authority. On _____ Feb 7, 2011 _____, a hearing was held pursuant to ORC Section 2967.15, at which it was found that violations of the Conditions of Release had been committed. The Ohio Parole Board has carefully considered all of the factors and circumstances brought to its attention. NOW, THEREFORE, by virtue of the authority vested in the Adult Parole Authority by law, the release is hereby revoked effective _____ Feb 7, 2011 _____.

The violator is ordered returned as soon as practical to the appropriate state correctional institution.

The Hearing officer recommends to the Parole Board Chair/Designee that the violator serve __18__ months of the sentence from the availability date before again becoming eligible for parole release consideration. This recommendation is subject to the approval and/or modification of the Parole Board Chair/Designee. The violator will receive final notification of the time to be served before again becoming eligible for release consideration after return to the state correctional institution. Final notification will be provided to the violator on the DRC form 3313 Sanction Receipt within 45 days of return.

| Hearing Officer: Jennifer A Pribe | [signature] | 2/7/2011 |
|---|---|---|

0178

BP-S714.056 **NOTICE OF RELEASE AND ARRIVAL** CDFRM
APR 03
U.S. DEPARTMENT OF JUSTICE          FEDERAL BUREAU OF PRISONS

| Inmate Name | Reg No.: 43177-061 | Institution/Address |
| --- | --- | --- |
| Alford, Brian K. | FBI No.: 246037W8<br>State No.: OH SID B108065 | FCI Elkton<br>P.O. Box 129<br>Lisbon, OH 44432-0129 |

| Release Date January 7, 2011 | Release Method Good Conduct Time Release |
| --- | --- |
| Public Law Days<br>N/A | Supervision to follow release: (if yes, advise inmate of Obligation to Report for Supervision)<br>    X    YES ( 5 years ___ months)<br>        NO |

**RELEASED TO:** (Check one)

| N/A Community | X Detainer |
| --- | --- |
| Transportation arranged to: _____<br>                         (City and State)<br>Method of transportation: _____<br>    (Name of common carrier or other)<br>Date of expected arrival at residence: _____ | Detaining Agency: Ohio Adult Parole Authority<br><br>Agency Address: 770 West Broad St.<br>                 Columbus, OH 43222 |

**SUPERVISION JURISDICTION(s)**

| Sentencing District | District of Residence (for relocation cases) |
| --- | --- |
| Chief/Director: John S. Dierna, CUSPO<br>Supervision Agency: United States Probation<br>District: Southern District of Ohio<br>Address: 546 Joseph P. Kinneary U.S. Courthouse<br>       85 Marconi Blvd., Room 546<br>       Columbus, OH 43215 | Chief/Director: N/A<br>Supervision Agency: _____<br>District: _____<br>Address: _____<br><br>Phone: ( ) _____ |

Address of proposed residence:    744 LaSalle<br>
                               Dayton, OH 45408

**DNA STATUS**

| DNA sample required:<br>XXX YES ___ NO | If YES date sample taken<br>November 10, 2009 | DNA Number<br>ELK03271 |
| --- | --- | --- |

**Obligation to Report for Supervision:** If you were sentenced to, or otherwise required to serve, a term of supervision, this term begins immediately upon your discharge from imprisonment, and you are directed to report for supervision within 72 hours. If you are released from a detaining authority, you shall report for supervision within 72 hours after your release by the detaining authority. If you can not report for supervision in the district of your approved residence within 72 hours, you must report to the nearest U.S. Probation Office for instruction. Failure to obey the reporting requirements described above will constitute a violation of release conditions.

Inmate's Signature (file copy only)
*Bn K. am* 43177-061

Distribution: Inmate Central File (Section 5), Inmate, Chief Supervision Officer in Sentencing District, Chief Supervision Officer in District of Residence, and U.S. Parole Commission (if applicable)

**EXHIBIT G**

0169

EXP.7

A.7

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### U.S. Probation Office

**John S. Dierna**
Chief U.S. Probation Officer

110 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202-3980
Phone: 513-564-7575
Fax: 513-564-7587

Reply to: Dayton Office



Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard, Room 546
Columbus, Ohio 43215-2398
Phone: 614-719-3100
Fax: 614-469-2579

702 Federal Building
200 West Second Street
Dayton, Ohio 45402-1411
Phone: 937-512-1450
Fax: 937-512-1453

**April 26, 2017**

Brian Keith Alford #A196744
London Correctional Institution
P.O. Box 69
London, Ohio 43140

Dear Mr. Alford:

Please contact U.S. Probation Officer Melissa Dues at (937) 512-1472 immediately upon your release from the institution. Failure to follow this officer's instructions as indicated could result in adverse action.

Sincerely,

*Melissa Dues/mk*

Melissa Dues
U.S. Probation Officer

# THE OHIO INNOCENCE PROJECT
**University of Cincinnati College of Law**
P.O. Box 210040
Cincinnati, OH 45221-0040

June 20, 2023

Mr. Brian Alford
#196-744
Ross Correctional Institution
P.O. Box 7010
Chillicothe, OH 45601

Dear Mr. Brian Alford,

    We have received your request for assistance. The *Ohio Innocence Project at the University of Cincinnati College of Law* ("OIP") seeks to identify and assist individuals who claim to be <u>actually innocent</u> of the crimes for which they were convicted. To claim actual innocence, you must have had **no involvement** in the incident(s) that lead to your conviction. The OIP does not handle direct appeals, requests for sentence reductions, or people who are still at the trial court level. The OIP will review a request from an applicant and conduct an investigation into the applicant's request if it is determined the request meets our review and screening criteria. The OIP will work only on those cases where new evidence, whether newly discovered or that can be developed through investigation, supports the applicant's claim of innocence.

