**EXHIBIT B**

| Ref# TOCI0620001218 | Housing:A1W0011 | Date Created:06/15/2020 |
|---|---|---|
| ID#: A196744 | Name:ALFORD,BRIAN | |
| Form:Kite | Subject:Unit 1 | Description:Unit Manager |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
6/15/2020 6:52:55 AM : ( a196744 ) wrote
MA'AM: COULD YOU E-MAIL THE PACKAGE ROOM TO LET THEM KNOW MY SON WILL BE ORDERING MY MEDICALY APPROVED FOOTWEAR FROM HITCHCOCK SHOES AND MY CD PLAYER FROM FM ACCESS IN ABOUT THREE WEEKS. THANKS.

Communications / Case Actions
6/15/2020 6:52:55 AM : ( a196744 ) wrote
Form has been submitted

6/16/2020 8:35:32 AM : ( Penney Abbott ) wrote
done

6/16/2020 8:35:37 AM : ( Penney Abbott ) wrote
Closed inmate form

Manual Fill-In

ON 11-12-20 AT APPROXIMATELY    INSPECTOR JANKINS
DELIVERED THESE 3 DOCUMENTS AND I SIGNED FOR
THEM ONLY AFTER THE FILING OF TOCI 1120001688
ON 11-12-20 AT APPROXIMATELY    PM.

| Ref# TOCI0720002604 | Housing:A1W0011 | Date Created:07/30/2020 |
| ID#: A196744 | Name:ALFORD,BRIAN | |
| Form:Kite | Subject:Unit 1 | Description:Unit Manager |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*7/30/2020 9:38:17 AM : ( a196744 ) wrote*
MS. ABBOTT: CAN YOU LET THE PACKAGE ROOM KNOW THAT I MY SON IS STILL ORDERING THE SHOES
FROM HITCHCOCK AND TEH CD PLAYER FROM ACCESS DIRECT, BUT IT WILL BE A LITTLE LONGER BEFORE
HE DOES AS HE IS COMING OFF OF A SURGERY FOR TORN ROTATOR CUSP. THANKS!

Communications / Case Actions
*7/30/2020 9:38:17 AM : ( a196744 ) wrote*
Form has been submitted

*7/31/2020 10:16:37 AM : ( Penney Abbott ) wrote*
I'll let them know.

*7/31/2020 10:16:42 AM : ( Penney Abbott ) wrote*
Closed inmate form

Manual Fill-In

B-3

SHOULD A RETURN BE NECESSARY, PLEASE USE THIS RETURN LABEL FOR PROPER PROCESSING

**R E T U R N   L A B E L**

FROM:

BRIAN A196744 ALFORD
2001 E CENTRAL AVE
TOLEDO, OH 43608-2241

THIS PACKAGE CONTAINS:
☐ Exchange
☐ Refund or Credit
(Please mark appropriate box)

Order # 202060

TO: HITCHCOCK SHOES, INC.
ATT: RETURNS DEPT
225 BEAL ST
HINGHAM, MA  02043

# Hitchcock WIDE SHOES

225 Beal Street • Hingham, Massachusetts 02043
Customer Service (888) 599-9433 or (781) 749-3571
Fax (781) 749-3576  e-mail: hitchcock@wideshoes.com
www.wideshoes.com

Order #: 202060
Order Date: 9/9/2020

ORDER:  Web

Bill To:  Key Code: C20-288576
TEARAYNE JONES
733 PEDDICORD AVE
WSHNGTN CT HS, OH 43160-1193

ShipTo:  Key Code: C20-288576
BRIAN A196744 ALFORD
2001 E CENTRAL AVE
TOLEDO, OH 43608-2241

| Row | SKU | Size | Width | Order | B/O | Ship | Description | Unit Price | Total Due | Expected Back in Stock |
|-----|-----|------|-------|-------|-----|------|-------------|-----------|-----------|------------------------|
| D21 | 1540MB3 | 12 | 4E | 1 | | 1 | Marblehead 1540 V3 Runner (12, 4E) | $169.95 | $169.95 | |
| H04 | 200N1 | 12 | 4E | 1 | | 1 | Navy Float Slide Sandal (12, 4E) | $29.95 | $29.95 | |
| | | | | | | | Standard Shipping | $12.95 | $12.95 | |

| Row | SKU | Size | Width | Order | B/O | Ship | Description | Unit Price | Total Due | Expected Back in Stock |
|-----|-----|------|-------|-------|-----|------|-------------|-----------|-----------|------------------------|
| D25 | 1400DB | 12 | 4E | | 1 | | Brown Waterproof Trail Boot (12, 4E) | $139.95 | | 11/25/2020 |
| | | | | | 1 | | Standard Shipping | $0.00 | | |



