**EXHIBIT C**

| Ref# TOCI0321001177 | Housing:A2W0001 | Date Created:03/10/2021 |
| ID#: A196744 | Name:ALFORD,BRIAN | |
| Form:Kite | Subject:Unit 1 | Description:Unit Manager |
| Urgent:No | Time left:n/a | Status:Closed |

A2W1

Original Form
*3/10/2021 3:47:42 PM : ( a196744 ) wrote*
MA'AM: MS. ABBOTT, FOR FEAR OF BEIING REDUNDANT, I SPOKE BRIEFLY WITH MS. KROGGEL TODAY
ABOUT BOOTS BEING APPROVED FOR ORDER BY DR. PORTER AND SHE ADVISED FOR YOU TO SEND HER
AN E-MAIL REGARDING SAME, THAT SHE WOULD CONFIRM WITH PACKAGE ROOM THAT BOOTS ARE
APPROVED. THANKS IN ADVANCE.

Communications / Case Actions
*3/10/2021 3:47:42 PM : ( a196744 ) wrote*
Form has been submitted

*3/11/2021 7:51:16 AM : ( Penney Abbott ) wrote*
I will not Boots are NOT approved.

*3/11/2021 7:51:21 AM : ( Penney Abbott ) wrote*
Closed inmate form

Manual Fill-In

| Ref# TOCI0321000974 | Housing:A2W0001 | Date Created:03/09/2021 |
|---|---|---|
| ID#: A196744 | Name:ALFORD,BRIAN | |
| Form:Kite | Subject:Unit 1 | Description:Unit Manager |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*3/9/2021 1:17:25 PM : ( a196744 ) wrote*
YES MA'AM: MS. ABBOTT, CAN YOU NOTIFY PACKAGE ROOM I AM GOING TO BE ORDERING MEDICALLY
APPROVED FOOTWEAR IN ABOUT THE NEXT TWO TO THREE WEEKS? INSTEAD OF PURCHASING FROM
AMAZON, I WILL BE PURCHASING FROM HITCKCOCK SHOES, AGAIN. THE ORDER WILL BE FOR MEDICALLY
APPROVED BOOTS SIZE 12-3E (6 INCH , NON-SAFETY TOE), SIZE 12-4E GYMS SHOES, AND SIZE 12-4E
SHOWER SHOES. I HAVE COMMUNICATION FROM MEDICAL ADVISING TO GO THROUGH UNIT STAFF FOR
THIS PURPOSE. THANKS!

Communications / Case Actions
*3/9/2021 1:17:25 PM : ( a196744 ) wrote*
Form has been submitted

*3/9/2021 1:50:25 PM : ( Penney Abbott ) wrote*
You CAN NOT order Boots. If you need boots then they need to be ordered thru medical.

*3/9/2021 1:51:33 PM : ( Penney Abbott ) wrote*
Closed inmate form

Manual Fill-In

| Ref# TOCI1120003098 | Housing:A1W0011 | Date Created:11/25/2020 |
| ID#: A196744 | Name:ALFORD,BRIAN | |
| Form:Kite | Subject:Health Care | Description:Health Care |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*11/25/2020 2:10:58 PM : ( a196744 ) wrote*
MS ZILLES: I DO WANT MEDICAL TO ORDER MY BOOTS IF ITIS POSSIBLE? I WILL KNOW THAT OPI DOES NOT HAVE 123E BOOTS THOUGH, WHICH IS WHERE MS. BARKER WAS ATTEMPTING TO ORDER THEM FROM.

Communications / Case Actions
*11/25/2020 2:10:58 PM : ( a196744 ) wrote*
Form has been submitted

*12/1/2020 4:23:44 PM : ( Hannah Kroggel ) wrote*
MS. BARKER: AFTER MY VISIT WITH DR. PORTER YESTERDAY AND BEING ADVISED THAT YOU WERE ATTEMPTING TO PROVIDE 13E BOOTS THROUGH OPI, I WOULD LIKE TO REQUEST IF YOU COULD KINDLY SEND THE MAIL ROOM AN E-MAIL VERIFYING APPROVAL FOR ME TO PURCHASE MEDICALLY APPROVED BOOTS/GYM SHOES THROUGH AMAZON.COM. I PURCHASED A PAIR OF GYM SHOES IN NOVEMBER FROM HITCHCOCK SHOES AND THEY SENT THE WRONG SIZE (124E) AND THEY WERE TO WIDE. AMAZON.COM COULD MEET MY NEEDS AND I WILL SIMPLY PURCHASE THEM SINCE THE INSTITUTION IS EXPERIENCING BUDGET CUTS. THANKS!

  (Kite) Robert Zilles wrote: 11/25/2020 10:46 AM
Mr. Alford after speaking to Ms. Barker if you would like to buy your own shoes and not have them provided through medical please get in contact with your unit staff. They will be able to assist you with that. Also make sure that you are purchasing shoes and not boots so they don't get sent back.
SO you no longer want to order your own boots through Amazon?

