Brian Keith Alford A196-744
Ross Correctional Institution
P.O. Box 7010
Chillicothe, Ohio
    45601



Clerk - United States District Court
Northern District of Ohio
114 U.S. Courthouse
1716 Spielbusch Ave.
Toledo, Ohio
    43604