# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Brian Keith Alford,

    Plaintiff,

v.

Robert Zilles, *et al.*,

    Defendants.

Case No. 3:21-cv-01123

Judge James G. Carr

**JUDGMENT**

In accordance with the Order granting Defendant's Motion for Summary Judgment, filed contemporaneously with this Judgment Entry, it is ordered that:

    Judgment is entered in favor of Defendants.

    The Plaintiff's Complaint be, and the same hereby is, dismissed with prejudice.

    SO ORDERED.

Date: June 2, 2025

    */s/ James G. Carr*
    Sr. U.S. District Judge