    Enclosed, please find our application. You must **FULLY COMPLETE** the application, or it will not be reviewed. Please understand that due to the overwhelming number of requests for our assistance, you may not hear from our office immediately upon our receipt of your application. We will contact you as soon as possible via regular US mail after evaluating your application to let you know if we have decided that you meet our criteria, and we are able to conduct an investigation.

    If it is determined that you meet our criteria, you will receive a letter notifying you that your case is pending assignment. This means that we have decided to investigate your case but do not have a team available to work on your file. Cases approved for investigation will be assigned to a team of law students for investigation and work-up under the supervision of university faculty and staff attorneys. Once your case has been assigned, you will receive a letter from the team of law students introducing themselves and giving you further instructions.

    If it is determined that your case does not meet our criteria, or we do not have the resources to assist you, you will instead receive a letter notifying you of that decision.

    Please note that we do not represent you as your attorneys at the present time, or at any time during the screening process. OIP will not be your attorney until and if OIP sends you a written agreement.

**Ohio Innocence Project & the Rosenthal Institute for Justice**
**Main Phone: (513) 556-0752 | Prison Phone: (513) 861-2946 | Fax Number: (513) 556-0702**

The Ohio Innocence Project
Page 2 of 2

      We will keep your information confidential, as we are examining whether an attorney-client relationship might be developed in the future. We end up representing a very small percentage of applicants. We only represent individuals who claim actual innocence; we do not litigate claims of consent, self-defense or questions of mental capacity during the commission of a crime. We have a limited mission: to represent the truly innocent.

      Also please keep in mind that proving innocence is never easy. In most cases, we will have no course of action available to us once we have concluded our initial investigation. In only a few instances will we be able to pursue our investigation to the point where the applicant will benefit. We know you recognize these difficulties and ask only that you have patience and understand the odds that are facing us--and you--in pursuing this inquiry.

Sincerely,


Mark Godsey, Director

Encl.

Ohio Innocence Project
University of Cincinnati
PO Box 210040
Cincinnati, OH 45221-0040

080723HWAC

Mr. Brian Alford
#196-744
Ross Correctional Institution
P.O. Box 7010
Chillicothe, OH 45601

LEGAL MAIL

4560187010 BC50

# THE OHIO INNOCENCE PROJECT
**University of Cincinnati College of Law**
P.O. Box 210040
Cincinnati, OH 45221-0040

August 7, 2023

Mr. Brian Alford
#196-744
Ross Correctional Institution
P.O. Box 7010
Chillicothe, OH 45601

Dear Mr. Alford,

Thank you for sending the completed application. We have decided that your case qualifies for further review. Your file is now pending assignment. This means that although we have decided to investigate your case, we do not have a team of law students available to work on your file at this time. Cases approved for investigation will be assigned to a team of students for investigation and work-up under the supervision of university faculty and staff attorneys. Once your case has been assigned, you will receive a letter from the team of law students introducing themselves and giving you further instructions.

The purpose of our investigation will be to determine whether the Ohio Innocence Project will agree to represent you at the end of the investigation to pursue a claim of actual innocence. During that time, we may request additional information from you. Any information you provide to us is confidential and privileged. **Please understand, however, that we are not currently representing you and cannot offer you legal advice on this or any other matters.**

OIP is committed to creating an environment that is inclusive and free of discrimination or harassment for incarcerated people as well as for OIP staff and students. We will not tolerate abuse or harassment directed towards our staff or students. That includes using language or engaging in conduct that is abusive based on a person's race, sex, sexual orientation, or gender identity. If you engage in such conduct, we will close your file and terminate our investigation of your case.

We receive a high volume of requests for assistance, and because of this, assignment can take many months or even up to or over a year. If you become aware of any new evidence in your case or want to share anything with us during this time, feel free to write us a letter.

Thank you for your patience. We hope to be in contact soon.

Sincerely,


Mark Godsey, Director

*[handwritten: A-9 STATE v. MILLER 1992 OHIO APP LEXIS 6187]*

-2-

positively identified appellant as the bank robber, three were unable to make a positive identification and four identified appellant with qualifications." *State v. Alford*, 2d Dist. Montgomery No. 8831, 1985 WL 8726 (June 14, 1985) at *1.¹ In support of his direct appeal, Alford argued that the trial court erred by: (1) failing to suppress identification evidence; (2) denying his motion to sever his charges for trial; and (3) admitting certain exhibits at trial. Indeed, the first assignment of error in the 1985 appeal contains the phrase that "THE SUBSEQUENT LINEUP PROCEDURE WAS UNNECESSARILY SUGGESTIVE." But this Court rejected that assignment because although trial counsel had raised the identification issue in a motion to suppress, supplemental objections were not made during trial to preserve the issue for appeal. This court found no merit to any of Alford's claims and affirmed his conviction.

Alford was released on parole in December 1999 but he apparently returned to his prior trade. In July 2000 he was arrested and charged in federal court with Armed Bank Robbery. He was convicted and sentenced to federal prison. At the end of that sentence, in January 2011 he was returned to state custody for parole violation and he continues to serve his original state sentence. During his incarcerations Alford has shown he is no novice when it comes to pursuit of litigation. The electronic docket of the trial court case and many published opinions demonstrate that over the years Alford has filed multiple motions in the trial court, several appeals, a court of claims action, and multiple causes of action in federal court including appeals, habeas corpus petitions, and several 42 U.S.C. § 1983 actions.

---

¹ Alford had been charged with two counts of aggravated robbery and three counts of robbery but he was acquitted on one of the aggravated robbery counts.