SEP 1 0 2020

| | |
|---|---|
| Product Subtotal: | $199.90 |
| Shipping & Handling: | $12.95 |
| Taxes: | $15.42 |
| Total: | $228.27 |
| Type of Payment: | MasterCard |
| Balance: | $150.10 |
| Order Number: | 202060 |



**Partial Shipment**
***Standard Shipping 258910

Alford
196744
A1W14

**PLEASE!** Be sure these shoes fit comfortably before you start to wear them.  We want you to be satisfied with your purchase, but we cannot exchange worn or damaged shoes.  Try them on with a soft carpet underfoot.  Bending shoes doesn't help fit but can ruin them.  **Unworn,**

*You have received a* **jpay** *letter, the fastest way to get mail*

From : tearayne jones,  CustomerID: 4059785
To   : BRIAN ALFORD, ID: A196744
Date : 9/10/2020 1:54:04 PM EST,    Letter ID: 933358718   Parent Letter ID: 933203280
Location : TOCI
Housing : A1W0014

**1:51**                                              ..ll 📶 💷

🔒 wideshoes.com

## Order #202060

**Order#:** 202060
**Order Date:** 9/9/2020 10:45 PM
**Status:** Reviewed

### ORDER TOTALS

**Item Subtotal: $339.85**
**Shipping: $12.95**
**OH COUNTY TAX: $25.57**
**Total: $378.37**

### PAYMENT INFORMATION

**Date:** 9/9/2020
**Amount: $228.27**
**Status:** Captured
**Method:** MasterCard x8135

**Date:** 9/10/2020
**Amount: $150.10**
**Status:** Pending
**Method:** MasterCard xxxxxxxxxxxxx8135

### KITE PROCEDURE

1. *Check with your Sergeant or Case Manager to see if this communication can be handled without a kite.*

2. *Write only to the Department that handles the problem you have. Others will merely forward your kite.*

3. *State your problems clearly and completely and thereby get immediate attention.*

4. *Avoid duplication of Kites, Writing to more than one office about the same thing will not obtain any faster attention.*

5. *Kites are to be used only for communication between inmates and Institutional Staff and not for any other purpose.*



DRC 2005 (Rev. 08/2014)

| | CASE MANAGER | WARDEN | QUARTERMASTER |
|---|---|---|---|
| | CLASSIFICATION | DEPUTY WARDEN ADMINISTRATION/ SPECIAL SERVICES/ PROGRAMS | RECORDS |
| | COMMISSARY | DEPUTY WARDEN OPERATIONS | RECOVERY SERVICES |
| DENTAL USE HEALTH SERVICES REQUEST FORM, DRC5373 TO ACCESS DENTAL CARE | | | RECREATION |
| MEDICAL USE HEALTH SERVICES REQUEST FORM, DRC5373 TO ACCESS MEDICAL CARE | INST. INSPECTOR | RELIGIOUS SERVICES | |
| | INVESTIGATOR | UNIT MANAGER | |
| MAJOR MENTAL HEALTH | JOB COORDINATOR | EDUCATION | |
| | LIBRARY | FOOD SERVICE | |
| | MAIL ROOM | OTHER | |

FOLD HERE

Number: A196.74
Unit: A1
To: Ms. Barker
Lock: A1
Name: ALFORD
Assignment: A1-Wing Laundry Mach 2D
Date: 11-13-18

### KITE PROCEDURE

1. *Check with your Sergeant or Case Manager to see if this communication can be handled without a kite.*

2. *Write only to the Department that handles the problem you have. Others will merely forward your kite.*

3. *State your problems clearly and completely and thereby get immediate attention.*

4. *Avoid duplication of Kites, Writing to more than one office about the same thing will not obtain any faster attention.*

5. *Kites are to be used only for communication between inmates and Institutional Staff and not for any other purpose.*

11/10/18

MA'AM"

Mr. Alford,

I don't determine if you can have another pair of boots.

You will need to fill out an Inmate Health Service Request Form.

You can purchase your own, Just see your Unit Mgr /or Unit Sgt.

Ms. Banks

I NEED A NEW PAIR OF SIZE 12EEE BOOTS FOR CIRCULATORY PROBLEMS IN BOTH FEET, DEGENERATIVE SPINE DISORDER, SCOLIOSYS, LUMBAR & CERVICAL SPINE INJURIES TO PROVIDE STABILITY AND PROPER CIRCULATION, AS THE LAST PAIR ARE WORN OUT, AND ONE WIDTH TOO NARROW AS EXPLAINED WHEN I SIGNED FOR THEM.