*12/2/2020 10:27:10 AM : ( Hannah Kroggel ) wrote*
Closed inmate form

Manual Fill-In

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

| Ref# TOCI1220000254 | Housing:A1W0011 | Date Created:12/02/2020 |
|---|---|---|
| ID#: A196744 | Name:ALFORD,BRIAN | |
| Form:Kite | Subject:Health Care | Description:Health Care |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*12/2/2020 5:25:08 PM : ( a196744 ) wrote*
MS BARKER: IN RESPONSE TO MY KITE 12-2-02 YES, I WOULD RATHER ORDER BOOTS/TENNIS SHOES THROUGH AMAZON.COM AS OPI CAN NOT PROVIDE 12 3E BOOTS. THANKS!

Communications / Case Actions
*12/2/2020 5:25:08 PM : ( a196744 ) wrote*
Form has been submitted

*12/9/2020 8:54:05 AM : ( Hannah Kroggel ) wrote*
Please see previous kite response

*12/9/2020 8:54:10 AM : ( Hannah Kroggel ) wrote*
Closed inmate form

Manual Fill-In

| Ref# TOCI0321001122 | Housing:A2W0001 | Date Created:03/10/2021 |
| ID#: A196744 | Name:ALFORD,BRIAN | |
| Form:Kite | Subject:Health Care | Description:Health Care |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*3/10/2021 10:48:52 AM : ( a196744 ) wrote*
MS. ZILLES: IN YOUR RESPONSE DATED 11-25-20 REGARDING THE PURCHASING OF MEDICALLY APPROVED
FOOTWEAR, YOU ADVISED THAT I COULD ONLY ORDER SHOES AND NOT BOOTS. THE BOOTS I NEED ARE
NON-SAFETY TOE AND SIX INCH HEIGHT, AND THE FOORTEAR ORDERED BY MEDICAL HERE AT TOCI WERE
IN FACT BOOTS. THE DOCTOR APPROVED ORDERING BOOTS AT YOUR EXPENSE, BUT MR. COPELY ADVISED
THE BECAUSE THE BOOTS WOULD BY ORDERED BY OPI THEY WOULD NOT BE VERY WELL MADE. AT THAT
TIME, I AGREED WITH MR. COPELY THAT I WOULD IN FACT ORDER BOOTS MYSELF. BECAUE THERE IS A
MEDICAL NEED FOR THE BOOTS DUE TO NEUROPATHY AND CIRCULATORY PROBLEMS, YOU HAVE TO
NOTIFY MAILROOM THAT BOOTS ARE MEDICALLY APPROVED, AND NOT UNIT STAFF. I HAVE ONGOING
LITIGATION ON THIS ISSUE, AND HAVE BEEN TRYING TO OBTAIN PROPERLY FITTED BOOTS SINEC ARRIVING
IN THE STATE SYSTEM IN 2011. YOUR ASSISTANCE IS GREATLY APPRICIATED. THANKS IN ADVANCE.

Communications / Case Actions
*3/10/2021 10:48:52 AM : ( a196744 ) wrote*
Form has been submitted

*3/16/2021 9:29:55 AM : ( Robert Zilles ) wrote*
You will be evaluated by Ms. Babb today to decide the appropriate footwear for you medical needs.

*3/16/2021 9:30:02 AM : ( Robert Zilles ) wrote*
Closed inmate form

*3/29/2021 11:52:58 AM : ( Michael Jenkins ) wrote*
Re-Opened inmate form

*3/29/2021 11:53:08 AM : ( Michael Jenkins ) wrote*
Closed inmate form

Manual Fill-In
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

C-6

ORDER # 23677.16

# Response to Kite

| | |
|---|---|
| Inmate Name: Alford | |
| Number: 190744 | Lock/Unit: A2W1 |
| From: Medical | |
| Regarding Your Kite of (Date): New Boots | |

The mailroom has approved for you to
get new medical boots. Please make
sure there is a receipt in the box.

   Thank you.

| |
|---|
| Signature: EHughes RN |

DRC 4180 E (Rev. 08/04)

## Personal A/C Withdrawal
## Check Out-Slip

| Dollars: | | Cents: | |
|---|---|---|---|

| Institution: | Date: |
|---|---|

| Name: |
|---|

| Address: |
|---|

| City: | State: | Zip Code: |
|---|---|---|

☐ Postage    ☐ Copies    ☐ ID    ☐ Misc. _____    ☐ Check-out  CK # _____

The inmate's signature on this withdrawal request verifies that the information listed above has been read to or by the inmate and is correct.  In the event of an error in the address which results in the return of this package, the inmate shall assume financial responsibility.

| Inmate's Signature: | Number: | Block & Cell Number: |
|---|---|---|
| Approved By: | Witnessed: | |

| Ship VIA: | Date Processed: |
|---|---|

DRC 1004 (Rev. 3/01)     DISTRIBUTION:   WHITE - Cashier          CANARY- Inmate          Pink- _____          ACA 4046