A196744

## KITE PROCEDURE

1. Check with your Sergeant or Case Manager to see if this communication can be handled without a kite.

2. Write only to the Department that handles the problem you have. Others will merely forward your kite.

3. State your problems clearly and completely and thereby get immediate attention.

4. Avoid duplication of Kites, Writing to more than one office about the same thing will not obtain any faster attention.

5. Kites are to be used only for communication between inmates and Institutional Staff and not for any other purpose.

DRC 2005 (Rev. 08/2014)



| Number: | A196744 | Name: | | Date: 3-10-18 |
| Unit: A1 | Lock: A1-E14 | Assignment: REC AIDE | | |

To: HEALTH SERVICES ADMINISTRATOR

MAJOR MENTAL HEALTH — MAIL ROOM

DENTAL
USE HEALTH SERVICES
REQUEST FORM, DRC5373
TO ACCESS DENTAL CARE.

MEDICAL
USE HEALTH SERVICES
REQUEST FORM, DRC5373
TO ACCESS MEDICAL
CARE.

CASE MANAGER
CLASSIFICATION
COMMISSARY

WARDEN
DEPUTY WARDEN
ADMINISTRATION/
SPECIAL SERVICES/
PROGRAMS
DEPUTY WARDEN
OPERATIONS
INST. INSPECTOR
INVESTIGATOR
JOB COORDINATOR
LIBRARY

QUARTERMASTER
RECORDS
RECOVERY SERVICES
RECREATION
RELIGIOUS SERVICES
UNIT MANAGER
EDUCATION
FOOD SERVICE
OTHER

— FOLD HERE —

2018 MAR 12 P 3:11

## KITE PROCEDURE

1. Check with your Sergeant or Case Manager to see if this communication can be handled without a kite.

2. Write only to the Department that handles the problem you have. Others will merely forward your kite.

3. State your problems clearly and completely and thereby get immediate attention.

4. Avoid duplication of Kites, Writing to more than one office about the same thing will not obtain any faster attention.

5. Kites are to be used only for communication between inmates and Institutional Staff and not for any other purpose.

B-6

3/12/18

Medical has done their part if you want to order additional shoes explain to your Unit Staff you need a Special order due to the sizing

ATTACHED: EXPS 11-4-17 ORIG.
I dont authorize           2-23-18 UNTECH
additional SIZE 2-27-18 UM

Thnks
Ms. Bank

Boots were being ordered. I later learned size 124E (too wide) were ordered by mistake, and proper size would be reordered. However, on 2-6-18 was informed 123E would be ordered.

Yet, on 2-21-18 upon arrival to HSI learned size 122E (too narrow) were ordered and the boots run larger. This puts me back in my original request to order properly fitted shoes through Hitchcock shoes (123E). Kited warden about this issue, who referred me to unit staff, and Mr. Hernandez unit manager advised medicals response was "once you accept them that is what you get, speak with them."

Due to pending litigation on this issue (Alford v. Mohr), and circulatory problems with my feet and left leg, I again request permission to order properly fitted boots.

Respectfully,
96749

*KITE PROCEDURE*

1. Check with your Sergeant or Case Manager to see if this communication can be handled without a kite.

2. Write only to the Department that handles the problem you have. Others will merely forward your kite.

3. State your problems clearly and completely and thereby get immediate attention.

4. Avoid duplication of Kites, Writing to more than one office about the same thing will not obtain any faster attention.

5. Kites are to be used only for communication between inmates and Institutional Staff and not for any other purpose.

DRC 2005 (Rev. 08/2014)

| | |
|---|---|
| Number: | A196744 |
| Unit: | A1 |
| To: | Mr. Hernandez Unit Manager |

Name: ALFRED
Lock: A1-E44 RIC A10E
Assignment: 2-27-18
Date:

— FOLD HERE —

| | |
|---|---|
| CASE MANAGER | WARDEN |
| CLASSIFICATION | DEPUTY WARDEN ADMINISTRATION/ SPECIAL SERVICES/ PROGRAMS |
| COMMISSARY | |
| DENTAL USE HEALTH SERVICES REQUEST FORM, DRC5373 TO ACCESS DENTAL CARE | DEPUTY WARDEN OPERATIONS |
| MEDICAL USE HEALTH SERVICES REQUEST FORM, DRC5373 TO ACCESS MEDICAL CARE | INST. INSPECTOR |
| | INVESTIGATOR |
| MAJOR MENTAL HEALTH | JOB COORDINATOR |
| | LIBRARY |
| | MAIL ROOM |

| | |
|---|---|
| QUARTERMASTER | |
| RECORDS | |
| RECOVERY SERVICES | |
| RECREATION | |
| RELIGIOUS SERVICES | |
| UNIT MANAGER | |
| EDUCATION | |
| FOOD SERVICE | |
| | OTHER |

*KITE PROCEDURE*

1. Check with your Sergeant or Case Manager to see if this communication can be handled without a kite.

2. Write only to the Department that handles the problem you have. Others will merely forward your kite.

3. State your problems clearly and completely and thereby get immediate attention.

4. Avoid duplication of Kites, Writing to more than one office about the same thing will not obtain any faster attention.