## Personal A/C Withdrawal
## Check Out-Slip

| Dollars: | | Cents: | |
|---|---|---|---|

| Institution: | Date: |
|---|---|

| Name: |
|---|

| Address: |
|---|

| City: | State: | Zip Code: |
|---|---|---|

☐ Postage    ☐ Copies    ☐ ID    ☐ Misc. _____    ☐ Check-out  CK # _____

The inmate's signature on this withdrawal request verifies that the information listed above has been read to or by the inmate and is correct.  In the event of an error in the address which results in the return of this package, the inmate shall assume financial responsibility.

| Inmate's Signature: | Number: | Block & Cell Number: |
|---|---|---|
| Approved By: | Witnessed: | |

| Ship VIA: | Date Processed: |
|---|---|



**INVOICE**

**Order Number:** 231776
**Order Date:** 3/29/2021 10:08 AM

## Hitchcock Wide Shoes
225 Beal St.
HINGHAM, MA 02043
UNITED STATES

| S O L D T O | BRIAN ALFORD A196-744<br>PO BOX 80033<br>TOLEDO, OH 43608-0033<br>UNITED STATES<br>Phone: 0 | S H I P T O | BRIAN ALFORD A196-744<br>PO BOX 80033<br>TOLEDO, OH 43608-0033<br>UNITED STATES<br>Phone: 0 |
|---|---|---|---|

| Quantity | SKU | Tax | Item | Price |
|---|---|---|---|---|
| 1 | 3319BR | 0% | Brown Great Lakes Moc Toe (12, 3E)<br>Current Customer: no<br>FitMe: Yes | $99.95 |
| 1 | TAX | 0% | OH COUNTY TAX | $7.25 |
| 1 | 840HN | 0% | Navy 840HN SL-2 Runner (12, 3E)<br>Current Customer: no<br>FitMe: Yes | $139.95 |
| 1 | TAX | 0% | OH COUNTY TAX | $10.15 |
| 1 | 200B1 | 0% | Black Adjustable Sport Slide (12, 4E)<br>Current Customer: no<br>FitMe: Yes | $34.95 |
| 1 | TAX | 0% | OH COUNTY TAX | $2.53 |
| 1 | 430 | 0% | Shock Absorber 6-inch Boot (12, 3E)<br>Current Customer: no<br>FitMe: Yes | $198.95 |
| 1 | TAX | 0% | OH COUNTY TAX | $14.42 |
| -1 | 3319BR | 0% | Brown Great Lakes Moc Toe (12, 3E) | -$99.95 |
| 1 | TAX | 0% | OH COUNTY TAX | -$7.25 |
| 1 | SHIPPING | 0% | Parcel Post (Shoes) | $12.95 |
| 1 | SHIPPING | 0% | Standard Shipping (SUPPLEMENTAL shoes) | $0.00 |
| 1 | TAX | 0% | OH COUNTY TAX | $0.93 |

| | |
|---|---|
| Product Subtotal: | $373.85 |
| Shipping & Handling: | $12.95 |
| Taxes: | $28.03 |
| Total: | $414.83 |

1-888-988-4768

(1) CITE ID #86

(2) DEPOSITOR TEL.# (937) 263·9434

(3) OFFENDER DOB  04·10·1957

(4) FIRST FOUR OF OFFENDER'S LAST NAME ALFO

   $50 PLUS FEE

PLEASE USE THIS
PRE-ADDRESSED LABEL TO SPEED PROCESSING

```
R
E        FROM:
T        BRIAN ALFORD A196-744          THIS  PACKAGE CONTAINS:
U        PO BOX 80033                         ☐ Exchange
R        TOLEDO, OH 43608-0033                ☐ Refund or Credit
N                                        (Please mark appropriate box)

        ‖‖‖‖‖‖‖‖‖‖‖‖
         Order # 231776

L
A        TO: HITCHCOCK SHOES, INC.
B            ATT: RETURNS DEPT
E            225 BEAL ST
L            HINGHAM, MA 02043
```

# *Hitchcock* WIDE SHOES

225 Beal Street ∘ Hingham, Massachusetts 02043
Customer Service (888) 599-9433 or (781) 749-3571
Fax (781) 749-3576  e-mail: hitchcock@wideshoes.com
www.wideshoes.com

Order #: 231776
Order Date: 3/29/2021

‖‖‖‖‖‖‖‖‖‖‖‖

ORDER:  Phone

Bill To:   Key Code: C20-274150
BRIAN ALFORD A196-744
PO BOX 80033
TOLEDO, OH 43608-0033