5. Kites are to be used only for communication between inmates and Institutional Staff and not for any other purpose.

SIR:

THE INTRODUCTORY RESPONSE TO MY REQUEST
TO OBTAIN 12EEE BOOTS REFERRED ME
TO UNIT STAFF. MEDICAL ORDERED 12EEE
BOOTS ON 1-8-18. HOWEVER, IN JAN. 2014
12 4E's WERE SENT. REORDERED IN JAN. 2018
AND ON 2-21-18 RECEIVED 12EE AND MADE
Ms. BARKOL AND THE MALE NURSE AWARE
OF THE FACT THEY WERE NOT 12EEE. QUARTERMASTER
ALREADY VERIFIED THEY DO NOT HAVE 12EEE. WHAT NEXT?
PLEASE REPLY ASAP.

RESPECTFULLY,

A—496744

Medical said once you
Accept them that is what you
get speak with them.

*KITE PROCEDURE*

1. *Check with your Sergeant or Case Manager to  see  if this  communication can be handled without a kite.*

2. *Write only to the Department that handles the problem you have. Others will merely forward your kite.*

3. *State your problems clearly and completely and thereby get immediate attention.*

4. *Avoid duplication of Kites, Writing to more than one office about the same thing will not obtain any faster attention.*

5. *Kites are to be used only for communication between inmates and Institutional Staff and not for any other purpose.*

---

Number: A196744

Unit: A1    Lock: A1-E14

To: Mrs. BAKER

Name: ALFORD    Assignment: PORTER

Date: 12-27-17

KM

---

DRC 2005 (Rev. 08/2014)

CASE MANAGER

CLASSIFICATION

COMMISSARY

DENTAL
USE HEALTH SERVICES
REQUEST FORM, DRC5373
TO ACCESS DENTAL CARE

MEDICAL
USE HEALTH SERVICES
REQUEST FORM, DRC5373
TO ACCESS MEDICAL
CARE

MAJOR MENTAL
HEALTH

— FOLD HERE —

WARDEN

DEPUTY WARDEN
ADMINISTRATION/
SPECIAL SERVICES/
PROGRAMS

DEPUTY WARDEN
OPERATIONS

INST. INSPECTOR

INVESTIGATOR

JOB COORDINATOR

LIBRARY

MAIL ROOM

QUARTERMASTER

RECORDS

RECOVERY SERVICES

RECREATION

RELIGIOUS SERVICES

UNIT MANAGER

EDUCATION

FOOD SERVICE

OTHER

---

*KITE PROCEDURE*

1. *Check with your Sergeant or Case Manager to  see  if this  communication can be handled without a kite.*

2. *Write only to the Department that handles the problem you have. Others will merely forward your kite.*

3. *State your problems clearly and completely and thereby get immediate attention.*

4. *Avoid duplication of Kites, Writing to more than one office about the same thing will not obtain any faster attention.*

5. *Kites are to be used only for communication between inmates and Institutional Staff and not for any other purpose.*

MAIAMU

I NEED TO PURCHASE PROPERLY
FITTED SHOES AND QUARTERMASTER
NOR ANY OF THE APPROVED VENDORS
HAVE SIZE 12EEE. I PURCHASED 12 4E IN
2014 OR 2015 AND THEY WERE NOT WIDE
ENOUGH. I HAVE BROKEN VEINS IN MY
FEET AND ANCLES, CIRCULATION PROBLEMS
IN MY FEET, MY LEFT LEG IS STARTING
TO GIVE ME DIFFICULTY, AND DUE TO
ESSENTIAL BENIGN HYPOTENSION PROPERLY
FITTED SHOES ARE A NECESSITY. I ARRIVED
TO DRC ON VIOLATION IN 1-7-1/ AND WAS
AUTHORIZED TO PURCHASE PROPERLY FITTED
SHOES WHILE THERE. YOUR ASSISTANCE IS GREATLY
APPRECIATED IN THIS VITAL ISSUE. RESPECTFULLY,
                                        19674V

Mr. Alfords
Your shoes have
been ordered its
not a common shoe
size I'm told they
have to be made to
order. Triple E

Ms. Bauth 1-8-2019

Mr. Alford,
We spoke on
2-6-2018

Thank You
Ms Bauk

MA'AM—

ON 1-22-18 I KITED UNIT
MANAGER HERNANDEZ AS
INSTRUCTED BY YOU FOR
APPROVAL TO ORDER SIZE 123E
FOOTWEAR FROM HITCHCOCK SHOES.