ShipTo:   Key Code: C20-274150
BRIAN ALFORD A196-744
PO BOX 80033
TOLEDO, OH 43608-0033

| Row | SKU | Size | Width | Order | B/O | Ship | Description | Unit Price | Total Due | Expected Back in Stock |
|-----|-----|------|-------|-------|-----|------|-------------|------------|-----------|------------------------|
| B01 | 200B1 | 12 | 4E | 1 | | 1 | Black Adjustable Sport Slide (12, 4E) | $34.95 | $34.95 | |
| D01 | 840HN | 12 | 3E | 1 | | 1 | Navy 840HN SL-2 Runner (12, 3E) | $139.95 | $139.95 | |
| D13 | 3319BR |  | | 1 | | 1 | Brown Great Lakes Moc Toe (12, 3E) | $99.95 | $99.95 | |
| | | | | | | | Parcel Post | $12.95 | $12.95 | |

Product Subtotal:  $274.85
Shipping & Handling:  $12.95
Taxes:  $20.86
Total:  $308.66
Type of Payment:  Check
Balance:  $0.00
Order Number:  231776

‖‖‖‖‖‖‖‖‖‖‖‖
***Parcel Post 297484

Alford
196744

A 2W1

C-9



# SHOCK ABSORBERS™!

430

Shock Absorber™ soles are multi-layered and designed precisely to redistribute pressure, reduce fatigue and provide a natural, unrestricted feeling. Rocker heel distributes heel strike impact; Poron absorbs impact in the ball area; walk-off toe allows ease of motion.

15 to size

**The six-inch Shock Absorber™ boot** of oiled grain leather has a roomy oblique toe, Dri-Lex® moisture-and-temperature-control linings to maximize foot comfort, bellows tongue, speed laces, and a lightweight oil-resistant sole with full stormwelt. Highland last. Made in U.S.A. Sizes 5–11, 12, 13, 14, 15 in 3E and 5E; 6–11, 12, 13, 14, 15 in 6E.
**430** Medium brown **$169.95**

6E WIDE

*Hitchcock*

MADE IN

Nowhere else can you get the **New Balance 1105** running shoe, which is manufactured just for Hitchcock. Wide fitting and technically sophisticated, it has uppers of suede- and grained-synthetic and mesh with reflective logo and counter and dual-density foam collar. The non-marking blown rubber outsole has an EVA midsole and shock-absorbing Abzorb® from toe to heel. Its two attractive color combinations are both made in U.S.A. of domestic and imported materials. Sizes 7–12, 13, 14, 15 in 3E, 5E and 6E widths.
**1105** Navy **$139.95**
**1105GR** Grey **$139.95**

new balance

15 to size

6E WIDE

1105GR

XQ3

**Traditional ankle-high quarter socks** from Extra-Wide Sock Co. Easy-care cotton-nylon blend. Made in U.S.A. Sizes R (for shoe sizes 8–11) and XL (for sizes 11–16).
**XQ3** Ankle-high quarter socks. White, black. *3 pairs for* **$22.50**  **11**

213BK

103BK

**The go-anywhere waterproof slides** from New Balance are astonishingly lightweight and comfortable – they actually float! Injection molded with a cushioning contoured footbed. Whole sizes 8 to 15 in a generous 4E that wider widths can wear.
**103BK** Black with white **$19.95**

# Inmate Pass

| Institution: TOCI | Date: 3/31/21 |
|---|---|
| Inmate Name: Alford | Inmate No.: 196744 |
| Works: | Lock/Unit: A2W1 |
| Destination: Nurse — Medical | |
| Time Issued: 1155  am (pm) | Officer/Staff: Rayford |
| Time Released: 1150  am (pm) | Office/Staff: T. Obsr |

# Inmate Pass

| Institution: TOCI | Date: 3/31/21 |
|---|---|
| Inmate Name: Alford | Inmate No.: |
| Works: | Lock/Unit: A2W1 |
| Destination: Medical | |
| Time Issued: 1210  am (pm) | Officer/Staff: Rayford |
| Time Released: | Office/Staff: |

# Inmate Pass

| Institution: TOCI | Date: 3/25/21 |
|---|---|
| Inmate Name: Alford | Inmate No.: 196744 |
| Works: N/A | Lock/Unit: A2W1 |
| Destination: Medical | |
| Time Issued: 1:05  am (pm) | Officer/Staff: McLeod |
| Time Released: 1310  am (pm) | Office/Staff: J.W. |

# Inmate Pass

| Institution: TOCI | Date: 3/19/21 |
|---|---|
| Inmate Name: All | Inmate No.: |
| Destination: Medical & Pier | |

| Ref# TOCI1220000242 | Housing:A1W0011 | Date Created:12/02/2020 |
|---|---|---|
| ID#: A196744 | Name:ALFORD,BRIAN | |
| Form:Kite | Subject:Health Care | Description:Health Care |
| Urgent:No | Time left:n/a | Status:Closed |

<u>Original Form</u>
*12/2/2020 3:26:57 PM : ( a196744 ) wrote*
YES MS. ZILLES I DO STILL WANT TO ORDER MY OWN BOOTS/TENNIS SHOES THROUGH AMAZON.COM AS I KNOW OPI CAN NOT PROVIDE 123E BOOTS. THANKS!