HE RESPONDED THAT ONLY BOOTS
FROM QUARTERMASTER ARE APPROVED,
AND THAT YOU ADVISED YOU HAD NOT
DIRECTED ME TO HIM FOR BOOTS.
I REQUESTED APPROVAL FROM HIM
FOR ORDERING FROM HITCHCOCK, AS NO
OTHER VENDORS OFFER 12 TRIPLE E FOOTWEAR.
IN ADDITION, QUARTERMASTER DOES NOT
HAVE 12 TRIPLE E BOOTS. PLEASE CLARIFY.

RESPECTFULLY,
D— 196744

### KITE PROCEDURE

1. Check with your Sergeant or Case Manager to see if this communication can be handled without a kite.

2. Write only to the Department that handles the problem you have. Others will merely forward your kite.

3. State your problems clearly and completely and thereby get immediate attention.

4. Avoid duplication of Kites, Writing to more than one office about the same thing will not obtain any faster attention.

5. Kites are to be used only for communication between inmates and Institutional Staff and not for any other purpose.



DRC 2005 (Rev. 08/2014)

CASE MANAGER

CLASSIFICATION

COMMISSARY

DENTAL
USE HEALTH SERVICES
REQUEST FORM, DRC5373
TO ACCESS DENTAL CARE

MEDICAL
USE HEALTH SERVICES
REQUEST FORM, DRC5373
TO ACCESS MEDICAL
CARE

MAJOR MENTAL
HEALTH

WARDEN

DEPUTY WARDEN
ADMINISTRATION/
SPECIAL SERVICES/
PROGRAMS

DEPUTY WARDEN
OPERATIONS

INST. INSPECTOR

INVESTIGATOR

JOB COORDINATOR

LIBRARY

MAIL ROOM

FOLD HERE

QUARTERMASTER

RECORDS

RECOVERY SERVICES

RECREATION

RELIGIOUS SERVICES

UNIT MANAGER

EDUCATION

FOOD SERVICE

OTHER

Number:

Unit: A198-744

To: Ms. Barco

Lock: A1-E44    ALE3RD

Name:

Assignment: REC AIDE

Date: 2-1-18

2018 FEB -5 P 2:13

### KITE PROCEDURE

1. Check with your Sergeant or Case Manager to see if this communication can be handled without a kite.

2. Write only to the Department that handles the problem you have. Others will merely forward your kite.

3. State your problems clearly and completely and thereby get immediate attention.

4. Avoid duplication of Kites, Writing to more than one office about the same thing will not obtain any faster attention.

5. Kites are to be used only for communication between inmates and Institutional Staff and not for any other purpose.

*KITE PROCEDURE*

1. *Check with your Sergeant or Case Manager to see if this communication can be handled without a kite.*

2. *Write only to the Department that handles the problem you have. Others will merely forward your kite.*

3. *State your problems clearly and completely and thereby get immediate attention.*

4. *Avoid duplication of Kites, Writing to more than one office about the same thing will not obtain any faster attention.*

5. *Kites are to be used only for communication between inmates and Institutional Staff and not for any other purpose.*



DRC 2005 (Rev. 08/2014)

| Number: A196744 | Name: ALFORD | Date: 11-4-17 |
| Unit: A | Lock: A1-E14 | Assignment: PORTER |

To: SPECIAL DUTY CAPTAIN

— FOLD HERE —

| | |
|---|---|
| CASE MANAGER | WARDEN / QUARTERMASTER |
| CLASSIFICATION | DEPUTY WARDEN ADMINISTRATION/ SPECIAL SERVICES/ PROGRAMS / RECORDS |
| COMMISSARY | RECOVERY SERVICES |
| DENTAL USE HEALTH SERVICES REQUEST FORM, DRC5373 TO ACCESS DENTAL CARE | DEPUTY WARDEN OPERATIONS / RECREATION |
| | INST. INSPECTOR / RELIGIOUS SERVICES |
| MEDICAL USE HEALTH SERVICES REQUEST FORM, DRC5373 TO ACCESS MEDICAL CARE | INVESTIGATOR / UNIT MANAGER |
| | JOB COORDINATOR |
| | LIBRARY / EDUCATION |
| MAJOR MENTAL HEALTH | MAIL ROOM / FOOD SERVICE |
| | OTHER |