<u>Communications / Case Actions</u>
*12/2/2020 3:26:57 PM : ( a196744 ) wrote*
Form has been submitted

*12/9/2020 8:53:40 AM : ( Hannah Kroggel ) wrote*
Please get with unit management as previously discussed

*12/9/2020 8:53:45 AM : ( Hannah Kroggel ) wrote*
Closed inmate form

<u>Manual Fill-In</u>

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

C/2

INSIDE PASS ONLY          TOCI

Report Time: 12:30 PM          Pass Date: 25-MAY-18

Last Name: ALFORD               Id:  A196744

Lock:  A1/E/0014          Job:  RECREATION AIDE

Destination:  Mandatory Optometry Appointment

Issued By:  SPECIAL SERVICES - MEDICAL

Issued By _____   Time _____

Dismissed By _____   Time _____

Inmate Signature _____   Time _____

INSIDE PASS ONLY          TOCI

Report                                    Page 4 of 111

INSIDE PASS ONLY          TOCI

Report Time: 02:30 PM          Pass Date: 15-JUN-18

Last Name: ALFORD               Id:  A196744

Lock:  A1/E/0014          Job:  RECREATION AIDE

Destination:  Mandatory DSC - Bigler

Issued By:  SPECIAL SERVICES - MEDICAL

Issued By _____   Time _____

Dismissed By _____   Time _____

Inmate Signature _____   Time _____

**Inmate Pass**

Institution: TOCI
Inmate Name: Alford
Worker:
Destination: Dental  Eye  Doctor  mm
Time Issued: 1040  am/pm
Time Released:  am/pm

Date: 5/25
Inmate No.:
Lock/Unit: A1E4
Officer/Staff#: OC Marshall
Officer/Staff#: Phillips

| Ref# TOCI0318000369 | Housing:A2W0001 | Date Created:03/22/2018 |
| ID#: A196744 | Name:ALFORD,BRIAN | |
| Form:Appeal | Subject:Health Care | Description:Health Care |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
3/22/2018 9:38:54 AM : ( a196744 ) wrote
AFTER COMMUNICATION WITH WARDEN COLEMAN, UNIT MANAGER HERNANDEZ, AND MS BARKER I STILL
NEED APPROVAL TO ORDER PROPERLY FITTED BOOTS. MR. HERNANDEZ ADVISED THAT THE INSTITUTION
WOULD HAVE TO PROVIDE THEM, YET THE RESPONSE FROM MS. BARKER AFTER BEING ISSUED SIZE 12-2E
BOOTS - ONE WIDTH TOO NARROW- I AM BACK IN THE SAME POSITION I WAS ORIGINALLY PRIOR TO BEING
TOLD BY MS. BARKER ON 1-6-18 THAT THE BOOTS WOULD BE MADE TO ORDER FOR MY SIZE (12-3E WIDTH).
REQUEST PERMISSION TO ORDER THROUGH HITCHCOCK SHOES, THE ONLY VENDOR THAT OFFERS 12-3E
BOOTS/FOOTWEAR, AT MY EXPENSE. THIS APPROVAL HAS TO COME FROM MEDICAL ACCORDING TO
WARDEN COLEMAN AND SPECIAL DUTY CAPTAIN.

Communications / Case Actions
3/22/2018 9:38:54 AM : ( a196744 ) wrote
Form has been submitted

3/29/2018 7:20:02 AM : ( Robert Zilles ) wrote
As discussed on 3/28/18 with Miss. Barker, Unit manager Hernandez and myself you will be able to purchase a pair of
athletic shoes. Mr. Hernandez will gather some information and options and get with you to decide what you can order.
68 Med 01.

3/29/2018 7:20:12 AM : ( Robert Zilles ) wrote
Closed incarcerated individual form