*KITE PROCEDURE*

1. *Check with your Sergeant or Case Manager to see if this communication can be handled without a kite.*

2. *Write only to the Department that handles the problem you have. Others will merely forward your kite.*

3. *State your problems clearly and completely and thereby get immediate attention.*

4. *Avoid duplication of Kites, Writing to more than one office about the same thing will not obtain any faster attention.*

5. *Kites are to be used only for communication between inmates and Institutional Staff and not for any other purpose.*

SIR:

I ARRIVED ON 11-1-17 FROM S.O.C.F.
AND WOULD LIKE TO KNOW IF MY
PACKAGE APPROVAL IS RESET?
ALSO, I WEAR A SIZE 12EEE
SHOE FOR CIRCULATION PROBLEMS
IN MY FEET, AND NEED APPROVAL
TO ORDER FROM HITCHCOCK SHOES
TO OBTAIN PROPERLY FITTED FOOTWEAR?

VERY RESPECTFULLY,

Clm-196749

Send the Package room
a kite they can check
on your Package approval
or see your unit manager.
Your shoes you will need
to see medical to get approval.

Capt. W. Shull

## KITE PROCEDURE

1. *Check with your Sergeant or Case Manager to see if this communication can be handled without a kite.*

2. *Write only to the Department that handles the problem you have. Others will merely forward your kite.*

3. *State your problems clearly and completely and thereby get immediate attention.*

4. *Avoid duplication of Kites, Writing to more than one office about the same thing will not obtain any faster attention.*

5. *Kites are to be used only for communication between inmates and Institutional Staff and not for any other purpose.*



DRC 2005 (Rev. 08/2014)

| To: | | | | |
| --- | --- | --- | --- | --- |
| SPECIAL DSU CAPTAIN | CASE MANAGER | WARDEN | QUARTERMASTER | |
| | CLASSIFICATION | DEPUTY WARDEN ADMINISTRATION/ SPECIAL SERVICES/ PROGRAMS | RECORDS | |
| | COMMISSARY | DEPUTY WARDEN OPERATIONS | RECOVERY SERVICES | |
| | DENTAL USE HEALTH SERVICES REQUEST FORM, DRC5373 TO ACCESS DENTAL CARE | INST. INSPECTOR | RECREATION | |
| | MEDICAL USE HEALTH SERVICES REQUEST FORM, DRC5373 TO ACCESS MEDICAL CARE | INVESTIGATOR | RELIGIOUS SERVICES | |
| | | UNIT MANAGER | | |
| | MAJOR MENTAL HEALTH | JOB COORDINATOR | EDUCATION | |
| | | LIBRARY | FOOD SERVICE | OTHER |
| | | MAIL ROOM | | |

FOLD HERE

| Number: | A196744 | Name: | ALLEN | Date: | 11-4-17 |
| --- | --- | --- | --- | --- | --- |
| Unit: A | Lock: A1-E14 | Assignment: PORTER | | | |

Return

## KITE PROCEDURE

1. *Check with your Sergeant or Case Manager to see if this communication can be handled without a kite.*

2. *Write only to the Department that handles the problem you have. Others will merely forward your kite.*

3. *State your problems clearly and completely and thereby get immediate attention.*

4. *Avoid duplication of Kites, Writing to more than one office about the same thing will not obtain any faster attention.*

5. *Kites are to be used only for communication between inmates and Institutional Staff and not for any other purpose.*

11-8

SIR:

I ARRIVED ON 11-1-17 FROM S.O.C.F.
AND WOULD LIKE TO KNOW IF MY
PACKAGE APPROVAL IS RESET?
ALSO, I WEAR A SIZE 12EEE
SHOE FOR CIRCULATION PROBLEMS
IN MY FEET, AND NEED APPROVAL
TO ORDER FROM HITCHCOCK SHOES
TO OBTAIN PROPERLY FITTED FOOTWEAR?

VERY RESPECTFULLY,

CM-196744

Send the Package room
a kite they can check
on your Package approval
or see your unit manager.
Your shoes you will need
to see medical to get approval.

Capt. W. Shell

## KITE PROCEDURE

1. Check with your Sergeant or Case Manager to see if this communication can be handled without a kite.

2. Write only to the Department that handles the problem you have. Others will merely forward your kite.

3. State your problems clearly and completely and thereby get immediate attention.

4. Avoid duplication of Kites, Writing to more than one office about the same thing will not obtain any faster attention.