3/29/2018 1:39:12 PM : ( a196744 ) wrote
Escalated to Grievance

3/29/2018 1:39:12 PM : ( a196744 ) wrote
WAS INTERVIEWED 3-28-18 BY FORMER HCA KROGGEL, AHCA BARKER, UNIT MANAGER HERNANDEZ AND
THE CURRENT HCA WHO REMAINED MUTE DURING THE INTERVIEW, REGARDING THE FAILURE OF ODRC TO
PROVIDE PROPERLY FITTED BOOTS(12EEE) AND REQUEST TO PURCHASE THEM  AT MY EXPENSE. MR.
HERNANDEZ ADVISED I WOULD NOT BE ABLE TO PURCHASE MEDICALLY APPROVED BOOTS FROM
HITCHCOCK SHOES BECAUSE I MIGHT HAVE SOMEONE AT HITCHCOCK MAIL DRUGS OR CONTRABAND INTO
THE INSTITITUTION, AND BECAUSE MEDICAL HAD PROVIDED BOOTS. THE BOOTS ISSUED WERE 12EE NOT
12EEE AS PROMISED BY AHCA BARKE ON 1-8-18 WHO HAD ADVISED THAT THE BOOTS WERE MADE TO
ORDER TRIPLE E WIDTH AND NOT A COMMON SIZE. WHEN I PICKED UP THE BOOTS THE SECOND TIME THEY
WERE ORDERED (12EEEE THE FIRST TIME), I LEARNED THEY WERE ACTUALLY 12EE BOOTS. I MADE AHCA
BARKER AWARE OF THIS FACT AS WELL AS THE NURSE WHO ISSUED THEM, AND AHCA BARKERS' REPONSE
WAS "WHATEVER SIZE THEY WERE SUPPOSED TO BE, THAT'S WHAT THEY ARE". FORMER HCA KROGGEL
WAS ABLE TO LOCATE 12EEE GYMS SHOES WITHIN 15 SECONDS AT AMAZON.COM. DURING THE INTERVIEW,
YET FAILED TO LOCATE 12EEE BOOTS AS PROMSIED. THE ORTHOFEET COMPANY IS SOLD THRU
HITCHCOCK SHOES AND THEY DO NOT HAVE 12EEE. PURSUANT TO R.C. 149.43 et seq AND DRC POLICY
07-ORD-02 REQEUST COPIES OF ALL INTEROFFICE COMMUNICATIONS AND EMAILS REGARDING THE
PURCHASE AND ORDERING OF 12EEE BOOTS FOR BRIAN KEITH ALFORD A196-744 OR ODRC IS LIABLE FOR
STATUTORY DAMAGES.

4/6/2018 3:05:54 PM : ( Derek Burkhart ) wrote
This office is in receipt of Notification of Grievance Case TOCI 03-18-000369 submitted by Inmate Alford A-196-744. In
your grievance you state you still need approval to order properly fitted boots. You state medical ordered you the wrong
size and you request to order through Hitchcock Shoes which you claim is the only company that makes this size.
During my investigation, I have reviewed your complaint. I have spoken to HCA Zilles and AHCA Barker.  I have
reviewed policy 68-MED-01-Medical Services, policy 68-MED-14 – Specialty Health Care Services, and Administrative
Rule 5120-9-31-Inmate Grievance Procedure.
I have found that you were ordered boots by medical in your appropriate size of 12 EEE which came in and you tried on.
You claimed these boots to be too big so they were returned for a size smaller. This company claims their boots run big
so the appropriate size would likely be the size smaller. When these boots arrived in size 12 EE, you tried them on and
through communication with AHCA Barker and the nurse, claimed these boots fit well and you signed for them. You then
complain a few weeks later saying that you didn't want the boots. Since you had already accepted them and wore them,
these boots were yours. A meeting was then held with you to discuss properly fitted shoes and to this meeting you wore
the boots in question that you claimed to not like. You were informed you could order a pair of tennis shoes at your
expense but you would not be permitted to order boots from the company of your choice. You have been property
treated by medical at ToCI in accordance with policy 68-MED-01 and 68-MED-14.
Your grievance is denied – no violation of rule, policy, or law.  This office will take no further action concerning this

| Ref# TOCI0318000369 | Housing:A2W0001 | Date Created:03/22/2018 |

*4/6/2018 8:37:57 PM : ( a196744 ) wrote*
THE INSPECTOR'S PERSPECTIVE OF THE RELEVANT FACTS ARE INCORRECT, AND IS AN ATEMPT TO
CONCEAL A VIOLATION OF POLICY.I WAS NEVER RECEIVED SIZE 12EEE BOOTS. THE ORIGINAL BOOTS
ORDERED WERE A SIZE 12EEE(4E), NOT 3E AS ALLEGED. THEY WERE I N FACT TOO WIDE.I TRIED THOSE
BOOTS ON BECAUSE AHCA BARKER ALLEGED THE BOOTS RUN SMALLER, BUT 124E WAS I N FACT TO WIDE.
UPON REORDERING BOOTS, WHEN I WENT TO PICK THEM UP I WAS GIVEN A SIZE 12EE(2E) AND I EXPLAINED
THIS ERROR TO AHCA BARKER AND THE NURSE WHO ISSUED THEM. I TOLD MS BARKER THEY WERE
BETTER THAN WHAT I HAD, MEANING THE STATE ISSUED SHOES I'VE BEEN WEARING, BUT THAT THEY
WERE STILL TOO NARROW. I NEVER STATED THE BOOTS FIT WELL. I COMPLAINED ABOUT THE BOOTS
WHEN I SIGNED FOR THEM, AND MS. BARKER ADVSIED "WHATEVER SIZE THEY ARE SUPPOSED TO BE,
TAHT'S WHAT THEY ARE". I WEAR THE BOOTS BECAUSE THEY ARE ALL THAT I HAVE TO WEAR, BUT THIS
DOES NOT EXCUSE THE DECEPTIVE MEASURES USED TO ISSUE THE WRONG SIZE BOOTS BY HEALTH
SERVICES OR THE ATTEMPT MADE TO CONCEAL THIS DECEPTION. THIS IS A COMMON PRACTICE BY ODRC
STAFF IN GENERAL. REQUEST COPIES FO ALL INTEROFFICE COMUNICATIONS AND EMAILS REGARDING THE
ORDERING OS SIZE 12EEE BOOTS FOR BRIAN KEITH ALFORD A196-744 FROM ORTHOFEET AND THE COSTS
ATTRIBUTED TO SAME PURSUANT TO R.C. 149-43 et seq AND POLICY 07-ORD-02 AND REMOVAL OF MS.
BARKER FROM ODRC AS WELL AS HCA ZILLES.