5. Kites are to be used only for communication between inmates and Institutional Staff and not for any other purpose.



DRC 2005 (Rev. 08/2014)

—— FOLD HERE ——

| | |
|---|---|
| CASE MANAGER | WARDEN |
| CLASSIFICATION | DEPUTY WARDEN ADMINISTRATION/ SPECIAL SERVICES/ PROGRAMS |
| COMMISSARY | RECOVERY SERVICES |
| DENTAL USE HEALTH SERVICES REQUEST FORM, DRC5373 TO ACCESS DENTAL CARE | DEPUTY WARDEN OPERATIONS |
| | RECREATION |
| | QUARTERMASTER |
| | RECORDS |
| MEDICAL USE HEALTH SERVICES REQUEST FORM, DRC5373 TO ACCESS MEDICAL CARE | INST. INSPECTOR |
| | INVESTIGATOR |
| | RELIGIOUS SERVICES |
| MAJOR MENTAL HEALTH | JOB COORDINATOR |
| | UNIT MANAGER |
| | LIBRARY |
| | EDUCATION |
| | MAIL ROOM |
| | FOOD SERVICE |
| | OTHER |

Number:  APPLYON

Name: ALFRED

Date: 2-22-18

Unit: A1

Lock: A1-E10

Assignment: A1-E14 REC AIDE

To: WARDON

**RETURN**

TOLEDO CORRECTIONAL
2018 FEB 23  A 8 13
WARDEN'S OFFICE

## KITE PROCEDURE

1. Check with your Sergeant or Case Manager to see if this communication can be handled without a kite.

2. Write only to the Department that handles the problem you have. Others will merely forward your kite.

3. ...blems...and completely and thereby

4. Avoid duplicatio... Kites, w... ...han one office about the same thing will not obtain any faster attention.

5. Kites are to be used only for communication between inmates and Institutional Staff and not for any other purpose.

B.12

SIR: RETURN

QUARTERMASTER AND NONE
OF THE APPROVED VENDORS
PROVIDE MY SHOE SIZE (123E).
MEDICAL PROVIDED A PAIR OF
123E BOOTS ON 2-21-18,
BUT I NEED TO OBTAIN
123E FOOTWEAR THRU MITCHELL
SHOE COMPANY FOR MEDICAL
REASONS ((CIRCULATORY PROBLEMS IN FEET, LEGS).

RESPECTFULLY,

096744

TOLEDO CORRECTIONAL

See your Unit Staff
for assistance.

2-23-18

cc: J. Hernandez
F. Jackson

J. Coleman

**KITE PROCEDURE**

1. *Check with your Sergeant or Case Manager to see if this communication can be handled without a kite.*

2. *Write only to the Department that handles the problem you have. Others will merely forward your kite.*

3. *State your problems clearly and completely and thereby get immediate attention.*

4. *Avoid duplication of Kites, Writing to more than one office about the same thing will not obtain any faster attention.*

5. *Kites are to be used only for communication between inmates and Institutional Staff and not for any other purpose.*



| | |
|---|---|
| Number: | |
| Unit: | Name: ALFORD | Date: |
| A1 | Lock: AT-W14 | Assignment: 10-15-18 |
| To: | | |
| ADA COORDINATOR GAJEWSKI | LAUNDRY/MACH OPER. | |

CASE MANAGER

CLASSIFICATION

COMMISSARY

DENTAL
USE HEALTH SERVICES
REQUEST FORM, DRC5373
TO ACCESS DENTAL CARE

MEDICAL
USE HEALTH SERVICES
REQUEST FORM, DRC5373
TO ACCESS MEDICAL
CARE

MAJOR MENTAL
HEALTH

WARDEN

DEPUTY WARDEN
ADMINISTRATION/
SPECIAL SERVICES/
PROGRAMS

DEPUTY WARDEN
OPERATIONS

INST. INSPECTOR

INVESTIGATOR

JOB COORDINATOR

LIBRARY

MAIL ROOM

FOLD HERE

QUARTERMASTER

RECORDS

RECOVERY SERVICES

RECREATION

RELIGIOUS SERVICES

UNIT MANAGER

EDUCATION

FOOD SERVICE

OTHER

DRC 2005 (Rev. 08/2014)

**KITE PROCEDURE**

1. *Check with your Sergeant or Case Manager to see if this communication can be handled without a kite.*

2. *Write only to the Department that handles the problem you have. Others will merely forward your kite.*

3. *State your problems clearly and completely and thereby get immediate attention.*

4. *Avoid duplication of Kites, Writing to more than one office about the same thing will not obtain any faster attention.*

5. *Kites are to be used only for communication between inmates and Institutional Staff and not for any other purpose.*

ENCLOSED IS MY ACCOMMODATION
REQUEST AND ELEVEN (11)
PAGES OF ATTACHMENTS.