*6/14/2018 3:11:33 PM : ( karen stanforth ) wrote*
The Office of the Chief Inspector is in receipt of your Appeal; a thorough review of your appeal has been completed that
included the application of the following factors:
• Procedural requirements
• Proper investigation of your grievance
• Applicable policies, procedures, administrative rules, directives and ODRC operating manuals
• Documentation and related evidence
• Information presented in your appeal
Based on the aforementioned review, the decision rendered by the Inspector is hereby:   AFFIRMED
Karen Stanforth, Assistant Chief Inspector, Medical

*6/14/2018 3:12:06 PM : ( karen stanforth ) wrote*
Closed incarcerated individual form - Disposition: Affirmed with comments

Manual Fill-In

| Ref# TOCI0119000478 | Housing:A1W0014 | Date Created:01/29/2019 |
|---|---|---|
| ID#: A196744 | Name:ALFORD,BRIAN | |
| Form:Appeal | Subject:Warden | Description:Other |
| Urgent:No | Time left:n/a | Status:Closed |

Communications / Case Actions

*1/29/2019 1:43:42 PM : ( Derek Burkhart ) wrote*

(This communication was created by Derek Burkhart, ID# 27833 on behalf of the inmate.)

*1/29/2019 1:43:42 PM : ( Derek Burkhart ) wrote*

Due to an error on the JPay system, certain complaints have been sent to an appealed bucket and are unable to be responded by staff. This complaint was created in reference to the previous complaint filed by inmate under TOCI1218000168.

(Informal Complaint) ALFORD BRIAN, #a196744 wrote: 12/10/2018 7:20 PM
ON 10-16-18 I SUBMITTED AN INMATE REASONABLE ACCOMMODATION REQUEST FOR PROPERLY FITTED FOOTWEAR WHICH ARE MEDICALLY REQUIRED (SIZE 12-EEE), AND SUBMITTED ADDITIONAL INFORMATION ON 11-19-18 TO ADA COORDINATOR GAJEWSKI. ON 12-10-18 YOU DENIED MY REQUEST AND ADVISED I MUST ADDRESS SIZING ISSUES WITH THE MEDICAL DEPARTMENT ORSUBMIT AN INFORMAL COMPLAINT. PURSUANT TO THE NOTICE ISSUED BY ED VOORHIES - MANAGEMENT DIRECTOR ON 6-7-18 I FALL WITHIN THE GRANDFATHER CLAUSE SINCE I CAME INTO THE SYSTEM WITH MEDICALLY APPROVED BOOTS AD THEY WERE PURCHASED PRIOR TO THE NOTICE OF 6-7-18. I THEREFORE REQUEST PERMISSION TO PURCHASE PROPERLY FITTED BOOTS FROM HICTHCOCK SHOES WHIC PROVIDES SIZE 12-EEE FOOTWEAR AT MY EXPENSE, AS THE BOOT ARE NEEDED FOR BALANCE AND PROBLEMS ASSOCIATED WITH MY SPINE (SCOLYOSIS, DEGENERATIVE SPINE DISEASE, SPINAL INSURIES,VISION ISSUES), SINCE MANDAMUS IS PENDING IN LUCAS COUNTY 8TH APPELATE DISTRICT FOR PUBLIC RECORDS REQUEST IN CASE NO G-4801-CL-0201801133-000 (NOTICE OF COUNSEL JARED S YEE-AG OFFICE).

(Informal Complaint) Sean Bowerman wrote: 12/17/2018 12:59 PM
The boots you state you were in possession of were grandfathered. The memo also explains that no boots of that type will be ordered any longer. You will need to work with medical to address the size issue as you stated. We are attempting to provide you with access to accommodate said conditions. Restricted boots will not be ordered unless specifically ordered by medical after being advised of the security concerns. below is the memo
To: ODRC Offenders
From: Ed Voorhies, Managing Director
Date: June 7th, 2018
Re: Restriction on Inmate Boots
Effective immediately, offenders are NO LONGER authorized to purchase any type of boots from the package vendors. ODRC is placing a restriction statewide due to security concerns. Those who fall under any of the following categories will have their boots considered "grandfathered":
• Any inmate who has purchased boots, and can provide proof of legitimate purchase, from one of the package vendors prior to the date on this memo
• Any inmate who came into the system with boots
• Any inmate who purchased or received boots prior to the implementation of the approved vendors
Those inmates who meet the any of the following criteria will have their "grandfathered" boots confiscated and given the option to destroy or mail home, if they can provide proof of legitimate ownership:
• Inmates with a security classification of level 3 or higher, and who are found guilty by the RIB for ANY offense.
• Those offenders classified as security levels 1 and 2 who are found guilty by the RIB for ANY violent/drug offenses
Inmates with qualifying disabilities under the American with Disabilities Act will be appropriately accommodated. Those inmates with job assignments that require boots to be worn will have boots provided by the institution. Inmates with job assignments that require "safety boots" to be worn will store their boots in a secure area within their work area designated by the institution. Ohio Penal Industries (OPI) currently supplies the safety boots required for the inmates working in their shops across the state and will continue to do so.
Questions regarding the implementation of this prohibition should be directed to Unit Staff.