RESPECTFULLY,

496 744

### KITE PROCEDURE

1. *Check with your Sergeant or Case Manager to  see  if this  communication can be handled without a kite.*

2. *Write only to the Department that handles the problem you have. Others will merely forward your kite.*

3. *State your problems clearly and completely and thereby get immediate attention.*

4. *Avoid duplication of Kites, Writing to more than one office about the same thing will not obtain any faster attention.*

5. *Kites are to be used only for communication between inmates and Institutional Staff and not for any other purpose.*

| Number: | | Name: | | Date: |
|---|---|---|---|---|
| A196-744 | | Alfoso | | 11-19-18 |

Unit: A1  Lock: A1-W14

To: MR. GASEWSKI-ADA COORDINATOR

Assignment: LAUNDRY MACH CHK.

CASE MANAGER — WARDEN — QUARTERMASTER

CLASSIFICATION — DEPUTY WARDEN ADMINISTRATION/ SPECIAL SERVICES/ PROGRAMS — RECORDS

COMMISSARY — DEPUTY WARDEN OPERATIONS — RECOVERY SERVICES

DENTAL. USE HEALTH SERVICES REQUEST FORM, DRC5373 TO ACCESS DENTAL CARE — INST. INSPECTOR — RECREATION

FOLD HERE

MEDICAL USE HEALTH SERVICES REQUEST FORM, DRC5373 TO ACCESS MEDICAL CARE — INVESTIGATOR — RELIGIOUS SERVICES

— JOB COORDINATOR — UNIT MANAGER

MAJOR MENTAL HEALTH — LIBRARY — EDUCATION

— MAIL ROOM — FOOD SERVICE

— OTHER

DRC 2005 (Rev. 08/2014)

### KITE PROCEDURE

1. *Check with your Sergeant or Case Manager to  see  if this  communication can be handled without a kite.*

2. *Write only to the Department that handles the problem you have. Others will merely forward your kite.*

3. *State your problems clearly and completely and thereby get immediate attention.*

4. *Avoid duplication of Kites, Writing to more than one office about the same thing will not obtain any faster attention.*

5. *Kites are to be used only for communication between inmates and Institutional Staff and not for any other purpose.*

B.14

SIR:

ENCLOSED IS MEDICAL" RESPONSE 11\16·18
TO MY REQUEST FOR NEW BOOTS.
ALSO ENCLOSED ARE RESPONSES
ON 1·8·18, 3·12·18, 2·6·18,
2·27·18, 2·22·18, § 11·4·17
REGARDING THIS ISSUE. ALSO ENCLOSED
IS TOCZ0318000369.

RESPECTFULLY,

### KITE PROCEDURE

1. Check with your Sergeant or Case Manager to see if this communication can be handled without a kite.

2. Write only to the Department that handles the problem you have. Others will merely forward your kite.

3. State your problems clearly and completely and thereby get immediate attention.

4. Avoid duplication of Kites, Writing to more than one office about the same thing will not obtain any faster attention.

5. Kites are to be used only for communication between inmates and Institutional Staff and not for any other purpose.



| | |
|---|---|
| Number: | |
| Unit: A1PL24M | Name: ALESO |
| To: A1 WARDON | Date: |
| | Lock: A1-E14 | Assignment: 2-22-18 |
| | | A1-E14  REC AIDE |

DRC 2005 (Rev. 08/2014)

CASE MANAGER

CLASSIFICATION

COMMISSARY

DENTAL
USE HEALTH SERVICES REQUEST FORM, DRC5373 TO ACCESS DENTAL CARE

MEDICAL
USE HEALTH SERVICES REQUEST FORM, DRC5373 TO ACCESS MEDICAL CARE

MAJOR MENTAL HEALTH

— FOLD HERE —

WARDEN

DEPUTY WARDEN ADMINISTRATION/ SPECIAL SERVICES/ PROGRAMS

DEPUTY WARDEN OPERATIONS

INST. INSPECTOR

INVESTIGATOR

JOB COORDINATOR

LIBRARY

MAIL ROOM

QUARTERMASTER

RECORDS

RECOVERY SERVICES

RECREATION

RELIGIOUS SERVICES

UNIT MANAGER

EDUCATION

FOOD SERVICE

OTHER

RETURN

TOLEDO CORRECTIONAL
2018 FEB 23  A 8: 13
WARDEN'S OFFICE

### KITE PROCEDURE

1. Check with your Sergeant or Case Manager to see if this communication can be handled without a kite.

2. Write only to the Department that handles the problem you have. Others will merely forward your kite.

3.            oblem            ond completely and thereby

4. Avoid duplicat    Kites, w          than one office about the same thing will not obtain any faster attention.

5. Kites are to be used only for communication between inmates and Institutional Staff and not for any other purpose.

B-12