| Ref# TOCl0119000478 | Housing:A1W0014 | Date Created:01/29/2019 |

(Informal Complaint) Sean Bowerman - Closed inmate form, 12/17/2018 12:59 PM


(Grievance) ALFORD BRIAN #a196744 - Escalated to Grievance, 12/18/2018 07:41 PM

 (Grievance) ALFORD BRIAN, #a196744 wrote: 12/18/2018 7:41 PM
MEDICAL STAFF AT TOCI HAVE BEEN UNSUCCESSFUL IN MEETING MY MEDICAL NEEDS FOR PROPERTY
FITTED BOOTS, AS WHEN I WAS TOLD BY AHCA BARKER EARLIER THIS YEAR THAT MY BOOTS WOULD BE
MADE TO ORDER AFTER SIZE 124E WERE INITIALLY ORDERED, (SIZE 12TRIPPLE E) SINCE THEY WERE NOT A
COMMON SIZE, I WAS STILL ISSUED THE WRONG SIZE (SIZE 12E) (SEE KITE RESPONSE 1-8-18 MS. BARKER -
AHCA). REQEST PERMISSION TO ORDER MEDICALLY APPROOED BOOTS FROM HITCHCOCK SHOES, INC.
WHICH PROVIDE PROPERLY FITTED SHOES.


(Grievance) System - Closed inmate form, 01/02/2019 07:07 AM


(Grievance) Derek Burkhart - Re-Opened inmate form, 01/02/2019 08:34 AM

 (Grievance) Derek Burkhart wrote: 1/2/2019 8:34 AM
Additional time is needed to review

 (Grievance) Derek Burkhart wrote: 1/14/2019 11:17 AM
Your concern has been previously addressed in complaint TOCI0318000369 and therefore, will not be responded to in
accordance with AR 5120-9-31 (E). Please be advised that your improper use of the grievance procedure may result in
restricted access in accordance with AR 5120-9-31(E).


(Grievance) Derek Burkhart - Closed inmate form - Disposition: Denied, 01/14/2019 11:17 AM


(Grievance) ALFORD BRIAN #a196744 - Case Appealed., 01/16/2019 04:49 PM

 (Grievance) ALFORD BRIAN, #a196744 wrote: 1/16/2019 4:49 PM

| Ref# TOCI0119000478 | Housing:A1W0014 | Date Created:01/29/2019 |

ON 10-16-18 I MADE A REASONABLE REQUEST FRO ADA ACCOMMODATION TO ADA COORDINATOR
GAJEWSKI FOR PROPERLY FITTED FOOTWEAR (SIEX 12EEE) DUETO SCOLYOSIS DEGERNERATIVE SPINE
DISORDER LATTICE IN BOTH RETINAS, AND IMPARED VISION AND IMBALANCE. ON 11-19-18 I PROVIDED ADA
GAJEWSKI WITH ADDITIONAL INFORMATION I SUPPORTOF MY REQUEST. HWOEVER, ON 10-16-18 ADA
GAJWESKI RECOMENDED DENIAL OF MY REQUEST AND REQUESTED THAT I ADDRESS SIZING ISSUE WITH
EMDICAL STAFF OR FILE AN INFORMAL COMPLAINT. ON 1210-18 THEWARDEN DENIED MY REQUEST, YET NO
APPEAL WAS GIVEN FOR APPEALTO COLUMBUS. I THEN FILED AN INFORMAL COMPLAINT WHICH WAS
DENIED, AND I APPEAL THAT DECISION. ON APPEAL, INSPECTOR THREATENED TO RESTRICT MY USE OF
THE GRIEVANCE PROCEDURES FOR VALID GRIEVANCE, CLEARLY IN VIOLATION OF THE FIRST AMENDMENT
TO THE UNITED STATES CONSTITUTION. REQUEST REVIEW OF MY ADA REQUEST BY CENTRAL OFFICE
LEGAL SERVIECS.(SEE ATTACHMENTS)

*2/4/2019 1:35:59 PM : ( Kelly Riehle ) wrote*
This matter addressed in TOCI 1218000168.
K. Riehle

*2/4/2019 1:36:30 PM : ( Kelly Riehle ) wrote*
Closed inmate form